D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA

CV 12 4500

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>Defendants. | Case No.:<br><br>**DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

I, D. Gill Sperlein, declare:

1.   I am an attorney licensed to practice in the State of California, a member of the Bar of this Honorable Court and attorney of record for Plaintiff DataTech Enterprises, LLC. The facts that I state herein are within my personal knowledge.

2. I obtained a copy of a transcript of a July 6, 2012 hearing before the High Court of the Hong Kong Special Administrative Region Court of First Instance in which the Plaintiff in *Liberty Media Holdings, LLC, v. FF Magnat Limited et al*. 2:12-cv-01057-GMN-RJJ, D.C. Nev. sought to freeze FF Magnat's assets in Hong Kong.  Evidence in that case clearly indicated that once FF Magnat transfers funds to its Hong Kong Bank, it converts the money to gold in order to hide its assets from potential worldwide judgment debtors.

3. I have attached a copy of the transcript of the proceeding as Exhibit A.

4. I have attached at Exhibit B, a copy of the Affirmation of Defendant Stanislav Davidoglov in that matter and a portion of the exhibits he attached thereto.  The exhibit contains pages from FF Magnat's Hong Kong Bank statement.  Defendants' solicitors referred to this document in open court as evidenced by the transcript of the proceedings. The statement clearly shows that FF Magnat transfers its assets into gold.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

8/28/2012                                     */s/ D. Gill Sperlein*

Dated:_____       _____
                                              D. Gill Sperlein

-2-

DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF TRO