D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>Defendants. | Case No.: CV-12 4500<br><br>**DECLARATION OF PETER PHINNEY IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

I, Peter Phinney, declare:

1. I am a partner in Porn Guardian a company that provides anti piracy services to adult film production companies.

2. DataTech Enterprises, Inc. hired Porn Guardian to locate infringements on the Internet and to send take down notices on their behalf.

-1-

3. On behalf of DataTech alone, we sent 42,356 takedown notices (or in some cases removed infringements directly) from oron.com. We have sent or removed over 650,000 infringing files from oron.com for all clients combined.

4. Hundreds of infringements of DataTech's works occurred by and through the oron.com website prior to June 15, 2012.

5. I am familiar with how oron.com and similar cyber lockers work.

6. When a user uploads a file to Oron.com, FF Magnat Ltd. provides the user with a Uniform Resource Locator ("URL" or "link"). The user can then distribute the link through a separately maintained index available to other individuals, allowing any recipient of the link to access, reproduce, and download the infringing material from FF Magnat Limited's servers. A user with the link is not required to have a user name or password or other any form of security information to access the files.

7. While FF Magnat Ltd. allows individuals to download these unsecured files without providing security information and without paying a membership fee, it constructed the website to intentionally limit the usefulness of the site for non-paying members by keeping strict 100MB downloading maximums, limiting multiple downloads, limiting downloading speed, and not allowing users to resume downloads that have been interrupted. In order to efficiently access files on FF Magnat Ltd.'s system, a downloader must pay a €9.95 per month or up to as much as €74.95 per year.

8. FF Magnat Ltd.'s affiliates reward program offered members the opportunity to make money based upon several different metrics. One of FF Magnat Ltd.'s programs employed a "Pay Per Download" structure, in which individuals uploading videos were paid

based upon the number of downloads of their posted materials. This program paid "up to $25 per 1,000 downloads." This model rewards people who upload popular files because a portion of the people who download the file will purchase an oron.com membership in order to obtain the file more quickly and efficiently. The higher number of people interested in a file, the higher the number of people who will purchase an oron.com membership.

9. FF Magnat Ltd. also had "Pay Per Sale" programs that compensated members based upon how many premium memberships were bought by users specifically accessing a file a user uploaded to FF Magnat Ltd.'s servers. When the user distributed a link to someone who accessed the Oron.com servers and purchased an oron.com membership, FF Magnat Ltd. compensated the member who uploaded the infringing file with a percentage of the sale. These "Pay Per Sale" programs also compensated the uploading user anytime a credited user renewed their oron.com membership, commonly referred to as "rebills" or service renewals. FF Magnat Ltd. offered two different "Pay Per Sale" fee scales: the first provided the member with 55% of sales and 55% of rebills; the second provided 70% of sales and 30% of rebills. Essentially, FF Magnet, Ltd. sold infringing copies of movies and the split the revenue with the individuals who provided them with the infringing movies

10. FF Magnat Ltd. also offered a "MIX" program (compensated a user with half of the "Pay Per Download" rate and $7.00 for each sale).

11. FF Magnat Ltd. also operated a "website owners" program ("WSO") which compensated website owners with up to 15% of all sales referred through the owner's website, even if a different Oron user originally uploaded the content and created the link. In this way, FF Magnat Ltd. paid individuals to maintain indexes directing people where to find

-3-

movies on the oron.com servers.  The indexes often took the form a of a personal blog.  the blog would display the box cover of the pirated movies, screen captures of various scenes, a description of the pirated movie, and finally the oron.com URL that anyone could click and slowly download the pirated movie without providing any username, password or other security information.  Alternatively, the user could purchase an oron.com membership if they did not already have one and download the movie quickly and efficiently.  This of course is what FF Magnat Ltd. relied upon to earn its illicit profits.  When downloaders were willing to pay the fee, FF Magnet, Ltd. gave a portion of the illicit funds to the individuals maintaining the indexing websites.

12. Page 1 from Exhibits A, B, and C show examples from websites that were eligible for the web owners program.  These correspond to just there first three movies identified by in Exhibit A to Lance Blundell's Declaration, *The Other Side of Aspen*, *Blue Movie*, and *Limits*.  As indicated by notations added to page 1 of Exhibit A, these operators typically assist FF Magnat Ltd. by displaying a box cover from the movie, a description, screen captures and the link to Oron.com.  Page 2 show the page a user is taken to when he clicks the Oron link.  The third page shows the final display before downloading the movie file.  One can see there is an opportunity to purchase an oron.com membership to spread up the download.  A portion of the sale goes to the person who uploaded the link to Oron and a portion goes to the indexing website (usually they are one and the same).

13. Oron.com does not have an effective repeat infringer policy.  Regardless of how many times Porn Gaurdian identified a user as an infringer, FF Magnat, Ltd. continued to allow them to post additional works to its website and presumably continued to pay the user

-4-

affiliate fees for sign ups generated by the works the user posted.  The result is that in one case alone we reported over 1,600 separate infringements of our clients' works by the same user, and FF Magnat, Ltd. continued to allow the user to post.   Exhibit D is a partial copy of a report showing the files removed for just one oron.com uploader who used the name gigaron.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated:   <u>August 27, 2012</u>                                         Peter Phinney