



## Download File

Filename: **02062012_31.part1.rar**
File size: 400.0 Mb

( Create Download Link )



Filename: **02062012_31.part1.rar**
File size: 400.0 Mb (419430400 bytes)

**Download File**

This direct link will be active for your IP for the next 24 hours