www.intporn.com/forums/gay-porn/1783101-fetish-bdsm-all-extreme-full-gay-movies-3.html

PG Bookmarklet | PG Site | Send to SiteSucker | Y Groups | G Mail | G Groups | G Reader | Blog Subscribe | Press This | Subscribe... | Download Photos | nFinanse | Other Bookm

08-12-2011, 08:00 AM #28

**wm2009**
Intporn VIP

Join Date: Feb 2009
Posts: 7,100
Thanks: 25
Thanked 664 Times in 623 Posts

**Re: Fetish, BDSM. All Extreme Full Gay Movies**

**Limits (2007)**

**Starring:** Trey Casteel, Brendan Davies, Brett Matthews, Jake Dakota, Kristian Alvarez, Park Wiley, Steve Carlisle, Steve Cruz, Steve Trevor
**Categories:** Oral/Anal Sex, Freshmen, Muscle Men, Hairy, Dildos, Fetish (Bondage, Latex, Leather), Uncut Cocks, Interracial, Rimming, Tattoos, Threesomes, Wrestling
**Studio:** Mustang Studios

Limits marks the Mustang directorial debut of Leif Gobo, an accomplished fetish director in his own right. Four scenes of extreme sex that will test your Limits. Each expertly crafted scene takes the viewer on a different fetish journey. Scene one pairs Daddy Brendan Davies with Boy Jake Dakota. Jake submits to Brendan's every whim like a good boy, even servicing Brendan as he goes for a ride on the "Joy Ride" - a device that needs to be seen to be believed. The second scene features the return of Kristian Alvarez, paired up with Trey Casteel. The two, wearing latex wrestling singlets, wrestle each other's hulking bodies before Kristian fucks Trey. The third scene is an exploration of submission. Steve Trevor ties Steve Carlisle up with ropes while Brett Mathews watches on, before the three begin an marathon fuck-and-suck session that comes complete with use of substantial dildos. For the last scene, we find Brendan Davies dominating Steve Cruz and Park Wiley. Brendan even shaves Steve's head before they engage in a brutally unforgettable - but fun - fuck session.
**Format:** avi
**Video:** 640x480
**Runtime:** 1h. 24min.
**Filesize:** 845 Mb

**ORON**
http://oron.com/3p0c313k3a9c/XGFM-028.part1.rar.html
http://oron.com/ii7zzwlrs3q9/XGFM-028.part2.rar.html
http://oron.com/qz04lueq6r07/XGFM-028.part3.rar.html

<<<ALL MY THREADS!!!!!!!>>>
Hentai & 3D
Best BBW Videos
Kinky BDSM
Femdom-Strap-On
BEST Porn Full Movies

Quote





