FILED
2012 AUG 28 A 10: 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DATA TECH ENTERPRISES

Plaintiff(s),

v.

FF MAGNAT, LTD, STANISLAV DAVIDOGLOV + JOHN DOE

Defendant(s).

No. C 12-4500 DMR

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/28/2012

Signature _____

Counsel for Plaintiff DataTech Enterprises LLC
(Plaintiff, Defendant, or indicate "pro se")