D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>Defendants. | Case No.: CV 12 4500<br><br>DATATECH ENTERPRISES, LLC'S REQUEST FOR JUDICTIAL NOTICE IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER |

Pursuant to Federal Rule of Evidence 201, Plaintiff DataTech Enterprises, LLC respectfully requests that the Court take judicial notice of the following documents, true and correct copies of which are attached hereto:

Each of the following is a documents filed in the matter of *Liberty Holdings, LLC, v. FF Magnat Limited*, 2:12-cv-01057-GMN-RJJ, D.C. Nev.

-1-

REQUEST TO TAKE JUDICIAL NOTICE

**Exhibit A:** ECF No. 2-1 through 2-5, Declaration of Marc Randazza in Support of Plaintiffs Application for Temporary Restraining Order, Appendix of Erika Dillion and Exhibits A, B and C attached thereto.

**Exhibit B:** EFC No. 10 Order (Granting Temporary Restraining Order)

**Exhibit C:** EFC No. 13, Amended Order (Modifying TRO)

**Exhibit D:** ECF No. 85, Order (Enforcing Settlement Agreement)

**Exhibit E:** ECF No. 102, Order (Unfreezing Funds)

Dated: *August 28, 2012*              Respectfully submitted,

*/s/ D. Gill Sperlein*
_____
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN

Attorney for Plaintiff DataTech Enterprises, LLC,

-2-

REQUEST TO TAKE JUDICIAL NOTICE