# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01507<br><br>**DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER** |

I, MARC J. RANDAZZA, do hereby declare under the penalty of perjury:

1. I am over the age of 18 and am a resident of the State of Nevada.

2. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3. On May 30, 2012, I provided to Oron's counsel, Stevan Lieberman, Esq., a draft of a complaint that I was preparing to file against the Defendants. Since that time, I have been corresponding via email and communicating via telephone with Oron's attorneys to attempt to either reach amicable settlement or to arrange for the handling of these claims in Mediation.

4. On June 20, 2012, I was made aware, by a third party, that FF Magnat Limited is transferring large amounts of funds from their PayPal account to a bank account in Hong Kong. A true and correct copy of the proof of this transfer is attached as Exhibit C.

5. It is my position that the transfer of this domain name and the transfer of these funds demonstrates that the Defendants and their attorneys were negotiating potential settlement and mediation in bad-faith. I further believe that these assets are being intentionally moved offshore for the express intent of keeping the company's valuable property away from the reach of U.S. Courts.

6. I verify that the fact alleged in the complaint pertaining to the Defendants' copyright infringement are, to the best of my knowledge, true and correct.

Dated this 20 day of June, 2012 in Las Vegas, Nevada.

Marc J. Randazza

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01507<br><br>**DECLARATION OF ERIKA DILLON IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER** |

I, MARC J. RANDAZZA, do hereby declare under the penalty of perjury:

1. I am over the age of 18 and am a resident of the State of Nevada.

2. I am employed by Plaintiff Liberty Media Holdings, LLC as an in-house paralegal and online investigator.

3. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

4. It is my regular practice to record WhoIs information for various websites that may become the targets of litigation. The WhoIs databases record the publicly available record of contact information for different websites and through which companies these websites are registered.

5. On January 12, 2012, I recorded the WhoIs information for Oron.com. A true and correct copy of this information is attached to the instant motion as Exhibit B.

6. On June 20, 2012, I again recorded the same WhoIs information for Oron.com. A true and correct copy of this information is attached to the instant motion as Exhibit A.

7. The information available in Exhibit A indicates that on June 12, 2012, the Oron.com website was moved from registration with Network Solutions, LLC, an American company, to registration with EuroDNS S.A., a European company.

Dated this 20th day of June, 2012 in Las Vegas, Nevada.

Erika Dillon

2
Declaration in Support of Motion for a Temporary Restraining Order

# EXHIBIT A

Open a FREE Account | Log in | Help

# DomainTools

oron.com  [Whois Search]  Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Ads by Google

**University of Phoenix®**
Online and Campus Degree Programs. Official Site - Classes Start Soon.
Phoenix.edu

**$1.99 Hosting at GoDaddy**
w/ Free Setup & 24/7 support! 4GH Hosting – exclusive to Go Daddy
GoDaddy.com

**Top 2012 Online Grants**
Grant Funding May Be Available See If You Qualify!
www.ClassesUSA.com

**Buy Cheap Flight Tickets**
Low Airfare + Great Deals + Instant Savings. Book Now & Save Up To 65%.
www.CheapOair.com/Cheap-Flights

**ITT Tech - Official Site**
100 + Locations & Online Programs Official ITT Tech Site. Get Info!
www2.itt-tech.edu

**Brooklyn Soundstages**
13,000 square feet + parking, Ample power + heating
www.EastOfHollywoodNY.com

Whois > Oron.com

## Oron.com Whois Record

Ads by Google

Tweet  Like

**Meet Singles over 50**  Greater Las Vegas Area Dating Relationship-minded Singles Only!  MatureProfessionalSingles.org

**Send Big Files - No Limit**  Send & Store Large Files Instantly! Won "Top 10 Tools" Award - Try Free  www.ShareFile.com

**Job Openings**  Search For Job Openings. Apply For a Position Today!  www.findtherightjob.com

**Download Google Chrome**  A free browser that lets you do more of what you like on the web  www.google.com/chrome

**See Who's Online Now**  Hundreds of Singles Near You. View Pics, Wink & Flirt for Free!  Match.com

| Whois Record | Site Profile | Registration | Server Stats | My Whois |

Reverse Whois:  **"WhoisPrivacy Limited" owns about  27,290 other domains**
Registrar History:  **5 registrars**
NS History:  **10 changes** on 8 unique name servers over **6** years.
IP History:  **56 changes** on 24 unique IP addresses over **8** years.
Whois History:  **966 records** have been archived **since 2005-06-06** .
Reverse IP:  **1 other site is** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name



```
Domain: ORON.COM
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Privacy Whois
Address: 3/F Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Privacy Whois
Address: 3/F Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 18f70c2e39672c62@whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Privacy Whois
Address: 3/F Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 18f70c2e39672c62@whoisprivacy.com

Original Creation Date: 2001-06-01
Expiration Date: 2020-05-31

Status:
clientTransferProhibited
```



