D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,



UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA

DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,

Plaintiff,

vs.

FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and

Defendants.

Case No.: CV 12 4500

DECLARATION OF LANCE BLUNDELL IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER

I, Lance Blundell, declare:

1.  I am a member of the California Bar and serve as General Counsel to Plaintiff DataTech Enterprises, LLC. The facts that I state herein are within my personal knowledge, I know the same to be true, and if called upon to testify on these matters I could and would.

2.  DataTech Enterprises, LLC is a Nevada Limited Liability Company.

-1-

DECLARATION OF LANCE BLUNDELL IN SUPPORT OF TRO

3. DataTech Enterprises, LLC is the current owner of all copyrights, rights, and interests in the works identified in Attachment A.

4. Each work identified on Attachment A has been registered with the United States Copyright Office. Staff is in the process of gathering and scanning all the certificates for presentation to the Court and DataTech will amend it papers with this documentation as soon as possible. In addition other works were infringed and will be added at a later time.

5. Each of the works identified on Attachment A was reproduced, sold, and distributed by and through oron.com. In each case application was made to the copyright office within ninety days of first publication or was made prior to the infringements alleged in the Complaint.

6. A portion of the copyrights were originally registered in the name of Charles Holmes d/b/a Falcon Studios, Jocks Studios, and Mustang Studios. Mr. Holmes later formed a corporation and it is my understanding that he assigned all rights and interests to the works to the corporation Continental American Industries. Continental American Industries also purchased some copyrights from Huge Video, Inc. Conwest Resources was the successor corporation to Continental American Industries.

7. Mr. Holmes died in 2000 and all the assets to the corporation were controlled by a trust until they were purchased by HRW Investments, LLC.

8. In January 2011, DataTech Enterprises, LLC purchased the assets of HRW Investments, LLC including all copyrights. HRW Investments provided warranties that it owned all rights and interests in the works included in the purchase.

9. Each corporation produced and registered new works.

DECLARATION OF LANCE BLUNDELL IN SUPPORT OF TRO

10. I am informed and believe that with each sale, the predecessor individual or company assigned to the purchasing company the copyrights, rights, and interests in all works obtained, created, and/or produced during the tenure of the predecessor company.

11. In January 2009, Datatech Enterprises, LLC purchased and or exclusively licensed the film assets of Chris Ward Enterprises, LLC including all copyrights, rights, and interests owned by Chris Ward Enterprises, LLC which included works created by and/or registered to Raging Stallion Studios, LLC, and Raging Stallion Studios, Inc. Representatives of Chris Ward Enterprises, LLC assured DataTech Enterprises that it owned all rights to the purchased works.

12. In February 2012 DataTech Enterprises, Inc. developed new studio brands under the trade names of Girl Candy, Hard Candy, and Transromantic. DataTech Enterprises, Inc. has submitted each new work created under these brands for registration with the United States Copyright Office. Titles that Defendants infringed are listed on Attachment A.

13. DataTech Enterprises engaged Porn Guardian to locate infringing copies of its works on line and to send takedown notices to websites when its works were located. On behalf of DataTech Enterprises, Porn Guardian located over 600,000 cases of infringement on oron.com and requested that the files be removed or removed the infringements directly.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: 27 Aug 2012

Lance Blundell

-3-

DECLARATION OF LANCE BLUNDELL IN SUPPORT OF TRO