**KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN G. ROMAN** (87652) sroman@kksrr.com
**MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Tel:    (415) 249-8330
Fax:    (415) 249-8333

Attorneys for Defendant FF MAGNAT LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**DECLARATION OF STEVAN LIEBERMAN IN SUPPORT OF DEFENDANT FF MAGNAT LIMITED'S MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER**<br><br>Hearing:    None Set\*\*<br>Judge:      Hon. Charles R. Breyer<br><br>\*\* An Administrative Motion for Order Shortening Time to Hear This Motion is Filed Herewith |

I, Stevan Lieberman, declare and state as follows:

1. I am a member of the Bars of the State of Maryland and District of Columbia, and counsel to Defendant FF Magnat Limited ("Oron").  I make this declaration in support of Oron's Motion for Partial Relief from Temporary Restraining Order.   If called as a witness, I could and would so competently testify.

2. Oron has incurred in excess of $290,000 in attorneys' fees and costs defending an action filed in the United States District Court for the District Court of Nevada entitled *Liberty*

1

DECLARATION OF STEVAN LIEBERMAN IN SUPPORT OF DEFENDANT FF MAGNAT LIMITED'S
MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER
CASE NO. C-12-4500 CRB

*Media v. FF Magnat Ltd.,* Case No. CV 2:12-cv-01057 GMN (D. Nev.).  Of that, more than $160,000 in fees and costs remains unpaid.

3. Oron expended at least $113,000 defending the *Liberty Media* case through the date Oron's opposition to plaintiff's motion for preliminary injunction was filed.  In *Liberty Media*, however, Oron was not required to review the plaintiff's reply brief, conduct additional research, or to prepare for and attend a preliminary injunction hearing.  Based on this recent experience, I anticipate that Oron will need to expend approximately $150,000 to oppose and argue the motion for preliminary injunction filed by Datatech in this action.

4. Attached hereto as Exhibit A is a true and correct copy of a letter, dated August 21, 2012, from Levina Lee, HSBC Vice President Business Banking, to FF Magnat Limited, confirming that the "Gold/Exchange Debit" wording is a transaction detail normally used in HSBC account statements to classify either a transaction involving a gold transaction *or* a foreign currency transaction, and that in the case of FF Magnat Limited, all transactions in the statement period January 17, 2011 through July 16, 2012 that refer to "Gold/Exchange Debit" were related to foreign currency exchange transactions and not to the purchase or sale of gold.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30st day of August, 2012, at Washington, D.C.

_____
STEVAN LIEBERMAN

2
DECLARATION OF STEVAN LIEBERMAN IN SUPPORT OF DEFENDANT FF MAGNAT LIMITED'S
MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER
CASE NO. C-12-4500 CRB