1  **KENNETH E. KELLER** (71450) kkeller@kksrr.com
2  **STAN G. ROMAN** (87652) sroman@kksrr.com
   **MICHAEL D. LISI** (196974) mlisi@kksrr.com
3  **KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
   555 Montgomery Street, 17th Floor
4  San Francisco, CA  94111
   Tel:     (415) 249-8330
5  Fax:    (415) 249-8333

6  Attorneys for Defendant FF MAGNAT LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR DEFENDANT FF MAGNAT LIMITED'S MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 - 17th Floor |

Defendant FF Magnat Limited dba Oron.com ("Oron") applies for an order shortening time to hear its Motion for Partial Relief from Temporary Restraining Order.

The accompanying Declaration of Michael D. Lisi demonstrates that good cause exists to permit defendant's Motion for Partial Relief from Temporary Restraining Order on shortened time. Defendant Oron has been and will continue to be prejudiced by the TRO issued by this Court on August 28, 2012, which threatens to prevent Oron from paying its outstanding legal bills and defending itself in this action.  More specifically, if Oron's Motion is not heard on shortened time, it will be prejudiced in its ability to oppose Plaintiff's motion for a preliminary injunction, which is set

for hearing on September 11, 2012.[1]

Moreover, Oron's Motion for Partial Relief from Temporary Restraining Order is not complex, and Plaintiff will not be prejudiced by having to file its opposition on shortened time.

Accordingly, Oron respectfully requests that Plaintiff be ordered to file its opposition to defendants' motion, if any, by September 5, 2012 and that this Court hold a hearing on that motion as soon as possible thereafter.   In the interest of time, if the Court agrees to hear this matter on shortened time, Oron will agree to waive its reply brief.

Dated:  August 30, 2012                                       KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP


By:  _____/s/_____
  MICHAEL D. LISI
  Attorneys for Defendant FF MAGNAT LIMITED

---

[1] Although it is true that by the time this Court rules on Oron's Motion, Oron's brief in opposition to the motion for preliminary injunction will have already been filed, Oron requests that this Motion be heard on shortened time so that its attorneys can be paid for past services *and* for the additional work that will need to be done in terms of reviewing plaintiff's reply brief, conducting additional research, and preparing for and attending the hearing on the preliminary injunction motion.