**KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN G. ROMAN** (87652) sroman@kksrr.com
**MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Tel:   (415) 249-8330
Fax:   (415) 249-8333

Attorneys for Defendant FF MAGNAT LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**DECLARATION OF MICHAEL D. LISI IN SUPPORT OF ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR DEFENDANT FF MAGNAT LIMITED'S MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 - 17th Floor |

1.     I am a partner in the law firm of Krieg, Keller, Sloan, Roman & Holland LLP, counsel for defendant FF Magnat Limited d/b/a/ Oron.com ("Oron").  I have personal knowledge of the matters set forth in this declaration except those matters stated on information and belief, and as to those I am informed and believe they are true.  I could competently testify to the matters herein.

2.     On August 28, 2012, this Court issued a temporary restraining order ("Order") (ECF # 11.)  That Order, as written, places severe restrictions on Oron's ability to access the funds in its accounts with various banks and payment services, including PayPal.  Not only does the Order

1 require those financial institutions and payments services to "freeze" any assets in Oron's accounts, but it also enjoins Oron from "disgorging or dissipating any funds, property, domain names, or other assets until further notice." Read literally, the Order prohibits Oron from paying attorneys' fees or legal costs to defend itself in this or any other action.

3. The Order further states that Oron's opposition to plaintiff's motion for a preliminary injunction shall be filed no later than September 4, 2012, that plaintiff's reply shall be filed by September 10, 2012, and that the hearing on the motion shall be held on October 11, 2012 at 10:00 a.m. Without access to funds to pay its counsel, including my firm, Oron.

4. Without access to funds necessary to pay its attorneys, I am informed and believe that Oron will be prejudiced in its ability to defend itself against plaintiff's motion for preliminary injunction.

5. On August 30, 2012, I sent an email to plaintiff's counsel, Gill Sperlein, informing him that Oron intended to file a Motion for Partial Relief from the TRO and asking if plaintiff would agree to have it heard on shortened time, with plaintiff's opposition due on September 5 and Oron waiving its right to a reply brief. Mr. Sperlein responded by stating that by the time the instant administrative motion was ruled upon, Oron's opposition to the motion for preliminary injunction will have already been filed, and that he believed Oron's request for relief from the temporary restraining order "should be made in conjunction with the Order to Show Cause on August 11[th]."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of August, 2012 in San Francisco, California.

/s/
MICHAEL D. LISI

2
DECLARATION OF MICHAEL D. LISI IN SUPPORT OF ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR DEFENDANT FF MAGNAT LIMITED'S MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER
CASE NO. C-12-4500 CRB