1  **KENNETH E. KELLER** (71450) kkeller@kksrr.com
2  **STAN G. ROMAN** (87652) sroman@kksrr.com
   **MICHAEL D. LISI** (196974) mlisi@kksrr.com
3  **KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
   555 Montgomery Street, 17th Floor
4  San Francisco, CA  94111
   Tel:     (415) 249-8330
5  Fax:    (415) 249-8333

6  Attorneys for Defendant FF MAGNAT LIMITED

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR DEFENDANT FF MAGNAT LIMITED'S MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:   Courtroom 6 - 17th Floor |
|---|---|

   Having considered the papers submitted in support of and opposition to Defendant Oron's Application for Order Shortening Time to Hear Motion for Partial Relief from Temporary Restraining Order, and good cause appearing, the Court enters the following ORDER:

   IT IS HEREBY ORDERED THAT defendants' Application for Order Shortening Time is GRANTED.  Plaintiff shall file and serve its opposition, if any, to Oron's Application for Order Shortening Time to Hear Motion for Partial Relief from Temporary Restraining Order by no later

1

than September 5, 2012.  Oron has waived its right to file a reply brief.  The hearing on Oron's motion shall be held on _____, 2012 at _____.

**IT IS SO ORDERED**.

Dated: _____, 2012        _____
                                      THE HON. CHARLES R. BREYER
                                      UNITED STATES DISTRICT COURT JUDGE