1   **KENNETH E. KELLER** (71450) kkeller@kksrr.com
2   **STAN G. ROMAN** (87652) sroman@kksrr.com
    **MICHAEL D. LISI** (196974) mlisi@kksrr.com
3   **KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
    555 Montgomery Street, 17th Floor
4   San Francisco, CA  94111
    Tel:    (415) 249-8330
5   Fax:    (415) 249-8333

6   Attorneys for Defendant FF MAGNAT LIMITED

7

8

9                       **UNITED STATES DISTRICT COURT**

10                      **NORTHERN DISTRICT OF CALIFORNIA**

11

12  DATATECH ENTERPRISES, LLC,  a            Case No. C-12-4500 CRB
    Nevada Limited Liability Company,

13               Plaintiff
                                             **[PROPOSED]**
14        vs.                                **ORDER GRANTING MOTION FOR**
                                             **PARTIAL RELIEF FROM**
15  FF MAGNAT LIMITED d/b/a/ ORON.COM;       **TEMPORARY RESTRAINING ORDER**
16  STANISLAV DAVIDOGLOV, and JOHN
    DOE a/k/a/ ROMAN ROMANOV (an alias).     Judge:        Hon. Charles R. Breyer
17                                           Courtroom:    Courtroom 6 - 17th Floor
               Defendants.
18

19

20        Having considered the papers submitted in support of and opposition to Defendant FF

21  Magnat Limited's Motion for Partial Relief from Temporary Restraining Order, the evidence and the

22  arguments of counsel, and good cause appearing, the Court enters the following ORDER:

23        IT IS HEREBY ORDERED THAT the Temporary Restraining Order issued by this Court on

24  August 28, 2012 is hereby amended to permit PayPal, Inc. to transfer $ 310,000 from the PayPal

25  account held for the benefit of FF Magnat Limited to the trust account of FF Magnat Limited's

26  outside counsel, Greenberg & Lieberman, LLC, which funds shall only be used to pay the legal fees

27  and costs associated with FF Magnat Limited's defense of this action and to pay outstanding legal

28                                              1

fees and costs owed to its attorneys for services performed in the defense of *Liberty Media v. FF Magnat Ltd.*, Case No. CV 2:12-cv-01057 GMN (D. Nev.).

**IT IS SO ORDERED**.

Dated: _____, 2012      _____

THE HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT FF MAGNAT LIMITED'S MOTION FOR PARTIAL RELIEF FROM
TEMPORARY RESTRAINING ORDER
CASE NO. C-12-4500 CRB