# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation | Case No.: 2:12-cv-1057-GMN-RJJ |
| Plaintiff, vs. | **ORDER** |
| FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500, Defendant. | |

Before the Court is Defendant FF Magnat Limited's Emergency Motion for Disbursement of Additional Funds (ECF No. 20). Plaintiff Liberty Media Holdings, LLC filed a Response (ECF No. 20). Defendant subsequently filed a Supplemental Motion for Disbursement of Funds (ECF No. 24).

Defendant asks this Court to release EUR 71.736,22 before July 1, 2012 from its PayPal account and to release EUR 277.109,07 before July 9, 2012 from its PayPal account in order to pay its third party provider LeaseWeb B.V. The only difference between the Supplemental Motion and the original Motion is that Defendant now claims that it will take two weeks for the funds to be transferred to LeaseWeb, so instead it asks the Court to authorize the release of funds to its counsel, Stevan Liberman. Defendant claims that these amounts must be paid to LeaseWeb B.V. by the above dates otherwise it will not be able to continue its business. Defendant submits a declaration from Stevan Liberman (ECF No. 25) to verify these amounts owed along with letter from LeaseWeb (Ex. A, ECF No. 25-1) and letter regarding the Hong Kong account (Ex. B, ECF No. 25-2).

Defendant argues that it cannot withdraw the money from its Hong Kong account pursuant to the Hong Kong Court's prior order because that bank refuses to release funds until the Hong Kong Court holds a hearing on the Hong Kong asset order on July 7, 2012. (Supplemental Motion, 3:25-27, ECF No. 24.) Defendant provides absolutely no explanation as to whether or not it attempted to obtain relief from the Hong Kong Court. Also troubling is the fact that Defendant is asking this Court to release EUR 277.109,07 that needs to be paid by July 9 when that amount can be asked of the Hong Kong Court at the July 7 hearing. The remaining amount, EUR 71.736,22 should be able to be paid from the $100,000 this Court released earlier this week. Defendant did not provide any explanation or evidence to demonstrate that the money was already used to pay other costs or expenses.

For these reasons, and the reasons stated in Plaintiff's Response, the Court **DENIES** Defendant's request for the release of additional funds. Furthermore, any future requests must be accompanied by a full accounting of Defendants accounts and presented with appropriate documentation and any future requests for additional funds shall state the amount requested in U.S. dollars.

Defendant also requests that the Court modify the TRO to allow PayPal to process payments for Oron.com, with any funds received by Oron.com to remain subject to the Courts TRO. The Court **GRANTS** this request as it is reasonable for PayPal to be able to accept deposits into Defendant's account. The TRO's effect shall be that Defendant shall not be allowed to withdraw any fund from the PayPal account while the TRO remains in effect.

**IT IS HEREBY ORDERED** that Defendant's Emergency Motion for Disbursement of Additional Funds and Supplemental Motion (ECF No. 20 & 24) are **GRANTED** in part and **DENIED** in part as stated in this Order.

The Amended TRO (ECF No. 13.) is **HEREBY** modified to permit PayPal to process payments for Oron.com, with any funds received by Oron.com to remain subject to the Court's TRO.

DATED this __29__ day of _____June_____, 2012.

_____
Gloria M. Navarro
United States District Judge