D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>        vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | **Case No.: C-12-4500 (CRB)**<br><br>**[PROPOSED] ORDER DENYING DEFENDANT FF MAGNAT LIMITED'S ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR DEFENDANT FF MAGNAT LIMITED'S MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER** |

Defendant FF Magnat Limited has submitted an Administrative Motion for Order Shortening Time to Hear Defendant FF Magnat Limited's Motion for Partial Relief from Temporary Restraining Order.  Plaintiff opposes the motion arguing that expedited hearing would add unnecessary briefing and an unnecessary additional hearing and that even if the Court granted FF

Magnat Limited's Motion for Relief, the result would only serve to free up funds a few days in advance of the Order to Show Cause Hearing, which will address the same issues.

Finding Plaintiff's arguments persuasive, the Court **DENIES** FF Magnat Limited's Administrative Motion for Order Shortening Time to Hear Defendant FF Magnat Limited's Motion For Partial Relief From Temporary Restraining Order.

**IT IS FURTHER ORDERED** that because FF Magant's Motion primarily addresses the merits of issuing the a Preliminary Injunction, FF Magant is **ORDERED** to either withdraw its Motion or the Court will deem the Motion to constitute the first fifteen pages of its response to the Court's Order to Show Cause Why A Preliminary Injunction Should Not Issue.

**IT IS SO ORDERED**

DATED: _____      _____
                                   **CHARLES R. BREYER**
                                   **U.S. DISTRICT JUDGE**