KENNETH E. KELLER (71450) kkeller@kksrr.com
STAN G. ROMAN (87652) sroman@kksrr.com
MICHAEL D. LISI (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant FF MAGNAT LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias),<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**DEFENDANT FF MAGNAT LIMITED d/b/a ORON.COM'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER LOCAL RULE 3-16**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 - 17th Floor |

Defendant FF MAGNAT LIMITED d/b/a Oron.com ("FF Magnat") hereby submits its disclosure of non-party interested entities or persons under Local Rule 3-16.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, FF Magnat is unaware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities who (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially effected by the outcome of this proceeding.

Dated: August 31, 2012                KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP

                                       By: _____/s/_____
                                          KENNETH E. KELLER
                                          Attorneys for Defendant FF MAGNAT LIMITED