D. Gill Sperlein, SBN 172887
The Law Office of D. Gill Sperlein
459 Fulton Street, Suite 102
San Francisco, CA 94102
Telephone: (415) 255-2450
Facsimile:  (415) 255-2451

Attorneys for Plaintiff
DATATECH ENTERPRISES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>Defendants. | Case No. 12-4500 CRB<br><br>**PROOF OF SERVICE** |

Re:  *DataTech Enterprises, LLC v. FF Magnat Limited, et al.*
     *Case No. 12-4500 CRB*

## PROOF OF SERVICE

I, undersigned, declare:

I am a citizen of the United States, employed in the City and County of San Francisco, California.  My business address is 2120 Folsom SF, CA 94110.
I am over the age of 18 years and not a party to the within action.

On August 30, 2012, I served a true copy of:

**Summons in a Civil Action**
**Complaint**
**DataTech Enterprises, LLC Ex Parte Application for TRO**
**Decl. of L. Blundell ISO Application for TRO (with Exhibits)**
**Decl. of D. Gill Sperlein ISO Application for TRO (with Exhibits)**
**Decl. of P. Phinney ISO Application for TRO (with Exhibits)**
**DataTech Enterprises, LLC Request for Judicial Notice ISO Application for TRO (with Exhibits)**
**[Proposed] Order Granting Application for TRO**
**Order Granting DataTech Enterprises, LLC's Application for TRO**
**Order Setting Initial CMC and ADR Deadlines**

by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b) to the following:

> Kenneth E. Keller
> Stan G. Roman
> Michael D. Lisi
> Krieg, Keller, Sloan, Reilley & Roman, LLP
> 555 Montgomery Street, 17th Floor
> San Francisco, CA  94111

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature: _____

Printed name: Gene E. Earhart

Address: 2120 Folsom St SF, CA 94110