D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>   Plaintiff,<br>             vs.<br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>   Defendants. | **Case No.: C-12-4500 (CRB)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTION FOR ORDER PERMITTING ALTERNATIVE SERVICE** |

   Plaintiff DataTech Enterprises, LLC filed an Motion for Order Granting Alternative Service.

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR ALTERNATIVE SERVICE
C-12-4500 (CRB)

Having read the papers and good cause appearing and finding Plaintiff's arguments persuasive, the Court **GRANTS** Plaintiff's Motion.

**IT ORDERED** that Plaintiff may serve Defendant Stanislav Davidoglov by

1) delivering the documents to the following address:

Stanislav Davidoglov

Individually and as Beneficial Owner

FF Magnat Limited

Unit 1502, 15/F, Jubilee Centre

46 Gloucester Road

Wanchai, Hong Kong

2) by e-mailing the documents to Kenneth E. Keller, Stan G. Roman, Michael D. Lisi at Krieg, Keller, Sloan, Reilley & Roman LLP, San Francisco, California; and

3) by delivering physical copies of the documents to the Krieg Firm in San Francisco.

To the extent that Plaintiff has already taken these steps and has or does file proof of such service with the Court, Plaintiff is not required takes these steps again and the Court deems Defendant Stanislav Davidoglov as having been served with the Summons, Complaint, Application for TRO and Order on TRO in this action.

**IT IS SO ORDERED**

DATED: _____    _____
                                                                            **CHARLES R. BREYER**
                                                                            **U.S. DISTRICT JUDGE**

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE
C-12-4500 (CRB)