D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>     Plaintiff,<br>          vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>     Defendants. | **Case No.: C-12-4500 (CRB)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTION FOR ORDER GRANTING LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

Plaintiff DataTech Enterprises, LLC filed a Motion for Order Granting Leave to Take Early Discovery so that it might learn the true name of the Defendant identified in the Complaint as John Doe a/k/a Roman Romanov.

Having read the papers and good cause appearing and finding Plaintiff's arguments persuasive, the Court **GRANTS** Plaintiff's Motion.

**IT IS ORDERED** that Plaintiff may serve a subpoena on Google, Inc. seeking any documents that identify the name, address, telephone numbers, or additional e-mail addresses for the individual who registered the Gmail account mainroman@gmail.com and for all server logs showing the IP addresses, times, and dates individuals accessed this account to send, receive or view e-mail.

**IT IS FURTHER ORDERED** that Plaintiff may serve a subpoena on Microsoft Corporation, seeking any documents that identify the name, address, telephone numbers, or e-mail addresses for the individual who registered the Skype account with the user name mainroman and for all server logs showing the IP addresses, times, and dates the user accessed this account to send and receive instant messages or to engage in video chat or voice calls.

**IT IS FURTHER ORDERED** that upon receiving server logs identifying IP addresses used to access the above-identified Gmail and Skype accounts, Plaintiff may subpoena Internet service providers for identifying information for the subscribers to whom those ISPs assigned the IP addresses at the time and dates individuals accessed the mainroman accounts.

**IT IS FURTHER ORDERED** that Plaintiff may serve a subpoena to Adult Friend Finder, Inc. seeking any records relating to payments for website advertisements which were negotiated or arranged by and through an individual using the name Roman Romanov or the e-mail address mainroman@gmail.com, including information about and names or addresses used in connection with negotiating said advertisements and any information about addresses or accounts to which Adult

-2-

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR EARLY DISCOVERY
C-12-4500 (CRB)

Friend Finder, Inc. delivered payment for said advertisements whether by check or other forms of fund transfers.

**IT FURTHER ORDERED** that Google, Inc. preserve any records relating to e-mails sent from or received by an individual using the Gmail account mainroman@gmail.com, including the text and metadata of any such e-mails until further notice from this Court.

**IT FURTHER ORDERED** that Microsoft Corporation preserve any and all records of instate message conversations sent form or received by any individual using the Skype account user name mainroman, until further notice from this Court.

**IT IS SO ORDERED**

DATED: _____          _____
                                      **CHARLES R. BREYER**
                                      **U.S. DISTRICT JUDGE**

-3-

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR EARLY DISCOVERY
C-12-4500 (CRB)