D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCSICO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>  Plaintiff,<br>       vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>  Defendants. | **Case No.: C-12-4500 (CRB)**<br><br>**DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTIONS FOR ORDER PERMITTING ALTERNATIVE SERVICE AND ORDER GRANTING LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE  (2ND SPERLEIN DECL.)**<br><br>Date: TBD (Expedited Hearing Requested)<br>Time: TBD (Expedited Hearing Requested)<br>CtRm:  6, 17th Fl |

I, D. Gill Sperlein, declare:

1.      I am an attorney licensed to practice in the State of California, a member of the Bar of this Honorable Court and attorney of record for Plaintiff DataTech Enterprises, LLC.  The facts that I state herein are within my personal knowledge.

2.       On August 28, 2012, I sent a copy of the Summons, Complaint, Ex Parte Application for TRO, all Supporting Declarations and Exhibits, and Order Granting Plaintiff DataTech Enterprises, LLC's *Ex Parte* Application for Temporary Restraining Order via electronic mail to the

following attorneys who represent FF Magnat Limited in a matter currently pending in the District Court of Nevada: David S. Kahn, Sheri M. Thome, J. Scott Burris (Wilson Elsner Moskowitz Edelman & Decker, LLP, Las Vegas); Kenneth E. Keller, Stan G. Roman, Michael D. Lisi (Krieg, Keller, Sloan, Reilley & Roman LLP, San Francisco); and Steven Lieberman (Greenberg & Lieberman, LLC, Washington, D.C.).  I asked if they were authorized to accept service and inquired as to whether there was anyone else to whom I should send documents.

3.    On August 29, 2012, I sent a letter making further inquires.  That letter is attached hereto as Exhibit A.

4.    In the e-mail response attached as Exhibit B, Mr. Roman responded that the firms were not authorized to accept or waive service.  However, as I pointed out in my response which is contained within the e-mail trail attached as Exhibit B, he failed to respond to my direct question as to whether any of the attorneys represent Defendants in this matter.  At 2:50 p.m. on August 30th, Michael Lisi of the Krieg Firm first indicated that the Firm *might* represent a party in this action by asking me via e-mail if Plaintiff would stipulate to having a Motion for Relief from the TRO heard on an expedited basis.  However, Mr. Lisi still did not directly tell me whether or not the Krieg Firm represented any defendant.

5.    I have accessed the docket of *Liberty Media Holdings, LLC v. FF Magnet, Ltd*, 12-cv-01057-GMN-RJJ, D.C.N. through PACER and obtained a copy of a declaration filed by Maxim Bochenko.  *Liberty Media Holdings, LLC v. FF Magnet, Ltd*, 12-cv-01057-GMN-RJJ, D.C.N., ECF No.21.  In that declaration, Bochenko denies being the individual who uses the alias Roman Romanov.  A copy of the Declaration is attached hereto as Exhibit C.

6.    Similarly, I obtained the Declaration of Stanislav Davidoglov in that matter and attached it hereto as Exhibit D.

7.      I also used PACER to access various documents filed in the Liberty case that show an individual using the name Roman Romanov used the Gmail account mainroman@gmail.com to conduct business on behalf of Oron.com, the trade name of Defendant FF Magnat Limited in this action. I retrieved documents at ECF Nos. 83-2, 83-7, 83-22, 83-24 and 83-25 from PACER and have attached them hereto as a group at Exhibit E.

8.      Similarly I obtained a document showing Roman Romanov using the Skype user name "mainroman". I know Skype to be a service owned by Microsoft Corporation which allows individuals to send instant messages directly to other Skype users or to engage in video or telephone conferencing. That Document which appeared as ECF No. 83-38 is attached as Exhibit F.

9.      Also available from the Liberty docket is an e-mail showing Roman Romanov negotiating the sale of advertising with someone from Adult Friend Finder. That document which appeared as 83-4 is attached hereto as Exhibit G.

10.     For ten years, I have litigated cases involving Internet based copyright infringement. From my experience, I know that Internet service providers (ISPs) retain records called server logs that show the Internet Protocol (IP) address used by individuals accessing their websites. I know that an IP address is somewhat akin to a telephone number in that it shows the account from which access to the Internet originated, just as a telephone number shows the phone from which a call originated.

11.     I further know that once the IP address used to access a website is known, one can subpoena the ISP that controls that IP address for records to determine the subscriber to whom the ISPs provided service. ISPs keep records of the subscriber to which they assign an IP address at any given time for various amounts of time ranging from several weeks to eighteen months.

12.     From personal experience I know that one can register a Gmail account or Skype account with false information.

13. I engaged a process server to serve the Summons Complaint, Application for TRO and Order on TRO on:

Stanislav Davidoglov
Individually and as Beneficial Owner
FF Magnat Limited
Unit 1502, 15/F, Jubilee Centre
46 Gloucester Road
Wanchai, Hong Kong

I received a letter stating that the documents were served, and I am awaiting a formal declaration which I will file with the Court once received. I attached the letter hereto as Exhibit H.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

*September 2, 2012*              */s/ D. Gill Sperlein*

Dated:_____      _____
                                    D. Gill Sperlein