August 29, 2012

David S. Kahn
Sheri M. Thome
J. Scott Burris
Wilson Elsner Moskowitz Edelman & Decker, LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
david.kahn@wilsonelsner.com
sheri.thome@wilsonelsner.com
j.scott.burris@wilsonelsner.com

Kenneth E. Keller
Stan G. Roman
Michael D. Lisi
Krieg, Keller, Sloan, Reilley & Roman LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
kkeller@kksrr.com
sroman@kksrr.com
mlisi@kksrr.com

Steven Lieberman
Greenberg & Lieberman, LLC
Washington, D.C.  20007
stevan@APLegal.com

**VIA E-mail Only**

  Re: **_DataTech Enterprises v. FF Magnat, Limited et al,_**
     **_12-4500 (CRB), N.D. Cal._**

Dear Counselors:

Because you represent FF Magnat, Ltd in the current *Liberty* litigation in Nevada, last evening I e-mailed you the Complaint, Motion for TRO, Supporting Documents and Order in the above-referenced action.  Thus, you are aware that Judge Breyer issued a Temporary Restraining Order and scheduled a September 11th order to show cause hearing why a preliminary injunction should not issue in this matter.

Plaintiff has been order to serve documents on the Defendants. This is of course a challenge since the FF Magnat is a Hong Kong company, Mr. Davidoglov is Ukrainian and John Doe aka Roman Romanov is yet to be identified. I intend to do all I can to ensure that the Defendants have notice of the hearing.

Since you represent these Defendants in other litigation, I know you are in communication with them and assume you will forward these documents. I have attached a waiver of service of process, so we can avoid any games with regard to service and concentrate our efforts on the merits. Please let me know today if you will represent the Defendants in this matter and if your clients will execute the waivers.

If your client does not authorize you to execute the waivers, please let me know if you have or intend to forward the documents to your client, otherwise I will assume you have. If you have instructions as to how or where you would otherwise like me to serve copies of these documents on your clients, please let me know. My only goals here are to fulfill my obligations under the court order and to ensure that defendants are adequately noticed of the hearing as soon as possible so they can prepare the best possible defense. I am sure you and your clients share these goals.

In the absence of any response to this letter and the requests herein, I will move the Court for an order for alternative service for the purpose of the order to show cause hearing.

Feel free to contact me with any questions or concerns.

Very truly yours,

_____
D. GILL SPERLEIN