## D. Gill Sperlein

| | |
|---|---|
| **From:** | D. Gill Sperlein [gill@sperleinlaw.com] |
| **Sent:** | Wednesday, August 29, 2012 2:18 PM |
| **To:** | 'Stan Roman'; 'Kenneth Keller'; 'Michael Lisi'; stevan@aplegal.com; david.kahn@wilsonelser.com; sheri.thome@wilsonelser.com; j.scott.burris@wilsonelser.com |
| **Cc:** | gill@sperleinlaw.com |
| **Subject:** | RE: DataTech v. FF Magnat |

Dear Mr. Roman:

Thank you for your response.  In future correspondence, especially via e-mail, feel free to call me Gill.

I understand your desire to be circumspect, but I do want to make it clear and put on the record that I also asked the following questions:

Do you or any of the other lawyers addressed in my letter represent any of the defendants in this action?
(At least as to those clients) do you disagree that my e-mailing the documents to you fulfils the Courts direction at 3:18-20 of the Order?
Have you or do you intend to forward the documents to clients you represent?

Again, my goal here is not to shortcut formal service requirements, but ensure that Defendants are aware of the proceedings.  Since their funds are frozen, it is to their advantage to properly prepare and present an opposition to the Order to Show Cause.   Obviously, I want to be able to inform that Court that I have taken all actions I could to ensure notice to Defendants, if not formal service.

Gill


_____
D. GILL SPERLEIN

---

**From:** Stan Roman [mailto:sroman@kksrr.com]
**Sent:** Wednesday, August 29, 2012 1:19 PM
**To:** D. Gill Sperlein; Kenneth Keller; Michael Lisi; stevan@aplegal.com; david.kahn@wilsonelser.com; sheri.thome@wilsonelser.com; j.scott.burris@wilsonelser.com
**Subject:** RE: DataTech v. FF Magnat

Dear Mr. Sperlein,

My firm is not authorized at this time to accept or waive service for any of the defendants identified in your letter (not all of whom we represent in the separate action pending in Nevada).  I also understand that Mr. Kahn's firm, which acts as local counsel for some of the defendants in the Nevada action, is not authorized to accept or waive service on anyone's behalf in your case.

Regards,

Stan Roman

![Krieg Keller Sloan Reiley & Roman LLP letterhead - Stan G. Roman, 555 Montgomery St., 17th Floor, San Francisco, CA 94111, 415-249-8334 Direct, 415-249-8333 Fax, sroman@kksrr.com, www.kksrr.com]

**From:** D. Gill Sperlein [mailto:gill@sperleinlaw.com]
**Sent:** Wednesday, August 29, 2012 11:47 AM
**To:** Kenneth Keller; Stan Roman; Michael Lisi; stevan@aplegal.com; david.kahn@wilsonelser.com; sheri.thome@wilsonelser.com; j.scott.burris@wilsonelser.com
**Cc:** gill@sperleinlaw.com
**Subject:** DataTech v. FF Magnat

Counselors:

Please see the attached letter and respond accordingly.

Gill Sperlein

_____
D. GILL SPERLEIN



345 grove street
san francisco, ca 94102
p 415.404.6615   f 415.404.6616
gill@sperleinlaw.com

**Confidentiality Notice:** This electronic transmission (and any documents accompanying it) may contain confidential information belonging to the Sender and protected by the attorney-client privilege and/or the Work Product Doctrine. This transmission is intended only for the use of the individual or entity named above. Disclosure, copying, distributing, or taking any action in reliance on the contents of this transmittal by anyone other than the intended recipient is strictly prohibited. If you have received this transmission in error, please contact the Sender immediately to arrange for its return.

**Tax Advice Disclosure:** To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.