Case 2:12-cv-01057-GMN-RJJ Document 83-2 Filed 08/07/12 Page 1 of 4

# EXHIBIT 2



Roman Romanov <mainroman@gmail.com>

## advertisement work
3 messages

**Sven - Oron.com Marketing Manager** <sven@oron.com>                    Wed, Jan 12, 2011 at 1:06 PM
To: "Oron.com - Support" <support@oron.com>, Roman Romanov <mainroman@gmail.com>

Hello, boss.

This is an abstract about all campaigns that are already in effect or planned.
I added the key numbers to the target websites so you can decide what size the campaign
should have.

I like to add that I heard a lot of NEGATIVE things about banner networks.
1) They are relatively expensive in relation to the effectiveness they generate.
2) They do NOT say at which forums / areas they are placing the banners. We do not have any control to
that.

--> Placing banners DIRECTLY on important sites and forums is far more effective.

**1)** --> The large **banner networks** I have analyzed and would **APPROVE** are:

a) **blacklabelads** (https://www.blacklabelads.com/mb/manage_campaigns.php)
b) **adknowledge** (https://bidsystem.adknowledge.com/SignUp)
c) **majon** (http://www.majon.com/banner-advertising-opt1.html)
d) **247realmedia** (http://www.247realmedia.de/DE-DE/)
e) **xtendmedia** (http://www.xtendmedia.com/)
f)  **adbrite** (http://www.adbrite.com/)

I analyzed over about 70 banner ad networks.

**I suggest to work together only with 3 of them.** My suggestion would be **blacklabelads** and **xtendmedia**
and **adbrite** for two reasons:

- xtendmedia works together with partypoker and was extremely successful with them. Other case studies
here: http://www.xtendmedia.com/index.php/Advertisers/case-study.html
- blacklabelads does promote on adult sites. Almost all other banner networks do NOT do that.
- adbrite is easy to manage

**Note that I CAN NOT deposit money there. They need the oron creditcard data.**

*********
**2) Direct banner advertisement:**

2.1) **Websites** we are advertising on:

2.1.1.) **exbii.com**  (http://www.exbii.com/)
Info: exbii is the largest filesharing website of the world.

**Data:** Alexa traffic rank: 715, 86 in India, sites linking in: 431
**Active users at every given moment:** 30,000 - 40,000
**Views per month:** ca. 200 million

Case 2:12-cv-04500-GMN-RJJ Document 13-53 Filed 09/08/07 Page 2 of 4

**Our current campaign:** 500$, cpm.
Time: unlimited. 3 times per same person / day.

CAMPAIGN IS STOPPED!

**Upgrade to permanent banner:** costs: 2500$ **per month** for UK/USA/Germany, Canada
4500$ whole world

****

2.1.2) **sk-down, serial-hun, rardownload.net/auto, warezguru** (one owner)

**Data**: Alexa traffic rank: 99,566, 3,700 in vietnam
**Active users at every given moment**: ca. 1, 000

**Our current campaign: 777**$, fixed, all websites.
Time: 6 months.

*****

2.1.3) **Hong-fire** (http://www.hongfire.com/)
Info: hongfire is the largest anime network in the world

**Data**: Alexa traffic rank: 2,125  and 197 in Japan 86 in India, sites linking in: 1008
**Active users at every given moment**: ca. 5,000 - 7,000
**Views per month:** ca. 100 million

**Our current campaign: 300**$, fixed, bottom, one month.

NOT PAID YET! Banner is already up!

**Plans: Upgrade to top banner:** 1. March, fixed place. Costs: 300$ per month - I would suggest 6 months
forward payment to secure the place.

