[ORON webmail interface screenshot, in Russian]

mainroman

« Назад – Результаты поиска | Доп. действия | Поиск почты | Веб-поиск | Пуск

**FilesTube - cooperation** Входящие

Позже 33 из 39 Раньше
Свернуть все | Печать | Новое окно

☆ **Michal Frejtak** <frejtak@red-sky.pl>
Кому: root@oron.com
Скрытая: support@oron.com

24 мая 2011 г., 1:09

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Dear Sir/Madam,

I represent Filestube.com, the biggest worldwide media search engine and video files, online games, free software and Irycis directory. At this moment filestube.com alone has 84 000 000 unique users monthly. Upon recent review of our site traffic we have concluded that you oron.com, are in the top 10 list of most beneficial partners. As of yesterday, FilesTube.com has sent you 83 000 number of unique users. According to our data this trend has been growing and we hope to see it continue to grow. In the spirit of continued business growth for both you, oron.com, and FilesTube.com we would like to better define our business objectives that would allow us to continue to send traffic your way, and help continue to grow your business. FilesTube.com is looking to come to a firm agreement between you oron.com and FilesTube.com that would allow us to do this. First step in our futeure cooperation should be solve the problem with our IP, the are blocked since last week. I look forward to hearing from you.

Best regards
Michal

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

☆ **Oron.com - Support** <support@oron.com>
Кому: Michal Frejtak <frejtak@red-sky.pl>

24 мая 2011 г., 12:31

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Dear ORON User,

Thank you for contacting ORON support. We appreciate your business.

What is your IP?

Thank you

--
Kind regards,
Oron.com - Support

- Показать цитируемый текст -

--
Kind regards,
Oron.com - Support

25 мая 2011 г., 4:52

☆ Michał Frejtak <frejtak@red-sky.pl>
Кому: "Oron.com - Support" <support@oron.com>

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Hello,

please chcek our IP, the number of users which we are sending will be lower everyday if our IP will be still blocked. In the spirit of continued business growth for both you, oron.com, and FilesTube.com we would like to better define our business objectives that would allow us to continue to send traffic way, and help continue to grow your business. Please reply with your proposal and any questions associated with the matter.

Our blocked IP:

'149.13.65.137',
'149.13.65.220',
'149.13.65.221',
'149.13.65.222',
'149.13.65.223',
'149.13.65.224',
'149.13.65.225',
'149.13.65.226',
'149.13.65.227',
'149.13.65.228',
'149.13.65.229',
'149.13.65.230',
'149.13.65.231',
'149.13.65.232',
'149.13.65.233',
'149.13.65.234',
'149.13.65.235',
'149.13.65.236',
'149.13.65.237',
'149.13.65.238',
'149.13.65.239',
'149.13.65.240',
'149.13.65.241',
'149.13.65.242',
'149.13.65.243',
'149.13.65.244',
'149.13.65.245',
'149.13.65.246',
'149.13.65.247',
'149.13.65.248',
'149.13.65.249'
'149.13.65.136',
'149.13.65.190',
'149.13.65.191',
'149.13.65.192',
'149.13.65.193',
'149.13.65.194',
'149.13.65.195',
'149.13.65.196',
'149.13.65.197',
'149.13.65.198',
'149.13.65.199',
'149.13.65.200',
'149.13.65.201',

'149.13.65.202',
'149.13.65.203',
'149.13.65.204',
'149.13.65.205',
'149.13.65.206',
'149.13.65.207',
'149.13.65.208',
'149.13.65.209',
'149.13.65.210',
'149.13.65.211',
'149.13.65.212',
'149.13.65.213',
'149.13.65.214',
'149.13.65.215',
'149.13.65.216',
'149.13.65.217',
'149.13.65.218',
'149.13.65.219'
149.13.65.159
149.13.65.164
149.13.65.165
149.13.65.166
10.14.86.16
67.228.45.137
67.228.57.160
67.228.57.161
67.228.57.162
67.228.57.163
67.228.57.164
67.228.57.165
67.228.57.166
67.228.57.167
67.228.57.168
67.228.57.169
67.228.57.170
67.228.57.171
67.228.57.172
67.228.57.173
67.228.57.174
67.228.57.175
74.86.164.232
74.86.164.233
74.86.164.234
74.86.233.248
74.86.233.249
74.86.233.250
74.86.192.60
74.86.192.61
74.86.192.62
174.37.92.191
74.86.130.72
74.86.130.73
74.86.130.74
74.86.130.75
74.86.130.76
74.86.130.77
74.86.130.78
74.86.130.79

149.13.65.158
149.13.65.161
149.13.65.162
149.13.65.163
174.36.38.242
208.43.40.148
208.43.40.149
208.43.40.150
208.43.40.151

Best regards
Michal

2011/5/24 Oron.com - Support <support@oron.com>:
- Показать цитируемый текст -

--
Best regards
Michal Frejtak
Sales & Marketing Manager
kom. 696 323 944
Red Sky Sp z o.o.
Al. Piastów 1/6
70-325 Szczecin

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

☆ Oron.com - Support <support@oron.com>
Кому: Michal Frejtak <frejtak@red-sky.pl>
Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

If you keep using those IPs to download from ORON they will be banned again.
- Показать цитируемый текст -

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

☆ Oron.com - Support <support@oron.com>
Кому: Michal Frejtak <frejtak@red-sky.pl>
Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Dear Michal,

We need to talk. Please contact me via Skype: mainroman or ICQ Number : 612█████

You are downloading files using your accounts and that is not what we agreed upon. We are about to ban your IPs so please contact us asap to discuss this.

Thank you

- Показать цитируемый текст -
- Показать цитируемый текст -

Быстрый ответ                                          Дополнительные параметры ответа
Кому: Michal Frejtak <frejtak@red-sky.pl>

25 мая 2011 г., 12:37

22 июня 2011 г., 11:08