

Roman Romanov <mainroman@gmail.com>

---

## Regarding your account g1322036
8 messages

---

**Kalyn Sanders** <ksanders@ffn.com>                                Fri, Sep 2, 2011 at 3:36 PM
To: "mainroman@gmail.com" <mainroman@gmail.com>

Hey,

Your account is not optimized fully in order to make a decision about turning this into a prepaid deal. There is still a few thing I would like to make changes to make sure you are getting the most out of your traffic with us.

One big thing I have noticed is traffic quality. I see you sending traffic from India, Indonesia, Thailand and Malaysia. These countries traffic does not convert on our site being low pay countries. If you can restrict the traffic from these countries your traffic will do a lot better. Keep US, Germany, France, Austrilia, and the UK traffic.

Also there was a huge traffic decrease yesterday, do you know why this happened?

*Kalyn Sanders*

**FriendFinder Networks**

609762703 ICQ

Yahoo IM : kalyn_ffn@yahoo.com

Wrk 408.745.5483

---

IMPORTANT: This email message is intended only for the use of the individual to whom, or entity to which, it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are NOT the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please reply to the sender immediately and permanently delete this email. Thank you.

---

**Roman Romanov** <mainroman@gmail.com>                              Mon, Sep 5, 2011 at 12:13 PM
To: Kalyn Sanders <ksanders@ffn.com>

Hey,

I can't just restrict people from certain countries from my site. It's a free site for all.
In general, what changes apart from that would you want me to make.
May be another banner?
Do you have any info on pre paid deal yet?

Let me know.

Thanks
[Quoted text hidden]

---

**Kalyn Sanders** <ksanders@ffn.com>
To: "mainroman@gmail.com" <mainroman@gmail.com>

Mon, Sep 5, 2011 at 3:52 PM

I will take a look at your account in the morning when I get back in, it's a holiday so I'm not in the office. I will check the banners you have up already and see how well they are doing and switch them out if needed.

Just to get a general idea, how much do your sell your spots for?
Kalyn Sanders
Friend Finder Networks
Ksanders@ffn.com

**From:** Roman Romanov [mailto:mainroman@gmail.com]
**Sent:** Monday, September 05, 2011 11:13 AM
**To:** Kalyn Sanders
**Subject:** Re: Regarding your account g1322036

[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>
To: Kalyn Sanders <ksanders@ffn.com>

Mon, Sep 5, 2011 at 10:27 PM

Dear Kalyn,

I can offer you the spot on all 4 forums for 4000$ per month.

Thank you.
[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>
To: Kalyn Sanders <ksanders@ffn.com>

Tue, Oct 4, 2011 at 6:15 AM

Dear Kalyn,

It is time to get back to our discussion of fixed price banner for pornbb.org. Please get back to me and let me know your offer.

Thank you
[Quoted text hidden]

---

**Kalyn Sanders** <ksanders@ffn.com>

Tue, Oct 4, 2011 at 10:27 AM

To: Roman Romanov <mainroman@gmail.com>

Hey Roman,

It's nice to hear from you, I can only make this deal fair for the both of us. I only want one spot which is the most prominent one to me, which is the one on the top of porn BB and I will offer you $80 on a PPS basis. On a PPS basis you will definitely make the $1000+ for this one spot which I think is more relevant for the both of us. I do which to continue this partnership because I know it will turn out better than expected for you, please let me know what you think about my current offer.

*Kalyn Sanders*

FriendFinder Networks

609762703 ICQ

Yahoo IM : kalyn_ffn@yahoo.com

Wrk 408.745.5483

From: Roman Romanov [mailto:mainroman@gmail.com]
Sent: Tuesday, October 04, 2011 5:15 AM

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

---

Kalyn Sanders <ksanders@ffn.com>   Thu, Oct 6, 2011 at 3:54 PM
To: Roman Romanov <mainroman@gmail.com>

Hey,

Attached is a few different banners you can choose from IM and Ad banners let me know if you wanted something in a different sizes.

*Kalyn Sanders*

FriendFinder Networks

609762703 ICQ

Yahoo IM : kalyn_ffn@yahoo.com

Wrk 408.745.5483

**From:** Kalyn Sanders
**Sent:** Tuesday, October 04, 2011 9:28 AM
**To:** 'Roman Romanov'
**Subject:** RE: Regarding your account g1322036

Hey Roman,

It's nice to hear from you, I can only make this deal fair for the both of us. I only want one spot which is the most prominent one to me, which is the one on the top of porn BB and I will offer you $80 on a PPS basis. On a PPS basis you will definitely make the $1000+ for this one spot which I think is more relevant for the both of us. I do which to continue this partnership because I know it will turn out better than expected for you, please let me know what you think about my current offer.

*Kalyn Sanders*

FriendFinder Networks

609762703 ICQ

Yahoo IM : kalyn_ffn@yahoo.com

Wrk 408.745.5483

**From:** Roman Romanov [mailto:mainroman@gmail.com]
**Sent:** Tuesday, October 04, 2011 5:15 AM

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]


graff.html
2K

---

Roman Romanov <mainroman@gmail.com>
To: raveex@iosh.net

Mon, Nov 7, 2011 at 5:34 AM

Посмотри тут баннеры.

---------- Forwarded message ----------
From: **Kalyn Sanders** <ksanders@ffn.com>
Date: 2011/10/7
Subject: RE: Regarding your account g1322036
[Quoted text hidden]

📎 **graff.html**
2K