## ROBERTSONS
## MEMORANDUM

TO : SCG

RE : Service Court Documents from US
    (FF Magnat Limited)

Ref: SCG/88908

FORM : Jay Li

DATE : 30th August 2012

I did on Thursday, 30th August 2012 serve the Stanislav Davidoglov individually and as beneficial owner FF Magnat Limited, with a Summons, Complaint, Ex Parte Application for Temporary Restraining Order, Order Granting Plaintiff Dataech Enterprises, LLC's Application for Temporary Restraining Order ("the Documents") by leaving the same at Unit 1502, 15/F, Jubilee Centre, 46 Gloucester Road, Wanchai, Hong Kong being the address of FF Magnat Limited as stated in the covering letter.

The name of the Company appeared in the signboard is "Intershore Consult (Asia) Limited".

Jay Li

August 29, 2012

Stanislav Davidoglov
Individually and as Beneficial Owner
FF Magnat Limited
Unit 1502, 15/F, Jubilee Centre
46 Gloucester Road
Wanchai, Hong Kong

**Via Currier:**

    *Re:*   *DataTech Enterprises, Inc. v. FF Magnat Limited,*
           *12-4500 (CRB), N. D. Cal.; Order Granting TRO*

Dear Mr. Davidoglov and FF Magnat Limited:

On behalf of my client DataTech Enterprises, LLC I filed the above-reference action in the United States District Court for the Northern District of California. I Applied for and the Court granted a Temporary Restraining Order. A copy of that Order is among the documents delivered to you.

On August 28, 2012, I delivered copies of these documents to lawyers that represent FF Magnat Limited in the *Liberty Media Holdings* case currently being litigated in the District Court of Nevada. However, those attorneys refused to respond when I inquired as to whether they represent any defendant in the above matter. Although, I assume they forwarded information about this lawsuit, I am delivering these copies to make certain you have notice of the lawsuit and the upcoming hearing.

Your answering papers are due on September 4, 2012 and the Court scheduled a hearing for September 11, 2012. Please inform me immediately if you are represented by counsel in this matter or if you have any questions.

Very truly yours,

*[signature]*

D. GILL SPERLEIN
Attorney for DataTech Enterprises, LLC



Encl: Summons, Complaint, *Ex Parte* Application for Temporary Restraining Order, Order Granting Plaintiff Dataech Enterprises, LLC's Application for Temporary Restraining Order.

345 grove street,   san francisco, ca 94102   p   415.404.6615   f   415.404.6616   gill@sperleinlaw.com