D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>       Plaintiff,<br>              vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>       Defendants. | **Case No.: 2-12-4500 CRB**<br><br>**ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTIONS FOR ORDER PERMITTING ALTERNATIVE SERVICE AND FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

Pursuant to Local Rules 6-3 and 7-11, Plaintiff DataTech Enterprises, LLC (hereinafter referred to as DataTech) moves this Honorable Court for an order shortening time to hear Plaintiff's Motions for Order Permitting Alternative Service and for Leave to Take Discovery prior to Rule 26 Conference.  Plaintiff seeks to have the Court hear these Motions at the earliest date possible, but in no event later then at the Order to Show Cause hearing scheduled for September 11,

2012, with Defendant's Opposition papers, if any, due September 7th at 5:00 p.m. and Plaintiff's Reply due September 10, 2012 at 12:00 p.m.

By e-mail on August 30, 2012 to FF Magnat Limited's attorneys, Plaintiff's counsel requested stipulation to an expedited hearing and filing schedule on Plaintiff's Motions. Declaration of D. Gill Sperlein in Support of Administrative Motion for Order Shortening Time to Hear Plaintiff DataTech Enterprises, LLC's Motions for Order Permitting Alternative Service and for Leave to Take Discovery Prior To Rule 26 Conference at ¶2.

FF Magnat Limited's attorneys refused to stipulate, providing no explanation for their refusal. *Id*. at ¶3.

Plaintiff DataTech would be substantially harmed if these Motions are not heard on an expedited schedule. *Id*. at ¶¶4-6.

With regard to Plaintiff's Motion for Early Discovery to identify Defendant John Doe a/k/a Roman Romanov (hereinafter referred to as Romanov), Plaintiff cannot amend the Complaint to name this individual or take measures to serve the individual until Plaintiff engages in the requested discovery. In the meantime, the effectiveness of Court's Temporary Restraining Order, as well as any future Preliminary Injunction, as it applies to Romanov may be diminished without the relief requested in Plaintiff's motion. Although not yet named or served, Romanov likely is aware of this litigation and may be in the process of transferring and secreting away funds that consist of illicit profits that properly belong to DataTech. If Plaintiff does not swiftly serve the subpoenas, third parties that hold the information may destroy the records containing the information as part of regular document retention/deletion policies.

With regard to Plaintiff's Motion for Alternative service on Defendant Stanislav Davidoglov, who claims to live in the Ukraine, it could take months to track and serve this individual via personal

-2-

service. Although there can be no doubt that this sole owner of Defendant FF Magnat Limited received actual notice of this lawsuit and the pending motion hearing, FF Magant's lawyers refused Plaintiff's request to waive service of process. Again, the effectiveness of the TRO and any forthcoming Preliminary Injunction could be thwarted if Davidoglov later raises defenses based on a failure to personally serve him, even though he received actual notice of this action. It is imperative to resolve service of process issues as quickly as possible, preferably prior to the Order to Show Cause Hearing, but in any event no later than at that hearing.

Defendants will not be prejudiced if these motions are heard on an expedited basis. Romanov and Davidoglov certainly already have actual notice of these proceedings and likely received copies of the Summons, Complaint, Motion for TRO, and Order on TRO. Plaintiff's motions are simply brought to address formal service of process issues in order to protect from later arguments that the Defendants were excused from compliance with the Court's lawful orders because the Defendants were not properly notified or served.

At the time Plaintiff files this request, the Court has not entered any prior orders altering deadlines in this action. Hearing of these motions on an expedited schedule will allow Plaintiff to identify and serve all parties so that this matter can move forward in a timely fashion.

Should the Court find that it is appropriate to rule on Plaintiff's Motion for Order Permitting Alternative Service of the Summons, Complaint, Motion for TRO and Order for TRO on Defendant Stanislav Davidoglov without oral argument, than Plaintiff waives its right to file a Reply so that an Order can issue immediately and the elements of the Order can be executed prior to the hearing on the Order to Show Cause. Otherwise, it may be necessary to extend the TRO an additional fourteen days to give Plaintiff time to achieve service according whatever procedures the Court orders in response to Plaintiff's Motion.

Dated: September 2, 2012              Respectfully submitted,

*/s/ D. Gill Sperlein*

_____
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN

Attorney for Plaintiff DataTech Enterprises, LLC,

-4-

ADMINISTRATIVE MOTION FOR
ORDER SHORTENING TIME
C-12-4500 (CRB)