D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCSICO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>        vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | Case No.: C-12-4500 (CRB)<br><br>**DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTIONS FOR ORDER PERMITTING ALTERNATIVE SERVICE AND FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

I, D. Gill Sperlein, declare:

   1.   I am an attorney licensed to practice in the State of California, a member of the Bar of this Honorable Court and attorney of record for Plaintiff DataTech Enterprises, LLC.  The facts that I state herein are within my personal knowledge.

   2.   On August 30, 2012 I sent an e-mail to Michael Lisi and other members of the Firm representing Defendant FF Magant Limited in this action explaining that I would be filing Motions

-1-

for an Order allowing early discovery for the limited purpose of identifying Defendant John Doe and for an Order authorizing alternative service on Defendant Stanislav Davidoglov and that I would ask the Court to hear these motions on an expedited basis.

3. On August 31, Mr. Lisi replied by e-mail, stating, " Unfortunately, we cannot agree to your proposal to have your motion for early discovery heard on the same day as the OSC. If, as you indicate, you file an administrative motion seeking an order shortening time on your motion for early discovery, will oppose the request for an OST in the manner provided in the Local Rules."

4. As explained in further detail in its Motion for Early Discovery, Plaintiff does not know the true identify of John Doe a/k/a/ Roman Romanov, but could learn his identity by serving subpoenas on Google, Inc., Microsoft Corporation, Adult Friend Finder, and other Internet service providers.

5. As explained in further detail in its Motion for and Order Permitting Alternative Service on Defendant Stanislav Davidoglov, efficient service on Davidoglov, who claims to live in the Ukraine is impossible.

6. Plaintiff would be substantially prejudiced if it is not allowed to take steps to quickly identify and serve these Defendants John Doe a/k/a/ Roman Romanov and Stanislav Davidoglov because delay could negatively impact the efficacy of the Court's lawful orders.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

*9/2/2012*                               */s/ D. Gill Sperlein*

Dated:_____    _____
                                                           D. Gill Sperlein

-2-