D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company, | Case No.: C-12-4500 (CRB) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTIONS FOR ORDER PERMITTING ALTERNATIVE SERVICE AND FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |
| vs. | |
| FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and | |
| Defendants. | |

Plaintiff DataTech Enterprises, LLC has filed an Administrative Motion for an Order Shortening Time to Hear its Motions for an Order Permitting Alternative Service and for an Order Granting Leave to Take Discovery Prior to the Rule 26 Conference.

-1-

THE LAW OFFICE OF D. GILL SPERLEIN
345 GROVE STREET   SAN FRANCISCO, CA 94102
TEL: 415-404-6615   FAX: 415-404-6616

THE LAW OFFICE OF D. GILL SPERLEIN
345 GROVE STREET
SAN FRANCISCO, CA 94102   FAX: 415-404-6616
TEL: 415-404-6615

1

2          Finding Plaintiff's arguments persuasive, the Court **GRANTS** Plaintiff's Administrative

3    Motion for Order Shortening Time to Hear its Motions.

4          **IT IS FURTHER ORDERED** that Defendant's Opposition to these Motions, if any,

5    shall be filed on or before September 7, 2012 at 5:00 p.m. and that Plaintiff's Replies, if any,

6

7    shall be filed on or before September 10, 2012 at 5:00 p.m.

8          **IT IS FURTHER ORDERED,** if the Court finds that oral argument is appropriate on

9    these motions, it shall be heard in conjunction with the Order to Show Cause scheduled for

10

11   September 11, 2012 at 10:00 a.m. before the Honorable Charles R. Breyer, United States

12   District Judge, in Courtroom 6.

13

14         **IT IS SO ORDERED**

15

16

17

18   DATED: _____                    _____

19                                                     **CHARLES R. BREYER**
                                                       **U.S. DISTRICT JUDGE**
20

21

22

23

24

25

26

27                                          -2-

28                                              [PROPOSED] ORDER GRANTING PLAINTIFF'S
                                                REQUEST TO SHORTEN TIME
                                                C-12-4500 (CRB)