# EXHIBIT A

Case 3:12-cv-04500-CRB   Document 21-2   Filed 09/04/12   Page 2 of 2



English

Upload Files    Premium    Sign Up    Login    Forgot your password?

**Up to 400 Mb, 5 files max**

[ Browse... ]

Show Advanced Options

I have read and agree to the TOS ☐

[ Upload! ]

Copyright © 2001-2012 ORON.com, All Rights Reserved.

Home | News | FAQ | Terms of service | Privacy policy | Report abuse | Premium | About | Contact Us