# EXHIBIT B



## Report abuse

ORON (www.oron.com) is an Online Service Provider under Title II of the Digital Millennium Copyright Act, 17 U.S.C. Section 512 ("DMCA").

We treat every abuse very seriously. If you wish to report a copyright infringement you have to it properly in accordance with DMCA procedure.

To file a valid DMCA Notice, you need to provide us with the following information:
**1.** Identify and establish yourself as an owner of copyrighted work or provide proof of exclusive rights that you believe were infringed. If you are a person acting on behalf of such owner, please include proof (copy of an agreement, power of attorney or authorization letter) for verification purposes.

**2.** Include all your contact information: your name, business mailing address, day time phone number, and email address.

**3.** Identify the copyrighted work that you believe is being infringed.

**4.** Inform us of the location on the web (Internet) of copyrighted materials that allegedly are infringing your copyrights, of the location of these materials on ORON by including URLs on oron.com containing aforementioned materials. Do not send any file attachments, images, PDFs e.t.c., we will not open them for security reasons. Include only the list of URLs in a simple text format, one URL per line.

**5.** It is very important for you to make sure that you only include material you have the authority over.

**6.** In your report include a statement worded: "I believe in good faith that use of the aforementioned material is not authorized by the copyright owner, its agents, or the law".

**7.** Write a statement that the information in the notice is accurate, under penalty of perjury. If filing your notice on paper, it must be signed with your actual signature. If filing electronically please include electronic signature with your report.

**To file your DMCA report, your valid DMCA Notice must be sent to ORON email: abuse@oron.com**

Please note that only those abuse reports sent directly to abuse@oron.com will be accepted for a review.

ORON.com will follow the necessary procedures to investigate and if needed to properly enforce rights of copyright holders. When we to the best of our ability determine that your abuse report is in fact valid and truthful we will schedule the infringing material for removal, which takes anywhere from 1 to 24 hours.

If ORON users submitting or downloading the aforementioned materials believe that their use of materials was lawful, they have the right of sending a Counter Notice. ORON.com will comply with the DMCA provisions in the event a counter notification is received.

Thank you.