# EXHIBIT D

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** FF MAGNAT LIMITED

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** www.oron.com, oron.com, ORON

**Address of Service Provider:** Unit 1502, 15/F, Jubilee Centre, 46 Gloucester Road, Wan Chai, H.K.

**Name of Agent Designated to Receive Notification of Claimed Infringement:** LIM YEW KIM PRISCILLA

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
Unit 1502, 15/F, Jubilee Centre, 46 Gloucester Road, Wan Chai, H.K.

**Telephone Number of Designated Agent:** +1 303-256-0360

**Facsimile Number of Designated Agent:** +1 303-256-0360

**Email Address of Designated Agent:** support@oron.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office:

Signature of Officer or Representative of the Designating Service Provider:
Date: 15 JUN 2011

Typed or Printed Name and Title: LIM YEW KIM PRISCILLA, Director

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
**Copyright I&R/Recordation**
**P.O. Box 71537**
**Washington, DC 20024**

Scanned
AUG 1 6 2011

162674703

Received