# EXHIBIT E



PRIVATE & CONFIDENTIAL

FF Magnat Limited                                       21 August 2012
ROOM 611, 6/F,
FOOK CHEONG BUILDING,
63 HOI YUEN ROAD,
KWUN TONG KLN

To Whom It May Concern

**FF Magnat Limited**

As per FF Magnat Limited's request dated 16 Aug 2012, we write to confirm that FF Magnat Limited has conducted NO Wayfoong Statement Gold transactions (buying and selling) in their Business Direct account maintained with us in Hong Kong during the period of 17 January 2011 to 16 July 2012.

The "GOLD/EXCHANGE DEBIT" wording is a transaction details we normally used in account statement to classify either a transaction which involved gold transaction OR foreign currency transaction. In the case of FF Magnat Limited, all the transactions covering the statement period of 17 January 2011 to 16 July 2012 and with transaction details as "GOLD/EXCHANGE DEBIT" were related to foreign currency exchange transactions only. This has been confirmed in the first paragraph.

The above information is given in strict confidence and without any responsibility, howsoever arising, on the part of the Bank or its officers.

Yours sincerely

*[signature]*

Levina Lee
Vice President
Business Banking

**The Hongkong and Shanghai Banking Corporation Limited**
Kowloon East District Business Banking:
21/F, Crocodile Centre, No.79 Hoi Yuen Road, Kwun Tong, Kowloon
Tel:3663 3482      Fax: (852)2191 8471
Web Site : www.hsbc.com.hk