**KENNETH E. KELLER** (CA Bar No. 71450)
**STAN G. ROMAN** (CA BAR. NO. 87652)
**MICHAEL D. LISI** (CA Bar No. 196974)
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
 (415) 249-8330; FAX (415) 249-8333
kkeller@kksrr.com
sroman@kksrr.com
mlisi@kksrr.com

Attorneys for Defendant FF MAGNAT LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC,  a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias) and<br><br>Defendants. | Case No. CV 12-4500 CRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. CV 12-4500 CRB

1  Plaintiff DATATECH ENTERPRISES, LLC'S motion for preliminary injunction came on
2 for hearing on September 11, 2012, by Order of the Court, the Honorable Charles R. Breyer
3 presiding.  Having considered the papers submitted in support of and in opposition to the motion, the
4 evidence and the arguments of counsel, and good cause appearing, the Court hereby DENIES
5 Plaintiff's motion for preliminary injunction.

6  IT IS FURTHER ORDERED THAT the August 28, 2012 Temporary Restraining Order is
7 hereby dissolved.

9 IT IS SO ORDERED.

11 Dated: _____, 2012

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE