**KENNETH E. KELLER** (CA Bar No. 71450)
**STAN G. ROMAN** (CA Bar. No. 87652)
**MICHAEL D. LISI** (CA Bar No. 196974)
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
 (415) 249-8330; FAX (415) 249-8333
kkeller@kksrr.com
sroman@kksrr.com
mlisi@kksrr.com


Attorneys for Defendant FF MAGNAT LIMITED


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>           Plaintiff<br><br>           vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias) and<br><br>           Defendants. | Case No. CV 12-4500 CRB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPPORT OF ORON'S RESPONSE TO ORDER TO SHOW CAUSE RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Hearing:** September 11, 2012<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Charles R. Breyer<br>**Courtroom:** Courtroom 6 - 17th Floor |

Pursuant to Federal Rule of Evidence 201, Defendant FF Magnat Limited, respectfully requests that the Court take judicial notice of the following documents, true and correct copies of which are attached hereto:

**EXHIBIT A**: Order dated December 14, 2011, in the case of *Liberty Media Holdings, LLC v. Sergej Letyagin, d/b/a Sunporno.com*, Case Number 11-62107-CV-WILLIAMS (S.D. Fla. 2011).

Dated: September 4, 2012          Krieg, Keller, Sloan, Reilley & Roman LLP

By: _____/s/ Kenneth E. Keller_____
     Kenneth E. Keller
     Attorneys for Defendant FF MAGNAT LIMITED

1

REQUEST FOR JUDICIAL NOTICE IN SUPPPORT OF ORON'S RESPONSE TO ORDER TO SHOW CAUSE RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. CV 12-4500 CRB