1  **KENNETH E. KELLER** (71450) kkeller@kksrr.com
2  **STAN G. ROMAN** (87652) sroman@kksrr.com
   **MICHAEL D. LISI** (196974) mlisi@kksrr.com
3  **KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
   555 Montgomery Street, 17th Floor
4  San Francisco, CA  94111
   Tel:     (415) 249-8330
5  Fax:    (415) 249-8333

6  Attorneys for Defendant FF MAGNAT LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**ORDER GRANTING MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 - 17th Floor |

Having considered the papers submitted in support of and opposition to Defendant FF Magnat Limited's Motion for Partial Relief from Temporary Restraining Order, the evidence and the arguments of counsel, and good cause appearing, the Court enters the following ORDER:

IT IS HEREBY ORDERED THAT the Temporary Restraining Order issued by this Court on August 28, 2012 is hereby amended to permit PayPal, Inc. to transfer $ 125,000. from the PayPal account held for the benefit of FF Magnat Limited to the trust account of FF Magnat Limited's outside counsel, Greenberg & Lieberman, LLC, which funds shall only be used to pay the legal fees and costs associated with FF Magnat Limited's defense of this action.

1

[PROPOSED] ORDER GRANTING DEFENDANT FF MAGNAT LIMITED'S MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER
CASE NO. C-12-4500 CRB

**IT IS SO ORDERED**.

Dated:   September 4, 2012         _____
                                   THE HON. CHARLES R. BREYER
                                   UNITED STATES DISTRICT COURT JUDGE



2

[PROPOSED] ORDER GRANTING DEFENDANT FF MAGNAT LIMITED'S MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER
CASE NO. C-12-4500 CRB