D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | **Case No.: C-12-4500 (CRB)**<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTIONS FOR ORDER PERMITTING ALTERNATIVE SERVICE AND FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

Plaintiff DataTech Enterprises, LLC has filed an Administrative Motion for an Order Shortening Time to Hear its Motions for an Order Permitting Alternative Service and for an Order Granting Leave to Take Discovery Prior to the Rule 26 Conference.

Finding Plaintiff's arguments persuasive, the Court **GRANTS** Plaintiff's Administrative Motion for Order Shortening Time to Hear its Motions.

**IT IS FURTHER ORDERED** that Defendant's Opposition to these Motions, if any, shall be filed on or before September 7, 2012 at 5:00 p.m. and that Plaintiff's Replies, if any, shall be filed on or before September 10, 2012 at 5:00 p.m.

**IT IS FURTHER ORDERED** that these motions shall be heard in conjunction with the Order to Show Cause scheduled for September 11, 2012 at 10:00 a.m. before the Honorable Charles R. Breyer, United States District Judge, in Courtroom 6.

**IT IS SO ORDERED**

DATED:   September 4, 2012

**CHARLES R. BREYER**
**U.S. D**



[PROPOSED] ORDER GRANTING PLAINTIFF'S
REQUEST TO SHORTEN TIME
C-12-4500 (CRB)