**KENNETH E. KELLER** (CA Bar No. 71450)
**STAN G. ROMAN** (CA BAR. NO. 87652)
**MICHAEL D. LISI** (CA Bar No. 196974)
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
 (415) 249-8330; FAX (415) 249-8333
kkeller@kksrr.com
sroman@kksrr.com
mlisi@kksrr.com

Attorneys for Defendant FF MAGNAT LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff<br><br>    vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias) and<br><br>    Defendants. | Case No. CV 12-4500 CRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

Plaintiff DATATECH ENTERPRISES, LLC'S motion for leave to take discovery prior to Rule 26 Conference came on for hearing on September 11, 2012, by Order of the Court, the Honorable Charles R. Breyer presiding. Having considered the papers submitted in support of and in opposition to the motion, the evidence and the arguments of counsel, and good cause appearing, the Court hereby DENIES Plaintiff's motion for leave to take discovery prior to Rule 26 Conference.

IT IS SO ORDERED.

Dated: _____, 2012

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE