D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>　　　Defendants. | **Case No.: 12-4500 (CRB)**<br><br>**DECLARATION OF ROBERT HARE IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　September 11, 2012<br>Time:　2:00 p.m.<br>CtRm:　6, 17th Floor |

I, Robert Hare, declare:

1. The facts stated in this declaration are true of my own personal knowledge, except as to any matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

2. I am a resident of the State of Florida and have been for four years. I do believe that Oron.com staff knew I was a resident of the state of Florida based on an Instant Messenger (ICQ)

-1-

conversation I had with support staff for Oron in which I was asked 'how are you doing today?' And I replied that I can't complain, being it is almost always sunny here in Jacksonville, Florida. Originally, when I first signed up as an Oron affiliate, I was paid every 4 to 6 weeks, whenever earnings had reached $100.00 or more. The first six times Oron paid me via PayPal and the last two times via Alert Pay (now known as Payza). I have set forth below the specific transaction numbers, dates, and amounts.

3. I was an affiliate of Oron.com since mid-June of 2011.

4. In connection with being an Oron.com affiliate, I operated a total of forty-nine (49) Yahoo! Groups, at least a dozen of which were dedicated to sharing cyberlocker stored links to movies, TV series, music audio/video and still other files.

5. Individuals who belong to the Yahoo! groups I operate, post listings for adult movies. Generally, these listings include an image of the movie's DVD box cover, a description of the movies, information about the studio and actors, screenshots from the movie, and links to locations on cyber lockers, including oron.com, where the actual audiovisual files of the movies are located.

6. Each time someone clicked one of the oron.com links for content that I had uploaded to oron.com and decided to purchase a premium membership so they could download the content faster, I would receive either 50% of the initial premium subscription purchase and 50% every time those subscriber was rebilled for an ongoing Oron subscription, or I could elect to be paid 70% of the initial premium subscription purchase and 30% every time the subscriber was rebilled.

7. Oron paid me by its PayPal account in the name of Fedor Goncharov until late January 2012 when I am informed and believe that PayPal and/or Oron terminated their relationship. At that time, Oron required affiliates to open an AlertPay (now called Payza) account and paid them via

-2-

AlertPay/Payza.  I was always paid in U.S. dollars.  Below is a listing of all 8 payouts, dates, times and amounts that I received over the course of the year or so I was a paid affiliate with them.

Payza Payment details

https://secure.payza.com/TransDetails.aspx?AS8vNzc2MzIyO2JHcWxfcHID

### Transaction in Detail

Date 4/1/2012 12:56:45 AM Reference Number 85AB8-341D7-A535C Transaction type

Transfer Received From

Name/Email Oron.com

support@oron.com

Current Status Completed Amount $103.51 USD

Purchase Type Service

Shipping Details Not Provided

Note (optional) ORON_308843 Payment

https://secure.payza.com/TransDetails.aspx?Ai8yMDg4MDczPGNIcm1gcXMD

### Transaction in Detail

Date 6/14/2012 3:24:44 PM Reference Number BDAE3-6168D-F36EE Transaction type

Transfer Received From

Name/Email Oron.com

support@oron.com

Current Status Completed Amount $108.76 USD

Purchase Type Service

Shipping Details Not Provided

Note (optional) ORON_308843 Payment

 PayPal transaction details

-3-

DECLARATION OF ROBERT HARE IN SUPPORT
MOTION FOR PRELIMINARY INJUNCTION
C-12-4500 (CRB)

**Search results for 'support@oron.com' in Email from Jan 1, 2011 - Sep 7, 2012**

| Date | Type | Name/Email | Payment status | Details | Net amount |
|---|---|---|---|---|---|
| Jan 19, 2012 | Payment From | Fedor Goncharov | Completed | Details Payment From Fedor Goncharov 0AG89471U00548323 | $108.80 USD |
| Dec 1, 2011 | Payment From | Fedor Goncharov | Completed | Details Payment From Fedor Goncharov 8PS45261W22582941 | $106.36 USD |
| Nov 21, 2011 | Payment From | Fedor Goncharov | Completed | Details Payment From Fedor Goncharov 5SX67227YX769602U | $105.19 USD |
| Oct 17, 2011 | Payment From | Fedor Goncharov | Completed | Details Payment From Fedor Goncharov 1R131395UU2330720 | $100.66 USD |
| Sep 1, 2011 | Payment From | Fedor Goncharov | Completed | Details Payment From Fedor Goncharov 5K7911194W873892B | $104.64 USD |
| Jul 29, 2011 | Payment From | Fedor Goncharov | Completed | Details Payment From Fedor Goncharov 6D933176UB037834K | $101.15 USD |

