# Exhibit A

Date: Tue, 24 Jan 2012 12:29:04 +0100
Subject: Re: Oron affiliate: animatedgifman - Re: Oron.com - Annual review of professional account holders
From: "Oron.com - Support" <support@oron.com>
To: Robert Hare <abpegm@ix.netcom.com>
X-ELNK-Received-Info: spv=0;
X-ELNK-AV: 0
X-ELNK-Info: sbv=0; sbrc=.0; sbf=0b; sbw=000;

Dear Oron member,

An email has been dispatched to you earlier explaining everything in details.
At this point you simply will going to have to wait until we perform our annual account review.
You will be notified in case your account is approved.
If you are a newly registered member requesting an extended option pack please contact our support agents in a few days.

Thank you
--
Kind regards,
Oron.com - Support


2012/1/24 Robert Hare <abpegm@ix.netcom.com>

> To whom it may concern:
>
> I am ORON premium account holder and affiliate: animatedgifman (registered to this email: abpegm@ix.netcom.com) and currently a premium member paid in advance until December 22 2022 (11 years ahead of time). I was recently awarded a 10 year premium bonus by ORON English support staff (in addition to the year I had just paid in advance myself). At the time, I described how I promote the ORON service and distribute links in an Oron links specific Yahoo! group I own (founded): http://groups.yahoo.com/group/oron-links/ , on blogs, on my personal domain and in emails to family and friends online. Support staff seemed impressed with my efforts, granted me 10 years of premium service and encouraged me to share links on ORON exclusive of all other services and wished me luck in my endeavors.
>
> A few days ago, I noticed a number of directories in my Oron cyber-locker with several dozen file links in each simply weren't there any more. At the time, I attributed it to a likely weak password and that someone had hacked into my account by guessing my password. I changed it to an alphanumeric combination instead of a word found in any dictionary and set about rebuilding my directory structure and began remotely transferring files from other sites to this one in anticipation of going exclusive with ORON in the future. Given the events of recent days, however, with major changes on multiple file sharing sites, I can see

(now) where perhaps someone at Oron removed the files rather than as a result of a hacker attack.

I went in today after reading this email and immediately double-checked each of my recent (and/or currently transferring) uploads and can assure you that NONE of my recent uploads are 'published' and none have had a single download. I will not be sharing these links any time soon with anyone. I am simply trying to consolidate all my files from multiple services onto Oron exclusively (as suggested by your support staff representative during our ICQ chat about a week ago) in anticipation of sharing links at some point in the future after all the dust settles with the major changes going on with other sites. I do not wish to bring any negative attention upon myself or the Oron service and promise discretion (will not post any of the new individual links in any of my usual forums for at least a few weeks).

I very much value my Oron membership and do not wish to lose it. I would appreciate knowing if I am allowed to store these files (unpublished) for a period of time and not be in technical breach of my Oron service. I will do whatever you suggest as remaining an Oron premium member and affiliate is extremely important to me.

Thank you for any advice or suggestions you may have ...


--

Always with respect ...


Robert Hare aka 'Animated GIF Man'

abpegm@ix.netcom.com




-----Original Message-----
From: "Oron.com - Hosting Service"

Sent: Jan 24, 2012 1:15 AM
To: abpegm@ix.netcom.com
Subject: Oron.com - Annual review of professional account holders

Dear ORON partners,

It is that time of the year when we perform an annual review of all our professional account holders. This year is special however, because ORON has grown so much and we are now faced with quite a large number of affiliates to check and see if their accounts are up to date and in compliance with ORON terms.

We have introduced a different review protocol for this year. What this means for you is that for a short time all accounts will be placed on temporary hold and that hold is going to be released when your account has been checked and approved. We may request a contact from you so please, if you do receive such a request contact us without hesitation.

While your account is being reviewed the access to your stats and balance will be temporary suspended, please keep in mind that all stats will still be calculated and kept up to date. The access to stats will be granted to accounts that have passed our review.

If you have any questions or concerns, please let us know.


Sincerely,

ORON Team



--
Kind regards,
Oron.com - Support