D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br>        vs.<br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | **Case No.: 12-4500 (CRB)**<br><br>**DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  September 11, 2012<br>Time:  2:00 p.m.<br>CtRm:  6, 17th Floor |

I, D. Gill Sperlein, declare:

   1.   I am an attorney licensed to practice in the State of California, a member of the Bar of this Honorable Court and attorney of record for Plaintiff DataTech Enterprises, LLC.  The facts that I state herein are within my personal knowledge.

   2.   I ran a report using the link to domaintools .com provided by Davidoglov Stanislav in his Declaration at ¶6.  It confirms that United States traffic was at about 11.8%, but also shows that

-1-

the United States is the country with the largest share of oron.com traffic.  I have printed a copy of the report and attached it hereto as **Exhibit A**.

3. I also used Domain Tools to run a report showing the historical registration information for oron.com.  It shows that on January 1, 2012 oron.com was registered through Network Solutions.  The administrative and technical contact information was care of Network Solutions in Drums, Pennsylvania.  I attached this report as **Exhibit B**.

4. I searched the Internet for information about Intershore Consult (Asia) Limited and discovered that it is a company that specializes in setting up off shore companies and creating back accounts in foreign countries.  I have attached two pages from their website as **Exhibit C**.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

*September 10, 2012*                           */s/ D. Gill Sperlein*

Dated:_____          _____
                                                                D. Gill Sperlein

-2-