# Exhibit A

Case 3:12-cv-04500-CRB Document 29-4 Filed 09/10/12 Page 2 of 2

You are logged in as searchxxx [Upgrade Your Account](#) | Log out | Help

DomainTools

oron.com | Whois Search | Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

# Oron.com Whois Record

Acquire this Domain Name

Tweet | Like | 2k

Search Whois Records oron.com Search

Whois Record | Site Profile | Registration | Server Stats | My Whois

## Site Profile and Search Rank

**Related Domains For Sale or At Auction** 1 2 3 More >

TorontoMississauga.com ($677) TorontoMoving.com ($5,299) MidtownToronto.com ($1,395)
TorontoDentalClinic.com ($6,195)

| | |
|---|---|
| Website Title: | Welcome to Oron.com |
| Title Relevancy | **66%** |
| Meta Description: | ORON.com - Free file upload, download service. |
| Description Relevancy: | **66%** relevant. |
| Meta Keywords: | filehosting, oron, file upload, share files, free upload, oron.com |
| Keyword Relevancy: | **50%** relevant |
| Visitors by Country: | United States 11.8%, India 6.1%, Japan 7.4%, France 5%, Germany 7%, Mexico 3.9% |
| Alexa Trend/Rank: | **#1,421**: for the last three months. |
| Quantcast Rank: | **#7,088** |
| AboutUs: | Wiki article on Oron.com |
| SEO Score: | **59%** |
| Terms: | **80** (Unique: 69, Linked: 42) |
| Images: | **16** (Alt tags missing: 16) |
| Links: | **31** (Internal: 30, Outbound: 0) |
| iFrames: | **2** ( Parts of page not indexable by most search engines. ) |
| Related Sites: | dumppix.com, imagesharex.com, vietsharing.com, winimg.com |
| Similar Domains: | orona.com, oronaminc.com, oronegro.com, oromono.com, oromosounds.com, oromu.com, oromosound.com, oromovideos.com, orondeash.com, oromooliberationfront.com, orona-es.com, oronafilm.com, oromshop.com |

**Search Engine Preview** (View details)

click to view seo text browser

Last checked August 26, 2012

Queue Screenshot for Update

**You the smart one?** Let us show you the job you dream of

Country TLDs | General TLDs

Available domains for registration:

- Oron.fr Register
- Oron.jp Register
- Oron.tw Register

Register All Selected >

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.


