# Exhibit B

You are logged in as searchxxx **Upgrade Your Account** | Log out | Help

DomainTools

oron.com | Whois Search | **Search**

**Overview** **Whois Lookup** **Reverse Whois** **Whois History** **Hosting History** **Screenshot History** **Name Server Report** **Reverse IP** **DNS Tools**

Tweet Like 2k

# Whois History for Oron.com on 2012-01-01

**Enter a domain name to get its history**

oron.com **Get History**

« Previous Next »

**Domain:** **oron.com** - Whois History
**Cache Date:** 2012-01-01
**Registrar:** **NETWORK SOLUTIONS, LLC.**
**Server:** whois.networksolutions.com
**Created:** 2001-06-01
**Updated:** 2010-07-14
**Expires:** 2019-06-01
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
dy6gx2yb4sv@networksolutionsprivateregistration.com

```
Registrant:
FF MAGNAT Limited
    ATTN ORON.COM
    care of Network Solutions
    PO Box 459
    Drums, PA.  US  18222

    Domain Name: ORON.COM

    Administrative Contact, Technical Contact:
        Limited, FF MAGNAT          dy6gx2yb4sv@networksolutionsprivateregistration.com
        ATTN ORON.COM
        care of Network Solutions
        PO Box 459
        Drums, PA 18222
        US
        570-708-8780

    Record expires on 01-Jun-2019.
    Record created on 08-Jul-2010.

    Domain servers in listed order:

    NS43.WORLDNIC.COM              205.178.190.22
    NS44.WORLDNIC.COM              206.188.198.22
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.

Available on the App Store

