Case 3:12-cv-04500-CRB   Document 29-6   Filed 09/10/12   Page 1 of 2





Intershore Consult



Shelf companies



Offshore in the palm of your hand

About us         Jurisdictions         Contact us

# W E L C O M E



**Intershore Consult** is a leading wealth management and financial services firm with offices in the United Kingdom, Hong Kong, British Virgin Islands, Seychelles, Anguilla, Moscow, Panama and Belize from where it can provide a global solution for its clients worldwide.

Intershore Consult has grown with a vision to provide the most comprehensive and integrated professional services to its clients.

With our dynamic, qualified, experienced and multilingual team we are able to provide assistance in areas of finance, taxation, investment, corporate law and company management of the highest efficiency and reliability to meet the needs of clients in the complex operation of their international businesses along with a full range of support services which include:

- Wealth Management solutions
- Financial Services
- Incorporation of companies
- Corporate management services
- Trusts Administration
- International Trade Zone businesses