D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>        vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | **Case No.: 12-4500 (CRB)**<br><br>**DECLARATION OF PETER PHINNEY IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    September 11, 2012<br>Time:    2:00 p.m.<br>CtRm:   6, 17th Floor |

I, Peter Phinney, declare:

1.     As stated in my earlier declaration, I am a partner in Porn Guardian a company that provides anti piracy services to adult film production companies.  The facts stated in this declaration are true of my own personal knowledge, except as to any matters stated on information and belief,

-1-

1  and as to those matters, I am informed and believe them to be true. If called as a witness in this
2  matter, I could and would competently testify to the matters set forth below.

### Oron's Regularly Does Business in the United States

3.     2.     In the course of operating Porn Guardian, I have had contact directly with individuals who operate the type of blogs, newsgroups, and websites that send traffic to and receive affiliate fees from Oron.com as I discuss in greater detail below.  Many of these Oron.com affiliates are located within the United States, including Bob Hare who also filed a Declaration in this action in Support of Plaintiff's Motion for Preliminary Injunction.

3.     By searching for Oron links on the Internet, I discovered that a user named Kamatozzza posted links to Oron.com on the referring/indexing website kinkyfetish.net and thus was an Oron.com affiliate.  The screen capture attached hereto as **Exhibit A** shows evidence of Kamatozzza distributing Oron.com links.   Kamatozzza's profile on that same website, identifies his location as the United States.  His profile is attached as **Exhibit B.**

4.     The individual who uses the username mainroman is a prolific affiliate for Oron.com, although his ties to Oron apparently run deeper than that.   A report found on the Internet identifies mainroman as fourth on a list of Oron.com affiliates.  That report is attached hereto as **Exhibit C.** Mainroman operates a website at the domain iknowporn.com.  The public whois domain name registration information for iknowporn.com lists the e-mail of the administrative and technical contact for the website as mainroman@yahoo.com.  The physical address for the administrative and technical contacts is in Denver, Colorado.  **Exhibit D**   A profile on mbworld.org also identifies mainroman's location as Denver, Colorado.  **Exhibit E.**  Thus, the affiliate mainroman, also resides in the United States, or did during a portion of the time of the infringing activity.

5. I also located online a blog explaining how to make money from Oron.com. It is attached hereto as **Exhibit F**. The blog does a good job of recapping the previous description I provided of Oron's affiliate business model. Though the syntax is slightly off, the last sentence of the first paragraph expresses the idea that the United States (along with Canada and France) are the most lucrative markets for Oron affiliates.

6. When it was in operation Oron.com was an enormously popular website. Even a month after it stopped operating, a repeatable website analysis website, statsgram.com ranks it at the 1,019 most popular website on the Internet, with over 260,000 daily visitors. According to this report and statements by Defendants, about 12% of its traffic was attributable to the United States. This makes the United States the country from which Oron.com received the largest amount of its traffic. In raw numbers, this would mean that tens of thousands of people continue to attempt to access Oron.com from within the United States on a daily basis even a month after it ceased operations. The statsgram.com report is attached hereto as **Exhibit G**.

### Infringement Prior to Registration of DMCA Agent

7. As I explained in my earlier declaration, on behalf of DataTech alone, we sent 42,356 takedown notices (or in some cases removed infringements directly) from oron.com.

8. In my early declaration, I stated that hundreds of infringements of DataTech's works occurred by and through the oron.com website prior to June 15, 2012. This date was a typographical error. The intended date was June 15, 2011, the date that oron.com registered a DMCA Agent. Moreover, now that I have further checked the data, I know there were actually thousands of infringements prior to this date.

-3-
DECLARATION OF PETER PHINNEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
C-12-4500 (CRB)

9. We started sending takedown notices to oron.com on behalf of DataTech as early as October 13, 2010.

10. At oron.com's request, on April 13, 2011, Porn Guardian began combining take down notices for all of its clients, sending a single notice for all of its clients. It is difficult to easily separate out urls relating to DataTech clients after that time.

11. Between October 13, 2010 and April 12, 2011, Porn Guardian sent takedown notices for 12,417 separate infringing files of DataTech's movies on oron.com. Oron.com did not have a registered agent during this time.

12. Whether considering the takedown notices we sent prior to June 15, 2011 or thereafter, it is important to understand that these are only the infringements we were able to discover. We employ a number of people who regularly review indexing websites such as blogs, use groups, and websites of which we are aware. However, there are likely numerous other locations of which we are not aware, and new ones are created every day. We do the best we can, but the infringements we were able to locate and have removed were only a portion of the infringements actually occurring on Oron.com.

