# Exhibit B



[1 unread notifications](#)

Signed in as **LawfulOne**

🛑 Sign Out
🛟 Help
🔧 My Settings
✉ **(1)**

Viewing Profile: KamatozzzaView New Content

Thanks for registering, LawfulOne

So you're now a member. What's next? Well, you can start creating topics, reply to others' posts, make friends, give reputation, and much more. Have fun in the forums! This message will disappear after you've made your first post.

**Toggle shoutbox** **Shoutbox**

dulecartman : (06 September 2012 - 06:30 PM) ok thanks
**deksels** : (06 September 2012 - 06:06 PM) @ dulecartman : At the moment yes
dulecartman : (06 September 2012 - 05:55 PM) Can I post uploaded.net links with rapidgator mirror?
**Melli80** : (06 September 2012 - 11:59 AM) 😄
**Melli80** : (06 September 2012 - 11:59 AM) hi @ all are your all happy?
**Kamatozzza** : (06 September 2012 - 10:16 AM) 🤓

## Kamatozzza's Profile



👤 Add me as a friend
✉ Send me a message
💰 Donate Points
🔍 Find My Content
🏷 Display name history

Reputation: 177 Respected

Group:
  **Super Moderator**
Active Posts:
  11362 (17.86 per day)
Points:
  60819 (#1)
Most Active In:
  Lesbian Sex (mod. Kamatozzza) (903 posts)
Joined:
  11-December 10
Profile Views:
  10941
Last Active:
  👤 Today, 08:24 AM
Currently:
  Offline

## My Information

Member Title:

Who's Online (0)

Age:
: 37 years old

Birthday:
: March 5, 1975

Gender:
: Male

Interests:
: Html, css, c++ (beginner)

Country:
: United States

## Contact Information

E-mail:
: Click here to e-mail me

Website URL:
:  http://blog.speedtv.ru

ICQ:
: 301-751

Recent Status Updates
About Me
Topics
Posts
Points
Gallery



**Kamatozzza** Hello!)

 May 03 2011 02:52 PM

Add A Comment...

View All Updates→

Kamatozzza replied to collectionsex's status
Nov 11 2011 08:46 PM

Kamatozzza replied to collectionsex's status
Nov 11 2011 08:46 PM

## Friends


Kink


deksels


lakis2142


JamesBondage


John R


naikmop


premium_ce...

## Comments



Who's Online (0)

Page 1 of 1



**abbass**

23 Mar 2012 - 08:45
guys, whats the story?



**premium_cephei**

19 Jan 2012 - 16:22
Hi.By mistake i posted not that message in my thread GayXtreme Zone: only HD & HQ videos daily. Post number 17. please delete this message, and explain me, why have no button edit. Beforehand thank you



**jaimito90**

25 Jul 2011 - 07:59
hi..
hello, a query, if I have a host that you recommended but if I use 3 more that are not banned, what should I put in the prefix? ... I hope to hear from you ... thanks



**Belfast**

10 Jun 2011 - 22:20
hello Kamatozzza
please tell me why you have my Thread delete.
thank you very much.
your Belfast ( unwin )



**Belfast**

10 Jun 2011 - 22:20
hello Kamatozzza
please tell me why you have my Thread delete.
thank you very much.
your Belfast ( unwin )



**simbioz**

23 Feb 2011 - 12:34
А можно в начале каждой темы поставить вот это а то для каждой ссылки слишком трудновато будет ?
[img]http://i14.fastpic.ru/big/2011/0222/f9/c5b053acad59bc9d516107e06893fef9.png[/img]



**Kink**

11 Dec 2010 - 03:05
Welcome to the forums Kamatozzza :) Please let us know if you need any help.

Page 1 of 1

## Sign in here

Username:
Password: (I've forgotten my password)

                                                                                                    Who's Online (0)