# Exhibit C

**PASTEBIN** | #1 paste tool since 2002                    create new paste   tools   api   archive   faq

**PASTEBIN**                                                                search…

create new paste      trending pastes                        sign up   login   my alerts   my settings   my profile

### Oron top affiliates
BY: A GUEST ON AUG 8TH, 2012 | SYNTAX: NONE | SIZE: 5.53 KB | HITS: 1,653 | EXPIRES: NEVER

DOWNLOAD | RAW | EMBED | REPORT ABUSE

**Public Pastes**

Link Depot USB-PS2...
0 sec ago

"Crucial M4 C...
5 sec ago

"OKGEAR AD-Y-...
5 sec ago

Lab Sapphire Ring ...
6 sec ago

War Z FAQ PL
23 sec ago

COOLMAX HD-381BZ-U...
8 sec ago

Tripp Lite U206-00...
9 sec ago

Body Building Cond...
9 sec ago



```
 1. |       1 | Progressive        | root@oron.com                   |
 2. |    8362 | Allmighty          | bullseyeserbia@gmail.com        |
 3. |   22031 | tetadefrango       | tetadefrango.com@gmail.com      |
 4. |   43458 | mainroman          | mainroman@yahoo.com             |
 5. |   62835 | 3600237            | guss_23@yahoo.com               |
 6. |   62957 | srv13              | debu13@hotmail.com              |
 7. |   64504 | mir17              | mir1790@mail.ru                 |
 8. |  142847 | vioomax            | vioomax@gmail.com               |
 9. |  146937 | tw_cchuang         | tw_cchuang@hotmail.com          |
10. |  170576 | indra23gunawan     | indra23gunawan@yahoo.com        |
11. |  175229 | hothot             | hotnewspl@o2.pl                 |
12. |  180623 | Ryano              | barti2333@gmail.com             |
13. |  188219 | skleprs            | sabo15@interia.pl               |
14. |  192318 | JosefPrado         | josef@a1web.com.br              |
15. |  197729 | TouchDiamond       | TouchDiamondLimited@gmail.com   |
16. |  202565 | EnoRaud            | enoraud981@gmail.com            |
17. |  219980 | kwimbo             | contact@kwimbo.net              |
18. |  223057 | buy888             | 6908030@qq.com                  |
19. |  231447 | corallinkz         | corallinkz@gmail.com            |
20. |  232592 | argenpremium       | dario.php@gmail.com             |
21. |  234801 | sealover           | sealover.666@hotmail.com        |
22. |  255209 | premiumpazari      | sanalcizgi@gmail.com            |
23. |  263316 | 24instant          | info@24instant.com              |
24. |  274730 | mixer              | mmmmx1@ya.ru                    |
25. |  277457 | tokohemat          | admin@tokohemat.com             |
26. |  277958 | microdeluxe        | contact@microdeluxe.com         |
27. |  282515 | bestshow           | ld.distribuce@gmail.com         |
28. |  287374 | sh4sa              | support@sh4sa.net               |
29. |  289781 | Cuentas-Premium    | contacto@cuentaspremium.mx      |
30. |  305333 | mmowned            | sklep@mmowned.pl                |
31. |  306975 | agenpremium        | leonardkarnadi@yahoo.com        |
32. |  307725 | afshar_rapidpars   | afshar@rapidpars.com            |
33. |  318881 | thiagorobis        | thiagorobis@gmail.com           |
34. |  322376 | boxlink            | sales@boxlink.net               |
35. |  332259 | KeyAndPlay         | info@keyandplay.pl              |
36. |  340725 | shahrood           | info@shahrood.net               |
37. |  342558 | 2018626            | razorfingertips@gmail.com       |
38. |  355944 | prateekkhanna2000  | prateekkhanna2000@gmail.com     |
39. |  396205 | MundoPremium       | atendimento@mundopremium.com.br |
40. |  402626 | asbjg              | augusttech.premiumcom@gmail.com |
41. |  422544 | NetfileServices    | admin@netfileservices.com       |
42. |  425865 | way2premium        | way2premium@gmail.com           |
43. |  427099 | mrjasper           | jaspserate@gmail.com            |
44. |  432394 | 365premium         | info@365premium.com             |
45. |  434071 | premiuminrupees    | tablain@gmail.com               |
46. |  441242 | premiumthai        | tg_f1001@hotmail.com            |
47. |  491867 | vendapremium       | premium.rapidmega@gmail.com     |
48. |  515480 | szeryf65           | szeryf65@interia.pl             |
49. |  546891 | mehdijigar         | mehdi@justwantawebsite.com      |
```

