# Exhibit D

You are logged in as searchxxx   **Upgrade Your Account** | Log out | Help

**DomainTools**

iknowporn.com    Whois Search    Search

**Overview** | **Whois Lookup** | **Reverse Whois** | **Whois History** | **Hosting History** | **Screenshot History** | **Name Server Report** | **Reverse IP** | **DNS Tools**

## IKnowPorn.com Whois Record 🖉

**Acquire this Domain Name**

Tweet | Like 2k

Search Whois Records: iknowporn.com    Search

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

### Whois Record

**Related Domains For Sale or At Auction**      1 **2** 3   More >

| TelepOrnela.com ($10,000) | SoupOrNuts.com ($1,800) | SensitivePornograph.com ($1,310) |
| SearchPornography.com ($1,195) | PornstaRu.com ($1,000) | PornstaRmatch.com ($1,995) |

Reverse Whois: **"Power Resources LLC" owns about 22 other domains**
Email Search:  is associated with about **30 domains**
Registrar History: **2 registrars** with **2** drops.
NS History: **12 changes** on **8** unique name servers over **7** years.
IP History: **17 changes** on **10** unique IP addresses over **8** years.
Whois History: **39 records** have been archived **since 2004-09-28** .
Reverse IP: **3 other sites** hosted on this server.

Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!** **Download Now>**

```
Registrant:
    Power Resources LLC
    1139 York st #204
    Denver, Colorado 80206
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: IKNOWPORN.COM
       Created on: 03-Oct-07
       Expires on: 03-Oct-13
       Last Updated on: 30-Sep-08

    Administrative Contact:
       Romanov, Roman   mainroman@yahoo.com
       Power Resources LLC
       1139 York st #204
       Denver, Colorado 80206
       United States
       (720) 327-7451      Fax -- (303) 329-3864

    Technical Contact:
       Romanov, Roman   mainroman@yahoo.com
       Power Resources LLC
       1139 York st #204
       Denver, Colorado 80206
       United States
       (720) 327-7451      Fax -- (303) 329-3864

    Domain servers in listed order:
       NS1.STRAPONFIESTA.COM
       NS2.STRAPONFIESTA.COM
```

Backorder This Domain


Last checked May 12, 2012

Queue Screenshot for Update

**You the smart one?** Let us show you **the job you dream of**





**Country TLDs** | General TLDs

Available domains for registration:

| ☐ IKnowPorn.at | Register |
| ☐ IKnowPorn.be | Register |
| ☐ IKnowPorn.ch | Register |
| ☐ IKnowPorn.cn | Register |
| ☐ IKnowPorn.co.uk | Register |
| ☐ IKnowPorn.de | Register |
| ☐ IKnowPorn.dk | Register |
| ☐ IKnowPorn.es | Register |
| ☐ IKnowPorn.eu | Register |
| ☐ IKnowPorn.fr | Register |

**Register All Selected >**   Show all (19) >

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Case 3:12-cv-04500-CRB   Document 29-11   Filed 09/10/12   Page 3 of 3



Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.

