# Exhibit E



**HOME**  **NEWS & REVIEWS**  **COMMUNITY**  **PHOTOS**  **SPONSORS**  **TOOLS**  **WIKI**  **STORE**  Search

MBWorld.org Forums > Members

 **mainroman's Profile**

Sign in using an external account

Log In

User Name | Remember Me?
Password
Register  Forgot Password?

Register | Photos | FAQ | Community | Insurance | Today's Posts | Search | Cars | Garage | Vendors

**Welcome to MBWorld.org Forums**

**Welcome to MBWorld.org Forums**

You are currently viewing our forum as a guest, which gives you limited access to view most discussions and access our other features. By joining our community, **at no cost**, you will have access to post topics, communicate privately with other members (PM), respond to polls, upload content and access many other special features. Registration is free, fast and simple, so please **join our community today**!



   

**mainroman**
MBWorld Fanatic!
Last Activity: 12-28-2009 12:21 PM

**About Me** | Statistics | Contact Info | Garage

**About mainroman**

Location
Denver

Vehicle(s) I drive
02 E55

**Signature**

Once you go AMG - there is no Return.

**Mini Statistics**

Date of Birth
January 25, 1981 (31)
Join Date
07-09-2005
Total Posts
1,331

Show All Statistics

**Garage**

mainroman has no vehicles in the garage

Go to mainroman's garage

**Recent Visitors**

The last 2 visitor(s) to this page were:
lancequagmire  roadkill

This page has had **371** visits

All times are GMT -4. The time now is 02:04 PM.

-- MBWorld

Advertise on MBWorld - Contact Us - MBWorld.org Forums - Archive - Top

Advertise on MBWorld.org - Terms of Service - Privacy Policy - Jobs
Copyright © 2001-2012 InternetBrands, Inc. / MBWorld.org. All Rights Reserved.
SEO by vBSEO 3.5.2