# Exhibit F

# 10 Ways To Make Money

Learn How To make Money On The internet

**JOI, 27 IANUARIE 2011**

## 2. ORON.com The Easiest way to Earn Money online

Any web user can complete registration process at Oron dot com and make cash online with free file hosting. Here you can upload files up to one gigabyte and Oron pays you up to 10 dollars per one thousand media file downloads. Your traffic source does matter here too, you may earn more or less cash for every downloaded media file (downloads from Canada, the United States and France are highly).

Lets start with discussing why ORON.com offers us such a great opportunity of making money. First of all, it is a great free file hosting service, where you can upload and keep your documents and files live for long periods of time. **They give you all possibly tools (everything you need) – starting from remote document uploads, FTP connections, real time statistics access, options to edit, copy, delete and duplicate any document you have uploaded to Oron.com with hopes of getting paid for file downloads.**

As for me, anyone can make good money by sharing files with any get paid to share or upload website, and Oron is not an exception, if you are a skilled webmaster or a newbie blogger you can still earn pretty nice amounts of money with this free file sharing service.

Right now there are two options of earning money to choose from – you can either upload your media documents, share download links and get paid for every generated upload **(up to 10 USD for one thousand successful downloads)** or instead of getting a flat rate per every generated download, get **50% of the money** generated by premium account sales (this is kind of incentive based offer, the more active your file download link visitors are – the more cash you can possibly make).

> **More on earning money with files** – paid to upload websites are very nice, but it is vital to find the right one for you and don't get scammed, we need to be careful, when earning money on the net. I know for sure, that Letitbit.net is a legit paid to share website, as far as I have been paid more then 7 times by them.

If you can manage to perform pretty well (if your visitors will rapidly buy premium accounts) you can ask for an increased rate of 55%. But, if you decided to experiment, which will be the smartest way around, any registered affiliate has the ability to switch between pay per download offers and see what works better (this is a pretty nice system and I think it is implemented just on several sites, which pay for sharing files, as for me, Hotfile.come pays money you both for file downloads and for generated premium account sales). Furthermore, one should remember that pay per download reward system is set by default and can be changed in your account settings page.

### Making money with Oron – How is it done?

1) Everything starts with a registration, which takes just several minutes to complete. Right after this, you can promote Oron in your personal websites or blogs (both share affiliate links for getting referrals and promote the files you have decided to share).

2) For every downloaded file you will receive revenue. Depending on your reward

---

AdChoices

**$8,000/mo Working at Home**
$37-$47/hr Real Work at home Job Requirements: Must Have Computer.
USAweekly.org

**Best Option To Earn Money**
Make $2000 in less than 1 hour Start Making Money Now !
www.bbinary.com

**$97 hr Working at Home ?**
[2012] $87/hr PartTime Job Openings Requirements: Must Have Computer.
USAmarker.com

**Work at Home - No Fee**
$37-$47/hr Real Work at home Job Requirements: Must Have Computer.
consumerspots.com/2012

**Get Paid to Take Photos**
Turn Your Pictures into Cash -- A Free Quick-Start-Guide
ThePhotographersLife.com

**BLOG ARCHIVE**

ianuarie (3)

**LINKS**

Nocturn Beat

WhatPeoplePlay Charts

**STATS**

11,696

**BLOG ARCHIVE**

▼ 2011 (3)
  ▼ ianuarie (3)
    3. HotFile. Make Money Online From File Sharing We...
    2. ORON.com The Easiest way to Earn Money online
    1. How To Make Money With Google

system, you will get a percentage of account sales or a flat rate of **$10 per 1000 downloads**

3) There is one great advantage of using Oron – all file downloads are counted, there are absolutely no restrictions to be applied.

4) Website monetization with Oron is pretty simple, if you choose you get paid for account sales, you will get 50% of the money generated by premium account sales and **5% of the cash, which was earned by other Oron users**, who placed links on your website or blog (this is a new and pretty cool feature to have and make use of).

5) And finally, if you have friends, who will be sure interested in making money over the net with free file hosting websites, like Oron.com, refer them or just encourage to register by using your affiliate link. As a referrer, you will be rewarded with **10% of the cash all refs** (registered webmasters) manage to earn.

Oron is a great way to earn money from home with no investment

## More about sharing files and getting paid for downloads at Oron.com

As I have already told, after completing registration at Oron.com you will be able to upload all possible media files and documents and receive cash for all downloads (completed by your website or blog visitors). You have an option of deciding between flat download rate (up to ten dollars per one thousand file downloads) and revenue share of 50% **(from all premium account sales)**.

