# Exhibit G



### ORON.com – Welcome to Oron.com

Like 0   Tweet 0

Visitors  HTML  Whois  Graph  Queries  Headers  Similar sites  Meta tags  Rank  Visitors go  DNS  Reputation  Indexed pages  Validator

**GoDaddy #1 domain names**
$7.99 .COM Domains - Save Today Free Hosting, Blogcast, Email. More
GoDaddy.com    

| | | | |
|---|---|---|---|
| Age | 11 years | Rank | #1,019 |
| Page rank | | Page load time | 1.29 seconds |
| Daily visitors | 260,650 | Daily pageviews | 934,371 |
| Daily revenue | $3,598 USD | Worth of ORON.com | $18,352,295 USD |
| Primary country | United States | Colors of ORON.com | |
| IP address | 82.192.86.129 | Location | Netherlands |
| Title | | Welcome to Oron.com | |
| Description | | ORON.com - Free file upload, download service. | |

### Overview

Oron.com has 11 years old, it is ranked #1,019 on the Internet. Oron.com is estimated to earn at least $3,598 USD per day from advertising revenues, so worth of oron.com: $18,352,295 USD. The average page load time to be 1.29 seconds. Oron.com has a page rank of 4/10. Unique visitors per day approximately 260,650, which produce a total of 934,371 pageviews. Its server is located at Netherlands. SEO score of oron.com is 78%.

Last updated on Sep 5 2012

Do you like statsgram.com?

Like 103   Tweet 174

7

SEO Score is 78%

### Visitors

*Daily visitors by country for Oron.com, total 44 countries and 235,865 visitors per day.*



1,261 — 37,400

### Last analyzed sites

Ace-insurance.co.jp  6 minutes ago
Abohozayfa1965.com  6 minutes ago
Tokyu-com.co.jp  6 minutes ago
Moneymail.ru  8 minutes ago
Alladin.net  8 minutes ago
Lyoness.com  17 minutes ago
Multibon.az  20 minutes ago
Hnrst.gov.cn  23 minutes ago
Instantfaceliftflorida.com  24 minutes ago
Tips4u.co.il  25 minutes ago
Plustechniqueassistance.com  25 minutes ago
Webhostingunleashed.com  26 minutes ago

### Website worth widget



Copy & paste code at your site:
`<a href="http://statsgram.com/www/oron.com`

| | | | | |
|---|---|---|---|---|
| United States | 37,400 | Japan | 13,208 |
| India | 17,744 | Germany | 18,047 |
| Russia | 12,906 | Brazil | 11,394 |
| Mexico | 6,402 | United Kingdom | 8,370 |
| Italy | 7,007 | France | 8,519 |
| Indonesia | 9,123 | China | 3,983 |
| Spain | 6,402 | Thailand | 5,797 |
| Canada | 4,587 | Turkey | 6,099 |
| Malaysia | 4,285 | Poland | 3,983 |
| Australia | 4,587 | Belgium | 3,983 |

Pagerank widget

| | | | | |
|---|---|---|---|---|
| Kazakhstan | 3,378 | Netherlands | 2,773 | |
| Bangladesh | 3,075 | Pakistan | 3,075 | |
| Ukraine | 3,378 | Greece | 1,866 | |
| Portugal | 2,471 | Hong Kong | 1,866 | |
| Saudi Arabia | 3,983 | Sweden | 1,866 | |
| Egypt | 3,983 | Algeria | 1,261 | |
| Venezuela | 1,563 | South Africa | 1,563 | |
| Austria | 1,563 | Taiwan | 1,563 | |
| Czech Republic | 3,075 | Finland | 3,075 | |
| Georgia | 2,471 | Peru | 1,563 | |
| Vietnam | 1,563 | Argentina | 1,563 | |
| Serbia | 1,261 | Libya | 1,261 | |

Copy & paste code at your site:
`<a href="http://statsgram.com/tools/pageran`

Page rank checker »

## HTML info

*Num of tags, size of page and more.*

| | |
|---|---|
| Character encoding | UTF-8 |
| Images | 16 images |
| Java-Script files | 6 files |
| Forms | 1 form |
| Internal links | 32 links |
| Size of Oron.com | 33 KB |
| Favicon | |

## Whois

*Domain information about Oron.com.*

The Data in EuroDNS WHOIS database is provided for information purposes only.
The fact that EuroDNS display such information does not provide any guarantee
expressed or implied on the purpose for which the database may be used, its
accuracy or usefulness. By submitting a WHOIS query, you agree that you will
use this Data only for lawful purposes and that, under no circumstances will
you use this Data to:

(1) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic processes that apply to EuroDNS
(or its systems). EuroDNS reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by the above policy.

