# Exhibit H

Phinney Declaration Exhibit H
Page 1 of 4

| User | No. of Infringements |
|---|---|
| gigaron | 1607 |
| troy | 1249 |
| troy80 | 1150 |
| P2U.US | 1129 |
| valeha | 1077 |
| alexporto | 924 |
| BangerBull | 772 |
| Tarzan | 763 |
| servantes71 | 756 |
| Angelique1985 | 495 |
| bangbangboy | 493 |
| troy | 487 |
| rochas | 476 |
| Alantos | 453 |
| jeffthomson38@yahoo.com | 416 |
| xreferxrumer | 378 |
| geterst | 375 |
| global80 | 347 |
| alibaba124 | 343 |
| Bear2bear | 343 |
| T_Ceno_T | 319 |
| boysaboy | 311 |
| troy | 308 |
| Allane T | 307 |
| masedo | 307 |
| En.La.CASA | 293 |
| oronionvi | 293 |
| Hahatun | 273 |
| gioidanong | 263 |
| casper2345 | 247 |
| Chimese | 241 |
| svintusdon | 224 |
| sexyiness | 210 |
| Global80 | 207 |
| ivanes1 | 194 |
| pkvmonah | 192 |
| madcollections | 191 |
| MartinXXL | 181 |
| troy | 180 |
| Allane T | 178 |
| zidan | 169 |
| kurtnemo | 164 |
| gerdDiaz | 159 |
| hrenovato | 157 |
| conchita | 149 |

Phinney Declaration Exhibit H

Page 2 of 4

| | |
|---|---|
| Pikapas | 146 |
| mraina | 140 |
| alfons0 | 139 |
| vipperzinzin1989 | 139 |
| x.pac | 138 |
| mrGrom | 136 |
| chimsese | 134 |
| Valterr | 131 |
| sparsers | 131 |
| ANSWERS | 126 |
| popolam23 | 116 |
| youring123 | 114 |
| conlai | 111 |
| mcaster35 | 108 |
| ImenXBoys | 105 |
| impocolor | 103 |
| gaymad | 103 |
| videomin | 100 |
| Bandit007 | 99 |
| girlxgirl9x9x | 96 |
| alamore | 94 |
| stuart196 | 93 |
| vikxx,Vikxx | 87 |
| KingoDisco007 | 86 |
| bihoai | 83 |
| Pornostar2010 | 83 |
| donred | 83 |
| AmigoBoy | 82 |
| Penelopa | 77 |
| trinisex,TriniSex | 75 |
| tom725 | 75 |
| samopil | 75 |
| johnny165 | 75 |
| crazyturk2009@gmail.com | 74 |
| xiexieng | 74 |
| vomiter | 73 |
| baronn | 71 |
| labudd | 71 |
| x.pac2005@gmail.com | 70 |
| teasergay | 69 |
| coelho18 | 69 |
| Bear2Bear | 66 |
| lakiboy | 66 |
| Bob Hare aka Animated GIF Man | 65 |
| 6061972 | 64 |
| unluna | 63 |
| joemid8223 | 63 |

| | |
|---|---|
| gaymov | 62 |
| videogear | 62 |
| 06061972 | 62 |
| sagitarian71 | 61 |
| GAYMAD | 61 |
| vikx | 60 |
| joemid8223@gmail.com | 60 |
| Bear2Bear | 58 |
| Ð—Ð°Ñ€µÐ³Ð¸ÑÑ‚Ñ€¸Ñ€Ð¾²Ð°Ð½ | 57 |
| "x.pac" | 57 |
| Killjoy,killjoy | 56 |
| Jeremy41 | 56 |
| Paltons | 56 |
| GAYMAD | 56 |
| luryan | 55 |
| danongvn | 55 |
| marcadiz04@gmail.com | 54 |
| cien | 52 |
| MurlockOthod | 50 |
| minute8796 | 50 |
| KingDream12 | 49 |
| King Bunny | 47 |
| EduardoGay | 47 |
| bapro123 | 46 |
| doilabimat | 46 |
| fimsxxx | 46 |
| gayboysxxx18 | 46 |
| Chad | 45 |
| GeorgeWin | 45 |
| TTboyme | 44 |
| Migz2K11 | 43 |
| popolam | 42 |
| sputnik800 | 42 |
| uke1412 | 41 |
| valeha1984 | 41 |
| jakokoja9 | 40 |
| sweetelya | 40 |
| N/A | 40 |
| Youdo | 39 |
| zond88 | 39 |
| Bob Hare aka Animated GIF Man | 38 |
| baks | 38 |
| porndusteler | 38 |
| feche | 36 |
| martintos | 36 |
| EduardoGAY | 36 |
| petr333 | 35 |

| | |
|---|---|
| pornoxx | 35 |
| thatswhathesaid | 35 |
| prostoya | 35 |
| baltazarepaminonda | 35 |
| Tarzan | 35 |
| AmigoBoy | 34 |
| EduardoGay | 33 |
| bear2beaar | 33 |
| botanik1 | 32 |
| alex191287 | 31 |
| intelua2009 | 31 |
| ffffffffffffffffff | 31 |
| MackBuster | 31 |
| neverlands | 30 |
| fetishtranny | 30 |
| post7 | 30 |
| LegendaMario222 | 29 |
| elik451 | 27 |
| veelloge | 27 |
| King Bunny | 27 |
| Joe2333 | 26 |
| Ugol777 | 26 |
| SkipToMyLou | 26 |
| Jncnegybr | 26 |
| Renbos79 | 26 |
| T_Ceno_T | 26 |
| kurdapyo | 25 |
| GerdDiaz | 25 |
| jad132 | 24 |
| Neverlands | 24 |
| t_ceno_t | 24 |
| belowthebelt | 24 |
| nikolabl | 23 |
| GayTwinks | 23 |
| Bear2Bear | 23 |
| Tarzan | 23 |
| karton | 22 |
| Tarzan | 22 |
| FcukDevice | 21 |
| valeha800 | 21 |
| Porn Hunter | 21 |
| pornoposter2010 | 21 |
| Chatlaks | 20 |
| falye | 20 |
| lSuperSonicl | 20 |
| R2D2 | 20 |