# Exhibit I

# ORON PREMIUM
*Get your Oron Premium Account today!*

Home    Oron    FAQ    Premium

## FAQ

Tweet  0        1

Recommend    Send    1 person recommends this. Be the first of your friends.

Click here to get **Oron Premium account** using PayPal!

### What is ORON.com?

ORON.com is a file hosting provider. We offer online storage, remote backup capacity, sophisticated uploading and downloading tools. With ORON.com you can keep, host and share files, images, videos, audio and flash in the same place. Other users can download your files earning you reward points that you can redeem for premium accounts and cash.
What kind of files am I allowed to upload?There are no specific guidelines. You can upload any files you like. Please refer to our TOS for more info on file contents policy.

### How to upload files to Oron.com?

Join Oron newsletter and get a chance to win a free Oron Premium account!

Email:



**Oron** on Facebook
Like  610

**Oron Premium** on   Follow

**ORON SEARCH**

Search

**TRANSLATE**



From: Oron Premium
Did you know there are no downloads delay and download starts instantly when you are an Oron Premium member?
You also get support for download accelerators and resuming downloads.

Upgrade today to **Oron Premium account** and enjoy blazing fast downloads!

### Could other users access my files without my authorization?

Your files will be saved under a randomly generated code on our servers, which is only accessible by you. If you don't give that code to anyone or put it out there, there is no chance of someone gaining an access to your files without your permission.

**RECE**

O
Copy
N

## How many files am I allowed to upload?

There is no maximum number of uploads. Upload as many files as you want.

## What about the file size?

One single file must not exceed a size of 2048 MB for premium users and 1024 MB for free users.

## For how long my files are kept on your server?

If you are a premium user your files are kept infinitely. If you are not a premium user however, your files may be deleted to avoid build up of not needed information but no sooner that after 30 days have passes since last download.

## How to download files from Oron.com?

## How often may I download my pictures or files?

As often as you like, there are no limits on amount of downloads per file.

## How much can I download?

Free users can download up to 5000 Mb within 3 days. Premium users can download 15000 Mb within 3 days utilizing maximum available speed. If you are a Oron Premium user, but 15000 Mb over 3 days is to low of a limit for you, you can always create another Premium account and keep downloading.

## Can I delete my uploaded files?

Sure you can! After your upload a file, you will get two links for it. The download-link, which you can give to everyone you want, and a delete-link, which you keep for

- Oron eXBii search
- Celebrate coming holidays with new Christmas Promo!

ORON.COM
**Now on Twitter**

 Seilors Definitivamente me quitaron a mi oron. com :/
4 days ago · reply · retweet · favorite

 Seilors Definitivamente me quitaron a mi oron. com :/
4 days ago · reply · retweet · favorite

 Seilors Definitivamente me quitaron a mi oron. com :/
4 days ago · reply · retweet · favorite

 Seilors Definitivamente me quitaron a mi oron. com :/
4 days ago · reply · retweet · favorite

 Seilors Definitivamente me quitaron a mi oron. com :/
4 days ago · reply · retweet · favorite

 Seilors Definitivamente me quitaron a mi oron. com :/

  Join the conversation

**RATING**



Rated 4.8 out of 5 based on 24 reviews.



From: Oron Premium
Did you know there are no downloads delay and download starts instantly when you are an Oron Premium member?
You also get support for download accelerators and resuming downloads.

Upgrade today to **Oron Premium account** and enjoy blazing fast downloads!

Case 3:12-cv-04500-CRB   Document 29-16   Filed 09/10/12   Page 4 of 6

yourself. Just click on the delete-link and your file will be deleted immediately.

## How do I configure Internet Explorer to download more than two files at one time?

By default, Windows Internet Explorer 7 and earlier versions limit the number of files that you can download at one time to two. Windows Internet Explorer 8 limits the number of files that you can download at one time to six. This change reflects the faster connection speeds that are now typical for most users. For dial-up connections, the limits from earlier versions still apply. http://support.microsoft.com/kb/282402

## How can i get maximum download speed?

## My download was interrupted. How can I resume it?

Right now resuming download is available to premium users only and you will need to use a download manager of some sort. We enable advanced downloading protocols which allow premium users to download files much faster while using download managers by simultaneously downloading different file segments from different data streams.

## Which download managers would you recommend?

Our servers work fine with majority of download managers, so you can stick to the ones you are used to already. A few popular choices these days seem to be: Orbit Downloader.

## How do I become a Premium Account holder?

To become a premium user, you will have to purchase an Oron premium account. You can do that if you follow this link: http://oron-premium.com/premium



From: Oron Premium
Did you know there are no downloads delay and download starts instantly when you are an Oron Premium member?
You also get support for download accelerators and resuming downloads.

Upgrade today to **Oron Premium account** and enjoy blazing fast downloads!

# I've sent payment via PayPal but I haven't received my username/password yet.

An email containing the username and password information is always dispatched to an email you have registered with Pay Pal. If that email is no longer active or accessible, you will need to give us the Pay Pal transaction ID and an email you wish your information to be sent to. We want to advice you to provide Pay Pal with your current email.

# I can't log in. Site keeps reloading.

To ensure seamless experience using ORON you will need to make sure that your browser allows Java and that cookies are enabled. Check your firewall settings as well, because some firewalls block cookies. You can use ORON without cookies, however you will need to enter your username and password each time you want to upload or download files.

# Can I use authenticated remote-uploads?

Yes, you can. You will need to follow this algorithm: http://USERNAME:PASSWORD@www.site.com/file.zip and replace USERNAME with your username and replace PASSWORD with your current password. You will be logged on that server with that data then.

# What are the available payment methods?

There are four payment methods available right now. You can pay by PayPal, Credit Card, Moneybookers or WebMoney. If you wish to use PayPal be aware that it only 30 days subscription can be recurring. All other types of membership (90 days, 180 days, 1 year) are one time payments. If you use your credit card you can do both one time and recurring payments, if you choose to sign up for a subscription plan that renews automatically.

# How do your subscriptions work?

When you sign up for one of the subscription plans that we have available, we automatically charge the subscription fee according to the subscription plan schedule. For example, if you choose a monthly subscription you will be charged after each month passes, if you choose a weekly plan, you will be charged after each week passes, unless you cancel your subscription. You will never have to worry about your premium account expiring.

# How can I cancel my subscription?

Canceling your subscription is easy but first you need to determine if you even need it.
If you paid via PayPal, you need to know that we allow 1 month subscriptions via PayPal to be recurring.You do not need to cancel your subscription if it is not 1 month membership. All other PayPal transactions (90 days, 180 days, 1 year) are one time



Case 3:12-cv-04500-CRB   Document 29-16   Filed 09/10/12   Page 6 of 6

only purchases.

To change or cancel your agreement with Oron.com, log in to your PayPal account, go to your Profile page and click My Preapproved Payments and do it from there.

# My question was not answered in this FAQ, what should I do?

If you still have questions regarding our services don't hesitate to contact us using our contact form.

**Share this:**   Like 1      Tweet 0      1      Print

© 2012 ORON PREMIUM. All Rights Reserved.

From: Oron Premium

Did you know there are no downloads delay and download starts instantly when you are an Oron Premium member?
You also get support for download accelerators and resuming downloads.

Upgrade today to **Oron Premium account** and enjoy blazing fast downloads!