# Exhibit J

# Make Money With Oron

HOME        PRIVACY POLICY        CONTACT PAGE

**6**                                           www.intporn.com

## ORON.com The Easiest way to Earn Money online



Any web user can complete registration process at Oron dot com and make cash online with free file hosting. Here you can upload files up to one gigabyte and Oron pays you up to 100 dollars per one thousand media file downloads. Your traffic source does matter here too, you may earn more or less cash for every downloaded media file (downloads from Canada, the United States and France are highly).

### Click Here And START Earning NOW!

Lets start with discussing why ORON.com offers us such a great opportunity of making money. First of all, it is a great free file hosting service, where you can upload and keep your documents and files live for long periods of time. **They give you all possibly tools (everything you need) – starting from remote document uploads, FTP connections, real time statistics access, options to edit, copy, delete and duplicate any document you have uploaded to Oron.com with hopes of getting paid for file downloads.**

### Oron is great way to earn money from home with no investment!

As for me, anyone can make good money by sharing files with any get paid to share or upload website, and Oron is not an exception, if you are a skilled webmaster or a newbie blogger you can still earn pretty nice amounts of money with this free file sharing service.

Case 3:12-cv-04500-CRB   Document 29-17   Filed 09/10/12   Page 3 of 4

**Making money with Oron – How is it done?**



1) Everything starts with a registration, which takes just several minutes to complete. Right after this, you can promote Oron in your personal websites or blogs (both share affiliate links for getting referrals and promote the files you have decided to share).

2) For every downloaded file you will receive revenue. Depending on your reward system, you will get a percentage of account sales or a flat rate of **$10 per 1000 downloads**

3) There is one great advantage of using Oron – all file downloads are counted, there are absolutely no restrictions to be applied.

4) Website monetization with Oron is pretty simple, if you choose you get paid for account sales, you will get 50% of the money generated by premium account sales and **5% of the cash, which was earned by other Oron users**, who placed links on your website or blog (this is a new and pretty cool feature to have and make use of).

5) And finally, if you have friends, who will be sure interested in making money over the net with free file hosting websites, like Oron.com, refer them or just encourage to register by using your affiliate link. As a referrer, you will be rewarded with **10% of the cash all refs** (registered webmasters) manage to earn.



## Earning plans

Case 3:12-cv-04500-CRB   Document 29-17   Filed 09/10/12   Page 4 of 4



Now you are free to choose between several earning plans. You can go for **55%** of sales and **55%** of all rebills, **70%** of sales and **30%** of all renewals, half of pay per download rate plus **$7** for every sale or get paid up to **$100** (new) per 1000 downloads.

Please note that you can switch between Payment Modes once every 7 days. However per download program is selected by default.

Website owners earn extra **5%** of all sales coming via their sites no matter who made the sale.
Our webmaster referral program pays **5%** of your referral's income.

**Earn money:**
-Use your sites, blogs and other resources to share your files with the world! Downloads from all countries are counted.
-We pay up to **$100 per 1000 downloads** - new
-We pay **55% commission on all sales and rebills** or **70% of all sales and 30% of rebills.**
-Our system is flexible, you can always switch between earning plans!
-We pay **5% for webmaster referral.**
-Website owners, earn **5% for memberships** sold via your site even if the sale is not yours!

© Copyright MakeMoneyOron 2011 - All Rights Reserved