D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

## UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br>             vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | **Case No.: 12-4500 (CRB)**<br><br>**DECLARATION OF LANCE BLUNDELL IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    September 11, 2012<br>Time:   2:00 p.m.<br>CtRm:  6, 17th Floor |

I, Lance Blundell, declare:

   1.   I am a member of the California Bar and serve as General Counsel to DataTech Global, LLC and DataTech Enterprises, LLC. The facts that I state herein are within my

-1-

1  personal knowledge, I know the same to be true, and if called upon to testify on these matters I could and would.

2.   DataTech Enterprises, LLC. is a wholly owned subsidiary of DataTech Global, LLC.

3.   DataTech Global is the current owner of all copyrights, rights, and interests in the works identified in **Exhibit A**.  This list has been slightly revised from the list submitted with my earlier Declaration.  Research is ongoing and Plaintiff may further update this list as more information becomes available.  I have attached the Copyright Certificates for these movies as **Exhibits B-1** through **B-10**.  In fourteen (14) instances we have not yet been able to locate the original copyright registration certificate.  In those cases, I have substituted a printout from the U.S. Copyright Office website, showing the registration information.  Efforts to locate the certificates is ongoing.  If we are unable to locate the original certificates we will order duplicate certificates from the U.S. Copyright Office.

4.   In addition, to the titles listed in Exhibit A, there are additional titles that have also been reproduced and distributed by and through the oron.com website, including titles for which Christopher Ward Enterprises, LLC has applied for registration, but not yet received registration certificates.  Plaintiff will update the list of infringed titles when it completes its review.

5.   The nature of DataTech Global's ownership of all of the aforementioned works is in the form of an exclusive license in the works.  DataTech Global's wholly owned subsidiary, DataTech Enterprises, exploits the films in the marketplace.

6. Many of the titles were originally produced by Raging Stallion Studios, Inc. a company created, owned, and operated by Chris Ward (see Declaration of Chris Ward ¶3). Raging Stallion Studios, Inc. assigned the copyrights in these titles to Christopher Ward Enterprises, LLC. A copy of the assignment is attached hereto as **Exhibit C**.

7. In turn Christopher Ward Enterprises, LLC exclusively licensed those copyrights and all future Christopher Ward Enterprises, LLC copyrights to DataTech Global, LLC for a period of fifteen years. A copy of that exclusive License is attached hereto as **Exhibit D**.

8. DataTech Enterprises, LLC obtained all interest in the copyrights for Falcon, Jocks, and Mustang titles via a purchase agreement with HRW Investments, LLC. A copy of the Purchase Agreement is attached hereto as **Exhibit E**. The purchase price has been redacted. If required by this Court, Plaintiff will produce an un-redacted copy once a stipulated or court ordered protective order is in place.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: 9 Sept 12

Lance Blundell