# Exhibit A

Declaration of Lance Bludell
Exhibit A

| | TITLE | TITLE 2 | Reg. No. | Original Claimant |
|---|---|---|---|---|
| 1 | RANCH HANDS - ASS033 (226 infringements) | ASS033 | PA0001797573 | Raging Stallion Studios, Inc. |
| 2 | SOUNDING 1 *DC* - FFC001DVDD (31 infringements) | FFC001 | PA0001770875 | Raging Stallion Studios, Inc. |
| 3 | XXXXTREME SEXXXX 1 *DC* - FFC002DVDD (20 infringements) | FFC002 | PA0001770937 | Raging Stallion Studios, Inc. |
| 4 | SOUNDING 2 *DC* - FFC003DVDD (7 infringements) | FFC003 | PA0001770925 | Raging Stallion Studios, Inc. |
| 5 | SOUNDING 3 *DC* - FFC005DVDD (16 infringements) | FFC005 | PA0001772977 | Raging Stallion Studios, Inc. |
| 6 | SOUNDING 4 *DC* - FFC006DVDD (1 infringements) | FFC006 | PA0001772971 | Raging Stallion Studios, Inc. |
| 7 | SOUNDING 5 (200 infringements) | FFC008 | PA0001765659 | Raging Stallion Studios, Inc. |
| 8 | INDECENT ENCOUNTERS - FFC016 (4 infringements) | FFC016 | PA0001782415 | Raging Stallion Studios, Inc. |
| 9 | BACK ALLEY - FFC017 (123 infringements) | FFC017 | PA0001782402 | Raging Stallion Studios, Inc. |
| 10 | ACCIDENTAL LOVERS - FIC001 (37 infringements) | FIC001 | PA0000688110 | Charles Holmes / Falcon Studios |
| 11 | SAUNA PARADISO - FIC002 (113 infringements) | FIC002 | PA0000760137 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 12 | PLEASURE EXPRESS - FIC003 (25 infringements) | FIC003 | PA0000760141 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 13 | PLOWBOYS, The - FIC004 (10 infringements) | FIC004 | PA0000779232 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 14 | BLUE DANUBE - FIC006 (8 infringements) | FIC006 | PA0000779234 | Charles Holmes / Falcon Studios |
| 15 | SIBERIAN HEAT - FIC007 (7 infringements) | FIC007 | PA0000779233 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 16 | GANGBANGERS, The - FIC008 (51 infringements) | FIC008 | PA0000787170 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 17 | NIGHTHAWKEN - FIC009 (54 infringements) | FIC009 | PA0000809432 | Charles M. Holmes, 1945- d.b.a. Falcon Studios |
| 18 | WIDE OPEN - FIC010 (35 infringements) | FIC010 | PA0000760140 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 19 | WINNING STREAK - FIC014 (14 infringements) | FIC014 | PA0001070703 | Conwest Resources, Inc. |
| 20 | BASIC TRAINING - FIC015 (11 infringements) | FIC015 | PA0001070705 | Conwest Resources, Inc. |
| 21 | HUNGARY MEN - FIC016 (49 infringements) | FIC016 | PA0001070702 | Conwest Resources, Inc. |
| 22 | RED HOT - FIC018 (9 infringements) | FIC018 | PA0001098286 | Conwest Resources, Inc. |
| 23 | NAVAL FORCE - FIC019 (13 infringements) | FIC019 | PA0001098278 | Conwest Resources, Inc. |
| 24 | HUNG BUNCH - FIC020 (7 infringements) | FIC020 | PA0001098285 | Conwest Resources, Inc. |
| 25 | WILD RIDE - FIC022 (60 infringements) | FIC022 | PA0001765586 | Raging Stallion Studios, Inc. |
| 26 | HUNGARIAN GRAFFITI - FIC025 (6 infringements) | FIC025 | PA0001191566 | Conwest Resources, Inc. |
| 27 | KNOCK OUT - FIC026DVDS (29 infringements) | FIC026 | PA0001611410 | Conwest Resources, Inc. |
| 28 | EUROPEAN HOLIDAY, PART 1 - FIC027 (28 infringements) | FIC027 | PAu003137199 | Conwest Resources, Inc. |
| 29 | EUROPEAN HOLIDAY, PART 2 - FIC028 (14 infringements) | FIC028 | PAu003137200 | Conwest Resources, Inc. |
| 30 | UPRISING - FIC029 (9 infringements) | FIC029 | PA0001698810 | Conwest Resources, Inc. |
| 31 | HUNGARIAN HUNKS - FIC030 (5 infringements) | FIC030 | PA0001609613 | Conwest Resources, Inc. |
| 32 | HUNGARIAN HOOKUP - FIC031 (52 infringements) | FIC031 | PA0001609653 | Conwest Resources, Inc. |
| 33 | CZECH TALES, PART 1 - FIC032 (19 infringements) | FIC032 | PA0001611407 | Conwest Resources, Inc. |
| 34 | EURO SEX PARTY - FIC033 (88 infringements) | FIC033 | PA0001620018 | Conwest Resources, Inc. |
| 35 | SUMMER MEMORIES - FIC034 (71 infringements) | FIC034 | PA0001698814 | Conwest Resources, Inc. |
| 36 | CZECH TALES, PART 2 - FIC035 (34 infringements) | FIC035 | PA0001620020 | ConWest Resources, Inc. |
| 37 | INDECENT PROPOSALS - FIC036 (54 infringements) | FIC036 | PA0001698806 | Conwest Resources, Inc. |
| 38 | CYBER GAMES - FIC037 (5 infringements) | FIC037 | PA0001702704 | Conwest Resources, Inc. |
| 39 | STUCK IN THE SNOW - FIC038 (77 infringements) | FIC038 | PA0001725734 | Conwest Resources, Inc. |
| 40 | BATTLE FUCKERS - FIC039 (73 infringements) | FIC039 | PA0001702722 | Conwest Resources, Inc. |
| 41 | SECRETS OF SCOUTS - FIC040 (136 infringements) | FIC040 | PA0001772998 | Christopher Ward Enterprises, LLC |
| 42 | FIRE FIGHTERS - FIC045 (53 infringements) | FIC045 | PA0001782383 | Christopher Ward Enterprises, LLC |
| 43 | CITY DREAMS - FIC046 (171 infringements) | FIC046 | PA0001780633 | Christopher Ward Enterprises, LLC |
| 44 | BODY TO BODY - FIC047 (60 infringements) | FIC047 | PA0001797180 | Christopher Ward Enterprises, LLC |
| 45 | FALCON STR8MEN DVD 5 - FSD005 (10 infringements) | FSD005 | PA0001705425 | Conwest Resources, Inc. |
| 46 | FALCON STR8MEN DVD 8 - FSD008 (20 infringements) | FSD008 | PA0001706374 | Conwest Resources, Inc. |
| 47 | FALCON STR8MEN DVD 12 - FSD012 (31 infringements) | FSD012 | PA0001706379 | Conwest Resources, Inc. |
| 48 | FALCON STR8MEN DVD 14 - FSD014 (26 infringements) | FSD014 | PA0001705427 | Conwest Resources, Inc. |
| 49 | OTHER SIDE OF ASPEN (123 infringements) | FVP001 | PA0000304343 | Charles Holmes d.b.a. Falcon Studios |
| 50 | AGAINST THE RULES - FVP008 (19 infringements) | FVP008 | PA0001147692 | Conwest Resources, Inc. |
| 51 | STEAM HEAT - FVP018 (1 infringements) | FVP018 | PA0001319571 | Conwest Resources, Inc. |
| 52 | BLACK VELVET FVP021 (11 infringements) | FVP021 | PA0001194498 | Conwest Resources, Inc. |
| 53 | STYLE - FVP024 (1 infringements) | FVP024 | PA0001191569 | Charles Holmes/Falcon Studios/Continental American Industries |
| 54 | SPOKES - FVP033 (18 infringements) | FVP033 | PA0000304353 | Charles Holmes / Falcon Studios |
