Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-797-573**

**Effective date of
registration:**

May 14, 2012

## Title

**Title of Work:** Ranch Hands

**Previous or Alternative Title:** ASS033

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** January 20, 2012    **Nation of 1st Publication:** United States

## Author

■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written Agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** May 3, 2012

**Correspondence:** Yes

Page  1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PA 1-770-875

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Sounding #1

**Previous or Alternative Title:** FFC001

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** April 13, 2008       **Nation of 1st Publication:** United States

## Author

■

**Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-770-937

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** XXXXTreme SeXXXX #1

**Previous or Alternative Title:** FFC002

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** October 2, 2008    **Nation of 1st Publication:** United States

## Author

- ■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-770-925

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Sounding #2

**Previous or Alternative Title:** FFC003

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 13, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-772-977

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Sounding #3

**Previous or Alternative Title:** FFC005

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 16, 2009

**Nation of 1st Publication:** United States

## Author

■ **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-772-971

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Sounding #4

**Previous or Alternative Title:** FFC006

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** January 6, 2010   **Nation of 1st Publication:** United States

## Author

■ **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-659

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Sounding #5

**Previous or Alternative Title:** FFC008

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 1, 2010          **Nation of 1st Publication:** United States

## Author

■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001782415 / 2011-12-22

Application Title: Indecent Encounters.

Title:               Indecent Encounters.

Description:         Videodisc (DVD)

Copyright Claimant:
                     Christopher Ward Enterprises, LLC, Transfer: By Assignment.

Date of Creation:  2011

Date of Publication:
                     2011-11-04

Nation of First Publication:
                     United States

Authorship on Application:
                     Raging Stallion Studios, Inc., employer for hire; Domicile:
                     United States; Citizenship: United States. Authorship:
                     production/producer.

Alternative Title on Application:
                     FFC016

Rights and Permissions:
                     Christopher Ward Enterprises, LLC, 908 Steiner St., San
                     Francisco, CA, 94117, United States

Copyright Note:    C.O. correspondence.

Names:               Raging Stallion Studios, Inc.
                     Christopher Ward Enterprises, LLC
```

===============================================================================

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001782402 / 2011-12-22

Application Title: Back Alley.

Title:               Back Alley.

Description:         Videodisc (DVD)

Copyright Claimant:
                     Christopher Ward Enterprises, LLC, Transfer: By Assignment.

Date of Creation:  2011

Date of Publication:
                     2011-12-30

Nation of First Publication:
                     United States

Authorship on Application:
                     Raging Stallion Studios, Inc., employer for hire; Domicile:
                        United States; Citizenship: United States. Authorship:
                        production/producer.

Alternative Title on Application:
                     FFC017

Rights and Permissions:
                     Christopher Ward Enterprises, LLC, 908 Steiner St., San
                        Francisco, CA, 94117, United States

Copyright Note:      C.O. correspondence.

Names:               Raging Stallion Studios, Inc.
                     Christopher Ward Enterprises, LLC
```

==========================================================================

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**ACTING REGISTER OF COPYRIGHTS**
United States of America

**FORM PA**
...ED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**PA 688-110**

| PA | | PAU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Feb | 2 | 1994 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1 TITLE OF THIS WORK ▼**

"ACCIDENTAL LOVERS"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC # 01

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE

---

**2 NAME OF AUTHOR ▼**

Charles M. Holmes, dba Falcon Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼ 5-5-1945 Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3 YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 9 Day ▶ 30 Year ▶ 93
◄ Nation

---

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Charles M. Holmes, dba Falcon Studios
c/o Continetnal American Industries Inc.
444 De Haro Street, Suite 210
San Francisco CA 94107

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
FEB. 0 2 1994
**ONE DEPOSIT RECEIVED**
FEB. 0 2 1994 1/2" VT/D
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ___ pages

06301925 1

EXAMINED BY

CHECKED BY

**FORM PA**

| CORRESPONDENCE |
| Yes |

FOR
COPYRIGHT
OFFICE
USE
ONLY

*Added by CO authority telephone conversation with
Charles Holmes on April 12, 1994.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                              **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

    Charles M. Holmes, dba FALCON Studios
    c/o Continetnal American Industries
    444 De Haro Street, Suite 210
    San Francisco  CA  94107

Area Code & Telephone Number ▶          **415/431-7722**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of  **Charles M. Holmes**
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

    Charles M. Holmes                                    date ▶

**Handwritten signature (X)** ▼
*Charles M Holmes*

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

| Name ▼ |
| Charles M. Holmes  dba Falcon Studios |

| Number Street Apartment Number ▼ |
| c/o  C.A.I.  —  444 De Haro Street, Suite 210 |

| City State ZIP ▼ |
| San Francisco  CA  94107 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

**For a Work of the Performing Arts**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**PA 760-137**

EFFECTIVE DATE OF REGISTRATION

FEB 16 1996
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

"SAUNA PARADISO"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

IVP 02

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE

---

**2**

**a**

**NAME OF AUTHOR ▼**

Charles M. Holmes, dba Falcon Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼ 5/5/1945   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ United States
Domiciled in▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work

**NOTE**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀Year in all cases.
1994

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ March   Day▶ 26   Year▶ 1994
◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Charles M. Holmes, dba Falcon Studios
c/o Continental American Industries
444 De Haro Street, Suite 210 S.F. CA 94107

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB. 16 1996

ONE DEPOSIT RECEIVED
1/2" VTD

TWO DEPOSITS RECEIVED
FEB 16 1996

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

**DO NOT WRITE HERE**

FORM PA

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give  **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                          **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Charles M. Holmes, dba FALCON Studios
c/o Continental American Industries
444 De Haro Street, Suite 210
San Francisco   CA   94107

Be sure to
give your
daytime phone
◀ number

Area Code and Telephone Number ▶ 415/431-7722 x615

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of

Charles M. Holmes

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Charles M. Holmes                                date ▶ 1/31/96

