# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-359-123**

EFFECTIVE DATE OF REGISTRATION

**MAR 06 2006**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
Beefcake

**NATURE OF THIS WORK ▼ See Instructions**
Photographs on CD

**Previous or Alternative Titles ▼**
FVP164

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**a**  **NAME OF AUTHOR ▼**
ConWest Resources Inc. dba Falcon Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of _____
Domiciled in  USA

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☑ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture          ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork            ☑ Photograph         ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design     ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture          ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork            ☐ Photograph         ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design     ☐ Architectural work

## 3

**a**  Year in Which Creation of This Work Was Completed
2005
This information must be given
Year in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information
ONLY if this work has been published.
Month  January   Day  23   Year  2006
USA                                          Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ConWest Resources Inc. dba Falcon Studios
1177 Harrison Street, San Francisco CA 94103

**APPLICATION RECEIVED**
MAR 0 6 2006
**ONE DEPOSIT RECEIVED**
MAR 0 6 2006
**TWO DEPOSITS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY *RB* | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

CONWEST RESOURCE INC.          DA93002

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Stephen Modde, VP|General Counsel
ConWest Resources, Inc., 1177 Harrison Street, San Francisco CA 94103

Area code and daytime telephone number  ( 415 ) 321-6601          Fax number  ( 415 ) 431-3610

Email

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  ConWest Resources Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Stephen Modde          Date **3/2/06**

Handwritten signature (X) ▼

X *Stephen Modde*

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼<br>Stephen Modde c/o ConWest Resources Inc. |
|---|---|
| | **Number/Street/Apt** ▼<br>1177 Harrison Street |
| | **City/State/ZIP** ▼<br>San Francisco CA 94103 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-725-740**

**Effective date of registration:**

August 31, 2010

## Title

**Title of Work:** Spokes III

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** February 15, 2006    **Nation of 1st Publication:** United States

## Author

■ **Author:** Conwest Resources, Inc., dba  Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba  Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P Modde

**Email:** stephen@falconstudios.com     **Telephone:** 415-321-6601

**Address:** 1177 Harrison St.

San Francisco, CA 94103-4508 United States

## Certification

**Name:** Stephen P Modde

**Date:** August 26, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1–303–535**

EFFECTIVE DATE OF REGISTRATION

APR 10 2006

Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Big Dick Club

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FVP166

**NATURE OF THIS WORK ▼ See instructions**

video feature (adult)

---

## 2

**a**   **NAME OF AUTHOR ▼**

ConWest Resources Inc. dba Falcon Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in  USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire video feature

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.

2005

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month  March   Day  20   Year  2006
USA
Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources Inc. dba Falcon Studios
1177 Harrison Street
San Francisco CA 94103

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
APR 10 2006
ONE DEPOSIT RECEIVED
APR 10 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ____ pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |

| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
| --- | --- |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

CONWEST RESOURCE INC.                          DA93002

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Stephen Modde, VP|General Counsel

ConWest Resources Inc.

1177 Harrison Street, San Francisco CA 94103

Area code and daytime telephone number   ( 415 ) 321-6601          Fax number   ( 415 )431-3610

Email stephen@conwestresources.

**b**

**7**

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of ConWest Resources Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Stephen Modde                                        Date April 5, 2006

Handwritten signature (X) ▼

☞   x   _Stephen Modde_

---

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Stephen Modde, c/o ConWest Resources Inc.<br>Number/Street/Apt ▼<br>1177 Harrison Street<br>City/State/ZIP ▼<br>San Francisco CA 94103 | • Complete all necessary spaces<br>• Sign your application in space 8<br><br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to *Register of Copyrights*<br>3. Deposit material<br><br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |
| --- | --- | --- |

