# CERTIFICATE OF REGISTRATION

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**PA 1-074-611**



EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 1 | 15 | 02 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE VIOLATION - PART TWO SURRENDER

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 105

**NATURE OF THIS WORK ▼ See Instructions**

VIDEO TAPE (ADULT)

## 2

**a  NAME OF AUTHOR ▼**

CONWEST RESOURCES INC. dba JOCKS STUDIOS

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year In all cases.
2000

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ DECEMBER  Day ▶ 18  Year ▶ 2000
USA ◀ Na

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES INC. dba JOCKS STUDIOS
444 DE HARO STREET   SUITE 210
SAN FRANCISCO, CA 94107

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JAN 15 2002

ONE DEPOSIT RECEIVED
JAN 15 2002

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE
OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE H**

| EXAMINED BY | FORM PA |
|---|---|
| CHECKED BY | |
| **CORRESPONDENCE** ☐ Yes | **FOR COPYRIGHT OFFICE USE ONLY** |

### DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼         **a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼         **b**

See instructions before completing this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼         Account Number ▼         **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼         **b**
JOHN RUTHERFORD — PRESIDENT
CONTINENTAL AMERICAN INDUSTRIES INC.
444 DE HARO STREET — SUITE 210
SAN FRANCISCO, CA 94107

Area code and daytime telephone number ▶ (415  ) 431-7722         Fax number ▶ ( 415  ) 431-3610
Email ▶  JOHN@FALCONSTUDIOS.COM

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   CONWEST RESOURCES INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JOHN B. RUTHERFORD         Date ▶ 1-7-02

Handwritten signature (X) ▼
x

**9**

Mail certificate to:

Name ▼
JOHN B. RUTHERFORD C/O CONWEST RESOURCES INC.

Certificate will be mailed in window envelope

Number/Street/Apt ▼
444 DE HARO STREET — SUITE 210

City/State/ZIP ▼
SAN FRANCISCO, CA  94107

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20\* filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*Registration fees are effective through June 30, 1999. For the latest fee information, write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.         ⊕ PRINTED ON RECYCLED PAPER         ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/80,012

# CERTIFICATE OF REGISTRATION



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**PA 1-074-609**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 1 | 15 | 02 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

BIG AS THEY COME 2 ☆

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 106 ☆

**NATURE OF THIS WORK ▼** See Instructions

VIDEO TAPE (ADULT)

## 2

**a**

**NAME OF AUTHOR ▼**

CONWEST RESOURCES INC. dba JOCKS STUDIOS

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ USA
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☒ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ FEBRUARY   Day ▶ 22   Year ▶ 2001
USA   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES INC. dba JOCKS STUDIOS
444 DE HARO STREET   SUITE 210
SAN FRANCISCO, CA 94107

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 15 2002

ONE DEPOSIT RECEIVED
JAN 15 2002

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE H**

EXAMINED BY

CHECKED BY

FORM PA

| | |
|---|---|
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

*Title appears on footage and videotape label as: Big As They Come III (JVP 106).

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JOHN RUTHERFORD — PRESIDENT

CONTINENTAL AMERICAN INDUSTRIES INC.

444 DE HARO STREET — SUITE 210

SAN FRANCISCO, CA 94107

Area code and daytime telephone number ▶ (415 ) 431-7722          Fax number ▶ ( 415 ) 431-3610

Email ▶ JOHN@FALCONSTUDIOS.COM

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  CONWEST RESOURCES INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOHN B. RUTHERFORD                              Date ▶  1-7-02

Handwritten signature (X) ▼

x

Mail certificate to:

Certificate will be mailed in window envelope

Name ▼

JOHN B. RUTHERFORD C/O CONWEST RESOURCES INC.

Number/Street/Apt ▼

444 DE HARO STREET — SUITE 210

City/State/ZIP ▼

SAN FRANCISCO, CA  94107

**YOU MUST:**

• Complete all necessary spaces

• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**

1. Application form

2. Nonrefundable $20* filing fee in check or money order payable to Register of Copyrights

3. Deposit material

**MAIL TO:**

Library of Congress

Copyright Office

101 Independence Avenue, S.E

Washington, D.C. 20559-6000

*Registration filing fees are effective through June 30, 1999. For the latest fee information, write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/80,012

# CERTIFICATE OF REGISTRATION

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGI⬝⬝⬝⬝⬝⬝⬝⬝⬝

**PA 1-098-287**

EFFECTIVE ⬝⬝⬝⬝
AUg 19, 2002
Month    Day    Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

HAZED

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 107

**NATURE OF THIS WORK ▼** See instructions

VIDEO TAPE (ADULT)

---

## 2

**a**

**NAME OF AUTHOR ▼**

CONWEST RESOURCES INC. dba JOCKS STUDIOS

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION T THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☒ Yes  ☐ No
If the answer to either of these questio "Yes," see detai Instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

der the law, "author" of "work made · hire" is nerally the iployer, not e employee ee instruc- ms). For any rt of this ork that was iade for hire" ieck "Yes" in e space ovided, give • employer r other erson for hom the work as prepared) s "Author" of iat part, and ave the pace for dates f birth and eath blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION T THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questi "Yes," see det Instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these ques "Yes," see de Instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2000 ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information Month ▶ APRIL  Day ▶ 22  Year ▶ 2001
USA

---

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES INC. dba JOCKS STUDIOS
1177 HARRISON STREET
SAN FRANCISCO, CA  94103

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED ⬝⬝⬝⬝
⬝⬝⬝ 14 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRI

FORM PA

EXAMINED BY

CHECKED BY

| CORRESPONDENCE | |
| --- | --- |
| ☐ Yes | |

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**JS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

☐ s the first published edition of a work previously registered in unpublished form.

☐ is a changed version of the work, as shown by space 6 on this application.

☐ is the first application submitted by this author as copyright claimant.

☐ swer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**TIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a**  **g Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

**Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**HT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Account Number ▼**

**a**

**7**

**ESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**

JOHN RUTHERFORD — PRESIDENT
CONTINENTAL AMERICAN INDUSTRIES INC.
444 DE HARO STREET — SUITE 210
SAN FRANCISCO, CA 94107

de and daytime telephone number ▶ (415  ) 431-7722          Fax number ▶ ( 415   ) 431-3610

▶  JOHN@FALCONSTUDIOS.COM

**IFICATION\*** I, the undersigned, hereby certify that I am the

Check only one

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   CONWEST RESOURCES INC.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

d or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOHN B. RUTHERFORD                          Date ▶  1-9-02

Handwritten signature (X) ▼

⟩   x _____

| C |
| --- |

**Certificate will be mailed in window envelope**

Name ▼

JOHN B. RUTHERFORD C/O CONWEST RESOURCES INC.

