# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-736-889**

**Effective date of
registration:**

September 29, 2010

## Title

**Title of Work:** Depths of Desire, Part 1

**Previous or Alternative Title:** MVP108

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 16, 2010     **Nation of 1st Publication:** United States

## Author

■    **Author:** Conwest Resources, Inc., dba Mustang Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Mustang Studios

1177 Harrison Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com            **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103  United States

## Certification

**Name:** Stephen P. Modde

**Date:** September 15, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PA 1-736-890

**Effective date of registration:**

September 20, 2010

---

## Title

**Title of Work:** Depths of Desire, Part 2

**Previous or Alternative Title:** MVP109

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 13, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Conwest Resources, Inc., dba Mustang Studios

 **Author Created:** entire motion picture

 **Work made for hire:** Yes

 **Domiciled in:** United States

 **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Conwest Resources, Inc., dba Mustang Studios

1177 Harrison Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Conwest Resources, Inc.

**Name:** Stephen P. Modde

**Email:** stephen@falconstudios.com **Telephone:** 415-596-1119

**Address:** 1177 Harrison Street

San Francisco, CA 94103 United States

## Certification

**Name:** Stephen P. Modde

**Date:** September 15, 2010

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-728-265**

**Effective date of
registration:**

December 16, 2010

## Title

**Title of Work:** Fit For Service

**Previous or Alternative Title:** MVP110

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 29, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** HRW Investments, LLC, dba Mustang Studios

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** HRW Investments, LLC, dba Mustang Studios

1211 Folsom Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** HRW Investments, LLC

**Name:** Stephen P Modde

**Email:** stephen@falconstudios.com          **Telephone:** 415-321-6601

**Address:** 1211 Folsom Street

San Francisco, CA 94103 United States

## Certification

**Name:** Stephen Modde

**Date:** December 10, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-770-865

**Effective date of registration:**

October 13, 2011

---

## Title

**Title of Work:** Man Up

**Previous or Alternative Title:** MVP111

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 24, 2011     **Nation of 1st Publication:** United States

## Author

■    **Author:** Christopher Ward Enterprises, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

1155 Mission Street, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 1155 Mission Street

San Francisco, CA 94103 United States

## Certification

**Name:** Adam Q. Robinson

**Date:** September 27, 2011

---

```
Type of Work:      Motion Picture

Registration Number / Date:
                   PA0001782417 / 2011-12-22

Application Title: Golden Gate: Seduced By San Francisco.

Title:             Golden Gate: Seduced By San Francisco.

Description:       2 Videodiscs (DVD)

Copyright Claimant:
                   Christopher Ward Enterprises, LLC, Transfer: By Assignment.

Date of Creation:  2011

Date of Publication:
                   2011-10-21

Nation of First Publication:
                   United States

Authorship on Application:
                   Raging Stallion Studios, Inc., employer for hire; Domicile:
                   United States; Citizenship: United States. Authorship:
                   production/producer.

Alternative Title on Application:
                   NSV003

Rights and Permissions:
                   Christopher Ward Enterprises, LLC, 908 Steiner St., San
                   Francisco, CA, 94117, United States

Copyright Note:    C.O. correspondence.

Names:             Raging Stallion Studios, Inc.
                   Christopher Ward Enterprises, LLC
```

========================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-797-578**

**Effective date of registration:**

May 14, 2012

---

**Title**

Title of Work: Golden Gate: Tourist Season

Previous or Alternative Title: NSV004

**Completion/Publication**

Year of Completion: 2012

Date of 1st Publication: April 6, 2012     Nation of 1st Publication: United States

**Author**

■  Author: Raging Stallion Studios, Inc.

Author Created: production/producer

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

**Copyright claimant**

Copyright Claimant: Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

Transfer Statement: By Written agreement.

**Rights and Permissions**

Organization Name: Christopher Ward Enterprises, LLC

Address: 908 Steiner St.

