# Exhibit C

## ASSIGNMENT OF COPYRIGHT

**THIS ASSIGNMENT** (the "Assignment") made as of the 2nd day of January, 2009 (the "Effective Date"), is by and among Chris Ward, an individual residing in California ("Ward"), Raging Stallion Studios, Inc., a California corporation ("RS ") (Ward and RS are sometimes referred to herein as "Assignors") and  Chris Ward Enterprises, LLC, a California limited liability company ("Assignee").

**WHEREAS**, RS and Ward (through his association with RS) own certain rights including but not limited to the copyrights in the Films appearing on Schedule A;

**WHEREAS,** for the purposes of this Assignment, "Films" means motion pictures, shorts, television programming or other filmed entertainment, and the components thereof (whether or not now known or recognized) as to which any Assignor own any right, title, interest or copyright, including but not limited to any underlying literary, musical or dramatic work in the Films;

**WHEREAS,** Assignors desire to transfer all of their right, title and interest in the Films to the Assignee; and

**WHEREAS**, the Assignee desires to acquire all right, title and interest of the copyright and other rights to the Films held by the Assignors;

**NOW THEREFORE**, in consideration of the promises and mutual obligations set forth herein and for other good and valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the parties agree as follows:

Assignors hereby assign, sell and transfer unto Assignee each Assignor's entire right, title and interest of and to the Copyrights and other rights in the Films under the Copyright Act, including all rights of recovery for past infringement thereof, to have and to hold for its own use, and for the use of its successors and assigns, as fully and completely as those rights would have been held by Assignee had this assignment and sale not been made. Assignors agree to secure, execute and deliver such further documents as may be necessary to convey or record title to the Films.

This the 2nd day of January, 2009.

[signature page follows]

Assignors:

Christopher Ward

**Raging Stallion Studios, Inc.**

Christopher Ward, President

Assignee:

**Christopher Ward Enterprises LLC**

Christopher Ward, Manager

Signature Page
Assignment of Copyright

\7293000

PAGE 4/4 * RCVD AT 2/12/2009 12:44:41 AM [Eastern Standard Time] * SVR:RIGHTFAX/4 * DNIS:5448 * CSID:4158641680 * DURATION (mm-ss):00-38

**Schedule A**

**Films**

Assignment to C W Enterprises

1. Raging Stallion

| VIDEO TITLE |
| --- |
| Afternoon Delights |
| And the Winner Is |
| Apex |
| Arabesque 2Disc DVD |
| Arabian Fist |
| AssQuest DVD |
| AssQuest2 |
| Bang That Ass |
| Barback |
| Bedroom Eyes |
| Best of Francois Sagat Vol. 1 |
| Best of Francois Sagat Vol. 2 |
| Best of Francois Sagat Vol. 3 |
| Best of Manuel Torres |
| Best of Remy Delaine |
| Best of Shane Rollins Vol. 1 |
| Best of Shane Rollins Vol. 2 |
| Best of Tom Vacarro |
| Big Bigger Biggest Part 1 |
| Big Bigger Biggest Part 2 |
| Bohemian Rhapsody |
| Boners |
| Bound Beaten & Banged |
| Centurian Muscle |
| Chute |
| Clash of the Zues Men |
| CM2: Alpha |
| CM3: Omega |
| CM4: Erotikus |
| CM5: Maximus |
| CM6: Monument |
| Construction Zone 1 |
| Construction Zone 2 |
| Construction Zone 3 |
| Cops Gone Bad |
| Cum On Aussie |
| Dirty Director |

PAGE 6/11 * RCVD AT 2/13/2009 1:44:00 AM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:5448 * CSID:4158641680 * DURATION (mm-ss):01-08

Down Right Dangerous
Escape from SF
Escape from Sydney
Faster! Faster! FUCK Me Harder!
Fist and Shout part 1
Fist and Shout part 2
Flogged+Fucked / Painful Endurance
FP# 2: Ass Masters
FP#1 : Extreme Penetration
FP#14: ManCaves
FP#15: Fist Fuck
FP#16: Hand It Over
FP#17: GRUNTS Fisting: Arm of One
FP#18: Your Ass Is Mine
FP#19: Fist Bump
FP#3: Up For Grabs
FP#4: Nutts for Butts
FP#5: Anal Tap
FP#6: Can Openers
FP#9: Stretch
FP10: Best in Hole
FP7: Twist My Arm
FP8: Elbow Room
Fuck Flik #1
Fuck Flik #2
Fuck My Ass, I'll Suck Your Cock!
Fuck My Eager Hungry Hole
Gaydreams
Gaydreams 2
Going Deep Down Under
GRUNTS: Brothers In Arms
GRUNTS: Misconduct
GRUNTS: The New Recruits
HAIRY BOYZ 10
Hairy Boyz 11
Hairy Boyz 5
Hairy Boyz 7
Hairyboyz
HairyBoyz 2
Hairyboyz 3

