# Exhibit D

## LICENSE AGREEMENT

**THIS LICENSE AGREEMENT** (the "**Agreement**") made as of the 2nd day of January, 2009 (the "**Effective Date**"), is by and between Christopher Ward, an individual residing in California ("**Ward**"), Christopher Ward Enterprises LLC, a California limited liability company ("**Enterprises**"), Raging Stallion Studios, Inc., a California corporation ("**Stallion**") (Ward, Enterprises, and Stallion are sometimes collectively referred to herein as "**Licensor**"), and DataTech Global, LLC, a Nevada limited liability company ("**Licensee**").

In consideration of the promises and mutual obligations set forth herein and for other good and valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the parties agree as follows:

1.     **Definitions.**   In this Agreement, the following terms shall have the meanings set forth below:

"**Film License Term**" shall mean the term of license granted under Section 2 below for each Licensed Film as follows: (i) with respect to the Existing Films, the period commencing on the date hereof and ending on the fifteenth anniversary of the date hereof, and (ii) with respect to the Covered Films, the period commencing on the date that any Covered Film comes into existence and ending on the fifteenth anniversary of the date of such Covered Films' first commercial sale.

"**Films**" means motion pictures, shorts, television programming or other filmed entertainment (including without limitation all digital print, online media and streaming video), and the components thereof (whether or not now known or recognized) as to which any Licensor owns any right, title or interest including, without limitation: (i) completed, delivered and released projects; (ii) works in progress comprising projects in development, principal photography and/or post production, projects complete but not yet released, and unreleased or completed but undelivered pick-ups; (iii) underlying rights in and to the literary, musical and dramatic and other material associated with or related to or necessary to the exploitation of the works or projects referred to in clauses (i) or (ii) including, without limitation, copyrights pertaining thereto; (iv) to the extent related to the works or projects referred to in clauses (i) or (ii), sequel, prequel and remake rights, games and interactive video; (v) all other ancillary and subsidiary rights related to such works and projects; and (vi) all contractual and other rights associated with or related to such works or projects and the related ancillary and subsidiary rights whether in any media now known or hereafter developed.

"**Copyrights**" means all registered and unregistered copyrights in both published works and unpublished Films.

"**Covered Films**" means all Films to be made by any Licensor and any other Films which result from their services in which any of them has any rights after the date hereof (including, without limitation, any films currently being produced, directed or

otherwise being made by either of them) and continuing throughout the Term of this Agreement.

"**Existing Films**" means all rights to any Film made by any Licensor or which are currently owned by any Licensor, as of the date hereof, including, without limitation, the motion pictures with the titles set forth on <u>Schedule A</u> attached hereto.

"**Licensed Films**" means all Existing Films and Covered Films.

"**Person**" means any individual, corporation, partnership, joint venture, trust, association, government or subdivision or agency thereof, or any form of legal entity.

"**Term**" shall have the meaning given to it in Section 10.

"**Territory**" means the entire world, including without limitation, the world wide web.

2.    **License**.

(a)    <u>License</u>.   Subject to the terms of this Agreement, the Licensor hereby grants to the Licensee the sole and exclusive, irrevocable (except to the extent expressly set forth herein) license to advertise, publicize, promote, market, distribute, subdistribute, license, reproduce, exploit and otherwise sell each and every Licensed Film, including, without limitation, as part of any website or other form of digital media, whether distributed on-line or otherwise in the Territory for the Film License Term of each such Licensed Film.

(b)    <u>Rights of Exploitation</u>.   Subject to the other terms hereof, Licensee shall have the right, in its sole discretion, to make all decisions concerning the exploitation of the Licensed Films, including the right to release and distribute (and/or refrain from releasing and distributing) each Licensed Film in any manner and media, and through such releasing or distribution entity or entities as it determines in its sole discretion.   Without limiting the foregoing, Licensee may, without limitation:

(i)    use excerpts, images, video or sound clips and trailers thereof for advertising and promotional purposes;

(ii)    incorporate trailers, clips or excerpts of a Licensed Film on videograms of other motion pictures or video clips, and may incorporate trailers, clips or excerpts of other motion pictures on videograms of a Licensed Film;

(iii)    have the right, at its sole discretion, to make any and all changes and modifications, edits, or additions in or to a Licensed Film which Licensee shall determine to be necessary or desirable including by reason of requirements of governmental or other authorities or law, or theatre platform requirements;

2

\7293913.3

(iv)    assemble Licensed Films or video clips in collections for sale or other use permitted herein; and

(v)    allow any of the foregoing rights to be exercised by or grant any of the foregoing rights to a sublicensee or an affiliate.

3.    **Covered Films**.  Licensor agrees to transfer to Licensee, and Licensee agrees to acquire from Licensor, all the rights granted herein for any Covered Film during the Term.  Schedule A shall be updated, or deemed updated, with the title of each Covered Film as they are delivered to Licensee.

4.    **Royalty**.    For the rights, privileges and license granted hereunder, Licensee shall pay jointly to Licensor royalty payments as follows:

(a)    Two Hundred Fifty Thousand Four Hundred and Twenty Seven Dollars ($250,427) annually, payable quarterly, commencing on the date hereof and ending on the third anniversary hereof; and

(b)    One Hundred Thirty Nine Thousand Eight Hundred Dollars ($139,800) annually, payable quarterly, commencing on the third anniversary of the date hereof and ending on the fifth anniversary of the date hereof (for a total amount to be paid on or before such fifth anniversary under Section 4(a) and (b) equal to $1,030,881).

