D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br>vs.<br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>Defendants. | **Case No.: 2-12-4500 CRB**<br><br>**DECLARATION OF CHRIS WARD IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: 9/11/2012<br>Time: ~~10:00 a.m.~~ 12:00 p.m.<br>CtRm.: 6, 17th Floor |

I, Chris Ward, declare:

1. I am President of DataTech Enterprises. The facts that I state herein are within my personal knowledge and if called upon I could testify to these matters.

2. I have a PhD in History and Archeology from the University of Florida, but began working in the gay adult entertainment industry in 1997. I was always a creative person, and I was drawn to erotic media. I worked for three years of apprenticeship as a director for Hot House

-1-

CHRIS WARD DECLARATION
C-12-4500 (CRB)

Entertainment, a production studio started by former Falcon Studio employees. Hot House Entertainment continues to operate in San Francisco. During my apprenticeship, I earned no money, but I achieved my goal of learning how to produce, direct, and edit erotic films.

3. In 1999, I founded Raging Stallion Studios, Inc. I gave up a very good job at the Pacific Stock Exchange, cashed in my retirement, and sold my home to fund this new venture. I worked every day for six years without a vacation before turning my first profit. During this time, I reinvested all revenue back into the company and worked hard to film the highest quality movies possible. After years of very difficult struggle, I finally felt secure. I had developed a company that employed twenty people and I felt confident our company was stable and would continue to grow.

4. In December of 2010, I sold the Raging Stallion Studios, Inc. The sale involved multiple parts and the formation of new subsidiaries as further set forth in the concurrently filed declarations. However, I became a stockholder and continued to run Raging Stallion as a successful studio brand.

5. In January 2011 we acquired Falcon Studios and its associated studio brands from HRW Investments. Falcon Studios is the industry's largest and most important gay adult content producer. This acquisition was particularly significant to me. Falcon, founded in 1972 by Chuck Holmes, played a key role in shaping of "Gay America." Falcon and its related brands, Mustang and Jocks, have influenced three generations of men. Before his death in 2000, Chuck Holmes gave significant amounts of money to many charities including the San Francisco Gay and Lesbian Center which opened in 2002, honoring Mr. Holmes by naming the Center after him.

6. We continue this history of community support and involvement. Over the past ten years we have donated significant amounts to various AIDS and gay friendly charities, effectively playing an important and supportive role to the gay ccommunity in San Francisco and nationwide.

-2-

7. However, after years of hard work and building our company, we once again are struggling. Although entertainment industries have traditionally done well in difficult economies, the industry cannot compete when others can so easily make exact duplicates of our movies and sell them worldwide for a fraction of their value. This practice not only takes away direct sales, but also severely and permanently decreases the economic value of the content.

8. Digital piracy of our works has significantly devalued the catalog of films due to the free availability on websites such as oron.com. Previously, MegaUpload.com was the largest aggregator of pirated DataTech content with in excess of 50,000 documented instances of infringement  In early 2012, Megaupload was shut down after the federal government indicted the website's operators for criminal copyright infringement and money laundering. Now, Oron.com has stepped into MegaUpload's place and has grown to a similar level of reported infringements.

9. I am informed and believe that oron.com actively promoted the infringement through the direct or indirect operation of indexing websites like www.gay-bb.com.

10. To the best of my knowledge, the majority of materials available for download on oron.com were copies of adult films. There is no legitimate purpose to the oron.com service and it is a farce for them to claim there is any use by individuals to host legal files.

11. I have personal knowledge that FF Magnat Limited, operating as oron.com, pays, or at onetime paid, users of their service to upload copyrighted materials without authorization from the copyright holders. FF Magnat actively solicited the upload of these unauthorized and infringing materials in order to generate revenues from the sale of subscriptions to the Oron.com service. They illegally profited from the unauthorized distribution of DataTech's works and caused harm to DataTech's sales.

12. Companies like FF Magnat that operate massive infringing enterprises, like that at oron.com make it difficult to survive. Our jobs are once again in jeopardy as producing movies profitably becomes more and more difficult because of rampant copyright infringement. The widespread, unauthorized, and free availability of DataTech's works has made it more difficult to sell directly to consumers and to negotiate favorable distribution agreements. It has increased expenses and negatively impacted revenues.

13. DataTech is greatly concerned that ongoing and continuous piracy by oron.com and other similar websites will fatally threaten DataTech's existence and ability to continue operating. I sincerely believe that Defendants' ongoing operations are a serious threat to DataTech and will cause irreparable harm if allowed to continue. The harm cannot be mitigated if allowed to continue, nor can such harm be remedied by money damages. Only the immediate and continued enjoinment of the Oron service will serve to remedy the harms caused to DataTech by its knowing, continuous and systematic theft of DataTech and others. For years, I have avoided selling my movies for discounted prices or from having sales, because I know that once a consumer pays a low price for a product, he or she will be reluctant to pay the regular price. As consumer become accustomed to paying nothing or little for DataTech movies made available through oron.com, it will be difficult to expect those consumers to go back to paying the regular price. In this regard, the harm done by FF Magnat is irreparable.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: _____ 9/5/2012

Chris Ward, President
DataTech Enterprises, LLC

-4-

CHRIS WARD DECLARATION
C-12-4500 (CRB)