D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

## UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>        vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | **Case No.: 12-4500 (CRB)**<br><br>**AFFIRMATION OF LI HON KI IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   September 11, 2012<br>Time:  2:00 p.m.<br>CtRm:  6, 17th Floor |

-1-

AFFIRMATION OF LI HON KI IN
SUPPORT OF PRELIMINARY INJUNCTION
C-12-4500 (CRB)

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company, | ) ) Case No.: CV 12 4500 ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and | ) ) ) ) ) |
| Defendants. | ) ) ) |

### AFFIRMATION OF LI HON KI

I, LI HON KI of 57th Floor, The Centre, 99 Queen's Road Central, Hong Kong, a clerk of Messrs Robertsons, Solicitors, do solemnly and sincerely declare and affirm:

1. I am employed as a litigation clerk and process server by Robertsons, a Hong Kong law firm who has recently been instructed by Law Office of D. Gill Sperlein, Solicitors for the Plaintiff in USA to serve Court Documents on the Defendant, FF Magnat Limited in Hong Kong.

2. Having attended to such service of the Court Documents on the Defendant, I am duly authorized to make this affirmation on their behalf. The facts deposed to herein are true to the best of my information, knowledge and belief.

3. On Thursday, 30th August 2012, I attended at office premises located at Unit 1502, 15/F, Jubilee Centre, 46 Gloucester Road, Wanchai, Hong Kong. The

premises had about 6 partitions installed in the office. There was only one staff member in the office. There was no reception counter in the office. The signboard at the office was showed the name of "Intershore Consult (Asia) Limited".

4. I had a conversation with the person seated in the Premises in words to the following effect:

I said: "Is this the office of FF Magnat Limited?"

He said: "Yes."

I said: "I have some court documents for service on the company. Will you accept service?

He said: "Yes."

5. I then handed the following documents to the person:

   (a) Summons;

   (b) Complaint;

   (c) Ex Parte Application for Temporary Restraining Order;

   (d) Order Granting Plaintiff Dataech Enterprises

   (e) LLC's Application for Temporary Restraining Order.

6. There is now produced and shown to me marked "LHK-1" a copy of the letter dated 29th August 2012 bearing the rubber stamp.

AFFIRMED at Blank Rome )
Rm 5603-7, The Center )
99 Queen's Rd Central )
H.K. )
)
this 31st day of August 2012 )

Before me,

DANIEL H. K. LEE
A Solicitor of the High Court
of the Hong Kong Special
Administrative Region
BLANK ROME

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company, | ) <br> ) Case No.: CV 12 4500 <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| FF MAGNAT LIMITED, d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants, | ) <br> ) |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

AFFIRMATION OF LI HON KI

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Filed this            day of            2012
at           a.m./p.m.


ROBERTSONS
Solicitors
57th Floor
The Center
99 Queen's Road Central
Hong Kong
Tel.: 2868 2866
Fax.: 2868 5820
Ref.: MLS/SCG/88908