D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>        vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | **Case No.: c-12-4500 (CRB)**<br><br>**DATATECH ENTERPRISES, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    September 11, 2012<br>Time:    2:00 p.m.<br>CtRm:   6, 17th Floor |

Pursuant to Federal Rule of Evidence 201, Plaintiff DataTech Enterprises, LLC respectfully requests that the Court take judicial notice of the following documents, true and correct copies of which are attached hereto:

-1-

**Exhibit A:** Ben Sisario, *7 Charged as F.B.I. Closes a Top File-Sharing*, N. Y. Times, Jan. 19, 2012, at http://www.nytimes.com/2012/01/20/technology/indictment-charges-megaupload-site-with-piracy.html

This article is not submitted as evidence of FF Magnat's Liability, but as an explanation as to why FF Magnat began moving assets out of the United States in early 2012.

Dated: *September 10, 2012*             Respectfully submitted,


                                        */s/ D. Gill Sperlein*

                                        _____
                                        D. GILL SPERLEIN
                                        THE LAW OFFICE OF D. GILL SPERLEIN

                                        Attorney for Plaintiff DataTech Enterprises, LLC,