D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>Defendants. | **Case No.: C-12-4500 (CRB)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DATATECH ENTERPRISE, LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   September 11, 2012<br>Time:   2:00 p.m.<br>CtRm:  6, 17th Floor |

Plaintiff's Motion for Preliminary Injunction came before this Court on oral argument on September 11, 2012.  The Plaintiff has shown a substantial likelihood of success on the merits of its claims sufficient for the Court to issue a Preliminary Injunction.  Plaintiff also established that it will suffer irreparable harm in the absence of this injunctive relief.  The balance of equities favors the issuance of a temporary restraining order in that it is limited in

-1-

scope and it does nothing more than prohibit Defendants from fraudulent transfers and compels that they unwind those in which they have already engaged. Freezing any U.S. funds protects Plaintiff's ability to receive any possible relief. There is also a genuine public interest in upholding copyright protections. *See*, *Erickson v. Trinity Theatre, Inc*., 13 F.3d 1061, 1066 (7th Cir. 1994) (quoting *Apple Computer, Inc. v. Franklin Computer Corp*., 714 F.2d 1240, 1255 (3d Cir. 1983) ("It is virtually axiomatic that the public interest can only be served by upholding copyright protections …")).

Finding that the Plaintiff has demonstrated good cause for the relief requested herein, **IT IS HEREBY ORDERED** that:

Defendants and their respective officers, agents, servants, employees, and attorneys, and those persons in active concert of participation with them are hereby permanently enjoined from the reproduction, manufacturing, selling, and /or marketing, or infringing in any manner upon any copyright registered to or assigned to Plaintiff ;

**IT IS FURTHER ORDERED** that**:**

1. Any bank or financial institution in the United States with an account belonging to FF Magnat Limited, Oron.com; Stanislav Davidoglov, Roman Romanov, or anyone acting demonstrably in concert with them, will immediately freeze those funds and continue to freez those funds until further ordered by this Court.

2. PayPal, Inc. will immediately freeze and/or continue to freeze any and all funds in any FF Magnat Limited or Oron.com accounts until further ordered by this Court;

3. CCBill, LLC will immediately freeze and/or continue to freeze any and all funds in any FF Magnat Limited or Oron.com accounts from being withdrawn until further ordered by this Court;

4. AlertPay will immediately freeze and/or continue to freeze any and all funds in any FF Magnat Limited or Oron.com accounts from being withdrawn until further ordered by this Court;

5. All Defendants are hereby enjoined from disgorging or dissipating any funds, property, domain names, or other assets until further notice.

DATED this____ day of September, 2012.

_____
Honorable CHARLES R. BREYER
United States District Judge