**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10

11  DATATECH ENTERPRISES LLC,                     No. C 12-04500 CRB

12          Plaintiff,                            **ORDER EXTENDING TEMPORARY RESTRAINING ORDER BY STIPULATION OF PARTIES**

13      v.

14  FF MAGNAT LIMITED ET AL.,

15          Defendants.
                                              /
16

17          This matter came before the Court today on an Order to Show Cause regarding a

18  preliminary injunction.  The parties agreed under Federal Rule of Civil Procedure 65(b) to

19  extend the temporary restraining order currently in effect (dkt. 9) so that it will expire at

20  11:59 p.m. on September 14, 2012, by which time the Court anticipates having entered a

21  preliminary injunction order.  The Court finds good cause for the extension.

22          **IT IS SO ORDERED.**

23

24  Dated: September 11, 2012            CHARLES  R. BREYER
                                         UNITED STATES DISTRICT JUDGE
25
26
27
28

G:\CRBALL\2012\4500\Order Extending TRO.wpd