IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FF MAGNAT LIMITED ET AL.,<br><br>    Defendants. | No. C 12-04500 CRB<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER BY STIPULATION OF PARTIES** |

This matter came before the Court today on an Order to Show Cause regarding a preliminary injunction. The parties agreed under Federal Rule of Civil Procedure 65(b) to extend the temporary restraining order currently in effect (dkt. 9) so that it will expire at 11:59 p.m. on September 14, 2012, by which time the Court anticipates having entered a preliminary injunction order. The Court finds good cause for the extension.

**IT IS SO ORDERED.**

Dated: September 11, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\4500\Order Extending TRO.wpd