**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **September 11, 2012**  Time: 1 hour 5 minutes

**C-12-04500 CRB**

**DATATECH ENTERPRISES LLC** v. **FF MAGNAT LIMITED**

| Attorneys: | d. Gill Sperlein | Kenneth Keller |
|---|---|---|
| | | Michael Lisi |

Deputy Clerk: **BARBARA ESPINOZA**   Reporter: **Lydia Zinn**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Motion Preliminary Injunction | Submitted |
| 2. Motion for Order Permitting Alternative Svc | Granted |
| 3. Motion for Order Granting Leave to Take Discovery | Granted |

**ORDERED AFTER HEARING:**

Motion Preliminary Injunction granted subject to defendant making a showing re assets in excessive.

Parties agree for an extension of the TRO entered August 28, 2012

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge for: _____

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                              Type of Trial:   ( )Jury   ( )Court

Notes: _____