United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>FF MAGNAT LIMITED ET AL.,<br><br>    Defendants._____/ | No. C 12-04500 CRB<br><br>**ORDER** |

      This matter came on for hearing September 11, 2012. After considering the pleadings of record, the evidence submitted, and the arguments of counsel, for the reasons stated and the findings made in open court during the hearing, the Court GRANTS Datatech's Motion for Alternative Service (dkt. 17) and GRANTS Datatech's Motion for Early Discovery (dkt. 18). For the reasons stated and the findings made in the Memorandum and Order entered by the Court on September 14, 2012 (dkt. 34), IT IS HEREBY ORDERED THAT:

      1. Any bank or financial institution in the United States with an account belonging to FF Magnat Limited, Oron.com, Davidoglov Stanislav, or Roman Romanov will immediately freeze those funds from being withdrawn;

      2. PayPal, Inc. will immediately freeze any and all funds in any FF Magnat Limited or Oron.com accounts from being withdrawn;

      3. CCBill, LLC will immediately freeze any and all funds in any FF Magnat Limited or Oron.com accounts from being withdrawn;

4. AlertPay will immediately freeze any and all funds in any FF Magnat Limited or Oron.com accounts from being withdrawn;

5. All Defendants are hereby enjoined from disgorging or dissipating any funds, property, domain names, or other assets until further notice.

IT IS FURTHER ORDERED that security pursuant to Federal Rule of Civil Procedure 65 shall be posted immediately after entry of this Order in the amount of TEN THOUSAND ($10,000) DOLLARS AND NO CENTS. The bond shall be filed with the Clerk's Office and be deposited into the registry of the Court. If said bond is not posted by 4:00 p.m. on September 18, 2012, this injunction shall be dissolved.

**IT IS SO ORDERED.**

Dated: September 14, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE