D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and <br><br> Defendants. | **Case No.: 2-12-4500 CRB** <br><br> **PLAINTIFF'S INJUNCTION BOND RIDER INCREASING BOND TO $10,000.** |

-1-

72BSBCI7778

PLAINTIFF'S INJUNCTION BOND TO DEFENDANT -
Temporary Restraining Order

Know all men by these presents that we DataTech Enterprises, LLC as Principal and Hartford Fire Insurance Company a corporation organized under the laws of the State of Connecticut, and duly authorized to transact business in the State of California as Surety, are held and firmly bound unto US District Court Northern Distr in the penal sum of One Thousand Dollars ($1,000) lawful money of the United States, to the payment of which well and truly to be made we hereby bind ourselves and our heirs, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the above named plaintiff has duly applied to this court for a preliminary restraining order and a temporary writ of injunction against the defendant in this action, according to the statute in such cases provided.

NOW, THEREFORE, the condition of this obligation is such that, if the said plaintiff shall pay the said defendant such damages as he sustains by reason of said preliminary restraining order or temporary injunction, if the Court finally decide that the said defendant is entitled thereto (or to either or any of them, if more than one defendant), then this obligation shall be void, otherwise to remain in full force and effect.

In witness whereof, the Principal and Surety have hereunto set their hands and seals this 5th day of September, ~~199~~ 2012.

Attest: _[signature]_

Attest: _Sandi Smith_

DataTech Enterprises, LLC
By: _[signature]_  Attorney in Fact for
PRINCIPAL                Christopher Ward

Hartford Fire Insurance Company
By: _[signature]_
SURETY

Shanta Mahadeo   Attorney-in-Fact

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
Bond T-4
One Hartford Plaza
Hartford, Connecticut 06155
call: 888-266-3488 or fax: 860-757-5835

KNOW ALL PERSONS BY THESE PRESENTS THAT:   Agency Code: 72   165768

| | |
|---|---|
| [X] | Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| [ ] | Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| [ ] | Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois |
| [ ] | Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana |
| [ ] | Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
**up to the amount of** UNLIMITED :

JOELLE L. LAPIERRE, TERUKO REINERTSEN, DAN SHORT, VL. WHEELER, SUZAN TURNER, GLORIA DIAZ, SUSAN J. NEWTON, DEBBI SLOAN, SANDI SMITH, SUANNE COX, EMILY OLAN, KATHLEEN ADAMS, FRANTZ GEBARA, JULIO DELVALLE, SHARI RUFF, SLOBODANKA BILIC, SHANTA MAHADEO, GEOFFREY RAMPERSAD, TANYA RIOS, SHELBY WIGGINS, NANCY DUDLEY, EUGENE HERRERA, CHRISTINA HEATLEY, LORI S. DAMRON, JENNIFER O'BRIEN, AMY JO MILLER, MELANIE MCGOVERN, REINA DAIL, TAMMY BROWN, LILIANA JOHNSON, ALPHA D. LAUREANO, MICHELE CONLEY, JENNIFER MORALES, ROBIN TALBERT, STUART OWENS, GREGORY MARKHAM, JESSICA CICCONE, SARA DIFIORE OF LAKE MARY, FLORIDA

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ⊠, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on August 1, 2009, the Companies have caused these presents to be signed by its Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Wesley W. Cowling, Assistant Secretary         M. Ross Fisher, Vice President

STATE OF CONNECTICUT } ss. Hartford
COUNTY OF HARTFORD

On this 12th day of July, 2012, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut, that he is the Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority



CERTIFICATE

Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2016

I, the undersigned, Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of September 5, 2012
Signed and sealed at the City of Hartford



Gary W Stumper, Vice President

POA 2012



This is an informational endorsement to the policy/bond

# CALIFORNIA PREMIUM RIDER

This rider applies to the bond or policy detailed below:

POLICY NO: 72BSBGI7778

NAMED INSURED DataTech Enterprises, LLC

It is agreed that:

