**KENNETH E. KELLER** (CA Bar No. 71450)
**STAN G. ROMAN** (CA BAR. No. 87652)
**MICHAEL D. LISI** (CA Bar No. 196974)
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
 (415) 249-8330; FAX (415) 249-8333
kkeller@kksrr.com
sroman@kksrr.com
mlisi@kksrr.com

**EVAN FRAY-WITZER**  Evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:    (617) 426-0000
Fax:   (617) 507-8043 (facsimile)
*Pro Hac Vice Pending*

Attorneys for Defendant FF MAGNAT LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC,  a Nevada Limited Liability Company,<br><br>             Plaintiff<br><br>        vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias) and<br><br>             Defendants. | Case No. CV 12-4500 CRB<br><br>**SUPPLEMENTAL DECLARATION OF DAVIDOGLOV STANISLAV IN SUPPPORT OF ORON'S MOTION FOR RECONSIDERATION**<br><br>**Judge:**        **Hon. Charles R. Breyer**<br>**Courtroom:**  **Courtroom 6 - 17th Floor** |

I, Davidoglov Stanislav, declare and state as follows:

1.      I am the owner of defendant FF Magnat Limited d/b/a/ Oron.com ("Oron").  I make this supplemental declaration in support of Oron's Motion for Reconsideration from my own knowledge.  If called as a witness, I could and would so competently testify.

2.      In my first declaration to the Court, I stated that the transfer of funds from Oron's PayPal account to its bank account in Hong Kong (which the Plaintiff claimed was evidence of dissipation of assets) was simply part of Oron's routine business practice of transferring such funds from PayPal to Oron's Hong Kong bank account.

3.      I understand that the Court, in its Order, stated that I had not provided supporting documentation that such transfers were routine business transactions.  I did not know or imagine that such additional documentation was required, given my sworn statement.

4.      Attached to this declaration are true and accurate copies of Oron's bank account statements from its bank in Hong Kong.  As the Court can see, there are dozens of deposits into Oron's account from Oron's PayPal account (listed as deposits from PayPal PTE LTD).  The amounts are all similar to the amount which was at issue in this case and the frequency of the deposits should dispel any suggestion that the transfer at issue here was anything other than a routine business transfer.

5.      Although I do not understand how any of these transfers could constitute a "dissipation" of Oron's assets (since the transfers were from Oron accounts to Oron accounts), I trust that the bank account statements demonstrate conclusively that there was no – and has been no – attempt to "dissipate" Oron's assets.

1

DECLARATION OF DAVIDOGLOV STANISLAV IN SUPPPORT OF ORON'S RESPONSE
TO ORDER TO SHOW CAUSE RE PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION
CASE NO. CV 12-4500 CRB

1    I hereby declare under penalty of perjury under the laws of the United States of America that

2    the foregoing is true and correct.

3

4    Executed this 24th day of September, 2012, at Chisinau, Moldova.

5

6                                    _____

7                                    DAVIDOGLOV STANISLAV

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                          2
28   DECLARATION OF DAVIDOGLOV STANISLAV IN SUPPPORT OF ORON'S RESPONSE
     TO ORDER TO SHOW CAUSE RE PLAINTIFF'S MOTION FOR PRELIMINARY
                              INJUNCTION
                         CASE NO. CV 12-4500 CRB