# HSBC 滙豐

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

FF MAGNAT LIMITED
ROOM 611 6/F
FOOK CHEONG BUILDING
63 HOI YUEN ROAD
KWUN TONG KLN

Number 戶口號碼: 614-024354-838
Branch 分行: KOWLOON BAY CVC

Page 1 of 4

16 September 2011

M

When you are in Mainland China, you can simply call our toll-free number 00 800 0000 7000 for queries on your company account and other general commercial banking queries. (please make calls from landlines with international telephone service.)
當您身處內地，您只要撥打免費直線號碼00 800 0000 7000，便可查詢貴公司戶口及一般工商業務銀行服務的資料。(當您身處內地時，請使用設有國際長途電話服務的固網電話撥打。)

## HSBC Business Direct Portfolio Summary 滙豐「理財易」商務戶口資產摘要

| | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---:|
| Total balance in HKD 港元結餘 | 313.21 |
| Total balance in Foreign Currency 外幣結餘 | 39,256,451.25 |
| Total balance in Wayfoong Statement Gold 黃金券結餘 | 0.00 |
| Total balance in Overdraft 總透支 | 0.00 |
| Net Position 淨額 | 39,256,764.46 |

## Asset Portfolio 資產組合



| | HKD Equivalent 參考貨幣等值 | % 百分比 |
|---|---:|---:|
| FCY Deposits 外幣存款 | 39,256,451.25 | 100.0% |
| Others 其他 | 313.21 | 0.0% |

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

182



HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC |
|---|---|---|---|

Page 2 of 4
16 September 2011

### Portfolio Summary 資產摘要

#### HSBC Business Direct 滙豐「理財易」商務戶口

| | Account Number 戶口號碼 | CCY 貨幣 | Balance 結餘 (DR=Debit 結欠) | HKD Equivalent 参考貨幣等值 (DR=Debit 結欠) |
|---|---|---|---|---|
| **Deposits 存款** | | | | |
| HKD Savings 港元儲蓄 | 614-024354-838 | HKD | 313.21 | 313.21 |
| HKD Current 港元往來 | | HKD | 0.00 | 0.00 |
| Foreign Currency Savings 外幣儲蓄 | | USD | 69.17 | 538.81 |
| | | EUR | 3,647,433.11 | 39,224,752.08 |
| | | CNY | 0.00 | 0.00 |
| Foreign Currency Time Deposits 外幣定期存款 | | USD | 4,000.20 | 31,160.36 |
| Total 總計 | | | | 39,256,764.46 |

### Account Activities 戶口進支紀錄

#### HSBC Business Direct HKD Current 滙豐「理財易」商務戶口 – 港元往來

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 16 Aug | B/F BALANCE | 承前轉結 | | | 0.00 |
| 19 Aug | TERM DEP W D 6140243548380003 | 儲蓄/定期存款 | 100,549.74 | | 100,549.74 |
| 25 Aug | N82500163514 - GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 100,549.74 | 0.00 |
| Total No. of Deposits: 存入次數總計 | | | 1 | Total No. of Withdrawals: 提取次數總計 | 1 |
| Total Deposit Amount: 存入總額 | HKD | | 100,549.74 | Total Withdrawal Amount: 提取總額 HKD | 100,549.74 |

#### HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 – 港元儲蓄

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 16 Aug | B/F BALANCE | 承前轉結 | | | 15,122,673.62 |
| 23 Aug | N82300126047 - GOLD/EXCHANGE CREDIT | 出售金/外匯收入 | 6,928,517.41 | | |
| | N82200204220 (22AUG11) | 購入金/外匯支出 | | 69,428.61 | 21,981,762.42 |
| 24 Aug | PAYPAL PTE LTD 4CWJ255VM7JNQ | 轉賬收入 | 850,094.83 | | 22,831,857.25 |
| 27 Aug | CREDIT INTEREST | 利息收入 | 16.47 | | 22,831,873.72 |
| 29 Aug | PAYPAL PTE LTD 4CWJ25657FASY | 轉賬收入 | 972,096.94 | | 23,803,970.66 |
| 30 Aug | N83000209732 - GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 156,150.00 | 23,647,820.66 |
| 31 Aug | PAYPAL PTE LTD 4CWJ256C4XPUE | 轉賬收入 | 856,021.43 | | 24,503,842.09 |
| 1 Sep | N90100166853 - GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 4,467,440.00 | |
| | N90100167268 - GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 8,933,120.00 | |
| | N90100167656 - GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 7,817,110.00 | |
| | N90100168263 - GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 230,099.76 | |
| | N90100169480 - GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 2,340,067.48 | |
| | PAYPAL PTE LTD 4CWJ256GDTZK6 | 轉賬收入 | 855,057.00 | | |
| | PAYPAL PTE LTD 4CWJ256F3XDTN | 轉賬收入 | 856,246.99 | | |
| | HK101091BI789719 REM USD64139.44 | 匯出匯款 | | 499,999.00 | |
| | HK101091BI789719 CHARGES | 銀行手續費 | | 110.00 | |
| | N90100191534 - GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 371,886.63 | 1,555,313.21 |

