# HSBC ⟨X⟩ 滙豐

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

FF MAGNAT LIMITED
ROOM 611 6/F
FOOK CHEONG BUILDING
63 HOI YUEN ROAD
KWUN TONG KLN

Number 戶口號碼: 614-024354-838
Branch 分行: KOWLOON BAY CVC

Page 1 of 4

16 July 2011

M

Commercial Tariffs for commercial customers have been updated. Please visit the HSBC website for details.
工商客戶適用之工商金融服務收費簡介已更新，請登入本行網址查閱詳情。

## HSBC Business Direct Portfolio Summary 滙豐「理財易」商務戶口資產摘要

| | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---:|
| Total balance in HKD 港元結餘 | 112,747.73 |
| Total balance in Foreign Currency 外幣結餘 | 25,752,980.45 |
| Total balance in Wayfoong Statement Gold 黃金券結餘 | 0.00 |
| Total balance in Overdraft 尺透支 | 0.00 |
| Net Position 淨額 | 25,865,728.18 |

### Asset Portfolio 資產組合



| | HKD Equivalent 參考貨幣等值 | % 百分比 |
|---|---:|---:|
| FCY Deposits 外幣存款 | 25,752,980.45 | 99.6% |
| Others 其他 | 112,747.73 | 0.4% |

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

191



**HSBC Business Direct Statement**
滙豐「理財易」商務戶口結單

| Number 戶口號碼 | Branch 分行 | | |
|---|---|---|---|
| 614-024354-838 | KOWLOON BAY CVC | Page 2 of 4 | 16 July 2011 |

## Portfolio Summary 資產摘要

### HSBC Business Direct 滙豐「理財易」商務戶口

| | Account Number 戶口號碼 | CCY 貨幣 | Balance 結餘 (DR=Debit 結欠) | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---|---|---|---|
| **Deposits 存款** | | | | |
| HKD Savings 港元儲蓄 | 614-024354-838 | HKD | 112,747.73 | 112,747.73 |
| Foreign Currency Savings 外幣儲蓄 | | USD | 104,286.34 | 812,703.45 |
| | | EUR | 2,265,464.16 | 24,909,103.99 |
| Foreign Currency Time Deposits 外幣定期存款 | | USD | 4,000.13 | 31,173.01 |
| Total 總計 | | | | 25,865,728.18 |

## Account Activities 戶口進支紀錄

### HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 - 港元儲蓄

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 16 Jun | B/F BALANCE | 承前轉結 | | | 3,296,089.97 |
| 17 Jun | PAYPAL PTE LTD 4CWJ24286UC7E | 轉賬收入 | 975,572.46 | | |
| | N61700126976 - GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 1,112,390.00 | |
| | N61700134537 - GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 2,223,680.00 | 935,572.43 |
| 18 Jun | HK117061BI602263 CHARGES | 銀行手續費 | | 227.00 | 935,345.43 |
| 20 Jun | PAYPAL PTE LTD 4CWJ24ZA3752S | 轉賬收入 | 605,138.39 | | 1,540,483.82 |
| 22 Jun | N62200137339 - GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 933,218.34 | 607,265.48 |
| 24 Jun | N62400009175 - GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 500,000.00 | |
| | PAYPAL PTE LTD 4CWJ24ZNJN3RL | 轉賬收入 | 227,742.30 | | |
| | PAYPAL PTE LTD 4CWJ24ZPRY7UE | 轉賬收入 | 970,985.64 | | 1,305,993.62 |
| 27 Jun | N62700060025 - GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 1,219,580.83 | 86,412.79 |
| 28 Jun | CREDIT INTEREST | 利息收入 | 5.76 | | 86,418.55 |
| 29 Jun | ATM PLUS (29JUN11)1 EUR 500 (HK$25FEE) | 櫃員機現金提取 | | 5,622.88 | 80,795.67 |
| 4 Jul | N70400026987 - GOLD/EXCHANGE CREDIT | 出售金/外滙收入 | 9,179,239.64 | | |
| | PAYPAL PTE LTD 4CWJ2526NEHS2 | 轉賬收入 | 67,441.25 | | 9,327,476.56 |
| 5 Jul | PAYPAL PTE LTD 4CWJ2529W36BW | 轉賬收入 | 854,162.56 | | |
| | PAYPAL PTE LTD 4CWJ252B8DYJN | 轉賬收入 | 855,609.22 | | |
| | PAYPAL PTE LTD 4CWJ2527LEKSS | 轉賬收入 | 970,079.18 | | 12,007,327.52 |
| 7 Jul | PAYPAL PTE LTD 4CWJ252HYQYK4 | 轉賬收入 | 978,470.21 | | 12,985,797.73 |
| 12 Jul | N71200142322 - GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 5,439,550.00 | |
| | N71200143604 - GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 5,433,500.00 | |
| | N71200146324 - GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 2,000,000.00 | 112,747.73 |
| Total No. of Deposits: 存入次數總計 | | | 11 | Total No. of Withdrawals: 提取次數總計 | 10 |
| Total Deposit Amount: 存入總額 | HKD | | 15,684,446.81 | Total Withdrawal Amount: 提取總額   HKD | 18,867,769.05 |

