# HSBC 滙豐

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

FF MAGNAT LIMITED
ROOM 611 6/F
FOOK CHEONG BUILDING
63 HOI YUEN ROAD
KWUN TONG KLN

Number 戶口號碼: 614-024354-838
Branch 分行: KOWLOON BAY CVC

Page 1 of 3

16 May 2011

M

## HSBC Business Direct Portfolio Summary 滙豐「理財易」商務戶口資產摘要

| | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---:|
| Total balance in HKD 港元結餘 | 3,553,155.88 |
| Total balance in Foreign Currency 外幣結餘 | 2,523,411.48 |
| Total balance in Wayfoong Statement Gold 黃金券結餘 | 0.00 |
| Total balance in Overdraft 透支 | 0.00 |
| **Net Position 淨額** | **6,076,567.36** |

### Asset Portfolio 資產組合

| | HKD Equivalent 參考貨幣等值 | % 百分比 |
|---|---:|---:|
| HKD Deposits 港元存款 | 3,553,155.88 | 58.5% |
| FCY Deposits 外幣存款 | 2,523,411.48 | 41.5% |

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

199



HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC | Page 2 of 3 |
|---|---|---|---|---|
| | | | | 16 May 2011 |

## Portfolio Summary 資產摘要

### HSBC Business Direct 滙豐「理財易」商務戶口

| | Account Number 戶口號碼 | CCY 貨幣 | Balance 結餘 (DR=Debit 結欠) | HKD Equivalent 等港貨幣等值 (DR=Debit 結欠) |
|---|---|---|---|---|
| **Deposits 存款** | | | | |
| HKD Savings 港元儲蓄 | 614-024354-838 | HKD | 3,553,155.88 | 3,553,155.88 |
| Foreign Currency Savings 外幣儲蓄 | | USD | 6,188.01 | 48,121.68 |
| | | EUR | 222,222.00 | 2,444,182.93 |
| Foreign Currency Time Deposits 外幣定期存款 | | USD | 4,000.06 | 31,106.87 |
| Total 總計 | | | | 6,076,567.36 |

## Account Activities 戶口進支紀錄

### HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 – 港元儲蓄

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 16 Apr | B/F BALANCE | 承前轉結 | | | 1,793,539.87 |
| 18 Apr | PAYPAL PTE LTD 4CWJ24V3SNAHL | 轉賬收入 | 189,461.00 | | 1,983,000.87 |
| 19 Apr | PAYPAL PTE LTD 4CWJ24V7A72DE | 轉賬收入 | 303,075.20 | | 2,286,076.07 |
| 20 Apr | EXCHANGE GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 2,665.26 | 2,283,410.81 |
| 21 Apr | PAYPAL PTE LTD 4CWJ24VDG8KV6 | 轉賬收入 | 589,648.43 | | 2,873,059.24 |
| 28 Apr | CREDIT INTEREST | 利息收入 | 1.14 | | 2,873,060.38 |
| 3 May | PAYPAL PTE LTD 4CWJ24VZWF3LU | 轉賬收入 | 277,635.00 | | 3,150,695.38 |
| 4 May | PAYPAL PTE LTD 4CWJ24W9S8TRS | 轉賬收入 | 224,054.00 | | 3,374,749.38 |
| 9 May | N50900012277 GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 112,025.00 | |
| | PAYPAL PTE LTD 4CWJ24WHL2ECU | 轉賬收入 | 336,599.74 | | |
| | 4856-0000-0034-7762 N50900183748(09MAY11) | 轉賬支出 | | 20,000.00 | |
| | N50900190381 GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 897,288.00 | |
| | N50900190907 GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 112,000.00 | |
| 11 May | N51000012751 (10MAY11) | 購入金/外滙支出 | | 112,065.00 | 2,570,036.12 |
| | N51100020258 GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 1,009,503.00 | |
| | PAYPAL PTE LTD 4CWJ24WNGXJWS | 轉賬收入 | 249,842.10 | | |
| | PAYPAL PTE LTD 4CWJ24WNGWC9Y | 轉賬收入 | 333,284.16 | | |
| | PAYPAL PTE LTD 4CWJ24WLHV72C | 轉賬收入 | 336,660.18 | | |
| | PAYPAL PTE LTD 4CWJ24WNHGFLE | 轉賬收入 | 482,781.83 | | |
| | N51100184213 GOLD/EXCHANGE DEBIT | 購入金/外滙支出 | | 248,444.18 | 2,602,592.21 |
| 12 May | PAYPAL PTE LTD 4CWJ24WQWUQ8Q | 轉賬收入 | 965,563.67 | | 3,568,155.88 |
| 14 May | 4856-0000-0034-7762 N51400046864(14MAY11) | 轉賬支出 | | 15,000.00 | 3,553,155.88 |
| Total No. of Deposits: 存入次數總計 | | 12 | Total No. of Withdrawals: 提取次數總計 | | 9 |
| Total Deposit Amount: 存入總額 | HKD | 4,288,606.45 | Total Withdrawal Amount: 提取總額 | HKD | 2,528,990.44 |

