KENNETH E. KELLER (CA Bar No. 71450) kkeller@kksrr.com
STAN G. ROMAN (CA Bar. No. 87652) sroman@kksrr.com
MICHAEL D. LISI (CA Bar No. 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
TELE:  (415) 249-8330; FAX:  (415) 249-8333

EVAN FRAY-WITZER (*Pro Hac Vice* pending) Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA  02116
TELE:  (617) 426-0000; FAX:  (617) 507-8043

Attorneys for Defendant FF MAGNAT LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias) and<br><br>Defendants. | Case No. CV 12-4500 CRB<br><br>**[PROPOSED] ORDER GRANTING ORON'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Having considered Defendant FF Magnat Limited d/b/a/ Oron.com ("Oron")'s Motion For Leave to File Motion for Reconsideration and any papers submitted in support of and in opposition to that motion, and the arguments of counsel, if any, and good cause appearing, the Court hereby GRANTS Oron's Motion for Leave to File Motion for Reconsideration.  Any such motion shall be filed no later than October 5, 2012.

IT IS SO ORDERED.

Dated: _____, 2012

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER GRANTING ORON'S MOTION FOR RECONSIDERATION
CASE NO. CV 12-4500 CRB