D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br> vs. <br> FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and <br><br> Defendants. | **Case No.: 2-12-4500 CRB** <br><br> **DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S OPPOSITION TO FF MAGNAT LIMITED'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

I, D. Gill Sperlein, declare:

1.  I am an attorney licensed to practice in the State of California, a member of the Bar of this Honorable Court and attorney of record for Plaintiff DataTech Enterprises, LLC. The facts that I state herein are within my personal knowledge.

-1-

2. After the hearing on the Preliminary Injunction on 9/11/2012 at 2:00 pm, I approached Defense counsel to discuss whether there was any possibility to settle this matter.  Counsel directed me to a gentleman who had been with them in court but behind the bar.  His name was Val Gurvits and he is an attorney with Boston Law Group.  He apparently represents FF Magnat in some capacity.   He said there would be no settlement.

3. Gurvits said they would rather give the money to lawyers than to Plaintiff.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

*9/27/2012*                                   */s/ D. Gill Sperlein*

Dated:_____     _____
                                                                D. Gill Sperlein