D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and <br><br> Defendants. | Case No.: C-12-4500 (CRB) <br><br> **[PROPOSED] ORDER DENYING DEFENDANT FF MAGNAT LIMITED'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Defendant FF Magnat Limited has filed an Administrative Motion for Order Granting Leave to File a Motion for Consideration of the Court's Order of Preliminary Injunction. Plaintiff opposes the motion arguing that no change in the law or facts have occurred and that Defendant merely restates its original position.

Finding Plaintiff's arguments persuasive, the Court **DENIES** FF Magnat Limited's Administrative Motion for Leave to File Motion for Reconsideration.

**IT IS FURTHER ORDERED** that because FF Magant's Motion violates Local Rule 7-9, Plaintiff may file a motion for sanctions as permitted under Local Rule 7-9(c).

**IT IS SO ORDERED**

DATED: _____    _____
                                   **CHARLES R. BREYER**
                                   **U.S. DISTRICT JUDGE**