Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Datatech Enterprises, LLC )
        Plaintiff(s), )
v. )
FF Magnat Limited, et al. )
        Defendant(s). )

Case No: 12-04500 CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Evan Fray-Witzer, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FF Magnat Limited d/b/a Oron.com in the above-entitled action. My local co-counsel in this case is Kenneth E. Keller, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Ciampa Fray-Witzer, LLP, 20 Park Plaza Suite 505, Boston, MA 02116 | 555 Montgomery Street, 17th Floor San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 426-0000 | (415) 249-8330 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Evan@CFWLegal.com | kkeller@kksrr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 564349.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/24/12

Evan Fray-Witzer
Digitally signed by Evan Fray-Witzer
DN: cn=Evan Fray-Witzer, o=Ciampa Fray-Witzer, LLP, ou, email=Evan@CFWLegal.com, c=US
Date: 2012.09.24 14:55:42 -04'00'

APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Evan Fray-Witzer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 10, 2012

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES MAGISTRATE JUDGE