1  **KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN G. ROMAN** (87652) sroman@kksrr.com
2  **MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
3  555 Montgomery Street, 17th Floor
4  San Francisco, CA  94111
Tel:     (415) 249-8330
5  Fax:    (415) 249-8333

6
**EVAN FRAY-WITZER**  Evan@CFWLegal.com
7  **CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
8  Boston, MA 02116
Tel:     (617) 426-0000
9  Fax:    (617) 507-8043 (facsimile)
*Admitted Pro Hac Vice*
10

11  **VALENTIN GURVITS** vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP**
12  825 Beacon Street, Suite 20
Newton Centre, MA 02459
13  (617) 928-1800
(617) 928-1802 (facsimile)
14  *Pro Hac Vice Pending*

15
Attorneys for Defendant FF MAGNAT LIMITED
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**DEFENDANT FF MAGNAT LIMITED'S NOTICE OF INTERLOCUTORY APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 - 17th Floor |

Pursuant to 28 U.S.C. § 1292(a)(1), Defendant FF Magnat Limited dba Oron.com ("Oron"), hereby appeals to the Ninth Circuit Court of Appeals from the Findings, Rulings and Order of the Court dated September 14, 2012, granting the Plaintiff's Motion for Preliminary Injunction (Docket Nos. 34 and 35) and the Findings, Rulings, and Order of the Court dated October 4, 2012 (Docket No. 43), denying Oron's Motion for reconsideration of the same.  Oron brings this interlocutory appeal without intending to waive (and specifically reserving) any defenses it has based on lack of personal jurisdiction, venue or improper service of the summons and complaint.

Dated:  October 15, 2012          **CIAMPA FRAY-WITZER, LLP**

By: /s/  Evan Fray-Witzer
     EVAN FRAY WITZER
     Attorneys for Defendant FF MAGNAT LIMITED