# United States Court of Appeals
## For the Ninth Circuit

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a/ ROMAN ROMANOV (an alias).<br><br>Defendants. | No. _____<br><br>D.C. # C-12-4500 CRB<br>(N.D. Cal. San Francisco) |

### REPRESENTATION STATEMENT

The undersigned represents FF Magnat Limited d/b/a Oron.com, defendant and appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, telephone number, and e-mail address, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b)).

Respectfully submitted,

/s/Evan Fray-Witzer
**EVAN FRAY-WITZER**
Evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:    (617) 426-0000
Fax:    (617) 507-8043 (facsimile)
*Admitted Pro Hac Vice in the*
*Northern District of California*

**VALENTIN GURVITS**
vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1800
(617) 928-1802 (facsimile)
*Pro Hac Vice Pending in the*
*Northern District of California*

**<u>Service List</u>**

**DATATECH ENTERPRISES, LLC,  Plaintiff-Appellee**

*Represented by:*

D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com