UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

October 16, 2012

**CASE INFORMATION:**
Short Case Title: <u>DATATECH ENTERPRISES LLC</u>-v- <u>FF MAGNAT LIMITED ET AL</u>
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of CA, Judge Charles R. Breyer</u>
Criminal and/or Civil Case No.: <u>CV 12-04500 CRB</u>
Date Complaint/Indictment/Petition Filed: <u>8/28/12</u>
Date Appealed order/judgment *entered* <u>9/14/12, 10/4/12</u>
Date NOA *filed* <u>10/15/12</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: Lydia Zinn (415) 531-6587

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>10/15/12</u>        Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes  ☐ no                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION**
Appellate Counsel:                            Appellee Counsel:
Kenneth E. Keller                             D. Gill Sperlein
Krieg Keller Sloan Reilley & Roman LLP        Law Offices of D. Gill Sperlein
555 Montgomery Street, 17th Floor             345 Grove Street
San Francisco, CA 94111                       San Francisco, CA 94102

(See docket sheet for more counsel)

☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                  Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                               9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Maria Loo</u> (415) 522-2000