ADRMOP,AO279,APPEAL

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:12-cv-04500-CRB
### Internal Use Only

| | |
|---|---|
| Datatech Enterprises, LLC v. FF Magnat Limited et al | Date Filed: 08/28/2012 |
| Assigned to: Hon. Charles R. Breyer | Jury Demand: Plaintiff |
| Cause: 17:501 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Datatech Enterprises, LLC**          represented by   **D. Gill Sperlein**
*a Nevada Limited Liability Company*                    The Law Office of D. Gill Sperlein
                                                        345 Grove Street
                                                        San Francisco, CA 94102
                                                        415-404-6616
                                                        Fax: 415-404-6615
                                                        Email: gill@sperleinlaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FF Magnat Limited**                  represented by   **Kenneth E. Keller**
*doing business as*                                     Krieg Keller Sloan Reilley & Roman
Oron.com                                                LLP
                                                        555 Montgomery Street
                                                        17th Floor
                                                        San Francisco, CA 94111
                                                        415/249-8330
                                                        Fax: 4151/249-8333
                                                        Email: kkeller@kksrr.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Stanley Gracey Roman**
                                                        Krieg Keller Sloan Reilley & Roman
                                                        LLP
                                                        555 Montgomery Street
                                                        17th Floor
                                                        San Francisco, CA 94111
                                                        415-249-8330
                                                        Fax: 415-249-8333
                                                        Email: sroman@kksrr.com
                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Evan Fray-Witzer**
Ciampa Fray-Witzer, LLP
20 Park Plaza
Suite 505
Boston, MA 02116
617-426-0000
Fax: 617-507-8043
Email: Evan@CFWLegal.com
*ATTORNEY TO BE NOTICED*

**Michael David Lisi**
Krieg Keller Sloan Reilley & Roman
555 Montgomery Street
17th Floor
San Francisco, CA 94111
415/249-8330
Fax: 415-249-8333
Email: mlisi@kksrr.com
*ATTORNEY TO BE NOTICED*

**Valentin David Gurvits**
Boston Law Group, P.C.
825 Beacon Street
Suite 20
Newton, MA 02459
617-928-1804
Fax: 617-928-1802
Email: vgurvits@bostonlawgroup.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stanislav Davidoglov**

**Defendant**

**John Doe**
*also known as*
Roman Romanov

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2012 | 1 | COMPLAINT against Stanislav Davidoglov, John Doe, FF Magnat Limited. ( Filing fee $ 350, receipt number 34611077939.) SUMMONS ISSUED. Filed byDatatech Enterprises, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(mcl, COURT STAFF) (Filed on 8/28/2012) (Entered: 08/28/2012) |
| 08/28/2012 | 2 | MOTION for Temporary Restraining Order filed by Datatech Enterprises, LLC. (Attachments: # 1 Proposed Order)(mcl, COURT STAFF) (Filed on |

