Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Datatech Enterprises, LLC               ) | Case No: 12-04500 CRB |
|                             Plaintiff(s),  ) | |
| v.                                          ) | **APPLICATION FOR** |
| FF Magnat Limited, et al.           ) | **ADMISSION OF ATTORNEY** |
|                                              ) | **PRO HAC VICE** |
|                             Defendant(s). ) | (CIVIL LOCAL RULE 11-3) |

I, Valentin Gurvits, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FF Magnat Limited d/b/a Oron.com in the above-entitled action. My local co-counsel in this case is Kenneth E. Keller, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Boston Law Group, 825 Beacon St., Ste. 20<br>Newton, MA 02459 | 555 Montgomery Street, 17th Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 928-1804 | (415) 249-8330 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| vgurvits@bostonlawgroup.com | kkeller@kksrr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 643572.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/15/12

Valentin Gurvits
Digitally signed by Valentin Gurvits
DN: cn=Valentin Gurvits, o=Boston Law Group, ou, email=vgurvits@bostonlawgroup.com, c=US
Date: 2012.10.15 16:12:25 -04'00'

APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Valentin Gurvits is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 16, 2012

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*