**KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN F. ROMAN** (87652) sroman@kksrr.com
**MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:    (415) 249-8330
Fax:   (415) 249-8333

**EVAN FRAY-WITZER** evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:    (617) 426-0000
Fax:   (617) 507-8043
*Admitted Pro Hac Vice*

**VALENTIN GURVITS** vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:    (617) 928-1804
Fax:   (617) 928-1802
*Pro Hac Vice Pending*

Attorneys for Defendant FF MAGNAT LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>                    Plaintiff<br><br>       vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>                    Defendants. | Case No. C-12-4500 CRB<br><br>**DECLARATION OF VALENTIN GURVITS IN SUPPORT OF DEFENDANT FF MAGNAT LIMITED'S MOTION FOR PARTIAL RELIEF FROM PRELIMINARY INJUNCTION**<br><br>Hearing:     None Set\*\*<br>Judge:       Hon. Charles R. Breyer<br><br>\*\* An Administrative Motion for Order Shortening Time to Hear This Motion is Filed Herewith |

1

I, Valentin Gurvits, declare and state as follows:

1.     I am a member of the Bar of the Commonwealth of Massachusetts and counsel to Defendant FF Magnat Limited ("Oron").  I make this declaration in support of Oron's Motion for Partial Relief from Preliminary Injunction.

2.     Oron has incurred in excess of $125,000 in attorneys' fees and costs arising from this action, and over $93,000 of that amount was consumed by fees incurred before the undersigned counsel ever entered an appearance in this case.

3.     In my professional judgment, I anticipate that Oron will incur at least $300,000 in additional attorneys' fees and costs arising from the defense of and counter-claims in this action and pursuing the interlocutory appeal files in this action.


I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 23rd day of October, 2012, in Newton Centre, MA.


Valentin Gurvits

2