**KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN F. ROMAN** (87652) sroman@kksrr.com
**MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:    (415) 249-8330
Fax:    (415) 249-8333

**EVAN FRAY-WITZER** evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:    (617) 426-0000
Fax:    (617) 507-8043
*Admitted Pro Hac Vice*

**VALENTIN GURVITS** vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:    (617) 928-1804
Fax:    (617) 928-1802
*Admitted Pro Hac Vice*

Attorneys for Defendant FF MAGNAT LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>          Plaintiff<br><br>     vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>          Defendants. | Case No. C-12-4500 CRB<br><br>**ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME TO HEAR DEFENDANT FF MAGNAT LIMITED'S MOTION FOR PARTIAL RELIEF FROM PRELIMINARY INJUNCTION**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroon:   Courtroom 6 – 17th Floor |

Defendant FF Magnat Limited d/b/a Oron.com ("Oron") applies for an order shortening time to hear its Motion for Partial Relief from Preliminary Injunction.

The accompanying Declaration of Evan Fray-Witzer demonstrates that good cause exists to permit defendant's Motion for Partial Relief from Preliminary Injunction on shortened time. Defendant Oron has been and will continue to be prejudiced by the preliminary injunction granted by this Court on September 14, 2012, which threatens to prevent Oron from being able to pay its legal counsel to defend itself in this action and to pursue its interlocutory appeal. More specifically, if Oron's Motion is not heard on shortened time, *inter alia*, it will be prejudiced in its ability to properly research, brief and argue its motion to dismiss for lack of jurisdiction and in its ability to appeal this Court's grant of the preliminary injunction.

Moreover, Oron's Motion for Partial Relief from Preliminary Injunction is not complex, and Plaintiff will not be prejudiced by having to file its opposition on shortened time.

Accordingly, Oron respectfully requests that Plaintiff be ordered to file its opposition to defendants' motion, if any, by November 12, 2012 and that this Court hold a hearing on that motion as soon as possible thereafter. In the interest of time, if the Court agrees to hear this matter on shortened time, Oron will agree to waive its reply brief.

Date:   November 5, 2012             Boston Law Group, PC


                                     By:   /s/ Valentin Gurvits
                                           VALENTIN GURVITS
                                           Attorneys for Defendant FF MAGNAT LIMITED