

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

October 16, 2012

| | |
|---|---|
| No.: | 12-17299 |
| D.C. No.: | 3:12-cv-04500-CRB |
| Short Title: | Datatech Enterprises, LLC v. FF Magnat Limited, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**BRIEFING DATES WILL BE SET BY A FUTURE COURT ORDER.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 16 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada limited liability company, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> FF MAGNAT LIMITED, DBA Oron.com, <br><br> Defendant - Appellant, <br><br> and <br><br> STANISLAV DAVIDOGLOV, <br><br> Defendant. | No. 12-17299 <br><br> D.C. No. 3:12-cv-04500-CRB <br> U.S. District Court for Northern California, San Francisco <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Tue., October 23, 2012**   Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gerald Rosen
Deputy Clerk