D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>   Plaintiff,<br>               vs.<br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>   Defendants. | Case No.: 2-12-4500 CRB<br><br>**DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTION FOR SANCTIONS**<br><br>Date:  December 14, 2012<br>Time:  10:00 a.m.<br>CtRm:  6, 17th Floor |

I, D. Gill Sperlein, declare:

   1.   I am an attorney licensed to practice in the State of California, a member of the Bar of this Honorable Court and attorney of record for Plaintiff DataTech Enterprises, LLC. The facts that I state herein are within my personal knowledge.

2. I attended American University's Washington College of Law where I earned the degree of Juris Doctor, *Summa Cum Laude* in 1994.

3. For approximately the last ten years, my practice has focused almost exclusively on copyright and anti-piracy and I regularly litigate cases involving these issues.

4. I maintain a solo practice and my regular billable rate is $335.00 an hour.

5. I track my billable hours and bill clients using QuickBooks accounting software. When I begin a task I start a timer within the program and when I complete the task I stop the timer and enter a description of the work I completed. If I am away from my computer when I perform a task (e.g. attending a hearing or researching in the library) I note the time spent and record it at a later time.

6. Using this method I tracked the time I spent preparing Datatech Enterprises, LLC's Opposition to FF Magant Limited's Motion for Leave to File Motion for Reconsideration and Datatech's Motion for Sanctions. I spent 7.3 hours on the Opposition and 4.6 hours on the Motion for Sanctions. The total billable amount for these two tasks was therefore $3,986.50.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

*November 5, 2012*                    */s/ D. Gill Sperlein*

Dated:_____      _____
                                   D. Gill Sperlein

-2-