**KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN F. ROMAN** (87652) sroman@kksrr.com
**MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:    (415) 249-8330
Fax:   (415) 249-8333

**EVAN FRAY-WITZER** evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:    (617) 426-0000
Fax:   (617) 507-8043
*Admitted Pro Hac Vice*

**VALENTIN GURVITS** vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:    (617) 928-1804
Fax:   (617) 928-1802
*Admitted Pro Hac Vice*

Attorneys for Defendant FF MAGNAT LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>        Plaintiff<br><br>    vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>        Defendants. | Case No. C-12-4500 CRB<br><br>**DEFENDANT FF MAGNAT LIMITED'S REQUEST TO APPEAR TELEPHONICALLY AT DECEMBER 7, 2012 CASE MANAGEMENT CONFERENCE**<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:    Courtroom 6 – 17th Floor |

Out of state counsel for Defendant FF Magnat Limited hereby respectfully requests leave to appear before the Honorable Charles R. Breyer via telephone for the Case Management Conference scheduled for December 7, 2012 at 8:30a.m.

Valentin Gurvits, lead counsel for FF Magnat, has requisite knowledge and authority to participate in the Case Management Conference, but he resides in Boston, Massachusetts. Mr. Gurvits would attend the conference in person, but FF Magnat does not have any access to its funds (pursuant to this Court's preliminary injunction) and therefore, in order to manage its expenses cannot afford to fly Mr. Gurvits from Boston to San Francisco. Mr. Gurvits therefore respectfully requests to appear telephonically.

Pursuant to the Court's direction, Mr. Gurvits will make himself available to receive the Court's telephone call the morning of December 7, 2012 starting at 8:30am Pacific Standard Time at the telephone number 617-928-1804. Mr. Gurvits will also make whatever other arrangements as the Court may direct.

Prior to the filing the present motion, the undersigned counsel sought the assent of Plaintiff's counsel. Surprisingly, rather than simply agreeing to such a simple (and uncontroversial) request, counsel stated that he needed to first confer with his client.

Date:  December 5, 2012        Boston Law Group, PC

                               By:   /s/ Valentin Gurvits
                                     VALENTIN GURVITS
                                     Attorneys for Defendant FF MAGNAT LIMITED

Signed:  December 6, 2012

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2