**KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN F. ROMAN** (87652) sroman@kksrr.com
**MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:   (415) 249-8330
Fax:   (415) 249-8333

**EVAN FRAY-WITZER** evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:   (617) 426-0000
Fax:   (617) 507-8043
*Admitted Pro Hac Vice*

**VALENTIN GURVITS** vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:   (617) 928-1804
Fax:   (617) 928-1802
*Pro Hac Vice Pending*

Attorneys for Defendant FF MAGNAT LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff<br><br>    vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>    Defendants. | Case No. C-12-4500 CRB<br><br>**DECLARATION OF STANISLAV DAVIDOGLOV IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Hearing:   None Set<br>Judge:     Hon. Charles R. Breyer |

1

I, Stanislav Davidoglov, declare and state as follows:

1. I am the sole shareholder of defendant FF Magnat Limited d/b/a Oron.com ("Oron"). I make this declaration in support of my and Oron's Motion to Dismiss for Lack of Personal Jurisdiction. If called as a witness, I could and would so completely testify.

2. I am a full-time resident of the Republic of Moldova.

3. I have never visited the United States.

4. Oron does not (and has never) itself maintain any servers in the United States or California, has no employees, officers, directors or owners who reside in (and has never had any in) the United States or California, does not advertise in (and has never advertised in) the United States or California, owns no real estate in (and has never owned any real estate in) the United States or California, and has no bank accounts in (and has never had any bank accounts in) the United States or California.

5. I presume it goes without saying, but I do not personally own or maintain (and never have owned or maintained) any servers in the United States or California, do not have any employees, officers, directors or owners who reside in (and never have had any in) the United States or California, do not advertise in (and have never advertised in) the United States or California, do not own any real estate in (and have never owned any real estate in) the United States or California, and have no bank accounts in (and have never had any bank accounts in) the United States or California.

6. Oron leased hosting services from a third-party company, LeaseWeb B.V., which is organized in the Netherlands, to do all of its hosting. I understand that LeaseWeb maintains servers throughout the world and determines in its own discretion where it physically places the hard-drives containing its clients' websites, including Oron's website. I was informed by

LeaseWeb B.V. that they did not use any servers in the United States for the hosting of Oron.com.

7.  Almost all of Oron's payment processing transactions with its users were processed by companies located outside of the United States, including PayPal Pte. Ltd. (a Singapore company), Daotec Payment GmbH (an Austrian company), JSC International Financial Solutions (a Russian company), and SIA PaySpace (a Latvian company).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6-th day of December, 2012, in Chisinau, Moldova.

_____
Stanislav Davidoglov