**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date:  **December 7, 2012**          Time:  7  minutes

**C-12-04500** CRB

**DATATECH ENTERPRISES LLC**  v.  **FF MAGNAT LIMITED**

Attorneys:     D. Gill Sperlein                                          Valentine Gurvits

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Not Reported**

**PROCEEDINGS:**                                                              **RULING:**

1.  Case Management Conference

2.

3.

**ORDERED AFTER HEARING:**

 Counsel to work out briefing schedule and hearing on defendant's motion to dismiss and a discovery schedule.  Discovery is limited to the jurisdictional issue at this point.  Rule 26 disclosures done within 30 days.

(  ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____
(  ) Referred to Magistrate Judge for: _____

(  ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____                         Expert Discovery Cut-Off _____
Plntf to Name Experts by _____                  Deft to Name Experts by _____
P/T Conference Date _____       Trial Date _____       Set for _____ days
                        Type of Trial:  (  )Jury    (  )Court

Notes: _____