D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br>            vs.<br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | Case No.: 2-12-4500 CRB<br><br>**NOTICE OF MOTION AND MOTION TO EXTEND ORDER OF PRELIMINARY INJUNCTION TO COVER ADDITIONAL FUNDS**<br><br>DATE:  1/25/2013<br>TIME:  10:00 a.m.<br>CtRm:  6 -17th Fl |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE, that on Friday, January 25, 2013 at 10:00 a.m., or as soon thereafter as this matter may be heard by the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, 94012, Plaintiff DataTech Enterprises, LLC will move this Court

-1-
MOTION TO EXTEND RELIEF GRANTED IN PRELIMINARY INJUNCTION
C-12-4500 (CRB)

for an Order Extending the Relief Granting in the Court's Preliminary Injunction Order. This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of D. Gill Sperlein, all matters of which this Court may take judicial notice, all pleadings and papers on file in this action, and upon such other evidence and argument as may be presented to the Court at the time of the hearing.

## POINTS AND AUTHORITIES

## PROCEDURAL HISTORY

Plaintiff filed its Complaint for Copyright Infringement on August 28, 2012 in conjunction with a Motion for Temporary Restraining Order freezing Plaintiff's assets. ECF No. 2. The Court granted Plaintiff's Motion for TRO (ECF No. 9) and after a hearing, the Court extended the relief by granting a Preliminary Injunction freezing FF Magnat's assets. ECF Nos. 34 and 35. FF Magnat has appealed the Order for Preliminary Injunction to the Ninth Circuit Court of Appeals. ECF No. 54.

Prior to the instigation of this litigation, Liberty Media Holdings, LLC brought a similar action against Defendant FF Magnat. *See Liberty Media Holdings, LLC v. FF Magnat Limited et al.*, C-12-1057, D. C. Nev. The District Court of Nevada also ordered FF Magnat's assets frozen. The parties to that action reached a settlement agreement. Although FF Magant later repudiated the agreement, the District Court ordered the enforcement of the settlement agreement. Thus, the District Court ordered the release of $550,000 from Defendant's PayPal account to pay the amount due to Liberty under the settlement agreement. The Court also ordered the release of an additional $131,797.50 of funds to cover a judgment for attorney's fees it had awarded Liberty. FF Magant appealed the orders of the District

Court. The funds, a total of $681,797.50, are currently held in the attorney trust account of Liberty Media Holding's former counsel Marc Randazza. Liberty recently filed a motion in the District Court of Nevada seeking a stay on the enforcement of the non-cash terms of the settlement agreement until the Ninth Circuit rules on the appeal. Declaration of D. Gill Sperlein in Support of Plaintiff DataTech Enterprises, LLC's Motion to Extend Relief Granted in Preliminary Injunction (Sperlein Decl.) at Exhibit A. Further details of the *Liberty* matter are outlined in Liberty's Motion and the supporting Declaration of Laura Bielinski which are attached to the Declaration of D. Gill Sperlein as Exhibits A and B.

In reviewing the Liberty Docket, specifically the motion attached to the Declaration of D. Gill Sperlein, Plaintiff has learned that although FF Magnat continues to press its appeal seeking to overturn the District Court of Nevada's Order enforcing the settlement agreement, it has also taken a contrary position by filing a demand for an arbitration *to enforce* the terms of the settlement agreement.

**ARGUMENT**

Finding that Plaintiff DataTech Enterprises, LLC has a substantial likelihood of success on the merits and that it is likely to be irreparably harmed in the absence of an order freezing assets that could be used to disgorge illicit profits and return them to Plaintiff, the Court issued a Preliminary Injunction freezing FF Magnat's assets in the United States. ECF Nos. 34 and 35.

The ongoing proceedings in the Nevada District Court, the Ninth Circuit Court of Appeals, and JAMS could result in funds being released from Marc Randazza's attorney

-3-
MOTION TO EXTEND RELIEF GRANTED IN PRELIMINARY INJUNCTION
C-12-4500 (CRB)

client trust account to Defendant FF Magnat Limited.  For example, if the Ninth Circuit grants FF Magnat's appeal and orders the settlement agreement set aside, the funds currently held in the name of Liberty Media Holdings, LLC, could be released to FF Magnat.  Alternatively, FF Magant could leverage the additional costs of defending the arbitration to extract a settlement agreement from Liberty for less than the full amount currently held in Liberty's name.

Plaintiff does not dispute the District Court of Nevada Order allowing Liberty to receive the funds under the settlement agreement or the attorney fees awarded in judgment.  However, under no circumstances should Defendant FF Magnat be granted access to those funds either in a new settlement agreement with Liberty or by way of the setting aside of the settlement agreement.

Thus, because this Court has ordered FF Magnat funds frozen, Plaintiff seeks clarification in the form of an order to Marc J. Randazza and Liberty Media Holdings, LLC, that no funds are to be released to FF Magnat without a further order from this Court.  The requested Order simply extends the language of the Court's current Order re Preliminary Injunction to explicitly include Marc J. Randazza and Liberty Media Holdings, LLC because they may in the future hold FF Magnat Limited funds subject to this Court's earlier Order of Preliminary Injunction.

///

///

## CONCLUSION

In order to ensure the enforcement of the Court's earlier Order re Preliminary Injunction, the Court should Order Marc J. Randazza, Liberty Media Holdings, LLC, and any attorneys working on Liberty's behalf to freeze any assets that may otherwise become the property of FF Magnat and to refrain from turning over any funds to FF Magnat for any reason without a further order from this Court.

Dated: *December 18, 2012*     Respectfully submitted,

*/s/ D. Gill Sperlein*

_____
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN

Attorney for Plaintiff DataTech Enterprises, LLC

Re: *DataTech Enterprises, LLC v. FF Magnat Limited, et al.*
Case No. 12-4500 CRB

## PROOF OF SERVICE

I, undersigned, declare:

I am a citizen of the United States, employed in the City and County of San Francisco, California. My business address is 345 Grove Street, San Francisco, CA 94102. I am over the age of 18 years and not a party to the within action.

On December 18, 2012, I caused to be served on the following parties the documents identified as:

- **Plaintiff's Motion for Order Extending Relief Granted in Preliminary Injunction**
- **Declaration of D. Gill Sperlein in Support of Plaintiff's Motion for Order Extending Relief Granted in Preliminary Injunction**
- **[Proposed] Order**

addressed to:

| | |
|---|---|
| Laura Bielinski, Nevada Bar No. 10516<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway, Suite<br>Las Vegas, Nevada 89106-4614<br><br>By First Class Mail and e-mail to<br>lbielinksi@bhfs.com | |
| Marc J. Randazza<br>Randazza Legal Group<br>6525 W. Warm Springs Rd., Ste. 100<br>Las Vegas, NV 89118<br><br>Via e-mail by agreement<br>mjr@randazza.com | |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 18, 2012, at San Francisco, California.

*/s/ D. Gill Sperlein*
———————————————
D. Gill Sperlein

The Law Office of D. Gill Sperlein
345 Grove Street  San Francisco, CA 94102
Tel: 415-404-6615   Fax: 415-404-6616