D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>Defendants. | **Case No.: C-12-4500 CRB**<br><br>**DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S MOTION TO EXTEND RELIEF GRANTED IN ORDER OF PRELIMINARY INJUNCTION**<br><br>**DATE:  1/25/2012**<br>**TIME:  10:00 a.m.**<br>**CtRm:  6 -17th Fl** |

I, D. Gill Sperlein, declare:

   1.   I am an attorney licensed to practice in the State of California, a member of the Bar of this Honorable Court and attorney of record for Plaintiff DataTech Enterprises, LLC. The facts that I state herein are within my personal knowledge.

-1-

2. I recently reviewed the Electronic Case Management Docket in the matter of *Liberty Media Holdings, LLC v. FF Magnat Limited*, et al, C-12-1057, D.C. Nev.

3. I downloaded from the case management system a motion Liberty Media's Motion to Stay Enforcement of Order Granting Plaintiff's Motion to Enforce Settlement Agreement which was filed at ECF No. 121. I have attached a copy of that document hereto as Exhibit A.

4. I also downloaded the supporting declaration of Liberty Holding's counsel Laura Bielinski at ECF No. 121-1, which includes at Exhibit B a copy of FF Magant Limited's Demand for Arbitration to enforce the Settlement Agreement in that matter. I have attached Ms. Bielinski's declaration and the attached exhibits as Exhibit B.

5. I used the text touch up function to lower the Nevada e-filing headers in each of the documents so they would not interfere with the legibility of the automatic e-filing headers the Northern District of California e-filing system will attached when they are filed.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

*December 18, 12012*          */s/ D. Gill Sperlein*

Dated:_____     _____
                                   D. Gill Sperlein

-2-