United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Datatech Enterprises, LLC,

        Plaintiff(s),

    v.

FF Magnat Limited,

        Defendant(s).

12-04500 CRB ENE

**Notice of Appointment of Evaluator**

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Stuart L. Gasner**
> Keker & Van Nest, LLP
> 633 Battery Street
> San Francisco, CA 94111
> 415-676-2209
> sgasner@kvn.com

    Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
12-04500 CRB

United States District Court
Northern District of California

1       Counsel are reminded that the written ENE statements required by the ADR L.R.

2 5-8 shall NOT be filed with the court.

3

4 Dated: December 19, 2012

5                                   RICHARD W. WIEKING
     Clerk
6                                     by:     Claudia M. Forehand

7

8                                                /s/
                                  ADR Case Administrator
9                                   415-522-2059
                                  Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 **Notice of Appointment of Evaluator**
    12-04500 CRB
28                           -2-