1  **KENNETH E. KELLER** (71450) kkeller@kksrr.com
   **STAN F. ROMAN** (87652) sroman@kksrr.com
2  **MICHAEL D. LISI** (196974) mlisi@kksrr.com
   **KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
3  555 Montgomery Street, 17th Floor
   San Francisco, CA 94111
4  Tel:   (415) 249-8330
   Fax:  (415) 249-8333
5

6  **EVAN FRAY-WITZER** evan@CFWLegal.com
   **CIAMPA FRAY-WITZER, LLP**
   20 Park Plaza, Suite 505
7  Boston, MA 02116
   Tel:   (617) 426-0000
8  Fax:  (617) 507-8043
   *Admitted Pro Hac Vice*
9

10 **VALENTIN GURVITS** vgurvits@bostonlawgroup.com
   **BOSTON LAW GROUP, PC**
   825 Beacon Street, Suite 20
11 Newton Centre, MA 02459
   Tel:   (617) 928-1804
12 Fax:  (617) 928-1802
   *Admitted Pro Hac Vice*
13

   Attorneys for Defendant FF MAGNAT LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>        Plaintiff<br><br>    vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>        Defendants. | Case No. C-12-4500 CRB<br><br>**DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF FF MAGNAT LIMITED'S OPPOSITION TO DATATECH'S MOTION TO EXTEND ORDER OF PRELIMINARY INJUNCTION TO COVER ADDITIONAL FUNDS** |

I, Matthew Shayefar, declare and state as follows:

1. I am a member of the Bar of the Commonwealth of Massachusetts and counsel to Defendant FF Magnat Limited ("Oron"). I make this declaration in support of FF Magnat Limited's Opposition to Datatech's Motion to Extend Order of Preliminary Injunction to Cover Additional Funds.

2. On December 11, 2012, I visited the website located at the URL AEBN.net, which offers a video on demand service wherein users can, for a cost, stream and download adult content videos. See Exhibit A, print-screen of AEBN.net.

3. I searched on AEBN.net for a sampling of the videos listed in Exhibit A to the Declaration of Lance Blundell (ECF 11-1), which DataTech Enterprises, LLC ("DataTech") claimed were infringed by FF Magnat Limited.

4. Although it would be impracticable and wasteful for me to search for every video that DataTech listed, I searched for a sampling of 44 out of the 436 videos (a 10.1% sampling).

5. Of the 44 videos I searched for, I was able to locate 42 (95.5%) of them on AEBN.net. These 42 videos were available for both streaming and download on AEBN.net.

6. For example, one of the videos, titled "Nighthawken," is available for streaming for life for $10.95, streaming for 48 hours for $12.95, download for 7 days for $14.95, download for 30 days for $16.95 and download to own for $29.95. See Exhibit B, print-screen of "Watch Nighthawken" on AEBN.net, available at http://theater.aebn.net/dispatcher/movieDetail?movieId=75579.

7. As another example, another of the videos, titled "Laid-Off," is also available for streaming for life for $10.95, streaming for 48 hours for $12.95, download for 7 days for $14.95, download for 30 days for $16.95 and download to own for $29.95. See Exhibit C, print-screen

1  of "Watch Laid-Off" on AEBN.net, available at

2  http://theater.aebn.net/dispatcher/movieDetail?movieId=134234.

3      8.    For each of these 42 videos, I collected the cost for lifetime streaming and

4  downloading to own and compiled them into Exhibit D hereof.

5      9.    Every video that I sampled gave the option to be streamed for life for $10.95.

6      10.   The cost of downloading to own the videos ranged from $24.95 to $49.95 and

7  averaged $32.69.

8

9      I hereby declare under penalty of perjury under the laws of the United States of America

10 that the foregoing is true and correct.

11

12     Executed this 2nd day of January, 2013, in Newton Centre, MA.

13

14                                    /s/ Matthew Shayefar
                                      Matthew Shayefar

15

3
DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF
DEFENDANT'S OPPOSITION TO MOTION TO EXTEND PRELIMINARY INJUNCTION
CASE NO. C-12-4500 CRB

# EXHIBIT A



# EXHIBIT B

12/11/12 Watch Nighthawken: AEBN Gay for Pay Per-Minute On-Line Video Rental at www.100porn...

