KENNETH E. KELLER (71450) kkeller@kksrr.com
STAN F. ROMAN (87652) sroman@kksrr.com
MICHAEL D. LISI (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:   (415) 249-8330
Fax:  (415) 249-8333

EVAN FRAY-WITZER evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:   (617) 426-0000
Fax:  (617) 507-8043
*Admitted Pro Hac Vice*

VALENTIN GURVITS vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:   (617) 928-1804
Fax:  (617) 928-1802
*Admitted Pro Hac Vice*

Attorneys for Defendant FF MAGNAT LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>   Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>   Defendants. | Case No. C-12-4500 CRB<br><br>**DECLARATION OF DAVIDOGLOV STANISLAV IN SUPPORT OF FF MAGNAT LIMITED'S OPPOSITION TO DATATECH'S MOTION TO EXTEND ORDER OF PRELIMINARY INJUNCTION TO COVER ADDITIONAL FUNDS** |

I, Davidoglov Stanislav, declare and state as follows:

1. I am the sole shareholder of defendant FF Magnat Limited d/b/a Oron.com ("Oron") in the above referenced action. I make this declaration in support of Oron's Opposition to Datatech's Motion to Extend Order of Preliminary Injunction to Cover Additional Funds. If called as a witness, I could and would so completely testify.

2. Oron currently has 7,793,962.73 Hong Kong Dollars frozen in its HSBC Bank Account in Hong Kong. At the current rate of exchange, this is approximately US $1,005,500.00.

3. Oron currently has US $625,595.49 frozen in its account with PayPal.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2013, in Chisinau, Moldova.

_____
Davidoglov Stanislav