| Claim Nature : |
| --- |
| A. Monetary claim only |
| B. Interim remedies in aid of proceedings outside Hong Kong (under S.21M High Court Ordinance (Cap.4)) |

No.10

Originating Summons – expedited form

HCMP *1896* /2012

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
MISCELLANEOUS PROCEEDINGS NO. *1896* OF 2012



IN THE MATTER of Section 21M(1) of the High Court Ordinance, Chapter 4 of the Laws of the Hong Kong Special Administrative Region

BETWEEN

DATATECH ENTERPRISES, LLC                Applicant

and

FF MAGNAT LIMITED                Respondent

ORIGINATING SUMMONS

Let the Defendant, FF Magnat Limited of Unit 1502, 15/F, Jubilee Centre, 46 Gloucester Road, Wanchai, Hong Kong attend before the Honourable Justice

in Chambers (open/not open to public) at the High Court of Hong Kong, on day, the        day of        2012 at        o'clock in the fore/afternoon, on the hearing of an application by the Applicant, DataTech Enterprises, LLC of 1155 Mission Street, San Francisco CA 94103, United States of America for :-

1.   Interim relief – namely a Mareva injunction over the assets of the Respondent in Hong Kong – in aid of proceedings commenced in the United States District Court, Northern District of California, pursuant to Sections 21L and 21M of the High Court Ordinance (Cap 4) and Order 29, rules 1 and 8A of the Rules of the High Court (Cap.4A);

2.      Costs and/or such other relief as the Court may deem fit.

And let the Respondent within 14 days after service of this summons on it counting the day of service, return the accompanying Acknowledgment of Service to the Registry of the High Court.

Dated the 6ᵗʰ day of September 2012

                                                                Registrar

Estimated time: 30 minutes

Note:-This Summons may not be served later than 12 calendar months beginning with the above date unless renewed by order of the Court.

This Summons was taken out by Messrs Robertsons of 57ᵗʰ Floor, The Center, 99 Queen's Road Central, Hong Kong, solicitors for the said Applicant whose address for service is as stated above.

**ROBERTSONS**
Solicitors for the Applicant

Note:-If a Respondent does not attend personally or by its counsel or solicitor at the time and place above-mentioned such order will be made as the Court may think just and expedient.

IMPORTANT

Directions for Acknowledgment of Service are given with the accompanying form.