KENNETH E. KELLER (71450) kkeller@kksrr.com
STAN F. ROMAN (87652) sroman@kksrr.com
MICHAEL D. LISI (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:   (415) 249-8330
Fax:   (415) 249-8333

EVAN FRAY-WITZER evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:   (617) 426-0000
Fax:   (617) 507-8043
*Admitted Pro Hac Vice*

VALENTIN GURVITS vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:   (617) 928-1804
Fax:   (617) 928-1802
*Admitted Pro Hac Vice*

Attorneys for Defendant FF MAGNAT LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**DECLARATION OF DAVIDOGLOV STANISLAV IN SUPPORT OF DEFENDANT FF MAGNAT LIMITED'S MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION** |

1
DECLARATION OF DAVIDOGLOV STANISLAV IN SUPPORT OF
DEFENDANT'S MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION
CASE NO. C-12-4500 CRB

I, Davidoglov Stanislav, declare and state as follows:

1. I am the sole shareholder of defendant FF Magnat Limited d/b/a Oron.com ("Oron") in the above referenced action. I make this declaration in support of FF Magnat Limited's Motion For Relief From Preliminary Injunction. If called as a witness, I could and would so completely testify.

2. Oron currently has 7,793,962.73 Hong Kong Dollars frozen in its HSBC Bank Account in Hong Kong. At the current rate of exchange, this is approximately US $1,005,500.00.

3. Oron currently has US $625,595.49 frozen in its account with PayPal.

4. It is only an estimate because the vendor is refusing to communicate with Oron, but Oron estimates that there is approximately $55,000 frozen in its account with AlertPay, which is now doing business as Payza.

5. It is only an estimate because the vendor is refusing to communicate with Oron, but Oron estimates that there is somewhere between $0 and $50,000 frozen in its account with CCBill.

6. The above referenced funds are the only funds that Oron has access to (subject to the Court's preliminary injunction) – Oron has no other funds.

7. If the above referenced funds are not unfrozen by the Court, Oron will not have any funds with which to pay its legal expenses.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of January, 2013, in Chisinau, Moldova.

_____
Davidoglov Stanislav