**KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN F. ROMAN** (87652) sroman@kksrr.com
**MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:    (415) 249-8330
Fax:    (415) 249-8333


**EVAN FRAY-WITZER** evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:    (617) 426-0000
Fax:    (617) 507-8043
*Admitted Pro Hac Vice*


**VALENTIN GURVITS** vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:    (617) 928-1804
Fax:    (617) 928-1802
*Admitted Pro Hac Vice*

Attorneys for Defendant FF MAGNAT LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**DECLARATION OF VALENTIN GURVITS RE LEGAL FEES AND EXPENSES IN SUPPORT OF DEFENDANT FF MAGNAT LIMITED'S MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION** |

I, Valentin Gurvits, declare and state as follows:

1.      I am a member in good standing of the Bar of the Commonwealth of Massachusetts and counsel to Defendant FF Magnat Limited ("Oron").  I make this declaration in support of FF Magnat Limited's Motion For Relief From Preliminary Injunction.

2.      Boston Law Group started to work on the present action on August 28, 2012.

3.      By the time we began our representation, Oron had already incurred $85,545.59 in legal fees for predecessor and local counsel.  I attach partially redacted copies of the predecessor and local counsel invoices hereto as Exhibit A.

4.      On September 14, 2012, Boston Law Group received from Oron's predecessor counsel $39,454.41, which was the remainder of the $125,000 released by the Court (Doc 23) to be used for legal fees in the present action.  The sum of $85,545.59 was used by Oron's predecessor counsel to pay for its legal fees and the legal fees of Oron's local counsel.

5.      My regular billable rate is $400.00 an hour.  The regular billable rate of Of Counsel to the firm is $400.00 an hour.  The regular billable rate for associates of the firm is $210.00 an hour.  The rates we charged Oron in connection with this action are the usual and customary rates we charge for similar matters, and I understand that they are well within the range of rates charged by other firms doing similar work.

6.      My firm tracks its billable hours and bills clients using Amicus Attorney software.  When attorneys working for Boston Law Group, PC begin a task, we note the starting time and when we complete the task, we enter the length of time we worked on the task and enter a description of the work completed into Amicus Attorney.  When we are away from our computers when we perform a task, we note the time spent and record it at a later time.

DECLARATION OF VALENTIN GURVITS RE LEGAL FEES AND EXPENSES IN SUPPORT OF
DEFENDANT'S MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION
CASE NO. C-12-4500 CRB

7.      Using this method, I have accounted the time spent by Boston Law Group, PC for legal services rendered to Oron in connection to the above referenced action and its appeal to the Ninth Circuit.

8.      The total outstanding billable amount due from Oron for these legal services from the date of our first representation of Oron (August 28, 2012) through January 9, 2013 is $85,564.51.  I have attached hereto a partially redacted invoice for these services as Exhibit B.

9.      I have received an invoice from our local counsel in this matter, Krieg, Keller, Sloan, Roman & Holland LLP, for the legal services they have provided to Oron in connection with this action and have attached a partially redacted copy of it hereto at Exhibit C.  The total outstanding billable amount due from Oron for the local counsel's legal services through January 3, 2013 is $10,110.72.

10.      In my professional opinion, I estimate that Boston Law Group, PC and its local counsel will expend approximately $105,000 in the near future in connection with the jurisdiction discovery ordered by this Court (which will be extensive and expensive because every deponent is located on another continent) and Oron's appeal (including preparation for arguing, traveling to San Francisco for the hearing and arguing before the Ninth Circuit).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of January, 2013, in Newton Centre, MA.


     /s/ Valentin Gurvits
Valentin Gurvits

DECLARATION OF VALENTIN GURVITS RE LEGAL FEES AND EXPENSES IN SUPPORT OF
DEFENDANT'S MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION
CASE NO. C-12-4500 CRB

# EXHIBIT A

## KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: 415-249-8330
Facsimile: 415-249-8333
IRS No. 94-3309013

September 13, 2012

Invoice #   8012075
Client #    20146-002

FF Magnat Limited dba Oron.com
c/o Stevan Lieberman
Lieberman & Greenberg
2141 Wisconsin Avenue, NW; Suite C-2
Washington DC 20007

In Reference To: Datatech Enterprises v. F F Magnat Ltd.

Professional Services

|  |  | Hours |
|---|---|---|
| 8/28/2012 MDL | Review correspondence from opposing counsel regarding new action; correspondence with KEK and SGR regarding same; review temporary restraining order and related filings. | 1.10 |
| 8/29/2012 SGR | Work on motion in new case for release of funds, opposition to motion for preliminary injunction in new case.  Correspondence with plaintiff's counsel and co-counsel regarding service and related issues in new action. | 6.50 |
| MDL | Meeting with SGR, TMC and AEK regarding newly filed lawsuit and possible response to same; review pleadings regarding same; meeting with TMC regarding preparation of response to motion for preliminary injunction and preparation of motion for release of funds; prepare opposition to motion for preliminary injunction. | 1.60 |
| TMC | Review memorandum and exhibits in support of motion for temporary restraining order.  Meeting with Mr. Roman, Mr. Lisi and Ms. Kearns regarding opposition to motion for preliminary injunction.  Draft motion to modify TRO. | 6.70 |
| 8/30/2012 SGR | Work on motion seeking release of funds. | 1.80 |
| MDL | Meeting with KEK regarding motion to disburse funds and opposition to motion for preliminary injunction; meeting with TMC regarding same; prepare opposition to motion for preliminary | 3.30 |

Datatech Enterprises v. F F Magnat Ltd.                                    Page # 2

injunction.

