1  **KENNETH E. KELLER** (71450) kkeller@kksrr.com
   **STAN F. ROMAN** (87652) sroman@kksrr.com
2  **MICHAEL D. LISI** (196974) mlisi@kksrr.com
   **KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
3  555 Montgomery Street, 17ᵗʰ Floor
   San Francisco, CA 94111
4  Tel:    (415) 249-8330
   Fax:    (415) 249-8333
5
   **EVAN FRAY-WITZER** evan@CFWLegal.com
6  **CIAMPA FRAY-WITZER, LLP**
   20 Park Plaza, Suite 505
7  Boston, MA 02116
   Tel:    (617) 426-0000
8  Fax:    (617) 507-8043
   *Admitted Pro Hac Vice*
9
   **VALENTIN GURVITS** vgurvits@bostonlawgroup.com
10 **BOSTON LAW GROUP, PC**
   825 Beacon Street, Suite 20
11 Newton Centre, MA 02459
   Tel:    (617) 928-1804
12 Fax:    (617) 928-1802
   *Admitted Pro Hac Vice*
13
   Attorneys for Defendant FF MAGNAT LIMITED
14
                     **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17 DATATECH ENTERPRISES, LLC, a          Case No. C-12-4500 CRB
   Nevada Limited Liability Company,
                                          **DECLARATION OF KENNETH E.**
18                  Plaintiff             **KELLER IN SUPPORT OF**
                                          **DEFENDANT FF MAGNAT LIMITED'S**
19             vs.                        **MOTION FOR RELIEF FROM**
                                          **PRELIMINARY INJUNCTION**
20 FF MAGNAT LIMITED d/b/a ORON.COM;
   STANISLAV DAVIDOGLOV, and JOHN
21 DOE a/k/a ROMAN ROMANOV (an alias).

22                  Defendants.

23

1    I, Kenneth E. Keller, declare and state as follows:

2    1.    I am a member of the State Bar of the California and I am local counsel for

3    Defendant FF Magnat Limited ("Oron").  I make this declaration in support of FF Magnat

4    Limited's Motion For Relief From Preliminary Injunction.

5    2.    On or about September 11, 2012, Mr. Valentin Gurvits of Boston Law Group, PC,

6    my partner Michael Lisi and I attended the hearing in this matter on Plaintiff's motion for

7    preliminary injunction in this matter.

8    3.    Following that hearing, the attorney for DataTech, Mr. D. Gill Sperlein ("Mr.

9    Sperlein") approached me to speak about a potential settlement of the action.

10   4.    I "referred" Mr. Sperlein to speak with Mr.Valentin Gurvits, the attorney for Oron

11   who was going to assume primary responsibility for this matter and who was also present in the

12   courtroom for the hearing and who was the attorney authorized by Oron to engage in any

13   settlement discussions.

14   5.    I then observed Mr. Sperlein approach Mr. Gurvits and they left the courtroom

15   together and spoke outside of the courtroom in the hallway.

16   6.    Shortly thereafter Mr. Gurvits re-entered the courtroom and relayed to me and to

17   Mr. Lisi what had been discussed with Mr. Sperlein.  Mr. Gurvits told me that Mr. Sperlein had

18   stated that the present action could be settled for "less than the cost of litigation".

19   7.    Mr. Gurvits also told us that he had advised Mr. Sperlein that any settlement of

20   this case would be  out of the question because if Oron settled DataTech's frivolous lawsuit, then

21   a new plaintiff copyright "troll"  would show up with another frivolous lawsuit being filed

22   immediately, and that in the long-term it would be more cost-efficient to simply defend this

23   action on the merits in order to dissuade other trolls from filing similar frivolous actions.  The

2
DECLARATION OF KENNETH E. KELLER IN SUPPORT OF
DEFENDANT'S MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION
CASE NO. C-12-4500 CRB

1   initiation of a new lawsuit by a different troll immediately upon the settlement of an existing case

2   is exactly what had transpired with respect to an action pending against Oron in the District

3   Court in Nevada brought by a company called Liberty Media.  That case was settled and

4   immediately upon the settlement the plaintiff in this case, Data Tech, filed this action and sought

5   to continue to freeze the assets of Oron worldwide.

