**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**[PROPOSED] ORDER** |

This action arises from alleged copyright infringement of DataTech Enterprises, LLC's ("DataTech") works on websites owned and/or operated by FF Magnat Limited d/b/a Oron.com ("Oron"). This Court issued a Preliminary Injunction on September 14, 2012 freezing the Defendants' funds in every bank or financial institution in the United States and enjoining the Defendants from disgorging or dissipating any funds, property, domain names, or other assets until further notice (dkt. 35). On the basis of the Preliminary Injunction and a previous Temporary Restraining Order issued by this Court, DataTech applied for and acquired an injunction from the High Court of Hong Kong freezing Oron's assets in Hong Kong, including its bank account at HSBC Bank.

After considering the pleadings of record and the evidence submitted, Oron's assets (frozen as a result of the preliminary injunction) are approximately $1,700,000. Oron has shown that it is not possible for DataTech to retrieve any more than $246,649.00 in equitable disgorgement should it prevail on its claims. Therefore, DataTech is not entitled to a freezing of

any more than $246,649.00 and all other frozen funds must be released and transferred to the trust account for Oron's outside counsel Boston Law Group, PC of Newton Centre, MA ("Boston Law Group").

For the reasons stated and the findings made, and good cause shown, the Court GRANTS Oron's Motion For Relief From Preliminary Injunction.

IT IS HEREBY ORDERED THAT the Preliminary Injunction issued by this Court on September 14, 2012 (dkt. 35) is hereby amended and:

1. Any bank or financial instituted in the United States with an account belonging to FF Magnat Limited, Oron.com, Davidoglov Stanislav, or Roman Romanov will immediately release those funds and allow them to be withdrawn;

2. PayPal, Inc. will immediately release any and all funds in any FF Magnat Limited or Oron.com accounts, with the exception of $246,649.00, and immediately transfer such funds to Boston Law Group's trust account;

3. CCBill, LLC will immediately release any and all funds in any FF Magnat Limited or Oron.com accounts and immediately transfer all such funds to Boston Law Group's trust account;

4. AlertPay will immediately release any and all funds in any FF Magnat Limited or Oron.com accounts and immediately transfer all such funds to Boston Law Group's trust account;

5. DataTech will immediately request the dissolution of the injunction against Oron issued by the High Court of Hong Kong, including but not limited to the release all of Oron's assets in Oron's account with HSBC bank, and DataTech will immediately request that the Hong

Kong court issue an order allowing Oron to transfer its assets from HSBC bank to the trust account for Oron's outside counsel Boston Law Group, PC of Newton Centre, MA.

      6.      Other than with respect to the $246,649.00 remaining frozen with PayPal, the enjoinment of all Defendants from disgorging or dissipating any funds, property, domain names, or other assets is dissolved.

**IT IS SO ORDERED.**

Dated: _____

                                                         THE HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE