UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**[PROPOSED] ORDER** |

Having considered the papers submitted in support of and opposition to Motion of Defendant FF Magnat Limited's For Relief From Preliminary Injunction, the evidence and the arguments of counsel, and good cause appearing, the Court enters the following ORDER:

IT IS HEREBY ORDERED THAT the Preliminary Injunction issued by this Court on September 14, 2012 is hereby amended to permit and order PayPal, Inc. to transfer $200,000 from the PayPal account held for the benefit of FF Magnat Limited to the trust account of FF Magnat Limited's outside counsel, Boston Law Group, PC of Newton Centre, MA, which funds shall only be used to pay the legal fees and costs associated with FF Magnat Limited's defense of this action and its appeal from this action.

**IT IS SO ORDERED.**

Dated: _____

THE HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1