UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**[PROPOSED] ORDER ON DEFENDANT FF MAGNAT LIMITED'S REQUEST TO APPEAR TELEPHONICALLY AT JANUARY 25, 2013 HEARING ON MOTION TO EXTEND PRELIMINARY INJUNCTION**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:   Courtroom 6 – 17th Floor |

The Court hereby GRANTS Defendant FF Magnat Limited's Request to Appear Telephonically at January 25, 2013 Hearing on Motion to Extend Preliminary Injunction. Attorney Valentin Gurvits will make himself available to receive the Court's telephone call the morning of January 25, 2013 starting at 10:00am Pacific Standard Time at the telephone number 617-928-1804.  Mr. Gurvits will also make whatever other arrangements as the Court may direct.

**IT IS SO ORDERED.**

Dated: _____

                                                                    THE HON. CHARLES R. BREYER
                                                                    UNITED STATES DISTRICT JUDGE