IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>FF MAGNAT LIMITED,<br><br>    Defendant.<br>_____/ | No. C 12-04500 CRB<br><br>**Clerk's Notice** |

    YOU ARE NOTIFIED THAT the Court has rescheduled the motion(s) currently on calendar for Friday, February 25, 2013 at 10:00 a.m. and sets a briefing schedule on the motion to dismiss with the opposition due January 25, 2013; reply due February 1, 2013 and hearing set for February 25, 2013 at 10:00 before the Honorable Charles R. Breyer.

    Please report to Courtroom 6, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 22, 2013                                                            FOR THE COURT,

                                                                                      Richard W. Wieking, Clerk

                                                                                      By: _____

                                                                                          Barbara Espinoza,<br>                                                                                          Courtroom Deputy