D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>Defendants. | **Case No.: 12-4500 (CRB)**<br><br>**DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S OPPOSITION TO FF MAGNAT LIMITED'S MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION**<br><br>Date: February 15, 2013*<br>Time: 10:00 a.m.<br>CtRm: 6, 17th Fl.<br><br>* subject to change to March 8, 2013 per stipulation and subject to Court approval. |

I, D. Gill Sperlein, declare:

    1.    I am a member of the bar of this Court and counsel of record for Plaintiff

DataTech Enterprises, LLC. The facts stated in this declaration are true of my own personal

-1-

The Law Office of D. Gill Sperlein  345 Grove Street  San Francisco, CA 94102  Tel: 415-404-6615  Fax: 415-404-6616

knowledge, except as to any matters stated on information and belief, and as to those matters, I am informed and believe them to be true. If called as a witness in this matter, I could and would competently testify to the matters set forth below.

2.     In preparing the proposed order I filed along with Plaintiff's moving papers relating to the preliminary injunction, I only included financial institutions that I knew or suspected held assets on behalf of Oron.  I primarily relied on filings previously filed in the Liberty matter.  I am not aware and have no way of investigating where Oron may hold additional assets.

3.     When I learned from filings in the Liberty matter that there are funds held in Liberty's attorney's client trust account and that Oron could obtain those funds either through settlement or a Court order, I moved this Court to explicitly add those funds to the funds that are frozen, even though the initial Order of Preliminary Injunction would have included such funds.

4.     I have reviewed Oron's bank statements filed in this matter as Exhibits A and B to the declaration of Stanislav Davidoglov at ECF No. 39 to 39-4.  I have altered these filings in the following manner in order to highlight for the Court portions of the documents that are relevant to the opposition of Defendant FF Magnat Limited's Motion for Relief from Preliminary Injunction.

5.     I removed the header the ECF system added when the statements were filed by Defendant in order that the headers would not conflict with new headers the ECF system will apply when I file the documents.

THE LAW OFFICE OF D. GILL SPERLEIN
345 GROVE STREET
SAN FRANCISCO, CA 94102
TEL: 415-404-6615   FAX: 415-404-6616

6.      I used features within Adobe Acrobat to form a rectangle around the sections of the bank statements to which I would like draw the Court's attention.  In each place I altered the document I labeled the alteration and assigned it a note number.

7.      The Bank Statements with my alterations are attached hereto as **Exhibit A -** bank statement from July 16, 2011; **Exhibit B -** bank statement of August 16, 2011; and **Exhibit C-** bank statement of September 16, 2011.

8.      I also compiled information contained on the bank statements into a spreadsheet in order to add the amounts and to convert amounts into U.S. dollars for the convenience of the court.  The spreadsheet I prepared is attached as **Exhibit D**.

9.      In calculating the U.S. dollar equivalents I used the exchange rate identified on the HBSC account statements for the corresponding month.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: *January 28, 2013*                     */s/ D. Gill Sperlein*
                                                          D. Gill Sperlein

THE LAW OFFICE OF D. GILL SPERLEIN
345 GROVE STREET
SAN FRANCISCO, CA 94102   FAX: 415-404-6616
TEL: 415-404-6615

-3-

# Exhibit A

# HSBC  滙 豐

FF MAGNAT LIMITED
ROOM 611 6/F
FOOK CHEONG BUILDING
63 HOI YUEN ROAD
KWUN TONG KLN

M

| | |
|---|---|
| Number 戶口號碼: | 614-024354-838 |
| Branch 分行: | KOWLOON BAY CVC |
| | Page 1 of 4 |
| | 16 July 2011 |

Commercial Tariffs for commercial customers have been updated. Please visit the HSBC website for details.
工商客戶適用之工商金融服務收費簡介已更新，請登入本行網址查閱詳情。

## HSBC Business Direct Portfolio Summary 滙豐「理財易」商務戶口資產摘要

| | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---|
| Total balance in HKD 港元結餘 | 112,747.73 |
| Total balance in Foreign Currency 外幣結餘 | 25,752,980.45 |
| Total balance in Wayfong Statement Gold 黃金券結餘 | 0.00 |
| Total balance in Overdraft 透支結餘 | 0.00 |
| Net Position 淨額 | 25,865,728.18 |

## Asset Portfolio 資產組合

| | HKD Equivalent 參考貨幣值 | % 百分比 |
|---|---|---|
| FCY Deposits 外幣存款 | 25,752,980.45 | 99.6% |
| Others 其他 | 112,747.73 | 0.4% |

# HSBC ◆◆ 滙 豐

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC | Page 2 of 4<br>15 July 2011 |
|---|---|---|---|---|

## Portfolio Summary 資產摘要

### HSBC Business Direct 滙豐「理財易」商務戶口

| | Account Number 戶口號碼 | CCY 貨幣 | Balance 結餘 (DR=Debit 結欠) | HKD Equivalent 金港貨等值 (DR=Debit 結欠) |
|---|---|---|---|---|
| **Deposits 存款** | | | | |
| HKD Savings 港元儲蓄 | 614-024354-838 | HKD | 112,747.73 | 112,747.73 |
| Foreign Currency Savings 外幣儲蓄 | | USD | 104,286.34 | 812,703.45 |
| | | EUR | 2,265,464.16 | 24,909,103.99 |
| Foreign Currency Time Deposits 外幣定期存款 | | USD | 4,000.13 | 31,173.01 |
| Total 總計 | | | | 25,865,728.18 |

