D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br>        vs.<br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | **Case No.: 12-4500 (CRB)**<br><br>**DECLARATION OF PETER PHINNEY IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S OPPOSITION TO FF MAGNAT LIMITED'S MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION**<br><br>Date: February 15, 2013*<br>Time: 10:00 a.m.<br>CtRm: 6, 17th Fl.<br><br>* subject to change to March 8, 2013 per stipulation and subject to Court approval. |

I, Peter Phinney, declare:

    1.    The facts stated in this declaration are true of my own personal knowledge, except as to any matters stated on information and belief, and as to those matters, I am

-1-

informed and believe them to be true. If called as a witness in this matter, I could and would competently testify to the matters set forth below.

2. As explained in earlier declarations, I am one of the owners of Porn Guardian, a company that offers a range of antipiracy services to content owners, particularly in the adult entertainment and production industry. I have considerable experience working with the adult entertainment industry and understand various business models and payment structures including the affiliate structure.

3. I have had extensive interactions with oron.com and its company representatives. The individual Porn Guardian most consistently corresponded with was Roman Romanov (sometimes spelled Romanoff). When the website was in operation, I thoroughly examined the website, including its terms of use and its affiliate payment structure.

4. To my knowledge, Oron only made money by selling premium subscriptions. There was no advertisement on the website. The purchase of a subscription allowed the subscriber to download files from Oron's servers much more quickly than if a subscription was not purchased. It also allowed the subscriber to download multiple files at the same time and if an Internet connection was interrupted, a subscriber could continue with the same download once the Internet connection was restored. Non-subscribers would have to start downloading a file from the beginning.

-2-
DECLARATION OF PETER PHINNEY IN SUPPORT OF OPPOSITION
TO MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION
C-12-4500 (CRB)

5. A user did not have to upload content to Oron's servers in order to purchase a subscription to access the files stored on Oron's servers. Anyone could purchase a subscription to access files on Oron's servers.

6. Thus the success of Oron's business was dependent upon having files on its servers that many people wanted access to. In order to ensure that there were a lot of popular files on Oron's servers, Oron encouraged affiliates to upload popular content by offering financial incentives. Each time a user purchased a subscription in order to access a file more quickly and efficiently, Oron would pay the individual affiliate who uploaded the files to Oron's servers and the website affiliate that facilitated the distribution of the links to the files.

7. Affiliate models are an important and well know element of the online adult entertainment industry. There are many examples of legitimate affiliate models. For example, one popular model is an affiliate who operates a review blog where he or she reviews or rates new releases from adult production studios. These affiliates place links on the reviewing website to the production studio's website and if a user clicks on the link and makes a purchase form the studio's website, the studio pays a percentage of the sale to the referring affiliate. Although there are many variations on this model, the one thing all affiliate models have in common is that they use affiliate software to meticulously track sales in order that the Studio can track how much money is due to each referring affiliate. Affiliate software typically allows the affiliates to log on to the studio's affiliate website in order to track sales in real time. This allows an affiliate to verify the amounts it is due. Affiliate software is extremely robust and typically provides a wide range of analytical information (or

-3-

metrics) so that both the studios and the affiliates can track which products sell the best and what drives those sales.  These affiliate relationships and the robust software that supports them is an iatrical part of the online adult entertainment industry.  No affiliate program can operate without the use of affiliate sale tracking software.

8.   Although not a legitimate model because it relies on selling access to intellectual property that does not belong to it, Oron's affiliate program is identical to other affiliate programs.  Oron paid two types of affiliates - individual affiliates who uploaded the infringing files to Oron's servers (thereby creating a huge collection of files potential subscribers would want access to) and website affiliates (who provided the web locations for distributing the links to a wide audience).  Oron's program of rewarding two types of affiliates with cash payments when subscription sales were generated could not have operated without the use of a robust affiliate sale tracking software.

