D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>        vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | **Case No.: 12-4500 CRB**<br><br>**[PROPOSED] ORDER DENYING DEFENDANT FF MAGNAT LIMITED'S MOTION FOR RELEIF FROM PRELIMINARY INJUNCTION**<br><br>Date: February 15, 2013*<br>Time: 10:00 a.m.<br>CtRm: 6, 17th Fl.<br><br>* subject to change to March 8, 2013 per stipulation and subject to Court approval. |

This action arises from alleged copyright infringement of DataTech Enterprises, LLC's ("DataTech") works on websites owned and/or operated by FF Magnat Limited d/b/a Oron.com ("Oron"). This Court issued a preliminary injunction on September 14, 2012 freezing the Defendants' funds in every bank or financial institution in the United States and

-1-

enjoining the Defendants from disgorging or dissipating any funds, property, domain names, or other assets until further notice.  Dkt. 35.

The Court previously issued an Order granting partial relief from the preliminary injunction allowing Defendant access to $125,000 for the purpose of defending this action. Dkt. 23.  Defendant FF Magnat filed a second motion requesting limited relief from the Preliminary Injunction (Dkt. 52) which the Court denied.   Dkt. 58.  In its Order denying relief the Court noted that FF Magnat had never presented any documentation or firm detail regarding the extent of the assets frozen under the Court's Order." *Id*.

FF Magnat still has not provided any documentation to the Court verifying the amounts currently frozen.  Moreover, FF Magnat has not offered any explanation as to the location of $5.7 dollars of foreign currencies it withdrew from its Hong Kong bank account in July, August, and September of 2011.  If FF Magant withdrew similar amounts during the subsequent year, there is nearly $30 million of unaccounted for assets.

Accordingly, the Court **HEREBY DENIES** Defendant's Motion.

**IT IS SO ORDERED**

DATED:_____      _____
                                  CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
C-12-4500 CRB