|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,

Plaintiff

vs.

FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).

Defendants.

Case No. C-12-4500 CRB

[~~PROPOSED~~] ORDER ON DEFENDANT FF MAGNAT LIMITED'S REQUEST TO APPEAR TELEPHONICALLY AT JANUARY 25, 2013 HEARING ON MOTION TO EXTEND PRELIMINARY INJUNCTION

Judge:        Hon. Charles R. Breyer
Courtroom:  Courtroom 6 – 17th Floor

The Court hereby GRANTS Defendant FF Magnat Limited's Request to Appear Telephonically at ~~January 25~~ **March 8,** 2013 Hearing on Motion to Extend Preliminary Injunction.

Attorney Valentin Gurvits will make himself available to receive the Court's telephone call the morning of ~~January 25~~ **March 8,** 2013 starting at 10:00am Pacific Standard Time at the telephone number 617-928-1804. Mr. Gurvits will also make whatever other arrangements as the Court may direct.

**IT IS SO ORDERED.**

Dated:   January 29, 2013



THE HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE