| | |
|---|---|
| 1 | KENNETH E. KELLER (71450) kkeller@kksrr.com<br>STAN F. ROMAN (87652) sroman@kksrr.com |
| 2 | MICHAEL D. LISI (196974) mlisi@kksrr.com<br>**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP** |
| 3 | 555 Montgomery Street, 17th Floor<br>San Francisco, CA 94111 |
| 4 | Tel:   (415) 249-8330<br>Fax:   (415) 249-8333 |
| 5 | |
| 6 | **EVAN FRAY-WITZER** evan@CFWLegal.com<br>**CIAMPA FRAY-WITZER, LLP** |
| 7 | 20 Park Plaza, Suite 505<br>Boston, MA 02116 |
| 8 | Tel:   (617) 426-0000<br>Fax:   (617) 507-8043 |
| 9 | *Admitted Pro Hac Vice* |
| 10 | **VALENTIN GURVITS** vgurvits@bostonlawgroup.com<br>**BOSTON LAW GROUP, PC** |
| 11 | 825 Beacon Street, Suite 20<br>Newton Centre, MA 02459 |
| 12 | Tel:   (617) 928-1804<br>Fax:   (617) 928-1802 |
| 13 | *Admitted Pro Hac Vice* |
| 14 | Attorneys for Defendant FF MAGNAT LIMITED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company, | Case No. C-12-4500 CRB |
| Plaintiff | **DECLARATION OF STANISLAV DAVIDOGLOV IN SUPPORT OF DEFENDANT FF MAGNAT LIMITED'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION** |
| vs. | |
| FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias). | |
| Defendants. | |

1
DECLARATION OF STANISLAV DAVIDOGLOV IN SUPPORT OF
REPLY IN SUPPORT OF MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION
CASE NO. C-12-4500 CRB

I, Stanislav Davidoglov, declare and state as follows:

1. I am the sole shareholder of defendant FF Magnat Limited d/b/a Oron.com ("Oron") in the above referenced action. I make this declaration in support of FF Magnat Limited's Reply in Support of its Motion For Relief From Preliminary Injunction. If called as a witness, I could and would so completely testify.

2. Oron currently has 7,447,154.70 Hong Kong Dollars frozen in its HSBC Bank Account in Hong Kong. At the current rate of exchange, this is approximately US $960,500.20. I have attached as <u>Exhibit A</u> statement from HSBC dated January 16, 2013 evidencing Oron's assets in its HSBC account. This amount is slightly different from previous accountings because part of Oron's funds are held in other currencies and the exchange rate to Hong Kong dollars has fluctuated.

3. Oron currently has US $657,511.69 frozen in its account with PayPal. I have attached as <u>Exhibit B</u> a recent "print-screen" of Oron's PayPal account evidencing Oron's current assets. This amount is slightly different from previous accountings because part of Oron's funds held in PayPal are held in other currencies and the exchange rate to US dollars has fluctuated.

4. AlertPay, which now does business as Payza, has told Oron that it holds US$53,259.41 and € 539.11 frozen in Oron's account. Oron does not have any further official documentation evidencing this balance.

5. It is only an estimate because the vendor is refusing to communicate with Oron, but Oron estimates that there is somewhere between $0 and $50,000 frozen in its account with CCBill. Oron is unable to get official current documentation from CCBill regarding its current account balance.

6. I have been informed by LeaseWeb B.V., the company which provided hosting services to Oron, that all of Oron's data on LeaseWeb's servers have been irretrievably erased as a result of Oron's inability to pay LeaseWeb following the freeze of Oron's funds.

7. All backups of Oron's data were on LeaseWeb's servers as well. As a result, Oron does not have any access to any user files, Oron's website itself, databases of company records, information regarding affiliates and payments (other than those held by third-party vendors such as PayPal), information regarding user accounts, records of payments to Oron (other than those held by third-party vendors such as PayPal), and any other data that was on the LeaseWeb servers.

8. I don't know how DataTech's counsel, looking at the plain bank statements from HSBC which it referenced in its response to Oron's Motion for Relief, could have come up with the idea that Oron withdrew over five million dollars during the time covered by the statements, but it is untrue as is clear from the bank statements themselves. The amount that was withdrawn from Oron's HSBC account according to those statements was approximately $552,803.59. The rest of the withdrawals that DataTech references were conversions of currencies made in the hopes of making money on foreign currency exchanges.

3
DECLARATION OF STANISLAV DAVIDOGLOV IN SUPPORT OF
REPLY IN SUPPORT OF MOTION FOR RELIEF FROM PRELIMINARY INJUNCTION
CASE NO. C-12-4500 CRB

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of February, 2013, in Chisinau, Moldova.

_/s/ Stanislav Davidoglov_
Stanislav Davidoglov

# EXHIBIT A

HSBC 滙豐

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單

FF MAGNAT LIMITED
ROOM 611 6/F
FOOK CHEONG BUILDING
63 HOI YUEN ROAD
KWUN TONG KLN

Number 戶口號碼:　614-024354-838

Branch 分行:　KOWLOON BAY CVC

Page 1 of 3

16 January 2013

M

### HSBC Business Direct Portfolio Summary 滙豐「理財易」商務戶口資產摘要

|  | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---:|
| Total balance in HKD 港元結餘 | 1,079,171.75 |
| Total balance in Foreign Currency 外幣結餘 | 6,367,982.95 |
| Total balance in Wayfoong Statement Gold 黃金券結餘 | 0.00 |
| Total balance in Overdraft 總透支 | 0.00 |
| Net Position 淨額 | 7,447,154.70 |

