## World's Biggest Banks By Assets

| Rank | Bank | Country | Total Assets ($m) | Statement Date |
|---|---|---|---|---|
| 1 | Deutsche Bank | Germany | 2,799,977 | 12/31/2011 |
| 2 | HSBC Holdings | United Kingdom | 2,555,579 | 12/31/2011 |
| 3 | BNP Paribas | France | 2,542,738 | 12/31/2011 |
| 4 | Industrial and Commercial Bank of China | China | 2,456,287 | 12/31/2011 |
| 5 | Mitsubishi UFJ Financial Group | Japan | 2,447,950 | 3/31/11 |
| 6 | Crédit Agricole | France | 2,431,796 | 12/31/2011 |
| 7 | Barclays Group | United Kingdom | 2,417,327 | 12/31/2011 |
| 8 | Royal Bank of Scotland | United Kingdom | 2,329,726 | 12/31/2011 |
| 9 | JPMorgan Chase | United States | 2,265,792 | 12/31/2011 |
| 10 | Bank of America | United States | 2,129,046 | 12/31/2011 |