

# HSBC North America Holdings Inc.

**Who we are**
**HSBC North America Holdings Inc.** is the holding company for HSBC Holdings plc's operations in the United States and, at 30 September 2012, had assets of US $320.8bn (US GAAP). The company's businesses serve customers in the following key areas: retail banking and wealth management, commercial banking, private banking, and global banking and markets.

**Line of businesses**
**HSBC Bank USA, National Association,** with total assets of $196bn as of 30 September 2012 (US GAAP), serves 3 million customers through retail banking and wealth management, commercial banking, private banking, asset management, and global banking and markets segments. It operates more than 250 bank branches throughout the United States. There are over 165 in New York State as well as branches in: California; Connecticut; Delaware; Washington, D.C.; Florida; Maryland; New Jersey; Pennsylvania; Oregon; Virginia; and Washington State. HSBC Bank USA, N.A. is the principal subsidiary of HSBC USA Inc., an indirect, wholly-owned subsidiary of HSBC North America Holdings Inc. HSBC Bank USA, N.A. is a member of the FDIC.

*Retail Banking and Wealth Management* provides a broad range of financial products and services including loans, residential mortgages and home equity lines of credit, deposits and branch services. Brokerage products and services are provided through the broker/dealer affiliate, HSBC Securities (USA) Inc., a member of NYSE/FINRA/SIPC.  Securities and certain annuity products are not a deposit or obligation of the Bank, are not guaranteed by the Bank or any of its affiliates, and are not insured by the FDIC or any other U.S. federal government agency. HSBC Premier is the bank's global personal banking service for internationally connected consumers.

*Commercial Banking,* a division of HSBC Bank USA, N.A, together with the other members of the HSBC Group, serve more than 3.5 million customers worldwide, from small enterprises to large multinationals, in over 60 developed and emerging markets around the world. Whether it is working capital, trade finance or payments and cash management solutions, we provide the tools and expertise that businesses need to thrive. With a heritage stretching back nearly 150 years, and a global network covering three quarters of global commerce, it makes HSBC the world's leading international trade and business bank.

*Global Banking and Markets* is an emerging markets-led and financing-focused business that provides tailored financial solutions to major government, corporate and institutional clients worldwide.  HSBC manages its Global Banking and

Fact sheet

Markets operations as a global business and maintains offices in more than 60 countries and territories. Global Banking and Markets offers clients geographic reach and deep local knowledge. In the United States, it offers a full range of tailored financial products and services through the HSBC Bank USA, N.A. and HSBC Securities (USA) Inc.

*Private Bank,* a division of HSBC Bank USA, N.A., offers a wide range of wealth management and specialist advisory services for high net worth individuals and families with local and international needs, including banking, liquidity management, investment services, custody services, tailored lending, wealth planning, trust and fiduciary services, insurance, family wealth and philanthropic advisory services. In addition, HSBC Private Bank professionals are able to leverage HSBC's global capabilities, resources and expertise -- including capital markets, commercial real estate and middle market lending -- on behalf of clients to deliver services and solutions for all aspects of their wealth management needs.

**HSBC Finance Corporation**, through its subsidiaries, owns and services a liquidating portfolio of residential real estate loans and unsecured loans, and also provides specialty insurance products.  HSBC Finance is a subsidiary of HSBC North America Holdings Inc.

The following are the primary businesses that make up HSBC Finance Corporation:

*Consumer and Mortgage Lending* services a liquidating portfolio of unsecured and residential real estate loans and secured consumer loans.

### Management
Irene Dorner is President and Chief Executive Officer of HSBC North America Holdings Inc. and HSBC USA, overseeing HSBC Bank USA, N.A. and HSBC Finance Corporation.

### Location
HSBC North America is headquartered in New York City.

### Media Contacts
Media Relations - Mettawa, IL: 224-880-8055 or New York, NY: 212-525-5658
Website: www.us.hsbc.com

### HSBC Holdings plc
HSBC Holdings plc, the parent company of the HSBC Group, is headquartered in London. The Group serves customers worldwide from around 6,900 offices in over 80 countries and territories in Europe, the Asia-Pacific region, North and Latin America, and the Middle East and North

Africa. With assets of US$2,721bn at 30 September 2012, the HSBC Group is one of the world's largest banking and financial services organisations.

(December 2012)