UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>　　　　Defendants. | Case No. C-12-4500 CRB<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Judge:　　Hon. Charles R. Breyer<br>Courtroom:　Courtroom 6 – 17th Floor |

　　　Plaintiff DataTech Enterprises, LLC ("Plaintiff") and Defendants FF Magnat Limited d/b/a Oron.com and Stanislav Davidoglov (collectively, "Defendants") hereby move for entry of a protective order in this action pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. Plaintiff and Defendants believe that the entry of a protective order is necessary to protect trade secrets and other confidential research, development, technical, or commercial information that may be produced or provided by the parties or non-parties. The parties have agreed to the terms of the attached Stipulated Protective Order for Standard Litigation, which is this Court's approved model form for a protective order, and request that it be entered.

\\

\\

\\

\\

Respectfully submitted,

By: _____  
D. Gill Sperlein  
The Law Office of D. Gill Sperlein  
345 Grove Street  
San Francisco, CA 94102  
Tel: (415) 404-6615  
Fax: (415) 404-6616  
gill@sperleinlaw.com  

*Attorneys for Plaintiff*

By: /s/ Val Gurvits_____

Valentin Gurvits (*pro hac vice*)  
Boston Law Group, PC  
825 Beacon Street, Suite 20  
Newton Centre, MA 02459  
Tel: (617) 928-1804  
Fax: (617) 928-1802  
vgurvits@bostonlawgroup.com  

Evan Fray Witzer (*pro hac vice*)  
Ciampa Fray-Witzer, LLP  
20 Park Plaza, Suite 505  
Boston, MA 02116  
Tel: (617) 426-0000  
Fax: (617) 507-8043  
evan@cfwlegal.com  

Kenneth E. Keller (71450)  
Stan F. Roman (87652)  
Michael D. Lisi (196974)  
Krief, Keller, Sloan, Roman & Holland LLP  
555 Montgomery Street, 17th Floor  
San Francisco, CA 94111  
Tel: (415) 249-8330  
Fax: (415) 249-8333  
kkeller@kksrr.com  
sroman@kksrr.com  
mlisi@kksrr.com  

*Attorneys for FF Magnat Limited and Stanislav Davidoglov*

Dated: February _7_, 2013