UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

DATATECH ENTERPRISES, LLC,

    Plaintiff,

    v.

FF MAGNAT LIMITED, et al.,

    Defendants.

No. C 12-4500 CRB

**ORDER RE: ATTENDANCE AT ENE**

Date: March 11, 2013
Evaluator: Stuart Gasner

    IT IS HEREBY ORDERED that the request to excuse defendant Stanislav Davidoglov from appearing in person at the March 11, 2013, ENE session before Stuart Gasner is GRANTED. Regardless of the time difference, Mr. Davidoglov shall actively participate by telephone in the ENE in accordance with ADR L.R. 5-10(f), and defendants shall bear the costs of such telephonic participation throughout the duration of the session.

    IT IS SO ORDERED.

February 14, 2013    By: _____
Dated                                 Maria-Elena James
                                        United States Magistrate Judge