1 **KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN F. ROMAN** (87652) sroman@kksrr.com
2 **MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
3 555 Montgomery Street, 17th Floor
San Francisco, CA 94111
4 Tel:    (415) 249-8330
Fax:   (415) 249-8333
5

**EVAN FRAY-WITZER** evan@CFWLegal.com
6 **CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
7 Boston, MA 02116
Tel:    (617) 426-0000
8 Fax:   (617) 507-8043
*Admitted Pro Hac Vice*
9

**VALENTIN GURVITS** vgurvits@bostonlawgroup.com
10 **BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
11 Newton Centre, MA 02459
Tel:    (617) 928-1804
12 Fax:   (617) 928-1802
*Admitted Pro Hac Vice*
13

Attorneys for Defendant FF MAGNAT LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>           Plaintiff<br><br>     vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>           Defendants. | Case No. C-12-4500 CRB<br><br>**DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF FF MAGNAT'S OPPOSITION TO DATATECH'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1
DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF
DEFENDANT'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. C-12-4500 CRB

I, Matthew Shayefar, declare and state as follows:

1. I am a member of the Bar of the Commonwealth of Massachusetts and counsel to Defendant FF Magnat Limited ("FF Magnat"). I make this declaration in support of FF Magnat Limited's Opposition to Datatech's Motion for Partial Summary Judgment.

2. On the morning of February 4, 2013, at approximately 8:45am, I called the general questions phone line of the United States Copyright Office as listed on the Copyright Office's website at www.copyright.gov/help.

3. I asked the operator about how I would be able to retrieve from the Copyright Office a previously filed DMCA Agent designation form for FF Magnat. I explained that FF Magnat had already filed an amended form and the previous form was no longer available on the Copyright Office's website.

4. The operator then transferred me to Mr. George Thuronyi, who told me that he will forward me a copy of the original designation form. I provided Mr. Thuronyi with my email address.

5. At 9:14am on the same day, February 4, 2013, Mr. Thuronyi emailed me a copy of FF Magnat's previously filed designation of DMCA agent form filed on February 14, 2011. I have attached a copy of the email I received from Mr. Thuronyi as Exhibit 1 hereto and a copy of the February 14, 2011 DMCA form that Mr. Thuronyi attached to his email as Exhibit 2 hereto.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of February, 2013, in Newton Centre, MA.

                                       /s/ Matthew Shayefar
                                       Matthew Shayefar

# Exhibit 1

## FF Magnat

**George Thuronyi** <gthu@loc.gov>  Mon, Feb 4, 2013 at 9:14 AM
To: Matthew Shayefar <matt@bostonlawgroup.com>

Matthew,

I was able to find the designation of agent form you were looking for and have attached it here.  Please let me know if you need anything further.

Sincerely,

George Thuronyi

_____
George Thuronyi
Acting Chief
Information & Records Division
U.S. Copyright Office
(202) 707-6866

 **ffmagnat-1.pdf**
79K

Exhibit 2

# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** FF MAGNAT LIMITED

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** www.oron.com, oron.com, ORON

**Address of Service Provider:** 611, Fook Cheong Building, 63 Hoi Yuen, Kwun Tong, HK

**Name of Agent Designated to Receive Notification of Claimed Infringement:** TAM Lai Sheung

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): Room 611, Fook Cheong Building, 63 Hoi Yuen Road, Kwun Tong, Hong Kong

**Telephone Number of Designated Agent:** +1 303-256-0360

**Facsimile Number of Designated Agent:** +1 303-256-0360

**Email Address of Designated Agent:** support@oron.com

Signature of Officer or Representative of the Designating Service Provider: Date: 02/04/11

Typed or Printed Name and Title: TAM Lai Sheung, CEO

Note: This Interim Designation Must be Accompanied by a Filing Fee* Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
**Copyright RRP**
**P.O. Box 71537**
**Washington, DC 20024**


162710578

Scanned MAR 03 2011

Received FEB 14 2011 Copyright Office