D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>   Plaintiff,<br>         vs.<br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>   Defendants. | **Case No.: 12-4500 CRB**<br><br>**DECLARATION OF PETER PHINNEY IN SUPPORT OF DATATECH ENTERPRISES, LLC'S REPLY TO DEFENDANT FF MAGNAT'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 8, 2013<br>Time: 10:00 a.m.<br>Ctrm: 6, 17th Floor |

I, Peter Phinney, declare:

   1.   I am a partner in Porn Guardian a company that provides anti piracy services to adult film production companies.

-1-

2. DataTech Enterprises, Inc. hired Porn Guardian to locate infringements on the Internet and to send take down notices on their behalf.

3. On behalf of DataTech, Porn Guardian sent 1,007 takedown notices to oron.com prior to February 14, 2011.

4. As part of the take down services Porn Guardian offers its customers, we always examine websites for the display of registered agent information. Neither I, nor my business partner ever witnessed any registered agent information displayed on oron.com.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated:   *February 21, 2013*   _____
                               Peter Phinney

-2-

DECLARATION OF PETER PHINNEY IN SUPPORT OF
REPLY RE MOTION FOR SUMMARY JUDGMENT
12-4500 CRB