**Country TLDs**  General TLDs

Available domains for registration:

☐ Oron.fr    Register
☐ Oron.jp    Register
☐ Oron.tw    Register

**Register All Selected >**

**Easy Build storage**
Save Do-It-Yourself! Summer Savings Free Custom Quote Now 866-200-9657
HansenPoleBuildings.com/StormProof

**Rackspace Cloud Servers**
Cloud Hosting for Servers, Files & Load Balancers. Sign Up Today!
www.Rackspace.com/Cloud

**School Grants For Mothers**
Improve Your Life. Moms May Qualify For Grants To Start School Online.
schools.classesandcareers.com

```
Nameserver Information:
Nameserver: ns1.oron.com
Nameserver: ns2.oron.com
```

**Backorder This Domain**

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



**Searching for Oron.com - Oron?**

1. **We Found Oron oron**
   Instant-Address, Phone, Age & More. Search for **Oron oron** Now!
   www.Intelius.com

2. **Download WhoIs**
   Download Latest Version 100% Free Download WhoIs Riht Now!
   Winportal.com/whois

3. **Investigate any Domain**
   Free Domain and DNS reports. Owner info, provider info, page rank etc
   www.abongo.com

4. **Strange Berry Burns Fat.**
   Strange Raspberry extract makes women thinner in thighs, face and arm..
   ConsumerLifeStyle.org



AdChoices

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



Oron.com – Oron

Case 3:12-cv-04500-CRB Document 8-1 Filed 08/28/12 Page 8 of 15
Case 2:12-cv-01057-GMN-RJJ Document 2-5 Filed 06/20/12 Page 4 of 5

6/20/12 7:08 PM

**Open a FREE Account** | Log in | Help

# DomainTools

oron.com  [Whois Search]  Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Ads by Google

**University of Phoenix®**
Online and Campus Degree Programs. Official Site - Classes Start Soon.
Phoenix.edu

**$1.99 Hosting at GoDaddy**
w/ Free Setup & 24/7 support! 4GH Hosting – exclusive to Go Daddy
GoDaddy.com

**Top 2012 Online Grants**
Grant Funding May Be Available See If You Qualify!
www.ClassesUSA.com

**Buy Cheap Flight Tickets**
Low Airfare + Great Deals + Instant Savings.Book Now & Save Up To 65%.
www.CheapOair.com/Cheap-Flights

**ITT Tech - Official Site**
100 + Locations & Online Programs Official ITT Tech Site. Get Info!
www2.itt-tech.edu

**Brooklyn Soundstages**
13,000 square feet + parking, Ample power + heating
www.EastOfHollywoodNY.com

Whois > Oron.com

## Oron.com Whois Record

Tweet  Like

Ads by Google

**Meet Singles over 50**  Greater Las Vegas Area Dating Relationship-minded Singles Only!  MatureProfessionalSingles.org

**Send Big Files - No Limit**  Send & Store Large Files Instantly! Won "Top 10 Tools" Award - Try Free  www.ShareFile.com

**Job Openings**  Search For Job Openings. Apply For a Position Today!  www.findtherightjob.com

**Download Google Chrome**  A free browser that lets you do more of what you like on the web  www.google.com/chrome

**See Who's Online Now**  Hundreds of Singles Near You. View Pics, Wink & Flirt for Free!  Match.com

Whois Record | Site Profile | **Registration** | Server Stats | My Whois

| | |
|---:|:---|
| ICANN Registrar: | EURODNS S.A |
| Created: | 2001-06-01 |
| Expires: | **2020-06-01**    Backorder Now |
| Updated: | 2012-06-12 |
| Registrar Status: | clientTransferProhibited |
| Name Server: | NS1.ORON.COM (has **1 domains**) |
| | NS2.ORON.COM (has **1 domains**) |
| Whois Server: | whois.eurodns.com |
| General TLDs: | Oron.com    (registered and active website) |
| | Oron.net    (registered and active website) |
| | Oron.org    (registered and active website) |
| | Oron.biz    (registered and active website) |
| | Oron.info    (registered and active website) |
| | Oron.us    (registered and no website) |