********************************
**Planned websites (planned or already contacted and answered):**

**akiba-online:** (http://www.akiba-online.com/forum/main.php) **Alexa Traffic Rank: 1,815 , JP: 175**
pageviews: 68 million per month

pricing:
A 600x120 banner at the top of the forum is $1200 per month.
A 120x600 banner in the left side of the forum is $800 per month

Banners should be web optimised jpeg or gif and will be shown to all our traffic on every forum page (over
67 million pageviews in the last 30 days)

Contact: chompychan@gmail.com

********

**intporn:** http://www.intporn.com, traffic rank: 6,300. ca. 2500 users online.

**bbsex:**  traffic rank: 31,000 - ads at: http://www.juicyads.com/juicysites.php?id=3117&ref=3720

--> Topic about ORON you can create here http://www.bbsex.org/board4.html
It will be not sticked, we can update it regularly

**desi-underground:**  traffic rank: 35,000, 1,200 users online, advertisement contact made. price is per month. Contact person only via website: http://desi-underground.com/baadshah-m2134.html

**pornolia.net:** Important in the GERMAN net, alexa rank world: 87,000, Germany: 7,800

**leecher.to:** rank: 10,000 world, 492 germany

**asianforumer:** contact made, pricing available, rank: 7500, 1,000 Japan

**WJunction:**  rank 4200, contact made, advertisement over katz

**pornW:** rank: 4600, important side.

**yourwire.net:** rank: 18,000, 1,200 Germany

---

**Roman Romanov** <mainroman@gmail.com>                                    Fri, Jan 14, 2011 at 1:35 AM
To: "Sven - Oron.com Marketing Manager" <sven@oron.com>, svenflockie@hushmail.com

Hi Sven,

I need login and password for WJunction forum please.

Roman
[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>                                    Fri, Jan 14, 2011 at 5:19 AM
To: "Sven - Oron.com Marketing Manager" <sven@oron.com>, svenflockie@hushmail.com

I've reset the password for account **Oron Support** to:

On Wed, Jan 12, 2011 at 11:06 PM, Sven - Oron.com Marketing Manager <sven@oron.com> wrote:
[Quoted text hidden]

# EXHIBIT 7



Roman Romanov <mainroman@gmail.com>

## Bank Wire Deposit
7 messages

**melissa** <melissa.andrews@alertpay.com>                          Wed, May 16, 2012 at 8:02 AM
To: mainroman@gmail.com
Cc: Chris Tisdall <chris.tisdall@alertpay.com>

Hi Roman,

My name is Melissa. Chris is out of the office this week on Business and he asked that I contact you to help you with your pending bank wire deposit.

I have spoken with the banking department and unfortunately we have not received the deposit as of yet. To ensure that your deposit is credited to your account promptly, can please send me a scanned copy of your transaction receipt, or if your conducted the transaction through your online banking, a screen shot of the transaction from your bank account.

I apologize for any inconvenience and thank you for your cooperation and patience.

Kind regards,

--
Melissa Andrews
Account Manager
Phone: +1(514)748-1941 ext.304
www.AlertPay.com

**Roman Romanov** <mainroman@gmail.com>                          Wed, May 16, 2012 at 2:49 PM
To: melissa <melissa.andrews@alertpay.com>

Dear Melissa,

This is a little bit confusing. The wire transfers were sent with a few hours space between them.
one for 45,000$ and one for 47,000$.
The 47,000$ wire has been credited to our account.
However, the 45,000$ wire still has a pending status! So, my guess is you guys have received it and for some reason did not credit it yet.
Would you be so kind and have your team to actually process it and credit it to our account as we need that to be done urgently?

I can't send you the screenshot right now as our accounting is off at this time. I will do it tomorrow just in case, but it looks you guys got the wire but either forgot to process it or may be there's smth else.

I appreciate your help. Please keep me updated.

Thank you
[Quoted text hidden]

**Roman Romanov** <mainroman@gmail.com>                          Wed, May 16, 2012 at 10:14 PM
To: melissa <melissa.andrews@alertpay.com>, chris.tisdall@alertpay.com

Dear Melissa,

Attached please find the confirmation for the wire transfer that has not yet been loaded to our account (support@oron.com). Please take a look and process asap.