8. On several occasions (approximately two dozen times in under a year) when it came to my attention that file links I kept stored on Oron had been 'deleted,' i.e., disabled for download by anyone other than myself, Oron only disabled the links which had become public through my posts to various Yahoo! Groups and other online forums. Links to the exact same files (duplicate copies) which I had backed up to a personal 'private' directory on Oron remained active and available. A few examples of links that were 'deleted' (no longer reachable by the public) but are still available in my 'private folder on Oron include:

http://oron.com/7h56wqjl4quw/Bare_Adventure_2005.part1.rar
http://oron.com/l5yzc8x6f6kk/Fal-con_35th_Anniversary_1978-2007.part01.rar
http://oron.com/gr8oxne6c7bt/Fall_End_Angle_I_1997.part1.rar
http://oron.com/fl22027q5nbr/Fall_End_Angle_II_Descending_1998.part1.rar
http://oron.com/annhkl4r0dbx/Fall_End_Angle_III_Initiation_2000.part1.rar
http://oron.com/csx55ep1wa8k/Fall_End_Angle_IV_Sea_Men_2001.part1.rar
http://oron.com/gg8uf65lgrc1/Fall_End_Angle_V_Horse_2004.part1.rar
http://oron.com/xv3z5rrtm5mq/Justice_Is_Served_2006.part1.rar
http://oron.com/wgfifmsl4kus/To_The_Last_Man_I_The_Gathering_Storm_2008.part1.rar
http://oron.com/lvw0k3fiyk02/To_The_Last_Man_II_Gu-ns_Bl-az-ing_2008.part1.rar

EXACT SAME FILES (in private folder) that were never deleted or disabled:

http://oron.com/ztf1vibgk119/Bare_Adventure_2005_BB.part1.rar
http://oron.com/zf7u0jclvj7t/Bare_Adventure_2005_BB.part2.rar
http://oron.com/9v992318hgy1/Bare_Adventure_2005_BB.part3.rar
http://oron.com/cb5dmge0wdo4/Bare_Adventure_2005_BB.part4.rar
http://oron.com/4rkbcv5bcwfn/Bare_Adventure_2005_BB.part5.rar
http://oron.com/4r3cfjdopamb/Best_Of_The_Rock-land_Brothers_1993-1997.part1.rar
http://oron.com/0teafbmyu7vq/Best_Of_The_Rock-land_Brothers_1993-1997.part2.rar
http://oron.com/y30zl3bxjrgi/Best_Of_The_Rock-land_Brothers_1993-1997.part3.rar
http://oron.com/ubhbx62swlub/Fal-con_35th_Anniversary_1978-2007.part01.rar
http://oron.com/7j8jktrwmuas/Fal-con_35th_Anniversary_1978-2007.part02.rar
http://oron.com/n50wuu42i4dx/Fal-con_35th_Anniversary_1978-2007.part03.rar
http://oron.com/hlsatawbb2gd/Fal-con_35th_Anniversary_1978-2007.part04.rar
http://oron.com/wuot897eteev/Fal-con_35th_Anniversary_1978-2007.part05.rar
http://oron.com/ubhn7cd8nig3/Fal-con_35th_Anniversary_1978-2007.part06.rar
http://oron.com/f1umiinri5zd/Fal-con_35th_Anniversary_1978-2007.part07.rar
http://oron.com/0a3p9e7nofae/Fal-con_35th_Anniversary_1978-2007.part08.rar
http://oron.com/1l8p1jwwa3ok/Fal-con_35th_Anniversary_1978-2007.part09.rar