### Oron's Failure to Terminate Repeat Uploaders

13. I have reviewed the declaration of Davidoglov Stanislav filed in support of FF Magnat's Response to the Order to Show Cause. His statements concerning a repeat infringer policy are utterly false.

14. On many occasions, we not only reported infringements, but also brought to Oron's attention specific users who remained on their system in spite of repeated takedown notices

associated with the users.  Our requests that users have their access terminated were often ignored. Only in one case, after multiple attempts did Oron finally terminate a user at our request.

15. Also, oron.com made special demands on how we provided takedown notices, that no other service provider made such as identifying the indexing/referencing website for the oron.com links, and combining our takedown notices for all of our clients rather than sending separate takedown notices for each production studio or copyright holder.

16. Oron's unresponsiveness to our concerns lead to many heated debates.  On more than one occasion, Oron support staff told me that Porn Guardian should "treat them with respect" because "Oron creates most of (your) DMCA business."  On another occasion, an Oron staff member said "If it were not for Oron, Porn Guardian would have no anti-piracy business."

17. On many occasions when I asked Oron to remove a specific Repeat Infringer and I supplied documentation of as many as 500 specific files a single individual had uploaded, advertised and profited from, I was told by Oron support staff that their definition of a repeat infringer was different than everyone else's definition.  "To be considered a Repeat Infringer," he told me, "an Oron member must upload the exact same file multiple times."

18. Porn Guardian tracks the takedown requests it sends.  The exhibit attached hereto is created from information contained in those reports.  *See*, **Exhibit H**.  It shows the user names and number of infringements for users we identified as repeat infringers, but whom oron.com continued to allow to post infringing material.  The most prolific was gigaron with over 1,600 infringements, but there were many others with hundreds of separate infringements each.

19. Because popular movies induce users to purchase an oron.com subscription, Oron.com was continuing to earn money from the popular files posted by these repeat infringers.  Moreover,

because Oron.com pays a portion of the subscriptions to the uploading users, Oron.com continued to encourage these users to post content even after they were recognized as repeat infringers.

### Oron's Failure to Terminate Repeat Referring Websites

20. As explained in my first declaration and in Plaintiff's Complaint and Motion for TRO, Oron pays individuals who operate indexing websites that send traffic to Oron.com. Theses websites often take the form of a blog, newsgroup, or website (indexing site) centered on adult content. Similar websites exist for Hollywood box office movies, others exist for music, and still others for software and video games. Each day the blogger himself or individuals following the blog or newsgroup post entries for movies. In the case of adult video content, the entries generally consist of a picture of the DVD box cover, a description of the movie, information about the production studio and actors, screen shots showing frames from the movie, and most importantly a list or Oron.com urls, where the movie is located on Oron's servers.

21. Followers of the blogs or newsgroups click on those links to download the movies from Oron's servers. If they have an Oron.com premium subscription they can download multiple movies at the same time at a fast download speed. If a download gets interrupted they can easily restart it. As explained earlier, Oron pays an affiliate fee to users who actually upload the movie to Oron's servers, thus creating the demand for Oron subscriptions.

22. However, Oron.com also pays the individual who operates the blog, newsgroup, or other referring website, because these websites allow anyone who follows or visits the blog, newsgroup, or other referring website to locate the movies the user desires to download from Oron.com

23. When a content owner, Porn Guardian, or other antipiracy service located an infringement and sent a takedown notice, Oron.com could identify not only the Oron.com user who uploaded the infringing content to Oron's servers, but also could identify the blog, newsgroup, or other referring website that hosts the links and refers users to Oron.com.  There can be no doubt that Oron knows this information, because otherwise they would not be able to know which website operator to pay affiliate fees to.

24. If Oron.com received multiple DMCA takedown notices for material related to links coming from a referring blog, newsgroup, or website, Oron.com should have blocked future access to its servers from that blog, newsgroup, or website.  Instead, Oron.com not only continued to allow traffic from these referring websites, but they continued to pay them affiliate fees.  They did this because these referring/index sites are essential to creating demand for Oron.com subscriptions.

25. Robert Hare who has also submitted a declaration confirms that Oron continued to pay affiliates, even after they should have been identified as a repeat infringer.  In fact Oron was making so much money from Mr. Hare's 29 prolific Yahoo! trading groups that they provided him with 10 years of free premium service for promoting Oron as his "preferred" illegal filesharing partner.