Case 3:12-cv-04500-CRB   Document 29-10   Filed 09/10/12   Page 3 of 3

```
50. | 553367 | rsnuki             | rsnuki@hot.pl                              |
51. | 563200 | 1click2host        | 1click2host@gmail.com                      |
52. | 567229 | premiumuyelik      | enterprise@premiumuyelik.com               |
53. | 568177 | ESDLimited         | contact@electronicsoftwaredistribution.co.uk |
54. | 583541 | PELUDOKASTOR       | dark.angel.arg10@gmail.com                 |
55. | 594289 | Pro_Reseller       | tx802t@yahoo.pl                            |
56. | 602291 | aboneliksepeti     | destek@aboneliksepeti.com                  |
57. | 612919 | aekpani            | info@aekpani.net                           |
58. | 620524 | cuentaspremium     | soporte@cuentaspremium.com.mx              |
59. | 621133 | OSGames            | allitgame@gmail.com                        |
60. | 630201 | fadlizon9921       | rajarapid.cs2@gmail.com                    |
61. | 634228 | onlineshop24h      | onlineshop24h@gmail.com                    |
62. | 636020 | naszeklucze69      | kontakt@nasze-klucze.pl                    |
63. | 644836 | iPremium           | ipremium.my@gmail.com                      |
64. | 648196 | mefirax            | info@mefirax.cl                            |
65. | 648563 | RapidHost          | admin@rapidhost.pl                         |
66. | 683072 | thaipremiumaccount | thaipremiumaccount@gmail.com               |
67. | 660621 | premiumuyeol       | slayermurders@yahoo.com                    |
68. | 661455 | premiumtr          | destek@premiumtr.com                       |
69. | 671485 | alaiszs            | alexanderjustus@gmx.net                    |
70. | 675731 | dzasp              | info@dzasp.cl                              |
71. | 690030 | k4rn45h            | accountspremium@hotmail.com                |
```

**RAW Paste Data**                                                  create a new version of this paste

```
|      1 | Progressive    | root@oron.com               |
|   8362 | Allmighty      | bullseyeserbia@gmail.com    |
|  22031 | tetadefrango   | tetadefrango.com@gmail.com  |
|  43458 | mainroman      | mainroman@yahoo.com         |
|  62835 | 3600237        | guss_23@yahoo.com           |
|  62957 | srv13          | debu13@hotmail.com          |
|  64504 | mir17          | mir1790@mail.ru             |
| 142847 | vioomax        | vioomax@gmail.com           |
| 146937 | tw_cchuang     | tw_cchuang@hotmail.com      |
| 170576 | indra23gunawan | indra23gunawan@yahoo.com    |
| 175229 | hothot         | hotnewspl@o2.pl             |
| 180623 | Ryano          | barti2333@gmail.com         |
| 188219 | skleprs        | sabo15@interia.pl           |
```

Pastebin.com Tools & Applications

iPhone/iPad    Windows    Firefox    Chrome    WebOS    Android    Mac    Opera    Click.to    UNIX    WinPhone

create new paste | api | trends | users | faq | tools | domains center | privacy | contact | stats | go pro
Follow us: pastebin on facebook | pastebin on twitter | pastebin in the news
Some friends: hostshut | fileshut | hostlogr | w3patrol | cute pictures
Pastebin v3.1 rendered in: 0.009 seconds