Depending on the quality of your traffic, **prices per thousand downloads** vary between three and ten dollars, which leaves an average of seven bucks per one thousand. The main things that could possibly affect your earnings are account ages, amount of money you have already earned with Oron, full amount of accounts sold via your account, total download quantity and the amount of money made by you and your referrals **(pay per download rates are updated once every 24 hours).**

Referral program for those, who are willing to make money by sharing documents.

Another great option is a **webmaster referral program**, which allows you to invite your friends or blog readers to start making money with Oron. According to the this reward program's terms of service, every referral will give extra 10% **(on the revenue earned by invited members).** Seems pretty nice income opportunity for no money down and almost no efforts.

So right now you just have to complete the full registration program, fill in the payment information and start sharing your files. But before you do all this, let me remind you to stay within terms and conditions, which are as they follow.

How to earn good money online by sharing media files

Adsense

**RECENT POSTS**

3. HotFile. Make Money Online From File Sharing Website Like HotFile

2. ORON.com The Easiest way to Earn Money online

1.How To Make Money With Google Adsense

**PAGES**

Home

Friend Links

**FRIENDS**

1) **All file downloads are counted, with no limitations or country restrictions.**
2) Make sure you have all rights for the documents and files you are trying to redistribute (not even mentioning illegal files). In addition, multiple accounts or any attempts to alter the download count are strongly prohibited (this can cause your account balance to be erased).
3) All referral bonuses are payable, no need to share files, in order to make money by referring new users **(minimum amount of money to cashout is set at 30 dollars for all members).**
4) Right now there are such supported payout option – **Paypal, Epassporte, Webmoney or Wire Transfer**. Payments are made on every Monday, so you don't have to wait for a long time to get the money you deserve!

> **Quick make money online fact** - right now there are so many ways to earn money from home. I think that this review, Oron.com review, shows you how to make cash by sharing, but right now I would love to tell you about getting paid for posting on forums. As for me, creating such type of content is pretty simple and not that many people know, that good forum posters and writers can get up to 15$ an hour just browsing forums and expressing own opinion.

### Advantage
We offer unique terms and make the richest toolkit available for you - from remote upload, FTP, comprehensive statistics, files duplicates to files status determination.

Obviously, both experienced web masters and beginners will find our offerings interesting.
account extensions or for paid downloads. Furthermore, you can combine these types of earning. No equal system has ever existed!

### Earn money
-Use your sites, blogs and other resources to promote Oron.com or simply bring in new users and get paid.
-Share your cool and interesting files all over the net and earn money and points from every download!
-Downloads are counted from all countries.
-We payup to **$10** per **1000** downloads. *new
-We pay **50%** commission on all sales and rebills.
-You get a flexible rate plans system: **50% of sales** or **Per download**

### Screenshots
50% of sales


Combined. 50% and payment for downloading


Referral 10%


### Per download
By default you enter into a 50% of all sales revshare program, but you can always switch to the per download program inside your account admin area by going to Advanced Options.

-You get Level 5% at the beginning.
-You level will increase down theroad.
-Level - determines how much your traffic is worth.

Case 3:12-cv-04500-CRB   Document 29-13   Filed 09/10/12   Page 5 of 6

**If your level is**
-30% we pay you $3.0 per 1000 downloads.
-75% we pay you $7.5 per 1000 downloads.
-100% we pay you $10 per 1000 downloads.

**There are a few things that affect your level like**
Account age, total amount earned and premium accounts sales quantity from your
traffic, quantity of downloads, used volume, quantity of your
files and your referrals.

How much your traffic is worth is determined automatically and updated every 24 hours.

**Webmaster Referral**
Refer other webmasters to join Oron.com and we'll give you 10% of all sales & rebills
they generate.
This means a lot of extra cash simply for advising other webmasters!
Grab your link code and put them in your Resources page, Message Board signature,
etc...

**All you**
need to do is just simply Register to our site, set up your payment info in your
account and start to earn money.

Publicat de Dussk Deejay la 14:46

Recomandă acest material pe Google

Un comentariu:



**Maxezone** 25 septembrie 2011, 05:17

that is nice article.
check back to my site you might like my content
http://maxezone.blogspot.com/

Răspundeţi

Introduceţi comentariul dvs...

Comentaţi ca:  Selectaţi profilul...

Publicaţi    Previzualizaţi

Case 3:12-cv-04500-CRB   Document 29-13   Filed 09/10/12   Page 6 of 6

Postare mai nouă    Pagina de pornire    Postare mai veche

Abonaţi-vă la: Postare comentarii (Atom)

10 Ways to make money. Şablonul Picture Window. Un produs Blogger.