Domain: oron.com
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Privacy Whois
Address: 3/F Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Privacy Whois
Address: 3/F Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK

Case 3:12-cv-04500-CRB   Document 29-14   Filed 09/10/12   Page 4 of 7

Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 18f70c2e39672c62[at]whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Privacy Whois
Address: 3/F Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: 18f70c2e39672c62[at]whoisprivacy.com

Original Creation Date: 2001-06-01
Expiration Date: 2020-05-31

Status:
clientTransferProhibited

Nameserver Information:
Nameserver: ns1.oron.com

## Graph

*Traffic graph for Oron.com*



GET THIS WIDGET

## Search queries

*Popular queries in search engines.*

| | | | |
|---|---|---|---|
| Oron Premium | 6% | Coupon Code | 6% |
| Affiliate | 5% | Oron.com Premium Account | 4% |
| Download From Oron | 4% | Premium Account | 4% |
| Oron Affiliate | 4% | Premium Download | 4% |
| Oron Premium Account | 3% | Oron Download Manager | 3% |
| Download Manager | 2% | Coupon | 2% |
| Downloads | 2% | Medical | 2% |
| Oron.com Coupon | 2% | Family Filter | 2% |
| Oron.com | 1% | Oron Paypal | 1% |
| Oron Account | 1% | Oron Coupon Code | 1% |
| Account Premium | 1% | Download | 1% |
| File Download Manager | 1% | Kendra James | 1% |
| Oron | 1% | Part 1 | 1% |
| Dowloads | 1% | Oron Blog | 1% |
| Oron Download | 1% | File Host | 1% |

## HTTP headers

| | |
|---|---|
| Server | nginx/1.2.0 |
| Content-Type | text/html; charset=UTF-8 |
| Connection | keep-alive |

## Similar sites

*Sites like Oron.com.*

| | |
|---|---|
| aol.com | News |
| bbc.co.uk | News |
| imdb.com | News |
| microsoft.com | News |

## Meta tags

| | |
|---|---|
| Description | ORON.com - Free file upload, download service. |
| Keywords | filehosting, oron, file upload, share files, free upload, oron.com |
| Robots | noindex |
| Content Type | text-html; charset=UTF-8 |

## Rank by countries

*Regional traffic ranks of Oron.com.*

| | | | |
|---|---|---|---|
| United Kingdom | #1 | Hong Kong | #1 |
| Sweden | #1 | Greece | #1 |
| Russia | #1 | Italy | #1 |
| Mexico | #1 | Spain | #1 |
| Algeria | #1 | Vietnam | #1 |
| Pakistan | #1 | Poland | #1 |
| France | #1 | Canada | #1 |
| India | #1 | United States | #1 |
| Netherlands | #1 | Argentina | #1 |
| China | #12 | Japan | #2 |
| Georgia | #61 | Serbia | #405 |
| Finland | #408 | Libya | #412 |
| Belgium | #427 | Bangladesh | #487 |
| Czech Republic | #604 | Ukraine | #672 |
| Thailand | #688 | Indonesia | #688 |
| Malaysia | #707 | Peru | #737 |
| Egypt | #834 | Australia | #852 |
| Saudi Arabia | #862 | Germany | #874 |
| Turkey | #919 | Brazil | #994 |

## Visitors go

*Where visitors go on Oron.com*



Oron.com                        100%          Secure.oron.com                1%

## DNS

*Oron.com has 11 dns records.*

| Host | Type | Target / IP | TTL | Other |
|---|---|---|---|---|
| oron.com | A | 82.192.86.131 | 3077 | *class*: IN |
| oron.com | A | 82.192.86.130 | 3077 | *class*: IN |
| oron.com | A | 82.192.86.129 | 3077 | *class*: IN |
| oron.com | NS | ns1.oron.com | 3077 | *class*: IN |
| oron.com | NS | ns2.oron.com | 3077 | *class*: IN |
| oron.com | SOA | | 0 | *class*: IN<br>*rname*: hostmaster.oron.com<br>*mname*: ns1.oron.com |
| oron.com | MX | alt1.aspmx.l.google.com | 3600 | *class*: IN |
| oron.com | MX | alt2.aspmx.l.google.com | 3600 | *class*: IN |
| oron.com | MX | aspmx.l.google.com | 3600 | *class*: IN |
| oron.com | MX | aspmx2.googlemail.com | 3600 | *class*: IN |
| oron.com | TXT | | 3600 | *class*: IN<br>*txt*: v=spf1 include:aspmx.googlemail.com ~all |

## Reputation

Sites linking in                   7,410 links

Reviews                            18 reviews

Stars

## Indexed pages

6,849,081 pages

163,088 pages

22,833 pages

**HTML validator**

| | |
|---|---|
| Warnings | 0 warning |
| Errors | 0 error |

© 2012 statsgram.com                Contact us