| 55 | BRONC RIDER - FVP036 (4 infringements) | FVP036 | PA0000273549 | Charles Holmes d.b.a. Falcon Studios |
| 56 | SPLASH SHOTS - FVP040 (44 infringements) | FVP040 | PA0000304348 | Charles M. Holmes d.b.a. Falcon Studios |
| 57 | NIGHT FLIGHT - FVP041 (14 infringements) | FVP041 | PA0000304352 | Charles Holmes / Falcon Studios |
| 58 | SPRING TRAINING - FVP046 (32 infringements) | FVP046 | PA0000304359 | Charles M. Holmes d.b.a. Falcon Studios |
| 59 | OTHER SIDE OF ASPEN, The Part 2 - FVP047 (48 infringements) | FVP047 | PA0000304357 | Charles M. Holmes d.b.a. Falcon Studios |
| 60 | SPRING BREAK - FVP048 (15 infringements) | FVP048 | PA0000304364 | Charles Holmes / Falcon Studios |

| | TITLE | TITLE 2 | Reg. No. | Original Claimant |
|---|---|---|---|---|
| 61 | WORKING LATE (2 infringements) | FVP049 | PA0000415001 | Charles M. Holmes d.b.a. Falcon Studios. |
| 62 | GIANT SPLASH SHOTS II - FVP050 (19 infringements) | FVP050 | PA0000412016 | Charles Holmes / Falcon Studios |
| 63 | IN YOUR WILDEST DREAMS - FVP052 (31 infringements) | FVP052 | PA0000562855 | Charles M. Holmes, 1945- d.b.a. Falcon Studios |
| 64 | OUT OF BOUNDS - FVP053 (9 infringements) | FVP053 | PA0000430055 | Charles M. Holmes/Falcon Studios |
| 65 | PERFECT SUMMER - FVP057 (20 infringements) | FVP057 | PA0000430058 | Charles M. Holmes/Falcon Studios |
| 66 | SPOKES II - FVP058 (5 infringements) | FVP058 | PA0000712690 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 67 | TOUCH ME (2 infringements) | FVP060 | PA0000427659 | Charles Holmes / Falcon Studios |
| 68 | BEHIND CLOSED DOORS - FVP061 (20 infringements) | FVP061 | PA0000427656 | Charles M. Holmes d.b.a. Falcon Studios |
| 69 | MADE FOR YOU - FVP063 (65 infringements) | FVP063 | PA0000427657 | Charles Holmes / Falcon Studios |
| 70 | DEEP IN HOT WATER - FVP065 (12 infringements) | FVP065 | PA0000448859 | Charles M. Holmes d.b.a. Falcon Studios |
| 71 | PLUNGE - FVP066 (27 infringements) | FVP066 | PA0000450391 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 72 | REVENGE - FVP067 (4 infringements) | FVP066 | PA0000456788 | Charles Holmes / Falcon Studios |
| 73 | PRIVATE WORKOUT - FVP068 (67 infringements) | FVP068 | PA0000477037 | Charles Holmes / Falcon Studios |
| 74 | MISSION ACCOMPLISHED - FVP070 (13 infringements) | FVP070 | PA0000520318 | Charles M. Holmes d.b.a. Falcon Studios. |
| 75 | COMPULSION HES GOTTA HAVE IT - FVP072 (5 infringements) | FVP072 | PA0000520316 | Charles M. Holmes d.b.a. Falcon Studios |
| 76 | BUTTBUSTERS - FVP073 (29 infringements) | FVP073 | PA0000518750 | Charles M. Holmes d.b.a. Falcon Studios |
| 77 | ABDUCTION, The (8 infringements) | FVP075 | PA0000547595 | Charles M. Holmes, 1945- d.b.a. Falcon Studios |
| 78 | OVERLOAD - FVP077 (12 infringements) | FVP077 | PA0000553287 | Charles M. Holmes, 1945- d.b.a. Falcon Studios |
| 79 | DOWN HOME - FVP078 (16 infringements) | FVP078 | PA0000561330 | Charles M. Holmes, 1945- d.b.a. Falcon Studios |
| 80 | HOT PURSUIT - FVP080 (15 infringements) | FVP080 | PA0000582897 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 81 | COMMAND PERFORMANCE - FVP081 (229 infringements) | FVP081 | PA0000760145 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 82 | GRAND PRIZE - FVP082 (25 infringements) | FVP082 | PA0000605425 | Charles M. Holmes, 1945- d.b.a. Falcon Studios |
| 83 | SUMMER BUDDIES - FVP083 (15 infringements) | FVP083 | PA0000618498 | Charles M. Holmes, 1945- d.b.a. Falcon Studios |
| 84 | WILD COUNTRY - FVP084 (11 infringements) | FVP084 | PA0000618539 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 85 | FULL LENGTH - FVP085 (10 infringements) | FVP085 | PA0000618488 | Charles M. Holmes, 1945- d.b.a. Falcon Studios |
| 86 | BASIC PLUMBING - FVP086 (27 infringements) | FVP086 | PA0000643397 | Charles Holmes / Falcon Studios |
| 87 | BILLYS TALE - FVP087 (1 infringements) | FVP087 | PA0000683653 | Charles M. Holmes, 1945- d.b.a. Falcon Studios |
| 88 | REDEMPTION (17 infringements) | FVP089 | PA0000663801 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 89 | HOUSE RULES - FVP090 (41 infringements) | FVP090 | PA0000688103 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 90 | FOUL PLAY - FVP092 (10 infringements) | FVP092 | PA0000720062 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 91 | WORKIN STIFF - FVP093 (9 infringements) | FVP093 | PA0000729937 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 92 | BY INVITATION ONLY - FVP094 (1 infringements) | FVP094 | PA0000657991 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 93 | FLASHPOINT: HOT AS HELL - FVP095 (14 infringements) | FVP095 | PA0000787174 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 94 | BACKROOM, The - FVP096 (7 infringements) | FVP096 | PA0000787171 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 95 | BIG RIVER - FVP097 (4 infringements) | FVP097 | PA0000787169 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 96 | POSSESSION - FVP098 (24 infringements) | FVP098 | PA0000760146 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 97 | OTHER SIDE OF ASPEN, The Part 3 - FVP099 (6 infringements) | FVP099 | PA0000760144 | Charles Holmes / Falcon Studios |
| 98 | OTHER SIDE OF ASPEN, The Part 4 - FVP100 (49 infringements) | FVP100 | PA0000760139 | Charles Holmes / Falcon Studios |
| 99 | RENEGADE, The - FVP101 (28 infringements) | FVP101 | PA0000760140 | ASSIGNED Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 100 | RIPE FOR HARVEST - FVP102 (10 infringements) | FVP102 | PA0000760143 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 101 | DOWNLOAD - FVP103 (6 infringements) | FVP103 | PA0000787199 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 102 | CRUISIN 3 - FVP107 (10 infringements) | FVP107 | PA0000829390 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 103 | HEATWAVE - FVP108 (114 infringements) | FVP108 | PA0000829433 | Charles Holmes / Falcon Studios |