Handwritten signature (X) ▼

*Charles M. Holmes*

**MAIL
CERTIFI-
CATE TO**

Name ▼

Charles M. Holmes, dba FALCON Studios

Number Street Apartment Number ▼

c/o CAI 444 De Haro St., Suite 210

City State ZIP ▼

San Francisco   CA   94107

**Certificate
will be
mailed in
window
envelope**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 760-141**


EFFECTIVE DATE OF REGISTRATION

FEB 16 1996

Month       Day       Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

"PLEASURE EXPRESS"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

IVP 03

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE

**2**

**a** NAME OF AUTHOR ▼

Charles M. Holmes, dba Falcon Studios

DATES OF BIRTH AND DEATH
Year Born ▼ 5/5/1945    Year Died ▼

Was this contribution to the work a "work made for hire"?
Yes
X No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    Yes X No
Pseudonymous?    Yes X No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

Entire Work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
Yes
No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    Yes    No
Pseudonymous?    Yes    No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
Yes
No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    Yes    No
Pseudonymous?    Yes    No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1994
◀ Year in all cases.
This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July    Day ▶ 25    Year ▶ 1994
Nation ◀

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Charles M. Holmes, dba Falcon Studios
c/o Continental American Industries
444 De Haro St., Suite 210 S.F., CA 94017

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

APPLICATION RECEIVED
FEB 16 1996
ONE DEPOSIT RECEIVED
FEB 16 1996
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

1/2" VT/O

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY · JBC/LC · **FORM PA**

CHECKED BY

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ **Yes** ☒ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form

**b.** ☐ This is the first application submitted by this author as copyright claimant

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**          **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Charles M. Holmes, dba FALCON Studios
c/o Continental American Industries
444 De Haro Street, Suite 210
San Francisco  CA  94107

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ▶ 415/431-7722 x615

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of

Charles M. Holmes

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Charles M. Holmes          date ▶ 1/31/96

Handwritten signature (X) ▼

Charles M. Holmes

**MAIL
CERTIFI-
CATE TO**

Name ▼

Charles M. Holmes, dba FALCON Studios

Number Street Apartment Number ▼

**Certificate
will be
mailed in
window
envelope**

c/o CAI 444 De Haro Street, Suite 210

City State ZIP ▼

San Francisco    CA    94107

**YOU MUST:**
• Complete all necessary spaces
• Sign your application on space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE.**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**PA 779-232**

EFFECTIVE DATE OF REGISTRATION

FEB 1 6 1996

Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

"PLOW BOYS"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

IVP 04

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE

---

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

Charles M. Holmes, dba Falcon Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼  5/5/1945   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994 ◀Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ November Day▶ 10 Year▶ 1994 ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Charles M. Holmes, dba Falcon Studios/c/o Continental American Industries 444 De Haro Street, Suite 210 San Francisco, CA 94107

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 16 1996
ONE DEPOSIT RECEIVED
FEB 16 1996
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

1/2" VT/D

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

FORM PA

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Charles M. Holmes, dba FALCON Studios
c/o Continental American Industries
444 De Haro Street Suite 210
San Francisco  CA   94107

Area Code and Telephone Number ▶ 415/431-7722 x615

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of Charles M. Holmes
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Charles M. Holmes                                    date ▶ 1/31/96

**Handwritten signature (X)** ▼

_Charles M. Holmes_

MAIL
CERTIFI-
CATE TO

**Name** ▼

Charles M. Holmes, dba FALCON Studios

Number/Street/Apartment Number ▼

Certificate
will be
mailed in
window
envelope

c/o CAI 444 De Haro Street, Suite 210

City/State/ZIP ▼

San Francisco   CA      94107

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500



# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

UNITED STATES COPYRIGHT OFFICE
OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 779-234**

EFFECTIVE DATE OF REGISTRATION

FEB 1 6 1996

Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

"BLUE DANUBE"

PREVIOUS OR ALTERNATIVE TITLES ▼

IVP 06

NATURE OF THIS WORK ▼ See instructions

VIDEO TAPE

---

**2** NAME OF AUTHOR ▼

**a** Charles M. Holmes, dba Falcon Studios

DATES OF BIRTH AND DEATH
Year Born ▼ 5/5/1945   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◄Year in all cases.
1995

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ May Day ▶ 26 Year ▶ 1995
ONLY if this work has been published.
◄ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Charles M. Holmes, dba Falcon Studios/c/o Continental American Industries
444 De Haro Street, Suite 210 S.F. CA 94107

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED
FEB 16 1996
ONE DEPOSIT RECEIVED
FEB 16 1996
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

1/2" VT/D

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

FORM PA

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Charles M. Holmes, dba Falcon Industries
c/o Continental American Industries
444 De Haro Street Suite 210
San Francisco  CA  94107
Area Code and Telephone Number ▶  415/431-7722 x615

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
                    Charles M. Holmes

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
                    Charles M. Holmes                                date ▶  1/31/96

Handwritten signature (X) ▶  *Charles M. Holmes*

MAIL
CERTIFI-
CATE TO

Name ▼
        Charles M. Holmes, dba FALCON Studios
Number/Street/Apartment Number ▼
        c/o CAI 444 De Haro Street, Suite 210
City/State/ZIP ▼
        San Francisco  CA  94107

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 779-233**

EFFECTIVE DATE OF REGISTRATION

FEB 1 6 1996

Month    Day    Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

"SIBERIAN HEAT"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

IVP 07

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE

---

**2**

**a** **NAME OF AUTHOR ▼**

Charles M. Holmes, dba Falcon Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
5/5/1945

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀Year in all cases.
1995

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ July    Day ▶ 13    Year ▶ 1995
◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Charles M. Holmes, dba Falcon Studios/c/o Continental American Industries 444 De Haro St. Suite 210 S.F. CA 94107

See instructions before completing this space.