**9**

\*17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES ~~~ ~ ~

**VA 1—345—822**

~~~~VE DATE OF REGISTRATION

**APR 1 9 2006**

Month　　Day　　Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

Big Dick Club

**NATURE OF THIS WORK ▼** See instructions

Photographs on CD

**Previous or Alternative Titles ▼**

FVP166

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  **Volume ▼**　**Number ▼**　**Issue Date ▼**　**On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

ConWest Resources Inc  dba Falcon Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼　　Year Died ▼

**NOTE**

Under the law, the "author" of a  work made for hire  is generally the employer  not the employee (see instructions)  For any part of this work that was made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part  and leave the space for dates of birth and death blank

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in  **USA**

**Was This Author's Contribution to the Work**
Anonymous?　☐ Yes　☑ No
Pseudonymous?　☑ Yes　☐ No

If the answer to either of these questions is "Yes"  see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture　☐ Map　☐ Technical drawing
☐ 2-Dimensional artwork　☑ Photograph　☐ Text
☐ Reproduction of work of art　☐ Jewelry design　☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼　　Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?　☐ Yes　☐ No
Pseudonymous?　☐ Yes　☐ No

If the answer to either of these questions is "Yes"  see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture　☐ Map　☐ Technical drawing
☐ 2-Dimensional artwork　☐ Photograph　☐ Text
☐ Reproduction of work of art　☐ Jewelry design　☐ Architectural work

## 3

**Year in Which Creation of This Work Was Completed**
2006
This information must be given
Year in all cases

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published
Month  **March**　Day  **20**　Year  **2006**
**USA**
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

ConWest Resources Inc  dba Falcon Studios
1177 Harrison Street, San Francisco CA 94103

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APR 1 9 2006 RECEIVED
ONE DEPOSIT RECEIVED
APR 1 9 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions　• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                                         Account Number ▼

CONWEST RESOURCE INC                                          DA93002

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Stephen Modde, VP|General Counsel
ConWest Resources Inc ,
1177 Harrison Street  San Francisco CA 94103

Area code and daytime telephone number     ( 415 ) 321-6601                    Fax number     ( 415 ) 431-3610

Email    stephen@conwestresources com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  ConWest Resources Inc
                        Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not  sign and submit it before that date

Stephen Modde                                                            Date  4·17·06

Handwritten signature (X) ▼

X    _Stephen Modde_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Stephen Modde c/o ConWest Resources Inc

Number/Street/Apt ▼
1177 Harrison Street

City/State/ZIP ▼
San Francisco CA 94103

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559 6000

9

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev August 2003—30 000  Web Rev June 2002  ⊕ Printed on recycled paper                          U S Government Printing Office 2003-496 605/60 029

Certificate of Registratic



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-344-068**

EFFECTIVE DATE OF REGISTRATION

Sep 26, 2006
Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1
**TITLE OF THIS WORK ▼**

From Top To Bottom

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FVP169

**NATURE OF THIS WORK ▼ See Instructions**

Video Feature (Adult)

# 2
**a**
**NAME OF AUTHOR ▼**
ConWest Resources Inc. dba Falcon Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Video Feature

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

# 3
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2006

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month July Day 24 Year 2006
ONLY if this work has been published.
USA                                    Nation

# 4
See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources Inc. dba Falcon Studios
1177 Harrison Street, San Francisco CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 2 6 2006
ONE DEPOSIT RECEIVED
SEP 2 6 2006   DVD/8
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY ~~DDW~~ | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**       **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                        **Account Number ▼**

ConWest Resource Inc.                         DA93002

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Stephen Modde, c/o ConWest Resources,Inc.
1177 Harrison Street
San Francisco CA 94103-4508

**b**

Area code and daytime telephone number  ( 415 ) 321-6601          Fax number  ( 415 ) 431-1553
Email  stephen@falconstudios.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  ConWest Resources Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Stephen Modde, VP|General Counsel                          **Date** Sept. 18, 2006

Handwritten signature (X) ▼
x _Stephen Modde_                                          9/18/2006

| Certificate will be mailed in window envelope to this address: | **Name ▼** Stephen Modde c/o ConWest Resources Inc. | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | **Number/Street/Apt ▼** 1177 Harrison Street | 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material |
| | **City/State/Zip ▼** San Francisco CA 94103-4508 | Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full   Rev. 07/2006   Print 07/2006 — xx,000   Printed on recycled paper                    U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGI   **PA 1-352-019**

#PA00013352019M

**Jan. 22 2007**
Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Riding Hard

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FVP171

**NATURE OF THIS WORK ▼ See Instructions**

Video Feature (Adult)

## 2

**a**  **NAME OF AUTHOR ▼**

ConWest Resources Inc. dba Falcon Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed Instructions. |
|---|---|---|---|
| ☑ Yes ☐ No | OR { Citizen of _____ Domiciled in **USA** | Anonymous? ☐ Yes ☑ No   Pseudonymous? ☑ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Entire Video Feature

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed Instructions. |
|---|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of _____ Domiciled in _____ | Anonymous? ☐ Yes ☐ No   Pseudonymous? ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed Instructions. |
|---|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of _____ Domiciled in _____ | Anonymous? ☐ Yes ☐ No   Pseudonymous? ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2006  Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month December   Day 18   Year 2006

USA   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources Inc. dba Falcon Studios
1177 Harrison Street, San Francisco CA 94103-4508

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 2 2 2007
ONE DEPOSIT RECEIVED
JAN 2 2 2007   DVD/D
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**          **Account Number ▼**

ConWest Resource Inc.          DA93002

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Stephen Modde, c/o ConWest Resources, Inc.
1177 Harrison Street
San Francisco CA 94103-4508

**b**

Area code and daytime telephone number ( 415 ) 321-6601          Fax number ( 415 ) 431-1553

Email stephen@falconstudios.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ConWest Resources Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Stephen Modde, VP|General Counsel          Date   Jan. 15, 2007