Number/Street/Apt ▼

1177 HARRISON STREET

City/State/ZIP ▼

SAN FRANCISCO, CA  94103-4508

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*Registration filing fees are effective through June 30, 1999. After that date, check with the Copyright Office Web site http://www.lc copyright, c (202) 707-30(

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in nection with the application, shall be fined not more than $2,500.          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/E

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 1-103-072**

PA          PAU
**EFFECTIVE DATE OF REGISTRATION**

**AUG 20 2002**
Month        Day        Year



---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
SAY UNCLE

**PREVIOUS OR ALTERNATIVE TITLES ▼**
JVP 110

**NATURE OF THIS WORK ▼ See Instructions**
VIDEO TAPE (ADULT)

**2**
**a** **NAME OF AUTHOR ▼**
CONWEST RESOURCES dba JOCKS STUDIOS

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☒ Yes | OR Citizen of ▶ | Anonymous? ☐ Yes ☒ No | If the answer to either of these questions is "Yes," see detailed |
| ☐ No | Domiciled in ▶ USA | Pseudonymous? ☒ Yes ☐ No | instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☐ Yes | OR Citizen of ▶ | Anonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed |
| ☐ No | Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No | instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☐ Yes | OR Citizen of ▶ | Anonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed |
| ☐ No | Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No | instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀Year in all cases.
2001

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ FEBRUARY   Day ▶ 15   Year ▶ 2002
UNITED STATES          ◀ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
CONWEST RESOURCES dba JOCKS STUDIOS
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**See Instructions before completing this space.**

**APPLICATION RECEIVED**
AUG 20 2002
**ONE DEPOSIT RECEIVED** VT/0
AUG 20 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.          · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | [signature] | FORM PA |
|---|---|---|
| CHECKED BY | | |
| | ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JOHN RUTHERFORD - PRESIDENT

CONWEST RESOURCES INC.

1177 HARRISON STREET

SAN FRANCISCO, CA 94103-4508

Area code and daytime telephone number ▶ ( 415 ) 431-7722          Fax number ▶ ( 415 ) 431-3610

Email ▶ john@conwestresources.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   CONWEST RESOURCES INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOHN B. RUTHERFORD                                    Date ▶ 8-15-02

Handwritten signature (X) ▼

X _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>JOHN B. RUTHERFORD   C/O CONWEST RESOURCES INC. |
|---|---|
| | Number/Street/Apt ▼<br>1177 HARRISON STREET |
| | City/State/ZIP ▼<br>SAN FRANCISCO, CA  94103-4508 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

As of July 1, 1999, the filing fee for Form PA is $30.

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999
☼ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES

R:

**PA 1-103-075**

PAU

**EFFECTIVE DATE OF REGISTRATION**

AUG 2 0 2002

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

DECEPTION PART 1

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 111

**NATURE OF THIS WORK ▼ See Instructions**

VIDEO TAPE (ADULT)

**2**

**a** **NAME OF AUTHOR ▼**

CONWEST RESOURCES dba JOCKS STUDIOS

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes | OR { Citizen of ▶ | Anonymous? ☐ Yes ☒ No |
| ☐ No | Domiciled in ▶ USA | Pseudonymous? ☒ Yes ☐ No |

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes | OR { Citizen of ▶ | Anonymous? ☐ Yes ☐ No |
| ☐ No | Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes | OR { Citizen of ▶ | Anonymous? ☐ Yes ☐ No |
| ☐ No | Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◄Year in all cases.
2001

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MAY   Day ▶ 24   Year ▶ 2002
UNITED STATES    ◄ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES dba JOCKS STUDIOS
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
AUG 20 2002
**ONE DEPOSIT RECEIVED**
AUG 2 0 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** **6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**a** **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JOHN RUTHERFORD - PRESIDENT
CONWEST RESOURCES INC.
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508
Area code and daytime telephone number ▶ ( 415 ) 431-7722          Fax number ▶ ( 415 ) 431-3610
Email ▶ john@conwestresources.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of CONWEST RESOURCES INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOHN B. RUTHERFORD          Date ▶ 8-15-02

Handwritten signature (X) ▼
X _____

**9**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>JOHN B. RUTHERFORD   C/O CONWEST RESOURCES INC. |
|---|---|
| | Number/Street/Apt ▼<br>1177 HARRISON STREET |
| | City/State/ZIP ▼<br>SAN FRANCISCO, CA  94103-4508 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
order payable to *Register of Copyrights*
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000   ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/59
WEB REV: June 1999



**CERTIFICATE OF REGISTRATION**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 1-103-067**

EFFECTIVE DATE OF REGISTRATION

**AUG 20 2002**
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

DECEPTION PART 2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 112

**NATURE OF THIS WORK ▼ See Instructions**

VIDEO TAPE (ADULT)

## 2

**a  NAME OF AUTHOR ▼**

CONWEST RESOURCES dba JOCKS STUDIOS

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MAY    Day ▶ 24    Year ▶ 2002
UNITED STATES ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES dba JOCKS STUDIOS
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
AUG 20 2002
**ONE DEPOSIT RECEIVED**
AUG 20 2002   ½"VT/D
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See Instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JOHN RUTHERFORD – PRESIDENT
CONWEST RESOURCES INC.
1177 HARRISON STREET
SAN FRANCISCO, CA 94103–4508
Area code and daytime telephone number ▶ ( 415 ) 431–7722          Fax number ▶ ( 415 ) 431–3610
Email ▶ john@conwestresources.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  CONWEST RESOURCES INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOHN B. RUTHERFORD                                    Date ▶ 8-15-02

Handwritten signature (X) ▼
X

| Certificate will be mailed in window envelope to this address: | Name ▼  JOHN B. RUTHERFORD   C/O CONWEST RESOURCES INC. |
| --- | --- |
| | Number/Street/Apt ▼  1177 HARRISON STREET |
| | City/State/ZIP ▼  SAN FRANCISCO, CA  94103–4508 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.   ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68
June 1999—200,000
WEB REV: June 1999