San Francisco, CA 94117 United States

**Certification**

Name: Chris Ward

Date: May 3, 2012

---

Correspondence: Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-770-872**

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** Nexus

**Previous or Alternative Title:** RSS004

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** May 2, 2003     **Nation of 1st Publication:** United States

## Author

■     **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

RSS004

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-772-993**

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Gay Dreams

**Previous or Alternative Title:** RSS007

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** October 1, 2003      **Nation of 1st Publication:** United States

## Author

■      **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States           **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-772-976**

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** Porn Star Is Born

**Previous or Alternative Title:** RSS011

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** May 1, 2003    **Nation of 1st Publication:** United States

## Author

■ **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-643

**Effective date of
registration:**

October 13, 2011

---

## Title

**Title of Work:** Plexus

**Previous or Alternative Title:** RSS013

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** October 1, 2003     **Nation of 1st Publication:** United States

## Author

■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-772-973

**Effective date of registration:**
October 13, 2011

## Title

**Title of Work:** Passport to Paradise

**Previous or Alternative Title:** RSS019

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** November 1, 2004          **Nation of 1st Publication:** United States

## Author

■          **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-688-959

**Effective date of
registration:**

June 21, 2010

## Title

**Title of Work:** Manifesto

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** January 1, 2006     **Nation of 1st Publication:** United States

## Author

■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chris Ward Enterprises, LLC

908 Steiner Street, San Francisco, CA

**Transfer Statement:** By written agreement

## Certification

**Name:** Chris Ward

**Date:** June 8, 2010

RSS022

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

PA 1-688-957

**Effective date of
registration:**

June 21, 2010

## Title

**Title of Work:** Arabesque

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** November 1, 2005          **Nation of 1st Publication:** United States

## Author

■          **Author:** Raging Stallion Studios, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chris Ward Enterprises, LLC

908 Steiner Street, San Francisco, CA

**Transfer Statement:** By written agreement

## Certification

**Name:** Chris Ward

**Date:** June 8, 2010

RSS023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-688-963**

**Effective date of
registration:**

June 21, 2010

---

## Title

**Title of Work:** Bedroom Eyes

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** September 1, 2006      **Nation of 1st Publication:** United States

## Author

■        **Author:** Raging Stallion Studios, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States            **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chris Ward Enterprises, LLC

908 Steiner Street, San Francisco, CA

**Transfer Statement:** By written agreement

## Certification

**Name:** Chris Ward

**Date:** June 8, 2010

RSS026

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-772-978**

**Effective date of registration:**
October 13, 2011

## Title

**Title of Work:** Lords of the Jungle

**Previous or Alternative Title:** RSS028

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 19, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Raging Stallion Studios, Inc.

 **Author Created:** production/producer

 **Work made for hire:** Yes

 **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-770-923**

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** INSTINCT

**Previous or Alternative Title:** RSS029

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 24, 2007          **Nation of 1st Publication:** United States

## Author

■          **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-770-898**

**Effective date of registration:**
October 13, 2011

## Title

**Title of Work:** Playback
**Previous or Alternative Title:** RSS034

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** October 20, 2007    **Nation of 1st Publication:** United States

## Author

- **Author:** Raging Stallion Studios, Inc.
  **Author Created:** production/producer

  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC
908 Steiner St., San Francisco
**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward
**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-688-968

**Effective date of
registration:**

June 21, 2010

**Title** ─────────────────────────────

**Title of Work:** Ink Storm

**Completion/Publication** ─────────────────

**Year of Completion:** 2005

**Date of 1st Publication:** November 1, 2005     **Nation of 1st Publication:** United States

**Author** ─────────────────────────────

■     **Author:** Raging Stallion Studios, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

**Copyright claimant** ───────────────────

**Copyright Claimant:** Chris Ward Enterprises, LLC

908 Steiner Street, San Francisco, CA

**Transfer Statement:** By written agreement

**Certification** ────────────────────────

**Name:** Chris Ward

**Date:** June 8, 2010

RSS035

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-688-970**

**Effective date of registration:**

June 21, 2010

## Title

**Title of Work:** GRUNTS - The New Recruits

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 23, 2007    **Nation of 1st Publication:** United States

## Author

- **Author:** Raging Stallion Studios, Inc.