WHITE                4158641680        23:34    02/12/2009

HairyBoyz 4
HairyBoyz 6
HairyBoyz 8
HairyBoyz 9
Hard as Wood
Hard at Work
Hardsex
Heat Stroke Highway
Here a Fuck, There a Fuck
Hold Everything
Hole Sweet Hole
Home Bodies
Hot Properties
Hotter Than Hell 1
Hotter Than Hell 2
Humongous Cocks #1
Humping Iron
Hunter Hunted
Induction
Initiation / 2nd Iitit
Ink Stain
Ink Storm
Instinct
Jock Itch
Jock Itch 2: Balls to the Wall
Knigt after Night-DVD
Lords of the Jungle
Lube Job
Manhattan
Manholes
Manifesto
Mirage
Monster Bang Gold
Monster Bang Gold 2
Muscle Shop
NeXus
On The Job
Pace
Packin' Loads
Party in the Rear

PAGE 8/11 * RCVD AT 2/13/2009 1:44:00 AM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:5448 * CSID:4158641680 * DURATION (mm-ss):01-08

Passport to Paradise
Piss Off
Playback
PleXus
Poke Prod & Penetrate
Pokin' in the Boys Room
Porn Star is Born
Probe
Punishment Chamber
Raider of the Lost Arse
Rear Deliveries
Rear End Collision #1
Rear End Collision #2
Red and the Black
Red Star
Resort to Anything
Roid Rage
Rookies- Filthy Amateur Jocks
Savage
SEXPACK 1
SEXPACK 10
Sexpack 2
SEXPACK 3
SEXPACK 4
SEXPACK 5
SEXPACK 6
SEXPACK 7
SEXPACK 8
SEXPACK 9
SeXus
Shaft
Sounding # 1
Sounding #2
Stick It In
Stoked 1
Stoked 2
Studs
Surf Shack
Tailpipes
Take it Like a Man

PAGE 9/11 * RCVD AT 2/13/2009 1:44:00 AM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:5448 * CSID:415861680 * DURATION (mm-ss):01-08

Team Players
Terms of Endowment
The 4th Floor
The 5th Floor
The Big Island
The Drifter
To the Last Man Part 1- The Gathering Storm
To The Last Man Part 2- Guns Blazing
Tommy Blade: Forbidden Dreams
Toolbox- #1 Drilled
Toolbox- #2 Hammered
Toolbox- #3 Screwed
Trouser Trout
Up My Ass & Down My Throat
Up the Stakes
XXXXtreme SeXXXX
Young Bucks
Your Masters

2. High Octane

Backdraft Men
Bodyguards
Border Patrol
Boys Of The Bastille
Club Cruise
Cock Tales
College Cocks
College Cocks 2
Commandos
Deep Probe
Euro Tools
Fair Catch
Farm Boys
Fire Pump
Fly Boys
Goodfellows
Hardwood
Horse Club
Hot Property
Hot Type
Hotel hunk

PAGE 10/11 * RCVD AT 2/13/2009 1:44:00 AM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:5448 * CSID:4158641680 * DURATION (mm-ss):01-08

|  |  |
|---|---|
|  | In The Wild |
|  | Knock Out |
|  | Lockdown |
|  | Machine Men |
|  | Male Search |
|  | Male Watch |
|  | maneuvers |
|  | Masters & Servants |
|  | Med Troopers |
|  | Medic Men |
|  | Moto Studs |
|  | Moving Men |
|  | Muscle Hustle |
|  | Payload |
|  | Pool Party |
|  | Prison |
|  | Ransom |
|  | Room Mates |
|  | Rough Riders |
|  | Score |
|  | sportsmen |
|  | Squadron |
|  | Swim Meat |
|  | Swim Meat 2 |
|  | Tattooed Tools |
|  | Tough Types |
|  | Ultimate Warriors |
|  | Uncut Memories |
|  | Under Arrest |
|  | Underground |
| 3. Pistol Media Titles | Sexgaymes -- And the Winner Is |
|  | Sexgaymes -- Up the Stakes |
|  | Sexgaymes -- Pace |
|  | Young Bucks |
|  | Escape from Sydney |
|  | Surf Shack |
|  | Hold Everything |
|  | Team Players |
|  | Going Deep Down Under |
|  | Rookies |

WHITE                    4158641680        23:34   02/12/2009

PAGE 11/11 · RCVD AT 2/13/2009 1:44:00 AM [Eastern Standard Time] · SVR:RIGHTFAX/2 · DNIS:5448 · CSID:415864 1680 · DURATION (mm-ss):01-08

Cum on Aussie
Muscle Shop
Escape from San Francisco

## ASSIGNMENT OF COPYRIGHT

**THIS ASSIGNMENT** (the "Assignment") made as of the 2nd day of January, 2009 (the "Effective Date"), is by and between the undersigned ("Assignors"), and RSS Royalty Trust, a trust organized under the laws of the State of California ("Assignee").