5.    **Expiration of Film License Term**.  With respect to each Licensed Film, at the end of its respective Film License Term, the license granted hereunder shall terminate and any and all licensed rights to such Licensed Film owned or held by Licensee shall revert to Enterprises.

6.    **Licensor's Representations.**

(a)    Licensor warrants that it owns the copyright or is licensed or otherwise authorized to use the copyright of all material in the Licensed Films provided under this Agreement, and that all required and recommended releases by individuals or groups appearing in any Licensed Film have been obtained. Immediately prior to the conveyance of a Licensed Film to Licensee, Licensor owns, or has the right to use, all the intellectual property necessary to convey the rights with respect to such Licensed Film to Licensee.  On the date any Covered Film comes into existence, Licensee will acquire all of the rights to such Covered Film then held by any Licensor or any of its affiliates.  Licensor has not entered into any agreement with or made any obligations to any third party which might conflict or interfere with or adversely affect any of the provisions of this Agreement or the use or enjoyment by Licensee of any of the rights conveyed to it hereunder.  Licensor has not sold, assigned, transferred or conveyed, and will not assign, transfer or convey, to any party any right, title or interest in and to such Licensed Film or any part thereof, or in and to the dramatic or literary material

3

upon which it is based, adverse to or in derogation of the rights granted to Licensee hereunder.

(b)     No Licensed Film provided under this Agreement by Licensor, nor any part thereof, nor any of the literary, dramatic or musical materials contained therein or upon which any such Licensed Film is based, nor the exercise by any authorized person or entity of any right granted to Licensee in connection therewith will violate or infringe upon the trademark, service mark, tradename, copyright, literary, dramatic, music, artistic, personal, private, civil, contract or property right or rights of privacy or any other right, whether tangible or intangible, of any Person.

(c)     Licensor has obtained proper and effective licenses or grants of authority to use the results and proceeds of the services of performers and other Persons connected with the production of the Licensed Films to the extent reasonably necessary or desirable to exercise all rights of Licensor herein and each Licensed Film complies with the record keeping requirements set forth in US Code, Title 18, Chapter 110, Section 2257.

(d)     Good and sufficient copyright notice is affixed to each Licensed Film. Except as set forth in Item 3.22(c) of the Company's Disclosure Schedule (as that term is defined in the Stock Purchase Agreement dated even date herewith which include Licensor and Licensee as a party), each Licensed Film has been registered with the United States Copyright Office.

(e)     All non-dramatic music rights (so-called "small rights") contained in the Licensed Films are (i) available by license from American Society for Composers, Authors and Publishers, Broadcast Music Inc. or SESAC, Inc., (ii) in the public domain, or (iii) controlled by Licensor directly or through licenses.

(f)     The credits contained in the main and end titles of the Licensed Films comply in all material respects with all obligations with respect thereto, including without limitation, contractual obligations to third parties who rendered services in connection with the Licensed Films.

(g)     Prior to the transfer of the rights to Licensee, no liens, encumbrances or other security interest has been granted by Licensor on any Licensed Film.

(h)     Licensor has, and has the right to grant to Licensee, the following rights on an exclusive basis to the extent reasonably necessary or desirable to exploit the Licensed Films:

(i)     To disseminate, reproduce, print and publish the name, likeness and biography of each performer, director, producer, author and writer who rendered services in or in connection with the production of each Licensed Film, for the purpose of advertising, promoting and

4

exploiting such Licensed Film, except that no use may be made so as to indicate or imply that any such person or performer is endorsing a commercial product or services; and

(ii) To make such cuts, alterations, additions and variations in any part of the Licensed Films (including the dubbing-in of languages) as may be deemed necessary or appropriate by Licensor in its sole discretion excluding, however, any right to delete any logo, copyright notice or credit other than such rights which would not adversely impact the value of each such Licensed Film.

7.    **Covenants**. Licensor shall:

(a)    <u>Preservation of Existence, Etc</u>.  (i) Preserve and maintain its corporate existence or its existence as another form of legal entity, and (ii) qualify and remain qualified in good standing as a foreign corporation under the laws of each jurisdiction where its ownership, lease or operation of property or the conduct of its business requires such qualification, except where the failure to be so qualified or in good standing would not, individually or in the aggregate reasonably be expected to have a material adverse effect, and (iii) take all reasonable action to maintain all rights, privileges, permits, licenses and franchises necessary or desirable in the normal conduct of its business.

(b)    <u>Keeping of Books</u>.  Implement and maintain administrative and operating procedures, and keep and maintain at such place or places as may from time to time be customary pursuant to its ordinary business practices, all documents, books, records and other information, reasonably necessary in connection with the activities of such party.

(c)    <u>No Liens</u>.  Not create, incur, assume or suffer to exist any lien, encumbrance or security interest upon or with respect to, any Licensed Film or any rights therein, or sign or file under the laws of any jurisdiction, a financing statement or other similar document covering any of the foregoing that names any Licensor as debtor, or sign any security agreement authorizing any secured party thereunder to file such financing statement or other similar document covering any of the foregoing.