1. In compliance with the ruling of the Commissioner of Insurance of the State of California and the Opinion of the Attorney – General of that State requiring that the premium for all policies be endorsed thereon, the basic premium charged for the attached policy for the period:

From: August 30, 2012

To: August 30, 2013

Is: 100

2. This endorsement is effective as of 12:01 a.m. on August 30, 2012

Hartford Fire Insurance Company

Accepted: _____

Shanta Mahadeo , Authorized Representative

72BSBGI7778

## ACKNOWLEDGEMENT OF SURETY

State of ~~California~~ *Florida*

County of *Seminole*

On *9/5/12* before me, *Robin Talbert, Notary Public*
    date                                            here insert name and title of the officer

personally appeared *Shanta Mahadeo, Attorney-in-fact*
                                             name(s) of signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Robin Talbert* (Seal)



ROBIN TALBERT
MY COMMISSION # EE147516
EXPIRES March 05, 2016
(407) 398-0153  FloridaNotaryService.com

ROBIN TALBERT
MY COMMISSION # EE147516
EXPIRES March 05, 2016
(407) 398-0153  FloridaNotaryService.com



## Producer Compensation Notice

You can review and obtain information on The Hartford's producer compensation practices at www.thehartford.com or at 1-800-592-5717.



## RIDER

Attached to and forming part of Bond # 72BSBGI7778 ,
on behalf of DataTech Enterprises, LLC
of 1155 Mission Street, San Francisco, CA 94103
in favor of US District Court Northern District of CA
and in the amount of One Thousand ($1,000.00) Dollars.

It is understood and agreed that effective September 14, 2012
The Bond limit shall be changed
from $1,000
to   $10,000

All other conditions and terms remain as originally written.

Signed, Sealed, and Dated    September, 17th       , 2012

Hartford Fire Insurance Company
By: _____
      Nancy Dudley           , Attorney

The above rider is hereby agreed to and accepted:

By: _____
      ATTORNEY IN FACT
      FOR CHRISTOPHER WARD

Form GENCNG (Rev. 02/04/03)

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
Bond T-4
One Hartford Plaza
Hartford, Connecticut 06155
call: 888-266-3488 or fax: 860-757-5835)

KNOW ALL PERSONS BY THESE PRESENTS THAT:

Agency Code: 72   165768

| | |
|---|---|
| [X] | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
**up to the amount of** UNLIMITED :

JOELLE L. LAPIERRE, TERUKO REINERTSEN, DAN SHORT, VL. WHEELER, SUZAN TURNER, GLORIA DIAZ, SUSAN J. NEWTON, DEBBI SLOAN, SANDI SMITH, SUANNE COX, EMILY OLAN, KATHLEEN ADAMS, FRANTZ GEBARA, JULIO DELVALLE, SHARI RUFF, SLOBODANKA BILIC, SHANTA MAHADEO, GEOFFREY RAMPERSAD, TANYA RIOS, SHELBY WIGGINS, NANCY DUDLEY, EUGENE HERRERA, CHRISTINA HEATLEY, LORI S. DAMRON, JENNIFER O'BRIEN, AMY JO MILLER, MELANIE MCGOVERN, REINA DAIL, TAMMY BROWN, LILIANA JOHNSON, ALPHA D. LAUREANO, MICHELE CONLEY, JENNIFER MORALES, ROBIN TALBERT, STUART OWENS, GREGORY MARKHAM, JESSICA CICCONE, SARA DIFIORE OF LAKE MARY, FLORIDA

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on August 1, 2009, the Companies have caused these presents to be signed by its Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Wesley W. Cowling, Assistant Secretary

M. Ross Fisher, Vice President

**STATE OF CONNECTICUT** } ss. Hartford
**COUNTY OF HARTFORD**

On this 12th day of July, 2012, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2016

**CERTIFICATE**

I, the undersigned, Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of September 17, 2012.
Signed and sealed at the City of Hartford.



Gary W. Stumper, Vice President

POA 2012