**Exchange Rate 匯率**
USD 7.789700   CNY 1.219971   EUR 10.754070

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288
04 IPBSTM/0003

183



**HSBC Business Direct Statement**
滙豐「理財易」商務戶口結單

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC |
|---|---|---|---|

Page 3 of 4
16 September 2011

### HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 – 港元儲蓄

| Date 日期 | Transaction Details 適支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 2 Sep | N90200129484 - GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 1,555,000.00 | 313.21 |
| Total No. of Deposits: 存入次數總計 | | | 7 | Total No. of Withdrawals: 提取次數總計 | 11 |
| Total Deposit Amount: 存入總額 | HKD | | 11,318,051.07 | Total Withdrawal Amount: 提取總額  HKD | 26,440,411.48 |

### HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 – 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 適支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|---|
| USD | 16 Aug | B/F BALANCE | 承前轉結 | | | 64,852.54 |
| | 19 Aug | WITHDRAWAL | 提款 | | 14.13 | |
| | | WITHDRAWAL | 提款 | | 64,100.00 | |
| | 23 Aug | WITHDRAWAL | 提款 | | 14.13 | 738.41 |
| | | WITHDRAWAL | 提款 | | 6,215.00 | |
| | | DEPOSIT Internet Ref: BIB- N82200204220 | 存款 | 8,888.00 | | 3,397.28 |
| | 24 Aug | DEPOSIT | 存款 | 24,781.63 | | |
| | | WITHDRAWAL | 提款 | | 3,500.00 | |
| | | WITHDRAWAL | 提款 | | 6.42 | 24,572.49 |
| | 25 Aug | DEPOSIT Internet Ref: BIB- N82500163514 | 存款 | 12,876.96 | | 37,549.45 |
| | 26 Aug | DEPOSIT | 存款 | 6,148.00 | | 43,697.45 |
| | 30 Aug | DEPOSIT Internet Ref: BIB- N83000209732 | 存款 | 20,000.00 | | 63,697.45 |
| | 31 Aug | WITHDRAWAL | 提款 | | 1,600.00 | |
| | | WITHDRAWAL | 提款 | | 14.14 | |
| | | WITHDRAWAL | 提款 | | 14.14 | |
| | | WITHDRAWAL | 提款 | | 62,000.00 | 69.17 |
| EUR | 16 Aug | B/F BALANCE | 承前轉結 | | | 1,500,000.00 |
| | 17 Aug | DEPOSIT | 存款 | 15,830.79 | | 1,515,830.79 |
| | 22 Aug | DEPOSIT | 存款 | 100,004.58 | | 1,615,835.37 |
| | 23 Aug | WITHDRAWAL Internet Ref: BIB- N82300126047 | 提款 | | 615,835.37 | 1,000,000.00 |
| | 24 Aug | DEPOSIT | 存款 | 49,488.65 | | |
| | | DEPOSIT | 存款 | 9,629.09 | | 1,059,117.74 |
| | 27 Aug | DEPOSIT | 存款 | 49,833.66 | | 1,108,951.40 |
| | 31 Aug | DEPOSIT | 存款 | 11,456.95 | | 1,120,408.35 |
| | 1 Sep | DEPOSIT | 存款 | 49,491.89 | | |
| | | DEPOSIT Internet Ref: BIB- N90100166853 | 存款 | 400,000.00 | | |
| | | DEPOSIT Internet Ref: BIB- N90100167268 | 存款 | 800,000.00 | | |
| | | DEPOSIT Internet Ref: BIB- N90100167656 | 存款 | 700,000.00 | | |
| | | DEPOSIT Internet Ref: BIB- N90100168263 | 存款 | 20,605.89 | | |
| | | DEPOSIT Internet Ref: BIB- N90100169480 | 存款 | 209,493.87 | | |
| | | DEPOSIT Internet Ref: BIB- N90100191534 | 存款 | 33,333.33 | | 3,333,333.33 |
| | 2 Sep | DEPOSIT Internet Ref: BIB- N90200129464 | 存款 | 139,982.90 | | 3,473,316.23 |
| | 7 Sep | DEPOSIT | 存款 | 12,809.86 | | 3,486,126.09 |
| | 8 Sep | DEPOSIT | 存款 | 49,771.52 | | 3,535,897.61 |
| | 10 Sep | DEPOSIT | 存款 | 49,893.04 | | 3,585,790.65 |
| | 14 Sep | DEPOSIT | 存款 | 11,928.09 | | 3,597,718.74 |
| | 15 Sep | DEPOSIT | 存款 | 49,714.37 | | 3,647,433.11 |
| CHF | 16 Aug | B/F BALANCE | 承前轉結 | | | 0.00 |
| CNY | 16 Aug | B/F BALANCE | 承前轉结 | | | 158,946.37 |