**Exchange Rate 匯率**
USD  7.793000     EUR  10.995144

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

# HSBC 滙豐

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC |
|---|---|---|---|

Page 3 of 4
16 July 2011

## HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 – 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 逆支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|---|
| USD | 16 Jun | B/F BALANCE | 承前轉結 | | | 6,188.01 |
| | 18 Jun | WITHDRAWAL | 提款 | | 5,000.00 | 1,188.01 |
| | 28 Jun | CREDIT INTEREST | 利息收入 | 0.02 | | 1,188.03 |
| | 30 Jun | DEPOSIT | 存款 | 46,974.64 | | |
| | | DEPOSIT | 存款 | 47,974.64 | | |
| | | DEPOSIT | 存款 | 48,158.94 | | 144,296.25 |
| | 4 Jul | WITHDRAWAL | 提款 | | 9.91 | |
| | | WITHDRAWAL | 提款 | | 40,000.00 | 104,286.34 |
| EUR | 16 Jun | B/F BALANCE | 承前轉結 | | | 1,100,000.00 |
| | 17 Jun | DEPOSIT Internet Ref: BIB- N61700126976 | | 100,000.00 | | |
| | | DEPOSIT Internet Ref: BIB- N61700134557 | 存款 | 200,000.00 | | 1,400,000.00 |
| | 22 Jun | DEPOSIT | 存款 | 16,631.39 | | |
| | | DEPOSIT Internet Ref: BIB- N62200137339 | 存款 | 83,168.61 | | 1,500,000.00 |
| | 23 Jun | DEPOSIT | 存款 | 44,430.22 | | 1,544,430.22 |
| | 24 Jun | DEPOSIT Internet Ref: BIB- N62400009175 | 存款 | 45,028.41 | | 1,589,458.63 |
| | 27 Jun | DEPOSIT Internet Ref: BIB- N62700060025 | | 110,541.37 | | 1,700,000.00 |
| | 28 Jun | CREDIT INTEREST | 利息收入 | 9.62 | | 1,700,009.62 |
| | 29 Jun | DEPOSIT | 存款 | 19,449.33 | | 1,719,458.95 |
| | 2 Jul | DEPOSIT | 存款 | 44,986.26 | | |
| | | DEPOSIT | 存款 | 47,891.26 | | 1,812,336.47 |
| | 4 Jul | WITHDRAWAL Internet Ref: BIB- N70400026987 | 提款 | | 812,336.47 | 1,000,000.00 |
| | 6 Jul | DEPOSIT | 存款 | 34,986.25 | | |
| | | DEPOSIT | 存款 | 19,925.40 | | 1,054,911.65 |
| | 12 Jul | DEPOSIT Internet Ref: BIB- N71200142322 | | 500,000.00 | | |
| | | DEPOSIT Internet Ref: BIB- N71200143604 | 存款 | 500,000.00 | | |
| | | DEPOSIT Internet Ref: BIB- N71200146324 | 存款 | 183,801.57 | | 2,238,713.22 |
| | 13 Jul | DEPOSIT | 存款 | 26,750.94 | | 2,265,464.16 |

| Total No. of Deposits: 存入次數總計 | USD EUR | 4 17 | Total No. of Withdrawals: 提取次數總計 | USD EUR | 3 1 |
|---|---|---|---|---|---|
| Total Deposit Amount: 存入總額 | USD EUR | 143,108.24 1,977,800.63 | Total Withdrawal Amount: 提取總額 | USD EUR | 45,009.91 812,336.47 |