Exchange Rate 匯率
USD  7.776600     EUR  10.998834

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

200

# HSBC 滙豐

**HSBC Business Direct Statement**
滙豐「理財易」商務戶口結單

| Number 戶口號碼 | Branch 分行 | | |
|---|---|---|---|
| 614-024354-838 | | KOWLOON BAY CVC | Page 3 of 3 |
| | | | 16 May 2011 |

## HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 — 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 滙支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|---|
| USD | 16 Apr | B/F BALANCE | 承前轉結 | | | 5,845.89 |
| | 20 Apr | DEPOSIT Internet Ref: BIB- EXCHANGE | 存款 | 342.12 | | 6,188.01 |
| EUR | 9 May | DEPOSIT Internet Ref: BIB- N50900012277 | 存款 | 10,000.00 | | |
| | | DEPOSIT Internet Ref: BIB- N50900190381 | 存款 | 80,000.00 | | |
| | | DEPOSIT Internet Ref: BIB- N50900190907 | 存款 | 10,000.00 | | 100,000.00 |
| | 11 May | DEPOSIT Internet Ref: BIB- N51000012751 | 存款 | 10,000.00 | | |
| | | DEPOSIT Internet Ref: BIB- N51100020268 | 存款 | 90,000.00 | | |
| | | DEPOSIT Internet Ref: BIB- N51100184213 | 存款 | 22,222.00 | | 222,222.00 |

| Total No. of Deposits: 存入次數總計 | USD EUR | 1 6 | Total No. of Withdrawals: 提取次數總計 | USD EUR | 0 0 |
|---|---|---|---|---|---|
| Total Deposit Amount: 存入總額 | USD EUR | 342.12 222,222.00 | Total Withdrawal Amount: 提取總額 | USD EUR | 0.00 0.00 |

## HSBC Business Direct Time Deposits 滙豐「理財易」商務戶口 — 定期存款

| Deposit No. 存款編號 | Currency 貨幣 | Principal Amount 本金 | Interest 利息 | Start/ Maturity Date 起息/到期日 | Principal + Interest 本息 | Balance MI 結餘 |
|---|---|---|---|---|---|---|
| 0001 | USD | 4,000.03 | 0.010000% | 18 Mar 2011/ 18 Apr 2011 | 4,000.06 | |
| | | 4,000.06 | 0.010000% | 18 Apr 2011/ 18 May 2011 | 4,000.09 | 1 4,000.06 |

### Special Privileges 專享優惠

Thank you for maintaining your average Total Relationship Balance at $639,784.73 from 1 Feb 2011 to 30 Apr 2011. As a token of our appreciation, your monthly service fee has been waived.
多謝您於2011年2月1日至2011年4月30日期間，將全面項財總值平均維持於 $ 639,784.73。為感謝您的支持，本期服務月費全免。

### Others 其他

Based on the average daily credit balance of your Business Integrated Account last month, you may now enjoy a maximum of HK$10,000 overdraft protection during the current calendar month (subject to adherence of other terms and conditions).
根據您上月在商業綜合戶口內的每日平均結餘，您可於本月份內享用高達港幣10,000元的透支保障服務（必須同時符合其他戶口條款）。

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

Thank you for choosing HSBC. 多謝選用滙豐服務。

201

# HSBC 滙豐

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

FF MAGNAT LIMITED
ROOM 611 6/F
FOOK CHEONG BUILDING
63 HOI YUEN ROAD
KWUN TONG KLN

Number 戶口號碼: 614-024354-838
Branch 分行: KOWLOON BAY CVC

Page 1 of 3

16 April 2011

M

## HSBC Business Direct Portfolio Summary 滙豐「理財易」商務戶口資產摘要

|  | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---|
| Total balance in HKD 港元結餘 | 1,793,539.87 |
| Total balance in Foreign Currency 外幣結餘 | 76,558.92 |
| Total balance in Wayfoong Statement Gold 黃金券結餘 | 0.00 |
| Total balance in Overdraft 總透支 | 0.00 |
| Net Position 淨額 | 1,870,098.79 |