| | | |
|---|---|---|
| | | 8/28/2012) (Entered: 08/28/2012) |
| 08/28/2012 | 3 | Declaration of D. Gill Sperlein in Support of 2 MOTION for Temporary Restraining Order filed byDatatech Enterprises, LLC. (Related document(s) 2 ) (mcl, COURT STAFF) (Filed on 8/28/2012) (Additional attachment(s) added on 8/29/2012: # 1 Exhibit A, # 2 Exhibit B) (mcl, COURT STAFF). (Entered: 08/28/2012) |
| 08/28/2012 | 4 | Declaration of Peter Phinney in Support of 2 MOTION for Temporary Restraining Order filed byDatatech Enterprises, LLC. (Related document(s) 2 ) (mcl, COURT STAFF) (Filed on 8/28/2012) (Additional attachment(s) added on 8/29/2012: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (mcl, COURT STAFF). (Entered: 08/28/2012) |
| 08/28/2012 | 5 | DECLINATION to Proceed Before a US Magistrate Judge by Datatech Enterprises, LLC. (mcl, COURT STAFF) (Filed on 8/28/2012) (Entered: 08/28/2012) |
| 08/28/2012 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Charles R. Breyer for all further proceedings. Signed by Executive Committee on 8/28/12. (mcl, COURT STAFF) (Filed on 8/28/2012) (Entered: 08/28/2012) |
| 08/28/2012 | 7 | ADR SCHEDULING ORDER: Case Management Statement due by 11/30/2012. Case Management Conference set for 12/7/2012 08:30 AM. (Attachments: # 1 Standing Order)(mcl, COURT STAFF) (Filed on 8/28/2012) (Entered: 08/28/2012) |
| 08/28/2012 | 8 | Request for Judicial Notice re 2 MOTION for Temporary Restraining Order filed byDatatech Enterprises, LLC. (Related document(s) 2 ) (mcl, COURT STAFF) (Filed on 8/28/2012) (Additional attachment(s) added on 8/29/2012: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (mcl, COURT STAFF). (Entered: 08/28/2012) |
| 08/28/2012 | 9 | ORDER by Judge Charles R. Breyer granting 2 Motion for TRO. (crblc2, COURT STAFF) (Filed on 8/28/2012) (Entered: 08/28/2012) |
| 08/28/2012 | | Set/Reset Deadlines as to Responses due by 9/4/2012. Replies due by 9/10/2012. Motion Hearing set for 9/11/2012 10:00 AM in Courtroom 6, 17th Floor, San Francisco before Hon. Charles R. Breyer. (crblc2, COURT STAFF) (Filed on 8/28/2012) (Entered: 08/28/2012) |
| 08/28/2012 | 10 | REPORT on the filing of an action regarding Copyright Infringement. (cc: form mailed to register). (mcl, COURT STAFF) (Entered: 08/28/2012) |
| 08/28/2012 | 11 | Declaration of Lance Blundell in support of 2 Motion for Temporary Restraining Order filed byDatatech Enterprises, LLC. (Attachments: # 1 Exhibit A)(mcl, COURT STAFF) (Filed on 8/28/2012) (Entered: 08/29/2012) |
| 08/30/2012 | 12 | MOTION for Partial Relief from TRO filed by FF Magnat Limited. Motion Hearing set for 10/12/2012 10:00 AM in Courtroom 6, 17th Floor, San Francisco before Hon. Charles R. Breyer. Responses due by 9/13/2012. Replies due by 9/20/2012. (Attachments: # 1 Declaration |

|  |  | Declaration of Stevan Lieberman in Support of Defendant FF Magnat Limited's Motion for Partial Relief from Temporary Restraining Order, # 2 Exhibit Exhibit A to Declaration of Stevan Lieberman in Support of Defendant FF Magnat Limited's Motion for Partial Relief from Temporary Restraining Order)(Roman, Stanley) (Filed on 8/30/2012) (Entered: 08/30/2012) |
|---|---|---|
| 08/30/2012 | 13 | MOTION to Shorten Time *to Hear Defendant FF Magnat Limited's Motion for Partial Relief from TRO* filed by FF Magnat Limited. (Attachments: # 1 Declaration Declaration of Michael D. Lisi in Support of Administrative Motion for Order Shortening Time to Hear Defendant FF Magnat Limited's Motion for Partial Relief from Temporary Restraining Order, # 2 Proposed Order Proposed Order Granting Motion for Order Shortening Time to Hear Defendant FF Magnat Limited's Motion for Partial Relief from Temporary Restraining Order)(Lisi, Michael) (Filed on 8/30/2012) (Entered: 08/30/2012) |
| 08/30/2012 | 14 | Proposed Order re 12 MOTION for Partial Relief from TRO by FF Magnat Limited. (Roman, Stanley) (Filed on 8/30/2012) (Entered: 08/30/2012) |
| 08/31/2012 | 15 | RESPONSE (re 13 MOTION to Shorten Time *to Hear Defendant FF Magnat Limited's Motion for Partial Relief from TRO* ) filed byDatatech Enterprises, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Sperlein, D.) (Filed on 8/31/2012) (Entered: 08/31/2012) |
| 08/31/2012 | 16 | Certificate of Interested Entities by FF Magnat Limited (Keller, Kenneth) (Filed on 8/31/2012) (Entered: 08/31/2012) |
| 09/02/2012 | 17 | MOTION for Order Permitting Alternative Service filed by Datatech Enterprises, LLC. Responses due by 9/17/2012. Replies due by 9/24/2012. (Attachments: # 1 Certificate/Proof of Service, # 2 Proposed Order)(Sperlein, D.) (Filed on 9/2/2012) Modified on 9/4/2012 (mcl, COURT STAFF). (Entered: 09/02/2012) |
| 09/02/2012 | 18 | MOTION for Order Granting Leave to Take Discovery prior to Rule 26 Conference filed by Datatech Enterprises, LLC. Responses due by 9/17/2012. Replies due by 9/24/2012. (Attachments: # 1 Proposed Order)(Sperlein, D.) (Filed on 9/2/2012) (Entered: 09/02/2012) |
| 09/02/2012 | 19 | Declaration of D. Gill Sperlein in Support of 17 MOTION Order Permiting Alternative Service , 18 MOTION for Order Granting Leave to Take Discovery prior to Rule 26 Conference filed byDatatech Enterprises, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (Related document(s) 17 , 18 ) (Sperlein, D.) (Filed on 9/2/2012) (Entered: 09/02/2012) |
| 09/02/2012 | 20 | MOTION to Shorten Time *TO HEAR PLAINTIFF DATATECH ENTERPRISES, LLCS MOTIONS FOR ORDER PERMITTING ALTERNATIVE SERVICE AND FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE* filed by Datatech Enterprises, LLC. (Attachments: # 1 Declaration of D. Gill Sperlein, # 2 Proposed Order) |