Case 3:12-cv-04500-CRB Document 68-1 Filed 01/02/13 Page 7 of 16

| Free 15 Minutes | Home | Login | Buy Time | Channels | Help | Follow @aebngay 1,172 followers |



**Gay VOD** | Straight VOD

Title, Star, Studio, etc. | Go
◉ Movies ○ Scenes
Advanced Search

Euro ▼

Category Index
New Releases
Just Added
Most-Watched
Stars
Studios
Series
Exclusive
High Definition
Download to Own

### Nighthawken

Favorites [+]



Free Preview

**Pay-Per-Minute Options**

**Play Movie**



**Running Time:** 76 minutes
**Released:** 08/1996
**Studio Name:** Falcon International Collection  Falcon Studios  Falcon Studios - Raging Stallion Studios
**Director:** Victor Dunai

**Purchase Options**

**Streaming Rentals**

♾ For Life / $10.95
48 48 hours / $12.95

**Download**
2048 K (1.13 GB file)
🪟 7 days / $14.95
🪟 30 days / $16.95
🪟 Own It / $29.95

**Stars:** Erik Kovac  Martin Valko  Dano Sulik  Milos Janek  Kristof Junas  Peter Sidow  ...More
**Categories:** Euro  International  Safe Sex
**Description:** The evening streets of Eastern Europe are alive with young men coming together to savour the freedoms of the New World order and each other! Falcon International Superstars Dano Sulik and Martin Valko make a sizzling return in this film, along with favorite stars Kristof Juans, Jan Cerman, and Eric Kovac. Screen debuts from Alexy Hanslik and Daniel Ruzovy, with Peter Sidow, Roman Gregor, and Michael Simovik.

Custodian of Records Information

**New Products**

Roku™ for TV
Live Cams
RealTouch
Watch On TV

**Pay-Per-Minute**

$84.95 - 1000 minutes
$49.95 - 500 minutes
$29.95 - 300 minutes
$19.95 - 200 minutes
$11.95 - 100 minutes
$8.95 - 60 minutes
$5.95 - 30 minutes
$3.95 - 15 minutes

**Customer Service**

Live Chat Support
Customer Service
Get Windows Media Player
Privacy Policy

**Featured Product**

**Extras**

### 5 Scenes from Nighthawken
**Watch with Pay-Per-Minute or Streaming Rental**

Nighthawken: Scene 1 | Free Preview | Add Scene to Favorites [+]

Play Scene:
... More Details

Nighthawken: Scene 2 | Free Preview | Add Scene to Favorites [+]

Play Scene:
... More Details

Nighthawken: Scene 3 | Free Preview | Add Scene to Favorites [+]

Play Scene:
... More Details

Nighthawken: Scene 4 | Free Preview | Add Scene to Favorites [+]





12/11/12 Watch Nighthawks VOD Today For Play Per View Network and Video thereafter on Porn TV...

Case3:12-cv-04500-CRB Document68-1 Filed01/02/13 Page9 of 16

Boys Of The Bastille | Glory Hole Experience | French Connection 2 Director's Cut | Quarterback Sack | French Connections 2: Conquest

English | Deutsch | Français | Español | 日本語 | Italiano | Português

Free 15 Minutes    Home    Login    Buy Time    Channels    Help

18 U.S.C. 2257 Record Keeping Requirements Compliance Statement

Feeds

# EXHIBIT C












12/11/12 Case 3:12-cv-04500-CRB Document 68-1 Filed 01/02/13 Page 13 of 16

 Feeds

theater.aebn.net/dispatcher/movieDetail?movieId=134234&theaterId=14077&genreId=102 3/3

# EXHIBIT D

Declaration of Matthew Shayefar
Exhibit D

Key:
- # Field represents the number used for particular video in Exhibit A to the Declaration of Lance Blundell (ECF 11-1)
- AEBN ID is the ID number given in the URL for the page on AEBN where the video can be found.  For example, the video Laid Off, with AEBN ID 134234, is available at the URL http://theater.aebn.net/dispatcher/movieDetail?movieId=134234.