| | | | Hours |
|---|---|---|---|
| 8/30/2012 | TMC | Further draft of motion to modify TRO.  Draft declaration in support thereof.  Draft administrative motion for order shortening time.  Draft declaration in support of administrative motion.  Draft proposed orders in support of both motions.  Conferences with Mr. Roman and Mr. Lieberman regarding the same.  Attention to filing and service. | 6.50 |
| 8/31/2012 | MDL | Prepare opposition to motion for preliminary injunction; meeting with KEK regarding plaintiff's request for order shortening time on motion for expedited discovery; correspondence with S. Lieberman and SGR regarding same; correspondence with SGR and KEK regarding ▄▄▄▄▄▄▄▄▄▄▄▄▄▄ telephone conference with TMC and SGR regarding same; meeting with AEK and TMC regarding preparation of declarations in opposition to motion for preliminary injunction; correspondence with TMC regarding opposition to motion for preliminary injunction. | 8.60 |
| | TMC | Conferences with Mr. Lisi and Mr. Roman regarding opposition to motion for preliminary injunction.  Meeting with Ms. Kearns and Mr. Lisi regarding revisions to opposition brief and declaration in support thereof.  Review and revise opposition brief.  Coordinate tasks to be completed in connection with preliminary injunction opposition and opposition to additional motions to be filed by plaintiff's counsel. | 7.20 |
| | AEK | Draft Stanislav declaration in support of opposition and forward to Stevan Lieberman. | 3.40 |
| 9/1/2012 | KEK | Review e-mails, conferences with MDL and TMC regarding opposition to TRO; telephone conference with Stephen, work on opposition | 2.00 |
| | MDL | Meeting with KEK regarding opposition to motion for preliminary injunction; telephone conference with KEK and S. Lieberman regarding same; prepare opposition to motion for preliminary injunction; correspondence with TMC regarding same; meeting with KEK regarding same; correspondence with AEK regarding revisions to draft declaration and further revisions to opposition. | 6.80 |
| 9/2/2012 | AEK | Revise opposition to preliminary injunction and Stanislav declaration; telephone conference with Stevan Lieberman regarding same. | 6.80 |
| 9/3/2012 | SGR | Substantially revise opposition to motion for preliminary injunction.  Review related materials and supporting documents. | 3.00 |

Datatech Enterprises v. F F Magnat Ltd.                                    Page # 3

|  |  |  | Hours |
|---|---|---|---|
| 9/3/2012 | TMC | Review recent correspondence and motions filed by plaintiff. Correspond with Mr. Keller and Mr. Lisi regarding opposition to motion for preliminary injunction. | 0.50 |
|  | AEK | Revise opposition to preliminary injunction and Stanislav declaration; revise per Stan Roman's edits; telephone conference with Stevan Lieberman regarding same; circulate to group. | 7.50 |
| 9/4/2012 | SGR | Final work on opposition to preliminary injunction motion. Review plaintiff's new emergency motions and develop positions regarding same. Review court's orders on pending matters. Coordinate further handling. | 3.00 |
|  | MDL | Correspondence with TMC and AEK regarding preparation of oppositions to motions for alternative service and early discovery; review same; review court orders regarding briefing schedule for same and regarding partial release of funds. | 2.20 |
|  | TMC | Final revisions to opposition to motion for preliminary injunction with special attention to jurisdictional arguments. Revise request for judicial notice. Attention to filing and service issues. | 4.50 |
|  | AEK | Revise opposition to preliminary injunction and Stanislav declaration per Stevan Lieberman's edits; draft request for judicial notice and proposed order; finalize brief and exhibits for filing; review court's orders regarding disbursing funds and shortening time for discovery motion. | 4.30 |
| 9/5/2012 | KEK | Exchange e-mails regarding oppositions to motions and strategy. | 0.80 |
|  | TMC | Conferences with Mr. Lisi and Ms. Kearns regarding opposition to motion to conduct expedited discovery and for alternative form of service. Review motions and declarations in support thereof. | 0.90 |
|  | AEK | Telephone conferences with Stevan Lieberman regarding motion for expedited discovery. | 0.50 |
| 9/6/2012 | KEK | Work on opposition to motion for preliminary injunction; work on oppositions to motions for alternative service and early discovery; begin preparation for hearing on motion for preliminary injunction; exchange e-mails with Stevan; telephone conference with Stevan. | 5.00 |
|  | MDL | Research and prepare opposition to motion for alternative service; correspondence and telephone conference with TMC regarding same; research and prepare opposition to motion for early discovery regarding Doe defendant; correspondence with TMC and KEK regarding same. | 9.60 |

Datatech Enterprises v. F F Magnat Ltd.                                    Page # 4