6          8.      With respect to this case, my firm was retained to represent Oron with respect to

7   the motion for injunctive relief and to continue to freeze its assets.  In connection with that

8   motion, we provided legal services to our client in terms of the analysis of the motion for

9   injunctive relief, preparing the opposition to the motion and arguing it.  This involved extensive

10  factual and legal analysis which resulted in the preparation of a comprehensive opposition to the

11  motion.  We also prepared extensively for the oral argument. We also were involved in the

12  preparation of the motion requesting release of funds from our client's frozen accounts to defend

13  this action.

14         9.      The funds that were released for the initial defense of this action were released to

15  the trust account of Oron's predecessor counsel, Greenberg & Lieberman LLC.  We presented

16  our invoices to the Greenberg law firm for the legal services that we had provided and on

17  September 14, 2012, my firm, Krieg, Keller, Sloan, Roman & Holland LLP received from

18  Greenberg & Lieberman LLC, $74,598.59 for the legal services provided to Oron in connection

19  with the legal action through September 12, 2012.  I have attached hereto a partially redacted

20  invoice for those services and fees as Exhibit A.  That invoices contains descriptions of the legal

21  services provided and the rates that were charged for the attorneys working on this matter.  The

22  rates we charged Oron in connection with this action are the usual and customary rates we charge

23  in this District for similar matters, and I understand that they are well within the range of rates

DECLARATION OF KENNETH E. KELLER IN SUPPORT OF
DEFENDANT'S MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION
CASE NO. C-12-4500 CRB

1    charged by other firms doing similar work.  The sum received was part of the $125,000 released

2    by the Court (Doc. 23) to be used for legal fees in the present action.

3         10.    Since September 12, 2012 my firm has provided local counsel legal services to

4    Oron since Mr. Gurvits has entered the case as the "lead attorney" for Oron.  The total

5    outstanding billable amount due from Oron for legal services since September 12, 2012 through

6    January 3, 2013 is $10,110.72.  I have attached hereto partially redacted invoices for these

7    services as Exhibit B.

8         I hereby declare under penalty of perjury under the laws of the United States of America

9    that the foregoing is true and correct.

10        Executed this 9th day of January, 2013, in San Francisco, CA.

11

12          /s/ Kenneth E. Keller
            Kenneth E. Keller

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF KENNETH E. KELLER IN SUPPORT OF
DEFENDANT'S MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION
CASE NO. C-12-4500 CRB

# EXHIBIT A

## KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP

555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: 415-249-8330
Facsimile: 415-249-8333
IRS No. 94-3309013

September 13, 2012

Invoice #   8012075
Client #    20146-002

FF Magnat Limited dba Oron.com
c/o Stevan Lieberman
Lieberman & Greenberg
2141 Wisconsin Avenue, NW; Suite C-2
Washington DC 20007

---

In Reference To: Datatech Enterprises v. F F Magnat Ltd.

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 8/28/2012 | MDL | Review correspondence from opposing counsel regarding new action; correspondence with KEK and SGR regarding same; review temporary restraining order and related filings. | 1.10 |
| 8/29/2012 | SGR | Work on motion in new case for release of funds, opposition to motion for preliminary injunction in new case. Correspondence with plaintiff's counsel and co-counsel regarding service and related issues in new action. | 6.50 |
|  | MDL | Meeting with SGR, TMC and AEK regarding newly filed lawsuit and possible response to same; review pleadings regarding same; meeting with TMC regarding preparation of response to motion for preliminary injunction and preparation of motion for release of funds; prepare opposition to motion for preliminary injunction. | 1.60 |
|  | TMC | Review memorandum and exhibits in support of motion for temporary restraining order. Meeting with Mr. Roman, Mr. Lisi and Ms. Kearns regarding opposition to motion for preliminary injunction. Draft motion to modify TRO. | 6.70 |
| 8/30/2012 | SGR | Work on motion seeking release of funds. | 1.80 |
|  | MDL | Meeting with KEK regarding motion to disburse funds and opposition to motion for preliminary injunction; meeting with TMC regarding same; prepare opposition to motion for preliminary | 3.30 |

Datatech Enterprises v. F F Magnat Ltd.                                    Page # 2