## Account Activities 戶口進支紀錄

### HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 · 港元儲蓄

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 16 Jun | B/F BALANCE | 承前結餘 | | | 3,296,089.97 |
| 17 Jun | PAYPAL PTE LTD 4CWJ24286UC7E N61700128976 | 轉賬收入 | 975,572.46 | | |
| | GOLD/EXCHANGE DEBIT N61700134557 | 購入金/外匯支出 | | 1,112,390.00 | |
| | GOLD/EXCHANGE DEBIT HK117061B1602263 | 購入金/外匯支出 | | 2,223,680.00 | 935,572.43 |
| 18 Jun | CHARGES | 銀行手續費 | | 227.00 | 935,345.43 |
| 20 Jun | PAYPAL PTE LTD 4CWJ24ZA3762S | 轉賬收入 | 605,138.39 | | 1,540,463.82 |
| 22 Jun | GOLD/EXCHANGE DEBIT N52200137339 | 購入金/外匯支出 | | 933,218.34 | 607,265.48 |
| 24 Jun | GOLD/EXCHANGE DEBIT N92400009175 | 購入金/外匯支出 | | 500,000.00 | |
| | PAYPAL PTE LTD 4CWJ24ZMJN9RL | 轉賬收入 | 227,742.30 | | |
| | PAYPAL PTE LTD 4CWJ242PRY7UE N62700060025 | 轉賬收入 | 970,985.84 | | 1,305,993.62 |
| 27 Jun | GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 1,219,580.83 | 86,412.79 |
| 28 Jun | CREDIT INTEREST | 利息收入 | 5.76 | | 86,418.55 |
| 29 Jun | ATM PLUS (29JUN11)( EUR 500 (HK$25FEE) N70400026987 | 會員機現金提款 | | 5,622.88 | 80,795.67 |
| 4 Jul | GOLD/EXCHANGE CREDIT | 出售金/外匯收入 | 9,179,239.64 | | |
| | PAYPAL PTE LTD 4CWJ2526NEHS2 | 轉賬收入 | 67,441.25 | | 9,327,476.56 |
| 5 Jul | PAYPAL PTE LTD 4CWJ2529W36BW | 轉賬收入 | 854,162.56 | | |
| | PAYPAL PTE LTD 4CWJ2529BDYJN | 轉賬收入 | 855,609.22 | | |
| | PAYPAL PTE LTD 4CWJ2527LEKSS | 轉賬收入 | 970,079.18 | | 12,007,327.52 |
| 7 Jul | PAYPAL PTE LTD 4CWJ252HYQYK4 | 轉賬收入 | 978,470.21 | | 12,985,797.73 |
| 12 Jul | GOLD/EXCHANGE DEBIT N71200142322 | 購入金/外匯支出 | | 5,439,550.00 | |
| | GOLD/EXCHANGE DEBIT N71200143604 | 購入金/外匯支出 | | 5,433,500.00 | |
| | GOLD/EXCHANGE DEBIT N71200146324 | 購入金/外匯支出 | | 2,000,000.00 | 112,747.73 |

| Total No. of Deposits: 存入次數統計 | | 11 | Total No. of Withdrawals: 提取次數統計 | | 10 |
|---|---|---|---|---|---|
| Total Deposit Amount: 存入總額 | HKD | 15,684,446.81 | Total Withdrawal Amount: 提取總額 | HKD | 18,867,769.05 |

**NOTE NO. 1**

**Exchange Rate 匯率**
USD 7.793000      EUR 10.995144

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288
04 IPSSTM0003

# HSBC ⊗ 滙 豐

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC | Page 3 of 4 |
| --- | --- | --- | --- | --- |
| | | | | 18 July 2011 |

## HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 – 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 逐項詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
| --- | --- | --- | --- | --- | --- | --- |
| USD | 16 Jun | B/F BALANCE | 承前轉結 | | | 6,188.01 |
| | 18 Jun | WITHDRAWAL | 提款 | | 5,000.00 | 1,188.01 |
| | 28 Jun | CREDIT INTEREST | 利息收入 | 0.02 | | 1,188.03 |
| | 30 Jun | DEPOSIT | 存款 | 46,974.64 | | |
| | | DEPOSIT | 存款 | 47,974.64 | | |
| | | DEPOSIT | 存款 | 48,158.94 | | 144,296.25 |
| | 4 Jul | WITHDRAWAL | 提款 | | 9.91 | 104,286.34 |
| | | WITHDRAWAL | 提款 | | 40,000.00 | |
| EUR | 16 Jun | B/F BALANCE | 承前轉結 | | | 1,100,000.00 |
| | 17 Jun | DEPOSIT Internet Ref: BIB-N61700126976 | 存款 | 100,000.00 | | |
| | | DEPOSIT Internet Ref: BIB-N61700134557 | 存款 | 200,000.00 | | 1,400,000.00 |
| | 22 Jun | DEPOSIT | 存款 | 16,831.39 | | |
| | | DEPOSIT Internet Ref: BIB-N62200137339 | 存款 | 83,168.61 | | 1,500,000.00 |
| | 23 Jun | DEPOSIT | 存款 | 44,430.22 | | 1,544,430.22 |
| | 24 Jun | DEPOSIT Internet Ref: BIB-N62400009175 | 存款 | 45,028.41 | | 1,589,458.63 |
| | 27 Jun | DEPOSIT Internet Ref: BIB-N62700060025 | 存款 | 110,541.37 | | 1,700,000.00 |
| | 28 Jun | CREDIT INTEREST | 利息收入 | 9.62 | | 1,700,009.62 |
| | 29 Jun | DEPOSIT | 存款 | 19,449.33 | | 1,719,458.95 |
| | 2 Jul | DEPOSIT | 存款 | 44,986.26 | | |
| | | DEPOSIT | 存款 | 47,891.26 | | 1,812,336.47 |
| | 4 Jul | WITHDRAWAL Internet Ref: BIB-N70400026987 | 提款 | | 812,336.47 | 1,000,000.00 |
| | 6 Jul | DEPOSIT | 存款 | 34,986.25 | | |
| | | DEPOSIT | 存款 | 19,925.40 | | 1,054,911.65 |
| | 12 Jul | DEPOSIT Internet Ref: BIB-N71200142322 | 存款 | 500,000.00 | | |
| | | DEPOSIT Internet Ref: BIB-N71200143604 | 存款 | 500,000.00 | | |
| | | DEPOSIT Internet Ref: BIB-N71200146324 | 存款 | 183,801.57 | | 2,238,713.22 |
| | 13 Jul | DEPOSIT | 存款 | 26,750.94 | | 2,265,464.16 |

| Total No. of Deposits: 存入次數統計 | USD | 4 | Total No. of Withdrawals: 提取次數統計 | USD | 3 |
| --- | --- | --- | --- | --- | --- |
| | EUR | 17 | | EUR | 1 |
| Total Deposit Amount: 存入總額 | USD | 143,108.24 | Total Withdrawal Amount: 提取總額 | USD | 45,009.91 |
| | EUR | 1,977,800.63 | | EUR | 812,336.47 |