9.   PornBB.org was Oron's primary website affiliates.  PornBB.org is a bulletin board (thus the BB in the website's name).  PornBB.org was an important element of Oron's success because it commanded a large amount of traffic.   PornBB,org is a very popular website because it is a place individuals can obtain access to adult films for free or very little.  The popularity of the site can be demonstrated in two ways.  The website Alexa.com, is the standard tool used to determine how popular a website is compared to other websites.  **Exhibit A** to this declaration shows the current Alexa report for pornbb.org.  Alexa currently ranks pornbb.org as the 2,568th most popular website in the world.  Considering the vastness of the Internet, this is a very high ranking.  Another useful tool for determining the popularity

-4-
DECLARATION OF PETER PHINNEY IN SUPPORT OF OPPOSITION
TO MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION
C-12-4500 (CRB)

of a website is trafficestimate.com.  As the name indicates, this tool provides an estimate of how much traffic a website receives.  Attached as **Exhibit B** is the current trafficestimate.com report for pornbb.org.  It shows that pornbb.org received an estimated 5,702,800 visitors in the last thirty days, or an average of 190,000 visitors per day.

10. On behalf of DataTech Enterprises, Porn Guardian requested removal or directly removed 42,356 files from Oron's servers that contained DataTech copyrighted works.  Of those 42,356 files, 13,656 (or about 1/3) were linked to from pornbb.org - a website that receives approximately 190,000 visitors a day.  Anyone of those visitors could click on any of the 13,656 links and download a file with infringing DataTech content for free.  More than one person could download each file.  If a user wanted to download more than one of the files at a time, the user could purchase an Oron subscription.  Oron would then pay a portion of the revenue from the subscription to pornbb.org as a website affiliate and a portion to the uploading individual affiliate who placed the file on Oron's servers and posted the links on pornbb.org for distribution to its vast number of daily visitors.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: 27 January, 2012        _____
                                Peter Phinney

# Exhibit A

Case 3:12-cv-04500-CRB   Document 74-2   Filed 01/28/13   Page 7 of 9



Search for more

-

# pornbb.org

Free Porn Videos, Fast & Free Porn Forum



- **Get Certified Metrics**
- **Edit This Listing**
- **What are Certified Site Metrics?**

This site is **claimed**.
This site's metrics are **not certified**.

Free Porn Videos, Fast &amp; Free Porn Forum : Free Porn videos - Free instant porn, no sign up required - fastest free porn site on the net - pornbb.org

## Statistics Summary for pornbb.org

Pornbb.org has a three-month global Alexa traffic rank of 2,568. This site's visitors view an average of 13.1 unique pages per day. Visitors to it spend approximately eight minutes per visit to... **Show More**

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| 🌐 2,568<br>Global Rank | 🇺🇸 2,399<br>Rank in **US** | **1,297**<br>Sites Linking In | 1 Star<br>1 Review |

**Did you know?** You can get the most accurate rank possible by certifying your site's metrics. **Find out how.**

## Is pornbb.org your site?

Get the most from Alexa with these services!

- **Improve your SEO**
- **Get Certified Metrics**
- **Claim your site**
- **Edit your site listing**
- **Build a custom toolbar**
- **Get widgets**

Customize your site listing with your logo, plus add links back to your site find much more! Enhanced Site Listings are just one of the features you get with an **Alexa PRO** subscription. **Learn more about Enhanced Site Listings**.

I want an **Alexa PRO** subscription.

# Exhibit B

pornbb.org Website Traffic and Information | TrafficEstimate.com                                             http://www.trafficestimate.com/pornbb.org
Case 3:12-cv-04500-CRB   Document 74-2   Filed 01/28/13   Page 9 of 9



example: businessweek.com or sports

**HOME**  **WEBSITES**  **KEYWORDS**  **TOOLS**

## pornbb.org Website Traffic and Information

TrafficEstimate.com has not yet profiled this domain. However, traffic stats are compiled based on the most recent data available.

### Pornbb.org Traffic Estimate

**Estimated Monthly Traffic (visits) for Pornbb.org - By Month**

Pornbb.org has received an estimated 5,702,800 visits over the last 30 days.

The number of visits differs from visitors (or unique visitors). Visits includes multiple visits from the same individual (repeat visits).

### Pornbb.org SEO Information

| Alexa Rank | 2565 |
|---|---|

© 2013 TrafficEstimate.com - Websites | Keywords | SEO Tools
Browse websites by name: A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z