### Asset Portfolio 資產組合



|  | HKD Equivalent 參考貨幣等值 | % 百分比 |
|---|---:|---:|
| HKD Deposits 港元存款 | 1,079,171.75 | 14.5% |
| FCY Deposits 外幣存款 | 6,367,982.95 | 85.5% |

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口　☎ 2748 8288

08 IPSSTM0003



**HSBC Business Direct Statement**
滙豐「理財易」商務戶口結單

| Number 戶口號碼 | 614-024354-838 | Branch 分行 | KOWLOON BAY CVC |
|---|---|---|---|

Page 2 of 3

16 January 2013

## Portfolio Summary 資產摘要

### HSBC Business Direct 滙豐「理財易」商務戶口

|  | Account Number 戶口號碼 | CCY 貨幣 | Balance 結餘 (DR=Debit 結欠) | HKD Equivalent 參考貨幣等值 (DR=Debit 結欠) |
|---|---|---|---|---|
| **Deposits 存款** | | | | |
| HKD Savings 港元儲蓄 | 614-024354-838 | HKD | 1,079,171.75 | 1,079,171.75 |
| Foreign Currency Savings 外幣儲蓄 | | USD | 46,977.17 | 364,192.86 |
| | | EUR | 579,940.91 | 5,972,738.94 |
| | | CHF | 0.18 | 1.50 |
| | | CNY | 26.91 | 33.56 |
| Foreign Currency Time Deposits 外幣定期存款 | | USD | 4,000.76 | 31,016.09 |
| Total 總計 | | | | 7,447,154.70 |

## Account Activities 戶口進支紀錄

### HSBC Business Direct HKD Savings 滙豐「理財易」商務戶口 – 港元儲蓄

| Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|
| 15 Dec | B/F BALANCE | 承前轉結 | | | 1,079,169.63 |
| 28 Dec | CREDIT INTEREST | 利息收入 | 2.12 | | 1,079,171.75 |
| Total No. of Deposits: 存入次數總計 | | | 1 | Total No. of Withdrawals: 提取次數總計 | 0 |
| Total Deposit Amount: 存入總額 | HKD | | 2.12 | Total Withdrawal Amount: 提取總額  HKD | 0.00 |

### HSBC Business Direct Foreign Currency Savings 滙豐「理財易」商務戶口 – 外幣儲蓄

| CCY 貨幣 | Date 日期 | Transaction Details 進支詳情 | | Deposit 存入 | Withdrawal 提取 | Balance 結餘 |
|---|---|---|---|---|---|---|
| USD | 15 Dec | B/F BALANCE | 承前轉結 | | | 46,976.94 |
|  | 28 Dec | CREDIT INTEREST | 利息收入 | 0.23 | | 46,977.17 |
| EUR | 15 Dec | B/F BALANCE | 承前轉結 | | | 579,911.44 |
|  | 28 Dec | CREDIT INTEREST | 利息收入 | 29.47 | | 579,940.91 |
| CHF | 15 Dec | B/F BALANCE | 承前轉結 | | | 0.18 |
| CNY | 15 Dec | B/F BALANCE | 承前轉結 | | | 26.91 |

| Total No. of Deposits: 存入次數總計 | USD | 1 | Total No. of Withdrawals: 提取次數總計 | USD | 0 |
|---|---|---|---|---|---|
| | EUR | 1 | | EUR | 0 |
| | CHF | 0 | | CHF | 0 |
| | CNY | 0 | | CNY | 0 |
| Total Deposit Amount: 存入總額 | USD | 0.23 | Total Withdrawal Amount: 提取總額 | USD | 0.00 |
| | EUR | 29.47 | | EUR | 0.00 |
| | CHF | 0.00 | | CHF | 0.00 |
| | CNY | 0.00 | | CNY | 0.00 |

### HSBC Business Direct Time Deposits 滙豐「理財易」商務戶口 – 定期存款

| Deposit No. 存款編號 | Currency 貨幣 | Principal Amount 本金 | Interest 年息 | Start/Maturity Date 起息/到期日 | Principal + Interest 本息 | Balance 結餘 | MI |
|---|---|---|---|---|---|---|---|
| 0001 | USD | 4,000.72 | 0.010000% | 6 Dec 2012/ 7 Jan 2013 | 4,000.76 | | |
| | | 4,000.76 | 0.010000% | 11 Jan 2013/ 14 Feb 2013 | 4,000.80 | 4,000.76 | 1 |

**Exchange Rate** 匯率

| USD | 7.752550 | CHF | 8.328463 | CNY | 1.247293 | EUR | 10.298875 |
|---|---|---|---|---|---|---|---|

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

HSBC Business Direct 滙豐「理財易」商務戶口 ☎ 2748 8288

08 IPSSTM0003

HSBC Business Direct Statement
滙豐「理財易」商務戶口結單



| | | | |
|---|---|---|---|
| Number<br>戶口號碼 | 614-024354-838 | Branch<br>分行 | KOWLOON BAY CVC |

Page 3 of 3

16 January 2013

**Special Privileges** 專享優惠

Thank you for maintaining your average Total Relationship Balance at $7,752,352.23 from 1 Oct 2012 to 31 Dec 2012. As a token of our appreciation, your monthly service fee has been waived.
多謝您於2012年10月1日至2012年12月31日期間，將全面理財總值平均維持於 $ 7,752,352.23。為感謝您的支持，本期服務月費全免。

The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

Thank you for choosing HSBC. 多謝選用滙豐服務.

08 IPSSTM0003

# EXHIBIT B

# EXHIBIT B