Image Supplied By DomainTools.com





**Country TLDs** | General TLDs

Available domains for registration:

☐ Oron.fr     Register
☐ Oron.jp     Register
☐ Oron.tw     Register

**Register All Selected >**

### Easy Build storage
Save Do-It-Yourself! Summer Savings Free Custom Quote Now 866-200-9657
HansenPoleBuildings.com/StormProof

### Rackspace Cloud Servers
Cloud Hosting for Servers, Files & Load Balancers. Sign Up Today!
www.Rackspace.com/Cloud

### School Grants For Mothers
Improve Your Life. Moms May Qualify For Grants To Start School Online.
schools.classesandcareers.com

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



**Searching for Oron.com - Oron?**

1. **We Found Oron oron**
   Instant-Address, Phone, Age & More. Search for **Oron oron** Now!
   www.Intelius.com

2. **Download WhoIs**
   Download Latest Version 100% Free Download WhoIs Riht Now!
   Winportal.com/whois

3. **Investigate any Domain**
   Free Domain and DNS reports. Owner info, provider info, page rank etc
   www.abongo.com

4. **Strange Berry Burns Fat.**
   Strange Raspberry extract makes women thinner in thighs, face and arm..
   ConsumerLifeStyle.org



Memberships   |   Developer API   |   About Us   |   Blog   |   Desktop Tools   |   Terms of Service   |   Privacy   |   Support   |   Careers   |   Contact Us   |   Site Map

© 2012 DomainTools, LLC All rights reserved.



# EXHIBIT B

You are logged in as barebacker85    |    Log out    |    Help



| oron.com | Whois Search ▼ | Search |

**Overview**  **Whois Lookup**  **Reverse Whois**  **Whois History**  **Hosting History**  **Screenshot History**  **Name Server Report**  **Reverse IP**  **DNS Tools**

# Whois Record For Oron.com ✎

Acquire this Domain Name

Tweet | Like | 1k

Search Whois Records [          ]  Search

**Whois Record**  Site Profile  Registration  Server Stats  My Whois

## Whois Record

**Related Domains For Sale or At Auction**                         1  2  3  More >

| AdoRon.com ($1,500)           | KoronIsSportsaPparel.com ($1,800)      | ToronBang.com (Bid)   |
| Oron.us ($1,000)              | TorontoMovieGuide.com (Bid)            | Oronsko.com ($888)    |

Reverse Whois:   **"FF MAGNAT Limited" owns about**   **3 other domains**
Email Search:    jd88h2ma87f@networksolutionsprivateregistration.com  is associated with about **2 domains**
Registrar History: **5 registrars**
NS History:        **9 changes** on **8** unique name servers over **6** years.
IP History:        **56 changes** on **24** unique IP addresses over **8** years.
Whois History:     **806 records** have been archived since **2005-06-06**.
Dedicated Hosting: oron.com is hosted on a **dedicated server**.

🔭 Monitor This Domain Name

```
Registrant:
FF MAGNAT Limited
    ATTN ORON.COM
    care of Network Solutions
    PO Box 459
    Drums, PA.  US  18222

    Domain Name: ORON.COM

    Administrative Contact, Technical Contact:
      Limited, FF MAGNAT                   jd88h2ma87f@networksolutionsprivateregistration.com
      ATTN ORON.COM
      care of Network Solutions
      PO Box 459
      Drums, PA 18222
      US
      570-708-8780

    Record expires on 01-Jun-2019.
    Record created on 08-Jul-2010.

    Domain servers in listed order:

    NS43.WORLDNIC.COM          205.178.190.22
    NS44.WORLDNIC.COM          206.188.198.22
```



Last checked November 30, 2011

Queue Screenshot for Update

**You the smart one?** Let us show you **the job you dream of**



**Country TLDs**    **General TLDs**

Available domains for registration:

☐ Oron.**at**        Register
☐ Oron.**dk**        Register
☐ Oron.**fr**        Register
☐ Oron.**jp**        Register
☐ Oron.**mx**        Register
☐ Oron.**se**        Register
☐ Oron.**tw**        Register

**Register All Selected >**



Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





# EXHIBIT C

Dear FF MAGNAT LIMITED,

You asked us to transfer $852,278.58 HKD from PayPal to your bank account, and we're processing it now. It usually takes 3 - 6 working days for transfers to be completed which means that you should see the money in your bank account by .

Here are the details:

| | |
|---|---|
| Total amount transferred | $852,278.58 HKD |
| Bank account | HSBC x-4838 |
| Transaction ID | 4BS319827E305133M |

PayPal