Thank you
Roman

On Wed, May 16, 2012 at 6:02 PM, melissa <melissa.andrews@alertpay.com> wrote:
[Quoted text hidden]

**3 attachments**



Capture1.PNG
14K

Capture2.PNG
70K

Capture3.PNG
67K

---

**melissa** <melissa.andrews@alertpay.com>
To: Roman Romanov <mainroman@gmail.com>                      Thu, May 17, 2012 at 8:40 AM
Cc: chris.tisdall@alertpay.com

Hello Roman,

Thank you for providing the deposit confirmation. Our banking department was able to locate your deposit and the funds have been credited to your account.

I sincerely apologize for the delay and thank you for your patience.

Kind regards,

Melissa Andrews
Account Manager
Phone: +1(514):718-1441 ext.304
www.AlertPay.com

[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>
To: melissa <melissa.andrews@alertpay.com>                   Thu, May 17, 2012 at 11:59 AM

Dear Melissa,

I would like to thank you for your help locating our wire transfer. May I ask what caused the delay?

Also you should be aware that Payza.com is broken, when we try to login it give us the following error:
502 - Web server received an invalid response while acting as a gateway or proxy server.

and bunch of other messages. It does not work for several hours already, please have your techs look into it.

Thank you
Roman
[Quoted text hidden]

---

**Melissa Andrews** <melissa.andrews@alertpay.com>
To: Roman Romanov <mainroman@gmail.com>                      Thu, May 17, 2012 at 5:25 PM
Cc: Chris Tisdall <chris.tisdall@alertpay.com>

Hi Roman,

With regards to your bank wire, I believe the issue was a technical glitch which has been resolved. You should not experience a delay of the nature moving forward. I sincerely apologize for any inconvenience this may have caused.

With regards to the 502 error message you are experiencing, if you can take a screen shot of the page before and the page of the error message it will help my tech team recreate the issue and resolve in a timely manner.

Again, I do thank you for your cooperation and patience.

Have a great night!

Kind regards,
[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>
To: Melissa Andrews <melissa.andrews@alertpay.com>

Wed, Jun 13, 2012 at 12:46 AM

Dear Melissa,

I'm sorry to trouble you again but I'm afraid that, again, we have the same issue where wire transfer gets lost by Payza. The transaction number is: E4B03-

We sent two wires and one was loaded to our account while second wire transfer appears to be lost. Please look into it asap and let me know.

I would also appreciate if you'd give me your direct phone number so we can contact you quicker in the future.

Thank you
Roman
[Quoted text hidden]

# EXHIBIT 22



Roman Romanov <mainroman@gmail.com>

## Hi ADMIN
1 message

**Sexy Suzy** <sexysuzy2000@hotmail.com>                    Wed, Dec 21, 2011 at 7:53 AM
To: mainroman@gmail.com

Hello ADMIN,

I am Online Now

You read you PM on Pornbb about wanting to Talk to me, I Need to talk Also, I guess u Know my ORON
Account was BANNEd (No reason Given Not even an EMAIL) Which mak me FEEL Very SAD Now 😔 .
HOw will I Make any  Money Online Now ?

I dont have your ICQ # (My PC hardrive had to be Formatted 2 Months ago) Lost everything Stored then

Please reply as Soon as Possible, I Will leave MSN MESSENGER on for the Day


If I dont Respond on MSN, I am Doing Alot of Housework Now (Cleaning up for Christmas). But I will Check
Back every 15 min or so.


Date: Mon, 6 Jun 2011 18:34:22 +0400
Subject: hello Sexy, from Admin about posting on hentai.
From: mainroman@gmail.com
To: sexysuzy2000@hotmail.com; alan0123@hotmail.com

Hello,

Please see attached file. If you have any questions, let me know.
As agreed I will pay you 10 cents per post since all content can be either Remote uploaded or Add to My
Account via ORON.
Should be an easy job for you.

Open 10 threads, with 10 users and post about 10 posts in each everyday until you run out of posts.

Keep track of how many posts you've made.

Thanks.