http://oron.com/bn6qp7rtqo1w/Fal-con_35th_Anniversary_1978-2007.part10.rar
http://oron.com/prdsqdes0wun/Fal-con_35th_Anniversary_1978-2007.part11.rar
http://oron.com/s191uxza1aa8/Fal-con_35th_Anniversary_1978-2007.part12.rar
http://oron.com/2siuolwh3y0j/Fall_End_Angle_I_1997.part1.rar
http://oron.com/7wcl0itokm5k/Fall_End_Angle_I_1997.part2.rar
http://oron.com/qs5utkh4i01r/Fall_End_Angle_II_Descending_1998.part1.rar
http://oron.com/skmspljxt54r/Fall_End_Angle_II_Descending_1998.part2.rar
http://oron.com/t9sn9inx4ux8/Fall_End_Angle_II_Descending_1998.part3.rar
http://oron.com/olrr7dx6w5mo/Fall_End_Angle_III_Initiation_2000.part1.rar
http://oron.com/crcc46x3mbx9/Fall_End_Angle_III_Initiation_2000.part2.rar
http://oron.com/od228ld232x7/Fall_End_Angle_III_Initiation_2000.part3.rar
http://oron.com/vsqqp0lt267e/Fall_End_Angle_IV_Sea_Men_2001.part1.rar
http://oron.com/piqagxw7fivm/Fall_End_Angle_IV_Sea_Men_2001.part2.rar
http://oron.com/lz4rk7401mgr/Fall_End_Angle_V_Horse_2004.part1.rar
http://oron.com/6hhj5xuitev3/Fall_End_Angle_V_Horse_2004.part2.rar
http://oron.com/6ws5g425bq09/Fall_End_Angle_V_Horse_2004.part3.rar
http://oron.com/8zxsehsyudcg/Justice_Is_Served_2006.part1.rar
http://oron.com/cojq8u6rcdp0/Justice_Is_Served_2006.part2.rar
http://oron.com/wfl6flw3rz4e/TTLM_1_TGS_2008.part1.rar
http://oron.com/36rpmkepantr/TTLM_1_TGS_2008.part2.rar
http://oron.com/texcjfqirq3r/TTLM_1_TGS_2008.part3.rar
http://oron.com/2vnn8m99j6na/TTLM_1_TGS_2008.part4.rar
http://oron.com/bo4rthjxkjdx/TTLM_2_GB_2008.part1.rar
http://oron.com/3hujxahen53p/TTLM_2_GB_2008.part2.rar
http://oron.com/t2vmped0lvuw/TTLM_2_GB_2008.part3.rar
http://oron.com/kdy98zlu2xh2/TTLM_2_GB_2008.part4.rar

9.   Oron never threatened or even suggested that it would block links from my groups, ban me from the affiliate program, or otherwise stop paying me affiliate fees if it continued to receive DMCA takedown notices for material I had uploaded.  Indeed, they continued to pay me as an

affiliate until the website shut down in August of this year. This was after receiving many take down requests from Oron.

10. I have the ability to tell individuals who post to my groups which cyber lockers they can use. An official from Oron.com told me that if I required all individuals on my sites to use Oron.com, that Oron would give me 10 years of free premium service. The following statement is directly from an instant message conversation I had with an Oron.com representative:

"...switch all your postings to ORON....I gave u free premium for 10 years."

11. I have attached as Exhibit A an e-mail trail between me and Oron support shortly after MegaUpload was shut down by the U.S. Federal government for criminal copyright infringement and money laundering. In the e-mail, I inquired about why links had been removed. I suspected that Oron was taking steps to remove evidence of affiliate relationships with prolific file shares as a precaution, in light of the MegaUpload seizure. The response Oron sent was a very circumspect form response.

12. The e-mail also confirms that oron.com had provided me with ten years of premium service, even though many of my links had previously been subject to DMCA takedown notices.

13. I continue to actively participate in affiliate programs. I have been informed and believe from several sources that Oron has made statements that all files from the Oron.com website are intact and that they will restart the business using a different domain name - specifically NovaFile.com.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: 8 September 2012

Robert Hare

-7-

DECLARATION OF ROBERT HARE IN SUPPORT
MOTION FOR PRELIMINARY INJUNCTION
C-12-4500 (CRB)