### MD5 Hash algorithms

26. In his declaration Davidoglov Stanislav discusses the use of MD5 Hash algorithms to identify files that were previously identified as infringing.

27. In the first instance I do not believe that Oron even uses MD5 Hash Algorithms. Robert Hare testifies in his declaration at ¶8 that Oron deleted for copyright violations certain files he had uploaded to Oron.  Hare testifies that he had placed exact duplicates of those files in other folders on Oron's servers.  This is the only type of file and MD5 Hash would match - an exact duplicate.

However, the exact duplicate files Hare placed on Oron's servers remained there even after exact duplicate files had been removed for copyright violations. This leads me to believe that Oron did not compare MD5 Hash files for infringing files with other files stored or later uploaded to Oron's servers.

28. Moreover, the use of MD5 Hash algorithms is an antiquated and useless technology when it comes to preventing the upload of previously identified infringing works. MD5 Hash algorithms only identify a file that is an exact replica of a previously used file. They are often used for identifying files on peer-to-peer networks where it is essential that users are all sharing the exact same file. However, this technology is not effective for keeping files off of user submitted content websites, like cyberlockers or tube sites. If any changes are made to the file, even removing one second of playtime, saving the file in a different format, or changing the compression, the file will be identified by a new Hash and thus the same movie can be uploaded again and again by making extremely minor alterations to each file.

29. Legitimate websites like youtube.com, now use fingerprinting technology. This technology records various bits of data from an audiovido file and creates a fingerprint. A service provider can create new fingerprints of files as they are uploaded to the system with no negative impact on the upload process. These fingerprints can be checked against a database of banned files' fingerprints effectively preventing the uploading of ANY file made from the same previously banned audiovisual work, even very brief snippets of the original.

30. If you analogize these two technologies to identifying cloned humans, using MP5 Hash identification, if a cloned human were to remove one hair from his head, the MP5 technology would no longer be able to recognize him. On the other hand, using the digital fingerprinting

-8-

technology, you would not only be able to recognize the clone with the missing piece of hair, but you would be able to recognize the original from the single piece of hair that was removed. It is truly analogous to dna testing.

31. Youtube developed its own in-house fingerprinting system which is called "Content ID". But websites can also engage a third party to provide the fingerprinting technology such as Vobile. I am informed and believe that other cyberlockers, including hotfile.com, depositfiles.com, fileserve.com, filessonic.com, and stagevu.com, employ Vobile's digital fingerprinting technology to prevent the upload of works that were previously identified as infringing. I am informed and believe that many user submitted content sites (similar to youtube.com) that cater to adult content, also use Vobile's fingerprinting technology including, xvideos.com, pornhub.com, youporn.com, xtube.com, extremetube.com, xhamster.com, mofosex.com, keezmovies.com, spankwire.com, youjizz.com, and gaytube.com. In this way, once a copyright holder informs the cyber locker that it does not authorize its movie to be reproduced and distributed through the cyber locker the cyber locker can effectively prevent the audio visual work from being uploaded to the site regardless of whether changes, even significant changes have been made to the work.

32. Any Internet service provider that allows user uploaded content, whether in the form of a cyberlocker or a user submitted video site like youtube.com, that was serious about preventing copyrighted works from being infringed on its network, would implement this affordable and effective fingerprinting technology.

**Oron Only Keeps Files on Its System that Are Generating Subscriptions**

33. In addition to the website describing Oron's affiliate program that I referenced above, I located on another website a description of Oron's services in the form of Frequently Asked

-9-

Questions (FAQs). A printout of this website is attached as **Exhibit I**. The information was presented at www.oron-premium.com.  In response to the question "for how long are my files kept on your server?" the response is If you are a premium user your files are kept infinitely. If you are not a premium user however, your files may be deleted to avoid build up of not needed information but no sooner that after 30 days have passes since last download."  This shows that Oron is not interested in keeping files on its servers, unless people are downloading them, i.e. unless the files are creating a demand for Oron.com subscriptions.

34. The webpage attached hereto as **Exhibit J**, is yet another website extolling the use of Oron.com to make money through its affiliate program.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated:     September 8, 2012                    _____
                                                 Peter Phinney

-10-
DECLARATION OF PETER PHINNEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR  PRELIMINARY INJUNCTION
C-12-4500 (CRB)