| 104 | MANHANDLERS - FVP109 (37 infringements) | FVP109 | PA0000840763 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 105 | CHOSEN, The - FVP111 (18 infringements) | FVP111 | PA0000816181 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 106 | HIGH TIDE - FVP112 (117 infringements) | FVP112 | PA0000816218 | Continental American Industries / Falcon Studios |
| 107 | CALIFORNIA KINGS - FVP113 (50 infringements) | FVP113 | PA0000873456 | Continental American Industries / Falcon Studios |
| 108 | RED ALERT - FVP115 (22 infringements) | FVP115 | PA0000910915 | Continental American Industries / Falcon Studios |
| 109 | BASIC PLUMBING 2 - FVP118 (5 infringements) | FVP118 | PA0000917791 | Continental American Industries / Falcon Studios |
| 110 | FEVER - FVP119 (10 infringements) | FVP119 | PA0000917888 | Continental American Industries / Falcon Studios |
| 111 | FRENCH CONNECTIONS, PART 1: TEMPTATION - FVP120 (17 infringements) | FVP120 | PA0000931869 | Continental American Industries / Falcon Studios |
| 112 | FRENCH CONNECTIONS, PART 2: CONQUEST - FVP121 (20 infringements) | FVP121 | PA0000928271 | Continental American Industries / Falcon Studios |
| 113 | IN DEEP: MILES TO GO - FVP123 (29 infringements) | FVP123 | PA0000941889 | Continental American Industries / Jocks Studios |
| 114 | HOT WIRED - FVP125 (27 infringements) | FVP125 | PA0000964903 | Continental American Industries / Falcon Studios |
| 115 | ABSOLUTE AQUA - FVP126 (90 infringements) | FVP126 | PA0000955011 | Continental American Industries / Falcon Studios |
| 116 | ABSOLUTE ARID - FVP127 (7 infringements) | FVP127 | PA0000955010 | Continental American Industries / Falcon Studios |
| 117 | FULL FILLED - FVP128 (15 infringements) | FVP128 | PA0000964898 | Continental American Industries / Falcon Studios |
| 118 | NO WAY OUT (2 infringements) | FVP129 | PA0000976184 | Continental American Industries / Falcon Studios |
| 119 | BAD BEHAVIOR - FVP132 (7 infringements) | FVP132 | PA0001031061 | Conwest Resources, Inc. |

| | TITLE | TITLE 2 | Reg. No. | Original Claimant |
|---|---|---|---|---|
| 120 | UP CLOSE - FVP133 (69 infringements) | FVP133 | PA0001031062 | Conwest Resources, Inc. |
| 121 | OUT OF ATHENS, PART 1 - FVP134 (26 infringements) | FVP134 | PA0001023484 | Conwest Resources, Inc. |
| 122 | OUT OF ATHENS, PART 2 - FVP135 (14 infringements) | FVP135 | PA0001031060 | Conwest Resources, Inc. |
| 123 | BOUNCE - FVP136 (29 infringements) | FVP136 | PA0001074603 | Conwest Resources, Inc. |
| 124 | WILDFIRE - FVP137 (1 infringements) | FVP137 | PA0001074604 | Conwest Resources, Inc. |
| 125 | BRANDED - FVP140 (8 infringements) | FVP140 | PA0001103078 | Conwest Resources, Inc. |
| 126 | DEFINED - FVP143 (9 infringements) | FVP143 | PA0001103079 | Conwest Resources, Inc. |
| 127 | DEEP SOUTH THE BIG AND THE EASY, PART 1 - FVP144 (8 infringements) | FVP144 | PA0001106065 | Conwest Resources, Inc. |
| 128 | DEEP SOUTH THE BIG AND THE EASY, PART 2 - FVP145 (51 infringements) | FVP145 | PA0001106062 | Conwest Resources, Inc. |
| 129 | BIG TIMBER (2 infringements) | FVP146 | PA0001194503 | Conwest Resources, Inc. |
| 130 | HOT WIRED 2: TURNED ON - FVP148 (17 infringements) | FVP148 | PA0001303527 | Conwest Resources, Inc. |
| 131 | TOMMY'S TALE (33 infringements) | FVP151 | PA0001205989 | Conwest Resources, Inc. |
| 132 | KEPT - FVP153 (10 infringements) | FVP153 | PA0001228130 | Conwest Resources, Inc. |
| 133 | TAKING FLIGHT, PART 1 - FVP154 (75 infringements) | FVP154 | PA0001243046 | Conwest Resources, Inc. |
| 134 | TAKING FLIGHT, PART 2 - FVP155 (39 infringements) | FVP155 | PA0001243045 | Conwest Resources, Inc. |
| 135 | BORN TO BE BAD - FVP156 (57 infringements) | FVP156 | PA0001274533 | Conwest Resources, Inc. |
| 136 | THROUGH THE WOODS - FVP157 (55 infringements) | FVP157 | PA0001274566 | Conwest Resources, Inc. |
| 137 | MAN MADE - FVP158 (37 infringements) | FVP158 | PA0001211983 | Conwest Resources, Inc. |
| 138 | BOOTSTRAP - FVP159 (23 infringements) | FVP159 | PA0001290085 | Conwest Resources, Inc. |
| 139 | HEAVEN TO HELL - FVP160 (88 infringements) | FVP160 | PA0001310199 | Conwest Resources, Inc. |
| 140 | CROSS COUNTRY, PART 2 - FVP162 (29 infringements) | FVP162 | PA0001310217 | Conwest Resources, Inc. |
| 141 | UP ALL NIGHT - FVP163 (4 infringements) | FVP163 | PA0001310222 | Conwest Resources, Inc. |
| 142 | BEEFCAKE - FVP164 (72 infringements) | FVP164 | PA0001310218 | Conwest Resources, Inc. |
| 143 | SPOKES III - FVP165 (3 infringements) | FVP165 | PA0001725740 | Conwest Resources, Inc. |
| 144 | BIG DICK CLUB - FVP166 (47 infringements) | FVP166 | PA0001303535 | Conwest Resources, Inc. |
| 145 | FROM TOP TO BOTTOM - FVP169 (47 infringements) | FVP169 | PA0001344068 | Conwest Resources, Inc. |
| 146 | RIDING HARD - FVP171 (52 infringements) | FVP171 | PA0001352019 | Conwest Resources, Inc. |
| 147 | FARMERS SON, The - FVP172 (72 infringements) | FVP172 | PA0001373779 | Conwest Resources, Inc. |
| 148 | LONGBOARD - FVP173 (18 infringements) | FVP173 | PA0001373796 | Conwest Resources, Inc. |
| 149 | BASIC PLUMBING 3 - FVP174 (12 infringements) | FVP174 | PA0001702807 | Conwest Resources, Inc. |
| 150 | RUSH AND RELEASE - FVP175 (38 infringements) | FVP175 | PA0001715849 | Conwest Resources, Inc. |
| 151 | BIG DICK CLUB 2 - FVP176 (40 infringements) | FVP176 | PA0001609612 | Conwest Resources, Inc. |
| 152 | HUSTLE AND CRUISE - FVP177 (18 infringements) | FVP177 | PA0001609609 | Conwest Resources, Inc. |
| 153 | IVY LEAGUE (9 infringements) | FVP178 | PA0001609655 | Conwest Resources, Inc. |
| 154 | ENDLESS CRUSH - FVP179 (4 infringements) | FVP179 | PA0001609654 | Conwest Resources, Inc. |
| 155 | DARE - FVP180 (34 infringements) | FVP180 | PA0001641516 | Conwest Resources, Inc. |
| 156 | ROUGH PLAY - FVP181 (34 infringements) | FVP181 | PA0001620017 | Conwest Resources, Inc. |