**APPLICATION RECEIVED**
FEB 16 1996
**ONE DEPOSIT RECEIVED**
FEB 16 1996
**TWO DEPOSITS RECEIVED**

1/2" VT/D

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**

EXAMINED BY

CHECKED BY

**FORM PA**

CORRESPONDENCE
Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                    **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                    **Account Number** ▼

**7**

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Charles M. Holmes, dba Falcon Studios
c/o Continental American Industries
444 De Haro Street Suite 210
San Francisco   CA   94107

Area Code and Telephone Number ▶ 415/431-7722 x615

Be sure to
give your
daytime phone
◀ number

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of   Charles M. Holmes

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Charles M. Holmes                    date ▶ 1/31/96

Handwritten signature (X) ▼ _Charles M. Holmes_

**8**

---

**MAIL
CERTIFI-
CATE TO**

**Name** ▼

Charles M. Holmes, dba FALCON Studios

**Certificate
will be
mailed in
window
envelope**

Number/Street/Apartment Number ▼

c/o Continental American Industries

City/State/ZIP ▼

444 De Haro Street, Suite 210
San Francisco   CA   94107

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



**FORM PA**
a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**PA 1-023-108**

EFFECTIVE DATE OF REGISTRATION

July ⎯⎯ 2000
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE GANGBANGERS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC 08

**NATURE OF THIS WORK ▼ See Instructions**

VIDEO TAPE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

CONTINENTAL AMERICAN INDUSTRIES dba FALCON INTERNATIONAL

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☒ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
ENTIRE WORK

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◄ Year In all cases.
1995

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ OCTOBER Day ▶ 17 Year ▶ 1995
USA ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONTINENTAL AMERICAN INDUSTRIES dba FALCON INTERNATIONAL
444 DE HARO STREET - SUITE 210
SAN FRANCISCO, CA 94107

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of __ pages

FORM PA

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ **Yes** ☑ **No**  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼                 Year of Registration ▼

5

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a

6

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                 Account Number ▼

7

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

CHARLES M. HOLMES - PRESIDENT
CONTINENTAL AMERICAN INDUSTRIES
444 DE HARO STREET - SUITE 210
SAN FRANCISCO, CA  94107

Area code and daytime telephone number ▶  ( 415 )  431-7722                 Fax number ▶ ( 415  ) 431-3610

Email ▶ CHUCK@FALCONSTUDIOS.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (check only one) ▼

☐ author                      ☐ owner of exclusive right(s)

☐ other copyright claimant    ☒ authorized agent of   CONTINENTAL AMERICAN INDUSTRIES
                                                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

8

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHARLES M. HOLMES                                        Date ▶  4-14-DA

Handwritten signature (X) ▼

x _____

**MAIL**
**CERTIFI-**
**CATE TO**

Name ▼

CHARLES M. HOLMES C/O CONTINENTAL AMERICAN INDUSTRIES

Number Street Apt ▼

**Certificate**
**will be**
**mailed in**
**window**
**envelope**

444 DE HARO STREET - SUITE 210

City State ZIP ▼

SAN FRANCISCO, CA  94107

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE.**
1. Application form
2. Nonrefundable $20* filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6090

*Regis-
tration
filing
fees
and ef-
fective
through
June 30, 1999. For
the latest fee infor-
mation, write the
Copyright Office,
check the Copyright
Office Website at:
http://www.loc.gov/
copyright or call
(202) 707-3000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1998—250,000
WEB REV. July 1998

☆U.S. GOVERNMENT PRINTING OFFICE: 1998 432-081.53/011

# CERTIFICATE OF REGISTRATION

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL

PA 809-432

EFFECTIVE DATE OF REGISTRATION

JUN 14 1996
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

"NIGHTHAWKEN"

PREVIOUS OR ALTERNATIVE TITLES ▼

FIC 09

NATURE OF THIS WORK ▼ See Instructions

VIDEO TAPE

---

**2** NAME OF AUTHOR ▼

**a** CHARLES M. HOLMES, dba FALCON STUDIOS

DATES OF BIRTH AND DEATH
Year Born ▼ 5.5.1945    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ► UNITED STATES
Domiciled in► UNITED STATES

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NOTE**
Under the law, the "author" of

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
Domiciled in►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
Domiciled in►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

death blank.

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1996 ◄Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ► May Day ► 27 Year ► 1996
ONLY if this work has been published. U.S.A. ◄Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

CHARLES M. HOLMES, dba FALCON STUDIOS
c/o CONTINENTAL AMERICAN INDUSTRIES INC.
444 DE HARO STREET, SUITE 210
SAN FRANCISCO, CA. 94107

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 14 1996
ONE DEPOSIT RECEIVED
JUN 14 1996     1/2" VT/.
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of     pages

* Amended by C.O. Authority telephone conversation with Charles Holmes, on August 1, 1996.

EXAMINED BY

CHECKED BY
dbc/jv

FORM PA

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
CHARLES M. HOLMES, dba FALCON STUDIOS
C/O CONTINENTAL AMERICAN INDUSTRIES
444 DE HARO ST., SUITE 210
SAN FRANCISCO, CA. 94107
Area Code and Telephone Number ▶ 415 431·7722

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive rights
☐ authorized agent of  CHARLES M. HOLMES
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
CHARLES M. HOLMES          date▶ 5-10-96

Handwritten signature (X) ▼
Charles M Holmes

MAIL
CERTIFI-
CATE TO

Name ▼
CHARLES M. HOLMES dba FALCON
Number/Street/Apartment Number ▼
C/O C.A.I. 444 DEHARO ST. SUITE 210
City/State/ZIP ▼
SAN FRANCISCO CA 94107

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000    ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80 017

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 860 – 997**

EFFECTIVE DATE OF REGISTRATION

| 4 | 28 | 97 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Wide Open

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC 10

**NATURE OF THIS WORK ▼** See instructions

Video Tape

## 2

**a**

**NAME OF AUTHOR ▼**

Charles M. Holmes

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1945    Year Died ▼ —

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Entire Work

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
1996

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month▶ June   Day▶ 06   Year▶ 1996
United States   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Charles M. Holmes dba, Falcon Studios

Continental American Industries 444 De Haro St #210
San Francisco, Ca 94107

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 28 1997
**ONE DEPOSIT RECEIVED**
APR 28 1997
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