Handwritten signature (X) ▼

x _Stephen Modde_          Jan. 15, 2007

| Certificate will be mailed in window envelope to this address: | **Name ▼**<br>Stephen Modde c/o ConWest Resources Inc. | • Complete all necessary spaces<br>• Sign your application in space 8 |
| --- | --- | --- |
| | **Number/Street/Apt ▼**<br>1177 Harrison Street | 1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material |
| | **City/State/Zip ▼**<br>San Francisco CA 94103-4508 | Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full  Rev 07/2006  Print 07/2006 — xx,000  Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

Certificate of Registratic



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-373-779**

EFFECTIVE DATE OF REGISTRATION

4        4        07
Month    Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

The Farmer's Son

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FVP172

**NATURE OF THIS WORK ▼** See instructions

Video Feature (Adult)

---

**2**

**a** **NAME OF AUTHOR ▼**

ConWest Resources Inc. dba Falcon Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of _____
    Domiciled in  USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☑ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Video Feature

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of _____
    Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of _____
    Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006  Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month  February  Day  12  Year  2007
Nation  USA

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources Inc. dba Falcon Studios
1177 Harrison Street, San Francisco CA 94103-4508

APPLICATION RECEIVED
APR 0 4 2007
ONE DEPOSIT RECEIVED
APR 0 4 2007
TWO DEPOSITS RECEIVED
DVD
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

FORM PA

□ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. □ This is the first published edition of a work previously registered in unpublished form.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

ConWest Resource Inc.                           DA93002

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Stephen Modde, c/o ConWest Resources, Inc.
1177 Harrison Street
San Francisco CA 94103-4508

**b**

Area code and daytime telephone number  ( 415 ) 321-6601          Fax number  ( 415 ) 431-1553
Email  stephen@falconstudios.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ authorized agent of  ConWest Resources Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Stephen Modde, VP|General Counsel                          Date  March 15, 2007

Handwritten signature (X) ▼
x  _Stephn P. Modde_                                       Mar. 15, 2007

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Stephen Modde c/o ConWest Resources Inc.

Number/Street/Apt ▼
1177 Harrison Street

City/State/Zip ▼
San Francisco CA 94103-4508

**9**

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full   Rev. 07/2006  Print: 07/2006 — xx,000   Printed on recycled paper                          U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

Certificate of Registratic



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-373-796**

EFFECTIVE DATE OF REGISTRATION

4    4    07
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Long Board

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FVP173

**NATURE OF THIS WORK ▼ See instructions**

Video Feature (Adult)

**2**

**a** **NAME OF AUTHOR ▼**

ConWest Resources Inc. dba Falcon Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire Video Feature

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month March   Day 30   Year 2007
USA Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources Inc. dba Falcon Studios
1177 Harrison Street, San Francisco CA 94103-4508

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 0 4 2007
ONE DEPOSIT RECEIVED
APR 0 4 2007
TWO DEPOSITS RECEIVED
DVD
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| | |
|---|---|
| **EXAMINED BY** ~~RB~~ | **FORM PA** |
| **CHECKED BY** | |
| ☐ **CORRESPONDENCE** Yes | **FOR COPYRIGHT OFFICE USE ONLY** |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

ConWest Resource Inc.                                     DA93002

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Stephen Modde, c/o ConWest Resources,Inc.
1177 Harrison Street
San Francisco CA 94103-4508

**b**

Area code and daytime telephone number  ( 415  ) 321-6601                    Fax number  ( 415  ) 431-1553
Email  stephen@falconstudios.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  ConWest Resources Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Stephen Modde, VP|General Counsel                                      Date  March 30, 2007

Handwritten signature (X) ▼
☞  x  _Stephen Modde_                                                   _Mar. 30, 2007_

| | | |
|---|---|---|
| **Certificate will be mailed in window envelope to this address:** | Name ▼ Stephen Modde c/o ConWest Resources Inc. | **YOU MUST:** • Complete all necessary spaces • Sign your application in space 8 |
| | Number/Street/Apt ▼ 1177 Harrison Street | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/Zip ▼ San Francisco CA 94103-4508 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

\*17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full  Rev 07/2006  Print 07/2006 — xx,000  Printed on recycled paper                    U.S. Government Printing Office 2006-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-702-807**

**Effective date of registration:**

August 31, 2010

---

## Title

**Title of Work:** Basic Plumbing 3

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** March 15, 2007      **Nation of 1st Publication:** United States

## Author

- **Author:** Conwest Resources, Inc., dba  Falcon Studios

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba  Falcon Studios

1177 Harrison St., San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P Modde

**Email:** stephen@falconstudios.com      **Telephone:** 415-321-6601

**Address:** 1177 Harrison St.

San Francisco, CA 94103-4508  United States

## Certification

**Name:** Stephen P Modde

**Date:** August 26, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-715-849

**Effective date of
registration:**

August 31, 2010

## Title

**Title of Work:** Rush and Release

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 12, 2007          **Nation of 1st Publication:** United States

## Author

■   **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

**Name:** Stephen P Modde

**Date:** August 26, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Registration Number:**

## PA 1-609-612

**Effective date of registration:**

December 26, 2007

---

## Title

**Title of Work:** Big Dick Club 2

**Previous or Alternative Title:** FVP176

**Nature of Work:** Video Feature (Adult)

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 29, 2007     **Nation of 1st Publication:** United States

## Author

■     **Author:** ConWest Resources, Inc., dba Falcon Studios

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No     **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** ConWest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA 94103-4508

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Stephen Modde

**Date:** December 20, 2007

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Registration Number:**

## PA 1-609-609

**Effective date of
registration:**

December 26, 2007

## Title

**Title of Work:** Hustle and Cruise

**Previous or Alternative Title:** FVP177

**Nature of Work:** Video Feature (Adult)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** July 23, 2007     **Nation of 1st Publication:** United States

## Author

■     **Author:** ConWest Resources, Inc., dba Falcon Studios