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts

**PA 1-205-988**

EFFECTIVE DATE OF REGISTRATION

JAN 16 2004

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

ADDICTION PART 1

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 115

**NATURE OF THIS WORK ▼ See Instructions**

VIDEO TAPE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

CONWEST RESOURCES dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☒ Yes ☐ No

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
2003

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June     Day ▶ 25     Year ▶ 2003
USA     ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES dba Jocks Studios
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JAN 16 2004
**ONE DEPOSIT RECEIVED**
JAN 16 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**  **a**
**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

**b**
Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**  **a**
**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**b**
**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
TERRY MAHAFFEY
CONWEST RESOURCES INC.
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508
Area code and daytime telephone number ▶ ( 415 ) 431-7722          Fax number ▶ ( 415 ) 431-3610
Email ▶ : davidf@falconstudios.com

**8**
**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  CONWEST RESOURCES INC.
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
TERRY MAHAFFEY                                    Date ▶ 1-12-04

Handwritten signature (X) ▼
X

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
TERRY MAHAFFEY - _  C/O CONWEST RESOURCES INC.
Number/Street/Apt ▼
1177 HARRISON STREET
City/State/ZIP ▼
SAN FRANCISCO, CA  94103-4508

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

April-July 1, 1999,
the filing fee for
Form PA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—300,000          ☻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/58
WEB REV: June 1999

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG: **PA 1-205-994**

EFFECTIVE DATE OF REGISTRATION

**JAN 16 2004**

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

ADDICTION PART 2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 116

**NATURE OF THIS WORK ▼** See Instructions

VIDEO TAPE (ADULT)

**2**

**a** **NAME OF AUTHOR ▼**

CONWEST RESOURCES dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This Information must be given in all cases.
2003 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 25   Year ▶ 2003
Nation ▶ USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES dba Jocks Studios
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 16 2004
ONE DEPOSIT RECEIVED
JAN 16 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

TERRY MAHAFFEY
CONWEST RESOURCES INC.
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508
Area code and daytime telephone number ▶ ( 415 ) 431-7322          Fax number ▶ ( 415 ) 431-3610
Email ▶ davidf@falconstudios.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  CONWEST RESOURCES INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
TERRY MAHAFFEY                                   Date ▶ 1-12-04
Handwritten signature (X) ▼
x

**9**

Certificate will be mailed in window envelope to this address:
| Name ▼ |
| TERRY MAHAFFEY  -  C/O CONWEST RESOURCES INC. |
| Number/Street/Apt ▼ |
| 1177 HARRISON STREET |
| City/State/ZIP ▼ |
| SAN FRANCISCO, CA  94103-4508 |

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/58
WEB REV: June 1999



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM PA
**For a Work of the Performing Arts**
UN~~~~ ~~~~~ ~~~~~~~~ OFFICE

RE: **PA 1-205-993**

EFFECTIVE DATE OF REGISTRATION

JAN 16 2004
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

QUARTERBACK SACK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP117

**NATURE OF THIS WORK ▼** See Instructions

VIDEO TAPE (ADULT)

**2**

**a** **NAME OF AUTHOR ▼**

CONWEST RESOURCES dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year ▶ in all cases.

2003

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ November    Day▶ 5    Year▶ 2003
USA    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES dba Jocks Studios
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JAN 16 2004
**ONE DEPOSIT RECEIVED**
JAN 16 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions before completing this space.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| □ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                              **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

TERRY MAHAFFEY
CONWEST RESOURCES INC.
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508

Area code and daytime telephone number ▶ ( 415 ) 431-7322          Fax number ▶ ( 415 ) 431-3610

Email ▶  davidf@falconstudios.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **CONWEST RESOURCES INC.**
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

TERRY MAHAFFEY                              Date ▶ **1-12-04**

Handwritten signature (X) ▼

X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼<br>TERRY MAHAFFEY  C/O CONWEST RESOURCES INC. |
| --- | --- |
| | **Number/Street/Apt** ▼<br>1177 HARRISON STREET |
| | **City/State/ZIP** ▼<br>SAN FRANCISCO, CA  94103-4508 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999,
the filing fee for
Form PA is $30.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000      ⊕ PRINTED ON RECYCLED PAPER            ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/66
WEB REV: June 1999

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



# FORM PA
**For a Work of the Performing Arts**

**PA 1-221-499**





EFFECTIVE DATE OF REGISTRATION

APR 30 2004

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

GETTING IT STRAIGHT

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 118

**NATURE OF THIS WORK ▼ See Instructions**

VIDEO TAPE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

CONWEST RESOURCES dba JOCKS STUDIOS

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE VIDEO TAPE

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ FEBRUARY   Day ▶ 4   Year ▶ 2004
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CONWEST RESOURCES dba JOCKS STUDIOS
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 30 2004

ONE DEPOSIT RECEIVED
APR 30 2004

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both spaces 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                               Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**

TERRY MAHAFFEY
CONWEST RESOURCES INC.
1177 HARRISON STREET
SAN FRANCISCO, CA 94103-4508
Area code and daytime telephone number ► ( 415 ) 431-7322          Fax number ► ( 415 ) 431-3610
Email ►   davidf@falconstudios.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   CONWEST RESOURCES INC.
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
TERRY MAHAFFEY                                               Date ► 4-23-04

Handwritten signature (X) ▼
☞        X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ TERRY MAHAFFEY   C/O CONWEST RESOURCES INC. | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 1177 HARRISON STREET | • Complete all necessary spaces • Sign your application in space 8 |
| | City/State/ZIP ▼ SAN FRANCISCO, CA 94103-4508 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000          ⦾ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68
WEB REV: June 1999

Certificate of Registratic



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REC    **PA 1-236-684**

EFFECTIVE DATE OF REGISTRATION

Month AUG Day 13 Year 2004

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼

LONG SHOT . . MAKING THE GAME

PREVIOUS OR ALTERNATIVE TITLES ▼

JVP 119

NATURE OF THIS WORK ▼ See instructions

Video feature (adult)

**2**  **a**  NAME OF AUTHOR ▼

ConWest Resources Inc. dba JOCKS STUDIOS

| | | DATES OF BIRTH AND DEATH |
| Year Born ▼ | Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☑ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire video feature

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**  **a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003  Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month JULY  Day 21  Year 2004
USA  Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources Inc. dba JOCKS STUDIOS
1177 Harrison Street, San Francisco, CA 94103-4508

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
AUG 13 2004
ONE DEPOSIT RECEIVED
AUG 13 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY *DOW*

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Scott Pearson c/o ConWest Resources Inc.
1177 Harrison Street
San Francisco, CA 94103-4508

**b**

Area code and daytime telephone number  ( 415 ) 431-7722          Fax number  ( 415 ) 431-3610
Email

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  ConWest Resources Inc.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Terry Mahaffey, President                          Date  8-11-04

Handwritten signature (X) ▼

☞          x _____

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Scott Pearson c/o ConWest Resources Inc.