    **Author Created:** entire motion picture

    **Work made for hire:** Yes

    **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chris Ward Enterprises, LLC

908 Steiner Street, San Francisco, CA

**Transfer Statement:** By written agreement

## Certification

**Name:** Chris Ward

**Date:** June 8, 2010

RSS036

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-772-966**

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** SAVAGE

**Previous or Alternative Title:** RSS041

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** February 19, 2008          **Nation of 1st Publication:** United States

## Author

■        **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States              **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

PA 1-688-971

**Effective date of registration:**

June 21, 2010

## Title

**Title of Work:** 4th Floor

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 23, 2008     **Nation of 1st Publication:** United States

## Author

▪    **Author:** Raging Stallion Studios, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chris Ward Enterprises, LLC

908 Steiner Street, San Francisco, CA

**Transfer Statement:** By written agreement

## Certification

**Name:** Chris Ward

**Date:** June 8, 2010

RSS042

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-770-941

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** Ereccion

**Previous or Alternative Title:** RSS054

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** April 2, 2009  **Nation of 1st Publication:** United States

## Author

■ **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-770-916**

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** MENACE

**Previous or Alternative Title:** RSS055

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** April 16, 2009    **Nation of 1st Publication:** United States

## Author

■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, NC 94117 United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-693-916

**Effective date of
registration:**

June 21, 2010

## Title

**Title of Work:** Porn Stars In Love

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 1, 2009      **Nation of 1st Publication:** United States

## Author

■      **Author:** Raging Stallion Studios, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chris Ward Enterprises, LLC

908 Steiner Street, San Francisco, CA 94107

**Transfer Statement:** By written agreement

## Certification

**Name:** Chris Ward

**Date:** June 8, 2010

**Correspondence:** Yes

RSS056

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-688-973

**Effective date of
registration:**

June 21, 2010

---

## Title

**Title of Work:** The Visitor

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 10, 2009     **Nation of 1st Publication:** United States

## Author

▪    **Author:** Raging Stallion Studios, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chris Ward Enterprises, LLC

908 Steiner Street, San Francisco, CA

**Transfer Statement:** By written agreement

## Certification

**Name:** Chris Ward

**Date:** June 8, 2010

RSS058

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-772-974**

**Effective date of registration:**

October 13, 2011

---

**Title** ─────────────────────────────────

**Title of Work:** The Trap

**Previous or Alternative Title:** RSS060

**Completion/Publication** ─────────────────

**Year of Completion:** 2009

**Date of 1st Publication:** September 1, 2009     **Nation of 1st Publication:** United States

**Author** ──────────────────────────────

■     **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States                     **Domiciled in:** United States

**Copyright claimant** ──────────────────────

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written agreement

**Rights and Permissions** ───────────────────

**Organization Name:** Christopher Ward Enterprises, LLC

**Certification** ───────────────────────────

**Name:** Chris Ward

**Date:** September 27, 2011

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-772-980

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Nailed & Screwed

**Previous or Alternative Title:** RSS061

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 8, 2009    **Nation of 1st Publication:** United States

## Author

■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-660

**Effective date of registration:**

October 13, 2011

---

## Title

**Title of Work:** Focus

**Previous or Alternative Title:** RSS064

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 1, 2010     **Nation of 1st Publication:** United States

## Author

■     **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117 United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-765-657**

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** Unloaded

**Previous or Alternative Title:** RSS066

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 1, 2010     **Nation of 1st Publication:** United States

## Author

■     **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-765-597**

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Refocus

**Previous or Alternative Title:** RSS068

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** April 1, 2010   **Nation of 1st Publication:** United States

## Author

■   **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-589

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Heat of the Moment

**Previous or Alternative Title:** RSS070

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 1, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-765-583**

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** Tales Of The Arabian Nights, Part 1

**Previous or Alternative Title:** RSS071

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 1, 2010    **Nation of 1st Publication:** United States

## Author

- **Author:** Raging Stallion Studios, Inc.