**WHEREAS**, through their association with Raging Stallion Studios, Assignors own certain rights including but not limited to the copyrights in the Films appearing on Schedule A;

**WHEREAS**, for the purposes of this Assignment, "Films" means motion pictures, shorts, television programming or other filmed entertainment, and the components thereof (whether or not now known or recognized) as to which any Assignor owns any right, title, interest or copyright through his association with Raging Stallion Studios, including but not limited to any underlying literary, musical or dramatic work in the Films;

**WHEREAS**, Assignors desire to transfer all of their right, title and interest in the Films to the Assignee; and

**WHEREAS**, the Assignee desires to acquire all right, title and interest of the copyright and other rights to the Films held by the Assignors;

**NOW THEREFORE**, in consideration of the promises and mutual obligations set forth herein and for other good and valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the parties agree as follows:

Assignors hereby assign, sell and transfer unto Assignee their entire right, title and interest of and to the Copyrights and other rights in the Films under the Copyright Act, including all rights of recovery for past infringement thereof, to have and to hold for its own use, and for the use of its successors and assigns, as fully and completely as those rights would have been held by Assignee had this assignment and sale not been made. Assignors agree to secure, execute and deliver such further documents as may be necessary to convey or record title to the Films.

**Counterparts. This Assignment may be executed in a number of counterparts, each of which shall constitute an original, but such counterparts shall together constitute but one and the same instrument.**

This the 2nd day of January, 2009.

Signature on following page

/
/
/

RSS Royalty Trust
SII Assignment
1/29/2009

Additional Assignors: Raging Stallion Studio Shareholders:

John Duffy: _____  100 Shares

Kent Taylor: _____  150 Shares

Ben Leon: _____  10 Shares

Maurice Duran: _____  100 Shares

Martin Rosenthal: _____  40 Shares

Michael Phillips: _____  90 Shares

Totals:   490

Acceptance by Assignees:

Kent Taylor: _____  **Kent Taylor, Trustee of Raging Stallion Royalty Trust**

Christopher E. Ward: _____  **Christopher Ward, Trustee of Raging Stallion Royalty Trust**

RSS Royalty Trust
SH Assignment
1/29/2009

## Schedule A

### Films

RSS Royalty Trust
SH Assignment
1/29/2009

1. Raging Stallion

| VIDEO TITLE |
| --- |
| Afternoon Delights |
| And the Winner Is |
| Apex |
| Arabesque 2Disc DVD |
| Arabian Fist |
| AssQuest DVD |
| AssQuest2 |
| Bang That Ass |
| Barback |
| Bedroom Eyes |
| Best of Francois Sagat Vol. 1 |
| Best of Francois Sagat Vol. 2 |
| Best of Francois Sagat Vol. 3 |
| Best of Manuel Torres |
| Best of Remy Delaine |
| Best of Shane Rollins Vol. 1 |
| Best of Shane Rollins Vol. 2 |
| Best of Tom Vacarro |
| Big Bigger Biggest Part 1 |
| Big Bigger Biggest Part 2 |
| Bohemian Rhapsody |
| Boners |
| Bound Beaten & Banged |
| Centurian Muscle |
| Chute |
| Clash of the Zues Men |
| CM2: Alpha |
| CM3: Omega |
| CM4: Erotikus |
| CM5: Maximus |
| CM6: Monument |
| Construction Zone 1 |
| Construction Zone 2 |
| Construction Zone 3 |
| Cops Gone Bad |
| Cum On Aussie |
| Dirty Director |