8.    **Infringement**.  If the Licensee learns of any infringement or threatened infringement of the Licensed Films, the Licensee shall promptly notify the Licensor and shall provide the Licensor with reasonable information to enable it to assess the nature and extent of any infringement.  The Licensor shall have the right, in its absolute discretion, to determine whether any potential infringement is serious enough to justify legal action.  Any such proceedings shall be under the sole control of the Licensor and, if the Licensor decides to commence any proceedings, the Licensee shall provide reasonable assistance, upon the Licensor's request.

5

9.      **Recordkeeping and Licensing Collection**.  The parties understand and agree that any and all books, records and agreements entered into with respect to any Licensed Film shall be kept and entered into by Licensee or its affiliates, including without limitation, any and all contracts of sublicense and otherwise relating to the Licensed Films shall be in the name of Licensee and any and all collection of fees and other payments relating to any Licensed Film shall be made by Licensee.  Licensor hereby agrees that any money it receives for a license on or other payments with respect to any Licensed Film shall be immediately paid to Licensee.

10.     **Term and Termination.**

(a)     Term.  Unless earlier terminated in Section 10(b) below, this Agreement shall continue in full force and effect for the longer of: (i) a period of four (4) years from the date hereof, or (ii) as long as Christopher Ward is employed by, retained as a consultant by or otherwise affiliated with Licensee and for a period of one year after the termination of such relationships (the "Term").

(b)     Early Termination.  The Licensor may terminate this Agreement if the Licensee fails to pay the royalty due to Licensor under Section 4 and fails to cure that breach within thirty (30) days after written notice thereof.

(c)     Survival.  Notwithstanding termination of this Agreement, the parties understand and agree that the expiration or termination of this Agreement shall not relieve the parties of any obligation accruing prior to such expiration or termination, including, without limitation, the grant of any license for any Licensed Film for the full period of the Film License Term.  Sections 1, 2, 5, 8, 9, 10, 11 and 12 shall survive termination hereof.

11.     **Further Assurances**.   Licensor and Licensee agree to execute, deliver and file such other documents and to take all such other actions, and to cause its affiliates to so execute, deliver, file and take, which either party may reasonably request to effect the licensing of the Licensed Films pursuant to the terms of this Agreement and to execute and deliver, or to cause its affiliates to so execute and deliver, any and all affidavits, testimonies, declarations, oaths, samples, exhibits, specimens and other documentation as may be reasonably required.  In each such case the party requesting the action shall be responsible for the payment of all third party filing fees and costs associated therewith.

12.     **Governing Law and Dispute Resolution**.  This Agreement shall be governed by the laws of North Carolina, notwithstanding application of any conflict of laws principles that would result in application of the substantive laws of any other jurisdiction.  Any action under or arising out of this Agreement shall be brought in the state or federal courts sitting in Mecklenburg County, North Carolina.  The parties hereby irrevocably consent to personal jurisdiction in such courts, acknowledge that such courts are an appropriate venue for such actions, and covenant not to contest the jurisdiction, venue or convenience of such courts.

\7293913.3

13.     **Relationship of the Parties**.  The relationship of Licensee to Licensor is that of an independent contractor and neither Licensee nor its agents or employees shall be considered employees or agents of Licensor (other than Ward).  This Agreement does not constitute and shall not be construed as creating a partnership or joint venture or the grant of a franchise between Licensor and Licensee.  Licensee shall not have the right to bind Licensor to any obligations to third parties.

14.     **Assignment**.  This Agreement may not be assigned by Licensor or Licensee; provided, that Licensee may freely assign this Agreement to any entity controlling, controlled by or under common control with Licensee.

15.     **Notices**.  All notices required or permitted to be sent under this Agreement shall be in writing and shall be deemed to have been given two business days after being mailed to a domestic address by certified mail, return receipt requested, and one business day after being dispatched by overnight courier, charges prepaid, at the address set forth below:

> If to Licensor:
>
> Christopher Ward
> Christopher Ward Enterprises
> 44 Hartford Street
> San Francisco, CA 94114
>
> If to Licensee:
>
> WMM Holdings, LLC
> 500 Archdale Drive
> Charlotte, NC 28217
> Attention:  William Raines, Chief Financial Officer
> Facsimile Number: 704.644.2099

16.     **Amendments**.  This Agreement may only be amended by written agreement signed by both parties.  It is the express intention of the parties that such requirement for written waivers, amendments or modifications be strictly enforced.

17.     **General Terms**.  No delay or failure by any party in exercising any right under this Agreement shall be construed to be a waiver of that right or the right to assert a claim with respect to any further breach of this Agreement.  This Agreement represents the entire understanding between the parties with respect to the subject matter of this Agreement, supersedes all previous agreements, promises, representations, understandings, warranties, representations and negotiations, whether written or oral, with respect to the subject matter of this Agreement, and may not be modified except in a writing signed by both of the parties hereto.

[Remainder of page intentionally left blank]

7

\7293913.3

IN WITNESS WHEREOF, the parties have executed this License Agreement as of the date first written above.

**WARD:**

Christopher Ward

**ENTERPRISES:**

Christopher Ward Enterprises LLC

By: _____
Name: _____
Title: _____

**STALLION:**

Raging Stallion Studios, Inc.