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

CI IPSBTI/0003

184

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

 滙 豐

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC | Page 4 of 4 |
|---|---|---|---|---|
| | | | | 16 September 2011 |

## HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 — 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|---|
| CNY | 24 Aug | WITHDRAWAL | 提款 | | 158,946.37 | 0.00 |

| Total No. of Deposits: 存入次數總計 | USD | 5 | Total No. of Withdrawals: 提取次數總計 | USD | 10 |
|---|---|---|---|---|---|
| | EUR | 19 | | EUR | 1 |
| | CHF | 0 | | CHF | 0 |
| | CNY | 0 | | CNY | 1 |
| Total Deposit Amount: 存入總額 | USD | 72,694.59 | Total Withdrawal Amount: 提取總額 | USD | 137,477.96 |
| | EUR | 2,763,268.48 | | EUR | 615,835.37 |
| | CHF | 0.00 | | CHF | 0.00 |
| | CNY | 0.00 | | CNY | 158,946.37 |

## HSBC Business Direct Time Deposits 滙豐「理財易」商務戶口 — 定期存款

| Deposit No. 存款編號 | Currency 貨幣 | Principal Amount 本金 | Interest 年息 | Start/ Maturity Date 起息/到期日 | Principal + Interest 本息 | Balance M1 結餘 |
|---|---|---|---|---|---|---|
| 0001 | USD | 4,000.16 | 0.010000% | 20 Jul 2011/ 22 Aug 2011 | 4,000.20 | |
| | | 4,000.20 | 0.010000% | 22 Aug 2011/ 22 Sep 2011 | 4,000.23 | 4,000.20 |
| 0002 | EUR | 100,000.00 | 0.050000% | 20 Jul 2011/ 22 Aug 2011 | 100,004.58 | |

## Deposit Plus 高息投資存款

| Deposit No. 存款編號 | Principal Amount (Deposit)/(Linked) 本金「存款貨幣」/「掛鈎貨幣」 | | Interest 年息 | Start/ Maturity Date 起息/到期日 | Principal + Interest 本息 | Balance M1 結餘 |
|---|---|---|---|---|---|---|
| 0003 | HKD/CHF Conversion Rate 9.4265 Final Exchange Rate 結算匯率 9.7942 | 100,000.00 協定匯率 | 6.588500% | 20 Jul 2011/ 19 Aug 2011 | HKD 100,549.74 | |

### Special Privileges 尊享優惠

Thank you for maintaining your average Total Relationship Balance at $25,125,099.95 from 1 Jun 2011 to 31 Aug 2011. As a token of our appreciation, your monthly service fee has been waived.
多謝您於2011年6月1日至2011年8月31日期間，將全面理財總值平均維持於 $ 25,125,099.95。為感謝您的支持，本期服務月費全免。

### Others 其他

Based on the average daily credit balance of your Business Integrated Account last month, you may now enjoy a maximum of HK$10,000 overdraft protection during the current calendar month (subject to adherence of other terms and conditions).
根據您上月在商業綜合戶口內的每日平均結餘，您可於本月份內享用高達港幣10,000元的透支保障服務（必須同時符合其他戶口條款）。

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

Thank you for choosing HSBC. 多謝選用滙豐服務。

185