## HSBC Business Direct Time Deposits 滙豐「理財易」商務戶口 – 定期存款

| Deposit No. 存款編號 | Currency 貨幣 | Principal Amount 本金 | Interest 年息 | Start/ Maturity Date 起息/到期日 | Principal + Interest 本息 | Balance MI 結餘 |
|---|---|---|---|---|---|---|
| 0001 | USD | 4,000.09 | 0.010000% | 18 May 2011/ 20 Jun 2011 | 4,000.13 | |
| | | 4,000.13 | 0.010000% | 20 Jun 2011/ 20 Jul 2011 | 4,000.16 | 1 4,000.13 |

### Special Privileges 專享優惠

Thank you for maintaining your average Total Relationship Balance at $7,675,701.22 from 1 Apr 2011 to 30 Jun 2011. As a token of our appreciation, your monthly service fee has been waived.
多謝您於2011年4月1日至2011年6月30日期間，將全面理財總值平均維持於$7,675,701.22。為感謝您的支持，本期服務月費全免。



HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC |

Page 4 of 4
16 July 2011

| Others 其他 |

Based on the average daily credit balance of your Business Integrated Account last month, you may now enjoy a maximum of HK$10,000 overdraft protection during the current calendar month (subject to adherence of other terms and conditions).
根據您上月在商業綜合戶口內的每日平均結餘，您可於本月份內享用高達港幣10,000元的透支保障服務（必須同時符合其他戶口條款）。

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

Thank you for choosing HSBC. 多謝選用滙豐服務。

194



香港上海滙豐銀行有限公司

| | |
|---|---|
| | HSBC Business Direct Statement |
| | 滙豐「理財易」商務戶口結單 |

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC | Page 4 of 4 |
|---|---|---|---|---|
| | | | | 16 July 2011 |

| Others 其他 |
|---|

Based on the average daily credit balance of your Business Integrated Account last month, you may now enjoy a maximum of HK$10,000 overdraft protection during the current calendar month (subject to adherence of other terms and conditions).
根據您上月在商業綜合戶口內的每日平均結餘，您可於本月份內享用高達港幣10,000元的透支保障服務 (必須同時符合其他戶口條款)。

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

Thank you for choosing HSBC. 多謝選用滙豐服務。

194

# HSBC 滙豐

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

FF MAGNAT LIMITED
ROOM 611 6/F
FOOK CHEONG BUILDING
63 HOI YUEN ROAD
KWUN TONG KLN

Number 戶口號碼: 614-024354-838
Branch 分行: KOWLOON BAY CVC

Page 1 of 4

16 June 2011

M

## HSBC Business Direct Portfolio Summary 滙豐「理財易」商務戶口資產摘要

|  | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---|
| Total balance in HKD 港元結餘 | 3,296,069.97 |
| Total balance in Foreign Currency 外幣結餘 | 12,204,340.84 |
| Total balance in Wayfoong Statement Gold 黃金券結餘 | 0.00 |
| Total balance in Overdraft 總透支 | 0.00 |
| Net Position 淨頭 | 15,500,410.81 |

### Asset Portfolio 資產組合



|  | HKD Equivalent 參考貨幣等值 | % 百分比 |
|---|---|---|
| HKD Deposits 港元存款 | 3,296,069.97 | 21.3% |
| FCY Deposits 外幣存款 | 12,204,340.84 | 78.7% |

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

195



HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

Number 戶口號碼 614-024354-838
Branch 分行 KOWLOON BAY CVC

Page 2 of 4
16 June 2011

## Portfolio Summary 資產摘要

### HSBC Business Direct 滙豐「理財易」商務戶口

| | Account Number 戶口號碼 | CCY 貨幣 | Balance 結餘 (DR=Debit 結欠) | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---|---|---|---|
| **Deposits 存款** | | | | |
| HKD Savings 港元儲蓄 | 614-024354-838 | HKD | 3,296,069.97 | 3,296,069.97 |
| Foreign Currency Savings 外幣儲蓄 | | USD | 6,188.01 | 48,232.75 |
| | | EUR | 1,100,000.00 | 12,124,929.19 |
| Foreign Currency Time Deposits 外幣定期存款 | | USD | 4,000.09 | 31,178.90 |
| Total 總計 | | | | 15,500,410.81 |