### Asset Portfolio 資產組合



|  | HKD Equivalent 參考貨幣等值 | % 百分比 |
|---|---|---|
| HKD Deposits 港元存款 | 1,793,539.87 | 95.9% |
| FCY Deposits 外幣存款 | 76,558.92 | 4.1% |

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

202



**HSBC Business Direct Statement**
滙豐「理財易」商務戶口結單

| Number 戶口號碼 | Branch 分行 | | Page 2 of 3 |
|---|---|---|---|
| 614-024354-838 | KOWLOON BAY CVC | | 16 April 2011 |

### Portfolio Summary 資產摘要

**HSBC Business Direct 滙豐「理財易」商務戶口**

| | Account Number 戶口號碼 | CCY 貨幣 | Balance 結餘 (DR=Debit 結欠) | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---|---|---|---|
| **Deposits 存款** | | | | |
| HKD Savings 港元儲蓄 | 614-024354-838 | HKD | 1,793,539.87 | 1,793,539.87 |
| Foreign Currency Savings 外幣儲蓄 | | USD | 5,845.89 | 45,455.89 |
| Foreign Currency Time Deposits 外幣定期存款 | | USD | 4,000.03 | 31,103.03 |
| Total 總計 | | | | 1,870,098.79 |

### Account Activities 戶口進支紀錄

**HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 – 港元儲蓄**

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 16 Mar | B/F BALANCE | 承前轉結 | | | 300.00 |
| 22 Mar | PAYPAL PTE LTD 4CWJ24TCB6L7A | 轉賬收入 | 7,603.20 | | 7,903.20 |
| 25 Mar | PAYPAL PTE LTD 4CWJ24TJYYCPL | 轉賬收入 | 42,865.57 | | 50,768.77 |
| 31 Mar | PAYPAL PTE LTD 4CWJ24TYUTFLU | 轉賬收入 | 131,677.87 | | 182,446.64 |
| 1 Apr | PAYPAL PTE LTD 4CWJ24U3NWJZN | 轉賬收入 | 96,277.23 | | 278,723.87 |
| 7 Apr | PAYPAL PTE LTD 4CWJ24UGLXLCJ | 轉賬收入 | 227,239.20 | | 505,963.07 |
| 8 Apr | PAYPAL PTE LTD 4CWJ24UK5FMR6 | 轉賬收入 | 227,265.60 | | 733,228.67 |
| 11 Apr | PAYPAL PTE LTD 4CWJ24UMVD32G | 轉賬收入 | 75,762.00 | | 808,990.67 |
| 12 Apr | PAYPAL PTE LTD 4CWJ24UQHXGDA | 轉賬收入 | 265,078.45 | | 1,074,069.12 |
| 13 Apr | PAYPAL PTE LTD 4CWJ24UW5WVSG | 轉賬收入 | 530,068.00 | | 1,604,137.12 |
| 15 Apr | PAYPAL PTE LTD 4CWJ24UZCKBA6 | 轉賬收入 | 189,402.75 | | 1,793,539.87 |
| Total No. of Deposits: 存入次數總計 | | 10 | Total No. of Withdrawals: 提取次數總計 | | 0 |
| Total Deposit Amount: 存入總額 | HKD | 1,793,239.87 | Total Withdrawal Amount: 提取總額 | HKD | 0.00 |

**HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 – 外幣儲蓄**

| CCY 貨幣 | Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|---|
| USD | 16 Mar | B/F BALANCE | 承前轉結 | | | 5,845.89 |
| Total No. of Deposits: 存入次數總計 | | USD | 0 | Total No. of Withdrawals: 提取次數總計 | USD | 0 |
| Total Deposit Amount: 存入總額 | | USD | 0.00 | Total Withdrawal Amount: 提取總額 | USD | 0.00 |

**HSBC Business Direct Time Deposits 滙豐「理財易」商務戶口 – 定期存款**

| Deposit No. 存款編號 | Currency 貨幣 | Principal Amount 本金 | Interest 年息 | Start/Maturity Date 起息/到期日 | Principal + Interest 本息 | Balance M 結餘 |
|---|---|---|---|---|---|---|
| 0001 | USD | 4,000.00 | 0.010000% | 18 Feb 2011/18 Mar 2011 | 4,000.03 | |
| | | 4,000.03 | 0.010000% | 18 Mar 2011/18 Apr 2011 | 4,000.06 | 1 4,000.03 |