| | | |
|---|---|---|
| | | (Sperlein, D.) (Filed on 9/2/2012) (Entered: 09/02/2012) |
| 09/04/2012 | 21 | RESPONSE TO ORDER TO SHOW CAUSE by FF Magnat Limited *Re Plaintiff's Motion for Preliminary Injunction*. (Attachments: # 1 Declaration Davidoglov Stanislav, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order)(Keller, Kenneth) (Filed on 9/4/2012) (Entered: 09/04/2012) |
| 09/04/2012 | 22 | Request for Judicial Notice re 21 Response to Order to Show Cause, *Re Plaintiff's Motion for Preliminary Injunction* filed byFF Magnat Limited. (Attachments: # 1 Exhibit A)(Related document(s) 21 ) (Keller, Kenneth) (Filed on 9/4/2012) (Entered: 09/04/2012) |
| 09/04/2012 | 23 | ORDER by Judge Charles R. Breyer granting 12 Motion partial relief from TRO (beS, COURT STAFF) (Filed on 9/4/2012) (Entered: 09/04/2012) |
| 09/04/2012 | 24 | ORDER granting 20 MOTION to Shorten Time *TO HEAR PLAINTIFF DATATECH ENTERPRISES, LLCS MOTIONS FOR ORDER PERMITTING ALTERNATIVE SERVICE AND FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE* filed by Datatech Enterprises. Reset Deadlines as to 18 MOTION for Order Granting Leave to Take Discovery prior to Rule 26 Conference; 17 MOTION Order Permiting Alternative Service . Motions terminated: moot as to 13 MOTION to Shorten Time *to Hear Defendant FF Magnat Limited's Motion for Partial Relief from TRO* filed by FF Magnat Limited. Responses due by 9/7/2012. Replies due by 9/10/2012. Motion Hearing set for 9/11/2012 10:00 AM before Hon. Charles R. Breyer. Signed by Judge Charles R. Breyer on 9/4/2012. (beS, COURT STAFF) (Filed on 9/4/2012) (Entered: 09/04/2012) |
| 09/07/2012 | | CLERKS NOTICE Continuing Motion Hearing (text only, no document on file)> Reset hearing Deadlines as to Motion for Preliminary Injunction; 17 MOTION Order Permiting Alternative Service , 18 MOTION for Order Granting Leave to Take Discovery prior to Rule 26 Conference . **Motions Hearing reset for 9/11/2012 02:00 PM** in Courtroom 6, 17th Floor, San Francisco before Hon. Charles R. Breyer. (beS, COURT STAFF) (Filed on 9/7/2012) (Entered: 09/07/2012) |
| 09/07/2012 | 25 | Certificate of Interested Entities by Datatech Enterprises, LLC identifying Corporate Parent Datatech Enterprises, LLC, Corporate Parent DataTech Global, LLC, Other Affiliate Chris Ward Enterprises, LLC for Datatech Enterprises, LLC. (Sperlein, D.) (Filed on 9/7/2012) (Entered: 09/07/2012) |
| 09/07/2012 | 26 | NOTICE by Datatech Enterprises, LLC *Posting of Plaintiff's Injunction Bond* (Sperlein, D.) (Filed on 9/7/2012) (Entered: 09/07/2012) |
| 09/07/2012 | 27 | RESPONSE (re 17 MOTION Order Permiting Alternative Service ) filed byFF Magnat Limited. (Attachments: # 1 Proposed Order)(Keller, Kenneth) (Filed on 9/7/2012) (Entered: 09/07/2012) |
| 09/07/2012 | 28 | RESPONSE (re 18 MOTION for Order Granting Leave to Take |