| # | Title | (c) Reg. No. | AEBN ID | Lifetime Stream | Download to Own |
|---|---|---|---|---|---|
| 1 | Other Side of Aspen | PA0000304343 | 75537 | $10.95 | $29.95 |
| 11 | Like a Horse | PA0000359517 | 75498 | $10.95 | $29.95 |
| 21 | Revenge | PA0000456788 | 75506 | $10.95 | $29.95 |
| 31 | Driving Hard | PA0000564404 | 75496 | $10.95 | $29.95 |
| 41 | Full Length | PA0000618488 | 75541 | $10.95 | $29.95 |
| 51 | Redemption | PA0000663801 | N/A | N/A | N/A |
| 61 | Spokes II | PA0000712690 | 75528 | $10.95 | $29.95 |
| 71 | Midnight Run | PA0000729940 | 75560 | $10.95 | $29.95 |
| 81 | The Plowboys | PA0000779232 | 75622 | $10.95 | $29.95 |
| 91 | Saddle Tramps II | PA0000787156 | 75505 | $10.95 | $29.95 |
| 101 | Nighthawken | PA0000809432 | 75579 | $10.95 | $29.95 |
| 111 | Hotwheels | PA0000840761 | N/A | N/A | N/A |
| 121 | Four Card Stud | PA0000897691 | 78411 | $10.95 | $29.95 |
| 131 | Wild Horses | PA0000926238 | 75493 | $10.95 | $29.95 |
| 141 | Full Up! | PA0000941898 | 70097 | $10.95 | $29.95 |
| 151 | Steal the Night | PA0000976247 | 75445 | $10.95 | $29.95 |
| 161 | Out of Athens, Part 2 | PA0001031060 | 82895 | $10.95 | $29.95 |
| 171 | Naval Force | PA0001098278 | 78666 | $10.95 | $29.95 |
| 181 | Branded | PA0001103078 | 56818 | $10.95 | $29.95 |
| 191 | Black Velvet & Pornstud | PA0001194498 | 75920 | $10.95 | $29.95 |
| 201 | Taking Flight, Part 2 | PA0001243045 | 56823 | $10.95 | $29.95 |
| 211 | Trapped, Part 1 | PA0001303529 | 75412 | $10.95 | $29.95 |
| 221 | Lockdown | PA0001343852 | 75401 | $10.95 | $29.95 |
| 231 | Forced Entry | PA0001373778 | 84815 | $10.95 | $29.95 |
| 241 | Road Trip 1 | PA0001609639 | 100603 | $10.95 | $29.95 |
| 251 | Road Trip 3 | PA0001620019 | 104652 | $10.95 | $29.95 |
| 261 | Collin O'Neal's World of Men: Turkey | PA0001680158 | 126924 | $10.95 | $24.95 |
| 271 | Drifter | PA0001688972 | 94605 | $10.95 | $29.95 |
| 281 | Snow Trip, Vol. 5 – Big Bear | PA0001701371 | 110875 | $10.95 | $29.95 |
| 291 | Afterparty | PA0001702783 | 110117 | $10.95 | $29.95 |
| 301 | Adrenaline | PA0001705513 | 132999 | $10.95 | $29.95 |
| 311 | Roman's Holiday | PA0001706817 | 111893 | $10.95 | $29.95 |
| 321 | Road Trip Vol. 13, San Diego | PA0001722803 | 130825 | $10.95 | $29.95 |

Declaration of Matthew Shayefar
Exhibit D

| 331 | Laid Off | PA0001731971 | 134234 | $10.95 | $29.95 |
|---|---|---|---|---|---|
| 341 | Blind Lust | PA0001764398 | 152886 | $10.95 | $49.95 |
| 351 | Arab Heat | PA0001765585 | 143790 | $10.95 | $39.95 |
| 361 | Fistpack 29 When A Man Needs A Fist | PA0001765629 | 144802 | $10.95 | $39.95 |
| 371 | Man Up | PA0001770865 | 144445 | $10.95 | $29.95 |
| 381 | Instinct | PA0001770923 | 84849 | $10.95 | $39.95 |
| 391 | The Trap | PA0001772974 | 129058 | $10.95 | $39.95 |
| 401 | Escape | PA0001780733 | 155262 | $10.95 | $49.95 |
| 411 | Right Here / Right Now | PA0001782513 | 154877 | $10.95 | $49.95 |
| 421 | Ranch Hands | PA0001797573 | 71904 | $10.95 | $29.95 |
| 431 | Suite for Sex | PAu003589310 | 153744 | $10.95 | $49.95 |
|   |   |   |   |   |   |
|   |   |   | **Average** | **$10.95** | **$32.69** |

Analysis:
- 44 Samples from the 436 videos alleged to be infringed (10.1% sample rate)
- 2 Samples were not found on AEBN (4.5% missing)
- Of samples found on AEBN:
    o 100% had option to purchase lifetime streaming for $10.95
    o Cost of download to own ranged from $24.95 to $49.95
    o Average cost of download to own was $32.69

2