<u>Hours</u>

| | | | |
|---|---|---|---|
| 9/6/2012 | TMC | Telephone conference with Mr. Keller and Mr. Lieberman to discuss oppositions to various motions, hearing on motion for preliminary injunction, new Marvera injunction, and related matters. Conference with Mr. Lisi regarding arguments to be made in opposition briefs. Review draft oppositions. | 1.30 |
| 9/7/2012 | KEK | Review and finalize oppositions to motions for alternative service and discovery; conferences with TMC regarding opposition; begin preparation for hearing on motion for preliminary injunction. | 3.00 |
| | TMC | Revise oppositions to motion for expedited discovery and for alternate service of process. Draft proposed orders denying motions. Attention to filing and service. | 3.00 |
| 9/8/2012 | KEK | Prepare for  hearing on motion for preliminary injunction. | 4.00 |
| 9/9/2012 | KEK | Further preparation for hearings on motions for preliminary injunction and for service and early discovery. | 5.50 |
| 9/10/2012 | KEK | Prepare for hearing on motion for preliminary injunction; review reply briefs regarding motions; conferences with MDL regarding preparation for hearing. | 4.80 |
| | MDL | Research for KEK regarding preparation for oral argument on motion for preliminary injunction, including research regarding ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ meeting with KEK regarding preparation for oral argument on preliminary injunction motion and motions or alternative service and expedited discovery; correspondence with opposing counsel regarding reply on motion for preliminary injunction; review plaintiff's reply briefs and prepare for oral argument on motion for early discovery and motion for alternative service. | 4.20 |
| 9/11/2012 | KEK | Telephone conference with Stevan; prepare for hearing on motion for preliminary injunction; meet with Val to prepare for hearing; attend hearing on motion for preliminary injunction,, conferences regarding strategy for future handling. | 9.20 |
| | MDL | Meetings with KEK and preparation for oral argument on motion for preliminary injunction, motion for alternative service, and motion for early discovery; attend oral argument regarding same; telephonic meeting with KEK, V. Gurvits and S. Lieberman regarding same. | 7.20 |
| | AEK | Review memorandum regarding direct copyright liability; forward to Ken Keller; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 2.20 |

Datatech Enterprises v. F F Magnat Ltd.                                   Page # 5

|  |  |  | Hours |
|---|---|---|---|
| 9/12/2012 | KEK | Conferences regarding results of hearing on motions; conferences regarding strategy for motion for further release of funds and appeal; prepare e-mails and further review of evidence regarding Romanov; telephone conference with Stevan regarding future handling. | 2.40 |
|  | MDL | Meeting with KEK regarding possible motion to request additional funds for fees and costs; review declaration of Oron affiliate from plaintiff's reply in support of motion for preliminary injunction; review assignment and license agreements regarding allegedly infringed copyrights; research regarding internal Oron e-mails submitted by plaintiff and origin of same. | 1.20 |

|  | Amount |
|---|---|
| For professional services rendered | $74,220.00 |

Additional charges:

|  |  | Price |
|---|---|---|
| 9/1/2012 | Services provided by Nationwide Legal Express, 8/31/12 | 13.25 |
| 9/12/2012 | Parking, 9/8/12 | 30.00 |
| 9/13/2012 | Long distance telephone | 0.09 |
|  | Photocopies | 335.25 |

| Total costs | $378.59 |
|---|---|
| Total amount of this bill | $74,598.59 |
| Balance due | $74,598.59 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stan G. Roman | 14.30 | 550.00 | $7,865.00 |
| Kenneth E. Keller | 36.70 | 550.00 | $20,185.00 |
| Michael D. Lisi | 45.80 | 475.00 | $21,755.00 |
| Tracy M. Clements | 30.60 | 475.00 | $14,535.00 |
| Anne E. Kearns | 24.70 | 400.00 | $9,880.00 |

Invoices are due when rendered and are past due 30 days after the date of the invoice. A late fee of 10.00% per annum may be assessed on any past due invoices. Please contact the attorney you are working with or accounting should you have questions regarding your billings. This invoice should be returned with any correspondence.

# Client-Matter Accounts Receivable Ledger

☐ **Include Invoice Detail**

☐ **Show Voided Invoices**

**Transactions Dated:** 01/01/2000 - 01/31/2013

☐ **Include Reversed Transactions**

| Date | Code | Description | Amount |
|------|------|-------------|--------|

**REDACTED**

| 005001 | FF Magnat Limited | 000004 | Lit - Datatech | |
|--------|-------------------|--------|----------------|---|
| 09/18/2012 | INV | Invoice #16221 | | $1,134.00 |
| 09/26/2012 | INV | Invoice #16224 | | $9,810.00 |
| 09/26/2012 | TAP | Trust Applied as Payment [CK# transfer] [Received From: escrow to operating] | | ($1,134.00) |
| 09/26/2012 | TAP | Trust Applied as Payment [CK# transfer] [Received From: escrow to operating] | | ($9,810.00) |
| 11/14/2012 | INV | Invoice #16311 | | $48.75 |
| 12/19/2012 | TAP | Trust Applied as Payment [CK# transfer] [Received From: escrow to operating] | | ($3.00) |
| | | | **Report Total** | **$45.75** |

**REDACTED**

# GREENBERG & LIEBERMAN LLC
*Patents · Trademarks · Copyrights · Domain Names*
*Prosecution · Litigation · Arbitration · Licensing*

Stevan H. Lieberman - MD, DC
Michael L. Greenberg - MD
Debora J. McCormick - DC

Of Counsel:
Honorable John Anderson

2141 Wisconsin Avenue, N.W., Suite C-2
Washington, D.C. 20007
Toll-Free: (888) 275-2757

Phone: 202-625-7000
Fax: 202-625-7001
www.APLegal.com · info@APLegal.com

FF Magnat Limited
Flat/RM 1502 15/F
Jubilee Centre
46 Gloucester Rd
Chai Wan,

| | |
|---|---|
| September 18, 2012 | |
| Client: | 005001 |
| Matter: | 000004 |
| Invoice #: | 16221 |
| Resp. Atty: | SL |
| Page: | 1 |

RE:  Lit - Datatech

For Professional Services Rendered Through August 31, 2012

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/29/2012 | SL | Communications with client. | 1.20 | $450.00 | $540.00 |
| 8/30/2012 | SL | Communications with client. | 0.40 | $450.00 | $180.00 |
| 8/31/2012 | SL | Communications with client. | 0.60 | $450.00 | $270.00 |
| 8/31/2012 | SKG | Downloading and saving links to court case. | 0.40 | $180.00 | $72.00 |
| 8/31/2012 | SKG | Downloading and saving links to court case. | 0.40 | $180.00 | $72.00 |
| | | Total Professional Services | 3.00 | | $1,134.00 |