<u>Hours</u>

|  | injunction. |  |
|---|---|---|
| 8/30/2012 TMC | Further draft of motion to modify TRO.  Draft declaration in support thereof.  Draft administrative motion for order shortening time.  Draft declaration in support of administrative motion.  Draft proposed orders in support of both motions.  Conferences with Mr. Roman and Mr. Lieberman regarding the same.  Attention to filing and service. | 6.50 |
| 8/31/2012 MDL | Prepare opposition to motion for preliminary injunction; meeting with KEK regarding plaintiff's request for order shortening time on motion for expedited discovery; correspondence with S. Lieberman and SGR regarding same; correspondence with SGR and KEK regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference with TMC and SGR regarding same; meeting with AEK and TMC regarding preparation of declarations in opposition to motion for preliminary injunction; correspondence with TMC regarding opposition to motion for preliminary injunction. | 8.60 |
| TMC | Conferences with Mr. Lisi and Mr. Roman regarding opposition to motion for preliminary injunction.  Meeting with Ms. Kearns and Mr. Lisi regarding revisions to opposition brief and declaration in support thereof.  Review and revise opposition brief.  Coordinate tasks to be completed in connection with preliminary injunction opposition and opposition to additional motions to be filed by plaintiff's counsel. | 7.20 |
| AEK | Draft Stanislav declaration in support of opposition and forward to Stevan Lieberman. | 3.40 |
| 9/1/2012 KEK | Review e-mails, conferences with MDL and TMC regarding opposition to TRO; telephone conference with Stephen, work on opposition | 2.00 |
| MDL | Meeting with KEK regarding opposition to motion for preliminary injunction; telephone conference with KEK and S. Lieberman regarding same; prepare opposition to motion for preliminary injunction; correspondence with TMC regarding same; meeting with KEK regarding same; correspondence with AEK regarding revisions to draft declaration and further revisions to opposition. | 6.80 |
| 9/2/2012 AEK | Revise opposition to preliminary injunction and Stanislav declaration; telephone conference with Stevan Lieberman regarding same. | 6.80 |
| 9/3/2012 SGR | Substantially revise opposition to motion for preliminary injunction. Review related materials and supporting documents. | 3.00 |

Datatech Enterprises v. F F Magnat Ltd.                                          Page # 3

                                                                                        <u>Hours</u>

9/3/2012 TMC   Review recent correspondence and motions filed by plaintiff.              0.50
               Correspond with Mr. Keller and Mr. Lisi regarding opposition to
               motion for preliminary injunction.

        AEK    Revise opposition to preliminary injunction and Stanislav                 7.50
               declaration; revise per Stan Roman's edits; telephone conference with
               Stevan Lieberman regarding same; circulate to group.

9/4/2012 SGR   Final work on opposition to preliminary injunction motion.  Review        3.00
               plaintiff's new emergency motions and develop positions regarding
               same.  Review court's orders on pending matters.  Coordinate further
               handling.

        MDL    Correspondence with TMC and AEK regarding preparation of                  2.20
               oppositions to motions for alternative service and early discovery;
               review same; review court orders regarding briefing schedule for
               same and regarding partial release of funds.

        TMC    Final revisions to opposition to motion for preliminary injunction        4.50
               with special attention to jurisdictional arguments.  Revise request for
               judicial notice.  Attention to filing and service issues.

        AEK    Revise opposition to preliminary injunction and Stanislav declaration     4.30
               per Stevan Lieberman's edits; draft request for judicial notice and
               proposed order; finalize brief and exhibits for filing; review court's
               orders regarding disbursing funds and shortening time for discovery
               motion.

9/5/2012 KEK   Exchange e-mails regarding oppositions to motions and strategy.           0.80

        TMC    Conferences with Mr. Lisi and Ms. Kearns regarding opposition to          0.90
               motion to conduct expedited discovery and for alternative form of
               service.  Review motions and declarations in support thereof.

        AEK    Telephone conferences with Stevan Lieberman regarding motion for          0.50
               expedited discovery.

9/6/2012 KEK   Work on opposition to motion for preliminary injunction; work on          5.00
               oppositions to motions for alternative service and early discovery;
               begin preparation for hearing on motion for preliminary injunction;
               exchange e-mails with Stevan; telephone conference with Stevan.

        MDL    Research and prepare opposition to motion for alternative service;        9.60
               correspondence and telephone conference with TMC regarding same;
               research and prepare opposition to motion for early discovery
               regarding Doe defendant; correspondence with TMC and KEK
               regarding same.