## HSBC Business Direct Time Deposits 滙豐「理財易」商務戶口 – 定期存款

| Deposit No. 存款編號 | Currency 貨幣 | Principal Amount 本金 | Interest 利息 | Start/ Maturity Date 起息/到期日 | Principal + Interest 本息 | Balance M 結餘 |
| --- | --- | --- | --- | --- | --- | --- |
| 0001 | USD | 4,000.09 | 0.010000% | 18 May 2011/ 20 Jun 2011 | 4,000.13 | |
| | | 4,000.13 | 0.010000% | 20 Jun 2011/ 20 Jul 2011 | 4,000.16 | |
| | | | | | | 4,000.13 |

### Special Privileges 專享優惠

Thank you for maintaining your average Total Relationship Balance at 57,675,701.22 from 1 Apr 2011 to 30 Jun 2011. As a token of our appreciation, your monthly service fee has been waived.
多謝您於2011年4月1日至2011年6月30日期間，將全部理財總值維持於港幣 7,675,701.22。為感謝您的支持，本期服務月費全免。

NOTE NO. 2

NOTE NO. 3



| Number<br>戶口號碼 | 614-024354-838 | Branch<br>分行 | KOWLOON BAY CVC | Page 4 of 4<br>16 July 2011 |
|---|---|---|---|---|

| Others 其他 |
|---|

Based on the average daily credit balance of your Business Integrated Account last month, you may now enjoy a maximum of HK$10,000 overdraft protection during the current calendar month (subject to adherence of other terms and conditions).
根據您上月在商業綜合戶口內的每日平均結餘，您可於本月份為享用高達港幣10,000元的透支保障服務 (必須同時符合其他戶口條款)。

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

Thank you for choosing HSBC. 多謝選用滙豐服務.

08 (PSSTM002)

194

# Exhibit B

HSBC Business Direct Statement
滙豐「現財易」商務戶口結單

# HSBC ◆X◆ 滙豐

FF MAGNAT LIMITED
ROOM 611 6/F
FOOK CHEONG BUILDING
63 HOI YUEN ROAD
KWUN TONG KLN

Number 戶口號碼:        614-024354-838

Branch 分行:        KOWLOON BAY CVC

Page 1 of 5

16 August 2011

M

When you are in Mainland China, you can simply call our toll-free number 00 800 0000 7000 for queries on your company account and other
general commercial banking queries. (please make calls from landlines with international telephone service. )
當您身處內地，您只需撥打免費直撥號碼00 800 0000 7000，便可查詢貴公司戶口及一般工商業銀行服務的資料。（當您身處內地時。請使用設有國際長途電話服務的固網電話撥打。）

## HSBC Business Direct Portfolio Summary 滙豐「現財易」商務戶口資產摘要

| | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---|
| Total balance in HKD 港元結餘 | 15,222,673.62 |
| Total balance in Foreign Currency 外幣結餘 | 18,679,756.91 |
| Total balance in Wayfoong Statement Gold 黃金券結餘 | 0.00 |
| Total balance in Overdraft 透支欠文 | 0.00 |
| Net Position 淨額 | 33,902,430.53 |

### Asset Portfolio 資產組合



| | HKD Equivalent 參考貨幣等值 | % 百分比 |
|---|---|---|
| HKD Deposits 港元存款 | 15,122,673.62 | 44.6% |
| FCY Deposits 外幣存款 | 18,679,756.91 | 55.1% |
| Others 其他 | 100,000.00 | 0.3% |

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「現財易」商務戶口 ☎ 2748 8288
86IPBSTW0003

# HSBC ⟨X⟩ 滙豐

| Number<br>戶口號碼 | 614-024354-838 | Branch<br>分行 | KOWLOON BAY CVC |
|---|---|---|---|

## Portfolio Summary 資產摘要

### HSBC Business Direct 滙豐「理財易」商務戶口

|  | Account Number<br>戶口號碼 | CCY<br>貨幣 | Balance<br>結餘<br>(DR=Debit 結欠) | HKD Equivalent<br>參考貨幣等值<br>(DR=Debit 結欠) |
|---|---|---|---|---|
| Deposits 存款 |  |  |  |  |
| HKD Savings 港元儲蓄 | 614-024354-838 | HKD | 15,122,673.62 | 15,122,673.62 |
| Foreign Currency Savings 外幣儲蓄 |  | USD | 64,852.54 | 505,421.79 |
|  |  | EUR | 1,500,000.00 | 16,827,314.40 |
|  |  | CHF | 0.00 | 0.00 |
|  |  | CNY | 158,946.37 | 194,024.91 |
| Foreign Currency Time Deposits 外幣定期存款 |  | USD | 4,000.16 | 31,174.85 |
|  |  | EUR | 100,000.00 | 1,121,820.98 |
| Deposit Plus 添息投資存款 |  | HKD | 100,000.00 | 100,000.00 |
| Total 總計 |  |  |  | 33,902,430.53 |