# EXHIBIT 24



Roman Romanov <mainroman@gmail.com>

## RE: hello Sexy, from Admin about posting on hentai.2
2 messages

**Alan Gbt Trinidad** <alan0123@hotmail.com>
To: mainroman@gmail.com

Mon, Jun 6, 2011 at 11:12 PM

Hi
Been really Busy both at Home and on Pornbb in the evenings/Nite
Doing some Work on the back of the House, Painting etc.

I have banned this Guy from India (always same IP **117.197.232.XXX** .) So many Times Each Day he keeps Opening At last 5 to 10 Accounts, and then will use them Other Days to Posts Banned File Hosts (Fileserve and Fsonic). I think Indan is like 12 hrs ahead of Me now, So He has The advantage, But I still manage t Catch him shortly after he Floods with him Fserve + Fsonic Links


Now Checking my Email and seeing this
Will Take My Time  as you said Post about 10 Each Day in 10 Seperate MeGa tHreads ( 10 cents seem so Little) 😊

I had Like the 20 cents Before 😊


Well I see what I can do

Ok So Open 10  New Accounts you suggested names in the text File  on pornbb? ,

Sure will Do .😊


BTW
here is the Text File of the First Job with Sexy Massages. (I thought u had wanted me to Post it (which I had Done Buts its Deleted on pornbb)


Cheers
😊

Date: Mon, 6 Jun 2011 18:34:22 +0400
Subject: hello Sexy, from Admin about posting on hentai.

6/18/2012 2:40 PM

From: mainroman@gmail.com
To: sexysuzy2000@hotmail.com; alan0123@hotmail.com

Hello,

Please see attached file. If you have any questions, let me know.
As agreed I will pay you 10 cents per post since all content can be either Remote uploaded or Add to My Account via ORON.
Should be an easy job for you.

Open 10 threads, with 10 users and post about 10 posts in each everyday until you run out of posts.

Keep track of how many posts you've made.

Thanks.

☐ **ADMIn (1st Job) PICS + Oron Links .txt**
    78K

---

**Roman Romanov** <mainroman@gmail.com>
To: Alan Gbt Trinidad <alan0123@hotmail.com>

Wed, Jun 8, 2011 at 1:28 PM

20 cents was for files you have to download and make screens.

Here you will not have to download anything, just click and steal, 2 seconds.

Let me know when are you going to start and if you will.
Cos if you won't I will need to find another person for the job.
[Quoted text hidden]

# EXHIBIT 25



Roman Romanov <mainroman@gmail.com>

## Admin about posting on hentai.3
2 messages

**Alan Gbt Trinidad** <alan0123@hotmail.com>
To: ADMIN Pornbb Roman Russia <mainroman@gmail.com>
         Fri, Jun 10, 2011 at 9:24 PM

Dead Admin,

I replied to your PM on Pornbb.

I can NOT click and steal, the Oron Links are Not Public, I will still have to download them and then manually reupload them. You will also need to TAkes the Pics and also Upload them to a Pic Hoster.

With all Due respect
If you Wish (as you said below) u can go ahead and ask another Mod.

Cheers

Date: Wed, 8 Jun 2011 23:28:52 +0400
Subject: Re: hello Sexy, from Admin about posting on hentai.2
From: mainroman@gmail.com
To: alan0123@hotmail.com

20 cents was for files you have to download and make screens.

Here you will not have to download anything, just click and steal, 2 seconds.

Let me know when are you going to start and if you will.
Cos if you won't I will need to find another person for the job.

On Tue, Jun 7, 2011 at 9:12 AM, Alan Gbt Trinidad <alan0123@hotmail.com> wrote:

> Hi
> Been really Busy both at Home and on Pornbb in the evenings/Nite
> Doing some Work on the back of the House, Painting etc.
>
> I have banned this Guy from India (always same IP **117.197.232.XXX** .) So many Times Each Day he keeps Opening At last 5 to 10 Accounts, and then will use them Other Days to Posts Banned File Hosts (Fileserve and Fsonic). I think Indan is like 12 hrs ahead of Me now, So He has The advantage, But I still manage t Catch him shortly after he Floods with him Fserve + Fsonic Links
>
>
> Now Checking my Email and seeing this
> Will Take My Time  as you said Post about 10 Each Day in 10 Seperate MeGa tHreads ( 10 cents seem so Little) Crying face
>
> I had Like the 20 cents Before Winking smile
>
> Well I see what I can do
>
> Ok So Open 10  New Accounts you suggested names in the text File  on pornbb? .
>
> Sure will Do .Smile
>
>
> BTW
> here is the Text File of the First Job with Sexy Massages. (I thought u had wanted me to Post it (which I had Done Buts its Deleted on pornbb)
>
> Cheers
> Open-mouth smile

Date: Mon, 6 Jun 2011 18:34:22 +0400
Subject: hello Sexy, from Admin about posting on hentai.
From: mainroman@gmail.com
To: sexysuzy2000@hotmail.com; alan0123@hotmail.com

Hello,

Please see attached file. If you have any questions, let me know.
As agreed I will pay you 10 cents per post since all content can be either Remote uploaded or Add to My Account via ORON.
Should be an easy job for you.

Open 10 threads, with 10 users and post about 10 posts in each everyday until you run out of posts.

Keep track of how many posts you've made.

Thanks.

---

**Roman Romanov** <mainroman@gmail.com>
To: Alan Gbt Trinidad <alan0123@hotmail.com>                    Sat, Jun 11, 2011 at 3:22 AM

Sexy,

The 20$ - tell me where to send them and I will. I can also add them to your ORON balance.

Now test everything and let me know if you will do this job. I'm waiting.

You have to listen to what I tell you! One more time. and PLEASE READ THIS CAREFULLY!
I have just tested everything MYSELF and it all works.

**thank you for choosing RapidShare.**

Your username: hentaiworker
Your Password: hentaiworker12345

**Here is a Premium RapidShare account for you.**

HERE IS THE !!SPECIAL!! ORON ACCCOUNT:  YOU HAVE TO USE IT! to be able to add to my account. DO NOT USE ANY OTHER ACCOUNTS.

```
ORON account:
Login: hentaiworker
Password: ████████████
```

**Upload Pics to:**

http://www.picsforfriends.info/indexh.php

**This is a list of threads to re post on hentai.pornbb.org and list of PornBB accounts you need to use.**

Forum threads:

http://www.hentaibb.com/viewtopic.php?f-57&t=3401 - rapid - live screenshots in the end.

http://www.hentaibb.com/viewtopic.php?f=57&t=3239&start=90 rapid

Gmail - Admin about posting on hentai.3

Case 2:12-cv-01057-GMN-RJJ Document 10-5 Filed 09/02/12 Page 17 of 17
Case 2:12-cv-01057-GMN-RJJ Document 83-28 Filed 08/07/12 Page 4 of 4

https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...

http://www.hentaibb.com/viewtopic.php?f=57&t=224 rapid

http://www.hentaibb.com/viewtopic.php?f=33&t=9692&start=350 oron is from the end.

http://www.hentaibb.com/viewtopic.php?f=20&t=41047 - oron

http://planetsuzy.org/t410358-p11-cool-Hentai-video-from-this-year.html - oron

http://planetsuzy.org/t408621-hentai-xxx-uncensored-movies-series-amp-videos-oron-amp-filesonic.html - oron

http://planetsuzy.org/t397856-p17-anime-porn-collection.html

http://planetsuzy.org/t422798-p5-hentai-movies-collection-only-uncensored-update.html

http://planetsuzy.org/t259584-p24-collection-of-hentai-movies-19892011.html

http://planetsuzy.org/t388330-p13-exclusive-hentai-xxx-videos-from-virgin11.html

**Porn BB Usernames:**

Password for all will be: ███████

1. hentaiworld
2. GettingLaid
3. gr8tstuffdamn
4. tentaclesmonster
5. funlovingcreature
6. deeppenetration
7. darkthoughtsihave
8. sweetandnasty
9. golumspussy
10. hentaiaff