| 157 | OVERTIME - FVP182 (96 infringements) | FVP182 | PA0001702702 | Conwest Resources, Inc. |
| 158 | FLEET WEEK - FVP183 (39 infringements) | FVP183 | PA0001698800 | |
| 159 | WINTER HEAT - FVP184 (42 infringements) | FVP184 | PA0001702773 | Conwest Resources, Inc. |
| 160 | AFTERPARTY - FVP185 (34 infringements) | FVP185 | PA0001702783 | Conwest Resources, Inc. |
| 161 | ROMAN'S HOLIDAY 1 (92 infringements) | FVP186 | PA0001702792 | Conwest Resources, Inc. |
| 162 | BEST MEN, PART 1 - THE BACHELOR PARTY - FVP187 (63 infringements) | FVP187 | PA0001717187 | Conwest Resources, Inc. |
| 163 | MALIBU HEAT - FVP189 (65 infringements) | FVP189 | PA0001717185 | Conwest Resources, Inc. |
| 164 | ASYLUM - FVP190 (69 infringements) | FVP190 | PA0001728218 | Conwest Resources, Inc. |
| 165 | BURNING DESIRES - FVP191 (30 infringements) | FVP191 | PA0001717186 | Conwest Resources, Inc. |
| 166 | RINGSIDE - FVP193 (137 infringements) | FVP193 | PA0001706600 | Conwest Resources, Inc. |
| 167 | ROUGHIN IT - FVP195DVDS (69 infringements) | FVP195 | PA0001702811 | Conwest Resources, Inc. |
| 168 | ROMAN'S HOLIDAY 2 (77 infringements) | FVP196 | PA0001706817 | Conwest Resources, Inc. |
| 169 | PLEDGEMASTER - THE HAZING - FVP197 (68 infringements) | FVP197 | PA0001706801 | Conwest Resources, Inc. |
| 170 | MORNING WOOD - FVP198 (87 infringements) | FVP198 | PA0001702812 | Conwest Resources, Inc. |
| 171 | WHITE HOT - FVP199 (282 infringements) | FVP199 | PA0001706388 | Conwest Resources, Inc. |
| 172 | INNTRIGUED - FVP200 (75 infringements) | FVP200 | PA0001706609 | Conwest Resources, Inc. |
| 173 | SNAP SHOT - FVP201 (161 infringements) | FVP201 | PA0001706852 | Conwest Resources, Inc. |
| 174 | SUMMER HEAT - FVP202 (107 infringements) | FVP202 | PA0001728272 | HRW Investments, LLC |
| 175 | BIG WOOD- FVP204 (347 infringements) | FVP204 | PA0001732043 | HRW Investments, LLC / Falcon Studios |
| 176 | HOT PROPERTY - FVP205DVDS (228 infringements) | FVP205 | PA0001770897 | Christopher Ward Enterprises, LLC |
| 177 | FLEET WEEK 2 - FVP206 (192 infringements) | FVP206 | PA0001770876 | Christopher Ward Enterprises, LLC |
| 178 | ROUGHIN IT 2 - FVP212 (193 infringements) | FVP212 | PA0001764396 | Christopher Ward Enterprises, LLC |

| | TITLE | TITLE 2 | Reg. No. | Original Claimant |
|---|---|---|---|---|
| 179 | GUYS NEXT DOOR, The PART 1 - FVP213 (305 infringements) | FVP213 | PA0000787147 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 180 | I WANT YOU - FVP215 (230 infringements) | FVP215 | PA0001782462 | Christopher Ward Enterprises, LLC |
| 181 | POINT & SHOOT - FVP216 (166 infringements) | FVP216 | PA0001780626 | Christopher Ward Enterprises, LLC |
| 182 | FAHRENHEIT - FVP217 (140 infringements) | FVP217 | PAu003607281 | Christopher Ward Enterprises, LLC |
| 183 | HUNGOVER - FVP218 (89 infringements) | FVP218 | PA0001797212 | Christopher Ward Enterprises, LLC |
| 184 | GET SOME (23 infringements) | HFV009 | PA0001764400 | Christopher Ward Enterprises, LLC |
| 185 | NEED IT BAD - HFV010 (74 infringements) | HFV010 | PA0001782419 | Raging Stallion Studios, Inc. |
| 186 | SATISFACTION (67 infringements) | HFV011 | PA0001797582 | Raging Stallion Studios, Inc. |
| 187 | SO INTO YOU - HFV012 (48 infringements) | HFV012 | PA0001797572 | Raging Stallion Studios, Inc. |
| 188 | SOCCER CLUB - HOC057DVDS (50 infringements) | HOC057 | PA0001765594 | Raging Stallion Studios, Inc. |
| 189 | OPEN HOUSE - JVP044 (5 infringements) | JVP044 | PA0000663836 | Charles M. Holmes, 1945-, d.b.a. Jocks Studios |
| 190 | BIG DELIVERY - JVP048 (4 infringements) | JVP048 | PA0000643398 | Charles M. Holmes, 1945-, d.b.a. Jocks Studios |
| 191 | BIG AS THEY COME - JVP049 (7 infringements) | JVP049 | PA0000581265 | Charles M. Holmes, 1945-, d.b.a. Jocks Athletics Company |
| 192 | SEX, GUYS & VIDEOTAPE - JVP050 (11 infringements) | JVP050 | PA0000575276 | Charles M. Holmes, 1945- (d.b.a. Jocks Studios) |
| 193 | PIECE OF CAKE - JVP053 (11 infringements) | JVP053 | PA0000605424 | Charles M. Holmes, 1945- d.b.a. Jocks Studios |
| 194 | REDWOOD RANGER - JVP056 (40 infringements) | JVP056 | PA0000663774 | Charles Holmes / Jocks Studios |
| 195 | HOLD ME AGAIN - JVP057 (6 infringements) | JVP057 | PA0000663849 | Charles Holmes / Jocks Studios |
| 196 | MIRAGE - JVP058 (121 infringements) | JVP058 | PA0001688954 | Raging Stallion Studios, Inc. |
| 197 | DESERT OASIS - JVP059 (6 infringements) | JVP059 | PA0000688106 | Charles M. Holmes, 1945- (d.b.a. Jocks Studios) |
| 198 | BREAKAWAY - JVP060 (10 infringements) | JVP060 | PA0000688108 | Charles M. Holmes, 1945- (d.b.a. Jocks Studios) |
| 199 | ROLL IN THE HAY - JVP061 (144 infringements) | JVP061 | PA0000729814 | Charles M. Holmes, 1945-, d.b.a. Jocks Studios |
| 200 | DOUBLE CROSSED - JVP062 (2 infringements) | JVP062 | PA0000729811 | Charles M. Holmes, 1945-, d.b.a. Jocks Studios |
| 201 | MIDNIGHT RUN - JVP063 (21 infringements) | JVP063 | PA0000729940 | Charles M. Holmes, 1945-, d.b.a. JOCKS Studios |
| 202 | THIS END UP - JVP064 (2 infringements) | JVP064 | PA0000657992 | Charles M. Holmes, 1945- (d.b.a. Jocks Studios) |
| 203 | NEW PLEDGEMASTERS - JVP065 (26 infringements) | JVP065 | PA0000712771 | Charles M. Holmes, 1945-, d.b.a. JOCKS Studios |
| 204 | BUILT TOUGH - JVP066 (118 infringements) | JVP066 | PA0000787145 | Charles M. Holmes, 1945-, d.b.a. Jocks Studios |
| 205 | BIG SCORE, The - JVP067 (3 infringements) | JVP067 | PA0000787196 | Charles M. Holmes, 1945- (d.b.a. Jocks Studios) |
| 206 | BIG AS THEY COME II - JVP068 (1 infringements) | JVP068 | PA0000787146 | Charles M. Holmes, 1945-, d.b.a. Jocks Studios |
| 207 | GREASED UP (2 infringements) | JVP070 | PA0000787157 | Charles M. Holmes, 1945-, d.b.a. Jocks Studios |