OCT. 28 1997

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

**FORM PA**

☒ **CORRESPONDENCE**
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Charles M. Holmes dba, Falcon Studios

C/O Continental American Industries

444 De Haro St. Suite 210

San Francisco,   CA.   94107

Area Code and Telephone Number ▶   415 431-7722

Be sure to
give your
daytime phone
◀ number

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of ___Charles M. Holmes___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Charles M. Holmes                                                                date ▶

Handwritten signature (X) ▼

**9**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Charles M. Holmes dba, Falcon Studios

**Certificate
will be
mailed in
window
envelope**

Number/Street/Apartment Number ▼
c/o C.A.I. 444 De Haro Street, Suite 210

City/State/ZIP ▼
San Francisco,   CA   94017

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

February 1993—100,000                                                        ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,593



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG

**PA 1-070-703**

*PA0001070703*

EFFECTIVE DATE OF REGISTRATION

$10 - 5 - 01$

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

WINNING STREAK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC 14

**NATURE OF THIS WORK ▼** See Instructions

VIDEO TAPE (ADULT)

---

**2**

**a**

**NAME OF AUTHOR ▼**

CONWEST RESOURCES INC. dba FALCON INTERNATIONAL

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ┌ Citizen of ▶ _____
     └ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ┌ Citizen of ▶ _____
     └ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ┌ Citizen of ▶ _____
     └ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

*Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.*

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
1999

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ MAY   Day ▶ 19   Year ▶ 2000
USA   ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES INC. dba FALCON INTERNATIONAL
444 DE HARO STREET _ SUITE 210
SAN FRANCISCO, CA 94107

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 05 2001
ONE DEPOSIT RECEIVED
OCT 05 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2

| EXAMINED BY | | FORM PA |
| --- | --- | --- |

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼          Account Number ▼

**7**

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

JOHN RUTHERFORD - PRESIDENT
CONTINENTAL AMERICAN INDUSTRIES INC.
444 DE HARO STREET - SUITE 210
SAN FRANCISCO, CA 94107

Area code and daytime telephone number ► (415 ) 431-7722          Fax number ► ( 415 ) 431-3610
Email ► JOHN@FALCONSTUDIOS.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  CONWEST RESOURCES INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOHN B. RUTHERFORD          Date ► 9-28-01

Handwritten signature (X) ▼

x _____

| Mail certificate to: | Name ▼ | YOU MUST: |
| --- | --- | --- |
| | JOHN B. RUTHERFORD C/O CONWEST RESOURCES INC. | • Complete all necessary spaces<br>• Sign your application in space 8 |
| Certificate will be mailed in window envelope | Number/Street/Apt ▼<br>444 DE HARO STREET - SUITE 210 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable $20* filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/ZIP ▼<br>SAN FRANCISCO, CA  94107 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**9**

*Registration fees are effective through June 30, 1999. For the latest fee information, write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/60,012

FORM PA



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNIT

REGI:     **PA 1-070-705**

PA

**EFFECTIVE DATE OF REGISTRATION**

10 - 5 - 01
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

BASIC TRAINING

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC 15

**NATURE OF THIS WORK ▼** See Instructions

VIDEO TAPE (ADULT)

## 2

**a**

**NAME OF AUTHOR ▼**

CONWEST RESOURCES INC. dba FALCON INTERNATIONAL

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶     USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?     ☒ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ OCTOBER  Day ▶ 2  Year ▶ 2000
USA     ◀ Nat

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES INC. dba FALCON INTERNATIONAL
444 DE HARO STREET     SUITE 210
SAN FRANCISCO, CA 94107

See Instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 05 2001
ONE DEPOSIT RECEIVED
OCT 05 2001
TWO DEPOSITS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

FUNDS RECEIVED

1/2"VT/

---

| EXAMINED BY | | FOR |
| --- | --- | --- |
| CHECKED BY | | |

| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- | --- |
| | Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JOHN RUTHERFORD – PRESIDENT
CONTINENTAL AMERICAN INDUSTRIES INC. , A DIVISION OF CONWEST RESOURCES INC.
444 DE HARO STREET – SUITE 210
SAN FRANCISCO, CA 94107

**b**

Area code and daytime telephone number ▶ ( 415  ) 431-7722        Fax number ▶ ( 415  ) 431-3610
Email ▶  JOHN@FALCONSTUDIOS.COM

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   CONWEST RESOURCES INC.
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOHN B. RUTHERFORD        Date ▶  9-20-01

Handwritten signature (X) ▼

x

| Mail certificate to: | Name ▼  JOHN B. RUTHERFORD C/O CONWEST RESOURCES INC. |
| --- | --- |
| Certificate will be mailed in window envelope | Number/Street/Apt ▼  444 DE HARO STREET – SUITE 210 |
| | City/State/ZIP ▼  SAN FRANCISCO, CA  94107 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20\* filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*Registration filing fees are effective through June 30, 1999. For the latest fee information, write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.        ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/80,012

# FORM PA
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT...



REG    **PA 1-070-702**

*P00001979702*

PAU

**EFFECTIVE DATE OF REGISTRATION**

10 - 5 - 01

Month    Day    Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

HUNGARY MEN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC 16

**NATURE OF THIS WORK ▼ See Instructions**

VIDEO TAPE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

CONWEST RESOURCES INC. dba FALCON INTERNATIONAL

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀Year In all cases.
2000

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ DECEMBER Day ▶ 6 Year ▶ 2000
ONLY if this work has been published.
USA ◀ Natio

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES INC. dba FALCON INTERNATIONAL
444 DE HARO STREET _ SUITE 210
SAN FRANCISCO, CA 94107

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
OCT 05 2001
**ONE DEPOSIT RECEIVED** 1/2" VT
OCT 05 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HER**

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼ _____ Account Number ▼

**7**

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JOHN RUTHERFORD – PRESIDENT

CONTINENTAL AMERICAN INDUSTRIES INC. A DIVISION OF CONWEST RESOURCES

444 DE HARO STREET – SUITE 210

SAN FRANCISCO, CA 94107

Area code and daytime telephone number ▶ (415) 431-7722   Fax number ▶ (415) 431-3610