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No     **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** ConWest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA 94103-4508

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Stephen Modde

**Date:** December 20, 2007

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Registration Number:**

## PA 1-609-655

**Effective date of registration:**

December 26, 2007

---

## Title

**Title of Work:** Ivy League

**Previous or Alternative Title:** FVP178

**Nature of Work:** Video Feature (Adult)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 20, 2007   **Nation of 1st Publication:** United States

## Author

■   **Author:** Con West Resources, Inc., dba Falcon Studios

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No   **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Con West Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA 94103-4508

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Stephen Modde

**Date:** December 20, 2007

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Registration Number:**

## PA 1-609-654

**Effective date of
registration:**

December 26, 2007

---

## Title

| | |
|---|---|
| **Title of Work:** | Endless Crush |
| **Previous or Alternative Title:** | FVP179 |
| **Nature of Work:** | Video Feature (Adult) |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | October 29, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | ConWest Resources, Inc. dba Falcon Studios |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** No | **Pseudonymous:** Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | ConWest Resources, Inc. dba Falcon Studios |
| | 1177 Harrison Street, San Francisco, CA 94103-4508 |

## Limitation of copyright claim

**Previously registered:** No

## Certification

| | |
|---|---|
| **Name:** | Stephen Modde |
| **Date:** | December 20, 2007 |

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-641-516

**Effective date of
registration:**

December 26, 2007

---

## Title

**Title of Work:** Dare

**Previous or Alternative Title:** FVP180

**Nature of Work:** Video Feature (Adult)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 18, 2007      **Nation of 1st Publication:** United States

## Author

■    **Author:** ConWest Resources, Inc. dba Falcon Studios

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No      **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** ConWest Resources, Inc. dba Falcon Studios

1177 Harrison Street, San Francisco, CA 94103-4508

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Stephen Modde

**Date:** December 20, 2007

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-713

**Effective date of registration:**

August 31, 2010

## Title

**Title of Work:** Dare

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 18, 2007     **Nation of 1st Publication:** United States

## Author

■    **Author:** Conwest Resources, Inc., dba  Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba  Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P Modde

**Email:** stephen@falconstudios.com     **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification

**Name:** Stephen P. Modde

**Date:** August 26, 2010

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-620-017**

**Effective date of
registration:**

February 19, 2008

---

### Title

| | |
|---|---|
| **Title of Work:** | Rough Play |
| **Previous or Alternative Title:** | FVP181 |
| **Nature of Work:** | Video Feature (Adult) |

### Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | January 28, 2008 | **Nation of 1st Publication:** | United States |

### Author

| | | | |
|---|---|---|---|
| ■ **Author:** | ConWest Resources Inc. dba Falcon Studios | | |
| **Author Created:** | Entire Video Feature | | |
| **Work made for hire:** | Yes | | |
| **Domiciled in:** | United States | | |
| **Anonymous:** | No | **Pseudonymous:** | Yes |

### Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | ConWest Resources Inc. dba Falcon Studios |
| | 1177 Harrison Street, San Francisco, CA 94103-4508 |

### Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

### Certification

| | |
|---|---|
| **Name:** | Stephen Modde |
| **Date:** | February 11, 2008 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-702

**Effective date of
registration:**

August 31, 2010

---

**Title**

**Title of Work:** Overtime

**Completion/Publication**

**Year of Completion:** 2007

**Date of 1st Publication:** March 3, 2008     **Nation of 1st Publication:** United States

**Author**

■      **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

**Copyright claimant**

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison St., San Francisco, CA 94103-4508 United States

**Rights and Permissions**

**Organization Name:** Conwest Resources, Inc.

**Address:** 1177 Harrison St.

San Francisco, CA 94103-4508 United States

**Certification**

**Name:** Stephen Modde

**Date:** August 19, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-698-800

**Effective date of
registration:**

September 1, 2010

## Title

**Title of Work:** Fleet Week

**Previous or Alternative Title:** FVP183

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** April 7, 2008    **Nation of 1st Publication:** United States

## Author

■    **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P Modde

**Email:** stephen@falconstudios.com    **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-773

**Effective date of
registration:**

September 1, 2010

## Title

**Title of Work:** Winter Heat

**Previous or Alternative Title:** FVP184

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 12, 2008          **Nation of 1st Publication:** United States

## Author

- **Author:** Conwest Resources, Inc., dba Falcon Studios

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc.

1177 Harrison Street, San Francisco, CA 94103-4508 United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-783

**Effective date of
registration:**

September 1, 2010

## Title

**Title of Work:** Afterparty

**Previous or Alternative Title:** FVP185

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 23, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA 94103-4508 United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-792

**Effective date of
registration:**

September 1, 2010

## Title

**Title of Work:** Roman's Holiday

**Previous or Alternative Title:** FVP186

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 4, 2008     **Nation of 1st Publication:** United States

## Author

- **Author:** Conwest Resources, Inc., dba  Falcon Studios

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba  Falcon Studios

1177 Harrison Street, San Francisco, CA 94103-4508 United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com     **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-717-187**

**Effective date of
registration:**

September 8, 2010

## Title

**Title of Work:** Best Men, Part 1 - The Bachelor Party

**Previous or Alternative Title:** FVP187

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** September 16, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

**Name:** Stephen P. Modde

**Date:** August 31, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-717-185

**Effective date of
registration:**

September 8, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Malibu Heat |
| **Previous or Alternative Title:** | FVP189 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | December 9, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Conwest Resources, Inc., dba Falcon Studios |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Conwest Resources, Inc. |