Number/Street/Apt ▼
1177 Harrison Street

City/State/ZIP ▼
San Francisco, CA  94103-4508

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev: June 2002  ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-276-560**

EFFECTIVE DATE OF REGISTRATION

4    12    05
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**   **TITLE OF THIS WORK ▼**

Super Soaked

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 120

**NATURE OF THIS WORK ▼** See Instructions

Video feature (adult)

---

**2** **a**   **NAME OF AUTHOR ▼**

ConWest Resources Inc dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes | OR { Citizen of _____ | Anonymous? ☐ Yes ☒ No |
| ☐ No | Domiciled in USA | Pseudonymous? ☒ Yes ☐ No |

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire video feature

**NOTE**
Under the law the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes | OR { Citizen of _____ | Anonymous? ☐ Yes ☐ No |
| ☐ No | Domiciled in _____ | Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes | OR { Citizen of _____ | Anonymous? ☐ Yes ☐ No |
| ☐ No | Domiciled in _____ | Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3** **a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2004 ◄ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month March   Day 16   Year 2005
USA   Nation

---

**4**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources Inc dba Jocks Studios
1177 Harrison Street
San Francisco, CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
APR 1 2 2005
ONE DEPOSIT RECEIVED
APR 1 2 2005   DVD-D
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |

☐ **CORRESPONDENCE**
    Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions
before completing
this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Scott Pearson c/o ConWest Resources Inc.
1177 Harrison Street
San Francisco, CA 94103-4508

**b**

Area code and daytime telephone number  ( 415 ) 321-6615          Fax number  ( 415 ) 431-3610

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **ConWest resources Inc.**

    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Terry Mahaffey, President                    Date  **4-7-05**

Handwritten signature (X) ▼

☞  X _____

**9**

| Certificate
will be
mailed in
window
envelope
to this
address: | Name ▼ |
|---|---|
| | Scott Pearson c/o ConWest Resources Inc. |
| | Number/Street/Apt ▼ |
| | 1177 Harrison Street |
| | City/State/ZIP ▼ |
| | San Francisco, CA 94103-4508 |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev. June 2002  ● Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1—340—940**

EFFECTIVE DATE OF REGISTRATION

**OCT 14 2005**

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**
Super Soaked

**NATURE OF THIS WORK ▼ See Instructions**
photographs on CD

**Previous or Alternative Titles ▼**
JVP120

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
ConWest Resources, Inc. dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in  USA

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a**

**Year in Which Creation of This Work Was Completed**
2005
This information must be given Year in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information Month  March    Day  16    Year  2005
ONLY if this work has been published.
Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources, Inc. dba Jocks Studios
1177 Harrison Street, San Francisco CA 94103

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
OCT 14 2005
ONE DEPOSIT RECEIVED
OCT 14 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**a** See instructions before completing this space.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Stephen Modde, VP/General Counsel

ConWest Resources, Inc., 1177 Harrison Street, San Francisco CA 94103

**b**

Area code and daytime telephone number   ( 415 ) 431-7722          Fax number   ( 415 ) 431-3610

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   ConWest Resources, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Stephen Modde          **Date** 10/04/2005

Handwritten signature (X) ▼

X *[signature: Stephen Modde]*

| Certificate will be mailed in window envelope to this address: | Name ▼ ConWest Resources, Inc., Attn: Stephen Modde |
| --- | --- |
| | Number/Street/Apt ▼ 1177 Harrison Street |
| | City/State/ZIP ▼ San Francisco CA 94103 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/80,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-278-861**

EFFECTIVE DATE OF REGISTRATION

June 13, 2005
Month        Day        Year

**ARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

Getting It In the End

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP 121

**NATURE OF THIS WORK ▼ See Instructions**

Video feature (adult)

---

**NAME OF AUTHOR ▼**

ConWest Resources Inc. dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **USA**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☑ No
Pseudonymous?    ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire video feature

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004
Year
This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month **May**    Day **25**    Year **2005**
Nation **USA**

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author named in space 2 ▼

ConWest Resources Inc. dba Jocks Studios
1177 Harrison Street
San Francisco, CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUN 13 2005

ONE DEPOSIT RECEIVED
JUN 13 2005

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY ⃞ ⃝ ⃞ ⃝            **FORM PA**

CHECKED BY

⃞ **CORRESPONDENCE**
    Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

⃞ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ⃞ This is the first published edition of a work previously registered in unpublished form.

b. ⃞ This is the first application submitted by this author as copyright claimant.

c. ⃞ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See Instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼           Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

Scott Pearson c/o ConWest Resources Inc.
1177 Harrison Street
San Francisco, CA 94103-4508

Area code and daytime telephone number   ( 415 ) 321-6615      Fax number   ( 415 ) 431-3610

Email

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one ▶

⃞ author
⃞ other copyright claimant
⃞ owner of exclusive right(s)
☒ authorized agent of ConWest resources Inc.
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Terry Mahaffey, President             Date   6-8-05

Handwritten signature (X) ▼

x

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Scott Pearson c/o ConWest Resources Inc. |
| | Number/Street/Apt ▼ |
| | 1177 Harrison Street |
| | City/State/ZIP ▼ |
| | San Francisco, CA 94103-4508 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–308–139**

**EFFECTIVE DATE OF REGISTRATION**

**JUN 13 2005**

Month  Day  Year

---

**RATE CONTINUATION SHEET.**

**NATURE OF THIS WORK ▼** See Instructions

**Title of This Work ▼**

Getting It In the End

Photographs on CD

**Previous or Alternative Titles ▼**

JVP 121

**Publication as a Contribution.** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

ConWest Resources Inc. dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country |
|---|---|
| ☑ Yes | OR Citizen of _____ |
| ☐ No | Domiciled in **USA** |

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☑ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions

☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country |
|---|---|
| ☐ Yes | OR Citizen of _____ |
| ☐ No | Domiciled in _____ |