  **Author Created:** production/producer

  **Work made for hire:** Yes

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-771-036

**Effective date of
registration:**

January 20, 2012

## Title

**Title of Work:** Tales Of The Arabian Nights, Part 2

**Previous or Alternative Title:** RSS072

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 1, 2010          **Nation of 1st Publication:** United States

## Author

■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-585

**Effective date of
registration:**

October 13, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Arab Heat |
| **Previous or Alternative Title:** | RSS075 |

## Completion/Publication

| | | |
|---|---|---|
| **Year of Completion:** | 2009 | |
| **Date of 1st Publication:** | July 1, 2010 | **Nation of 1st Publication:** United States |

## Author

| | | |
|---|---|---|
| **Author:** | Raging Stallion Studios, Inc. | |
| **Author Created:** | production/producer | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | United States | **Domiciled in:** United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Christopher Ward Enterprises, LLC |
| | 908 Steiner St., San Francisco |
| **Transfer Statement:** | By Written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Christopher Ward Enterprises, LLC |
| **Address:** | 908 Steiner St. |
| | San Francisco, CA 94117 United States |

## Certification

| | |
|---|---|
| **Name:** | Chris Ward |
| **Date:** | September 27, 2011 |

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-618

**Effective date of
registration:**

October 13, 2011

## Title

|  |  |
|---|---|
| **Title of Work:** | Steamworks |
| **Previous or Alternative Title:** | RSS076 |

## Completion/Publication

|  |  |  |  |
|---|---|---|---|
| **Year of Completion:** | 2010 |  |  |
| **Date of 1st Publication:** | August 1, 2010 | **Nation of 1st Publication:** | United States |

## Author

|  |  |  |  |
|---|---|---|---|
| ■ **Author:** | Raging Stallion Studios, Inc. |  |  |
| **Author Created:** | production/producer |  |  |
| **Work made for hire:** | Yes |  |  |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Christopher Ward Enterprises, LLC |
|  | 908 Steiner St., San Francisco |
| **Transfer Statement:** | By written agreement |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Christopher Ward Enterprises, LLC |
| **Address:** | 908 Steiner St. |
|  | San Francisco, CA 94117  United States |

## Certification

|  |  |
|---|---|
| **Name:** | Chris Ward |
| **Date:** | September 27, 2011 |

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-611

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Swallow Seed Co

**Previous or Alternative Title:** RSS077

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 1, 2010   **Nation of 1st Publication:** United States

## Author

■   **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-578

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Caught On Tape

**Previous or Alternative Title:** RSS078

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 1, 2010       **Nation of 1st Publication:** United States

## Author

■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States                **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-770-869

**Effective date of
registration:**

October 13, 2011

---

## Title

**Title of Work:** Brutal Part One

**Previous or Alternative Title:** RSS080

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 1, 2010      **Nation of 1st Publication:** United States

## Author

■      **Author:** Raging Stallion Studios, LLC

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117 United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-636

**Effective date of
registration:**

October 13, 2011

---

## Title

**Title of Work:** Brutal Part Two

**Previous or Alternative Title:** RSS081

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 1, 2010     **Nation of 1st Publication:** United States

## Author

■ **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written Agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-563

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** Night Maneuvers

**Previous or Alternative Title:** RSS082

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 1, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written Agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001782549 / 2011-12-22

Application Title: Cowboys Pt. 1.

Title:               Cowboys Pt. 1.

Description:         Videodisc (DVD)

Copyright Claimant:
                     Christopher Ward Enterprises, LLC, Transfer: By Assignment.

Date of Creation:    2011

Date of Publication:
                     2012-01-16

Authorship on Application:
                     Raging Stallion Studios, Inc., employer for hire; Domicile:
                     United States; Citizenship: United States. Authorship:
                     production/producer.

Alternative Title on Application:
                     RSS090

Rights and Permissions:
                     Christopher Ward Enterprises, LLC, 908 Steiner St., San
                     Francisco, CA, 94117, United States

Copyright Note:      C.O. correspondence.

Names:               Raging Stallion Studios, Inc.
                     Christopher Ward Enterprises, LLC

============================================================================

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0001782412 / 2012-03-13

Application Title: Cowboys Pt. 2.

Title:               Cowboys Pt. 2.