Down Right Dangerous
Escape from SF
Escape from Sydney
Faster! Faster! FUCK Me Harder!
Fist and Shout part 1
Fist and Shout part 2
Flogged+Fucked / Painful Endurance
FP# 2: Ass Masters
FP#1 : Extreme Penetration
FP#14: ManCaves
FP#15: Fist Fuck
FP#16: Hand It Over
FP#17: GRUNTS Fisting: Arm of One
FP#18: Your Ass Is Mine
FP#19: Fist Bump
FP#3: Up For Grabs
FP#4: Nutts for Butts
FP#5: Anal Tap
FP#6: Can Openers
FP#9: Stretch
FP10: Best in Hole
FP7: Twist My Arm
FP8: Elbow Room
Fuck Flik #1
Fuck Flik #2
Fuck My Ass, I'll Suck Your Cock!
Fuck My Eager Hungry Hole
Gaydreams
Gaydreams 2
Going Deep Down Under
GRUNTS: Brothers In Arms
GRUNTS: Misconduct
GRUNTS: The New Recruits
HAIRY BOYZ 10
Hairy Boyz 11
Hairy Boyz 5
Hairy Boyz 7
Hairyboyz
HairyBoyz 2
Hairyboyz 3

HairyBoyz 4
HairyBoyz 6
HairyBoyz 8
HairyBoyz 9
Hard as Wood
Hard at Work
Hardsex
Heat Stroke Highway
Here a Fuck, There a Fuck
Hold Everything
Hole Sweet Hole
Home Bodies
Hot Properties
Hotter Than Hell 1
Hotter Than Hell 2
Humongous Cocks #1
Humping Iron
Hunter Hunted
Induction
Initiation / 2nd Iitit
Ink Stain
Ink Storm
Instinct
Jock Itch
Jock Itch 2: Balls to the Wall
Knigt after Night-DVD
Lords of the Jungle
Lube Job
Manhattan
Manholes
Manifesto
Mirage
Monster Bang Gold
Monster Bang Gold 2
Muscle Shop
NeXus
On The Job
Pace
Packin' Loads
Party in the Rear

Passport to Paradise
Piss Off
Playback
PleXus
Poke Prod & Penetrate
Pokin' in the Boys Room
Porn Star is Born
Probe
Punishment Chamber
Raider of the Lost Arse
Rear Deliveries
Rear End Collision #1
Rear End Collision #2
Red and the Black
Red Star
Resort to Anything
Roid Rage
Rookies- Filthy Amateur Jocks
Savage
SEXPACK 1
SEXPACK 10
Sexpack 2
SEXPACK 3
SEXPACK 4
SEXPACK 5
SEXPACK 6
SEXPACK 7
SEXPACK 8
SEXPACK 9
SeXus
Shaft
Sounding  # 1
Sounding #2
Stick It In
Stoked 1
Stoked 2
Studs
Surf Shack
Tailpipes
Take it Like a Man

PAGE 9/11 * RCVD AT 2/13/2009 1:44:00 AM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:5448 * CSID:4158641680 * DURATION (mm-ss):01:08

Team Players
Terms of Endowment
The 4th Floor
The 5th Floor
The Big Island
The Drifter
To the Last Man Part 1- The Gathering Storm
To The Last Man Part 2- Guns Blazing
Tommy Blade: Forbidden Dreams
Toolbox- #1 Drilled
Toolbox- #2 Hammered
Toolbox- #3 Screwed
Trouser Trout
Up My Ass & Down My Throat
Up the Stakes
XXXXtreme SeXXXX
Young Bucks
Your Masters

2. High Octane

Backdraft Men
Bodyguards
Border Patrol
Boys Of The Bastille
Club Cruise
Cock Tales
College Cocks
College Cocks 2
Commandos
Deep Probe
Euro Tools
Fair Catch
Farm Boys
Fire Pump
Fly Boys
Goodfellows
Hardwood
Horse Club
Hot Property
Hot Type
Hotel hunk

PAGE 10/11 • RCVD AT 2/13/2009 1:44:00 AM [Eastern Standard Time] • SVR:RIGHTFAX/2 • DNIS:5448 • CSID:4158641680 • DURATION (mm-ss):01-08

In The Wild
Knock Out
Lockdown
Machine Men
Male Search
Male Watch
maneuvers
Masters & Servants
Med Troopers
Medic Men
Moto Studs
Moving Men
Muscle Hustle
Payload
Pool Party
Prison
Ransom
Room Mates
Rough Riders
Score
sportsmen
Squadron
Swim Meat
Swim Meat 2
Tattooed Tools
Tough Types
Ultimate Warriors
Uncut Memories
Under Arrest
Underground

3. Pistol Media Titles    Sexgaymes – And the Winner Is
Sexgaymes – Up the Stakes
Sexgaymes – Pace
Young Bucks
Escape from Sydney
Surf Shack
Hold Everything
Team Players
Going Deep Down Under
Rookies

PAGE 11/11 * RCVD AT 2/13/2009 1:44:00 AM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:5448 * CSID:415861680 * DURATION (mm-ss):01-08

Cum on Aussie
Muscle Shop
Escape from San Francisco