By: _____
Name: _____
Title: _____

**LICENSEE:**

DataTech Global, LLC

By: _____
Name: _____
Title: _____

Signature Page
License Agreement

\7293913

IN WITNESS WHEREOF, the parties have executed this License Agreement as of the date first written above.

**WARD:**

Christopher Ward

**ENTERPRISES:**

Christopher Ward Enterprises LLC

By:
Name: CHRISTOPHER WARD
Title: MANAGING DIRECTOR

**STALLION:**

Raging Stallion Studios, Inc.

By:
Name: CHRISTOPHER WARD
Title: PRES. SGAT

**LICENSEE:**

DataTech Global, LLC

By:
Name: SCOTT COFFMA
Title: President

Signature Page
License Agreement

V7293913

**Schedule A**

1. Raging Stallion

| VIDEO TITLE |
| --- |
| Afternoon Delights |
| And the Winner Is |
| Apex |
| Arabesque 2Disc DVD |
| Arabian Fist |
| AssQuest DVD |
| AssQuest2 |
| Bang That Ass |
| Barback |
| Bedroom Eyes |
| Best of Francois Sagat Vol. 1 |
| Best of Francois Sagat Vol. 2 |
| Best of Francois Sagat Vol. 3 |
| Best of Manuel Torres |
| Best of Remy Delaine |
| Best of Shane Rollins Vol. 1 |
| Best of Shane Rollins Vol. 2 |
| Best of Tom Vacarro |
| Big Bigger Biggest Part 1 |
| Big Bigger Biggest Part 2 |
| Bohemian Rhapsody |
| Boners |
| Bound Beaten & Banged |
| Centurian Muscle |
| Chute |
| Clash of the Zuess Men |
| CM2: Alpha |
| CM3: Omega |
| CM4: Erotikus |
| CM5: Maximus |
| CM6: Monument |
| Construction Zone 1 |
| Construction Zone 2 |
| Construction Zone 3 |
| Cops Gone Bad |
| Cum On Aussie |

Dirty Director
Down Right Dangerous
Escape from SF
Escape from Sydney
Faster! Faster! FUCK Me Harder!
Fist and Shout part 1
Fist and Shout part 2
Flogged+Fuckcd / Painful Endurance
FP# 2: Ass Masters
FP#1 : Extreme Penetration
FP#14: ManCaves
FP#15: Fist Fuck
FP#16: Hand It Over
FP#17: GRUNTS Fisting: Arm of One
FP#18: Your Ass Is Mine
FP#19: Fist Bump
FP#3: Up For Grabs
FP#4: Nutts for Butts
FP#5: Anal Tap
FP#6: Can Openers
FP#9: Stretch
FP10: Best in Hole
FP7: Twist My Arm
FP8: Elbow Room
Fuck Flik #1
Fuck Flik #2
Fuck My Ass, I'll Suck Your Cock!
Fuck My Eager Hungry Hole
Gaydreams
Gaydreams 2
Going Deep Down Under
GRUNTS: Brothers In Arms
GRUNTS: Misconduct
GRUNTS: The New Recruits
HAIRY BOYZ 10
Hairy Boyz 11
Hairy Boyz 5
Hairy Boyz 7
Hairyboyz
HairyBoyz 2
Hairyboyz 3

HairyBoyz 4
HairyBoyz 6
HairyBoyz 8
HairyBoyz 9
Hard as Wood
Hard at Work
Hardsex
Heat Stroke Highway
Here a Fuck, There a Fuck
Hold Everything
Hole Sweet Hole
Home Bodies
Hot Properties*
  Adam Male shares DVD Rights
Hotter Than Hell 1
Hotter Than Hell 2
Humongous Cocks #1
Humping Iron
Hunter Hunted
Induction
Initiation / 2nd Iitit
Ink Stain
Ink Storm
Instinct
Jock Itch
Jock Itch 2: Balls to the Wall
Knigt after Night-DVD
Lords of the Jungle
Lube Job
Manhattan
Manholes
Manifesto
Mirage
Monster Bang Gold
Monster Bang Gold 2
Muscle Shop
NeXus
On The Job
Pace
Packin' Loads
Party in the Rear

\7293913.3

Passport to Paradise
Piss Off
Playback
PleXus
Poke Prod & Penetrate
Pokin' in the Boys Room
Porn Star is Born
Probe
Punishment Chamber
Raider of the Lost Arse
Rear Deliveries
Rear End Collision #1
Rear End Collision #2
Red and the Black
Red Star
Resort to Anything
Roid Rage
Rookies- Filthy Amateur Jocks
Savage
SEXPACK 1
SEXPACK 10
Sexpack 2
SEXPACK 3
SEXPACK 4
SEXPACK 5
SEXPACK 6
SEXPACK 7
SEXPACK 8
SEXPACK 9
SeXus
Shaft
Sounding  # 1
Sounding #2
Stick It In
Stoked 1
Stoked 2
Studs
Surf Shack
Tailpipes
Take it Like a Man
Team Players

Terms of Endowment
The 4th Floor
The 5th Floor
The Big Island
The Drifter
To the Last Man Part 1- The Gathering Storm
To The Last Man Part 2- Guns Blazing
Tommy Blade: Forbidden Dreams
Toolbox- #1 Drilled
Toolbox- #2 Hammered
Toolbox- #3 Screwed
Trouser Trout
Up My Ass & Down My Throat
Up the Stakes
XXXXtreme SeXXXX
Young Bucks
Your Masters