## Account Activities 戶口進支紀錄

### HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 · 港元儲蓄

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 16 May | B/F BALANCE | 承前結餘 | | | 3,553,155.88 |
| 17 May | N51700136490 GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 862,044.69 | 2,691,111.19 |
| 20 May | N52000113126 GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 558,710.00 | 2,132,401.19 |
| 23 May | PAYPAL PTE LTD 4CWJ24XF5847A | 轉賬收入 | 500,000.00 | | |
| | N52300167715 GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 545,970.00 | |
| | N52300170055 GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 1,092,960.00 | 993,471.19 |
| 24 May | PAYPAL PTE LTD 4CWJ24XMMRPDU | 轉賬收入 | 188,532.54 | | |
| | PAYPAL PTE LTD 4CWJ24XHJWRN6 | 轉賬收入 | 592,996.00 | | 1,774,999.73 |
| 25 May | PAYPAL PTE LTD 4CWJ24XPJJDLL | 轉賬收入 | 535,885.00 | | 2,310,884.73 |
| 27 May | PAYPAL PTE LTD 4CWJ24XTVHPDQ | 轉賬收入 | 596,313.78 | | 2,907,198.51 |
| 28 May | CREDIT INTEREST | 利息收入 | 2.31 | | 2,907,200.82 |
| 30 May | N53000021555 GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 619,349.36 | |
| | PAYPAL PTE LTD 4CWJ24XWWLETN | 轉賬收入 | 75,857.50 | | |
| | PAYPAL PTE LTD 4CWJ24XWVYPNQ | 轉賬收入 | 320,520.00 | | 2,684,228.96 |
| 31 May | PAYPAL PTE LTD 4CWJ24XZ2NFNE | 轉賬收入 | 832,462.78 | | 3,516,691.74 |
| 1 Jun | PAYPAL PTE LTD 4CWJ24Y67UKHS | 轉賬收入 | 324,744.00 | | 3,841,435.74 |
| 3 Jun | PAYPAL PTE LTD 4CWJ24YAACU86 | 轉賬收入 | 326,514.00 | | 4,167,949.74 |
| 7 Jun | PAYPAL PTE LTD 4CWJ24YCJP2KQ | 轉賬收入 | 970,372.51 | | 5,138,322.25 |
| 8 Jun | PAYPAL PTE LTD 4CWJ24YJPV8SN | 轉賬收入 | 75,812.70 | | |
| | PAYPAL PTE LTD 4CWJ24YFWWWHN | 轉賬收入 | 767,501.00 | | 5,981,635.95 |
| 9 Jun | PAYPAL PTE LTD 4CWJ24YNTLM2G | 轉賬收入 | 982,976.83 | | |
| | PAYPAL PTE LTD 4CWJ24YMRDZ3C | 轉賬收入 | 984,514.59 | | 7,949,127.37 |
| 10 Jun | PAYPAL PTE LTD 4CWJ24YRSUKYL | 轉賬收入 | 247,104.19 | | 8,196,231.56 |
| 13 Jun | N61300040512 GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 1,237,144.10 | |
| | PAYPAL PTE LTD 4CWJ24YTUN5FS | 轉賬收入 | 486,098.80 | | |
| | 4856-0000-0034-7762 N61100070701(11JUN11) | 轉賬支出 | | 2,000.00 | 7,443,186.26 |
| 14 Jun | PAYPAL PTE LTD 4CWJ24YZ6TA34 | 轉賬收入 | 151,744.40 | | 7,594,930.66 |
| 16 Jun | N61600001126 GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 704,934.05 | |