**Exchange Rate 匯率**
USD  7.775700

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

203

**HSBC** 滙豐

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

| | |
|---|---|
| Number 戶口號碼  614-024354-838 | |
| Branch 分行  KOWLOON BAY CVC | Page 3 of 3 |
| | 16 April 2011 |

### Special Privileges 專享優惠

Thank you for maintaining your average Total Relationship Balance at $75,964.43 from 1 Feb 2011 to 31 Mar 2011. As a token of our appreciation, your monthly service fee has been waived.
多謝您於2011年2月1日至2011年3月31日期間，將全面理財總值平均維持於 $ 75,964.43。為感謝您的支持，本期服務月費全免。

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

Thank you for choosing HSBC. 多謝選用滙豐服務。

04 IPSSTI/0003

204

# HSBC 滙豐

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

FF MAGNAT LIMITED
ROOM 611 6/F
FOOK CHEONG BUILDING
63 HOI YUEN ROAD
KWUN TONG KLN

Number 戶口號碼: 614-024354-838
Branch 分行: KOWLOON BAY CVC

Page 1 of 2

16 March 2011

M

Deposits in HSBC Business Direct are deposits qualified for protection by the Deposit Protection Scheme in Hong Kong.
滙豐「理財易」商務戶口內的存款是符合香港的存款保障計劃保障資格的存款。

## HSBC Business Direct Portfolio Summary 滙豐「理財易」商務戶口資產摘要

| | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---:|
| Total balance in HKD 港元結餘 | 300.00 |
| Total balance in Foreign Currency 外幣結餘 | 76,753.64 |
| Total balance in Wayfoong Statement Gold 黃金券結餘 | 0.00 |
| Total balance in Overdraft 總透支 | 0.00 |
| Net Position 淨額 | 77,053.64 |

### Asset Portfolio 資產組合



| | HKD Equivalent 參考貨幣等值 | % 百分比 |
|---|---:|---:|
| FCY Deposits 外幣存款 | 76,753.64 | 99.6% |
| Others 其他 | 300.00 | 0.4% |

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

205



| | | HSBC Business Direct Statement |
| --- | --- | --- |
| | | 滙豐「理財易」商務戶口結單 |

| Number 戶口號碼 | Branch 分行 | | Page 2 of 2 |
| --- | --- | --- | --- |
| 614-024354-838 | KOWLOON BAY CVC | | 16 March 2011 |

| Portfolio Summary 資產摘要 |
| --- |

### HSBC Business Direct 滙豐「理財易」商務戶口

| | Account Number 戶口號碼 | CCY 貨幣 | Balance 結餘 (DR=Debit 結欠) | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
| --- | --- | --- | --- | --- |
| **Deposits 存款** | | | | |
| HKD Savings 港元儲蓄 | 614-024354-838 | HKD | 300.00 | 300.00 |
| Foreign Currency Savings 外幣儲蓄 | | USD | 5,845.89 | 45,571.64 |
| Foreign Currency Time Deposits 外幣定期存款 | | USD | 4,000.00 | 31,182.00 |
| Total 總計 | | | | 77,053.64 |

| Account Activities 戶口進支紀錄 |
| --- |

### HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 – 港元儲蓄

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
| --- | --- | --- | --- | --- | --- |
| 16 Feb | B/F BALANCE | 承前轉結 | | | 300.00 |
| Total No. of Deposits: 存入次數總計 | | 0 | Total No. of Withdrawals: 提取次數總計 | | 0 |
| Total Deposit Amount: 存入總額 | HKD | 0.00 | Total Withdrawal Amount: 提取總額 | HKD | 0.00 |

### HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 – 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
| --- | --- | --- | --- | --- | --- | --- |
| USD | 16 Feb | B/F BALANCE | 承前轉結 | | | 9,889.59 |
| | 18 Feb | WITHDRAWAL | 提款 | | 4,000.00 | 5,889.59 |
| | 25 Feb | WITHDRAWAL | 提款 | | 43.70 | 5,845.89 |
| Total No. of Deposits: 存入次數總計 | | USD | 0 | Total No. of Withdrawals: 提取次數總計 | USD | 2 |
| Total Deposit Amount: 存入總額 | | USD | 0.00 | Total Withdrawal Amount: 提取總額 | USD | 4,043.70 |