| | | |
|---|---|---|
| | | Discovery prior to Rule 26 Conference ) filed byFF Magnat Limited. (Attachments: # 1 Proposed Order)(Keller, Kenneth) (Filed on 9/7/2012) (Entered: 09/07/2012) |
| 09/10/2012 | 29 | REPLY (re 9 ORDER by Judge Charles R. Breyer granting 2 Motion for TRO ) filed byDatatech Enterprises, LLC. (Attachments: # 1 Declaration Robert Hare, # 2 Exhibit A., # 3 Declaration D. Gill Sperlein, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Declaration Peter Phinney, # 8 Exhibit A, # 9 Exhibit B, # 10 Exhibit C, # 11 Exhibit D, # 12 Exhibit E, # 13 Exhibit F, # 14 Exhibit G, # 15 Exhibit H, # 16 Exhibit I, # 17 Exhibit J, # 18 Declaration Lance Blundell, # 19 Exhibit A, # 20 Exhibit B-1, # 21 Exhibit B-2, # 22 Exhibit B-3, # 23 Exhibit B-4, # 24 Exhibit B-5, # 25 Exhibit B-6, # 26 Exhibit B-7, # 27 Exhibit B-8, # 28 Exhibit B-9, # 29 Exhibit B-10, # 30 Exhibit C, # 31 Exhibit D, # 32 Exhibit E, # 33 Declaration Chris Ward, # 34 Declaration Lin Hon Ki, # 35 Supplement REquest for Judicial Notice, # 36 Exhibit A, # 37 Proposed Order) (Sperlein, D.) (Filed on 9/10/2012) Modified on 9/10/2012 (fff, COURT STAFF). *** LINK MODIFIED PER ATTORNEYS REQUEST *** (Entered: 09/10/2012) |
| 09/10/2012 | 30 | REPLY (re 17 MOTION Order Permiting Alternative Service ) filed byDatatech Enterprises, LLC. (Sperlein, D.) (Filed on 9/10/2012) (Entered: 09/10/2012) |
| 09/10/2012 | 31 | REPLY (re 18 MOTION for Order Granting Leave to Take Discovery prior to Rule 26 Conference ) filed byDatatech Enterprises, LLC. (Sperlein, D.) (Filed on 9/10/2012) (Entered: 09/10/2012) |
| 09/11/2012 | 32 | ORDER EXTENDING TRO BY STIPULATION OF PARTIES. Signed by Judge Charles R. Breyer on 9/11/2012. (crblc2, COURT STAFF) (Filed on 9/11/2012) (Entered: 09/11/2012) |
| 09/11/2012 | 33 | Minute Entry: Motion Hearing held on 9/11/2012 before Charles R. Breyer (Date Filed: 9/11/2012) re 17 MOTION for Order Permitting Alternative Service filed by Datatech Enterprises, LLC, 18 MOTION for Order Granting Leave to Take Discovery prior to Rule 26 Conference filed by Datatech Enterprises, LLC, Preliminary Injunction Hearing - Non-evidentiary held on 9/11/2012 before Charles R. Breyer (Date Filed: 9/11/2012). (Court Reporter Lydia Zinn.) (beS, COURT STAFF) (Date Filed: 9/11/2012) Modified on 9/13/2012 (mcl, COURT STAFF). (Entered: 09/12/2012) |
| 09/14/2012 | 34 | MEMORANDUM AND ORDER RE PRELIMINARY INJUNCTION. Signed by Judge Charles R. Breyer on 9/14/2012. (crblc2, COURT STAFF) (Filed on 9/14/2012) (Entered: 09/14/2012) |
| 09/14/2012 | 35 | PRELIMINARY INJUNCTION and order granting motions for early discovery 18 and alternative service 17 . Signed by Judge Charles R. Breyer on 9/14/2012. (crblc2, COURT STAFF) (Filed on 9/14/2012) (Entered: 09/14/2012) |
| 09/14/2012 | 🔒 | (Court only) ***Motions terminated: 17 MOTION Order Permiting Alternative Service filed by Datatech Enterprises, LLC, 18 MOTION for |