## PERSON RECAP

| Person | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| SL | Stevan H. Lieberman | MEMBER | 2.20 | $450.00 | $990.00 |
| SKG | Shannon K. Gregory | PARALEGAL | 0.80 | $180.00 | $144.00 |

| | | |
|---|---|---|
| Total Services | $1,134.00 | |
| Total Current Charges | | $1,134.00 |
| **PAY THIS AMOUNT** | | **$1,134.00** |

*Due Upon Receipt.  Please include Invoice No. on Remittance.  Credit Card payments can be faxed to 202-625-7001*

# GREENBERG & LIEBERMAN LLC
**Patents · Trademarks · Copyrights · Domain Names**
Prosecution · Litigation · Arbitration · Licensing

Stevan H. Lieberman - MD, DC
Michael L. Greenberg - MD
Debora J. McCormick - DC

Of Counsel:
Honorable John Anderson

2141 Wisconsin Avenue, N.W., Suite C-2
Washington, D.C. 20007
Toll-Free: (888) 275-2757

Phone: 202-625-7000
Fax: 202-625-7001
www.APLegal.com · info@APLegal.com

FF Magnat Limited
Flat/RM 1502 15/F
Jubilee Centre
46 Gloucester Rd
Chai Wan,

September 26, 2012
Client:            005001
Matter:            000004
Invoice #:          16224
Resp. Atty:            SL
Page:                  1

RE: Lit - Datatech

For Professional Services Rendered Through September 26, 2012

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| 9/1/2012 | SL | Communications with client. | 0.40 | $450.00 | $180.00 |
| 9/3/2012 | SL | Communications with client. | 0.30 | $450.00 | $135.00 |
| 9/4/2012 | SL | Communications with client, working on facts, assisting counsel with facts. | 1.90 | $450.00 | $855.00 |
| 9/6/2012 | SL | Talking to other attorneys about signing affidavits, review of Opposing sides docs. | 4.20 | $450.00 | $1,890.00 |
| 9/6/2012 | SL | Review of latest i filing and forwarding same to client. | 0.30 | $450.00 | $135.00 |
| 9/7/2012 | SL | Communications with client, review of documentation and gathering facts for filing. | 2.70 | $450.00 | $1,215.00 |
| 9/7/2012 | SL | Planning ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 6.70 | $450.00 | $3,015.00 |
| 9/9/2012 | SL | Review of article sent by client and commenting. | 0.20 | $450.00 | $90.00 |
| 9/10/2012 | SL | Discussions with client, sending ▓▓▓▓▓▓▓▓ | 5.10 | $450.00 | $2,295.00 |
| | | **Total Professional Services** | 21.80 | | $9,810.00 |

## PERSON RECAP

| Person | | Level | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| SL | Stevan H. Lieberman | MEMBER | 21.80 | $450.00 | $9,810.00 |

September 26, 2012
Client:          005001
Matter:          000004
Invoice #:        16224
Resp. Atty:          SL
Page:                  2

| | |
|---|---:|
| Total Services | $9,810.00 |
| Total Current Charges | $9,810.00 |
| Previous Balance | $1,134.00 |
| *Less Trust Applied* | *('$10,944.00)* |
| **PAY THIS AMOUNT** | **$0.00** |
| **Trust Balance** | **$3.00** |

*Due Upon Receipt.  Please include Invoice No. on Remittance.  Credit Card payments can be faxed to 202-625-7001*

# GREENBERG & LIEBERMAN LLC
**Patents · Trademarks · Copyrights · Domain Names**
*Prosecution · Litigation · Arbitration · Licensing*

Stevan H. Lieberman - MD, DC
Michael L. Greenberg - MD
Debora J. McCormick - DC

Of Counsel:
Honorable John Anderson

2141 Wisconsin Avenue, N.W., Suite C-2
Washington, D.C. 20007
Toll-Free: (888) 275-2757

Phone: 202-625-7000
Fax: 202-625-7001
www.APLegal.com · info@APLegal.com

FF Magnat Limited
Flat/RM 1502 15/F
Jubilee Centre
46 Gloucester Rd
Chai Wan,

November 14, 2012
Client:           005001
Matter:           000004
Invoice #:         16311
Resp. Atty:          SL
Page:                 1

RE:  Lit - Datatech

For Professional Services Rendered Through October 31, 2012

## DISBURSEMENTS

| Date | Description of Disbursements | | Amount |
|------|------------------------------|---|--------|
| 10/17/2012 | American Express- Miscellaneous Cost Advance- Fastcase.com | | $48.75 |
| | Total Disbursements | | $48.75 |
| | Total Disbursements | $48.75 | |
| | Total Current Charges | | $48.75 |
| | **PAY THIS AMOUNT** | | **$48.75** |
| | **Trust Balance** | | **$3.00** |

*Due Upon Receipt.  Please include Invoice No. on Remittance.  Credit Card payments can be faxed to 202-625-7001*