Datatech Enterprises v. F F Magnat Ltd.                                      Page #  4

<u>Hours</u>

| | | | |
|---|---|---|---|
| 9/6/2012 | TMC | Telephone conference with Mr. Keller and Mr. Lieberman to discuss oppositions to various motions, hearing on motion for preliminary injunction, new Marvera injunction, and related matters.  Conference with Mr. Lisi regarding arguments to be made in opposition briefs. Review draft oppositions. | 1.30 |
| 9/7/2012 | KEK | Review and finalize oppositions to motions for alternative service and discovery; conferences with TMC regarding opposition; begin preparation for hearing on motion for preliminary injunction. | 3.00 |
| | TMC | Revise oppositions to motion for expedited discovery and for alternate service of process.  Draft proposed orders denying motions. Attention to filing and serviee. | 3.00 |
| 9/8/2012 | KEK | Prepare for  hearing on motion for preliminary injunction. | 4.00 |
| 9/9/2012 | KEK | Further preparation for hearings on motions for preliminary injunction and for service and early discovery. | 5.50 |
| 9/10/2012 | KEK | Prepare for hearing on motion for preliminary injunction; review reply briefs regarding motions; conferences with MDL regarding preparation for hearing. | 4.80 |
| | MDL | Research for KEK regarding preparation for oral argument on motion for preliminary injunction, including research regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ meeting with KEK regarding preparation for oral argument on preliminary injunction motion and motions or alternative service and expedited discovery; correspondence with opposing counsel regarding reply on motion for preliminary injunction; review plaintiff's reply briefs and prepare for oral argument on motion for early discovery and motion for alternative service. | 4.20 |
| 9/11/2012 | KEK | Telephone conference with Stevan; prepare for hearing on motion for preliminary injunction; meet with Val to prepare for hearing; attend hearing on motion for preliminary injunction,, conferences regarding strategy for future handling. | 9.20 |
| | MDL | Meetings with KEK and preparation for oral argument on motion for preliminary injunction, motion for alternative service, and motion for early discovery; attend oral argument regarding same; telephonic meeting with KEK, V. Gurvits and S. Lieberman regarding same. | 7.20 |
| | AEK | Review memorandum regarding direct copyright liability; forward to Ken Keller; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.20 |

Datatech Enterprises v. F F Magnat Ltd.                                    Page # 5

|  |  |  | Hours |
|---|---|---|---|
| 9/12/2012 | KEK | Conferences regarding results of hearing on motions; conferences regarding strategy for motion for further release of funds and appeal; prepare e-mails and further review of evidence regarding Romanov; telephone conference with Stevan regarding future handling. | 2.40 |
|  | MDL | Meeting with KEK regarding possible motion to request additional funds for fees and costs; review declaration of Oron affiliate from plaintiff's reply in support of motion for preliminary injunction; review assignment and license agreements regarding allegedly infringed copyrights; research regarding internal Oron e-mails submitted by plaintiff and origin of same. | 1.20 |

|  | Amount |
|---|---|
| For professional services rendered | $74,220.00 |

Additional charges:

|  |  | Price |
|---|---|---|
| 9/1/2012 | Services provided by Nationwide Legal Express, 8/31/12 | 13.25 |
| 9/12/2012 | Parking, 9/8/12 | 30.00 |
| 9/13/2012 | Long distance telephone | 0.09 |
|  | Photocopies | 335.25 |

| Total costs | $378.59 |
|---|---|
| Total amount of this bill | $74,598.59 |
| Balance due | $74,598.59 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stan G. Roman | 14.30 | 550.00 | $7,865.00 |
| Kenneth E. Keller | 36.70 | 550.00 | $20,185.00 |
| Michael D. Lisi | 45.80 | 475.00 | $21,755.00 |
| Tracy M. Clements | 30.60 | 475.00 | $14,535.00 |
| Anne E. Kearns | 24.70 | 400.00 | $9,880.00 |

Invoices are due when rendered and are past due 30 days after the date of the invoice. A late fee of 10.00% per annum may be assessed on any past due invoices. Please contact the attorney you are working with or accounting should you have questions regarding your billings. This invoice should be returned with any correspondence.

**EXHIBIT B**

## KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP

555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: 415-249-8330
Facsimile: 415-249-8333
IRS No. 94-3309013

October 03, 2012

Invoice #  9012010
Client #    20146-002

FF Magnat Limited dba Oron.com
c/o Stevan Lieberman
Lieberman & Greenberg
2141 Wisconsin Avenue, NW; Suite C-2
Washington DC 20007

In Reference To: Datatech Enterprises v. F F Magnat Ltd.