## Account Activities 戶口進支紀錄

### HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 – 港元儲蓄

| Date<br>日期 | Transaction Details<br>進支詳情 |  | Deposit<br>存入 | Withdrawal<br>提取 | Balance<br>結餘 |
|---|---|---|---|---|---|
| 18 Jul | B/F BALANCE | 承前結餘 |  |  | 112,747.73 |
| 18 Jul | PAYPAL PTE LTD<br>4CWJ253YYUWYL | 轉賬收入 | 227,745.30 |  | 340,493.03 |
| 19 Jul | ATM PLUS (19JUL11)1<br>EUR 1,000 (HK$25FEE) | 提員機現金提款 |  | 11,115.41 | 329,377.62 |
| 20 Jul | NEW TERM DEP<br>614024354838300C3 | 儲蓄/定期存款 |  | 100,000.00 | 228,377.62 |
| 21 Jul | PAYPAL PTE LTD<br>4CWJ253JEUHQQ | 轉賬收入 | 75,991.10 |  | 305,368.72 |
| 26 Jul | PAYPAL PTE LTD<br>N72600117259 · | 轉賬收入 |  |  |  |
|  | GOLD/EXCHANGE CREDIT | 出售金/外匯收入 | 2,820,450.00 |  |  |
|  | PAYPAL PTE LTD<br>4CWJ253VGWPAC | 轉賬收入 | 84,370.82 |  |  |
|  | PAYPAL PTE LTD<br>4CWJ253SGXK2L | 轉賬收入 | 973,154.71 |  | 4,183,344.25 |
| 27 Jul | PAYPAL PTE LTD<br>4CWJ253XDAXC8 | 轉賬收入 | 968,976.97 |  | 5,152,321.22 |
| 28 Jul | CREDIT INTEREST | 利息收入 | 6.09 |  | 5,152,327.31 |
| 29 Jul | PAYPAL PTE LTD<br>4CWJ25438J7BW | 轉賬收入 | 687,654.32 |  |  |
|  | PAYPAL PTE LTD<br>4CWJ25420SPVQ | 轉賬收入 | 978,674.65 |  | 6,818,656.28 |
| 1 Aug | ATM PLUS (01AUG11)1<br>EUR 1,000 (HK$25FEE) | 提員機現金提款 |  | 11,340.89 |  |
|  | PAYPAL PTE LTD<br>4CWJ25469XCMG | 轉賬收入 | 697,901.20 |  |  |
|  | PAYPAL PTE LTD<br>4CWJ2546TZMHN | 轉賬收入 | 750,000.00 |  | 8,255,216.59 |
| 2 Aug | ATM PLUS (02AUG11)1<br>EUR 1,200 (HK$25FEE) | 提員機現金提款 |  | 13,573.30 |  |
|  | PAYPAL PTE LTD<br>4CWJ2547NXJSY | 轉賬收入 | 198,528.00 |  | 8,440,171.29 |
| 3 Aug | ATM PLUS (03AUG11)1<br>EUR 1,200 (HK$25FEE) | 提員機現金提款 |  | 13,573.30 | 8,426,597.99 |
| 4 Aug | ATM PLUS (04AUG11)1<br>EUR 1,000 (HK$25FEE) | 提員機現金提款 |  | 11,238.85 |  |
|  | N80400082504 ·<br>GOLD/EXCHANGE DEBIT | 購入金/外匯支出 |  | 433,779.00 |  |
|  | N80400084506 ·<br>GOLD/EXCHANGE DEBIT | 購入金/外匯支出 |  | 178,602.33 |  |
|  | PAYPAL PTE LTD<br>4CWJ254FUEFQC | 轉賬收入 | 971,945.83 |  | 8,774,923.64 |
| 5 Aug | ATM PLUS (05AUG11)1<br>EUR 1,000 (HK$25FEE) | 提員機現金提款 |  | 11,294.58 |  |
|  | N80500019688 ·<br>GOLD/EXCHANGE DEBIT | 購入金/外匯支出 |  | 550,455.00 |  |
|  | N80500019922 ·<br>GOLD/EXCHANGE DEBIT | 購入金/外匯支出 |  | 3,854,935.00 |  |
|  | N80500020185 ·<br>GOLD/EXCHANGE DEBIT | 購入金/外匯支出 |  | 584,488.18 | 3,793,750.88 |

### Exchange Rate 匯率

| USD 7.793400 | CHF 9.948810 | CNY 1.220694 | EUR 11.218210 |
|---|---|---|---|

# HSBC 滙豐

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC | |
|---|---|---|---|---|

## HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 – 港元儲蓄

| Date 日期 | Transaction Details 逐項詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 6 Aug | ATM PLUS (06AUG11)1 | | | | |
| 8 Aug | EUR 1,200 (HK$25FEE) | 職員撤現金提款 | | 13,467.32 | 3,780,283.56 |
| | ATM PLUS (08AUG11)1 | | | | |
| 9 Aug | EUR 1,500 (HK$25FEE) | 職員撤現金提款 | | 16,847.14 | 3,763,436.42 |
| | ATM PLUS (09AUG11)1 | | | | |
| | EUR 1,500 (HK$25FEE) | 職員概現金提款 | | 16,918.34 | |
| | PAYPAL PTE LTD | | | | |
| | 4CWJ256NUX57L | 轉賬收入 | 986,354.78 | | 4,712,874.86 |
| 10 Aug | ATM PLUS (10AUG11)1 | | | | |
| | EUR 1,700 (HK$25FEE) | 遑員撤現金提款 | | 19,168.53 | |
| | N81000030320 | | | | |
| | DEP9132101044 | 種賬支出 | | 500,000.00 | 4,193,706.33 |
| 11 Aug | ATM PLUS (11AUG11)1 | | | | |
| | EUR 1,700 (HK$25FEE) | 核員撤現金提款 | | 19,139.54 | 4,174,566.79 |
| 13 Aug | ATM PLUS (13AUG11)1 | | | | |
| | EUR 1,700 (HK$25FEE) | 谨員撤現金提款 | | 19,112.71 | 4,155,454.08 |
| 16 Aug | N81600016954 | | | | |
| | GOLD/EXCHANGE CREDIT | 出倉金/外滙收入 | 4,464,080.00 | | |
| | N81600016684 | | | | |
| | GOLD/EXCHANGE CREDIT | 出倉金/外滙收入 | 6,483,139.54 | | 15,122,673.62 |

| Total No. of Deposits: 存入次數總計 | 16 | Total No. of Withdrawals: 提取次數總計 | | 19 |
|---|---|---|---|---|
| Total Deposit Amount: 存入總額 | HKD 21,388,973.31 | Total Withdrawal Amount: 提取總額 | HKD | 6,359,047.42 |

## HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 – 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 逐項詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|---|
| USD | 16 Jul | B/F BALANCE | 承前轉結 | | | 104,286.34 |
| | 18 Jul | WITHDRAWAL | 提款 | | 54,000.00 | |
| | | WITHDRAWAL | 提款 | | 9.89 | 50,276.45 |
| | 19 Jul | WITHDRAWAL | 提款 | | 50,000.00 | |
| | | WITHDRAWAL | 提款 | | 9.89 | 266.56 |
| | 26 Jul | DEPOSIT | 存款 | | | |
| | | Internal Ref: | | | | |
| | | BIB- N72600114304 | | 100,000.00 | | 100,266.56 |
| | 3 Aug | WITHDRAWAL | 提款 | | 64,000.00 | |
| | | WITHDRAWAL | 提款 | | 33.40 | 36,233.16 |
| | 4 Aug | DEPOSIT | 存款 | | | |
| | | Internal Ref: | | | | |
| | | BIB- N80400082504 | | 55,555.00 | | |
| | | WITHDRAWAL | 提款 | | 33.40 | |
| | | WITHDRAWAL | 提款 | | 64,000.00 | 27,754.76 |
| | 5 Aug | DEPOSIT | 存款 | | | |
| | | Internal Ref: | | | | |
| | | BIB- N80500020185 | | 72,245.24 | | 100,000.00 |
| | 8 Aug | WITHDRAWAL | 提款 | | 11,600.00 | |
| | | WITHDRAWAL | 提款 | | 14.11 | 88,385.89 |
| | 9 Aug | WITHDRAWAL | 提款 | | 62,500.00 | |
| | | WITHDRAWAL | 提款 | | 33.35 | 25,852.54 |
| | 16 Aug | DEPOSIT | 存款 | 39,000.00 | | 64,852.54 |
| EUR | 16 Jul | B/F BALANCE | 承前轉結 | | | 2,265,464.16 |
| | 20 Jul | WITHDRAWAL | 提款 | | 100,000.00 | |
| | | DEPOSIT | 存款 | 23,431.73 | | |
| | | WITHDRAWAL | 提款 | | | |
| | | Internal Ref: | | | | |
| | | BIB- N72000117282 | | 215,273.62 | | |
| | | WITHDRAWAL | 提款 | | | |
| | | Internal Ref: | | | | |
| | | BIB- N72000117441 | | 215,380.99 | | 1,758,241.28 |
| | 26 Jul | WITHDRAWAL | 提款 | | | |
| | | Internal Ref: | | | | |
| | | BIB- N72600114304 | | 69,232.07 | | |
| | | WITHDRAWAL | 提款 | | | |
| | | Internal Ref: | | | | |
| | | BIB- N72600117259 | | 250,000.00 | | 1,439,009.21 |
| | 27 Jul | DEPOSIT | 存款 | 26,373.17 | | 1,465,382.38 |
| | 1 Aug | DEPOSIT | 存款 | | | |
| | | Internal Ref: | | | | |
| | | BIB- N80100122738 | | 215,380.00 | | 1,680,762.38 |
| | 2 Aug | DEPOSIT | 存款 | 44,984.58 | | 1,725,746.96 |

# HSBC ◆◇ 滙豐



| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC | Page 4 of 5 |
|---|---|---|---|---|
| | | | | 16 August 2011 |

## HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 – 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 海支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|---|
| EUR | 3 Aug | DEPOSIT | 存款 | | | |
| | | Internal Ref: BIB-N80300060875 | | 230,833.40 | | |
| | | DEPOSIT | 存款 | 27,454.16 | | |
| | 4 Aug | DEPOSIT | 存款 | | | 1,984,004.52 |
| | | Internal Ref: BIB-N80400084506 | | | | |
| | | DEPOSIT | 存款 | 15,995.48 | | |
| | 5 Aug | DEPOSIT | 存款 | | | 2,000,000.00 |
| | | Internal Ref: BIB-N80500019888 | | | | |
| | | DEPOSIT | 存款 | 50,000.00 | | |
| | | Internal Ref: BIB-N80500019922 | | | | |
| | 10 Aug | DEPOSIT | 存款 | 350,000.00 | | 2,400,000.00 |
| | 12 Aug | DEPOSIT | 存款 | 29,524.72 | | 2,429,524.72 |
| | 16 Aug | WITHDRAWAL | 提款 | 48,872.57 | | 2,478,397.29 |
| | | Internal Ref: BIB-N81600015954 | | | | |
| | | WITHDRAWAL | 提款 | | 400,000.00 | |
| | | Internal Ref: BIB-N81600016084 | | | 578,397.29 | 1,500,000.00 |
| CHF | 20 Jul | DEPOSIT | 存款 | | | |
| | | Internal Ref: BIB-N72000117282 | | | | |
| | | DEPOSIT | 存款 | 250,000.00 | | |
| | | Internal Ref: BIB-N72000117441 | | 250,000.00 | | 500,000.00 |
| | 1 Aug | WITHDRAWAL | 提款 | | | |
| | | Internal Ref: BIB-N80100122738 | | | 247,124.65 | 252,875.35 |
| | | WITHDRAWAL | 提款 | | | |
| | 3 Aug | WITHDRAWAL | 提款 | | | |
| | | Internal Ref: BIB-N80300060875 | | | 252,875.35 | 0.00 |
| CNY | 10 Aug | DEPOSIT | 存款 | 409,125.13 | | 409,125.13 |
| | 16 Aug | WITHDRAWAL | 提款 | | 250,178.76 | 158,946.37 |

| Total No. of Deposits: 存入次數總計 | USD | 4 | | Total No. of Withdrawals: 提取次數總計 | USD | 12 |
|---|---|---|---|---|---|---|
| | EUR | 11 | | | EUR | 7 |
| | CHF | 2 | | | CHF | 2 |
| | CNY | 1 | | | CNY | 1 |
| Total Deposit Amount: 存入總額 | USD | 288,800.24 | | Total Withdrawal Amount: 提取總額 | USD | 306,234.04 |
| | EUR | 1,062,819.81 | | | EUR | 1,828,283.97 |
| | CHF | 500,000.00 | | | CHF | 500,000.00 |
| | CNY | 409,125.13 | | | CNY | 250,178.76 |