| 208 | FAMILY SECRETS - JVP073 (8 infringements) | JVP073 | PA0000798920 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 209 | JOCKSTRAPPED - JVP075 (11 infringements) | JVP075 | PA0000824782 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 210 | HARDLINE - JVP076 (4 infringements) | JVP076 | PA0000829432 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 211 | PLAYER, The - JVP077 (13 infringements) | JVP077 | PA0000861002 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 212 | HOTWHEELS - JVP078 (3 infringements) | JVP078 | PA0000840761 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 213 | MAXIMUM CRUISE - JVP079 (5 infringements) | JVP079 | PA0000844029 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 214 | COWBOY JACKS - JVP081 (6 infringements) | JVP081 | PA0000816205 | Continental American Industries, Inc. (d.b.a. Jocks Studios) |
| 215 | SUMMER REUNION - JVP082 (5 infringements) | JVP082 | PA0000873750 | Continental American Industries / Jocks Studios |
| 216 | FIT FOR A MAN - JVP083 (9 infringements) | JVP083 | PA0000885101 | Continental American Industries d.b.a. Jocks Studios |
| 217 | FOUR CARD STUD - JVP084 (5 infringements) | JVP084 | PA0000897691 | Continental American Industries / Jocks Studios |
| 218 | SOAKED - JVP085 (13 infringements) | JVP085 | PA0000917855 | Continental American Industries / Jocks Studios |
| 219 | DESERT HART - JVP087 (20 infringements) | JVP087 | PA0000930806 | Continental American Industries d.b.a. Jocks Studios |
| 220 | SIT TIGHT - JVP088 (3 infringements) | JVP088 | PA0000941892 | Continental American Industries / Jocks Studios |
| 221 | STOCK: RELEASED - JVP090 (3 infringements) | JVP090 | PA0000941886 | Continental American Industries / Jocks Studios |
| 222 | FULL UP! - JVP091 (10 infringements) | JVP091 | PA0000941898 | Continental American Industries d.b.a. Jocks Studios |
| 223 | HOTEL CALIFORNIA - JVP092 (1 infringements) | JVP092 | PA0000954996 | Continental American Industries / Jocks Studios |
| 224 | SERVICED - JVP093DVDS (4 infringements) | JVP093 | PA0000954994 | Continental American Industries / Jocks Studios |
| 225 | TAKEN DOWN UNDER - JVP095 (173 infringements) | JVP095 | PA0000954995 | Continental American Industries / Falcon Studios |
| 226 | HARD TO HOLD - JVP096 (4 infringements) | JVP096 | PA0000976248 | Continental American Industries d.b.a. Jocks Studios |
| 227 | STEAL THE NIGHT - JVP097 (6 infringements) | JVP097 | PA0000976247 | Continental American Industries / Jocks Studios |
| 228 | THRUSTED - JVP098 (27 infringements) | JVP098 | PA0000992990 | Continental American Industries / Jocks Studios |
| 229 | CONVICTIONS, PART 1 - JVP099 (5 infringements) | JVP099 | PA0000998629 | Continental American Industries d.b.a. Jocks Studios |
| 230 | CONVICTIONS, PART 2 - JVP100 (10 infringements) | JVP100 | PA0000998634 | Continental American Industries d.b.a. Jocks Studios |
| 231 | SPRUNG - JVP101 (20 infringements) | JVP101 | PA0001023485 | Conwest Resources, Inc. |
| 232 | EYE CONTACT - JVP102 (10 infringements) | JVP102 | PA0001023486 | Conwest Resources, Inc., d.b.a. Jocks Studios |
| 233 | VIOLATION, PART 2: SURRENDER - JVP105 (4 infringements) | JVP105 | PA0001074611 | Conwest Resources, Inc. |
| 234 | BIG AS THEY COME III - JVP106 (1 infringements) | JVP106 | PA0001074609 | Charles M. Holmes, 1945-, d.b.a. Jocks Studios |
| 235 | HAZED - JVP107 (98 infringements) | JVP107 | PA0001098287 | Conwest Resources, Inc. (d.b.a. Jocks Studios) |
| 236 | SAY UNCLE - JVP110 (3 infringements) | JVP110 | PA0001103072 | Conwest Resources, Inc. |
| 237 | DECEPTION, PART 1 - JVP111 (116 infringements) | JVP111 | PA0001103075 | Conwest Resources, d.b.a. Jocks Studios |
| 238 | DECEPTION, PART 2 - JVP112 (94 infringements) | JVP112 | PA0001103067 | Conwest Resources, d.b.a. Jocks Studios |

| | TITLE | TITLE 2 | Reg. No. | Original Claimant |
|---|---|---|---|---|
| 239 | ADDICTION, PART 1 - JVP115 (13 infringements) | JVP115 | PA0001205988 | Conwest Resources (d.b.a. Jocks Studios) |
| 240 | ADDICTION, PART 2 - JVP116 (33 infringements) | JVP116 | PA0001205994 | Conwest Resources (d.b.a. Jocks Studios) |
| 241 | QUARTERBACK SACK - JVP117 (8 infringements) | JVP117 | PA0001205993 | Conwest Resources, Inc. |
| 242 | GETTING IT STRAIGHT - JVP118 (1 infringements) | JVP118 | PA0001221499 | Conwest Resources d.b.a. Jocks Studios |
| 243 | LONGSHOT: MAKING THE GAME - JVP119 (24 infringements) | JVP119 | PA0001236684 | Conwest Resources, Inc. |
| 244 | SUPER SOAKED - JVP120 (59 infringements) | JVP120 | PA0001276560 | Conwest Resources, Inc. |
| 245 | GETTING IT IN THE END - JVP121 (22 infringements) | JVP121 | PA0001278861 | ConWest Resources, Inc. d.b.a. Jocks Studios |
| 246 | DRIVER - JVP123 (48 infringements) | JVP123 | PA0001310198 | Conwest Resources, Inc. |
| 247 | ROAD TRIP 1 (39 infringements) | JVP124 | PA0001609639 | Conwest Resources, Inc. |
| 248 | ROAD TRIP 2 (20 infringements) | JVP125 | PA0001609635 | Conwest Resources, Inc. |
| 249 | ROAD TRIP 3 (24 infringements) | JVP126 | PA0001620019 | Conwest Resources, Inc. |
| 250 | ROAD TRIP 4 (22 infringements) | JVP127 | PA0001702815 | Conwest Resources, Inc. |
| 251 | SNOW TRIP, VOL. 5 - BIG BEAR - JVP128 (11 infringements) | JVP128 | PA0001701371 | Conwest Resources, Inc. |
| 252 | ROAD TRIP 6 (25 infringements) | JVP129 | PA0001702739 | Conwest Resources, Inc. |
| 253 | ROAD TRIP 7 (20 infringements) | JVP130 | PA0001717184 | Conwest Resources, Inc. |
| 254 | ROAD TRIP 8 (30 infringements) | JVP131 | PA0001717189 | Conwest Resources, Inc. |
| 255 | SNOW TRIP, VOL. 9 - LAKE TAHOE - JVP132 (29 infringements) | JVP132 | PA0001698831 | Conwest Resources, Inc. |
| 256 | ROAD TRIP 10 (32 infringements) | JVP133 | PA0001702711 | Conwest Resources, Inc. |
| 257 | ROAD TRIP 11 (31 infringements) | JVP134 | PA0001728096 | Conwest Resources, Inc. |
| 258 | ROAD TRIP 12 LAKE SHASTA (23 infringements) | JVP135 | PA0001728098 | Conwest Resources, Inc. |
| 259 | ROAD TRIP VOL. 13, SAN DIEGO - JVP136 (39 infringements) | JVP136 | PA0001722803 | Conwest Resources, Inc. |
| 260 | ROAD TRIP, VOL. 14 - HOLLYWOOD - JVP137 (20 infringements) | JVP137 | PA0001702717 | Conwest Resources, Inc. |