Email ▶ JOHN@FALCONSTUDIOS.COM

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  CONWEST RESOURCES INC.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOHN B. RUTHERFORD   Date ▶ 7-28-01

Handwritten signature (X) ▼

x _____

**8**

| | | |
|---|---|---|
| Mail certificate to: | Name ▼ JOHN B. RUTHERFORD C/O CONWEST RESOURCES INC. | **YOU MUST:** • Complete all necessary spaces • Sign your application in space 8 |
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 444 DE HARO STREET – SUITE 210 | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable $20\* filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ SAN FRANCISCO, CA 94107 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

\*Registration filing fees are effective through June 30, 1999. For the latest fee information, write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**PA 1-098-286**

EFFECTIVE DATE OF REGISTRATION

AUG 14, 20[...]

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

RED·HOT·

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC 18

**NATURE OF THIS WORK ▼ See Instructions**

VIDEO TAPE (ADULT)

---

**2**

**a** NAME OF AUTHOR ▼     FALCON INTERNATIONAL
CONWEST RESOURCES INC. dba  COLLECTION

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ } USA

WAS THIS AUTHOR'S CONTRIBUTION T THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to of these questio "Yes," see deta Instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

Jer the law, "author" of work made hire" is erally the ployer, not employee Instruc- w). For any t of this k that was ide for hire" ick "Yes" in space vided, give employer other son for om the work t prepared) "Author" of t part, and ve the tce for dates birth and ath blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION T THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given 2000 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ MARCH    Day ▶ 19    Year ▶ 2001
USA

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼    FALCON INTERNATIONAL COLLECTION
CONWEST RESOURCES INC. dba
1177 HARRISON STREET
SAN FRANCISCO, CA 94103

e instructions fore completing space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8    DO NOT WRI

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** US REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

is the first published edition of a work previously registered in unpublished form.

is the first application submitted by this author as copyright claimant.

is a changed version of the work, as shown by space 6 on this application.

wer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** TIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a** ng Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

**b** Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** IT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Account Number ▼

**b** ESPONDENCE Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

JOHN RUTHERFORD — PRESIDENT
CONTINENTAL AMERICAN INDUSTRIES INC.
444 DE HARO STREET — SUITE 210
SAN FRANCISCO, CA 94107

a and daytime telephone number ▶ (415 ) 431-7722          Fax number ▶ ( 415 ) 431-3610

JOHN@FALCONSTUDIOS.COM

**8** FICATION* I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
Check only one ☐ owner of exclusive right(s)
☒ authorized agent of __CONWEST RESOURCES INC.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOHN B. RUTHERFORD                              Date ▶  1-9-02

Handwritten signature (X) ▼

x

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20* filing fee in check or
money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

ficate
icate
ne
d in
ow
lope

Name ▼
JOHN B. RUTHERFORD C/O CONWEST RESOURCES INC.

Number/Street/Apt ▼
1177 HARRISON STREET

City/State/ZIP ▼
SAN FRANCISCO, CA  94103-4508

.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in ation with the application, shall be fined not more than $2,500.        ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/80,0



**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



OFFICIAL SEAL

**PA 1-098-278**

EFFECTIVE DATE OF REGISTRATION

Aug 14 2002
Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

NAVAL .FORCE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC 19

**NATURE OF THIS WORK ▼** See Instructions

VIDEO TAPE (ADULT)

---

**2**

**a** **NAME OF AUTHOR ▼**
CONWEST RESOURCES INC. dba    FALCON INTERNATIONAL COLLECTION

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
   ⎱ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
   ⎱ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
   ⎱ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year In all cases.
2000

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ APRIL    Day ▶ 18    Year ▶ 2001
USA

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FALCON INTERNATIONAL COLLECTION
CONWEST RESOURCES INC. dba
1177 HARRISON STREET
SAN FRANCISCO, CA 94103

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT

FORM PA

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
o If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ the first published edition of a work previously registered in unpublished form.
b. ☐ the first application submitted by this author as copyright claimant.
c. ☐ a changed version of the work, as shown by space 6 on this application.
If ☐ rer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** TIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** T ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Account Number ▼

b. SPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
JOHN RUTHERFORD ~ PRESIDENT
CONTINENTAL AMERICAN INDUSTRIES INC.
444 DE HARO STREET ~ SUITE 210
SAN FRANCISCO, CA 94107
and daytime telephone number ▶ (415 ) 431-7722          Fax number ▶ ( 415 ) 431-3610
JOHN@FALCONSTUDIOS.COM

**8** FICATION* I, the undersigned, hereby certify that I am the
Check only one ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  CONWEST RESOURCES INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JOHN B. RUTHERFORD          Date ▶ 1-9-02

Handwritten signature (X) ▼
x

| | YOU MUST: | |
| --- | --- | --- |
ificate
Name ▼
JOHN B. RUTHERFORD C/O CONWEST RESOURCES INC.

tificate
be
led in
dow
elope

Number/Street/Apt ▼
1177 HARRISON STREET
City/State/ZIP ▼
SAN FRANCISCO, CA 94103-4508

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20* filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*Registration fee is effective through June 30, 1999. After that check the Copyright Office Website http://www.loc.copyright, or call (202) 707-3000

*U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in section with the application, shall be fined not more than $2,500.          ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/80

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-098-285**

EFFECTIVE DATE OF REGISTRATION

Aug 14, 200

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

HUNG BUNCH

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC 20

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE (ADULT)

**2**

**a** **NAME OF AUTHOR ▼**
CONWEST RESOURCES INC. dba   FALCON INTERNATIONAL
                              COLLECTION

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ USA }

**WAS THIS AUTHOR'S CONTRIBUTION T THE WORK**
Anonymous?          ☐ Yes  ☒ No
Pseudonymous?       ☒ Yes  ☐ No
If the answer to either of these questio "Yes," see detai instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION T THE WORK**
Anonymous?          ☐ Yes  ☐ No
Pseudonymous?       ☐ Yes  ☐ No
If the answer to either of these questio "Yes," see detai instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION T THE WORK**
Anonymous?          ☐ Yes  ☐ No
Pseudonymous?       ☐ Yes  ☐ No
If the answer to either of these questio "Yes," see detai instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JULY   Day ▶ 10   Year ▶ 2001
USA