| | 1177 Harrison Street, San Francisco, CA, 94103-4508, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Conwest Resources, Inc. | | |
| **Name:** | Stephen P. Modde | | |
| **Email:** | stephen@falconstudios.com | **Telephone:** | 415-596-1119 |
| **Address:** | 1177 Harrison Street | | |
| | San Francisco, CA 94103-4508 United States | | |

## Certification

| | |
|---|---|
| **Name:** | Stephen P. Modde |
| **Date:** | August 31, 2010 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-728-218

**Effective date of
registration:**

September 8, 2010

## Title

**Title of Work:** Asylum

**Previous or Alternative Title:** FVP190

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** February 17, 2009    **Nation of 1st Publication:** United States

## Author

■ **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com    **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

**Name:** Stephen P. Modde

**Date:** August 31, 2010

# Certificate of Registratio.



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-717-186

**Effective date of
registration:**

September 8, 2010

## Title

**Title of Work:** Burning Desires

**Previous or Alternative Title:** FVP191

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** April 14, 2009    **Nation of 1st Publication:** United States

## Author

■ **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com    **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

**Name:** Stephen P. Modde

**Date:** August 31, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# PA 1-706-600

**Effective date of
registration:**

September 10, 2010

## Title

**Title of Work:** Ringside

**Previous or Alternative Title:** FVP193

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 7, 2009     **Nation of 1st Publication:** United States

## Author

■    **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com     **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-702-811**

**Effective date of
registration:**

September 10, 2010

## Title

**Title of Work:** Roughin' It

**Previous or Alternative Title:** FVP195

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** November 3, 2009          **Nation of 1st Publication:** United States

## Author

■   **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA 94103-4508 United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-706-817

**Effective date of
registration:**

September 10, 2010

---

## Title

**Title of Work:** Roman's Holiday 2

**Previous or Alternative Title:** FVP196

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** September 29, 2009    **Nation of 1st Publication:** United States

## Author

■  **Author:** Conwest Resources, Inc., dba  Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba  Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com    **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-706-801

**Effective date of registration:**

September 10, 2010

## Title

**Title of Work:** Pledgemaster - The Hazing

**Previous or Alternative Title:** FVP197

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 22, 2009     **Nation of 1st Publication:** United States

## Author

■ **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com     **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-812

**Effective date of registration:**

September 13, 2010

## Title

**Title of Work:** Morning Wood

**Previous or Alternative Title:** FVP198

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** February 15, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA 94103-4508 United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-706-388

**Effective date of
registration:**

September 13, 2010

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** White Hot

**Previous or Alternative Title:** FVP199

## Completion/Publication ━━━━━━━━━━━━━━━━

**Year of Completion:** 2010

**Date of 1st Publication:** April 26, 2010    **Nation of 1st Publication:** United States

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■    **Author:** Conwest Resources, Inc., dba  Falcon Stuidos

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Conwest Resources, Inc., dba  Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions ━━━━━━━━━━━━━━━━

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com    **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-706-609

**Effective date of
registration:**

September 13, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Inntrigued |
| **Previous or Alternative Title:** | FVP200 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | May 24, 2010 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Conwest Resources, Inc., dba  Falcon Studios |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Conwest Resources, Inc., dba  Falcon Studios |
| | 1177 Harrison Street, San Francisco, CA, 94103-4508, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Conwest Resources, Inc. | | |
| **Name:** | Stephen P. Modde | | |
| **Email:** | stephen@falconstudios.com | **Telephone:** | 415-596-1119 |
| **Address:** | 1177 Harrison Street | | |
| | San Francisco, CA 94103-4508  United States | | |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-706-852**

**Effective date of registration:**

September 13, 2010

## Title

**Title of Work:** Snap Shot

**Previous or Alternative Title:** FVP201

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 19, 2010   **Nation of 1st Publication:** United States

## Author

- **Author:** Conwest Resources, Inc., dba Falcon Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Falcon Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com   **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-728-272

**Effective date of registration:**

December 16, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Summer Heat |
| **Previous or Alternative Title:** | FVP202 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | September 6, 2010 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■      **Author:** | HRW Investments, LLC, dba Falcon Studios |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States      **Domiciled in:**   United States |
| **Pseudonymous:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | HRW Investments, LLC, dba Falcon Studios |
| | 1211 Folsom Street, 3rd Floor, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Falcon Entertainment |
| **Name:** | Stephen P. Modde |
| **Email:** | stephen@falconstudios.com      **Telephone:**   415-321-6601 |
| **Address:** | 1211 Folsom Street |
| | 3rd Floor |
| | San Francisco, CA 94103 United States |

## Certification

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001732043 / 2010-12-16

Application Title: Big Wood.

Title:               Big Wood.

Description:         Videodisc (DVD)

Copyright Claimant:
                     HRW Investments, LLC

Date of Creation:    2010

Date of Publication:
                     2010-12-06

Nation of First Publication:
                     United States

Authorship on Application:
                     HRW Investments, LLC (author of pseudonymous work),
                        employer for hire; Domicile: United States; Citizenship:
                        United States. Authorship: entire motion picture.

Alternative Title on Application:
                     FVP204

Rights and Permissions:
                     Stephen P. Modde, Falcon Entertainment, 1211 Folsom Street,
                        3rd Floor, San Francisco, CA, 94103, United States,
                        (415) 321-6601, (415) 431-7722,
                        stephen@falconstudios.com

Names:               HRW Investments, LLC
                     Falcon Studios
```