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions

☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

| Year in Which Creation of This Work Was Completed | Date and Nation of First Publication of This Particular Work |
|---|---|
| **2004** ◀ Year | This information must be given in all cases. |
| | Complete this information ONLY if this work has been published. Month **MAY** Day **25** Year **2005** |
| | **USA** Nation |

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources Inc. dba Jocks Studios
1177 Harrison Street
San Francisco, CA 94103-4508

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUN 13 2005
**ONE DEPOSIT RECEIVED**
JUN 13 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

*See instructions before completing this space.*

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Scott Pearson c/o ConWest Resources Inc.
1177 Harrison Street
San Francisco, CA 94103-4508

Area code and daytime telephone number  ( 415 ) 321-6615          Fax number  ( 415 ) 431-3610

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  ConWest Resources Inc.
   *Name of author or other copyright claimant, or owner of exclusive right(s) ▲*

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Terry Mahaffey, President          Date  6-8-05

Handwritten signature (X) ▼

X _____

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | **Name ▼** Scott Pearson c/o ConWest Resources Inc. | • Complete all necessary spaces • Sign your application in space 8 |
| | **Number/Street/Apt ▼** 1177 Harrison Street | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | **City/State/ZIP ▼** San Francisco, CA 94103-4508 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGR **PA 1-310-198**

EFFECTIVE DATE OF REGISTRATION

**JAN 2 4 2006**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**TITLE OF THIS WORK ▼**

Driver

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JVP123

**NATURE OF THIS WORK ▼ See instructions**

Video Feature (Adult)

# 2

**a** **NAME OF AUTHOR ▼**

ConWest Resources Inc., dba Jocks Studios

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

# 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month November Day 9 Year 2005
USA Nation

# 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConWest Resources Inc., Jocks Studios
1177 Harrison Street
San Francisco CA 94103-4508

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**JAN 2 4 2006**
ONE DEPOSIT RECEIVED
**JAN 2 4 2006** DVD ()
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE / OFFICE USE ONLY*

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | Cpw | | FORM PA |
|---|---|---|---|
| CHECKED BY | | | |
| | ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a  6**

See Instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**a  7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Stephen Modde c/o ConWest Resources Inc.
1177 Harrison Street, San Francisco, CA 94103-4508

**b**

Area code and daytime telephone number ( 415 ) 321-6601          Fax number ( 415 ) 431-3610

Email stephen@falconstudios.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ConWest Resources Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Todd Montgomery, President & CEO          Date January 10, 2006

Handwritten signature (X) ▼

x _[signature]_

| Certificate will be mailed in window envelope to this address: | Name ▼ Stephen Modde c/o ConWest Resources Inc. |
| | Number/Street/Apt ▼ 1177 Harrison Street |
| | City/State/ZIP ▼ San Francisco CA 94103-4508 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000  Web Rev: June 2002  ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Registration Number:**

## PA 1-609-639

**Effective date of
registration:**

December 26, 2007

---

## Title

**Title of Work:** Road Trip Vol. 1 Russian River

**Previous or Alternative Title:** JVP124

**Nature of Work:** Video Feature (Adult)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 15, 2007     **Nation of 1st Publication:** United States

## Author

■     **Author:** ConWest Resources, Inc., dba Jocks Studios

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No                          **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** ConWest Resources, Inc., dba Jocks Studios

1177 Harrison Street, San Francisco, CA 94103-4508

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Stephen Modde

**Date:** December 20, 2007

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-609-635

**Effective date of
registration:**

December 26, 2007

## Title

|                                 |                            |
|---------------------------------|----------------------------|
| **Title of Work:**              | Road Trip Vol. 2 Santa Cruz |
| **Previous or Alternative Title:** | JVP125                   |
| **Nature of Work:**             | Video Feature (Adult)      |

## Completion/ Publication

|                            |                   |                              |               |
|----------------------------|-------------------|------------------------------|---------------|
| **Year of Completion:**    | 2007              |                              |               |
| **Date of 1st Publication:** | December 10, 2007 | **Nation of 1st Publication:** | United States |

## Author

|                     |                                              |                    |     |
|---------------------|----------------------------------------------|--------------------|-----|
| ■ **Author:**       | ConWest Resources, Inc., dba Jocks Studios   |                    |     |
| **Work made for hire:** | Yes                                      |                    |     |
| **Citizen of:**     | United States                                |                    |     |
| **Anonymous:**      | No                                           | **Pseudonymous:**  | Yes |

## Copyright claimant

|                          |                                              |
|--------------------------|----------------------------------------------|
| **Copyright Claimant:**  | ConWest Resources, Inc., dba Jocks Studios   |
|                          | 1177 Harrison Street, San Francisco, CA 94103-4508 |

## Limitation of copyright claim

|                           |     |
|---------------------------|-----|
| **Previously registered:** | No  |

## Certification

|             |                   |
|-------------|-------------------|
| **Name:**   | Stephen Modde     |
| **Date:**   | December 20, 2007 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-620-019

**Effective date of
registration:**

February 19, 2008

## Title

**Title of Work:** Road Trip, Vol. 3 Yosemite

**Previous or Alternative Title:** JVP126

**Nature of Work:** Video Feature (Adult)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** February 11, 2008     **Nation of 1st Publication:** United States

## Author

■ **Author:** ConWest Resources Inc. dba Jocks Studios

**Author Created:** Entire Video Feature

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No      **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** ConWest Resources Inc. dba Jocks Studios

1177 Harrison Street, San Francisco, CA 94103-4508

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Stephen Modde

**Date:** February 11, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-815

**Effective date of
registration:**

September 9, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Road Trip, Vol. 4 - Big Sur |
| **Previous or Alternative Title:** | JVP127 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | April 21, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■   **Author:** | Conwest Resources, Inc., dba Jocks Studios |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Conwest Resources, Inc., dba Jocks Studios |
| | 1177 Harrison Street, San Francisco, CA 94103-4580 United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Conwest Resources, Inc. | | |
| **Name:** | Stephen P. Modde | | |
| **Email:** | stephen@falconstudios.com | **Telephone:** | 415-596-1119 |
| **Address:** | 1177 Harrison Street | | |
| | San Francisco, CA 94103-4508 United States | | |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-701-371

**Effective date of registration:**

September 9, 2010

## Title

**Title of Work:** Snow Trip, Vol. 5 - Big Bear

**Previous or Alternative Title:** JVP128

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 9, 2009        **Nation of 1st Publication:** United States

## Author

- **Author:** ConWest Resources, Inc., dba Jocks Studios

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Jocks Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com        **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-739