Description:         Videodisc (DVD)

Copyright Claimant:
                     Christopher Ward Enterprises, LLC, Transfer: By Assignment.

Date of Creation:  2011

Date of Publication:
                     2012-02-03

Nation of First Publication:
                     United States

Authorship on Application:
                     Raging Stallion Studios, Inc., employer for hire; Domicile:
                     United States; Citizenship: United States. Authorship:
                     production/producer.

Alternative Title on Application:
                     RSS091

Rights and Permissions:
                     Christopher Ward Enterprises, LLC, 908 Steiner St., San
                     Francisco, CA, 94117, United States

Copyright Note:    C.O. correspondence.

Names:               Raging Stallion Studios, Inc.
                     Christopher Ward Enterprises, LLC
```

====================================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-797-575

**Effective date of
registration:**

May 14, 2012

## Title

**Title of Work:** Alone On The Range

**Previous or Alternative Title:** RSS092

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 9, 2012

**Nation of 1st Publication:** United States

## Author

■ **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written Agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117 United States

## Certification

**Name:** Chris Ward

**Date:** May 3, 2012

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-597-060

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** Pounded Down

**Previous or Alternative Title:** RSS093

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PAu 3-597-061

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Wood Shop

**Previous or Alternative Title:** RSS094

## Completion/Publication

**Year of Completion:** 2011

## Author

■  **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States                **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written agreement.

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117 United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PAu 3-589-310

**Effective date of registration:**
November 7, 2011

## Title

**Title of Work:** Suited For Sex

**Previous or Alternative Title:** RSS095

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States            **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117 United States

## Certification

**Name:** Chris Ward

**Date:** October 26, 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-602-544

**Effective date of
registration:**

December 27, 2011

---

## Title

**Title of Work:** Alley Cats

**Previous or Alternative Title:** RSS096

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** December 13, 2011

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-797-348

**Effective date of
registration:**

May 14, 2012

## Title

**Title of Work:** Cockwork

**Previous or Alternative Title:** RSS097

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 24, 2012       **Nation of 1st Publication:** United States

## Author

■          **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written Agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** May 3, 2012

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-797-580

**Effective date of registration:**

May 14, 2012

## Title

**Title of Work:** Fucked Up

**Previous or Alternative Title:** RSS098

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** March 30, 2012      **Nation of 1st Publication:** United States

## Author

**Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written Agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117 United States

## Certification

**Name:** Chris Ward

**Date:** May 3, 2012

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-797-571

**Effective date of
registration:**

May 14, 2012

## Title

|                                   |              |
|----------------------------------:|--------------|
| **Title of Work:** | Fucked Down |
| **Previous or Alternative Title:** | RSS099 |

## Completion/Publication

|                             |                |                                  |                |
|----------------------------:|----------------|---------------------------------:|----------------|
| **Year of Completion:** | 2012 | | |
| **Date of 1st Publication:** | April 27, 2012 | **Nation of 1st Publication:** | United States |

## Author

|                        |                              |                   |               |
|-----------------------:|------------------------------|------------------:|---------------|
| ■      **Author:** | Raging Stallion Studios, Inc. | | |
| **Author Created:** | production/producer | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

|                           |                                    |
|--------------------------:|------------------------------------|
| **Copyright Claimant:** | Christopher Ward Enterprises, LLC |
| | 908 Steiner St., San Francisco |
| **Transfer Statement:** | By Written Agreement |

## Rights and Permissions

|                          |                                    |
|-------------------------:|------------------------------------|
| **Organization Name:** | Christopher Ward Enterprises, LLC |
| **Address:** | 908 Steiner St. |
| | San Francisco, CA 94117  United States |

## Certification

|            |              |
|-----------:|--------------|
| **Name:** | Chris Ward |
| **Date:** | May 3, 2012 |