2. High Octane

Backdraft Men
Bodyguards
Border Patrol
Boys Of The Bastille
Club Cruise
Cock Tales
College Cocks
College Cocks 2
Commandos
Deep Probe
Euro Tools
Fair Catch
Farm Boys
Fire Pump
Fly Boys
Goodfellows
Hardwood
Horse Club
Hot Property
Hot Type
Hotel hunk
In The Wild

Knock Out
Lockdown
Machine Men
Male Search
Male Watch
maneuvers
Masters & Servants
Med Troopers
Medic Men
Moto Studs
Moving Men
Muscle Hustle
Payload
Pool Party
Prison
Ransom
Room Mates
Rough Riders
Score
sportsmen
Squadron
Swim Meat
Swim Meat 2
Tattooed Tools
Tough Types
Ultimate Warriors
Uncut Memories
Under Arrest
Underground

## LICENSE AGREEMENT

**THIS LICENSE AGREEMENT** (the "**Agreement**") made as of the 2nd day of January, 2009 (the "**Effective Date**"), is by and between Raging Stallion Studios Royalty Trust, a trust organized under the laws of the State of California (the "**Licensor**"), and DataTech Global, LLC, a Nevada limited liability company ("**Licensee**").

In consideration of the promises and mutual obligations set forth herein and for other good and valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the parties agree as follows:

**1.     Definitions.**   In this Agreement, the following terms shall have the meanings set forth below:

"**Copyrights**" means all registered and unregistered copyrights in both published works and unpublished Films.

"**Film License Term**" shall mean a perpetual license, granted under Section 2 below for each Licensed Film, commencing on the date hereof.

"**Films**" means motion pictures, shorts, television programming or other filmed entertainment (including without limitation all digital print, online media and streaming video), and the components thereof (whether or not now known or recognized) as to which the Licensor owns any right, title or interest including, without limitation: (i) completed, delivered and released projects; (ii) works in progress comprising  projects in development, principal photography and/or post production, projects complete but not yet released, and unreleased or completed but undelivered pick-ups; (iii) underlying rights in and to the literary, musical and dramatic and other material associated with or related to or necessary to the exploitation of the works or projects referred to in clauses (i) or (ii) including, without limitation, copyrights pertaining thereto; (iv) to the extent related to the works or projects referred to in clauses (i) or (ii), sequel, prequel and remake rights, games and interactive video; (v) all other ancillary and subsidiary rights related to such works and projects; and (vi) all contractual and other rights associated with or related to such works or projects and the related ancillary and subsidiary rights whether in any media now known or hereafter developed.

"**Licensed Films**" means all rights to any Film made by the Licensor or which are currently owned by the Licensor, as of the date hereof, including, without limitation, the motion pictures with the titles set forth on <u>Schedule A</u> attached hereto.

"**Person**" means any individual, corporation, partnership, joint venture, trust, association, government or subdivision or agency thereof, or any form of legal entity.

"**Territory**" means the entire world, including without limitation, the world wide web.

2.      **License**.

(a)      <u>License</u>.   Subject to the terms of this Agreement, the Licensor hereby grants to the Licensee the sole and exclusive, irrevocable (except to the extent expressly set forth herein) license to advertise, publicize, promote, market, distribute, subdistribute, license, reproduce, exploit and otherwise sell each and every Licensed Film, including, without limitation, as part of any website or other form of digital media, whether distributed on-line or otherwise in the Territory for the Film License Term of each such Licensed Film.

(b)      <u>Rights of Exploitation</u>.   Subject to the other terms hereof, Licensee shall have the right, in its sole discretion, to make all decisions concerning the exploitation of the Licensed Films, including the right to release and distribute (and/or refrain from releasing and distributing) each Licensed Film in any manner and media, and through such releasing or distribution entity or entities as it determines in its sole discretion.  Without limiting the foregoing, Licensee may, without limitation:

(i)      use excerpts, images, video or sound clips and trailers thereof for advertising and promotional purposes;

(ii)      incorporate trailers, clips or excerpts of a Licensed Film on videograms of other motion pictures or video clips, and may incorporate trailers, clips or excerpts of other motion pictures on videograms of a Licensed Film;

(iii)      have the right, at its sole discretion, to make any and all changes and modifications, edits, or additions in or to a Licensed Film which Licensee shall determine to be necessary or desirable including by reason of requirements of governmental or other authorities or law, or theatre platform requirements;

(iv)      assemble Licensed Films or video clips in collections for sale or other use permitted herein; and

(v)      allow any of the foregoing rights to be exercised by or grant any of the foregoing rights to a sublicensee or an affiliate.

3.      [Intentionally Deleted]

4.      **Royalty**.   For the rights, privileges and license granted hereunder, Licensee shall pay to Licensor royalty payments of Three Hundred Thirty Thousand One Hundred Fifty-One Dollars ($330,151) annually, payable quarterly, commencing on the date hereof and ending on the third anniversary hereof.