**Exchange Rate 匯率**
USD 7.794550    EUR 11.022663

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

196

**HSBC Business Direct Statement**
滙豐「理財易」商務戶口結單

# HSBC 滙豐

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC |
|---|---|---|---|

Page 3 of 4
16 June 2011

## HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 – 港元儲蓄

| Date 日期 | Transaction Details 透支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 16 Jun | N61600127392 - GOLD/EXCHANGE DEBIT 4856-0000-0034-7762 | 購入金/外匯支出 | | 2,458,488.97 | |
| | N61600140574(16JUN11) | 轉賬支出 | | 33,037.67 | |
| | N61600145124 - GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 1,102,400.00 | 3,296,069.97 |
| Total No. of Deposits: 存入次數總計 | | | 19 | Total No. of Withdrawals: 提取次數總計 | 11 |
| Total Deposit Amount: 存入總額 | HKD | | 8,959,352.93 | Total Withdrawal Amount: 提取總額 HKD | 9,217,038.84 |

## HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 – 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 透支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|---|
| USD | 16 May | B/F BALANCE | 承前結結 | | | 6,188.01 |
| EUR | 16 May | B/F BALANCE | 承前結結 | | | 222,222.00 |
| | 17 May | DEPOSIT Internet Ref: BIB-N51700138490 | 存款 | 77,778.00 | | 300,000.00 |
| | 20 May | DEPOSIT Internet Ref: BIB-N52000113126 | 存款 | 50,000.00 | | 350,000.00 |
| | 23 May | DEPOSIT Internet Ref: BIB-N52300157715 | 存款 | 50,000.00 | | |
| | | DEPOSIT Internet Ref: BIB-N52300170055 | 存款 | 100,000.00 | | 500,000.00 |
| | 30 May | DEPOSIT Internet Ref: BIB-N53000021555 | 存款 | 55,555.00 | | 555,555.00 |
| | 8 Jun | DEPOSIT | 存款 | 33,956.11 | | 589,511.11 |
| | 13 Jun | DEPOSIT Internet Ref: BIB-N61300040512 | 存款 | 110,488.89 | | 700,000.00 |
| | 15 Jun | DEPOSIT | 存款 | 14,384.99 | | 714,384.99 |
| | 16 Jun | DEPOSIT Internet Ref: BIB-N61600001126 | 存款 | 63,392.78 | | |
| | | DEPOSIT Internet Ref: BIB-N61600127392 | 存款 | 222,222.23 | | |
| | | DEPOSIT Internet Ref: BIB-N61600145124 | | 100,000.00 | | 1,100,000.00 |
| Total No. of Deposits: 存入次數總計 | | USD EUR | | 0 11 | Total No. of Withdrawals: 提取次數總計 USD EUR | 0 0 |
| Total Deposit Amount: 存入總額 | | USD EUR | | 0.00 877,778.00 | Total Withdrawal Amount: 提取總額 USD EUR | 0.00 0.00 |

## HSBC Business Direct Time Deposits 滙豐「理財易」商務戶口 – 定期存款

| Deposit No. 存款編號 | Currency 貨幣 | Principal Amount 本金 | Interest 年息 | Start/Maturity Date 起息/到期日 | Principal + Interest 本息 | Balance MI 結餘 |
|---|---|---|---|---|---|---|
| 0001 | USD | 4,000.08 | 0.010000% | 18 Apr 2011/ 18 May 2011 | 4,000.09 | |
| | | 4,000.09 | 0.010000% | 18 May 2011/ 20 Jun 2011 | 4,000.13 | 1 4,000.09 |

**Special Privileges** 尊享優惠

Thank you for maintaining your average Total Relationship Balance at $2,581,120.98 from 1 Mar 2011 to 31 May 2011. As a token of our appreciation, your monthly service fee has been waived.
多謝您於2011年3月1日至2011年5月31日期間，將全面理財總值平均維持於$ 2,581,120.98。為感謝您的支持，本期服務月費全免。

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

197



HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC |

Page 4 of 4
16 June 2011

| Others 其他 |

Based on the average daily credit balance of your Business Integrated Account last month, you may now enjoy a maximum of HK$10,000 overdraft protection during the current calendar month (subject to adherence of other terms and conditions).
根據您上月在商業綜合戶口內的每日平均結餘，您可於本月份內享用高達港幣10,000元的透支保障服務（必須同時符合其他戶口條款）。

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

Thank you for choosing HSBC. 多謝選用滙豐服務。

198