### HSBC Business Direct Time Deposits 滙豐「理財易」商務戶口 – 定期存款

| Deposit No. 存款編號 | Currency 貨幣 | Principal Amount 本金 | Interest 年息 | Start/ Maturity Date 起息/到期日 | Principal + Interest 本息 | Balance 結餘 | M |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 0001 | USD | 4,000.00 | 0.010000% | 18 Feb 2011/ 18 Mar 2011 | 4,000.03 | 4,000.00 | 1 |

| Special Privileges 專享優惠 |
| --- |

Thank you for maintaining your average Total Relationship Balance at $56,628.16 from 1 Feb 2011 to 28 Feb 2011. As a token of our appreciation, your monthly service fee has been waived.
多謝您於2011年2月1日至2011年2月28日期間，將全面理財總值平均維持於$ 56,628.16，為感謝您的支持，本期服務月費全免。

Exchange Rate 匯率
USD   7.795500

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

Thank you for choosing HSBC. 多謝選用滙豐服務.

206

# HSBC 滙豐

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

FF MAGNAT LIMITED
ROOM 611 6/F
FOOK CHEONG BUILDING
63 HOI YUEN ROAD
KWUN TONG KLN

Number 戶口號碼: 614-024354-838
Branch 分行: KOWLOON BAY CVC

Page 1 of 2

16 February 2011

M

Deposits in HSBC Business Direct are deposits qualified for protection by the Deposit Protection Scheme in Hong Kong.
滙豐「理財易」商務戶口內的存款是符合香港的存款保障計劃保障資格的存款。

## HSBC Business Direct Portfolio Summary 滙豐「理財易」商務戶口資產摘要

| | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---|
| Total balance in HKD 港元結餘 | 300.00 |
| Total balance in Foreign Currency 外幣結餘 | 77,067.10 |
| Total balance in Wayfoong Statement Gold 黃金券結餘 | 0.00 |
| Total balance in Overdraft 總透支 | 0.00 |
| Net Position 淨額 | 77,367.10 |

### Asset Portfolio 資產組合



| | HKD Equivalent 參考貨幣等值 | % 百分比 |
|---|---|---|
| FCY Deposits 外幣存款 | 77,067.10 | 99.6% |
| Others 其他 | 300.00 | 0.4% |

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

207



**HSBC Business Direct Statement**
滙豐「理財易」商務戶口結單

| Number 戶口號碼 | Branch 分行 | |
|---|---|---|
| 614-024354-838 | KOWLOON BAY CVC | Page 2 of 2 |
| | | 16 February 2011 |

### Portfolio Summary 資產摘要

**HSBC Business Direct 滙豐「理財易」商務戶口**

| | Account Number 戶口號碼 | CCY 貨幣 | Balance 結餘 (DR=Debit 結欠) | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---|---|---|---|
| **Deposits 存款** | | | | |
| HKD Savings 港元儲蓄 | 614-024354-838 | HKD | 300.00 | 300.00 |
| Foreign Currency Savings 外幣儲蓄 | | USD | 9,889.59 | 77,067.10 |
| Total 總計 | | | | 77,367.10 |

### Account Activities 戶口進支紀錄

**HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 — 港元儲蓄**

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 17 Jan | CHEQUE DEPOSIT | 支票存款 | 780.00 | | 780.00 |
| 19 Jan | CO SEARCH FEE 614024354838 | 銀行手續費 | | 100.00 | |
| | AC ADMIN FEE 614024354838 | 銀行手續費 | | 380.00 | 300.00 |
| Total No. of Deposits: 存入次數總計 | | 1 | Total No. of Withdrawals: 提取次數總計 | | 2 |
| Total Deposit Amount: 存入總額 | HKD | 780.00 | Total Withdrawal Amount: 提取總額 | HKD | 480.00 |

**HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 — 外幣儲蓄**

| CCY 貨幣 | Date 日期 | Transaction Details 進支詳情 | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| USD | 7 Feb | DEPOSIT 存款 | 4,919.59 | | 4,919.59 |
| | 10 Feb | DEPOSIT 存款 | 4,970.00 | | 9,889.59 |
| Total No. of Deposits: 存入次數總計 | USD | 2 | Total No. of Withdrawals: 提取次數總計 | USD | 0 |
| Total Deposit Amount: 存入總額 | USD | 9,889.59 | Total Withdrawal Amount: 提取總額 | USD | 0.00 |

**Exchange Rate 匯率**
USD   7.792750

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

Thank you for choosing HSBC. 多謝選用滙豐服務.

208