| | | |
|---|---|---|
| | | Order Granting Leave to Take Discovery prior to Rule 26 Conference filed by Datatech Enterprises, LLC. (crblc2, COURT STAFF) (Filed on 9/14/2012) (Entered: 09/14/2012) |
| 09/18/2012 | 36 | AMENDED DOCUMENT by Datatech Enterprises, LLC. Amendment to 26 Notice (Other) *Rider Increasing Injunction Bond to $10,000*. (Sperlein, D.) (Filed on 9/18/2012) Modified on 9/19/2012 (mcl, COURT STAFF). (Entered: 09/18/2012) |
| 09/24/2012 | 37 | MOTION for leave to appear in Pro Hac Vice *of Evan Fray-Witzer* ( Filing fee $ 305, receipt number 0971-7146337.) filed by FF Magnat Limited. (Fray-Witzer, Evan) (Filed on 9/24/2012) (Entered: 09/24/2012) |
| 09/24/2012 | 38 | MOTION for Leave to File *Motion for Reconsideration* filed by FF Magnat Limited. (Lisi, Michael) (Filed on 9/24/2012) (Entered: 09/24/2012) |
| 09/25/2012 | 39 | Declaration of Davidoglov Stanislav in Support of 38 MOTION for Leave to File *Motion for Reconsideration* filed byFF Magnat Limited. (Attachments: # 1 Exhibit (part 1A), # 2 Exhibit (part 1B), # 3 Exhibit (part 2), # 4 Exhibit (part 3))(Related document(s) 38 ) (Lisi, Michael) (Filed on 9/25/2012) (Entered: 09/25/2012) |
| 09/25/2012 | 40 | Proposed Order re 38 MOTION for Leave to File *Motion for Reconsideration* by FF Magnat Limited. (Keller, Kenneth) (Filed on 9/25/2012) (Entered: 09/25/2012) |
| 09/27/2012 | 41 | RESPONSE (re 38 MOTION for Leave to File *Motion for Reconsideration* ) filed byDatatech Enterprises, LLC. (Attachments: # 1 Declaration D. Gill Sperlein)(Sperlein, D.) (Filed on 9/27/2012) (Entered: 09/27/2012) |
| 09/27/2012 | 42 | Proposed Order re 38 MOTION for Leave to File *Motion for Reconsideration* by Datatech Enterprises, LLC. (Sperlein, D.) (Filed on 9/27/2012) (Entered: 09/27/2012) |
| 10/04/2012 | 43 | ORDER by Judge Charles R. Breyer denying 38 Motion for Leave to File Motion for Reconsideration. (crblc2, COURT STAFF) (Filed on 10/4/2012) (Entered: 10/04/2012) |
| 10/11/2012 | 44 | ORDER by Judge Charles R. Breyer granting 37 Motion for Pro Hac Vice (E Fray-Witzer) (beS, COURT STAFF) (Filed on 10/11/2012) (Entered: 10/11/2012) |
| 10/15/2012 | 45 | MOTION for leave to appear in Pro Hac Vice *of Valentin Gurvits* ( Filing fee $ 305, receipt number 0971-7199289.) filed by FF Magnat Limited. (Gurvits, Valentin) (Filed on 10/15/2012) (Entered: 10/15/2012) |
| 10/15/2012 | 46 | NOTICE OF APPEAL to the 9th CCA FF Magnat Limited. Appeal of Order 34 , Preliminary Injunction 35 , Order on Motion for Leave to File 43 (Appeal fee of $455 receipt number 0971-7200920 paid.) (Attachments: # 1 Exhibit Representation Statement)(Fray-Witzer, Evan) (Filed on 10/15/2012) (Entered: 10/15/2012) |
| | | |

| | | |
|---|---|---|
| 10/16/2012 | 47 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 46 Notice of Appeal. (mclS, COURT STAFF) (Entered: 10/16/2012) |
| 10/16/2012 | 48 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (mclS, COURT STAFF) (Entered: 10/16/2012) |