# EXHIBIT B

# Boston Law Group, PC

825 Beacon Street
Suite 20
Newton Centre, MA
02459

---

**FF Magnat Limited ("Oron")**

**Re:** Datatech v. FF Magnat Limited

**Date:** 1/9/2013
**File Number:** 2173/001

---

| Date | Initials | Description of Service | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 08/28/2012 | MS | Contacting PayPal re Order to Release Funds | 1.50 | 5,225.00 |
| 09/03/2012 | EFW | Reviewing California case filings | 1.00 | 400.00 |
| 09/06/2012 | VG | Skype Conf. w/client. | 0.50 | 200.00 |
| 09/10/2012 | MS | Review of California Docket | 0.50 | 75.00 |
| 09/10/2012 | VG | Travel to San Francisco for hearing. | 8.00 | 3,200.00 |
| 09/11/2012 | VG | In San Francisco; meeting with local counsel; attend hearing. | 8.00 | 3,200.00 |
| 09/12/2012 | EFW | Legal research concerning extraterritorial attachments; review current docket. | 5.75 | 2,300.00 |
| 09/12/2012 | VG | Tel. Conf. w/client. | 1.00 | 400.00 |
| 09/12/2012 | VG | Travel from San Francisco. | 8.00 | 3,200.00 |
| 09/13/2012 | VG | Tel conf w/client; tel conf w/Steve; attention to court documents. | 3.50 | 1,400.00 |
| 09/14/2012 | VG | Attention to PHV application. | 0.25 | 100.00 |
| 09/14/2012 | MS | Drafting ███████████████ | 1.00 | 210.00 |
| 09/14/2012 | EFW | Drafting pro hac vice papers. | 0.50 | 200.00 |
| 09/17/2012 | VG | Review and revise ████████████████ Tel. Conf. w/client. | 1.25 | 500.00 |
| 09/19/2012 | EFW | Reviewing ████████████████ Emails to and from Val. | 0.50 | 200.00 |
| 09/19/2012 | VG | Tel. Conf. W/client; tel. Conf. W/Steve; attention to ████████ ███████ | 1.50 | 600.00 |
| 09/23/2012 | VG | Attention to Motion for Reconsideration | 3.75 | 1,500.00 |
| 09/23/2012 | EFW | Reviewing preliminary injunction papers including motion, opposition, supporting documents, and judge's order; preliminary legal research; Continued legal research for motion for reconsideration; calls and emails to and from local counsel; preliminary drafting | 12.00 | 4,800.00 |
| 09/23/2012 | EFW | Email to local counsel re: motion to reconsider; reviewing local rules | 0.50 | 200.00 |
| 09/24/2012 | EFW | Drafting motion to reconsider and research for same; drafting supplemental declaration; emails to and from Val; emails to and from client; emails to and from local counsel; completion of drafting and filing | 15.00 | 6,000.00 |
| 09/24/2012 | VG | Attention to Motion for Reconsideration. | 2.25 | 900.00 |

1

| | | | | |
|---|---|---|---|---|
| 09/24/2012 | MS | Researching notices of appeals; Researching use of illegally obtained evidence | 3.50 | 735.00 |
| 09/27/2012 | MS | ███████████████████████████ | 1.75 | 367.50 |
| 09/28/2012 | MS | Attention to translation ████████████ | 0.75 | 157.50 |
| 09/28/2012 | VG | Tel conf w client: ██████████████████ | 1.25 | 500.00 |
| 10/03/2012 | MS | Attention to California early discovery scope; Attention to ████████████ | 0.75 | 157.50 |
| 10/03/2012 | VG | Skype conf w client. | 0.25 | 100.00 |
| 10/04/2012 | MS | Attention to client email re discovery | 0.25 | 52.50 |
| 10/04/2012 | VG | Attention to issue of quashing the ████████████ | 0.50 | 200.00 |
| 10/04/2012 | EFW | Reviewing subpoenas; emails to/from Val | 0.50 | 200.00 |
| 10/15/2012 | EFW | Drafting Notice of Appeal; drafting representation statement; filing documents | 1.00 | 400.00 |
| 10/16/2012 | MS | Attn to motion to unfreeze funds | 4.00 | 840.00 |
| 10/17/2012 | MS | Attention to Motion for Relief | 0.50 | 105.00 |
| 10/17/2012 | VG | Attention to motion to release funds for litigation; tel. Conf. w/client. | 2.50 | 1,000.00 |
| 10/18/2012 | MS | Attn to motion to unfreeze funds | 1.00 | 210.00 |
| 10/18/2012 | EFW | Drafting transcript designation documents; email to opposing counsel; editing motion for relief from preliminary injunction | 2.25 | 900.00 |
| 10/22/2012 | EFW | Completing paperwork for 9th Circuit admission | 0.50 | 200.00 |
| 10/31/2012 | VG | Telephone conference with client | 0.50 | 200.00 |
| 11/01/2012 | MS | Attn to motion to unfreeze funds | 0.25 | 52.50 |
| 11/05/2012 | MS | Compiling record appendix for appeal | 0.75 | 157.50 |
| 11/05/2012 | EFW | Editing motions to release funds and accompanying papers; filing same; new legal research for ninth circuit appeal of PI; reviewing rules for Ninth Circuit briefs and record appendix; email to opposing counsel designating portions of record appendix; call with Val; reviewing record to determine items for designation; reviewing plaintiff's motion for sanctions | 6.00 | 2,400.00 |
| 11/06/2012 | VG | Attention to Plaintiff's Motion for Sanctions; attention to tel. Conf w/client. | 1.50 | 600.00 |
| 11/08/2012 | EFW | Legal research for interlocutory appeal; edits to designation of record for appeal; email to and from opposing counsel | 7.00 | 2,800.00 |
| 11/09/2012 | EFW | Continued legal research concerning propriety of injunctive relief in cases involving legal vs equitable remedies; research concerning dissipation cases | 6.25 | 2,500.00 |
| 11/11/2012 | EFW | Drafting interlocutory appeal and continued legal research for same | 10.00 | 4,000.00 |
| 11/12/2012 | VG | Attention to interlocutory appeal | 4.25 | 1,700.00 |
| 11/12/2012 | MS | Attention to record for appeal; Drafting statement of case; Drafting statement of facts | 5.25 | 1,102.50 |
| 11/12/2012 | EFW | Continued drafting of interlocutory appeal; continued research for brief sections | 15.00 | 6,000.00 |
| 11/13/2012 | VG | Attention to appeal. | 4.50 | 1,800.00 |
| 11/13/2012 | MS | Attn to appellate brief | 6.00 | 1,260.00 |
| 11/13/2012 | TC | Drafting sections of facts and summary of case; reviewing other portions of brief. | 8.75 | 3,440.00 |
| 11/13/2012 | EFW | Final drafting of interlocutory appeal and continued legal research for appellate brief; calls and emails with client; emails | 18.00 | 7,200.00 |