Professional Services

|  |  | Hours |
|---|---|---|
| 9/14/2012 MDL | Prepare materials for V. Gurvits regarding pro hac admission in DataTech matter. | 0.70 |
| 9/24/2012 MDL | Teleconference and correspondence with E. Fray-Witzer regarding motion for reconsideration and regarding plaintiff's copyright registrations; prepare materials for E. Fray-Witzer regarding same; further correspondence and telephone conference with E. Fray-Witzer regarding motion for reconsideration; assist with preparation of same; review motion for reconsideration and supporting declarations; attend to filing of same. | 4.30 |
| 9/25/2012 KEK | Conferences with Evan regarding strategy for motion for reconsideration. | 0.40 |
| MDL | Prepare proposed order on motion for reconsideration; attend to filing of proposed order and service of courtesy copy for Judge Breyer. | 0.90 |

|  | Amount |
|---|---|
| For professional services rendered | $3,022.50 |

Datatech Enterprises v. F F Magnat Ltd.                                    Page # 2

Additional charges:

|  |  | Price |
|---|---|---|
| 9/1/2012 | Westlaw, August 2012 | 92.04 |
| 9/13/2012 | Cab fare to/from preliminary injunction hearing, 9/11/12 | 24.00 |
| 9/14/2012 | Federal Express, 8/31/12 (pro rata) | 6.19 |

|  | Amount |
|---|---|
| Total costs | $122.23 |
| Total amount of this bill | $3,144.73 |
| Previous balance | $74,598.59 |
| 9/14/2012  Payment - thank you.  Wire received from Greenberg & Lieberman | ($74,598.59) |
| Total payments and adjustments | ($74,598.59) |
| Balance due | $3,144.73 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kenneth E. Keller | 0.40 | 550.00 | $220.00 |
| Michael D. Lisi | 5.90 | 475.00 | $2,802.50 |

Invoices are due when rendered and are past due 30 days after the date of the invoice.  A late fee of 10.00% per annum may be assessed on any past due invoices.  Please contact the attorney you are working with or accounting should you have questions regarding your billings. This invoice should be returned with any correspondence.

**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**

555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: 415-249-8330
Facsimile: 415-249-8333
IRS No. 94-3309013

November 02, 2012

Invoice #  10012015
Client #  20146-002

FF Magnat Limited dba Oron.com
c/o Stevan Lieberman
Lieberman & Greenberg
2141 Wisconsin Avenue, NW; Suite C-2
Washington DC 20007

In Reference To: Datatech Enterprises v. F F Magnat Ltd.

Professional Services

|  |  | Hours |
|---|---|---|
| 10/1/2012 MDL | Review local rule regarding motions for reconsideration and plaintiff's response to same; correspondence with E. Fray-Witzer regarding possible reply to same; meeting with KEK regarding same. | 0.70 |
| 10/9/2012 TMC | Research issues regarding ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Respond to inquiries from Mr. Keller regarding time. | 1.60 |
| 10/10/2012 KEK | Exchange e-mails regarding appeal of injunction. | 0.30 |
| 10/15/2012 TMC | Review and revise notice of appeal. Correspond with Mr. Fray-Witzer regarding notice of appeal and representation statement. Review local rules regarding injunction appeals. Revise transcript ordering form. Draft message to Mr. Fray-Witzer regarding the same. | 1.40 |
| 10/23/2012 KEK | Review motion for partial relief from preliminary injunction; prepare e-mail to Val. | 0.30 |
| 10/24/2012 MDL | Correspondence with KEK regarding motion to modify injunction; correspondence with E. Fray-Witzer regarding local rules regarding hearing on same; correspondence with V. Gurvits regarding possible motion to shorten time for same. | 0.50 |

Datatech Enterprises v. F F Magnat Ltd.                                         Page # 2

|  |  |  | Hours |
|---|---|---|---|
| 10/25/2012 | MDL | Correspondence with V. Gurvits regarding motion for order shortening time. | 0.30 |

|  |  | Amount |
|---|---|---|
| | For professional services rendered | $2,467.50 |
| | Additional charges: | |

|  |  | Price |
|---|---|---|
| 10/1/2012 | Westlaw, September 2012 | 1,666.25 |
| | Services provided by Nationwide Legal Express, 9/27/12 | 19.50 |
| | Services provided by DSU Discovery - litigation copying, 8/31/12 | 777.62 |
| 10/5/2012 | Pacer-Net transactions: 7/1/12 - 9/30/12 | 49.30 |
| 10/23/2012 | Weekend parking during work on response to TRO, 9/1/12 | 18.00 |

|  |  |
|---|---|
| Total costs | $2,530.67 |
| Total amount of this bill | $4,998.17 |
| Previous balance | $3,144.73 |
| Balance due | $8,142.90 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kenneth E. Keller | 0.60 | 550.00 | $330.00 |
| Michael D. Lisi | 1.50 | 475.00 | $712.50 |
| Tracy M. Clements | 3.00 | 475.00 | $1,425.00 |