## HSBC Business Direct Time Deposits 滙豐「理財易」商務戶口 – 定期存款

| Deposit No. 存款編號 | Currency 貨幣 | Principal Amount 本金 | Interest 年息 | Start/ Maturity Date 起息/到期日 | Principal + Interest 本息 | Balance M 結餘 |
|---|---|---|---|---|---|---|
| 0001 | USD | 4,000.13 | 0.010000% | 20 Jun 2011/ 20 Jul 2011 | 4,000.16 | |
| | | 4,000.16 | 0.010000% | 20 Jul 2011/ 22 Aug 2011 | 4,000.20 | 1 |
| 0002 | EUR | 100,000.00 | 0.050000% | 20 Jul 2011/ 22 Aug 2011 | 100,004.58 | 4,000.16 |
| | | | | | 100,000.00 | 3 |

### Deposit Plus 高息投資存款

| Deposit No. 存款編號 | Principal Amount (Deposit)/(Linked) 本金「存款貨幣」/「掛鈎貨幣」 | Interest 年息 | Start/ Maturity Date 起息/到期日 | Principal + Interest 本息 | Balance M 結餘 |
|---|---|---|---|---|---|
| 0003 | HKD/CHF Conversion Rate 指定匯率 9.4265 | 100,000.00 | 6.688500% | 20 Jul 2011/ HKD 19 Aug 2011 or CHF | 109,549.74 HKD 10,686.71 | 3 100,000.00 |

**NOTE NO. 4**

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

189



HSBC ⟨X⟩ 滙豐

Number
戶口號碼          614-024354-838          Branch
分行          KOWLOON BAY CVC

---

**Special Privileges 專享優惠**

Thank you for maintaining your average Total Relationship Balance at $15,697,367.33 from 1 May 2011 to 31 Jul 2011. As a token of our appreciation, your monthly service fee has been waived.

多謝您於2011年5月1日至2011年7月31日期間，累金面理財總值平均維持於$ 15,697,367.33。為感謝您的支持，本期服務月費全免。

---

**Others 其他**

Based on the average daily credit balance of your Business Integrated Account last month, you may now enjoy a maximum of HK$10,000 overdraft protection during the current calendar month (subject to adherence of other terms and conditions).

根據您上月在商業綜合戶口內的每日平均結餘，您可於本月份內享用高達港幣10,000元的透支保障服務 (必須同時符合其他戶口條款)。

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

Thank you for choosing HSBC. 多謝選用滙豐服務。

88 IPS571/0003

# Exhibit C

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

# HSBC ◆❳◆ 滙 豐

FF MAGNAT LIMITED
ROOM 611 6/F
FOOK CHEONG BUILDING
63 HOI YUEN ROAD
KWUN TONG KLN

| | |
|---|---|
| Number 戶口號碼: | 614-024354-838 |
| Branch 分行: | KOWLOON BAY CVC |
| | Page 1 of 4 |
| | 16 September 2011 |

M

When you are in Mainland China, you can simply call our toll-free number 00 800 0000 7000 for queries on your company account and other general commercial banking queries. (please make calls from landlines with international telephone service. )
當您身處內地，您只需撥打免費直綫號碼00 800 0000 7000，便可查詢貴公司戶口及一般工商業務銀行服務的資料。(當您身處內地時，請使用設有國際長途電話服務的固網電話撥打。)

## HSBC Business Direct Portfolio Summary 滙豐「理財易」商務戶口資產摘要

| | HKD Equivalent 參考貨幣等值 (DR=Debit 蚊欠) |
|---|---|
| Total balance in HKD 港元結餘 | 313.21 |
| Total balance in Foreign Currency 外幣結餘 | 39,256,451.25 |
| Total balance in Wayfoong Statement Gold 資金券結餘 | 0.00 |
| Total balance in Overdraft 超過支 | 0.00 |
| Net Position 淨額 | 39,256,764.46 |

### Asset Portfolio 資產組合

| | HKD Equivalent 參考貨幣等值 | % 百分比 |
|---|---|---|
| FCY Deposits 外幣存款 | 39,256,451.25 | 100.0% |
| Others 其他 | 313.21 | 0.0% |



Others

FCY Deposits

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288



**HSBC** 滙豐

| Number 戶口號碼 | 814-024354-838 | Branch 分行 | KOWLOON BAY CVC | Page 2 of 4 |
|---|---|---|---|---|

## Portfolio Summary 資產摘要

### HSBC Business Direct 滙豐「理財易」商務戶口

| | Account Number 戶口號碼 | CCY 貨幣 | Balance 結餘 (DR=Debit 結欠) | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---|---|---|---|
| **Deposits 存款** | | | | |
| HKD Savings 港元儲蓄 | 814-024354-838 | HKD | 313.21 | 313.21 |
| HKD Current 港元往來 | | HKD | 0.00 | 0.00 |
| Foreign Currency Savings 外幣儲蓄 | | USD | 69.17 | 538.81 |
| | | EUR | 3,647,433.11 | 39,224,752.08 |
| | | CNY | 0.00 | 0.00 |
| Foreign Currency Time Deposits 外幣定期存款 | | USD | 4,000.20 | 31,160.36 |
| Total 總計 | | | | 39,256,764.46 |

## Account Activities 戶口進支紀錄

### HSBC Business Direct HKD Current 滙豐「理財易」商務戶口 – 港元往來

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 16 Aug | B/F BALANCE | 承前轉結 | | | 0.00 |
| 19 Aug | TERM DEP W D 6140243546380003 | 提取/定期存款 | 100,549.74 | | 100,549.74 |
| 25 Aug | N32500163514 GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 100,549.74 | 0.00 |

| Total No. of Deposits: 存入次數總計 | | 1 | Total No. of Withdrawals: 提取次數總計 | | 1 |
|---|---|---|---|---|---|
| Total Deposit Amount: 存入總額 | HKD | 100,549.74 | Total Withdrawal Amount: 提取總額 | HKD | 100,549.74 |

### HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 – 港元儲蓄

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 16 Aug | B/F BALANCE | 承前轉結 | | | 15,122,673.62 |
| 23 Aug | N82300126047 GOLD/EXCHANGE CREDIT | 出售金/外匯收入 | 6,926,517.41 | | |
| | N82500204220 (22AUG31) | 購入金/外匯支出 | | 69,428.61 | 21,981,762.42 |
| 24 Aug | PAYPAL PTE LTD 4CWJ255VM7JNQ | 轉賬收入 | 850,094.83 | | 22,831,857.25 |
| 27 Aug | CREDIT INTEREST | 利息收入 | 16.47 | | 22,831,873.72 |
| 29 Aug | PAYPAL PTE LTD N33000269732 | 轉賬收入 | 972,096.94 | | 23,803,970.66 |
| 30 Aug | GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 156,150.00 | 23,647,820.66 |
| 31 Aug | PAYPAL PTE LTD 4CWJ256C4XPUE | 轉賬收入 | 856,021.43 | | 24,503,842.09 |
| 1 Sep | GOLD/EXCHANGE DEBIT N90100167268 | 購入金/外匯支出 | | 4,467,440.00 | |
| | GOLD/EXCHANGE DEBIT N90100167656 | 購入金/外匯支出 | | 8,933,120.00 | |
| | GOLD/EXCHANGE DEBIT N90100168263 | 購入金/外匯支出 | | 7,817,110.00 | |
| | GOLD/EXCHANGE DEBIT N90100169480 | 購入金/外匯支出 | | 230,099.76 | |
| | GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 2,340,067.48 | |
| | PAYPAL PTE LTD 4CWJ256GD7ZKB | 轉賬收入 | 855,057.00 | | |
| | PAYPAL PTE LTD 4CWJ268P3XDTN HK101091B1789719 | 轉賬收入 | 856,246.99 | | |
| | REM USD64139.44 HK101091B1789719 | 匯出匯款 | | 499,999.00 | |
| | CHARGES N90100191534 | 銀行手續費 | | 110.00 | |
| | GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 371,886.53 | 1,555,313.21 |

**Exchange Rate 匯率**
USD  7.789700    CNY  1.219971    EUR  10.754070

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288



# HSBC ◆◆ 滙 豐

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC |
|---|---|---|---|

## HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 – 港元儲蓄

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 2 Sep | N90200128484 - GOLD/EXCHANGE DEBIT | 購入金/外匯支出 | | 1,555,000.00 | 313.21 |
| Total No. of Deposits: 存入次數總計 | | | 7 | Total No. of Withdrawals: 提取次數總計 | 11 |
| Total Deposit Amount: 存入總額 | HKD | | 11,318,051.07 | Total Withdrawal Amount: 提取總額 HKD | 26,440,411.48 |

## HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 – 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|---|
| USD | 16 Aug | B/F BALANCE | 承前轉結 | | | 64,852.54 |
| | 19 Aug | WITHDRAWAL | 提款 | | 14.13 | |
| | 23 Aug | WITHDRAWAL | 提款 | | 64,100.00 | 738.41 |
| | | WITHDRAWAL | 提款 | | 14.13 | |
| | | WITHDRAWAL | 提款 | | 6,215.00 | |
| | | Internet Ref: BIB- N82200204220 | | 8,888.00 | | 3,397.28 |
| | 24 Aug | DEPOSIT | 存款 | 24,781.63 | | |
| | | WITHDRAWAL | 提款 | | 3,600.00 | |
| | 25 Aug | DEPOSIT | 存款 | | 6.42 | 24,572.49 |
| | | Internet Ref: BIB- N82500163514 | | 12,876.96 | | 37,549.45 |
| | 26 Aug | DEPOSIT | 存款 | 6,148.00 | | 43,697.45 |
| | 30 Aug | DEPOSIT | 存款 | | | |
| | | Internet Ref: BIB- N83000209732 | | 20,000.00 | | 63,697.45 |
| | 31 Aug | WITHDRAWAL | 提款 | | 1,600.00 | |
| | | WITHDRAWAL | 提款 | | 14.14 | |
| | | WITHDRAWAL | 提款 | | 14.14 | |
| | | WITHDRAWAL | 提款 | | 62,000.00 | 69.17 |
| EUR | 16 Aug | B/F BALANCE | 承前轉結 | | | 1,500,000.00 |
| | 17 Aug | DEPOSIT | 存款 | 15,830.79 | | 1,515,830.79 |
| | 22 Aug | DEPOSIT | 存款 | 100,004.58 | | 1,615,835.37 |
| | 23 Aug | WITHDRAWAL | 提款 | | | |
| | | Internet Ref: BIB- N82300126047 | | | 615,835.37 | 1,000,000.00 |
| | 24 Aug | DEPOSIT | 存款 | 49,488.65 | | |
| | | DEPOSIT | 存款 | 9,629.09 | | 1,059,117.74 |
| | 27 Aug | DEPOSIT | 存款 | 49,833.66 | | 1,108,951.40 |
| | 31 Aug | DEPOSIT | 存款 | 11,456.95 | | 1,120,408.35 |
| | 1 Sep | DEPOSIT | 存款 | 49,491.89 | | |
| | | Internet Ref: BIB- N90100166853 | | | | |
| | | DEPOSIT | 存款 | 400,000.00 | | |
| | | Internet Ref: BIB- N90100167268 | | | | |
| | | DEPOSIT | 存款 | 800,000.00 | | |
| | | Internet Ref: BIB- N90100167656 | | | | |
| | | DEPOSIT | 存款 | 700,000.00 | | |
| | | Internet Ref: BIB- N90100168263 | | | | |
| | | DEPOSIT | 存款 | 20,605.89 | | |
| | | Internet Ref: BIB- N90100169480 | | | | |
| | | DEPOSIT | 存款 | 209,493.87 | | |
| | | Internet Ref: BIB- N90100191534 | | | | |
| | 2 Sep | DEPOSIT | 存款 | 33,333.33 | | 3,333,333.33 |
| | | Internet Ref: BIB- N90200129464 | | | | |
| | | DEPOSIT | 存款 | 139,982.90 | | 3,473,316.23 |
| | 7 Sep | DEPOSIT | 存款 | 12,809.86 | | 3,486,126.09 |
| | 8 Sep | DEPOSIT | 存款 | 49,771.52 | | 3,535,897.61 |
| | 10 Sep | DEPOSIT | 存款 | 49,893.04 | | 3,585,790.65 |
| | 14 Sep | DEPOSIT | 存款 | 11,928.09 | | 3,597,718.74 |
| | 15 Sep | DEPOSIT | 存款 | 49,714.37 | | 3,647,433.11 |
| CHF | 16 Aug | B/F BALANCE | 承前轉結 | | | 0.00 |
| CNY | 16 Aug | B/F BALANCE | 承前轉結 | | | 158,946.37 |