| 261 | SNOW TRIP, VOL. 15 - RENO - JVP138 (39 infringements) | JVP138 | PA0001744776 | Conwest Resources, Inc. |
| 262 | LAYOVER - LOS ANGELES, PART 1 - JVP139 (30 infringements) | JVP139 | PA0001698788 | Conwest Resources, Inc. |
| 263 | LAYOVER - LOS ANGELES, PART 2 - JVP140 (16 infringements) | JVP140 | PA0001706588 | Conwest Resources, Inc. |
| 264 | LAYOVER - LOS ANGELES, PART 3 - JVP141 (20 infringements) | JVP141 | PA0001728212 | HRW Investments, LLC / Jocks Studios |
| 265 | SHANES POOL PARTY - JVP142 (195 infringements) | JVP142 | PA0001770912 | Christopher Ward Enterprises, LLC |
| 266 | PARKERS MIRAGE - JVP143 (97 infringements) | JVP143 | PA0001770940 | Christopher Ward Enterprises, LLC |
| 267 | JESSES GETAWAY - JVP144 (116 infringements) | JVP144 | PA0001797577 | Christopher Ward Enterprises, LLC |
| 268 | BLIND LUST - JVP147 (181 infringements) | JVP147 | PA0001764398 | Christopher Ward Enterprises, LLC |
| 269 | RIGHT HERE / RIGHT NOW - JVP148 (11 infringements) | JVP148 | PA0001782513 | Christopher Ward Enterprises, LLC |
| 270 | ESCAPE - JVP149 (105 infringements) | JVP149 | PA0001780733 | Christopher Ward Enterprises, LLC |
| 271 | TWIN HEAT - (136 infringements) | JVP150 | PAu003607280 | Christopher Ward Enterprises, LLC |
| 272 | ROOMMATES - JVP151 (73 infringements) | JVP151 | PA0001797189 | Christopher Ward Enterprises, LLC |
| 273 | CABIN FEVER, PART 1 - JVP152 (16 infringements) | JVP152 | PA0001797197 | Christopher Ward Enterprises, LLC |
| 274 | HUMPING IRON - MBV011DVDS (12 infringements) | MBV011 | PA0001688964 | Raging Stallion Studios, Inc. |
| 275 | GUNNER WORLD - MBV019DVDS (14 infringements) | MBV019 | PA0001772991 | Raging Stallion Studios, Inc. |
| 276 | DIAMOND AUTO - MBV021DVDS (13 infringements) | MBV021 | PA0001765646 | Raging Stallion Studios, Inc. |
| 277 | RUGBURN - MBV025 ( 136 infringements) | MBV025 | PA0001764404 | Christopher Ward Enterprises, LLC |
| 278 | BIG DICK REVOLUTION - MBV026 (103 infringements) | MBV026 | PA0001782516 | Raging Stallion Studios, Inc. |
| 279 | NASTY FUCKERS - MBV027DVDS (93 infringements) | MBV027 | PA0001782408 | Raging Stallion Studios, Inc. |
| 280 | IT GETS BIGGER - MBV028 (69 infringements) | MBV028 | PA0001797577 | Raging Stallion Studios, Inc. |
| 281 | LIKE A HORSE - MSC002 (10 infringements) | MSC002 | PA0000359517 | Huge Video, Inc. Transferred to Cont'l Amer. Ind. |
| 282 | INCH BY INCH - MSC004 (76 infringements) | MSC004 | PA0000926241 | Huge Video, Inc. Transferred to Cont'l Amer. Ind. |
| 283 | STRYKER FORCE - MSC006 (5 infringements) | MSC006 | PA0000926232 | Huge Video, Inc. Transferred to Cont'l Amer. Ind. |
| 284 | STRYKER FORCE (5 infringements) | MSC006 | PA0000926232 | Huge Video, Inc. Transferred to Cont'l Amer. Ind. |
| 285 | HEAT IN THE NIGHT - MSC007 (8 infringements) | MSC007 | PA0000926219 | Huge Video, Inc. Transferred to Cont'l Amer. Ind. |
| 286 | IDOL EYES - MSC008 (23 infringements) | MSC008 | PA0000926234 | Huge Video, Inc. Transferred to Cont'l Amer. Ind. |
| 287 | WILD HORSES (1 infringements) | MSC013 | PA0000926238 | Huge Video, Inc. Transferred to Cont'l Amer. Ind. |
| 288 | ALL AMERICAN - MSC014 (3 infringements) | MSC014 | PA0000926239 | Huge Video, Inc. Transferred to Cont'l Amer. Ind. |
| 289 | TRADEWINDS - MSC015 (19 infringements) | MSC015 | PA0000926240 | Huge Video, Inc. Transferred to Cont'l Amer. Ind. |
| 290 | BACK FOR MORE (14 infringements) | MSC017 | PA0000926236 | Huge Video |
| 291 | DRIVING HARD - MVP007 (4 infringements) | MVP007 | PA0000564404 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 292 | TAKE ME HOME - MVP009 (4 infringements) | MVP009 | PA0000560470 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 293 | BREAK IN - MVP010 (11 infringements) | MVP010 | PA0000591268 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 294 | SEX SHOOTERS (2 infringements) | MVP011 | PA0000643400 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 295 | MIDNIGHT SUN - MVP012 (13 infringements) | MVP012 | PA0000581263 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 296 | KEEPING TIME - MVP014 (3 infringements) | MVP014 | PA0000581272 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 297 | MY COUSIN DANNY - MVP018 (8 infringements) | MVP018 | PA0000598922 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 298 | SKIN TIGHT - MVP023 (19 infringements) | MVP023 | PA0000618491 | Charles M. Holmes, 1945- d.b.a. (Mustang Studios) |
| 299 | HOME GROWN - MVP029 (11 infringements) | MVP029 | PA0000688105 | Charles M. Holmes, 1945- (d.b.a. Mustang Studios) |

| | TITLE | TITLE 2 | Reg. No. | Original Claimant |
|---|---|---|---|---|
| 300 | HANDS ON - MVP031 (6 infringements) | MVP031 | PA0000688104 | Charles M. Holmes, 1945- (d.b.a. Mustang Studios) |
| 301 | NIGHT WATCH - MVP032 (26 infringements) | MVP032 | PA0000729872 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 302 | LOOK OF A MAN, The - MVP033 (32 infringements) | MVP033 | PA0000729802 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 303 | SADDLE TRAMPS - MVP034 (7 infringements) | MVP034 | PA0000729939 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 304 | MAN TO MEN - MVP036 (4 infringements) | MVP036 | PA0000712770 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 305 | BULL PEN - MVP038 (40 infringements) | MVP038 | PA0000787149 | Charles M. Holmes, 1945, d.b.a. Falcon Studios |
| 306 | DEEP END - MVP039 (36 infringements) | MVP039 | PA0000787155 | Charles M. Holmes, 1945, d.b.a. Falcon Studios |
| 307 | FACE DOWN - MVP040 (2 infringements) | MVP040 | PA0000787153 | Charles M. Holmes, 1945, d.b.a. Falcon Studios |
| 308 | SADDLE TRAMPS II - MVP042 (2 infringements) | MVP042 | PA0000787156 | Charles M. Holmes, 1945, d.b.a. Falcon Studios |
| 309 | INCHES AWAY - MVP044 (4 infringements) | MVP044 | PA0000787152 | Charles M. Holmes, 1945, d.b.a. Falcon Studios |