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
CONWEST RESOURCES INC. dba   FALCON INTERNATIONAL
                              COLLECTION
1177 HARRISON STREET
SAN FRANCISCO, CA 94103

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**

**DO NOT WRITE HERE**
**OFFICE USE ONLY**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRI

CHECKED BY

□   CORRESPONDENCE
     Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** IS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
□ the first published edition of a work previously registered in unpublished form.
□ the first application submitted by this author as copyright claimant.
□ a changed version of the work, as shown by space 6 on this application.
wer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**6** TIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

**b** Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Account Number ▼

**b** SPONDENCE  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
JOHN RUTHERFORD — PRESIDENT
CONTINENTAL AMERICAN INDUSTRIES INC.
444 DE HARO STREET — SUITE 210
SAN FRANCISCO, CA 94107
and daytime telephone number ▶ (415 ) 431-7722          Fax number ▶ ( 415 ) 431-3610
JOHN@FALCONSTUDIOS.COM

**8** ICATION*  I, the undersigned, hereby certify that I am the
Check only one
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of   CONWEST RESOURCES INC.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JOHN B. RUTHERFORD                                          Date ▶  1-9-02

Handwritten signature (X) ▼

⊃   x

**9** Name ▼
JOHN B. RUTHERFORD C/O CONWEST RESOURCES INC.
Number/Street/Apt ▼
1177 HARRISON STREET
City/State/ZIP ▼
SAN FRANCISCO, CA    94103-4508

ate
iate
in
v
pe

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20* filing fee in check or
   money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*Regis-
tration
filing
fees
are ef-
fective
through
June 30, 1999. For
the latest fee infor-
mation, write the
Copyright Office,
check the Copyright
Office Website at
http://www.loc.gov/
copyright, or call
(202) 707-3000.

C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in n with the application, shall be fined not more than $2,500.      ♻ PRINTED ON RECYCLED PAPER                ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/80,012

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGIST

PA 1-103-066

EFFECTIVE DATE OF REGISTRATION

AUG 2 0 2002

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

WILD RIDE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC 22

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE (ADULT)

## 2

**a**

**NAME OF AUTHOR ▼**     FALCON INTERNATIONAL
CONWEST RESOURCES dba     COLLECTION

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?     ☒ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
2001

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ APRIL Day▶ 5 Year▶ 2002
UNITED STATES ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FALCON INTERNATIONAL
CONWEST RESOURCES dba     COLLECTION
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
AUG 20 2002
ONE DEPOSIT RECEIVED
AUG 20 2002 ½"VT/D
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |

| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JOHN RUTHERFORD ~ PRESIDENT
CONWEST RESOURCES INC.
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508
Area code and daytime telephone number ▶ ( 415 ) 431-7722          Fax number ▶ ( 415 ) 431-3610
Email ▶ john@conwestresources.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   CONWEST RESOURCES INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOHN B. RUTHERFORD          Date ▶   1-15-02

Handwritten signature (X) ▼
X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>JOHN B. RUTHERFORD   C/O CONWEST RESOURCES INC. |
|---|---|
| | Number/Street/Apt ▼<br>1177 HARRISON STREET |
| | City/State/ZIP ▼<br>SAN FRANCISCO, CA   94103-4508 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000        ⓟ PRINTED ON RECYCLED PAPER          ✰U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68
WEB REV: June 1999

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
For a Work of the Performing Arts



PA 1-191-566

EFFECTIVE DATE OF REGISTRATION

July 14 2003
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

HUNGARIAN GRAFFITI

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC 25

**NATURE OF THIS WORK ▼ See instructions**

(ADULT) VIDEO TAPE

## 2

**a** **NAME OF AUTHOR ▼**

CONWEST RESOURCES INC dba FALCON INTERNATIONAL

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2002
Year   in all cases.
This information must be given

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month MARCH   Day 26   Year 2003
USA   Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES INC dba FALCON INTERNATIONAL
1177 HARRISON STREET
SAN FRANCISOCO, CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 14 2003
**ONE DEPOSIT RECEIVED**
JUL 14 2003
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is  Yes,  why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A, B  or C.

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account Name ▼            Account Number ▼

**a**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

TERRY MAHAFFEY  PRESIDENT
1177 HARRISON STREET
SAN FRANCISCO  CA 94103-4508

Area code and daytime telephone number      ( 415  ) 431 7722            Fax number    ( 415   ) 431-3610

Email

**b**

**7**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  CONWEST RESOURCES INC

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

TERRY MAHAFFEY                                             Date    7- 8-03

Handwritten signature (X) ▼

x

| Certificate will be mailed in window envelope to this address | Name ▼  TERRY MAHAFFEY c/o CONWEST RESOURCES INC |
| --- | --- |
| | Number/Street/Apt ▼  1177 HARRISON STREET |
| | City/State/ZIP ▼  SAN FRANCISCO  CA  94103-4508 |

Complete all necessary spaces
Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money order payable to Register of Copyrights
3  Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Registration Number:**

## PA 1-611-410

**Effective date of registration:**

January 9, 2008

## Title

| | |
|---|---|
| **Title of Work:** | Knockout |
| **Previous or Alternative Title:** | FIC026 |
| **Nature of Work:** | Video Feature (Adult) |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2006 | | |
| **Date of 1st Publication:** | May 21, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | ConWest Resources, Inc., dba Falcon International |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** No | **Pseudonymous:** Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | ConWest Resources, Inc., dba Falcon International |
| | 1177 Harrison Street, San Francisco, CA 91103-4508 |

## Limitation of copyright claim

**Previously registered:** No

## Certification

| | |
|---|---|
| **Name:** | Stephen Modde |
| **Date:** | December 20, 2007 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu3–137–199**