========================================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-770-897**

**Effective date of registration:**
October 13, 2011

## Title

**Title of Work:** Hot Property

**Previous or Alternative Title:** FVP205

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 7, 2011        **Nation of 1st Publication:** United States

## Author

■  **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103 United States

## Certification

**Name:** Adam Q. Robinson

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-770-876

**Effective date of
registration:**

October 13, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Fleet Week 2 |
| **Previous or Alternative Title:** | FVP206 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | March 21, 2011 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Christopher Ward Enterprises, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States   **Domiciled in:** United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Christopher Ward Enterprises, LLC |
| | 1155 Mission Street, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Christopher Ward Enterprises, LLC |
| **Address:** | 1155 Mission Street |
| | San Francisco, CA 94103  United States |

## Certification

| | |
|---|---|
| **Name:** | Adam Q. Robinson |
| **Date:** | September 27, 2011 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-764-396

**Effective date of
registration:**

November 7, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Roughin' It 2 |
| **Previous or Alternative Title:** | FVP212 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | September 26, 2011 |   **Nation of 1st Publication:** United States |

## Author

| | |
|---|---|
| ■   **Author:** | Christopher Ward Enterprises, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |   **Domiciled in:** United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Christopher Ward Enterprises, LLC |
| | 1155 Mission Street, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Christopher Ward Enterprises, LLC |
| **Address:** | 1155 Mission Street |
| | San Francisco, CA 94103  United States |

## Certification

| | |
|---|---|
| **Name:** | Adam Q. Robinson |
| **Date:** | October 26, 2011 |

```
Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001782500 / 2011-12-22

Application Title: The Guys Next Door, Part 1.

Title:              The Guys Next Door, Part 1.

Description:        Videodisc (DVD)

Copyright Claimant:
                    Christopher Ward Enterprises, LLC.

Date of Creation:   2011

Date of Publication:
                    2011-10-24

Nation of First Publication:
                    United States

Authorship on Application:
                    Christopher Ward Enterprises, LLC, employer for hire;
                    Domicile: United States; Citizenship: United States.
                    Authorship: entire motion picture.

Alternative Title on Application:
                    FVP213

Rights and Permissions:
                    Christopher Ward Enterprises, LLC, 1155 Mission Street, San
                    Francisco, CA, 94103, United States

Names:              Christopher Ward Enterprises, LLC
```

====================================================================================

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001782462 / 2011-12-22

Application Title: I Want You.

Title:             I Want You.

Description:        Videodisc (DVD)

Copyright Claimant:
                   Christopher Ward Enterprises, LLC.

Date of Creation:  2011

Date of Publication:
                   2011-11-21

Nation of First Publication:
                   United States

Authorship on Application:
                   Christopher Ward Enterprises, LLC, employer for hire;
                   Domicile: United States; Citizenship: United States.
                   Authorship: entire motion picture.

Alternative Title on Application:
                   FVP215

Rights and Permissions:
                   Christopher Ward Enterprises, LLC, 1155 Mission Street, San
                   Francisco, CA, 94103, United States

Names:             Christopher Ward Enterprises, LLC
```

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-780-626**

**Effective date of
registration:**

March 13, 2012

## Title

**Title of Work:** Point & Shoot

**Previous or Alternative Title:** FVP216

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 23, 2012          **Nation of 1st Publication:** United States

## Author

■          **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103 United States

## Certification

**Name:** Adam Q. Robinson

**Date:** March 2, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-607-281

**Effective date of registration:**

March 13, 2012

## Title

**Title of Work:** Fahrenheit

**Previous or Alternative Title:** FVP217

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** Christopher Ward Enterprises, LLC

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** March 2, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-797-212

**Effective date of
registration:**

May 14, 2012

## Title

**Title of Work:** Hungover

**Previous or Alternative Title:** FVP218

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 6, 2012   **Nation of 1st Publication:** United States

## Author

■   **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103 United States

## Certification

**Name:** Adam Q. Robinson

**Date:** May 3, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-764-400**

**Effective date of registration:**

November 7, 2011

## Title

**Title of Work:** Get Some

**Previous or Alternative Title:** HFV009

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** September 30, 2011        **Nation of 1st Publication:** United States

## Author

■   **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103 United States

## Certification

**Name:** Adam Q. Robinson

**Date:** October 26, 2011

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001782419 / 2011-12-22

Application Title: Need It Bad.

Title:               Need It Bad.

Description:         Videodisc (DVD)

Copyright Claimant:
                     Christopher Ward Enterprises, LLC, Transfer: By Assignment.

Date of Creation:    2011

Date of Publication:
                     2011-11-18

Nation of First Publication:
                     United States

Authorship on Application:
                     Raging Stallion Studios, Inc., employer for hire; Domicile:
                     United States; Citizenship: United States. Authorship:
                     production/producer.

Alternative Title on Application:
                     HFV010

Rights and Permissions:
                     Christopher Ward Enterprises, LLC, 908 Steiner St., San
                     Francisco, CA, 94117, United States

Copyright Note:      C.O. correspondence.

Names:               Raging Stallion Studios, Inc.
                     Christopher Ward Enterprises, LLC
```

==================================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-797-582

**Effective date of registration:**

May 14, 2012

## Title

**Title of Work:** Satisfaction

**Previous or Alternative Title:** HFV011

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 10, 2012    **Nation of 1st Publication:** United States

## Author

■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written Agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117 United States

## Certification

**Name:** Chris Ward

**Date:** May 3, 2012

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-797-572**

**Effective date of
registration:**

May 14, 2012

## Title

**Title of Work:** So Into You

**Previous or Alternative Title:** HFV012

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** March 23, 2012       **Nation of 1st Publication:** United States

## Author

■      **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written Agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117 United States

## Certification

**Name:** Chris Ward

**Date:** May 3, 2012

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-594

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** Soccer Club

**Previous or Alternative Title:** HOC056

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 1, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117 United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM PA
**UNITED STATES COPYRIGHT OFFICE**



REGISTRATION NUMBER

**PA 663-836**

| PA | PAU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

Aug 31, 1993
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

OPEN HOUSE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 44

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE

## 2

**NAME OF AUTHOR ▼**

Charles M. Holmes   dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
5-5-1945

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

PA 6139106?