**Effective date of
registration:**

September 9, 2010

## Title
**Title of Work:** Road Trip, Vol. 6 - Temptation Ranch

**Previous or Alternative Title:** JVP129

## Completion/Publication
**Year of Completion:** 2008

**Date of 1st Publication:** October 21, 2008     **Nation of 1st Publication:** United States

## Author
■    **Author:** Conwest Resources, Inc., dba  Jocks Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant
**Copyright Claimant:** Conwest Resources, Inc., dba Jocks Studios

1177 Harrison Street, San Francisco, CA 94103-4508 United States

## Rights and Permissions
**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com     **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-717-184**

**Effective date of registration:**

September 8, 2010

## Title

**Title of Work:** Road Trip, Vol. 7 - Napa Valley

**Previous or Alternative Title:** JVP130

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** November 25, 2008    **Nation of 1st Publication:** United States

## Author

■  **Author:** Conwest Resources, Inc., dba  Jocks Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba  Jocks Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com      **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification

**Name:** Stephen P. Modde

**Date:** September 3, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-717-189**

**Effective date of
registration:**

September 8, 2010

## Title

**Title of Work:** Road Trip, Vol. 8 - Palm Springs

**Previous or Alternative Title:** JVP131

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** February 3, 2009     **Nation of 1st Publication:** United States

## Author

■     **Author:** Conwest Resources, Inc., dba  Jocks Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba  Jocks Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com     **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification

**Name:** Stephen P. Modde

**Date:** September 3, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-698-831

**Effective date of registration:**

September 10, 2010

## Title

|  |  |
|---|---|
| **Title of Work:** | Snow Trip, Vol. 9 - Lake Tahoe |
| **Previous or Alternative Title:** | JVP132 |

## Completion/Publication

|  |  |  |  |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | May 5, 2009 | **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| ■ **Author:** | Conwest Resources, Inc., dba Jocks Studios |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Conwest Resources, Inc., dba Jocks Studios |
| | 1177 Harrison Street, San Francisco, CA, 94103-4580, United States |

## Rights and Permissions

|  |  |  |  |
|---|---|---|---|
| **Organization Name:** | Conwest Resources, Inc. | | |
| **Name:** | Stephen P. Modde | | |
| **Email:** | stephen@falconstudios.com | **Telephone:** | 415-596-1119 |
| **Address:** | 1177 Harrison Street | | |
| | San Francisco, CA 94103-4508 United States | | |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-711

**Effective date of
registration:**

September 10, 2010

---

## Title

| | |
|---|---|
| **Title of Work:** | Road Trip, Vol. 10 - Las Vegas |
| **Previous or Alternative Title:** | JVP133 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | June 30, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Conwest Resources, Inc., dba  Jocks Studios |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Conwest Resources, Inc., dba  Jocks Studios |
| | 1177 Harrison Street, San Francisco, CA 94103-4508 United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Conwest Resources, Inc. | | |
| **Name:** | Stephen P. Modde | | |
| **Email:** | stephen@falconstudios.com | **Telephone:** | 415-596-1119 |
| **Address:** | 1177 Harrison Street | | |
| | San Francisco, CA 94103-4508  United States | | |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-728-096**

**Effective date of
registration:**

September 10, 2010

## Title

**Title of Work:** Road Trip, Vol. 11 - San Francisco

**Previous or Alternative Title:** JVP134

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 25, 2009     **Nation of 1st Publication:** United States

## Author

- **Author:** Conwest Resources, Inc., dba Jocks Studios

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Jocks Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com     **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

**Name:** Stephen P. Modde

**Date:** September 7, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-728-098

**Effective date of
registration:**

September 10, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Road Trip, Vol. 12 - Lake Shasta |
| **Previous or Alternative Title:** | JVP135 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | October 20, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ▪ **Author:** | Conwest Resources, Inc., dba Jocks Studios |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Conwest Resources, Inc., dba Jocks Studios |
| | 1177 Harrison Street, San Francisco, CA, 94103-4508, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Conwest Resources, Inc. | | |
| **Name:** | Stephen P. Modde | | |
| **Email:** | stephen@falconstudios.com | **Telephone:** | 415-596-1119 |
| **Address:** | 1177 Harrison Street | | |
| | San Francisco, CA 94103-4508 United States | | |

## Certification

| | |
|---|---|
| **Name:** | Stephen P. Modde |
| **Date:** | September 7, 2010 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-722-803

**Effective date of
registration:**

September 10, 2010

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Road Trip, Vol. 13 - San Diego
**Previous or Alternative Title:** JVP136

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2009
**Date of 1st Publication:** December 8, 2009          **Nation of 1st Publication:** United States

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

- **Author:** Conwest Resources, Inc., dba  Jocks Studios
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Pseudonymous:** Yes

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Conwest Resources, Inc., dba  Jocks Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions ━━━━━━━━━━━━━━━━━━━━━━━━━

**Organization Name:** Conwest Resources, Inc.
**Name:** Stephen P. Modde
**Email:** stephen@falconstudios.com                **Telephone:**   415-596-1119
**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** Stephen P. Modde
**Date:** September 7, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-702-717

**Effective date of
registration:**

September 10, 2010

## Title

**Title of Work:** Road Trip, Vol. 14 - Hollywood

**Previous or Alternative Title:** JVP137

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 4, 2010      **Nation of 1st Publication:** United States

## Author

■      **Author:** Conwest Resources, Inc., dba Jocks Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Jocks Studios

1177 Harrison Street, San Francisco, CA 94103-4508 United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com      **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-744-776

**Effective date of registration:**

September 10, 2010

## Title

**Title of Work:** Snow Trip, Vol. 15 - Reno

**Previous or Alternative Title:** JVP138

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 10, 2010         **Nation of 1st Publication:** United States

## Author

■        **Author:** Conwest Resources, Inc., dba Jocks Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Jocks Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

**Name:** Stephen P. Modde

**Date:** September 8, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
PA 1-698-788

**Effective date of registration:**
September 10, 2010

## Title

**Title of Work:** Layover - Los Angeles, Part 1

**Previous or Alternative Title:** JVP139

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 21, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Conwest Resources, Inc., dba Jocks Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Jocks Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-706-588

**Effective date of
registration:**

September 10, 2010

## Title

**Title of Work:** Layover - Los Angeles, Part 2

**Previous or Alternative Title:** JVP140

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 2, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Conwest Resources, Inc., dba Jocks Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Jocks Studios