|                     |     |
|--------------------:|-----|
| **Correspondence:** | Yes |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-688-961

**Effective date of
registration:**

June 21, 2010

## Title

**Title of Work:** Sexpack 9

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** May 1, 2002      **Nation of 1st Publication:** United States

## Author

■     **Author:** Raging Stallion Studios, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chris Ward Enterprises, LLC

908 Steiner Street, San Francisco

**Transfer Statement:** By written agreement

## Certification

**Name:** Chris Ward

**Date:** June 8, 2010

SPX009

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-765-656**

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** Private Resort: Boys in the Sun

**Previous or Alternative Title:** TWK002

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 27, 2009          **Nation of 1st Publication:** United States

## Author

■          **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-577

**Effective date of registration:**

October 13, 2011

---

## Title

**Title of Work:** Southern Pride: Boys in Heat

**Previous or Alternative Title:** TWK003

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 9, 2009          **Nation of 1st Publication:** United States

## Author

- **Author:** Raging Stallion Studios, Inc.

  **Author Created:** production/producer

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-645

**Effective date of registration:**

October 13, 2011

## Title

**Title of Work:** Real Big: Boys Measuring Up!

**Previous or Alternative Title:** TWK002 TWK004

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 1, 2010    **Nation of 1st Publication:** United States

## Author

■    **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-591

**Effective date of
registration:**

October 13, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Big Dicked Twinks |
| **Previous or Alternative Title:** | TWK004 |

## Completion/Publication

| | | |
|---|---|---|
| **Year of Completion:** | 2008 | |
| **Date of 1st Publication:** | April 1, 2010 | **Nation of 1st Publication:** United States |

## Author

| | | |
|---|---|---|
| ■ **Author:** | Raging Stallion Studios, Inc. | |
| **Author Created:** | production/producer | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | United States | **Domiciled in:** United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Christopher Ward Enterprises, LLC |
| | 908 Steiner St., San Francisco |
| **Transfer Statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Christopher Ward Enterprises, LLC |
| **Address:** | 908 Steiner St. |
| | San Francisco, CA 94117 United States |

## Certification

| | |
|---|---|
| **Name:** | Chris Ward |
| **Date:** | September 27, 2011 |

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-566

**Effective date of
registration:**

October 13, 2011

## Title

| | |
|---|---|
| **Title of Work:** | So You Wanna Fuck? |
| **Previous or Alternative Title:** | TWK006 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | July 1, 2010 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Raging Stallion Studios, Inc. | | |
| **Author Created:** | production/producer | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Christopher Ward Enterprises, LLC |
| | 908 Steiner St., San Francisco |
| **Transfer Statement:** | By Written Agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Christopher Ward Enterprises, LLC |
| **Address:** | 908 Steiner St. |
| | San Francisco, CA 94117  United States |

## Certification

| | |
|---|---|
| **Name:** | Chris Ward |
| **Date:** | September 27, 2011 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-568

**Effective date of
registration:**

October 13, 2011

## Title

**Title of Work:** Busted!!! You Got Me!

**Previous or Alternative Title:** TWK007

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 1, 2010      **Nation of 1st Publication:** United States

## Author

▪ **Author:** Raging Stallion Studios, Inc.

**Author Created:** production/producer

**Work made for hire:** Yes

**Citizen of:** United States                **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Ward Enterprises, LLC

908 Steiner St., San Francisco

**Transfer Statement:** By Written agreement

## Rights and Permissions

**Organization Name:** Christopher Ward Enterprises, LLC

**Address:** 908 Steiner St.

San Francisco, CA 94117  United States

## Certification

**Name:** Chris Ward

**Date:** September 27, 2011

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-765-588

**Effective date of
registration:**

October 13, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Young Warriors: Taking One for the Team |
| **Previous or Alternative Title:** | TWK008 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | October 1, 2010 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Raging Stallion Studios, Inc. |
| **Author Created:** | production/producer |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States     **Domiciled in:**   United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Christopher Ward Enterprises, LLC |
| | 908 Steiner St., San Francisco |
| **Transfer Statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Christopher Ward Enterprises, LLC |
| **Address:** | 908 Steiner St. |
| | San Francisco, CA 94117  United States |

## Certification

| | |
|---|---|
| **Name:** | Chris Ward |
| **Date:** | September 27, 2011 |

| | |
|---|---|
| **Correspondence:** | Yes |