5.      [Intentionally Deleted]

6.      **Licensor's Representations.**

2

(a)     Licensor warrants that it owns the copyright or is licensed or otherwise authorized to use the copyright of all material in the Licensed Films provided under this Agreement, and that all required and recommended releases by individuals or groups appearing in any Licensed Film have been obtained. Immediately prior to the conveyance of a Licensed Film to Licensee, Licensor owns, or has the right to use, all the intellectual property necessary to convey the rights with respect to such Licensed Film to Licensee. Licensor has not entered into any agreement with or made any obligations to any third party which might conflict or interfere with or adversely affect any of the provisions of this Agreement or the use or enjoyment by Licensee of any of the rights conveyed to it hereunder. Licensor has not sold, assigned, transferred or conveyed, and will not assign, transfer or convey, to any party any right, title or interest in and to such Licensed Film or any part thereof, or in and to the dramatic or literary material upon which it is based, adverse to or in derogation of the rights granted to Licensee hereunder.

(b)     No Licensed Film provided under this Agreement by Licensor, nor any part thereof, nor any of the literary, dramatic or musical materials contained therein or upon which any such Licensed Film is based, nor the exercise by any authorized person or entity of any right granted to Licensee in connection therewith will violate or infringe upon the trademark, service mark, tradename, copyright, literary, dramatic, music, artistic, personal, private, civil, contract or property right or rights of privacy or any other right, whether tangible or intangible, of any Person.

(c)     Licensor has obtained proper and effective licenses or grants of authority to use the results and proceeds of the services of performers and other Persons connected with the production of the Licensed Films to the extent reasonably necessary or desirable to exercise all rights of Licensor herein and each Licensed Film complies with the record keeping requirements set forth in US Code, Title 18, Chapter 110, Section 2257.

(d)     Good and sufficient copyright notice is affixed to each Licensed Film.  Except as specified on Schedule A attached hereto opposite the name of any Licensed Film, each Licensed Film has been registered with the United States Copyright Office.

(e)     All non-dramatic music rights (so-called "small rights") contained in the Licensed Films are (i) available by license from American Society for Composers, Authors and Publishers, Broadcast Music Inc. or SESAC, Inc., (ii) in the public domain, or (iii) controlled by Licensor directly or through licenses.

(f)     The credits contained in the main and end titles of the Licensed Films comply in all material respects with all obligations with respect thereto, including without limitation, contractual obligations to third parties who rendered services in connection with the Licensed Films.

3

(g)    Prior to the transfer of the rights to Licensee, no liens, encumbrances or other security interest has been granted by Licensor on any Licensed Film.

(h)    Licensor has, and has the right to grant to Licensee, the following rights on an exclusive basis to the extent reasonably necessary or desirable to exploit the Licensed Films:

(i)    To disseminate, reproduce, print and publish the name, likeness and biography of each performer, director, producer, author and writer who rendered services in or in connection with the production of each Licensed Film, for the purpose of advertising, promoting and exploiting such Licensed Film, except that no use may be made so as to indicate or imply that any such person or performer is endorsing a commercial product or services; and

(ii)    To make such cuts, alterations, additions and variations in any part of the Licensed Films (including the dubbing-in of languages) as may be deemed necessary or appropriate by Licensor in its sole discretion excluding, however, any right to delete any logo, copyright notice or credit other than such rights which would not adversely impact the value of each such Licensed Film.

7.    **Covenants**.  Licensor shall:

(a)    <u>Preservation of Existence, Etc</u>.  (i) Preserve and maintain its corporate existence or its existence as another form of legal entity, and (ii) qualify and remain qualified in good standing as a foreign corporation under the laws of each jurisdiction where its ownership, lease or operation of property or the conduct of its business requires such qualification, except where the failure to be so qualified or in good standing would not, individually or in the aggregate reasonably be expected to have a material adverse effect, and (iii) take all reasonable action to maintain all rights, privileges, permits, licenses and franchises necessary or desirable in the normal conduct of its business.

(b)    <u>Keeping of Books</u>.  Implement and maintain administrative and operating procedures, and keep and maintain at such place or places as may from time to time be customary pursuant to its ordinary business practices, all documents, books, records and other information, reasonably necessary in connection with the activities of such party.

(c)    <u>No Liens</u>.  Not create, incur, assume or suffer to exist any lien, encumbrance or security interest upon or with respect to, any Licensed Film or any rights therein, or sign or file under the laws of any jurisdiction, a financing statement or other similar document covering any of the foregoing that names the Licensor as debtor, or sign any security agreement authorizing any secured party

4

thereunder to file such financing statement or other similar document covering any of the foregoing.

**8.     Infringement**.  If the Licensee learns of any infringement or threatened infringement of the Licensed Films, the Licensee shall promptly notify the Licensor and shall provide the Licensor with reasonable information to enable it to assess the nature and extent of any infringement.  The Licensor shall have the right, in its absolute discretion, to determine whether any potential infringement is serious enough to justify legal action.  Any such proceedings shall be under the sole control of the Licensor and, if the Licensor decides to commence any proceedings, the Licensee shall provide reasonable assistance, upon the Licensor's request.

**9.     Recordkeeping and Licensing Collection**.  The parties understand and agree that any and all books, records and agreements entered into with respect to any Licensed Film shall be kept and entered into by Licensee or its affiliates, including without limitation, any and all contracts of sublicense and otherwise relating to the Licensed Films shall be in the name of Licensee and any and all collection of fees and other payments relating to any Licensed Film shall be made by Licensee.  Licensor hereby agrees that any money it receives for a license on or other payments with respect to any Licensed Film shall be immediately paid to Licensee.