2

| | | and calls with Val; emails and calls with local counsel | | |
|---|---|---|---|---|
| 11/19/2012 | MS | Attn to Hong Kong Order | 0.25 | 52.50 |
| 11/19/2012 | EFW | Creating revised volumes of Excerpts of record; call with Ninth Circuit clerk | 1.00 | 400.00 |
| 11/20/2012 | VG | Attention to various court orders; tel. Conf. w.client. | 1.75 | 700.00 |
| 11/20/2012 | EFW | Preparing and creating revised Excerpts of record to comply with court's order; emails to and from opposing counsel; drafting cover letter to court; call with court | 1.00 | 400.00 |
| 11/21/2012 | EFW | Reviewing joint CMC statement and editing same in advance of meet and confer with Gill; emails to predecessor counsel with questions re: same; meet and confer with opposing counsel | 1.50 | 600.00 |
| 11/27/2012 | MS | Attn to service response;  Drafting Motion to Dismiss | 2.75 | 577.50 |
| 11/27/2012 | VG | Tel. conf. w/client.; Attention to Motion to Dismiss for lack of jurisdiction. | 1.00 | 400.00 |
| 11/28/2012 | MS | Drafting Motion to Dismiss | 3.00 | 630.00 |
| 11/29/2012 | EFW | Reviewing and editing case management memo | 1.00 | 400.00 |
| 11/30/2012 | EFW | Reviewing latest draft of CMC; emails to and from opposing counsel | 1.50 | 520.00 |
| 12/05/2012 | MS | Drafting renewed motion to unlock funds | 2.75 | 577.50 |
| 12/05/2012 | EFW | Reviewing and filing motion to appear telephonically; calls and emails with Val and Matt | 0.75 | 280.00 |
| 12/06/2012 | MS | Drafting Motion to Dismiss | 3.75 | 787.50 |
| 12/07/2012 | VG | Attention to Motion to Dismiss for Lack of Jurisdiction. | 6.25 | 2,500.00 |
| 12/09/2012 | MS | Research and Drafting - Motion for Partial Relief from PI | 6.00 | 1,260.00 |
| 12/11/2012 | MS | Drafting Motion for Relief; Researching Datatech's videos on AEBN | 1.50 | 315.00 |
| 12/12/2012 | VG | Attention to Motion for Partial Relief; research for same. | 3.50 | 1,400.00 |
| 12/13/2012 | MS | Drafting declaration of Shayefar re AEBN.net; Drafting Motion for Relief | 1.00 | 210.00 |
| 12/13/2012 | EFW | Emails to and from opposing counsel; drafting and filing motion for extension | 1.00 | 400.00 |
| 12/14/2012 | MS | Attention to admission to 9th Circuit | 1.25 | 262.50 |
| 12/18/2012 | EFW | Attention to motion to extend jurisdiction | 0.50 | 200.00 |
| 12/26/2012 | EFW | Drafting and filing of motion for extension; call with Court | 0.50 | 200.00 |
| 12/27/2012 | EFW | Research re: 4(k)(2) federal appellate cases nationally and summary of all cases | 10.00 | 4,000.00 |
| 12/28/2012 | EFW | Continued research re: equitable v. legal relief; research re: agents and DMCA agents and personal jurisdiction; drafting sections of reply brief. | 8.50 | 3,360.00 |
| 12/29/2012 | VG | Attention to reply brief. | 3.50 | 1,400.00 |
| 12/29/2012 | MS | Document review for appellate reply brief | 5.00 | 1,050.00 |
| 12/29/2012 | EFW | Drafting reply brief | 10.50 | 4,200.00 |
| 12/30/2012 | EFW | Continued drafting of reply brief; research re: direct and secondary copyright cases and legislative history for same; DMCA research | 12.75 | 5,040.00 |
| 12/31/2012 | VG | Attention to reply brief. | 2.75 | 1,100.00 |
| 12/31/2012 | EFW | Finishing editing and drafting of reply brief; preparing and reviewing documents for filing and | 8.50 | 3,360.00 |

| | | | | |
|---|---|---|---|---|
| | | filing of same | | |
| 12/31/2012 | MS | Preparation and review of Appellate Reply Brief | 1.75 | 367.50 |
| 01/02/2013 | MS | Attention to Appellate Reply Brief; Drafting Motion for Relief; Drafting and filing Opposition to Motion to Extend Order, Declaration of Shayefar, Declaration of Stanislov | 6.25 | 1,312.50 |
| 01/02/2013 | VG | Attention to opposition to Motion to Extend Order. | 2.50 | 1,000.00 |
| 01/03/2013 | VG | Tel. Conf. W/client; review California docket; office conference re strategy. | 1.50 | 600.00 |
| 01/07/2013 | MS | Drafting Motion to Release Funds | 4.0 | 840.00 |
| 01/07/2013 | VG | Tel. Conf. w/client re status and discovery issues | 1.0 | 400.00 |
| 01/08/2013 | VG | Attention to Renewed Motion for Relief from PI; Attention to Declaration of Gurvits; Attention to Declaration of Keller; Office conference re litigation status | 5.00 | 2,000.00 |
| 01/08/2013 | MS | Drafting Motion to Release Fund and its attached declarations and proposed orders; preparing and reviewing invoices | 1.5 | 315.00 |
| 01/09/2013 | MS | Drafting Motion to Release Fund and its attached declarations and proposed orders; preparing and reviewing invoices | 8.25 | 1,732.50 |
| | | **Total Fees** | | **$121,297.50** |