Invoices are due when rendered and are past due 30 days after the date of the invoice.  A late fee of 10.00% per annum may be assessed on any past due invoices.  Please contact the attorney you are working with or accounting should you have questions regarding your billings. This invoice should be returned with any correspondence.

**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**

555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: 415-249-8330
Facsimile: 415-249-8333
IRS No. 94-3309013

December 05, 2012

Invoice #   1112017
Client #    20146-002

FF Magnat Limited dba Oron.com
c/o Stevan Lieberman
Lieberman & Greenberg
2141 Wisconsin Avenue, NW; Suite C-2
Washington DC 20007

In Reference To: Datatech Enterprises v. F F Magnat Ltd.

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 11/1/2012 | KEK | Exchange e-mails regarding procedure for administrative motion to shorten time; conference with MDL regarding administrative motion. | 0.20 |
|  | MDL | Meeting with KEK regarding procedural rules for requesting order shortening time; correspondence with V. Gurvits regarding same. | 0.30 |
| 11/7/2012 | KEK | Review e-mails from Val; review motion for Sanctions; telephone conference with Val; prepare e-mail to Val. | 0.50 |
|  | MDL | Review Rule 11 issues ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ correspondence with V. Gurvits regarding same. | 0.90 |
| 11/14/2012 | KEK | Exchange e-mails regarding initial disclosures. | 0.20 |
| 11/19/2012 | KEK | Review court orders regarding motion to modify preliminary injunction and motion for sanctions. | 0.20 |

|  | Amount |
|---|---|
| For professional services rendered | $1,175.00 |

Datatech Enterprises v. F F Magnat Ltd.                                    Page # 2

Additional charges:

|  |  | Price |
|---|---|---|
| 11/1/2012 | Westlaw, October 2012 | 52.82 |

|  | Amount |
|---|---|
| Total costs | $52.82 |
| Total amount of this bill | $1,227.82 |
| Previous balance | $8,142.90 |
| Balance due | $9,370.72 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kenneth E. Keller | 1.10 | 550.00 | $605.00 |
| Michael D. Lisi | 1.20 | 475.00 | $570.00 |

Invoices are due when rendered and are past due 30 days after the date of the invoice.  A late fee of 10.00% per annum may be assessed on any past due invoices.  Please contact the attorney you are working with or accounting should you have questions regarding your billings. This invoice should be returned with any correspondence.

**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**

555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: 415-249-8330
Facsimile: 415-249-8333
IRS No. 94-3309013

January 03, 2013

Invoice #   1212010
Client #    20146-002

FF Magnat Limited dba Oron.com
c/o Stevan Lieberman
Lieberman & Greenberg
2141 Wisconsin Avenue, NW; Suite C-2
Washington DC 20007

In Reference To: Datatech Enterprises v. F F Magnat Ltd.

Professional Services

| | | | Hours |
|---|---|---|---|
| 12/5/2012 | KEK | Exchange e-mails regarding Case Management Conference. | 0.30 |
| | TMC | Review local rules and case management order.  Conference with Mr. Keller regarding initial case management conference. | 0.40 |
| 12/6/2012 | KEK | Conferences with Val and SGR regarding Case Management Conference; exchange e-mails with Val regarding Case Management Conference. | 0.40 |
| 12/18/2012 | KEK | Exchange e-mails with Val regarding status and strategy. | 0.30 |

| | Amount |
|---|---|
| For professional services rendered | $740.00 |
| Previous balance | $9,370.72 |
| Balance due | $10,110.72 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kenneth E. Keller | 1.00 | 550.00 | $550.00 |
| Tracy M. Clements | 0.40 | 475.00 | $190.00 |

Invoices are due when rendered and are past due 30 days after the date of the invoice.  A late fee of 10.00% per annum may be assessed on any past due invoices.  Please contact the attorney you are working with or accounting should you have questions regarding your billings. This invoice should be returned with any correspondence.