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

**184**

C



HSBC **X** 滙 豐

## HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 – 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|---|
| CNY | 24 Aug | WITHDRAWAL | 提款 | | 158,946.37 | 0.00 |

| Total No. of Deposits: 存入次數總計 | | Total No. of Withdrawals: 提取次數總計 | |
|---|---|---|---|
| USD | 5 | USD | 10 |
| EUR | 19 | EUR | 1 |
| CHF | 0 | CHF | 0 |
| CNY | 0 | CNY | 1 |

| Total Deposit Amount: 存款總額 | | Total Withdrawal Amount: 提取總額 | |
|---|---|---|---|
| USD | 72,694.59 | USD | 137,477.96 |
| EUR | 2,763,268.48 | EUR | 615,835.37 |
| CHF | 0.00 | CHF | 0.00 |
| CNY | 0.00 | CNY | 158,946.37 |

## HSBC Business Direct Time Deposits 滙豐「理財易」商務戶口 – 定期存款

| Deposit No. 存款編號 | Currency 貨幣 | Principal Amount 本金 | Interest 年息 | Start/ Maturity Date 息起/到期日 | Principal + Interest 本息 | Balance MI 結餘 |
|---|---|---|---|---|---|---|
| 0001 | USD | 4,000.16 | 0.010000% | 20 Jul 2011/ 22 Aug 2011 | 4,000.20 | |
| | | 4,000.20 | 0.010000% | 22 Aug 2011/ 22 Sep 2011 | 4,000.23 | 4,000.20 |
| 0002 | EUR | 100,000.00 | 0.050000% | 20 Jul 2011/ 22 Aug 2011 | 100,004.58 | |

### Deposit Plus 高息投資存款

| Deposit No. 存款編號 | Principal Amount (Deposit)/(Linked) 本金「存款貨幣」/「掛鈎貨幣」 | | Interest 年息 | Start/ Maturity Date 息起/到期日 | Principal + Interest 本息 | Balance MI 結餘 |
|---|---|---|---|---|---|---|
| 0003 | HKD/CHF | 100,000.00 | 6.688500% | 20 Jul 2011/ HKD 19 Aug 2011 | 100,549.74 | |
| | Conversion Rate 換應匯率 | 9.4265 | | | | |
| | Final Exchange Rate 結算匯率 | 9.7942 | | | | |

---

### Special Privileges 尊享優惠

Thank you for maintaining your average Total Relationship Balance at $25,125,099.95 from 1 Jun 2011 to 31 Aug 2011. As a token of our appreciation, your monthly service fee has been waived.
多謝您於2011年6月1日至2011年8月31日期間，將全面理財總值平均維持於$ 25,125,099.95。為感謝您的支持，本期服務月費全免。

---

### Others 其他

Based on the average daily credit balance of your Business Integrated Account last month, you may now enjoy a maximum of HK$10,000 overdraft protection during the current calendar month (subject to adherence of other terms and conditions).
根據您上月本業務綜合戶口內的每日平均結餘，您可於本月份內享用高達港幣10,000元的透支保障服務（必須同時符合其他戶口條款）。

NOTE NO. 5

---

# Exhibit D

| Date | Total $ U.S. Withdrawn from HSBC | | Total EUR Withdrawn from HSBC | | Total Swiss Francs Withdrawn from HSBC | | Total Chinese Yuan Withdrawn from HSBC | |
|------|---:|---|---:|---|---:|---|---:|---|
| 7/16/2011 | $ | 45,009.91 | $ | 812,336.47 | $ | - | $ | - |
| 8/16/2011 | $ | 306,234.04 | $ | 1,828,283.97 | $ | 500,000.00 | $ | 250,176.76 |
| 9/16/2011 | $ | 137,477.96 | $ | 615,835.37 | | | $ | 158,946.37 |
| **TOTALS** | $ | 488,721.91 | $ | 3,256,455.81 | $ | 500,000.00 | $ | 409,123.13 |

**U.S. Dollar Equivlents**

| Date | Total $ U.S. Withdrawn from HSBC | | Total EUR Withdrawn from HSBC | | Total Swiss Francs Withdrawn from HSBC | | Total Chinese Yuan Withdrawn from HSBC | |
|------|---:|---|---:|---|---:|---|---:|---|
| 7/16/2011 | $ | 45,009.91 | $ | 1,169,317.77 | $ | - | $ | - |
| 8/16/2011 | $ | 306,234.04 | $ | 2,631,723.45 | $ | 638,284.32 | $ | 39,185.63 |
| 9/16/2011 | $ | 137,477.96 | $ | 886,464.25 | | | $ | 24,896.05 |
| **TOTALS** | $ | 488,721.91 | $ | 4,687,505.47 | $ | 638,284.32 | $ | 64,081.68 |

Total U.S. equivlant withdrawn from account  in July, Aug. and Sept. 2011          **$      5,878,593.38**