| 310 | DIRTY STORIES - MVP045 (30 infringements) | MVP045 | PA0000799660 | Charles M. Holmes, 1945-, d.b.a. Mustang Studios |
| 311 | UNDER COVERS - MVP047 (5 infringements) | MVP047 | PA0000810297 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 312 | EXTREME MEASURES - MVP049 (9 infringements) | MVP049 | PA0000840792 | Charles M. Holmes, 1945- (d.b.a. Falcon Studios) |
| 313 | ROCK SOLID - MVP052 (19 infringements) | MVP052 | PA0000830810 | Charles M. Holmes, 1945-, d.b.a. Falcon Studios |
| 314 | NEW COACH, The - MVP053 (11 infringements) | MVP053 | PA0000871462 | Continental American Industries / Mustang Studios |
| 315 | TALL TAIL - MVP054 (8 infringements) | MVP054 | PA0000885127 | Continental American Industries / Mustang Studios |
| 316 | UP FOR GRABS - MVP057 (1 infringements) | MVP057 | PA0000955020 | Continental American Industries / Mustang Studios |
| 317 | BANG! - MVP059 (9 infringements) | MVP059 | PA0000992989 | Continental American Industries / Mustang Studios |
| 318 | BLUR - MVP060 (5 infringements) | MVP060 | PA0001138664 | Conwest Resources, Inc. |
| 319 | CREW - MVP061 (4 infringements) | MVP061 | PA0001023493 | Conwest Resources, Inc. |
| 320 | AIM TO PLEASE - MVP062 (62 infringements) | MVP062 | PA0001103070 | Conwest Resources, Inc. |
| 321 | SHOCK Part 1 - MVP063DVDS (36 infringements) | MVP063 | PA0001102544 | Conwest Resources, Inc. |
| 322 | SHOCK Part 2 (16 infringements) | MVP064 | PA0001098283 | Conwest Resources, Inc. |
| 323 | AFTERSHOCK, PART 1 - MVP067 (12 infringements) | MVP067 | PA0001138726 | Conwest Resources, Inc. |
| 324 | AFTERSHOCK, PART 2 - MVP068 (1 infringements) | MVP068 | PA0001138716 | Conwest Resources, Inc. |
| 325 | BANG BANG! - MVP072 (5 infringements) | MVP072 | PA0001276559 | Conwest Resources, Inc. |
| 326 | TRAPPED, Part 1 (32 infringements) | MVP074 | PA0001303529 | Conwest Resources, Inc. |
| 327 | TRAPPED, Part 2 (76 infringements) | MVP075 | PA0001303522 | Conwest Resources, Inc. |
| 328 | BRAWLERS - MVP076 (2 infringements) | MVP076 | PA0001332145 | Conwest Resources, Inc. |
| 329 | LOCKDOWN - MVP077DVDS (6 infringements) | MVP077 | PA0001343852 | Conwest Resources, Inc. |
| 330 | MANHOLE - MVP078 (17 infringements) | MVP078 | PA0001350131 | Conwest Resources, Inc. |
| 331 | RAMMER - MVP079 (46 infringements) | MVP079 | PA0001352018 | Conwest Resources, Inc. |
| 332 | RITUAL - MVP080 (54 infringements) | MVP080 | PA0001351983 | Conwest Resources, Inc. |
| 333 | RANGER - MVP081 (1 infringements) | MVP081 | PA0001365344 | Conwest Resources, Inc. |
| 334 | NAILED (4 infringements) | MVP082 | PA0001335311 | Conwest Resources, Inc. |
| 335 | FORCED ENTRY - MVP083 (1 infringements) | MVP083 | PA0001373778 | Conwest Resources, Inc. |
| 336 | AFTERHOURS - MVP084 (9 infringements) | MVP084 | PA0001373800 | Conwest Resources, Inc. |
| 337 | LIMITS - MVP085 (15 infringements) | MVP085 | PA0001717175 | Conwest Resources, Inc. |
| 338 | LINE-UP - MVP087 (21 infringements) | MVP087 | PA0001701425 | Conwest Resources, Inc. |
| 339 | DRIFTER - MVP088 (21 infringements) | MVP088 | PA0001688972 | Raging Stallion Studios, Inc. |
| 340 | SLEAZE - MVP089 (4 infringements) | MVP089 | PA0001620334 | Conwest Resources, Inc. |
| 341 | BUNKER - MVP090 (41 infringements) | MVP090 | PA0001611380 | Conwest Resources, Inc. |
| 342 | VANISHED - MVP091 (20 infringements) | MVP091 | PA0001609353 | Conwest Resources, Inc. |
| 343 | GREASED - MVP092 (22 infringements) | MVP092 | PA0001611384 | Conwest Resources, Inc. |
| 344 | CRUISIN GROUNDS - MVP093 (11 infringements) | MVP093 | PA0001702705 | Conwest Resources, Inc. |
| 345 | WORKIN HARD - MVP094 (7 infringements) | MVP094 | PA0001702797 | Conwest Resources, Inc. |
| 346 | CONTACT (23 infringements) | MVP095 | PA0001717176 | Conwest Resources, Inc. |
| 347 | NIGHTWATCHMEN (131 infringements) | MVP096 | PA0001737884 | Conwest Resources, Inc. |
| 348 | BLUE MOVIE - MVP097 (32 infringements) | MVP097 | PA0001717174 | Conwest Resources, Inc. |
| 349 | RED LIGHT - MVP098 (12 infringements) | MVP098 | PA0001706806 | Conwest Resources, Inc. |
| 350 | XXX - MVP099 (15 infringements) | MVP099 | PA0001706803 | Mustang Studios |
| 351 | MANHOLE 2 - MVP100 (5 infringements) | MVP100 | PA0001736988 | Conwest Resources, Inc. |
| 352 | GREEN DOOR - MVP101 (26 infringements) | MVP101 | PA0001731925 | Conwest Resources, Inc. |
| 353 | DIRTY! - MVP102 (15 infringements) | MVP102 | PA0001709721 | Conwest Resources, Inc. |
| 354 | DARKROOM - MVP103 (29 infringements) | MVP103 | PA0001737001 | Conwest Resources, Inc. |
| 355 | ADRENALINE - MVP104 (69 infringements) | MVP104 | PA0001705513 | Conwest Resources, Inc. |
| 356 | LAID OFF - MVP105DVDS (86 infringements) | MVP105 | PA0001731971 | Conwest Resources, Inc. |
| 357 | RHODES RULES - MVP106 (88 infringements) | MVP106 | PA0001703356 | Conwest Resources, Inc. |
| 358 | CROTCH ROCKET - MVP107 (113 infringements) | MVP107 | PA0001736888 | Conwest Resources, Inc. |
| 359 | DEPTHS OF DESIRE, PART 1 - MVP108 (58 infringements) | MVP108 | PA0001736889 | Conwest Resources, Inc. |
| 360 | DEPTHS OF DESIRE, PART 2 - MVP109 (93 infringements) | MVP109 | PA0001736890 | Conwest Resources, Inc. |

| | TITLE | TITLE 2 | Reg. No. | Original Claimant |
|---|---|---|---|---|
| 361 | FIT FOR SERVICE - MVP110 (240 infringements) | MVP110 | PA0001728265 | HRW Investments, LLC / Mustang Studios |
| 362 | MAN UP - MVP111 (302 infringements) | MVP111 | PA0001770865 | Christopher Ward Enterprises, LLC |
| 363 | GOLDEN GATE - SEDUCED BY SAN FRANCISCO (15 infringements) | NSV003 | PA0001782417 | Raging Stallion Studios, Inc. |
| 364 | GOLDEN GATE SEDUCED BY SAN FRANCISCO (2 infringements) | NSV003 | PA0001782417 | Raging Stallion Studios, Inc. |
| 365 | GOLDEN GATE SEASON 4 - TOURIST SEASON - NSV004 (13 infringements) | NSV004 | PA0001797578 | Raging Stallion Studios, Inc. |
| 366 | GOLDEN GATE- TOURIST SEASON (24 infringements) | NSV004 | PA0001797578 | Raging Stallion Studios, Inc. |