**EFFECTIVE DATE OF REGISTRATION**

APR 13, 2007

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

European Holiday, Part 1

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC027

**NATURE OF THIS WORK ▼ See instructions**

Video Feature (Adult)

## 2

**a**  **NAME OF AUTHOR ▼**

ConWest Resources Inc. dba Falcon International Collection

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Video Feature

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given.
2006  Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources Inc dba Falcon International Collection
1177 Harrison Street, San Francisco CA 94103-4508

**APPLICATION RECEIVED**
APR 13 2007
**ONE DEPOSIT RECEIVED**
APR 13 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

**DO NOT WRITE HERE**

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**          **Account Number ▼**

Conwest Resource Inc.          DA93002

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Stephen Modde, c/o ConWest Resources Inc.
1177 Harrison Street
San Francisco CA 94103–4508

**b**

Area code and daytime telephone number ( 415 ) 321-6601          Fax number ( 415 ) 431-1553
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  ConWest Resources Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Stephen Modde, VP|General Counsel          Date · April 9, 2007

Handwritten signature (X) ▼

x  *Stephen Modde*          *april 9 2007*

| Certificate will be mailed in window envelope to this address: | Name ▼ | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/Zip ▼ | MAIL TO Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registratic



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG

**PAu3 – 137 – 200**

EFFECTIVE DATE OF REGISTRATION

April 13, 2007

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

European Holiday, Part 2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FIC028

**NATURE OF THIS WORK ▼** See Instructions

Video Feature (Adult)

## 2

**a** **NAME OF AUTHOR ▼**

ConWest Resources Inc. dba Falcon International Collection

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **USA**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Video Feature

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006   Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources Inc dba Falcon International Collection
1177 Harrison Street, San Francisco CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 13 2007
ONE DEPOSIT RECEIVED
APR 13 2007 UNPID
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY DBC   FORM PA

CHECKED BY

CORRESPONDENCE
□ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. □ This is the first published edition of a work previously registered in unpublished form.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼

Conwest Resource Inc.                                        DA93002

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Stephen Modde, c/o ConWest Resources Inc.
1177 Harrison Street
San Francisco CA 94103-4508

**b**

Area code and daytime telephone number  ( 415 ) 321-6601          Fax number ( 415 ) 431-1553
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                    □ author
Check only one ▶                                    □ other copyright claimant
                                                    □ owner of exclusive right(s)
                                                    ☑ authorized agent of  ConWest Resources Inc.
                                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Stephen Modde, VP|General Counsel                                        Date  April 9, 2007

Handwritten signature (X) ▼

☞ x _Stephen Modde_                                        April 9 2007

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/Zip ▼

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-698-810

**Effective date of registration:**

September 1, 2010

---

## Title

**Title of Work:** Uprising

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 13, 2007     **Nation of 1st Publication:** United States

## Author

■     **Author:** Conwest Resource, Inc., dba Falcon International

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resource, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen Paul Modde

**Email:** stephen@falconstudios.com     **Telephone:** 415-321-6601

**Address:** 1177 Harrison St.

San Francisco, CA 94103-4508 United States

## Certification

**Name:** Stephen P Modde

**Date:** August 24, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Registration Number:**

**PA 1-609-613**

**Effective date of
registration:**

December 26, 2007

## Title

**Title of Work:** Hungarian Hunks

**Previous or Alternative Title:** FIC030

**Nature of Work:** Video Feature (Adult)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 8, 2007        **Nation of 1st Publication:** United States

## Author

■        **Author:** ConWest Resources, Inc., dba Falcon International

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No                **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** ConWest Resources, Inc., dba Falcon International

1177 Harrison Street, San Francisco, CA 94103-4508

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Stephen Modde

**Date:** December 20, 2007

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Registration Number:**

## PA 1-609-653

**Effective date of registration:**

December 26, 2007

## Title

**Title of Work:** Hungarian Hook-up

**Previous or Alternative Title:** FIC031

**Nature of Work:** Video Feature (Adult)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 5, 2007      **Nation of 1st Publication:** United States

## Author

■       **Author:** ConWest Resources, Inc., dba Falcon International

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** ConWest Resources, Inc., dba Falcon International

1177 Harrison Street, San Francisco, CA 94103-4508

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Stephen Modde

**Date:** December 20, 2007

# Certificate of Registrat..n



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Registration Number:**

**PA 1-611-407**

**Effective date of
registration:**

January 9, 2008

## Title

|  |  |  |  |
|---|---|---|---|
| **Title of Work:** | Czech Tales, Part I | | |
| **Previous or Alternative Title:** | FIC032 | | |
| **Nature of Work:** | Video Feature (Adult) | | |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | December 3, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | ConWest Resources, Inc., dba Falcon International | | |
| **Work made for hire:** | Yes | | |
| **Domiciled in:** | United States | | |
| **Anonymous:** | No | **Pseudonymous:** | Yes |

## Copyright claimant

**Copyright Claimant:** ConWest Resources, Inc., dba Falcon International
1177 Harrison Street, San Francisco, CA 94103-4508

## Limitation of copyright claim

**Previously registered:** No

## Certification

| | |
|---|---|
| **Name:** | Stephen Modde |
| **Date:** | December 20, 2007 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-620-018

**Effective date of
registration:**

February 19, 2008

## Title

| | |
|---|---|
| **Title of Work:** | Euro Sex Party |
| **Previous or Alternative Title:** | FIC033 |
| **Nature of Work:** | Video Feature (Adult) |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | January 2, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | ConWest Resources Inc. dba Falcon International | | |
| **Author Created:** | Entire Video Feature | | |
| **Work made for hire:** | Yes | | |
| **Domiciled in:** | United States | | |
| **Anonymous:** | No | **Pseudonymous:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | ConWest Resources Inc. dba Falcon International |
| | 1177 Harrison Street, San Francisco, CA 94103-4508 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Stephen Modde |
| **Date:** | February 11, 2008 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-698-814