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 19   Year ▶ 1991
Nation ▶ USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Charles M. Holmes, dba Jocks Studios
c/o Continental American Industries Inc.
444 De Haro Street, Suite 210
San Francisco   CA   94107

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
AUG. 31 1993
ONE DEPOSIT RECEIVED
AUG. 31 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

FORM PA

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[ ] Yes [X] No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. [ ] This is the first published edition of a work previously registered in unpublished form.

b. [ ] This is the first application submitted by this author as copyright claimant.

c. [ ] This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                  **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Charles M. Holmes dba Jocks Studios
c/o Continental American Industries Inc,
444 De Haro Stree, Suite 210
San Francisco   CA   94107
Area Code & Telephone Number ▶          415/431-7722

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼

[X] author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of_____
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Charles M. Holmes

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
                    Charles M. Holmes                          date ▶   8/19/93

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
          Charles M. Holmes dba Jocks Studios
Number/Street/Apartment Number ▼
          c/o C.A.I.~   444 De Haro Street, Suite 210
City/State/ZIP ▼
          San Francisco   CA   94107

**Certificate
will be
mailed in
window
envelope**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**REGISTRATION NUMBER**

**PA 643-398**

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|-------|-----|------|
| 7 | 1 | 93 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

"BIG DELIVERY"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JOCKS VIDEO PAC 48

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE

## 2

**NAME OF AUTHOR ▼**

a Charles M. Holmes dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼ 5-5-1945    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ The United States
{ Domiciled in ▶ The United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Work

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

C

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 4   Year ▶ 1992
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Charles M. Holmes dba Jocks Studios
c/o Continental American Industries
444 De Haro Street, Suite 210/ San Francisco CA
94107

**APPLICATION RECEIVED**
JUL 91 1993
ONE DEPOSIT RECEIVED
JUL 01 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of

EXAMINED BY

**FORM PA**

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Charles M. Holmes
c/o Continental American Industries
444 De Haro Street, Suite 210
San Francisco  CA  94107

Area Code & Telephone Number ▶          415/431-7722

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
             Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Charles M. Holmes                                    date ▶  6/9/93

Handwritten signature (X) ▼ _Charles M Holmes_

**8**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**MAIL
CERTIFI-
CATE TO**

Name ▼

Charles M. Holmes, dba JOCKS Studios

Number/Street/Apartment Number ▼

c/o C.A.I.— 444 De Haro Street, Suite 210

**Certificate
will be
mailed in
window
envelope**

City/State/ZIP ▼

San Francisco  CA  94107

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 581 265

PA          PAU

EFFECTIVE DATE OF REGISTRATION

June 2 1992
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

BIG AS THEY COME

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JOCKS VIDEO PAC 49

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE

## 2

**NAME OF AUTHOR ▼**

Charles M. Holmes, dba JOCKS Athletics Company

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
5-5-45

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ► United States
Domiciled in ► United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law,

05015746 *

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work in all cases. has been published.
1992 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ► April Day ► 16 Year ► 1992
United States ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
Charles M. Holmes, dba JOCKS Athletics Company
co Continetnal American Industries
444 De Haro Street, Suite 210
San Francisco  CA  94107

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
JUN 02 1992
ONE DEPOSIT RECEIVED
JUN 02 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY ........ 

CHECKED BY

**FORM PA**

PA **581 265**

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**6**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Charles M. Holmes, dba JOCKS Athletics Company

c/o Continetnal American Industries Inc

444 De Haro Street, Suite 210

San Francisco  CA  94107

Area Code & Telephone Number ▶    415-431-7722

Be sure to give your daytime phone ◀ number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   Charles M. Holmes
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Charles M. Holmes     date ▶   15/14/92

Handwritten signature (X) ▼    _Charles M. Holmes_

| | |
|---|---|
| **MAIL CERTIFI- CATE TO** | Name ▼   Charles M. Holmes |
| **Certificate will be mailed in window envelope** | Number/Street/Apartment Number ▼   c/o C.A.I., 444 De Haro Street, Suite 210 |
| | City/State/ZIP ▼   San Francisco  CA  94107 |

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights?*
• Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1985—491—560/20,008

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**REGISTRATION NUMBER**

PA 575 276

PA                    PAU

**EFFECTIVE DATE OF REGISTRATION**

June 29 1992

Month        Day        Year

_signature_

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

SEX, GUYS AND VIDEOTAPE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JOCKS VIDEO PAC # 50

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE

## 2

**NAME OF AUTHOR ▼**

CHARLES M. HOLMES dba JOCKS Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
5-5-45

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May  Day ▶ 21  Year ▶ 1992  ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Charles M. Holmes, dba Jocks Studios
c/o Continental American Industries Inc.
444 De Haro Street, Ste 210, San Francisco CA 94107

APPLICATION RECEIVED
JUN 29 1992
ONE DEPOSIT RECEIVED
JUN 29 1992  1/2" VT - D
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