1177 Harrison Street, San Francisco, CA, 94103-4508, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103-4508 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-728-212

**Effective date of
registration:**

December 16, 2010

---

## Title

**Title of Work:** Layover - Los Angeles, Part 3

**Previous or Alternative Title:** JVP141

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 4, 2010    **Nation of 1st Publication:** United States

## Author

■    **Author:** HRW Investments, LLC, dba Jocks Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** HRW Investments, LLC, dba Jocks Studios

1211 Folsom Street, 3rd Floor, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Falcon Entertainment

**Name:** Stephen P Modde

**Email:** stephen@falconstudios.com    **Telephone:** 415-321-6601

**Address:** 1211 Folsom Street

3rd Floor

San Francisco, CA 94103 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-770-912

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Shane's Pool Party

**Previous or Alternative Title:** JVP142

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 17, 2011          **Nation of 1st Publication:** United States

## Author

■          **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-770-940**

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Parker's Mirage

**Previous or Alternative Title:** JVP143

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** March 14, 2011          **Nation of 1st Publication:** United States

## Author

■          **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PAu 3-595-127

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Jesse's Getaway

**Previous or Alternative Title:** JVP144

## Completion/Publication

**Year of Completion:** 2010

## Author

■    **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-764-398

**Effective date of
registration:**

November 7, 2011

---

## Title

**Title of Work:** Blind Lust

**Previous or Alternative Title:** JVP147

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 10, 2011　　**Nation of 1st Publication:** United States

## Author

■　　**Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States　　　　　　**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** October 26, 2011

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001782513 / 2011-12-22

Application Title: Right Here / Right Now .

Title:               Right Here / Right Now .

Description:         Videodisc (DVD)

Copyright Claimant:
                     Christopher Ward Enterprises, LLC.

Date of Creation:    2011

Date of Publication:
                     2011-11-28

Nation of First Publication:
                     United States

Authorship on Application:
                     Christopher Ward Enterprises, LLC, employer for hire;
                     Domicile: United States; Citizenship: United States.
                     Authorship: entire motion picture.

Alternative Title on Application:
                     JVP148

Rights and Permissions:
                     Christopher Ward Enterprises, LLC, 1155 Mission Street, San
                     Francisco, CA, 94103, United States

Names:               Christopher Ward Enterprises, LLC
```
============================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-780-733

**Effective date of
registration:**

March 13, 2012

## Title

**Title of Work:** Escape

**Previous or Alternative Title:** JVP149

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 9, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Ward Enterprises, LLC

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** March 2, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-607-280**

**Effective date of registration:**

March 13, 2012

## Title

**Title of Work:** Twin Heat

**Previous or Alternative Title:** JVP150

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** March 2, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-797-189

**Effective date of
registration:**

May 14, 2012

## Title

**Title of Work:** Roommates

**Previous or Alternative Title:** JVP151

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 26, 2012          **Nation of 1st Publication:** United States

## Author

■          **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States                **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** May 3, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-797-197

**Effective date of registration:**

May 14, 2012

---

## Title

**Title of Work:** Cabin Fever, Part 1

**Previous or Alternative Title:** JVP152

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 22, 2012      **Nation of 1st Publication:** United States

## Author

■ **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103  United States

## Certification

**Name:** Adam Q. Robinson

**Date:** May 3, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-688-964**

**Effective date of registration:**

June 21, 2010

## Title

**Title of Work:** Humping Iron

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** July 1, 2006          **Nation of 1st Publication:** United States

## Author

■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chris Ward Enterprises, LLC

908 Steiner Street, San Francisco, CA

**Transfer Statement:** By written agreement

## Certification

**Name:** Chris Ward

**Date:** June 8, 2010

MBVOII

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-772-991**

**Effective date of
registration:**

October 13, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Gunner World |
| **Previous or Alternative Title:** | MBV019 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | August 13, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Raging Stallion Studios, Inc. | | |
| **Author Created:** | production/producer | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Christopher Ward Enterprises, LLC |
| | 908 Steiner St., San Francisco |
| **Transfer Statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Christopher Ward Enterprises, LLC |

## Certification

| | |
|---|---|
| **Name:** | Chris Ward |
| **Date:** | September 27, 2011 |

| | |
|---|---|
| **Correspondence:** | Yes |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-765-646**

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Diamond Auto

**Previous or Alternative Title:** MBV021

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 1, 2010       **Nation of 1st Publication:** United States

## Author

■       **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-764-404

**Effective date of registration:**

November 7, 2011

## Title

**Title of Work:** Rugburn

**Previous or Alternative Title:** MBV025

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 7, 2011      **Nation of 1st Publication:** United States

## Author

■     **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103 United States

## Certification

**Name:** Adam Q. Robinson

**Date:** October 26, 2011

Type of Work:       Motion Picture

Registration Number / Date:
                    PA0001782516 / 2011-12-22

Application Title: Big Dick Revolution.

Title:              Big Dick Revolution.

Description:        Videodisc (DVD)

Copyright Claimant:
                    Christopher Ward Enterprises, LLC, Transfer: By Assignment.

Date of Creation:   2011

Date of Publication:
                    2011-11-11

Nation of First Publication:
                    United States

Authorship on Application:
                    Raging Stallion Studios, Inc., employer for hire; Domicile:
                    United States; Citizenship: United States. Authorship:
                    production/producer.

Alternative Title on Application:
                    MBV026

Rights and Permissions:
                    Christopher Ward Enterprises, LLC, 908 Steiner St., San
                    Francisco, CA, 94117, United States

Copyright Note:     C.O. correspondence.

Names:              Raging Stallion Studios, Inc.
                    Christopher Ward Enterprises, LLC

====================================================================================

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001782408 / 2012-03-13

Application Title: Nasty Fuckers.

Title:               Nasty Fuckers.

Description:         Videodisc (DVD)

Copyright Claimant:
                     Christopher Ward Enterprises, LLC, Transfer: By Assignment.

Date of Creation:    2011

Date of Publication:
                     2012-01-20

Nation of First Publication:
                     United States

Authorship on Application:
                     Raging Stallion Studios, Inc., employer for hire; Domicile:
                     United States; Citizenship: United States. Authorship:
                     production/producer.

Alternative Title on Application:
                     MBV027

Rights and Permissions:
                     Christopher Ward Enterprises, LLC, 908 Steiner St., San
                     Francisco, CA, 94117, United States

Copyright Note:      C.O. correspondence.

Names:               Raging Stallion Studios, Inc.
                     Christopher Ward Enterprises, LLC
```

==============================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-797-577**

**Effective date of
registration:**

May 14, 2012

## Title

**Title of Work:** It Gets Bigger

**Previous or Alternative Title:** MBV028

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 16, 2012          **Nation of 1st Publication:** United States

## Author

■     **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written Agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117 United States

## Certification

**Name:** Chris Ward

**Date:** May 3, 2012

**Correspondence:** Yes

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0000359517 / 1988-02-23

Title:               Like a horse.