**10.     Early Termination.**

(a)     [Intentionally Deleted]

(b)     Early Termination.  The Licensor may terminate this Agreement if the Licensee fails to pay the royalty due to Licensor under Section 4 and fails to cure that breach within thirty (30) days after written notice thereof.

(c)     Survival.  Notwithstanding termination of this Agreement, the parties understand and agree that the expiration or termination of this Agreement shall not relieve the parties of any obligation accruing prior to such expiration or termination, including, without limitation, the grant of any license for any Licensed Film for the full period of the Film License Term.  Sections 1, 2, 5, 8, 9, 10, 11 and 12 shall survive termination hereof.

**11.     Further Assurances**.   Licensor and Licensee agree to execute, deliver and file such other documents and to take all such other actions, and to cause its affiliates to so execute, deliver, file and take, which either party may reasonably request to effect the licensing of the Licensed Films pursuant to the terms of this Agreement and to execute and deliver, or to cause its affiliates to so execute and deliver, any and all affidavits, testimonies, declarations, oaths, samples, exhibits, specimens and other documentation as may be reasonably required.  In each such case the party requesting the action shall be responsible for the payment of all third party filing fees and costs associated therewith.

**12.     Governing Law and Dispute Resolution**.   This Agreement shall be governed by the laws of North Carolina, notwithstanding application of any conflict of

\7524812.1

laws principles that would result in application of the substantive laws of any other jurisdiction. Any action under or arising out of this Agreement shall be brought in the state or federal courts sitting in Mecklenburg County, North Carolina. The parties hereby irrevocably consent to personal jurisdiction in such courts, acknowledge that such courts are an appropriate venue for such actions, and covenant not to contest the jurisdiction, venue or convenience of such courts.

**13.** **Relationship of the Parties.** The relationship of Licensee to Licensor is that of an independent contractor and neither Licensee nor its agents or employees shall be considered employees or agents of Licensor. This Agreement does not constitute and shall not be construed as creating a partnership or joint venture or the grant of a franchise between Licensor and Licensee. Licensee shall not have the right to bind Licensor to any obligations to third parties.

**14.** **Assignment.** This Agreement may not be assigned by Licensor or Licensee; provided, that Licensee may freely assign this Agreement to any entity controlling, controlled by or under common control with Licensee.

**15.** **Notices.** All notices required or permitted to be sent under this Agreement shall be in writing and shall be deemed to have been given two business days after being mailed to a domestic address by certified mail, return receipt requested, and one business day after being dispatched by overnight courier, charges prepaid, at the address set forth below:

>       If to Licensor:
>
>       Raging Stallion Studios Royalty Trust
>       c/o Eugene C. White, Attorney at Law
>       45 Hancock Street
>       San Francisco, CA 94114
>
>       If to Licensee:
>
>       WMM Holdings, LLC
>       500 Archdale Drive
>       Charlotte, NC 28217
>       Attention: William Raines, Chief Financial Officer
>       Facsimile Number: 704.644.2099

**16.** **Amendments.** This Agreement may only be amended by written agreement signed by both parties. It is the express intention of the parties that such requirement for written waivers, amendments or modifications be strictly enforced.

**17.** **General Terms.** No delay or failure by any party in exercising any right under this Agreement shall be construed to be a waiver of that right or the right to assert a claim with respect to any further breach of this Agreement. This Agreement represents the entire understanding between the parties with respect to the subject matter of this

\7524812.1

Agreement, supersedes all previous agreements, promises, representations, understandings, warranties, representations and negotiations, whether written or oral, with respect to the subject matter of this Agreement, and may not be modified except in a writing signed by both of the parties hereto.

[Remainder of page intentionally left blank]

\7524812.1

IN WITNESS WHEREOF, the parties have executed this License Agreement as of the date first written above.

**RSS TRUST:**

Raging Stallion Studios Royalty Trust

By: _____
Name: Christopher E. Ward
Title: Trustee

By: _____
Name: Kent Taylor
Title: Trustee

**LICENSEE:**

DataTech Global, LLC

By: _____
Name: _____
Title: _____

Signature Page
License Agreement

\7524812

PAGE 14/19 * RCVD AT 2/16/2009 2:44:15 AM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:5448 * CSID:4158641680 * DURATION (mm-ss):02:46

PAGE 9/13 * RCVD AT 2/12/2009 12:12:27 AM [Eastern Standard Time] * SVR:RIGHTFAX/2 * DNIS:5448 * CSID:4158641680 * DURATION (mm-ss):02:24

IN WITNESS WHEREOF, the parties have executed this License Agreement as of the date first written above.