| | | |
|---|---|---|
| | **Expenses** | |
| 09/07/2012 | Translation services for translation of Russian e-mail | 20.00 |
| 09/10/2012 | United Airlines - BOS to SFO to BOS. | 995.60 |
| 09/11/2012 | San Francisco hotel | 514.32 |
| 09/12/2012 | Boston Airport Parking | 70.00 |
| 09/12/2012 | San Francisco car rental. | 68.10 |
| 10/23/2012 | Ninth Circuit Filing Fee | 455.00 |
| 10/23/2012 | Pro hac vice Fees - Val and Evan | 610.00 |
| 11/06/2012 | PACER research fees, 7/1/12-9/30/12 | 49.20 |
| 12/09/2012 | Taxi ride after late night working on Motion for Relief | 16.00 |
| 12/11/2012 | Evan's Ninth Circuit admission fee | 230.00 |
| 12/14/2012 | Fee for Matt's application to 9th Circuit | 230.00 |
| 12/14/2012 | Fee for Val's application to 9th Circuit | 230.00 |
| 01/09/2013 | PACER research fees, 10/01/12-12/31/12 | $233.20 |
| | **Total Expenses** | **$3,721.42** |

| | |
|---|---|
| **Total Charges** | **$125,018.92** |
| Trust Transferred at Billing | ($39,454.41) |
| **NET AMOUNT DUE AND OWING TO DATE:** | **$85,564.51** |

**EXHIBIT C**

### KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: 415-249-8330
Facsimile: 415-249-8333
IRS No. 94-3309013

October 03, 2012

Invoice #   9012010
Client #    20146-002

FF Magnat Limited dba Oron.com
c/o Stevan Lieberman
Lieberman & Greenberg
2141 Wisconsin Avenue, NW; Suite C-2
Washington DC 20007

In Reference To: Datatech Enterprises v. F F Magnat Ltd.

Professional Services

| | | | Hours |
|---|---|---|---|
| 9/14/2012 | MDL | Prepare materials for V. Gurvits regarding pro hac admission in DataTech matter. | 0.70 |
| 9/24/2012 | MDL | Teleconference and correspondence with E. Fray-Witzer regarding motion for reconsideration and regarding plaintiff's copyright registrations; prepare materials for E. Fray-Witzer regarding same; further correspondence and telephone conference with E. Fray-Witzer regarding motion for reconsideration; assist with preparation of same; review motion for reconsideration and supporting declarations; attend to filing of same. | 4.30 |
| 9/25/2012 | KEK | Conferences with Evan regarding strategy for motion for reconsideration. | 0.40 |
| | MDL | Prepare proposed order on motion for reconsideration; attend to filing of proposed order and service of courtesy copy for Judge Breyer. | 0.90 |

| | Amount |
|---|---|
| For professional services rendered | $3,022.50 |

Datatech Enterprises v. F F Magnat Ltd.                                    Page # 2

Additional charges:

|  |  | Price |
|---|---|---|
| 9/1/2012 | Westlaw, August 2012 | 92.04 |
| 9/13/2012 | Cab fare to/from preliminary injunction hearing, 9/11/12 | 24.00 |
| 9/14/2012 | Federal Express, 8/31/12 (pro rata) | 6.19 |

|  | Amount |
|---|---|
| Total costs | $122.23 |
| Total amount of this bill | $3,144.73 |
| Previous balance | $74,598.59 |
| 9/14/2012  Payment - thank you.  Wire received from Greenberg & Lieberman | ($74,598.59) |
| Total payments and adjustments | ($74,598.59) |
| Balance due | $3,144.73 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kenneth E. Keller | 0.40 | 550.00 | $220.00 |
| Michael D. Lisi | 5.90 | 475.00 | $2,802.50 |

Invoices are due when rendered and are past due 30 days after the date of the invoice.  A late fee of 10.00% per annum may be assessed on any past due invoices.  Please contact the attorney you are working with or accounting should you have questions regarding your billings. This invoice should be returned with any correspondence.

**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**

555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  415-249-8330
Facsimile:  415-249-8333
IRS No. 94-3309013

November 02, 2012

Invoice #   10012015
Client #    20146-002

FF Magnat Limited dba Oron.com
c/o Stevan Lieberman
Lieberman & Greenberg
2141 Wisconsin Avenue, NW; Suite C-2
Washington DC 20007

In Reference To: Datatech Enterprises v. F F Magnat Ltd.