| 367 | NEXUS HARDCORE *DC* - RSS004DVDD (2 infringements) | RSS004 | PA0001770872 | Raging Stallion Studios, Inc. |
| 368 | GAY DREAMS - RSS007DVDS (14 infringements) | RSS007 | PA0001772993 | Raging Stallion Studios, Inc. |
| 369 | A PORN STAR IS BORN - RSS011DVDS (39 infringements) | RSS011 | PA0001772976 | Raging Stallion Studios, Inc. |
| 370 | PLEXUS - RSS013DVDS (4 infringements) | RSS013 | PA0001765643 | Raging Stallion Studios, Inc. |
| 371 | PASSPORT TO PARADISE - RSS019DVDS (34 infringements) | RSS019 | PA0001772973 | Raging Stallion Studios, Inc. |
| 372 | MANIFESTO - RSS022DVDS (21 infringements) | RSS022 | PA0001688959 | Raging Stallion Studios, Inc. |
| 373 | ARABESQUE - RSS023DVDS (31 infringements) | RSS023 | PA0001688957 | Raging Stallion Studios, Inc. |
| 374 | BEDROOM EYES - RSS026DVDS (33 infringements) | RSS026 | PA0001688963 | Raging Stallion Studios, Inc. |
| 375 | LORDS OF THE JUNGLE - RSS028DVDS (73 infringements) | RSS028 | PA0001772978 | Raging Stallion Studios, Inc. |
| 376 | INSTINCT - RSS029DVDS (40 infringements) | RSS029 | PA0001770923 | Raging Stallion Studios, Inc. |
| 377 | PLAYBACK - RSS034DVDS (107 infringements) | RSS034 | PA0001770898 | Raging Stallion Studios, Inc. |
| 378 | INK STORM - RSS035DVDS (62 infringements) | RSS035 | PA0001688968 | Raging Stallion Studios, Inc. |
| 379 | GRUNTS THE NEW RECRUITS - RSS036DVDS (1 infringements) | RSS036 | PA0001688970 | Raging Stallion Studios, Inc. |
| 380 | SAVAGE (3 infringements) | RSS041 | PA0001772966 | Raging Stallion Studios, Inc. |
| 381 | 4TH FLOOR, The - RSS042DVD (27 infringements) | RSS042 | PA0001688971 | Raging Stallion Studios, Inc. |
| 382 | ERECCION - RSS054DVDS (24 infringements) | RSS054 | PA0001770941 | Raging Stallion Studios, Inc. |
| 383 | MENACE - RSS055DVDS (8 infringements) | RSS055 | PA0001770916 | Raging Stallion Studios, Inc. |
| 384 | PORN STARS IN LOVE - RSS056DVDS (14 infringements) | RSS056 | PA0001693916 | Raging Stallion Studios, Inc. |
| 385 | VISITOR, The (87 infringements) | RSS058 | PA0001688973 | Raging Stallion Studios, Inc. |
| 386 | TRAP, The - (10 infringements) | RSS060 | PA0001772974 | Raging Stallion Studios, Inc. |
| 387 | NAILED & SCREWED - RSS061DVDS (24 infringements) | RSS061 | PA0001772980 | Raging Stallion Studios, Inc. |
| 388 | FOCUS - RSS064DVDS (21 infringements) | RSS064 | PA0001765660 | Raging Stallion Studios, Inc. |
| 389 | UNLOADED - RSS066DVDS (33 infringements) | RSS066 | PA0001765657 | Raging Stallion Studios, Inc. |
| 390 | REFOCUS - RSS068DVDS (28 infringements) | RSS068 | PA0001765597 | Raging Stallion Studios, Inc. |
| 391 | HEAT OF THE MOMENT - RSS070DVDS (30 infringements) | RSS070 | PA0001765589 | Raging Stallion Studios, Inc. |
| 392 | TALES ARABIAN NIGHTS 1 - RSS071DVDS (45 infringements) | RSS071 | PA0001765583 | Raging Stallion Studios, Inc. |
| 393 | TALES ARABIAN NIGHTS 2 - RSS072DVDS (7 infringements) | RSS072 | PA0001771036 | Raging Stallion Studios, Inc. |
| 394 | ARAB HEAT - RSS075DVDS (89 infringements) | RSS075 | PA0001765585 | Raging Stallion Studios, Inc. |
| 395 | STEAMWORKS - RSS076DVDS (81infringements) | RSS076 | PA0001765618 | Raging Stallion Studios, Inc. |
| 396 | SWALLOW SEED CO - RSS077DVDS (68 infringements) | RSS077 | PA0001765611 | Raging Stallion Studios, Inc. |
| 397 | CAUGHT ON TAPE - RSS078DVDS (290 infringements) | RSS078 | PA0001765578 | Raging Stallion Studios, Inc. |
| 398 | BRUTAL 1 - RSS080DVDS (290 infringements) | RSS080 | PA0001770869 | Raging Stallion Studios, LLC |
| 399 | BRUTAL 2 - RSS081DVDS (305 infringements) | RSS081 | PA0001765636 | Raging Stallion Studios, Inc. |
| 400 | NIGHT MANEUVERS - RSS082DVDS (142 infringements) | RSS082 | PA0001765563 | Raging Stallion Studios, Inc. |
| 401 | COWBOYS, PART 1 - RSS090 (286 infringements) | RSS090 | PA0001782549 | Raging Stallion Studios, Inc. |
| 402 | COWBOYS, PART 2 - RSS091 (103 infringements) | RSS091 | PA0001782412 | Raging Stallion Studios, Inc. |
| 403 | ALONE ON THE RANGE - RSS092 (164 infringements) | RSS092 | PA0001797575 | Raging Stallion Studios, Inc. |
| 404 | POUNDED DOWN - RSS093 (108 infringements) | RSS093 | PAu003597060 | Raging Stallion Studios, Inc. |
| 405 | WOODSHOP (166 infringements) | RSS094 | PAu003597061 | Raging Stallion Studios, Inc. |
| 406 | SUITED FOR SEX - RSS095 (118 infringements) | RSS095 | PAu003589310 | Raging Stallion Studios, Inc. |
| 407 | ALLEY CATS (2011) (178 infringements) | RSS096 | PAu003602544 | Raging Stallion Studios, Inc. |
| 408 | COCKWORK (51 infringements) | RSS097 | PA0001797348 | Raging Stallion Studios, Inc. |
| 409 | FUCKED UP - RSS098 (65 infringements) | RSS098 | PA0001797580 | Raging Stallion Studios, Inc. |
| 410 | FUCKED DOWN - RSS099 (30 infringements) | RSS099 | PA0001797571 | Raging Stallion Studios, Inc. |
| 411 | SEXPACK 09: FIRE IN THE HOLE - SPX009DVDS (3 infringements) | SPX009 | PA0001688961 | Raging Stallion Studios, Inc. |
| 412 | PRIVATE RESORT BOYS IN THE SUN - TWK002DVDS (39 infringements) | TWK002 | PA0001765656 | Raging Stallion Studios, Inc. |
| 413 | SOUTHERN PRIDE BOYS IN HEAT - TWK003DVDS (10 infringements) | TWK003 | PA0001765577 | Raging Stallion Studios, Inc. |
| 414 | REAL BIG BOYS MEASURING UP - TWK004DVDS (122 infringements) | TWK004 | PA0001765645 | Raging Stallion Studios, Inc. |
| 415 | BIG DICKED TWINKS - TWK005DVDS (38 infringements) | TWK005 | PA0001765591 | Raging Stallion Studios, Inc. |
| 416 | SO YOU WANNA FUCK - TWK007DVDS (39 infringements) | TWK007 | PA0001765566 | Raging Stallion Studios, Inc. |

Declaration of Lance Bludell
Exhibit A

| | TITLE | TITLE 2 | Reg. No. | Original Claimant |
|---|---|---|---|---|
| 417 | BUSTED YOU GOT ME - TWK008DVDS (149 infringements) | TWK008 | PA0001765568 | Raging Stallion Studios, Inc. |
| 418 | YOUNG WARRIORS TAKING ONE FOR THE TEAM - TWK009DVDS (133 infringements) | TWK009 | PA0001765588 | Raging Stallion Studios, Inc. |