**Effective date of registration:**

September 1, 2010

## Title

**Title of Work:** Summer Memories

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** June 2, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-321-6601

**Address:** 1177 Harrison St.

San Francisco, CA 94103-4508 United States

## Certification

**Name:** Stephen P Modde

**Date:** August 24, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-620-020**

**Effective date of
registration:**

February 19, 2008

## Title

**Title of Work:** Czech Tales Part 2

**Previous or Alternative Title:** FIC035

**Nature of Work:** Video Feature (Adult)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 3, 2007     **Nation of 1st Publication:** United States

## Author

■    **Author:** ConWest Resources Inc. dba Falcon International

**Author Created:** Entire Video Feature

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No            **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** ConWest Resources Inc. dba Falcon International

1177 Harrison Street,, San Francisco, CA 94103-4508

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Stephen Modde

**Date:** February 11, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-698-806

**Effective date of registration:**

September 1, 2010

## Title

**Title of Work:** Indecent Proposals

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** July 14, 2008    **Nation of 1st Publication:** United States

## Author

■    **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P Modde

**Email:** stephen@falconstudios.com    **Telephone:** 415-321-6601

**Address:** 1177 Harrison St.

San Francisco, CA 94103-4508 United States

## Certification

**Name:** Stephen P Modde

**Date:** August 24, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-704

**Effective date of
registration:**

August 31, 2010

## Title

**Title of Work:** Cyber Games

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** September 8, 2008      **Nation of 1st Publication:** United States

## Author

■      **Author:** Conwest Resources, Inc., dba  Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba  Falcon Studios

1177 Harrison Street, San Francisco, CA 94103-4508 United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-321-6601

**Address:** 1177 Harrison St.

San Francisco, CA 94103-4508  United States

## Certification

**Name:** Stephen P Modde

**Date:** August 25, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-725-734**

**Effective date of registration:**

August 31, 2010

## Title

**Title of Work:** Stuck in the Snow

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 1, 2010     **Nation of 1st Publication:** United States

## Author

■   **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison St., San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Email:** stephen@falconstudios.com     **Telephone:** 415-321-6601

**Address:** 1177 Harrison St.

San Francisco, CA 94103-4508 United States

## Certification

**Name:** Stephen P Modde

**Date:** August 25, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-722

**Effective date of
registration:**

August 31, 2010

---

## Title

**Title of Work:** Battle Fuckers

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 9, 2010    **Nation of 1st Publication:** United States

## Author

■   **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA 94103-4508 United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Email:** stephen@falconstudios.com    **Telephone:** 415-321-6601

**Address:** 1177 Harrison St.

San Francisco, CA 94103-4508  United States

## Certification

**Name:** Stephen P Modde

**Date:** August 25, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-772-998**

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Secrets of Scouts

**Previous or Alternative Title:** FIC040

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 10, 2011          **Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Ward Enterprises, LLC

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** September 27, 2011

```
Type of Work:         Motion Picture

Registration Number / Date:
                      PA0001782383 / 2011-12-22

Application Title: Fire Fighters.

Title:                Fire Fighters.

Description:          Videodisc (DVD)

Copyright Claimant:
                      Christopher Ward Enterprises, LLC.

Date of Creation:  2011

Date of Publication:
                      2011-11-14

Nation of First Publication:
                      United States

Authorship on Application:
                      Christopher Ward Enterprises, LLC, employer for hire;
                         Domicile: United States; Citizenship: United States.
                         Authorship: entire motion picture.

Alternative Title on Application:
                      FIC045

Rights and Permissions:
                      Christopher Ward Enterprises, LLC, 1155 Mission Street, San
                         Francisco, CA, 94103, United States

Names:                Christopher Ward Enterprises, LLC
```
============================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-780-633**

**Effective date of
registration:**

March 13, 2012

## Title

**Title of Work:** City Dreams

**Previous or Alternative Title:** FIC046

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 16, 2012       **Nation of 1st Publication:** United States

## Author

■  **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** March 2, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-797-180**

**Effective date of registration:**

May 14, 2012

## Title

**Title of Work:** Body To Body

**Previous or Alternative Title:** F1C047

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 16, 2012    **Nation of 1st Publication:** United States

## Author

■ **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** May 3, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## PA 1-705-425

**Effective date of registration:**

September 22, 2010

## Title

**Title of Work:** Falcon Str8Men DVD5

**Previous or Alternative Title:** FSD005

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 6, 2009

**Nation of 1st Publication:** United States

## Author

■ **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com                    **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-706-374

**Effective date of
registration:**

September 21, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Falcon Str8Men DVD8 |
| **Previous or Alternative Title:** | FSD008 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | May 5, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Conwest Resources, Inc., dba Falcon Studios |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Conwest Resources, Inc., dba Falcon Studios |
| | 1177 Harrison Street, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Conwest Resources, Inc. | | |
| **Name:** | Stephen P. Modde | | |
| **Email:** | stephen@falconstudios.com | **Telephone:** | 415-596-1119 |
| **Address:** | 1177 Harrison Street | | |
| | San Francisco, CA 94103  United States | | |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-706-379

**Effective date of
registration:**

September 21, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Falcon Str8Men DVD12 |
| **Previous or Alternative Title:** | FSD012 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | November 3, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■      **Author:** | Conwest Resources, Inc., dba  Falcon Studios |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Conwest Resources, Inc., dba  Falcon Studios |
| | 1177 Harrison Street, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Conwest Resources, Inc. | | |
| **Name:** | Stephen P. Modde | | |
| **Email:** | stephen@falconstudios.com | **Telephone:** | 415-596-1119 |
| **Address:** | 1177 Harrison Street | | |
| | San Francisco, CA 94103  United States | | |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-705-427

**Effective date of registration:**

September 22, 2010

## Title

**Title of Work:** Falcon Str8Men DVD14

**Previous or Alternative Title:** FSD014

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** February 2, 2010   **Nation of 1st Publication:** United States

## Author

**Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com     **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103  United States

## Certification