**FORM PA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA 575 276

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**         **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**         **Account Number ▼**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Charles M. Holmes, dba Jocks Studios
c/o Continental American Industries
444 De Haro Street, Suite # 210
San Francisco  CA  94107
Area Code & Telephone Number ▶         415/431-7722

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of_____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Charles M. Holmes                                    date ▶  6/17/92

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

**Certificate
will be
mailed in
window
envelope**

Name ▼
Charels M. Holmes, dba JOCKS STUDIOS
Number/Street/Apartment Number ▼
c/o C.A.I., 444 De Haro Street, Suite # 210
City/State/ZIP ▼
San Francisco  CA  94107

**9**

**Have you:**
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
● Enclosed your deposit material
  with the application and fee?
**MAIL TO:** Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 605 424

PA   PAU

EFFECTIVE DATE OF REGISTRATION

Feb 16, 1993

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

"PIECE OF CAKE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Jocks Video Pac 53

**NATURE OF THIS WORK ▼** See instructions

Video Tape

**2**

**NAME OF AUTHOR ▼**

Charles M. Holmes, dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
5-5-1945

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

056493070

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 22   Year ▶ 1992
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Charles M. Holmes, dba JOCKS Studios
c/o Continental American Industries
444 De Haro Street, Suite 210
San Francisco CA 94107

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
FEB 16 1993
ONE DEPOSIT RECEIVED
FEB 16 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

EXAMINED BY _____ U·J/S·J

CHECKED BY _____

**FORM PA**

PA    605 424

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Charles M. Holmes, dba JOCKS Studios

c/o Continental American Industries

444 De Haro Street, Suite 210

San Francisco  CA  94107

Area Code & Telephone Number ▶ 415/431-7722

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Charles M. Holmes
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Charles M. Holmes,                              date ▶  1/6/93

Handwritten signature (X) ▼

*[signature]* Charles M Holmes

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Charles M. Holmes, dba JOCKS Studios

Number/Street/Apartment Number ▼

**Certificate
will be
mailed in
window
envelope**

c/o C.A.I. 444 De Haro Street, Suite 210

City/State/ZIP ▼
San Francisco  CA  94107

**Have you:**
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to *Register of
  Copyrights?*
● Enclosed your deposit material
  with the application and fee?
**MAIL TO:** Register of Copyrights.
Library of Congress, Washington.
D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE



**PA 663-774**

PA      PAU

EFFECTIVE DATE OF REGISTRATION

July 1, 1993
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

"REDWOOD RANGER"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JOCKS VIDEO PAC 56

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE

**2**

**NOTE**
Under the law...

**a NAME OF AUTHOR ▼**

Charles M. Holmes, dba JOCKS Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼ 5-5-1945   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

058707823

**3**

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◄ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 13   Year ▶ 1993
United States ◄ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
Charles M. Holmes, dba JOCKS Studios
c/o Continental American Industries, Inc.
444 De Haro Street, Suite 210
San Francisco CA 94107

See instructions before completing this space

**APPLICATION RECEIVED**
JUL 01 1993
**ONE DEPOSIT RECEIVED**
JUL 01 1993
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

**FORM PA**

EXAMINED BY _____ X/JC

CHECKED BY _____

☐ CORRESPONDENCE
Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**    Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                        **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼

Charles M. Holmes  dba JOCKS Studios

c/o Continental American Industries

444 De Haro Street, Suite 210

San Francisco  CA   94107

Area Code & Telephone Number ▶ 415/431-7722

Be sure to give your daytime phone ◀ number.

**CERTIFICATION\***    I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Charles M. Holmes                                    date ▶ 6/9/93

Handwritten signature (X) ▼

_Charles M. Holmes_

**MAIL CERTIFICATE TO**

**Certificate will be mailed in window envelope**

Name ▼

Charles M. Holmes, dba JOCKS Studios

Number/Street/Apartment Number ▼

c/o C.A.I.    444 De Haro Street, Suite 210

City/State/ZIP ▼

San Francisco  CA  94107

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



## FORM PA

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**PA 663-849**

PA                    PAU

**EFFECTIVE DATE OF REGISTRATION**

Sept 1 1993

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

"HOLD ME AGAIN"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 57

**NATURE OF THIS WORK ▼** See instructions

Video Tape

---

**2**

**NAME OF AUTHOR ▼**

a   Charles M. Holmes dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
5-5-1945

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☒ Yes ☐ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Work

NOTE
Under the law, the "author" of a work made for ...

**NAME OF AUTHOR ▼**
:

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 15   Year ▶ 1993
USA   ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Charles M. Holmes dba Jocks Studios
c/o Continental American Industries Inc.
444 De Haro Street, Suite 210
San Francisco   CA   94107

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
SEP 0 1 1993
**ONE DEPOSIT RECEIVED**
SEP 0 1 1993
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Charles M. Holmes   dba Jocks Studios

c/o Continental American Industries Inc.

444 De Haro Street, Suite 210

San Francisco  CA  94107

Area Code & Telephone Number ▶          415/431-7722

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of_____ Charles M. Holmes _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Charles M. Holmes                                        date ▶ 8/19/93

**Handwritten signature (X)** ▼

_Charles M. Holmes_

**MAIL
CERTIFI-
CATE TO**

Name ▼

Charles M. Holmes   dba Jocks Studios

Number/Street/Apartment Number ▼

c/o C.A.I.    444 De Haro Street, Suite 210

City/State/ZIP ▼

San Francisco  CA  94107

**Certificate
will be
mailed in
window
envelope**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.