Imprint:             [Los Angeles] : Huge Video,  c1984.

Description:         1 videocassette (VHS) (ca. 70 min.) : sd., col. ; 1/2 in.

Cast:                Steve Henson, Mike Ramsey, Brian Hawkes et al.

Credits:             Produced & directed by Matt Sterling; written by Matt
                     Sterling; photography by Nick Eliott; editing by Jason
                     Sato.

Copyright Claimant:
                     Huge Video, Inc.

Date of Creation:    1984

Date of Publication:
                     1984-06-01

Authorship on Application:
                     writing, production, direction, photos. on box: Huge Video,
                     Inc., employer for hire.

Copyright Note:      C.O. correspondence.

Names:               Sterling, Matt
                     Huge Video, Inc.
```

============================================================================

*Copyright*
*Office*
*of the*
*United*
*States*

THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

22Apr03

| VOLUME | PAGE |
|--------|------|
| 3496 | 693 |
| VOLUME | PAGE |

OFFICIAL SEAL

*Marybeth Peters*

Register of
Copyrights and
Associate
Librarian for
Copyright
Services

Certificate of Recordation
C-762 March 2001—30,000

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION **APR 2 2 2003**
(Assigned by Copyright Office)

| Month | Day | Year |
|---|---|---|

Volume 3496   Page 693

Volume _____   Page _____

FUNDS RECEIVED _____

Do not write above this line.

## To the Register of Copyrights:

*Please record the accompanying original document or copy thereof.*

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)

JOHN L. DUFAULT

HUGE·VIDEO

CONTINENTAL AMERICAN INDUSTRIES

**2** Date of execution and/or effective date of the accompanying document

FEBRUARY 15, 1999
(month)   (day)   (year)

**3** Completeness of document
XX Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
XX Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☐ Other _____

**5** Title of first work as given in the document _____ LIKE A HORSE

**6** Total number of titles in document _____ 13   (THIRTEEN)

**7** Amount of fee calculated
$ 120.00

**8** Fee enclosed
XX Check
☐ Money Order

☐ Fee authorized to be charged to :
Copyright Office
Deposit Account number _____

Account name _____

**9** Affirmation:* I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document. (Affirmation *must* be signed even if you are also signing Space 10.)

Signature TERRY MAHAFFEY, VICE PRESIDENT

Date APRIL 18, 2003

Phone Number (415) 431-7722   Fax Number (415) 431-3610

**10** Certification:* Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature TERRY MAHAFFEY, VICE PRESIDENT
CONTINENTAL AMERICAN INDUSTRIES
Duly Authorized Agent of:

APRIL 18, 2003
Date

Recordation will be mailed in window envelope to this address:

Name▼ SCOTT PEARSON
CONWEST RESOURCES INC.

Number/Street/Apt▼ 1177 HARRISON STREET

City/State/ZIP▼ SAN FRANCISCO, CA 94103-4508

**YOU MUST:**
· Complete all necessary spaces
· Sign your Cover Sheet in Space 9
**SEND ALL 3 ELEMENTS TOGETHER:**
1. Two copies of the Document Cover Sheet
2. Check/money order payable to *Register of Copyrights*
3. Document
**MAIL TO:**
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, or call (202) 707-3000.

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C.§1001.
June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper

V3496 D693

## ASSIGNMENT

### DATED THIS 12TH DAY OF FEBRUARY, 1999

For and in consideration of the sum of $1.00 (one dollar) and
other good and valuable consideration, the receipt and suffi-
ciency of which is hereby acknowledged, JOHN L DUFAULT individu-
ally, a.k.a. MATT STERLING and HUGE VIDEO CORPORATION irrevocably
sells, grants, assigns and sets over to CONTINENTAL AMERICAN
INDUSTRIES, INC., a corporation formed under the laws of the
state of California with its principal place of business at 444
DeHaro Street, Suite 210, San Francisco, California, 94107,all of
his right, title and interest in and to the motion picture
properties identified on Schedule "A" hereto,including, without
limitation, all copyrights in said properties as specifically
described on Schedule A hereto and any renewals and extensions
thereof, now in the United States or any other country or coun-
tries, the negatives, and all actions and causes of actions
related to the foregoing, now in existence or which may hereinaf-
ter come into existence, including but not limited to, claims of
copyright infringement, and infringement of the Lanham Act, 15
U.S.C. 1125(a) and/or state unfair competiton claims relating to
the unlawful use of one or more of the titles to said motion
picture properties, together with all damages, profits, penalties
and other recoveries related thereto.   Excepting therefrom only
the non-assignable and non-exclusive right to sell mail order
retail copies of the Properties to Assignor's mail order custom-
ers during the lifetime of John L. Dufault.

Signed and accepted:

V3496 D693 Page 1

John L. Dufault as Inividual and Assignor _____

Date  2/12/99

John L. Dufault as President
HUGE VIDEO/MATT STERLING FILMS
and Assignor, HUGE VIDEO

Date  2/12/99

Charles M. Holmes, President
CONTINENTAL AMERICAN INDUSTRIES INC.

Date  2-16-99

Page 1 of 2

# <u>SCHEDULE A</u>

1) LIKE A HORSE – directed by Matt Sterling

2) SIZING UP – directed by Matt Sterling

3) INCH BY INCH – directed by Matt Sterling

4) BIGGER THAN LIFE – directed by Matt Sterling

5) STRYKER FORCE – directed by Matt Sterling

6) HEAT IN THE NIGHT – directed by Matt Sterling

7) IDOL EYES – directed by Matt Sterling

8) SCORE TEN – directed by Matt Sterling

9) SCORCHER – directed by Matt Sterling

10) WILD HORSES – directed by Matt Sterling

11) ALL AMERICAN – directed by Matt Sterling

12) TRADEWINDS – directed by Matt Sterling

13) ON YOUR KNEES – directed by Matt Sterling



V3496 D693   Page 2

PAGE 2 OF 2