RSS TRUST:

Raging Stallion Studios Royalty Trust

By: _____
Name: Christopher E. Ward
Title. Trustee

By: _____
Name: Kent Taylor
Title: Trustee

LICENSEE:

DataTech Global, LLC

By: _____
Name: _____
Title: _____

RSS Trust DTG License
\7524812.1

PAGE 09/13      WHITE      4158641680   22:12   02/11/2009

PAGE 14/19      WHITE      4158641680   00:35   02/16/2009

**Schedule A**

1. Raging Stallion

| VIDEO TITLE |
| --- |
| Afternoon Delights |
| And the Winner Is |
| Apex |
| Arabesque 2Disc DVD |
| Arabian Fist |
| AssQuest DVD |
| AssQuest2 |
| Bang That Ass |
| Barback |
| Bedroom Eyes |
| Best of Francois Sagat Vol. 1 |
| Best of Francois Sagat Vol. 2 |
| Best of Francois Sagat Vol. 3 |
| Best of Manuel Torres |
| Best of Remy Delaine |
| Best of Shane Rollins Vol. 1 |
| Best of Shane Rollins Vol. 2 |
| Best of Tom Vacarro |
| Big Bigger Biggest Part 1 |
| Big Bigger Biggest Part 2 |
| Bohemian Rhapsody |
| Boners |
| Bound Beaten & Banged |
| Centurian Muscle |
| Chute |
| Clash of the Zuess Men |
| CM2: Alpha |
| CM3: Omega |
| CM4: Erotikus |
| CM5: Maximus |
| CM6: Monument |
| Construction Zone 1 |
| Construction Zone 2 |
| Construction Zone 3 |
| Cops Gone Bad |
| Cum On Aussie |

Dirty Director
Down Right Dangerous
Escape from SF
Escape from Sydney
Faster! Faster! FUCK Me Harder!
Fist and Shout part 1
Fist and Shout part 2
Flogged+Fucked / Painful Endurance
FP# 2: Ass Masters
FP#1 : Extreme Penetration
FP#14: ManCaves
FP#15: Fist Fuck
FP#16: Hand It Over
FP#17: GRUNTS Fisting: Arm of One
FP#18: Your Ass Is Mine
FP#19: Fist Bump
FP#3: Up For Grabs
FP#4: Nutts for Butts
FP#5: Anal Tap
FP#6: Can Openers
FP#9: Stretch
FP10: Best in Hole
FP7: Twist My Arm
FP8: Elbow Room
Fuck Flik #1
Fuck Flik #2
Fuck My Ass, I'll Suck Your Cock!
Fuck My Eager Hungry Hole
Gaydreams
Gaydreams 2
Going Deep Down Under
GRUNTS: Brothers In Arms
GRUNTS: Misconduct
GRUNTS: The New Recruits
HAIRY BOYZ 10
Hairy Boyz 11
Hairy Boyz 5
Hairy Boyz 7
Hairyboyz
HairyBoyz 2
Hairyboyz 3

HairyBoyz 4
HairyBoyz 6
HairyBoyz 8
HairyBoyz 9
Hard as Wood
Hard at Work
Hardsex
Heat Stroke Highway
Here a Fuck, There a Fuck
Hold Everything
Hole Sweet Hole
Home Bodies
Hot Properties*
  Adam Male shares DVD Rights
Hotter Than Hell 1
Hotter Than Hell 2
Humongous Cocks #1
Humping Iron
Hunter Hunted
Induction
Initiation / 2nd Iitit
Ink Stain
Ink Storm
Instinct
Jock Itch
Jock Itch 2: Balls to the Wall
Knigt after Night-DVD
Lords of the Jungle
Lube Job
Manhattan
Manholes
Manifesto
Mirage
Monster Bang Gold
Monster Bang Gold 2
Muscle Shop
NeXus
On The Job
Pace
Packin' Loads
Party in the Rear

Passport to Paradise
Piss Off
Playback
PleXus
Poke Prod & Penetrate
Pokin' in the Boys Room
Porn Star is Born
Probe
Punishment Chamber
Raider of the Lost Arse
Rear Deliveries
Rear End Collision #1
Rear End Collision #2
Red and the Black
Red Star
Resort to Anything
Roid Rage
Rookies- Filthy Amateur Jocks
Savage
SEXPACK 1
SEXPACK 10
Sexpack 2
SEXPACK 3
SEXPACK 4
SEXPACK 5
SEXPACK 6
SEXPACK 7
SEXPACK 8
SEXPACK 9
SeXus
Shaft
Sounding  # 1
Sounding #2
Stick It In
Stoked 1
Stoked 2
Studs
Surf Shack
Tailpipes
Take it Like a Man
Team Players

Terms of Endowment
The 4th Floor
The 5th Floor
The Big Island
The Drifter
To the Last Man Part 1- The Gathering
Storm
To The Last Man Part 2- Guns Blazing
Tommy Blade: Forbidden Dreams
Toolbox- #1 Drilled
Toolbox- #2 Hammered
Toolbox- #3 Screwed
Trouser Trout
Up My Ass & Down My Throat
Up the Stakes
XXXXtreme SeXXXX
Young Bucks
Your Masters

2. High Octane    Backdraft Men
Bodyguards
Border Patrol
Boys Of The Bastille
Club Cruise
Cock Tales
College Cocks
College Cocks 2
Commandos
Deep Probe
Euro Tools
Fair Catch
Farm Boys
Fire Pump
Fly Boys
Goodfellows
Hardwood
Horse Club
Hot Property
Hot Type
Hotel hunk
In The Wild

Knock Out
Lockdown
Machine Men
Male Search
Male Watch
maneuvers
Masters & Servants
Med Troopers
Medic Men
Moto Studs
Moving Men
Muscle Hustle
Payload
Pool Party
Prison
Ransom
Room Mates
Rough Riders
Score
sportsmen
Squadron
Swim Meat
Swim Meat 2
Tattooed Tools
Tough Types
Ultimate Warriors
Uncut Memories
Under Arrest
Underground