Professional Services

| | | | Hours |
|---|---|---|---|
| 10/1/2012 | MDL | Review local rule regarding motions for reconsideration and plaintiff's response to same; correspondence with E. Fray-Witzer regarding possible reply to same; meeting with KEK regarding same. | 0.70 |
| 10/9/2012 | TMC | Research issues regarding ▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Respond to inquiries from Mr. Keller regarding time. | 1.60 |
| 10/10/2012 | KEK | Exchange e-mails regarding appeal of injunction. | 0.30 |
| 10/15/2012 | TMC | Review and revise notice of appeal.  Correspond with Mr. Fray-Witzer regarding notice of appeal and representation statement.  Review local rules regarding injunction appeals.  Revise transcript ordering form.  Draft message to Mr. Fray-Witzer regarding the same. | 1.40 |
| 10/23/2012 | KEK | Review motion for partial relief from preliminary injunction; prepare e-mail to Val. | 0.30 |
| 10/24/2012 | MDL | Correspondence with KEK regarding motion to modify injunction; correspondence with E. Fray-Witzer regarding local rules regarding hearing on same; correspondence with V. Gurvits regarding possible motion to shorten time for same. | 0.50 |

Datatech Enterprises v. F F Magnat Ltd.                              Page # 2

                                                                    Hours

10/25/2012 MDL   Correspondence with V. Gurvits regarding motion for order          0.30
                 shortening time.


                                                                    Amount

          For professional services rendered                       $2,467.50

          Additional charges:


                                                                    Price

10/1/2012 Westlaw, September 2012                                   1,666.25
          Services provided by Nationwide Legal Express, 9/27/12      19.50
          Services provided by DSU Discovery - litigation copying, 8/31/12   777.62
10/5/2012 Pacer-Net transactions: 7/1/12 - 9/30/12                   49.30
10/23/2012 Weekend parking during work on response to TRO, 9/1/12    18.00

          Total costs                                              $2,530.67

          Total amount of this bill                                $4,998.17

          Previous balance                                         $3,144.73

          Balance due                                              $8,142.90


## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kenneth E. Keller | 0.60 | 550.00 | $330.00 |
| Michael D. Lisi | 1.50 | 475.00 | $712.50 |
| Tracy M. Clements | 3.00 | 475.00 | $1,425.00 |


Invoices are due when rendered and are past due 30 days after the date of the invoice. A late fee of 10.00% per annum may be assessed on any past due invoices. Please contact the attorney you are working with or accounting should you have questions regarding your billings. This invoice should be returned with any correspondence.

## KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP

555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: 415-249-8330
Facsimile: 415-249-8333
IRS No. 94-3309013

December 05, 2012

Invoice #   1112017
Client #    20146-002

FF Magnat Limited dba Oron.com
c/o Stevan Lieberman
Lieberman & Greenberg
2141 Wisconsin Avenue, NW; Suite C-2
Washington DC 20007

In Reference To: Datatech Enterprises v. F F Magnat Ltd.

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 11/1/2012 | KEK | Exchange e-mails regarding procedure for administrative motion to shorten time; conference with MDL regarding administrative motion. | 0.20 |
|  | MDL | Meeting with KEK regarding procedural rules for requesting order shortening time; correspondence with V. Gurvits regarding same. | 0.30 |
| 11/7/2012 | KEK | Review e-mails from Val; review motion for Sanctions; telephone conference with Val; prepare e-mail to Val. | 0.50 |
|  | MDL | Review Rule 11 issues ▬▬▬▬▬▬▬▬▬▬ correspondence with V. Gurvits regarding same. | 0.90 |
| 11/14/2012 | KEK | Exchange e-mails regarding initial disclosures. | 0.20 |
| 11/19/2012 | KEK | Review court orders regarding motion to modify preliminary injunction and motion for sanctions. | 0.20 |

|  | Amount |
|---|---|
| For professional services rendered | $1,175.00 |

Datatech Enterprises v. F F Magnat Ltd.                                    Page # 2

Additional charges:

|  |  | Price |
|---|---|---|
| 11/1/2012 | Westlaw, October 2012 | 52.82 |

|  | Amount |
|---|---|
| Total costs | $52.82 |
| Total amount of this bill | $1,227.82 |
| Previous balance | $8,142.90 |
| Balance due | $9,370.72 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kenneth E. Keller | 1.10 | 550.00 | $605.00 |
| Michael D. Lisi | 1.20 | 475.00 | $570.00 |

Invoices are due when rendered and are past due 30 days after the date of the invoice.  A late fee of 10.00% per annum may be assessed on any past due invoices.  Please contact the attorney you are working with or accounting should you have questions regarding your billings. This invoice should be returned with any correspondence.

**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**

555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Telephone:  415-249-8330
Facsimile:  415-249-8333
IRS No. 94-3309013

January 03, 2013

Invoice #   1212010

Client #    20146-002

FF Magnat Limited dba Oron.com
c/o Stevan Lieberman
Lieberman & Greenberg
2141 Wisconsin Avenue, NW; Suite C-2
Washington DC 20007

In Reference To: Datatech Enterprises v. F F Magnat Ltd.

Professional Services

| | | | Hours |
|---|---|---|---|
| 12/5/2012 | KEK | Exchange e-mails regarding Case Management Conference. | 0.30 |
| | TMC | Review local rules and case management order.  Conference with Mr. Keller regarding initial case management conference. | 0.40 |
| 12/6/2012 | KEK | Conferences with Val and SGR regarding Case Management Conference; exchange e-mails with Val regarding Case Management Conference. | 0.40 |
| 12/18/2012 | KEK | Exchange e-mails with Val regarding status and strategy. | 0.30 |

| | Amount |
|---|---|
| For professional services rendered | $740.00 |
| Previous balance | $9,370.72 |
| Balance due | $10,110.72 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kenneth E. Keller | 1.00 | 550.00 | $550.00 |
| Tracy M. Clements | 0.40 | 475.00 | $190.00 |

Invoices are due when rendered and are past due 30 days after the date of the invoice.  A late fee of 10.00% per annum may be assessed on any past due invoices.  Please contact the attorney you are working with or accounting should you have questions regarding your billings. This invoice should be returned with any correspondence.