# Declaration of D. Gill Sperlein

# Exhibit C

Declaration of D. Gill Sperlein in Support of Plaintiff DataTech Enterprises, LLC's
Opposition to Motion for Summary Judgment
C-12-4500 CRB

**KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN F. ROMAN** (87652) sroman@kksrr.com
**MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:    (415) 249-8330
Fax:    (415) 249-8333

**EVAN FRAY-WITZER** evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:    (617) 426-0000
Fax:    (617) 507-8043
*Admitted Pro Hac Vice*

**VALENTIN GURVITS** vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:    (617) 928-1804
Fax:    (617) 928-1802
*Admitted Pro Hac Vice*

Attorneys for Defendant FF MAGNAT LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**FF MAGNAT LIMITED'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**<br><br>**(Jurisdictional Issues)** |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant FF Magnat Limited ("Oron"), by and through its undersigned counsel, hereby responds and objects to Plaintiff's First Set of Requests For Production to FF Magnat Limited (Jurisdictional Issues) ("Requests"). Oron's failure to object to a particular Request or willingness to produce responses pursuant to a Request is not, and shall not be construed as an admission of the relevance or admissibility into evidence of any such response, nor does it constitute a representation that any such responses in fact exist or that the purported factual premise for any Request is valid or accurate. The inadvertent production of any privileged document shall not be deemed to be a waiver of any applicable privilege with respect to such response or with respect to any other response. Oron's counsel is willing and prepared to discuss with Plaintiff's counsel definitions of vague, ambiguous, or otherwise objectionable terms utilized in, modifications of, and limitations upon each Request in light of the responses and objections contained herein in an effort to reach agreement as to the same and thereby obviate the need for such objections.

## General Objections

Oron interposes the following General Objections to the Requests. These objections are made to the Requests in general and are incorporated by reference into each of the responses set forth below.

1.      Oron objects to the Requests to the extent that they are overbroad, unduly burdensome and seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

2.      Oron objects to each Request to the extent it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such information.

3.      Oron objects to each Request to the extent it purports to require Oron to disclose information that is not within Oron's possession, custody, or control.

4.      Oron objects to all Requests to the extent that they purport to create obligations that exceed the requirements of Rules 26, 33 and 34 of the Federal Rules of Civil Procedure.

5.      Oron objects to the Requests to the extent they call for production of information which is publicly available.

6.      Oron objects to the Requests to the extent that they seek production of proprietary, confidential, or competitively sensitive information. Oron will produce such information in response to the Requests pursuant to a Protective Order entered into this litigation. To the extent Oron has non-privileged responses which Oron cannot produce without the consent of a third party or parties, Oron will produce such responses provided consent of the third party or parties is obtained.

2

7. Oron objects to the Requests as irrelevant, overly broad and unduly burdensome to the extent that they seek documents or information generated after Plaintiff's filing of the Complaint.

8. Oron objects to the Requests to the extent that they seek production of "any and all information" on the ground that such a Request is overly broad, unduly burdensome, oppressive, seeks irrelevant information, and information not calculated to lead to the discovery of admissible evidence. Subject to these objections, and subject to a reasonable scope, Oron will use reasonable diligence to located information within its possession, custody, or control, based on an examination of information reasonably expected to yield responsive information relevant and/or reasonably calculated to lead to the discovery of admissible evidence. As used in these responses, the phrase "any and all information," or phrases of similar import, should be understood to mean that information that Oron and its counsel were able to locate using reasonable diligence and judgment concerning the whereabouts of responsive information. Such phraseology should not be construed as a representation that all information in Oron's possession has been examined in connection with these responses or any production pursuant thereto.

9. Any inadvertent disclosure of information protected as privileged or subject to Oron's objection is not intended as a waiver of that privilege, objection, or information.

10. Oron objects to each Request to the extent that it calls for a determination of an issue of law.

11. Oron objects to each Request to the extent that it seeks information outside the discovery permitted by the Court's Order permitting limited jurisdictional discovery (ECF 65) (the "Court's Order").

12. Oron objects to each Request to the extent that it asks Oron to respond on behalf of other entities that are not parties to this action.

## Specific Objections and Responses to
## Requests for Production

**Request No. 1:** Produce all DOCUMENTS in DEFENDANT'S possession or control that evidence or reference the purchase from DEFENDANT of premium subscription services to oron.com. This production includes, without limitation, all payment processing records, billing logs, credit card records, addresses, and other billing information.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents that evidence or reference the purchase from Oron of premium subscription services to oron.com is not reasonably likely to aid in resolution of the jurisdiction

3

issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents concerning the purchase of premium subscription services known to Oron to be from the United States.

Oron objects to this Request to the extent that it implies or presumes that Oron intended to sell premium subscription services to individuals or entities in the United States. Oron objects to this Request to the extent that it implies or presumes that Oron considered or evaluated whether any such individuals or entities were in the United States.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to this Request to the extent that it seeks documents with regards to any event occurring before Oron acquired the Website. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron will produce the documents, if any, in Oron's possession, custody or control that evidence or reference the purchase from Oron of premium subscription services on oron.com from purchasers known to Oron to be in the United States from on or about February 17, 2011 through immediately prior to the date of the filing of the present action. To the extent that such documents exist in Oron's possession, custody or control, they will be produced upon execution of a mutually acceptable protective order.

**Request No. 2:**      Produce all DOCUMENTS in DEFENDANT'S possession or control that evidence or reference payment from DEFENDANT to affiliates. This production includes, without limitation, any documents evidencing payments of commissions to individuals or entities as a result of the purchase of premium subscription services or as payment for providing traffic to oron.com.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents that evidence or reference payments from Oron to affiliates is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents concerning affiliates in the United States.

Oron objects to this Request to the extent that it implies or presumes that Oron intended make affiliate payments to individuals or entities in the United States. Oron objects to this

4

Request to the extent that it implies or presumes that Oron considered or evaluated whether any such individuals or entities were in the United States.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to this Request to the extent that it seeks documents with regards to any event occurring before Oron acquired the Website. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron will produce the documents, if any, in Oron's possession, custody or control that evidence or reference payments from Oron to affiliates known to Oron to be in the United States from on or about February 17, 2011 through immediately prior to the date of the filing of the present action. To the extent that such documents exist in Oron's possession, custody or control, they will be produced upon execution of a mutually acceptable protective order.

**Request No. 3:** Produce all statements and transaction details for transactions processed by PayPal including the purchases of services from the Defendant or payments made from Defendant's PayPal account to others.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all statements and transaction details for transactions processed by PayPal is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents concerning transactions to or from the United States.

Oron objects to this Request to the extent that it implies or presumes that Oron intended to process transactions by PayPal with individuals or entities in the United States. Oron objects to this Request to the extent that it implies or presumes that Oron considered or evaluated whether any such individuals or entities were in the United States.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to this Request to the extent that it seeks documents with regards to any event occurring before Oron acquired the Website. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron will produce the statements and transaction details, if any, in Oron's possession, custody or control related to transactions processed by PayPal known to Oron to be to or from the United States from on or about February 17, 2011 through immediately prior to the date of the filing of the present action. To the extent that such documents exist in Oron's possession, custody or control, they will be produced upon execution of a mutually acceptable protective order.

**Request No. 4:** Produce all DOCUMENTS evidencing any agreement YOU entered with PayPal regarding the services PayPal provided to YOU.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron objects to the extent that documents may exist between Oron and any non-U.S. office of PayPal. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron attaches the requested documentation as Exhibit 1 hereto.

**Request No. 5:** Produce all written communications or notes of oral communications between YOU and PayPal in connection with opening YOUR PayPal account.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all written communications or notes of oral communications between Oron and PayPal in connection with opening Oron's PayPal account is not reasonably likely to aid in resolution of the jurisdiction issue. Oron objects to the extent that documents may exist between Oron and any non-U.S. office of PayPal. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents concerning the location of the PayPal entity with which Oron opened its account with PayPal.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron has no written communications or notes of oral communications in its possession, custody or control related to the location of the PayPal entity with which Oron opened its account with PayPal.

**Request No. 6:** Produce all statements and transaction details for transactions processed by AlertPay including the purchases of services from the Defendant or payments made from Defendant's AlertPay account to others.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all statements and transaction details for transactions processed by AlertPay is not reasonably likely to aid in resolution of the jurisdiction issue. Oron objects to the extent that documents may exist between Oron and any non-U.S. office of AlertPay. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents concerning transactions to or from the United States.

Oron objects to this Request to the extent that it implies or presumes that Oron intended to process transactions by AlertPay with individuals or entities in the United States. Oron objects to this Request to the extent that it implies or presumes that Oron considered or evaluated whether any such individuals or entities were in the United States.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to this Request to the extent that it seeks documents with regards to any event occurring before Oron acquired the Website. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

7

Subject to, and without waiving, the specific objections above and the General Objections, Oron will produce the statements and transaction details, if any, in Oron's possession, custody or control related to transactions processed by AlertPay known to Oron to be to or from the United States from on or about February 17, 2011 through immediately prior to the date of the filing of the present action.  To the extent that such documents exist in Oron's possession, custody or control, they will be produced upon execution of a mutually acceptable protective order.

**Request No. 7:**       Produce all DOCUMENTS evidencing any agreement YOU entered with AlertPay regarding the service AlertPay provided to YOU.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order.  Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to the extent that documents may exist between Oron and any non-U.S. office of AlertPay.  Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint.  Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron does not have in its possession, custody or control, documents evidencing the agreement between Oron and AlertPay regarding the service that AlertPay provided to Oron.

**Request No. 8:**       Produce all DOCUMENTS evidencing all of DEFENDANTS current assets including, without limitation, the most recent statements from all institutions currently holding assets belonging to DEFENDANT.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order.  Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents evidencing Oron's current assets is not reasonably likely to aid in resolution of the jurisdiction issue.  Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents concerning assets in the United States.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome.  Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint.  Oron also objects to this Request to the extent

8

that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

    ANSWER:

    Subject to, and without waiving, the specific objections above and the General Objections, Oron attaches as Exhibit 2 the documents in Oron's possession, custody or control evidencing Oron's current assets in the United States.

**Request No. 9:**    Produce any and all DOCUMENTS evidencing communications between DEFENDANT, its employees, or its agents and any entity with whom DEFENDANT placed advertisements or contemplated placing advertisements, including without limitation, Adult Friend Finder; exbii.com; sk-down, serial-hun, rardownload.net/auto, warezguru, akiba-online, intporn.com, bbsex.org, desi-underground, pornolia.net, leecher.to, asianforumer, WJunction, pornW, or yourwire.net.

    OBJECTIONS:

    Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents evidencing communications between Oron, its employees, or its agents and any entity with whom Oron placed advertisements or contemplated placing advertisements is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks communications to or from the United States.

    Oron objects to this Request to the extent that it implies or presumes that Oron intended to communicate with entities in the United States. Oron objects to this Request to the extent that it implies or presumes that Oron considered or evaluated whether any such entities were in the United States.

    Oron objects to this Request to the extent that it implies or presumes that Oron intended to direct advertisements at the United States.

    Oron objects to this Request to the extent that a website cannot be considered as being located in a specific geographic area.

    Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to this Request to the extent that it seeks documents with regards to any event occurring before Oron acquired the Website. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron will produce the documents in Oron's possession, custody or control evidencing communications between Oron, its employees or its agents and any entity known by Oron to be in the United States with whom Oron placed advertisements or contemplated placing advertisements from on or about February 17, 2011 through immediately prior to the date of the filing of the present action. To the extent that such documents exist in Oron's possession, custody or control, they will be produced upon execution of a mutually acceptable protective order.

**Request No. 10:**     Produce any and all DOCUMENTS evidencing agreements between DEFENDANT, its employees, or its agents and any entity with whom DEFENDANT placed advertisements, including without limitation Adult Friend Finder; exbii.com, sk-down, serial-hun, rardownload.net/auto, warezguru, akiba-online, intporn.com, bbsex.org, desi-underground, pornolia.net, leecher.to, asianforumer, WJunction, pornW, or yourwire.net.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents evidencing agreements between Oron, its employees, or its agents and any entity with whom Oron placed advertisements is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks agreements with entities in the United States.

Oron objects to this Request to the extent that it implies or presumes that Oron intended to enter into agreements with entities in the United States. Oron objects to this Request to the extent that it implies or presumes that Oron considered or evaluated whether any such entities were in the United States.

Oron objects to this Request to the extent that it implies or presumes that Oron intended to direct advertisements at the United States.

Oron objects to this Request to the extent that a website cannot be considered as being located in a specific geographic area.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to this Request to the extent that it seeks documents with regards to any event occurring before Oron acquired the Website. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

10

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron will produce the documents in Oron's possession, custody or control evidencing agreements between Oron, its employees or its agents and any entity known by Oron to be in the United States with whom Oron placed advertisements from on or about February 17, 2011 through immediately prior to the date of the filing of the present action. To the extent that such documents exist in Oron's possession, custody or control, they will be produced upon execution of a mutually acceptable protective order.

**Request No. 11:**     Produce any and all DOCUMENTS that identify any individual who owns any interest in FF Magnat Limited.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of any and all documents evidencing any individual who owns any interest in FF Magnat Limited is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents identifying such individuals in the United States.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron has no documents in its possession, custody or control evidencing any individual in the United States who own any interest in FF Magnat Limited as no individual in the United States owns any interest in FF Magnat Limited.

**Request No. 12:**     Produce all documents relating to the corporate governance of FF Magnat Limited including any incorporating documents, bylaws, statements of officers, or similar documents.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery

11

not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents relating to the corporate governance of FF Magnat Limited is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents related to the United States.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron has no documents relating to the corporate governance of Oron related to the United States in its possession, custody or control as none of the documents relating to the corporate governance of Oron relate to the United States.

**Request No. 13:** Produce all DOCUMENTS that evidence who FF Magnat assigned e-mail addresses support@oron.com and sven@oron.com.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents evidencing who Oron assigned those e-mail addresses to is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents evidencing the assignment of the e-mail addresses to United States persons.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron has no document evidencing the assignment of the e-mail addresses to United States persons in its possession, custody or control because the e-mail addresses were not assigned to United States persons.

12

**Request No. 14:**     Produce all DOCUMENTS, including without limitations, e-mails and other communications, which discuss or relate to marketing campaigns to promote oron.com.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents discussing or relating to marketing campaigns to promote oron.com is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents discussing or relating to directing marketing campaigns to promote oron.com at the United States.

Oron objects to this Request to the extent that it implies or presumes that Oron intended to direct the promotion of the Website at the United States.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to this Request to the extent that it seeks documents with regards to any event occurring before Oron acquired the Website. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron will produce the documents in its possession, custody or control discussing or relating to directing marketing campaigns to promote oron.com at the United States from on or about February 17, 2011 through immediately prior to the date of the filing of the present action. To the extent that such documents exist in Oron's possession, custody or control, they will be produced upon execution of a mutually acceptable protective order.

**Request No. 15:**     Produce all DOCUMENTS evidencing the relationship between YOU and the individual engaging in business on YOUR behalf using the e-mail address mainromain@gmail.com.

OBJECTIONS:

Oron objects to this Request on the basis that it asks about an e-mail address "mainromain@gmail.com," an e-mail address unknown to Oron prior to this document. However, on the basis of previous filings in this action, Oron presumes that DataTech made a typographical error and intended to request documents regarding the e-mail address

13

mainroman@gmail.com.  Oron will therefore respond to this Request only on the basis as related to the e-mail address mainroman@gmail.com.

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order.  Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents evidencing the relationship between Oron and the individual engaging in business on behalf of Oron using the email address mainroman@gmail.com is not reasonably likely to aid in resolution of the jurisdiction issue.  Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents referencing or related to an individual in the United States engaging in business on Oron's behalf using the e-mail address mainroman@gmail.com.

Oron objects to this Request on the basis that it assumes that there was an individual engaging in business on Oron's behalf using the e-mail address mainroman@gmail.com.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome.  Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint.  Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron has no documents in its possession, custody or control relating to an individual in the United States engaging in business on Oron's behalf using the e-mail address mainroman@gmail.com as there was no individual in the United States engaging in business on Oron's behalf using the e-mail address mainroman@gmail.com

**Request No. 16:**       Produce all DOCUMENTS that constitute, describe, refer to or relate to reports identifying the amount of daily traffic, hits, and/or visits to the WEBSITE since YOU began operating the WEBSITE, including without limitation, any documents that show what websites sent traffic to oron.com.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order.  Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents that constitute, describe, refer to or relate to reports identifying the amount of daily traffic, hits, and/or visits to the Website since Oron began operating it is not reasonably likely to aid in resolution of the jurisdiction issue.  Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents constituting,

14

describing, referring to or relating to reports identifying the amount of daily traffic, hits, and/or visits to the Website from the United States.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to this Request to the extent that it seeks documents with regards to any event occurring before Oron acquired the Website. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron attaches as Exhibit 3 documents reporting the amount of daily traffic, hits and/or visits to the Website from the United States in Oron's possession, custody or control from on or about February 17, 2011 through immediately prior to the date of the filing of the present action.

**Request No. 17:** Produce all DOCUMENTS that constitute, describe, refer to, or relate to Davidoglov Stanislav's purchase of FF Magnat Limited.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents that constitute, describe, refer to or relate to Stanislav Davidoglov's purchase of FF Magnat Limited is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request in its entirety and will produce no documents in response to it.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron will not produce any documents in response to this Request.

**Request No. 18:** Produce all LEASES evidencing the location of DEFENDANT'S business operations.

OBJECTIONS:

15

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all leases evidencing the location of Oron's business is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks leases evidencing the location of Oron's business operations in the United States.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron has no leases in its possession, custody or control evidencing the location of Oron's business operations in the United States because Oron has no business operations in the United States.

**Request No. 19:**     Produce all DOCUMENTS that constitute, describe, refer to or relate to press releases distributed by or on behalf of YOU or the WEBSITE.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents that constitute, describe, refer to or relate to press releases distributed by or on behalf of Oron or the Website is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks such documents directed at the United States.

Oron objects to this Request to the extent that it implies or presumes that Oron intended to direct the press releases on behalf of Oron or the Website at the United States.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to this Request to the extent that it seeks documents with regards to any event occurring before Oron acquired the Website. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

16

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron has no press releases in its possession, custody or control directed at the United States from February 17, 2011 through immediately prior to the date of the filing of the present action.

**Request No. 20:**    Produce all DOCUMENTS that constitute, refer to, or relate to YOUR ability to monetize the WEBSITE including, without limitation, through advertising revenue, subscriptions, or any other means.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents that constitute, describe, refer to or relate to Oron's ability to monetize the Website is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request in its entirety and will produce no documents in response to it.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron will not produce any documents in response to this Request.

**Request No. 21:**    Produce all DOCUMENTS identifying computers, equipment, and software used in conjunction with the operation of the WEBSITE.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents identifying computers, equipment, and software used in conjunction with the operation of the Website is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents identifying computers, equipment and software located in the United States.

17

Oron objects to this Request to the extent that it implies or presumes that Oron intended to use computers, equipment or software in the United States in conjunction with the operation of the Website.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to this Request to the extent that it seeks documents with regards to any event occurring before Oron acquired the Website. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron has no documents in its possession, custody or control identifying computers, equipment or software located in United States used in conjunction with the operation of the Website from February 17, 2011 through immediately prior to the date of the filing of the present action.

**Request No. 22:** Produce all DOCUMENTS that constitute, describe, refer to or relate to any negotiations to sell or trade user traffic from the Website to any other website, company or other third party.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents regarding negotiations to sell or trade user traffic from the Website to any other website, company or other third party is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents regarding negotiations to sell or trade user traffic from the Website to any other website, company or other third party in the United States.

Oron objects to this Request to the extent that a website cannot be considered as being located in a specific geographic area.

Oron objects to this Request to the extent that it implies or presumes that Oron intended to sell or trade user traffic from the Website to any website, company or third party in the United States. Oron objects to this Request to the extent that it implies or presumes that Oron considered or evaluated whether any such websites, companies or other third parties were in the United States.

Oron objects to this Request to the extent that it implies or presumes that Oron sold or traded user traffic.

Oron also objects to this Request on the basis that it is overly broad and unduly burdensome. Oron objects to this Request to the extent that it seeks documents with regards to any event occurring before Oron acquired the Website. Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron does not have any documents in its possession, custody or control regarding negotiations to sell or trade user traffic from the Website to any other company or third party in United States from on or about February 17, 2011 through immediately prior to the date of the filing of the present action.

**Request No. 23:**    Produce all DOCUMENTS that constitute, describe, or refer to YOUR Terms of Use.

OBJECTIONS:

Oron objects to this Request to the extent that it is unintelligible and ambiguous. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks documents constituting, describing or referring to the Terms of Use for the Website.

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents that constitute, describe, or refer to the Website's Terms of Use is not reasonably likely to aid in resolution of the jurisdiction issue.

Oron objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request on the basis that it is overly broad and unduly burdensome.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron attaches the requested documentation as Exhibit 4 hereto.

**Request No. 24:**    Produce a copy of all pages of any passport Stanislav Davidoglov has used in the last five years.

OBJECTIONS:

19

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all pages of any passport Stanislav Davidoglov has used in the last five years is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request except to the extent that it seeks copies of pages of any passport Stanislav Davidoglov relating to the United States.

Oron also objects to this Request to the extent that it seeks documentation generated after Plaintiff's filing of the Complaint. Oron also objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron will not produce any pages of any passport Stanislav Davidoglov has used in the past five years because no passport that Stanislav Davidoglov has used in the past five years relates to the United States.

**Request No. 25:** Produce all DOCUMENTS that evidence the amount of data that was stored on Oron's servers.

OBJECTIONS:

Oron objects to this Request on the basis that it seeks documents outside the discovery permitted by the Court's Order. Indeed, by the very nature of the Court's Order, all discovery not specifically allowed, including portions of this Request, is violative of the Court's Order. Production of all documents that evidence the amount of data that was stored on Oron's servers is not reasonably likely to aid in resolution of the jurisdiction issue. Without limiting the foregoing, Oron therefore objects to this Request in its entirety and will produce no documents in response to it.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron will not produce any documents in response to this Request.

**Request No. 26[1]:** Produce all communications including without limitation e-mail communications relating to Oron's decision to change its domain name registration from Network Solutions, LLC to EuroDNS, S.A.

OBJECTIONS:

---

[1] In the Plaintiff's First Set of Requests for Production, this Request was titled "REQUEST No. 24" – however, there was already a Request numbered number 24 and it was actually the 26th Request.

Oron objects to this Request to the extent that it seeks confidential business information and/or information protected from disclosure by the attorney-client privilege, the work-product doctrine or any other privilege and will not produce any such documentation.

ANSWER:

Subject to, and without waiving, the specific objections above and the General Objections, Oron will produce the requested communications, if any, in its possession, custody or control.  To the extent that such documents exist in Oron's possession, custody or control, they will be produced upon execution of a mutually acceptable protective order.


Dated: _2-5-13_

Attorneys for Defendant
FF MAGNAT LIMITED

Valentin D. Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: 617-928-1804
Fax: 617-928-1802
vgurvits@bostonlawgroup.com
*Pro Hac Vice*

21

Exhibit 1



**User Agreement for PayPal Services**
Last Update: Nov 30, 2012

**Jump to section:**

1. Payment Services and Eligibility.
2. Sending Payments.
3. Eligibility for Use.
4. Account Balances.
5. Withdrawing Money.
6. Closing Your Account.
7. PayPal Buyer Protection.
8. Errors and Unauthorized Transactions.
9. PayPal Seller Protection.
10. Restricted Activities.
11. Your Liability - Actions We May Take.
12. Disputes with PayPal.
13. General Terms.
14. Definitions.
Exhibit A - Fees.
Exhibit B - Country-Specific Terms.

This User Agreement ("Agreement") is a contract between you and PayPal Pte. Ltd., a Singaporean company, and applies to your use of the PayPal Services. You must agree with all of the terms and conditions contained in this Agreement and any applicable agreements and Policies on the Legal Agreements page.

We may amend this Agreement at any time by posting a revised version on our website. The revised version will be effective at the time we post it. If the revised version includes a Substantial Change, we will provide you with 30 Days' prior notice of any Substantial Change by posting a notice on the "Policy Updates" page of our website. All future changes set out in the Policy Update already published at the time you register for the PayPal Services are incorporated by reference into this Agreement and will take effect as specified in that Policy Update.

Consumer advisory - The PayPal payment service is regarded as a stored value facility under Singapore law. PayPal Pte. Ltd., the holder of the PayPal stored value facility, does not require the approval of the Monetary Authority of Singapore. Consumers (Users) are advised to read these terms and conditions carefully.

**This is an important document which you must consider carefully when choosing whether to use the PayPal Services. Please note the following risks of using the PayPal Services:**

**Payments received in your Account may be reversed at a later time, for example, if a payment is subject to a Chargeback, Reversal, Claim or is otherwise invalidated. This means that a payment may be reversed from your Account after you have provided the sender the goods or services that were purchased.**

**If you are an eBay Seller, you can lower the risk of a payment being reversed from your Account by following the criteria set out in the Protection for eBay Sellers section and by following the other guidance provided in the "Security Center page" accessible via every page of the PayPal website.**

**We may close, suspend, or limit your access to your Account or the PayPal Services, and/or limit access to your funds if you violate this Agreement, the PayPal Acceptable Use Policy, or any other agreement you enter into with PayPal.**

**You are solely responsible for understanding and complying with any and all laws, rules and regulations of your specific jurisdiction that may be applicable to you in connection with your use of the PayPal Services, including but not limited to, those related to export or import activity, taxes or foreign currency transactions.**

This Agreement is not a solicitation of the PayPal Services and PayPal is not targeting any country or market through this Agreement.

### 1. Payment Services and Eligibility.

**1.1 Payment Services.** PayPal is a payment services provider and acts as such by creating, hosting, maintaining and providing our PayPal Services to you via the Internet. Our services allow you to send payments to anyone with a PayPal Account, and, where available, to receive payments. Our service availability varies by country. Click here to see which services are available in your country of residence.

PayPal is not a remittance business or a money transfer service and the Personal Payments feature may not be used to remit funds to third parties.

We do not have any control over, and are not responsible or liable for, the products or services that are paid for with our Service. We

cannot ensure that a buyer or a seller you are dealing with will actually complete the transaction.

PayPal is not a common carrier or public utility.

**1.2 Eligibility.** To be eligible to use the PayPal Services, you must be at least 18 years old or higher based on the age of majority in your jurisdiction, and a resident of one of the countries listed on the PayPal Worldwide page.

You must list your correct country of residence in your Account. This Agreement applies only to Users who are residents of one of the countries listed in Section 1.1 above. If you are a resident of another country, you may access the agreement that applies to you from our website in your country.

**1.3 Information.** In order to open and maintain an Account, you must provide us with correct and updated Information.

a. **Identity Verification.** You authorize PayPal, directly or through third parties, to make any inquiries we consider necessary to validate your identity. This may include asking you for further information or documentation, requiring you to provide a taxpayer or national identification number, requiring you to take steps to confirm ownership of your email address or financial instruments, ordering a credit report or verifying your Information against third party databases or through other sources.

b. **Credit Report Authorization.** If you open a Premier or Business Account, you are providing PayPal with your written instructions and authorization in accordance with any applicable law to obtain your personal and/or business credit report from a credit bureau. You are also authorizing PayPal to obtain your personal and/or business credit report: (a) when you request certain new products, or (b) at any time PayPal reasonably believes there may be an increased level of risk associated with your Premier or Business Account.

c. **Updates to Information.** If your credit card number or expiration date changes, we may acquire that information from our financial . services partner and update your Account.

**1.4 Beneficial Owner.**

You must be the beneficial owner of the Account, and conduct business only on behalf of yourself.

Back to top

## 2. Sending Payments.

**2.1 Sending Limits.** We may, at our discretion, impose limits on the amount of payments you can send through the PayPal Services. You can view your sending limit, if any, by logging into your Account and clicking on the View Limits link on the Account Overview page. If you have a Verified Account, we may increase your sending limits.

**2.2 Default Payment Methods.** When you make a payment, if you have not selected a Preferred Payment Method, PayPal will fund your transaction in this order (subject to availability based on your Payment Methods and country of registration):

a. Balance

b. Instant Transfer from your bank account

c. Debit card

d. Credit card

e. eCheck

**Note:** If you do not want to use your balance, you must withdraw it before making a payment.

**2.3 Preferred Payment Method.** You may select a Preferred Payment Method each time you make a payment, except for a Preapproved Payment or a No Log-In Payment.

For a Preapproved Payment and, in most instances, a No Log-In Payment, you can select a Preferred Payment Method when you provide your initial authorization for this payment and through the My Preapproved Payments section of your Account Profile.

If you select a Preferred Payment Method but have available balance in your Account, your balance will be used to fund your payment. If eCheck is your Preferred Payment Method, it will be used to fund your PayPal payment, even if you have a balance. PayPal may limit the Payment Methods available for a transaction.

**2.4 Refused and Refunded Payments.** When you send a payment, the recipient is not required to accept it. Any unclaimed, refunded or denied payment will be returned to your balance or to your original Payment Method. We will return any unclaimed payment to you within 30 Days of the date you initiated the payment.

**2.5 Merchant Processing Delay.** When you send a payment to certain Merchants, you are providing an Authorization to the Merchant to process your payment and complete the transaction. The payment will be held as pending until the Merchant processes your payment. Some Merchants may delay processing your payment. In such an instance, your Authorization will remain valid for up to 30 Days. If your payment requires a currency conversion, the exchange rate will be determined at the time the Merchant processes your payment and completes the transaction.

**2.6 Preapproved Payments.** A Preapproved Payment is a payment in which you Authorize a Merchant to directly charge your Account on a one-time, regular, or sporadic basis. Preapproved Payments are sometimes called "subscriptions", "recurring payments", "preauthorized transfers" or "automatic payments".

**2.7 Stopping a Preapproved Payment.** You may stop a Preapproved Payment at any time up to 3 Business Days prior to the date the next payment is scheduled to be made by notifying PayPal. To stop a Preapproved Payment, access the My Preapproved Payments section of your Account Profile and follow the links to stop the payment. You may also stop a Preapproved Payment by calling PayPal at 1-402-935-2050 (in the U.S.). Once you contact PayPal to stop a Preapproved Payment, all future payments under your agreement with the Merchant will be stopped. If you stop a Preapproved Payment you may still be liable to the Merchant for the payment or for other penalties under the terms of your agreement with the Merchant and you may be required to pay the Merchant through alternative means.

Back to top

### 3. Eligibility for Use.

**3.1 Ability to Receive Payments.** The ability to receive payments varies by country. To determine whether you have the ability to receive payments, click here.

**3.2 Automatic Transfer Countries.** If you are a resident of an Automatic Transfer Country, then you have the ability to receive payments but you must withdraw the full amount of your payment through an available withdrawal method. If you do not do so, the amounts will be automatically withdrawn from your Account to your withdrawal method on a regular basis. For additional terms regarding Automatic Transfer, please click here.

**3.3 Liability for Invalidated Payments.** When you receive a payment, you are liable to PayPal for the full amount of the payment sent to, you plus any Fees if the payment is later invalidated for any reason. This means that, in addition to any other liability, you will be responsible for the amount of the payment sent by the sender, plus the applicable Fees listed in Exhibit A (Fees) of this Agreement if you lose a Claim or a Chargeback, or if there is a Reversal of the payment.

You agree to allow PayPal to recover any amounts due to PayPal by debiting your balance. If there are insufficient funds in your balance to cover your liability, you must reimburse PayPal through other means. If a sender of a payment files a Chargeback, the credit card issuer, not PayPal, will determine who wins the Chargeback.

**3.4 No Surcharges.** You agree that you will not impose a surcharge or any other fee for accepting PayPal as a payment method. You may charge a handling fee in connection with the sale of goods or services, as long as the handling fee is not higher than the handling fee you charge for non-PayPal transactions.

**3.5 Receiving Personal Payments.** If you are selling goods or services, you may not ask the buyer to send you a Personal Payment for the purchase.

**3.6 Preapproved Payments and/or No Log-In Payments.** If you receive Preapproved Payments and/or No Log-In Payments you must receive your buyer's Authorization to the payment amount, frequency and duration prior to submitting the payment.

**3.7 Micropayments for Digital Goods.** To qualify to receive Micropayments for Digital Goods, you must submit an application, be approved by us, and have an Account in good standing. By applying for Micropayments for Digital Goods, you agree that for Digital Goods transactions you receive up to the amounts in the table below, then if a buyer opens a Dispute, PayPal may reverse the transaction, and remove the funds from your Account without requiring the buyer to escalate the Dispute to a Claim.

| Currency | Amount | Currency | Amount |
|----------|--------|----------|--------|
| Australian Dollar: | $9.99 AUD | New Zealand Dollar: | $9.99 NZD |
| Brazilian Real: | R$7.99 BRL | Norwegian Krone: | 29.99 NOK |
| Canadian Dollar: | $3.99 CAD | Philippine Peso: | 499.99 PHP |
| Czech Republic Koruna: | 99.99 CZK | Polish Zlotych: | 19.99 PLN |
| Danish Krone: | 24.99 DKK | Singapore Dollar: | $9.99 SGD |
| Euro: | €3.99 EUR | Swedish Krona: | 34.99 SEK |
| Hong Kong Dollar: | $49.99 HKD | Swiss Franc: | 4.99 CHF |
| Hungarian Forint: | 999.00 HUF | Taiwan New Dollar: | 249.00 TWD |
| Israeli New Shekel: | 15.99 ILS | Thai Baht: | 249.99 THB |
| Japanese Yen: | ¥999.00 JPY | U.K. Pound Sterling: | £3.99 GBP |
| Mexican New Peso: | $39.99 MXN | U.S. Dollar: | $3.99 USD |

Back to top

## 4. Account Balances.

**4.1 Balances.** If you hold a balance, PayPal will hold your funds in pooled accounts separate from its corporate funds, and it will not use your funds for its operating expenses or for any other corporate purposes. PayPal will not voluntarily make your funds available to its creditors in the event of bankruptcy. You will not receive interest or other earnings on the amounts in your balance. PayPal may receive interest on amounts that PayPal holds on your behalf. You agree to assign your rights to PayPal for any interest derived from your funds.

**4.2 Setoff of Past Due Amounts.** If you have a past due amount owed to a PayPal affiliate, subsidiary, or parent company, PayPal may debit your Account to pay any amounts that are more than 180 Days past due.

**4.3 Negative Balances and Multiple Currencies.** If your Account has a negative balance, PayPal may set-off the negative balance with any funds that you subsequently add or receive into your Account. If you have multiple currency balances in your Account and one of the currency balances becomes negative for any reason, PayPal may set-off the negative balance by using funds you maintain in a different currency balance.

Back to top

## 5. Withdrawing Money.

**5.1 How to Withdraw Money.** Depending on the country in which your Account is registered, you may withdraw funds from your Account in any of these methods: (a) by electronically transferring them to your U.S. bank account or to your local bank account, (b) by electronically transferring them to your Visa branded card, (c) through a PayPal initiated Automatic Transfer to your linked financial instrument, or (d) by requesting a physical check through the mail. You will be charged the Withdrawing your Balance Fee as set out in Exhibit A (Fees). Generally, we will send checks only to confirmed addresses, unless you have a Verified Account. We will not send checks to post office boxes. If you would like us to send a check to an address that does not meet these criteria, you must contact Customer Service and provide the documentation that we request to verify your association with the address. If you fail to cash a check within 180 Days of the date of issuance, we will return the funds to your balance (minus a Fee).

**5.2 Withdrawal Limits.** Depending on the degree to which you have Verified your Account, we may limit your ability to withdraw funds until you comply with our requests for information. You can view your withdrawal limit, if any, by logging into your Account and clicking on the View Limits link on the Account Overview page. In addition, we may delay withdrawals of large sums of money while we perform a risk review.

Back to top

## 6. Closing Your Account.

**6.1 How to Close Your Account.** You may close your Account at any time by following the instructions in your Account Profile. Upon Account closure, we will cancel any pending transactions and you will forfeit any balances associated with Redemption Codes, unless otherwise legally prohibited. You must withdraw your balance prior to closing your Account.

**6.2 Limitations on Closing Your Account.** You may not evade an investigation by closing your Account. If you close your Account while we are conducting an investigation, we may hold your funds to protect PayPal, its parent, subsidiaries and affiliates or a third party against the risk of Reversals, Chargebacks, Claims, fees, fines, penalties and other liability. You will remain liable for all obligations related to your Account even after the Account is closed.

Back to top

## 7. PayPal Buyer Protection.

**7.1 Types of Problems Covered.** PayPal Buyer Protection helps you if you encounter either of these problems:

- **"Item Not Received"** (INR): You did not receive the item you paid for with PayPal; or
- **"Significantly Not as Described"** (SNAD) You received an item you paid for with PayPal but it is Significantly Not as Described (SNAD).

  If your problem is a transaction that you did not authorize, please see section 8 below.

An item is "Significantly Not as Described" (SNAD) if it is materially different from what the Seller described on its website or in the item listing. Here are some examples:

- You received a completely different item. For example, you purchased a book and received a DVD or an empty box.
- The condition of the item was misrepresented. For example, the description when you bought the item said "new" and the item was used.
- The item was advertised as authentic but is not authentic.
- The item is missing major parts or features which were not disclosed in its description when you bought the item.
- You purchased three items from a Seller but only received two.
- The item was materially damaged during shipment.

An item is **not** Significantly Not as Described (SNAD) if it is materially similar to the Seller's item listing description. Here are some examples:

- The defect in the item was correctly described by the Seller.
- The item was properly described but you didn't want it after you received it.
- The item was properly described but did not meet your expectations.
- The item has minor scratches and was listed as used condition.

### 7.2 Eligibility Requirements.

a. To be eligible for PayPal Buyer Protection you must meet all of the following requirements:

- Pay for the full amount of the item with one payment from your Account. Items purchased with multiple payments or installments are not eligible.
- Send the payment to the Seller in the following manners:
  - For eBay items:
    - through the eBay "Pay Now" button or the eBay invoice; or
    - through the "Send Money" tab of your Account by selecting "eBay Item" or "Pay for eBay Items" and entering the required information.
  - For items bought on other websites:
    - through the Send Money tab on the PayPal website, by clicking the "Purchase" tab, or by selecting the "Checkout with PayPal" button or otherwise selecting PayPal as part of a Seller's checkout flow.
- Open a Dispute within 45 Days of the date you sent the payment -- then follow the online dispute resolution process described below under "Dispute Resolution"
- Have an Account in good standing.

b. For items purchased on eBay look for either a PayPal or eBay buyer protection message in the eBay listing. If you see a message, and you meet the eligibility requirements, then your purchase is covered by PayPal Buyer Protection. The buyer protection message will vary based on the eBay website. The message must appear on the top part of the listing and not under the "Description" or

"Shipping and Payments" tabs. If the listing does not include the buyer protection message, then it is not eligible for PayPal Buyer Protection.

**7.3 Ineligible Items.** PayPal Buyer Protection only applies to PayPal payments for certain tangible, physical goods. Payments for the following are **not** eligible for reimbursement under PayPal Buyer Protection:

- Intangible Items, including Digital Goods (subject to exceptions as listed in Section 7.6)
- Services
- Real estate
- Businesses (when you buy a business)
- Vehicles, including motorcycles, caravans, aircrafts and boats
- Custom made items
- Travel tickets, including airline flight tickets
- Items prohibited by PayPal's Acceptable Use Policy or by eBay's Prohibited or Restricted Items Policy
- Items which you collect in person, or arrange to be collected on your behalf, including at a retail point of sale
- Industrial machinery used in manufacturing
- Items equivalent to cash, including prepaid or gift cards
- Personal Payments

Even if your payment is not eligible for PayPal Buyer Protection, you can file a Dispute and resolve the issue directly with the Seller, however, PayPal will not find in your favor if you escalate a Dispute to a Claim when an item is not eligible for PayPal Buyer Protection.

**7.4 Coverage Amount.** If you are eligible for PayPal Buyer Protection and PayPal finds in your favor on your Claim, PayPal will reimburse you for the full purchase price of the item and original shipping costs.

PayPal will not reimburse you for the return shipping costs that you incur to return a Significantly Not as Described (SNAD) item to the Seller or other party specified by PayPal. If the Seller presents evidence that they delivered the goods to your address, PayPal may find in favor of the Seller for an Item Not Received (INR) Claim even if you did not receive the goods

**7.5 Dispute Resolution.** If you are unable to resolve a problem directly with a Seller, you can go to the Resolution Center and follow this process:

- **Open a Dispute.** Open a Dispute **within 45 Days** of the date you made the payment to negotiate with the Seller for resolution of the Dispute.
- **Escalate the Dispute to a Claim.** If you and the Seller are unable to come to an agreement, you can escalate the Dispute to a Claim **within 20 Days** after opening the Dispute.

  You must wait at least 7 Days from the date of payment to escalate a Dispute for an Item Not Received (INR), unless the Dispute is for $2,500 USD or more (or other currency equivalent). If you do not escalate the Dispute to a Claim within 20 Days, PayPal will permanently close the Dispute.
- **Respond to PayPal's requests for information in a timely manner.** During the Claim process, PayPal may require you to provide documentation to support your position.
- **Comply with PayPal's shipping requests in a timely manner.** For Significantly Not as Described (SNAD) Claims, PayPal will generally require you, at your expense, to ship the item back to the Seller, or to PayPal, or to a third party and to provide proof of delivery.

For transactions that total less than $250 USD, proof of delivery is confirmation that can be viewed online and includes the delivery address showing at least city/state or postal code, delivery date, and the URL to the shipping company's website if you've selected "Other" in the shipping drop down menu. For transactions that total $250 USD or more (or the equivalents in other currencies as listed in the table below), you must also get a signature confirmation of the delivery (except for buyers having a PayPal Account registered: in Albania, Andorra, Bosnia and Herzegovina, Croatia, Iceland, Israel, Russia, Turkey, or Ukraine to whom such requirement won't apply).

$250 USD signature confirmation requirement – other currencies equivalents:

| Currency | Amount | | Currency | Amount |
|---|---|---|---|---|
| Australian Dollar: | $350 AUD | | New Zealand Dollar: | $380 NZD |
| Brazilian Real: | R $500 BRL | | Norwegian Krone: | 1,600 NOK |
| Canadian Dollar: | $325 CAD | | Philippine Peso: | 12500 PHP |

| | | | | |
|---|---|---|---|---|
| Czech Republic Koruna: | 6,000 CZK | | Polish New Zloty: | 800 PLN |
| Danish Krone: | 1,500 DKK | | Singapore Dollar: | $ 400 SGD |
| Euro: | €200 EUR | | Swedish Krona: | 2,000 SEK |
| Hong Kong Dollar: | $2,000 HKD | | Swiss Franc: | 330 CHF |
| Hungarian Forint: | 55,000 HUF | | Taiwan New Dollar: | 8250 TWD |
| Israeli New Shekel: | 1,000 ILS | | Thai Baht: | 9000 THB |
| Japanese Yen: | ¥28,000 JPY | | Turkish Lira: | 375 TRY |
| Malaysian Ringgit | 1000 MYR | | U.K. Pound Sterling: | £150 GBP |
| Mexican New Peso: | $2,200 MXN | | U.S. Dollar: | $ 250.00 USD |

• **Claim Resolution Process.** Once a Dispute has been escalated to a Claim, PayPal will make a final decision in favor of the buyer or the Seller. You may be asked to provide receipts, third party evaluations, police reports, or anything else that PayPal specifies. PayPal retains full discretion to make a final decision in favor of the buyer or the Seller. In the event that PayPal makes a final decision in favor of the buyer or Seller, each party must comply with PayPal's decision. PayPal will generally require the buyer to ship an item that the buyer claims is SNAD back to the Seller (at the buyer's expense), and PayPal will generally require a Seller to accept the item back and refund the buyer the full purchase price plus original shipping costs. In the event a Seller loses a Claim, the Seller will not receive a refund on his or her PayPal or eBay fees associated with the transaction. If you are a Seller and you lose a SNAD Claim because the item you sold is counterfeit, you will be required to provide a full refund to the buyer and you will not receive the item back (it will be destroyed).

**7.6 Digital Goods Micropayment Disputes and Claims.** Digital Goods are generally not eligible for coverage. However, if you file a Dispute for a Digital Goods purchase of up to the amounts in the table below, PayPal may, at its sole discretion, refund the transaction without requiring you to escalate the Dispute to a Claim.

| Currency | Amount | | Currency | Amount |
|---|---|---|---|---|
| Australian Dollar: | $9.99 AUD | | New Zealand Dollar: | $9.99 NZD |
| Brazilian Real: | 7.99 BRL | | Norwegian Krone: | 29.99 NOK |
| Canadian Dollar: | $3.99 CAD | | Philippine Peso: | 499.99 PHP |
| Czech Koruna: | 99.99 CZK | | Polish Zlotych: | 19.99 PLN |
| Danish Krone: | 24.99 DKK | | Singapore Dollar: | $9.99 SGD |
| Euro: | €3.99 EUR | | Swedish Krona: | 34.99 SEK |
| Hong Kong Dollar: | $49.99 HKD | | Swiss Franc: | 4.99 CHF |
| Hungarian Forint: | 999 HUF | | Taiwan New Dollar: | 249.00 TWD |
| Israeli New Shekel: | 15.99 ILS | | Thai Baht: | 249.99 THB |
| Japanese Yen: | ¥999 JPY | | U.K. Pound Sterling: | £3.99 GBP |
| Mexican Peso: | $39.99 MXN | | U.S. Dollar: | $3.99 USD |

PayPal may limit the number of Digital Goods refunds that you may receive. If these are limited or if your purchase is not eligible for coverage, you will still be able to follow PayPal's standard dispute resolution processes described in this Section 7 to attempt to resolve the issue with the Seller directly.

**7.7 Relationship between PayPal's protection programs and Chargebacks.** Credit card Chargeback rights, if they apply, may be broader than PayPal's protection programs. Chargebacks may be filed more than 45 Days after the payment, may cover unsatisfactory items even if they do not qualify as SNAD, and may cover intangible items. You may pursue a Dispute/Claim with PayPal, or you may contact your credit card company and pursue your Chargeback rights. You may not pursue both at the same time or seek a double

recovery. If you have an open Dispute or Claim with PayPal, and also file a Chargeback with your credit card company, PayPal will close your Dispute or Claim, and you will have to rely solely on your Chargeback rights.

Before contacting your card issuer or filing a Dispute with PayPal, you should contact the Seller to resolve your issue in accordance with the Seller's return policy as stated on their auction or website.

**7.8 No Double Recovery.** You may not file a Dispute/Claim, or receive a recovery, for a purchase under PayPal Buyer Protection if you have already received a recovery for that purchase directly from eBay, the Seller or your credit card company.

Back to top

## 8. Errors and Unauthorized Transactions.

**8.1 Protection for Unauthorized Transactions and Errors.** When an Unauthorized Transaction or an Error occurs in your Account, PayPal will cover you for the full amount of every eligible Unauthorized Transaction or Error so long as you follow the procedures discussed below.

An Unauthorized Transaction occurs when a payment is sent from your Account that you did not authorize and that did not benefit you. For example, if someone steals your password, uses the password to access your Account, and sends a payment from your Account, an Unauthorized Transaction has occurred. If you give someone access to your Account (by giving them your login information) and they conduct transactions without your knowledge or permission, you are responsible for any resulting use.

**8.2 Notification Requirements.**

a. You should immediately notify PayPal if you believe:

- there has been an Unauthorized Transaction or unauthorized access to your Account;

- there is an Error in your Account history statement (you can access your Account history by logging into your Account and clicking on a link to "View all of my transactions" ) or in your transaction confirmation sent to you by email;

- your password or PayPal Mobile PIN has been compromised;

- your PayPal Mobile-activated phone has been lost, stolen or deactivated; or

- you need more information about a transaction listed on the statement or transaction confirmation.

b. To be eligible for protection for Unauthorized Transactions, you must notify us within 60 Days after any Unauthorized Transaction first appears in your Account history statement. We will extend the 60 Day time period if a good reason, such as a hospital stay, kept you from notifying us within 60 Days.

You should regularly log into your Account and review your Account history statement to ensure that there has not been an Unauthorized Transaction or Error. PayPal will also send an email to the primary email address you have provided in order to notify you of each transaction from your Account. You should also review these transaction confirmations to ensure that each transaction was authorized and is accurate.

For Unauthorized Transactions or Errors in your Account, notify us as follows:

- Use this form to file a report in the PayPal Security Center; or

- Write to PayPal, Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950; or

- Call PayPal Customer Service at (402) 935-7733 (in the U.S.).

When you notify us, provide us with all of the following information:

- Your name and email address registered to your Account;

- A description of any suspected Unauthorized Transaction or Error and an explanation as to why you believe it is incorrect or why you need more information to identify the transaction; and

- The amount of any suspected Unauthorized Transaction or Error.

If you notify us orally, we may require that you send us your complaint or question in writing within 10 Business Days. During the course of our investigation, we may request additional information from you.

**8.3 PayPal Actions after Receipt of Your Notification.** Once you notify us of any suspected Unauthorized Transaction or Error, or we otherwise learn of one, we will do the following:

- We will conduct an investigation to determine whether there has been an Unauthorized Transaction or Error that is eligible for protection.

- We will complete our investigation within 10 Business Days of the date we received your notification of the suspected Unauthorized Transactions or Error. If your Account is new (the first transaction from your Account was less than 30 Business Days from the date you notify us), we may take up to 20 Business Days to complete this investigation. If we need more time, we may take up to 45 Days

to complete our investigation (or up to 90 Days for new Accounts, or if your transaction was at a point of sale where you were physically present, or a foreign initiated transaction).

- If we decide that we need more time to complete our investigation, we will provisionally credit your Account for the amount of the suspected Unauthorized Transaction or Error. You will receive the provisional credit within 10 Business Days of the date we received your notice (or 20 Business Days for new Accounts). This will allow you to have use of the money until we complete the investigation. We will notify you of the provisional credit within 2 Business Days of the crediting. If we ask you to put your complaint or question in writing and we do not receive it within 10 Business Days (or 20 Business Days for new Accounts), we will not provisionally credit your Account.

- We will inform you of our decision within 3 Business Days after completing our investigation.

  If we determine that there was an Unauthorized Transaction or Error, we will promptly credit the full amount into your Account within 1 Business Day of our determination. Or, if you have already received a provisional credit, you will be allowed to retain those amounts.

  If we decide that there was not an Unauthorized Transaction or Error, we will include an explanation of our decision in our email to you. If you received a provisional credit, we will remove it from your Account and notify you of the date and amount of the debit. You may request copies of the documents that we used in our investigation.

**8.4 PayPal Errors.** We will rectify any Error that we discover. If the Error results in your receipt of less than the correct amount to which you are entitled, PayPal will credit your Account for the difference. If the Error results in your receipt of more than the correct amount to which you are entitled, PayPal will debit the extra funds from your Account.

**8.5 Your Errors.** If you erroneously send a payment to the wrong party, or send a payment for the wrong amount (based on a typographical error, for example), your only recourse will be to contact the party to whom you sent the payment and ask them to refund the payment. PayPal will not reimburse you or reverse a payment that you have made in error.

Back to top

### 9. PayPal Seller Protection.

For seller protection terms for eBay sellers in Hong Kong, click here.

For seller protection terms for sellers in Mexico, click here.

For seller protection terms for sellers in **Turkey and Israel**:

#### PayPal seller protection is available to:

a. Payment Recipients with registered PayPal Account(s) in Turkey or Israel who receive PayPal payments from buyers making an eligible purchase via eBay (worldwide and everywhere PayPal is accepted); and

b. Payment Recipients with registered PayPal Account(s) in Turkey or Israel who receive PayPal payments from buyers making eligible purchases outside of eBay.

PayPal seller protection does not apply to Claims, Chargebacks and/or Reversals for the reason that the purchase was Significantly Not as Described (SNAD) nor for items that you deliver or are picked up in person.

#### How much protection is provided by PayPal seller protection in Turkey and Israel?

PayPal will pay you the full amount of an eligible payment the subject of the Claim, Chargeback, or Reversal and waive the Chargeback Fee, if applicable.

a. For PayPal payments received for a transaction on eBay, and for "Item not Received" Claims outside of eBay, there is no limit on the number of payments for which you can receive re-imbursement under PayPal seller protection.

b. For PayPal payments received for a transaction outside of eBay, the PayPal seller protection for Unauthorized Payments and Item not Received Chargebacks will only apply if

- You have received 500 or more payments in the past 30 days and the amount of Chargebacks, Claims (INR and/or SNAD), and/or Reversals issued against Your PayPal Account (no matter where the transaction takes place, on or off eBay) remains below 1% of the total amount of payment received on Your PayPal Account , or,

- You have received less than 500 payments in the past 30 days and the amount of Chargebacks, Claims (INR and SNAD), and/or Reversals issued against Your PayPal Account remains below 6,

And

- Your eligibility for PayPal seller protection is not suspended, as specified below.

If you exceed the threshold as outlined in above paragraph b) your eligibility for PayPal seller protection will be suspended for at least 90 days and Section 11.5 will apply. After such 90 days' period, your PayPal Account may be eligible for PayPal seller protection only if, during a 90 days period Your PayPal Account meets the following conditions:

- You have received less than 1500 single payments in your PayPal Account and the total number of Chargeback Claims (INR and/or SNAD), and/or Reversals issued against your PayPal Account remained below 18 Or

- You have received 1500 or more single payments in your PayPal Account and the total amount of Chargebacks, Claims (INR and/or SNAD), and/or Reversals issued against your PayPal Account remained below 1% of the total amount of single payments received on your PayPal Account. PayPal will notify uou by e-mail if your eligibility for PayPal seller protection for Unauthorized Payments is declined based on the above requirements or if you may be eligible for PayPal seller protection again.

#### What are the eligibility requirements for PayPal seller protection in Turkey and in Israel?

a. If You have received more than €100,000 per month at least once over a consecutive period of 6 months on your PayPal Account and/or if You are applying surcharge for the use of PayPal (when the law applicable to you allows you to apply surcharge), You are not eligible for PayPal seller protection unless otherwise agreed between you and PayPal. PayPal will review your eligibility for seller protection in October and April of each calendar year.

b. To be eligible for PayPal seller protection, you must meet all of these requirements to be covered:

   a. The item must be purchased via eBay.

   b. For transactions outside of eBay only: you must respect the requirements specified above in relation to your PayPal Account.

   c. The item purchased must be a physical, tangible good.

   d. The transaction must be marked by PayPal as eligible for PayPal seller protection on your Account "Transaction Details" page. If it is marked eligible, protection for both Unauthorized Payments and Item Not Received will apply.

   e. Post the item to the shipping address on the "Transaction Details" page. If the item is delivered in person or if the Payment Recipient posts the item to a different address (for example, if the buyer asks that you send to another address on the basis that it is a "work address" or a "gift" address) then you will not be eligible for re-imbursement under the terms of the PayPal Seller protection.

   f. You may access the "Transactions Detalls" page by logging into your PayPal Account, selecting "History" and then selecting "Details" for the transaction.

   g. Follow the postage requirements described below.

   h. You must accept a single payment from one PayPal Account for the purchase (partial payment and/or payment in installments are excluded).

   i. Respond to PayPal's requests for documentation and other information that is reasonably required by PayPal to investigate the matter in a timely manner.

#### What are the postage requirements for Sellers in Turkey and Israel?

| Type of shipping | Protection for Unauthorised Payment | Protection for Item Not Received |
|---|---|---|
| National/international | Proof of Postage | Proof of Delivery |

If the payment is for pre-ordered or made-to-order goods, postage is required within the timeframe specified in the eBay item listing or, if the transaction was made outside of eBay, the shipment policy or other specification on the Merchant's website. For all other national shipping services (and international shipping), PayPal requires a Proof of Delivery, whatever the value of the item.

#### What is "Proof of Postage" for Sellers in Turkey and Israel?

Online or physical documentation from a postal company that includes all of the following:

a. A status of "shipped" (or equivalent) and the date of postage

b. The recipient's address, showing at least the city/county or postcode (or international equivalent).

c. Official acceptance from the shipping company (for example, a postmark, a receipt, or online tracking information). Or, if you have Proof of Delivery then you do not need Proof of Postage.

#### What is "Proof of Delivery" for Sellers in Turkey and Israel?

Online documentation from a postal company that includes (or where the postal company warrants that they have obtained) all of the following:

a. A status of "delivered" (or equivalent) and the date of delivery.

b. The recipient's address, showing at least the city/county or postcode (or international equivalent).

#### What are examples of items/transactions/cases that are not eligible for seller protection for Sellers in Turkey and Israel?

a. Intangible items, licenses for digital content, and services Items that you deliver (or are picked up) in person

b. Transactions made through Zong or Virtual Terminal (if available)

c. Claims, Chargebacks and Reversals for Significantly Not as Described.

d. Items bought on or outside of eBay via classified listings

e. Disputes filed directly with PayPal in the Online Resolution Center.

### 9.1 PayPal Seller Protection.

PayPal Seller Protection is protection we provide to Sellers for eBay transactions from Claims, Chargebacks, or Reversals that are based on

• Unauthorized Transaction; or

• Item Not Received.

PayPal Seller Protection is available for eligible payments on eBay from buyers in any country.

**9.2 Scope of Protection.** PayPal will protect you for the full amount of the eligible eBay payment and waive the Chargeback Fee, if applicable.

**9.3 Eligibility Requirements.** To be eligible for PayPal Seller Protection, you must meet all of the basic requirements listed below under (a) Basic Requirements. To be covered for Item Not Received protection you must meet both the Basic Requirements and the Item Not Received Additional Requirements listed below under (b). To be covered for Unauthorized Transactions protection you must meet both the Basic Requirements and the Unauthorized Transactions Additional Requirements listed below under (c)

a. Basic Requirements:

   • You must ship the item to the shipping address on the Transaction Details Page.

   • You must respond to PayPal's requests for documentation and other information in a timely manner.

   • The item must be a physical, tangible good that can be shipped.

b. Item Not Received Additional Requirements:

   • The payment must be marked "eligible" or "partially eligible" for PayPal Seller Protection on the Transaction Details Page.

   • You must have a Proof of Delivery as described below in Section 9.4.

   • You must ship the item within 7 Days of receipt of payment. Or, if the payment is for pre-ordered or made-to-order goods, shipment is required within the timeframe specified in your item listing.

c. Unauthorized Transactions Additional Requirements:

   • The payment must be marked "eligible" for PayPal Seller Protection on the Transaction Details Page.

   • You must have a Proof of Shipment or a Proof of Delivery as described below in Section 9.4.

### 9.4 Proof of Shipment, Proof of Delivery, and Signature Confirmation Requirements:

"Proof of Shipment" is online or physical documentation from a shipping company that includes all of the following:

• The date the item is shipped.

• The recipient's address, showing at least the city/state or postal code (or international equivalent).

"Proof of Delivery" is online documentation from a shipping company that includes all of the following:

• The date the item is delivered.

• The recipient's address, showing at least the city/state or postal code (or international equivalent).

• Signature Confirmation as described below for payments of $250 USD or more (or the following equivalents), save for Sellers having a PayPal Account registered in Albania, Andorra, Bosnia and Herzegovina, Croatia, Russia, Turkey and Ukraine to whom such requirement won't apply):

| Currency | Amount | | Currency | Amount |
|----------|--------|---|----------|--------|
| Australian Dollar | $350 AUD | | New Zealand Dollar | $380 NZD |
| Brazilian Real | $500 BRL | | Norwegian Krone | 1,600 NOK |

| Canadian Dollar | $325 CAD | Philippine Peso | 12500.00 PHP |
|---|---|---|---|
| Czech Republic Koruna | 6,000 CZK | Polish New Zloty | 800 PLN |
| Danish Krone | 1,500 DKK | Singaporean Dollar | $ 400 SGD |
| Euro | €200 EUR | Swedish Krona | 2,000 SEK |
| Hong Kong Dollar | $2,000 HKD | Swiss Franc | 330 CHF |
| Hungarian Forint | 55,000 HUF | Taiwan New Dollar | 8250 TWD |
| Israeli New Shekel | 1,000 ILS | Thai Baht | 9000 THB |
| Japanese Yen | ¥28,000 JPY | Turkish Lira | 375 TRY |
| Malaysian Ringgit | 1000 MYR | U.K. Pound Sterling | £150 GBP |
| Mexican Peso | $2,200 MXN | U.S. Dollar | $250 USD |

"Signature Confirmation" is online documentation that can be viewed at the shipping company's website and indicates that the item was signed for on delivery.

**9.5 Items/Transactions not Eligible for PayPal Seller Protection.** The following are examples of items/transactions not eligible for PayPal Seller Protection:

- Non-eBay transactions
- Claims or Chargebacks for Significantly Not as Described.
- Items that you deliver in person, including at a point of sale.
- Intangible items, including Digital Goods and services.
- PayPal Direct Payments (including Virtual Terminal Payments and Website Payments Pro/Plus payments).
- Items that are not shipped to the recipient address. If you originally ship the item to the recipient address but the item is later redirected to a different address, you will not be eligible for PayPal Seller Protection. We therefore recommend not using a shipping service that is arranged by the buyer, so that you will be able to provide valid proof of shipping and delivery.

Back to top

## 10. Restricted Activities.

**10.1 Restricted Activities.** In connection with your use of our website, your Account, the PayPal Services, or in the course of your interactions with PayPal, other Users, or third parties, you will not:

a. Breach this Agreement, the Commercial Entity Agreement, the Acceptable Use Policy or any other Policy that you have agreed to with PayPal;

b. Violate any law, statute, ordinance, or regulation;

c. Infringe PayPal's or any third party's copyright, patent, trademark, trade secret or other intellectual property rights, or rights of publicity or privacy;

d. Sell counterfeit goods;

e. Act in a manner that is defamatory, trade libelous, threatening or harassing;

f. Provide false, inaccurate or misleading Information;

g. Engage in potentially fraudulent or suspicious activity and/or transactions;

h. Refuse to cooperate in an investigation or provide confirmation of your identity or any Information you provide to us;

i. Receive or attempt to receive funds from both PayPal and the Seller, bank or credit card issuer for the same transaction during the course of a dispute;

j. Control an Account that is linked to another Account that has engaged in any of these Restricted Activities;

k. Conduct your business or use the PayPal Services in a manner that results in or may result in complaints, Disputes, Claims, Reversals, Chargebacks, fees, fines, penalties and other liability to PayPal, other Users, third parties or you;

l.  Have a credit score from a credit reporting agency that indicates a high level of risk associated with your use of the PayPal Services;

m.  Use your Account or the PayPal Services in a manner that PayPal, Visa, MasterCard, American Express, Discover or any other electronic funds transfer network reasonably believes to be an abuse of the card system or a violation of card association or network rules;

n.  Allow your Account to have a negative balance;

o.  Provide yourself a cash advance from your credit card (or help others to do so);

p.  Access the PayPal Services from a country that is not listed on PayPal's Worldwide page.

q.  Disclose or distribute another User's Information to a third party, or use the Information for marketing purposes unless you receive the User's express consent to do so;

r.  Send unsolicited email to a User or use the PayPal Services to collect payments for sending, or assisting in sending, unsolicited email to third parties;

s.  Take any action that imposes an unreasonable or disproportionately large load on our infrastructure;

t.  Facilitate any viruses, trojan horses, worms or other computer programming routines that may damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or Information;

u.  Use an anonymizing proxy; use any robot, spider, other automatic device, or manual process to monitor or copy our website without our prior written permission;

v.  Use any device, software or routine to bypass our robot exclusion headers, or interfere or attempt to interfere with our website or the PayPal Services; or

w.  Take any action that may cause us to lose any of the services from our Internet service providers, payment processors, or other suppliers.

Back to top

## 11. Your Liability - Actions We May Take.

### 11.1 Your Liability.

a.  **General.** You are responsible for all Reversals, Chargebacks, Claims, fees, fines, penalties and other liability incurred by PayPal, a User, or a third party caused by or arising out of your breach of this Agreement, and/or your use of the PayPal Services. You agree to reimburse PayPal, a User, or a third party for any and all such liability.

b.  **Liability for Claims under PayPal Buyer Protection.** If you are a Seller and you lose a Claim filed directly with PayPal, you will be required to reimburse PayPal for your liability. Your liability will include the full purchase price of the item plus the original shipping cost (and in some cases you may not receive the item back), and the PayPal Fees that you were charged for the transaction. PayPal Seller Protection will cover your liability for eligible Claims based on Item not Received, and eligible Unauthorized Transactions - see Section 9 (Protection for eBay Sellers) above.

If a buyer files a Significantly Not as Described (SNAD) Claim for an item he or she purchased from you, you will generally be required to accept the item back and refund the buyer the full purchase price plus original shipping costs. You will not receive a refund on your PayPal Fees. Further, if you lose a SNAD Claim because we, in our sole discretion, reasonably believe the item you sold is counterfeit, you will be required to provide a full refund to the buyer and you will not receive the item back (it will be destroyed). PayPal Seller Protection will not cover your liability for SNAD Claims.

c.  **Liability for claims filed under eBay's Buyer Protection resolution process.** If you are an eBay Seller, eBay requires that you comply with the eBay Buyer Protection resolution process. As such, you have provided eBay with permission to make a final decision on a claim that a buyer files against you directly with eBay. If eBay makes a final decision that you lose a claim, you agree to allow PayPal to remove funds from your Account in order to reimburse eBay for your liability. eBay Buyer Protection claims filed directly with eBay are not covered by PayPal Seller Protection. Please see the eBay Buyer Protection Policy for more information. You will not receive a refund of your PayPal Fees. If your balance is not sufficient to reimburse eBay, PayPal will place a hold on your Account until the earlier of: (1) when sufficient funds are added to your balance to reimburse eBay for your liability at which time we will reimburse eBay in full, or (2) 37 Days from the date of eBay's final decision on the claim, at which time we will remove your balance to partially reimburse eBay for your liability, and you will remain liable to eBay for the remainder of the amount.

**11.2 Reimbursement for Your Liability.** In the event that you are liable for any amounts owed to PayPal, PayPal may immediately remove such amounts from your balance. If you do not have a balance that is sufficient to cover your liability, your remaining balance (if any) will be removed, your Account will have negative balance up to the amount of your liability, and you will be required to immediately Add Funds to your Balance or reimburse PayPal through an alternative method. If you do not do so, PayPal may engage in collection efforts to recover such amounts from you.

**11.3 Actions by PayPal – Restricted Activities.** If PayPal, in its sole discretion, believes that you may have engaged in any Restricted Activities, we may take various actions to protect PayPal, its parent, subsidiaries and affiliates, eBay, other Users, other third parties or you from Reversals, Chargebacks, Claims, fees, fines, penalties and any other liability. The actions we may take include but are not limited to the following:

a.  We may close, suspend, or limit your access to your Account or the PayPal Services;

b.  We may refuse to provide the PayPal Services to you now and in the future; and

c.  We may hold your funds for a period of time reasonably needed to protect against the risk of liability to PayPal or a third party, or if we believe that you may be engaging in potentially fraudulent or suspicious activity and/or transactions.

**11.4 Actions by PayPal - Holds.**

a.  **Risk-Based Holds.** PayPal, in its sole discretion, may place a hold on any or all of the payments you receive when PayPal believes there may be a high level of risk associated with you, your Account, or any or all of your transactions. PayPal's determination may be based on different factors and PayPal may rely on information it receives from third parties such as eBay. If PayPal places a hold on a payment, the funds will appear in your "pending balance" and the payment status will indicate the hold, for example it can show as "Completed - Funds not yet available." If PayPal places a hold on any or all of the payments you receive, PayPal will provide you with notice of our actions. PayPal will release the hold on any payment after 30 Days from the date the payment was received into your Account unless PayPal has a reason to continue to hold the payment such as (a) the receipt of a Dispute, Claim, Chargeback, or Reversal, (b) PayPal believes that you have violated the terms of this Agreement or any other Policy and that such a violation results in the need to continue holding the funds, or (c) PayPal believes that you may be engaging in potentially fraudulent or suspicious activity and/or transactions. In such an event, PayPal may continue holding the payment in your Account until the matter is resolved pursuant to this Agreement. PayPal, in its sole discretion, may release the hold earlier under certain circumstances, for example when you upload tracking information of the item you shipped.

b.  **Disputed Transaction Holds.** If a User files a Dispute, Claim, Chargeback or Reversal on a payment you received, PayPal may place a temporary hold on the funds in your Account to cover the amount of the liability. If you win the dispute or the transaction is eligible for PayPal Seller Protection, PayPal will lift the temporary hold. If you lose the dispute, PayPal will remove the funds from your Account. This process also applies to claims that a buyer files directly with eBay through the eBay resolution process.

**11.5 Actions by PayPal - Reserves.**

PayPal, in its sole discretion, may place a Reserve on funds held in your Premier or Business Account when PayPal believes there may be a high level of risk associated with your Account. If PayPal places a Reserve in your Account, transactions will be shown as "pending" in your PayPal balance, and you will not have access to funds in a "pending" status until they are cleared. If your Account is subject to a Reserve, PayPal will provide you with notice specifying the terms of the Reserve. The terms may require that a certain percentage of the amounts received into your Account are held for a certain period of time, or that a certain amount of money is held in Reserve, or anything else that PayPal determines is necessary to protect against the risk associated with your Account. PayPal may change the terms of the Reserve at any time by providing you with notice of the new terms.

**11.6 Actions by PayPal - Account Closure, Termination of Service, Limited Account Access; Confidential Criteria.** PayPal, in its sole discretion, reserves the right to terminate this Agreement and/or access to the PayPal Services for any reason and at any time upon notice and payment to you of any unrestricted funds held in your balance. If we limit access to your Account, including through a Reserve or hold, we will provide you with notice of our actions, and the opportunity to request restoration of access if, in our sole discretion, we deem it appropriate. Further, you acknowledge that PayPal's decision to take certain actions, including limiting access to your Account, placing holds or imposing Reserves, may be based on confidential criteria that is essential to our management of risk, the security of Users' Accounts and the PayPal system. You agree that PayPal is under no obligation to disclose the details of its risk management or its security procedures to you.

**11.7 Acceptable Use Policy Violations.** If you violate the Acceptable Use Policy then in addition to the above actions you will be liable to PayPal for the amount of PayPal's damages for each violation of the Acceptable Use Policy. You agree that $2,500.00 USD (or equivalent) per transaction in violation of the Acceptable Use Policy is presently a reasonable minimum estimate of PayPal's actual damages considering all currently existing circumstances, including the relationship of the sum to the range of harm to PayPal that reasonably could be anticipated because due to the nature of the violations of the Acceptable Use Policy, actual damages would be impractical or extremely difficult to calculate. PayPal may deduct such damages directly from any existing balance in the offending Account, or any other Account you control.

Back to top

**12. Disputes with PayPal.**

**12.1 Contact PayPal First.** If a dispute arises between you and PayPal, our goal is to learn about and address your concerns and, if we are unable to do so to your satisfaction, to provide you with a neutral and cost effective means of resolving the dispute quickly. Disputes between you and PayPal regarding the PayPal Services may be reported to Customer Service online through the PayPal Help Center at any time, or by calling (402) 935-2050 (in the U.S.) from 6 AM to midnight, U.S. Central Time.

**12.2 Arbitration.** For any claim (excluding claims for injunctive or other equitable relief) where the total amount of the award sought is less than $10,000.00 USD (or other currencies equivalents), the party requesting relief may elect to resolve the dispute in a cost effective manner through binding non-appearance-based arbitration. If a party elects arbitration, that party will initiate such arbitration through the Singapore International Arbitration Centre or any other established alternative dispute resolution ("ADR") provider mutually agreed upon by the parties. The ADR provider and the parties must comply with the following rules: a) the arbitration shall be conducted by telephone, online and/or be solely based on written submissions, the specific manner shall be chosen by the party initiating the arbitration; b) the arbitration shall not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties; and c) any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction.

**12.3 Law and Forum for Disputes.** Except as otherwise agreed by the parties or as described in Section 12.2 above, you agree that any claim or dispute you may have against PayPal must be resolved by a court located in Singapore or where the defendant is located. You agree to submit to the personal jurisdiction of the courts located within Singapore for the purpose of litigating all such claims or disputes. This Agreement shall be governed in all respects by the laws of Singapore as such laws are applied to agreements entered into and to be performed entirely within Singapore, without regard to conflict of law provisions.

**12.4 Improperly Filed Litigation.** All claims you bring against PayPal must be resolved in accordance with Section 12 of this Agreement. All claims filed or brought contrary to Section 12 shall be considered improperly filed and a breach of this Agreement. Should you file a claim contrary to Section 12, PayPal may recover attorneys' fees and costs (including in-house attorneys and paralegals) up to $1,000.00 USD, provided that PayPal has notified you in writing of the improperly filed claim, and you have failed to promptly withdraw the claim.

**12.5 Notices to You.** You agree that PayPal may provide you Communications about your Account and the PayPal Services electronically. PayPal reserves the right to close your Account if you withdraw your consent to receive electronic Communications. Any electronic Communications will be considered to be received by you within 24 hours of the time we post it to our website or email it to you. Any notice sent to you by postal mail will be considered to be received by you 3 Business Days after we send it.

**12.6 Notices to PayPal.** Except as otherwise stated above in Section 8 (Errors and Unauthorized Transactions) and Section 12.1, notice to PayPal must be sent by postal mail to: PayPal Pte. Ltd., Attention: Legal Department, 5 Temasek Boulevard #09-01, Suntec Tower Five, Singapore 038985.

**12.7 Insolvency Proceedings.** If any proceeding by or against you is commenced under any provision of any bankruptcy or insolvency law, PayPal will be entitled to recover all reasonable costs or expenses (including reasonable attorneys' fees and expenses) incurred in connection with the enforcement of this Agreement.

**12.8 Release of PayPal.** If you have a dispute with one or more Users, you release PayPal, its parent, subsidiaries and affiliates, eBay (and their officers, directors, agents, joint ventures, employees and suppliers) from any and all claims, demands and damages (actual and consequential) of every kind and nature arising out of or in any way connected with such disputes.

Back to top

## 13. General Terms.

### 13.1 Limitations of Liability.
IN NO EVENT SHALL WE, EBAY, OUR PARENT, SUBSIDIARIES AND AFFILAITES, OUR OFFICERS, DIRECTORS, AGENTS, JOINT VENTURES, EMPLOYEES OR SUPPLIERS BE LIABLE FOR LOST PROFITS OR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH OUR WEBSITE, THE PAYPAL SERVICES, OR THIS AGREEMENT (HOWEVER ARISING, INCLUDING NEGLIGENCE). Some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages so the above limitation or exclusion may not apply to you. OUR LIABILITY, AND THE LIABILITY OF EBAY, OUR PARENT, SUBSIIDAREIS AND AFFILIATES, OUR OFFICERS, DIRECTORS, AGENTS, JOINT VENTURES, EMPLOYEES AND SUPPLIERS, TO YOU OR ANY THIRD PARTIES IN ANY CIRCUMSTANCE IS LIMITED TO THE ACTUAL AMOUNT OF DIRECT DAMAGES.

**13.2 Services Limitation.** PayPal is not a bank and the PayPal Services are payment processing services rather than banking services. PayPal is not acting as a trustee, fiduciary or escrow with respect to your funds, but is acting only as an agent and custodian. PayPal does not have control of, nor liability for, the products or services that are paid for with the PayPal Services. We do not guarantee the identity of any User or ensure that a buyer or a Seller will complete a transaction.

**13.3 No Warranty.** THE PAYPAL SERVICES ARE PROVIDED "AS IS" AND WITHOUT ANY REPRESENTATION OF WARRANTY, WHETHER EXPRESS, IMPLIED OR STATUTORY. PAYPAL, EBAY, OUR PARENT, SUBSIDIARIES AND AFFILIATES, OUR OFFICERS, DIRECTORS, AGENTS, JOINT VENTURES, EMPLOYEES AND OUR SUPPLIERS SPECIFICALLY DISCLAIM ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. PayPal does not have any control over the products or services that are paid for with the PayPal Services and PayPal cannot ensure that a buyer or a Seller you are dealing with will actually complete the transaction or is authorized to do so. PayPal does not guarantee continuous, uninterrupted or secure access to any part of the PayPal Services, and operation of our site may be temporarily suspended for maintenance or upgrade or interfered with by numerous factors outside of our control. PayPal will make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, credit cards, and check issuances are processed in a timely manner but PayPal makes no representations or warranties regarding the amount of time needed to complete processing because the PayPal Services are dependent upon many factors outside of our control, such as delays in the banking system or mail service. Some jurisdictions do not allow the disclaimer of implied warranties, so the foregoing disclaimers may not apply to you. This paragraph gives you specific legal rights and you may also have other legal rights that vary from country to country.

**13.4 Indemnification.** You agree to defend, indemnify and hold PayPal, its parent, subsidiaries and affiliates, eBay, and our officers, directors, agents, joint ventures, employees and suppliers harmless from any claim, demand (including attorneys' fees), fine, or other liability incurred by any third party due to or arising out of your breach of this Agreement and/or your use of the PayPal Services.

**13.5 License Grant.** If you are using PayPal software such as an API, developer's toolkit or other software application that you have downloaded to your computer, device, or other platform, then PayPal grants you a revocable, non-exclusive, non-transferable license to use PayPal's software in accordance with the documentation. This license grant includes the software and all updates, upgrades, new versions and replacement software. You may not rent, lease or otherwise transfer your rights in the software to a third party. You must comply with the implementation and use requirements contained in all PayPal documentation accompanying the PayPal Services. If you do not comply with PayPal's implementation and use requirements we will be liable for all resulting damages suffered by you, PayPal and third parties. You agree not to alter, reproduce, adapt, distribute, display, publish, reverse engineer, translate, disassemble, decompile or otherwise attempt to create any source code which is derived from the software. You acknowledge that all rights, title and interest to PayPal's software are owned by PayPal. Any third party software application you use on the PayPal website is subject to the license you agreed to with the third party that provides you with this software. PayPal does not own, control nor have any responsibility or liability for any third party software application you elect to use on the PayPal website and/or in connection with the PayPal Services. If you are using the PayPal Services on the PayPal website, or other website or platform hosted by PayPal, or a third party, and are not downloading PayPal's software or using third party software applications on the PayPal website, then this section does not apply to your use of the hosted PayPal Services.

**13.6 Intellectual Property.** "PayPal.com," "PayPal", "PayPal.com.br", "PayPal.com.cn", "PayPal.com.c2", "PayPal.com.hk", "PayPal.co.il", "PayPal.co.jp", "PayPal.com.mx", "PayPal.com.tr", "PayPal.com.sg" and all other URLs, logos and trademarks related to the PayPal Services are either trademarks or registered trademarks of PayPal or its licensors. You may not copy, imitate or use them without PayPal's

prior written consent. In addition, all page headers, custom graphics, button icons, and scripts are service marks, trademarks, and/or trade dress of PayPal. You may not copy, imitate, or use them without our prior written consent. You may use HTML logos provided by PayPal through our merchant services, auction tools features or affiliate programs without prior written consent for the purpose of directing web traffic to the PayPal Services. You may not alter, modify or change these HTML logos in any way, use them in a manner that is disparaging to PayPal or the PayPal Services or display them in any manner that implies PayPal's sponsorship or endorsement. All right, title and interest in and to the PayPal website, any content thereon, the PayPal Services, the technology related to the PayPal Services, and any and all technology and any content created or derived from any of the foregoing is the exclusive property of PayPal and its licensors.

**13.7 Calls to You; Mobile Telephone Numbers.** By providing PayPal a telephone number (including a mobile telephone number), you consent to receiving calls, including autodialed and prerecorded messages from PayPal at that number. If we determine that a telephone number you have provided to us is a mobile telephone number, we may categorize it as such in our systems and in your Account Profile, and you consent to receive text messages from us about your use of the PayPal Services at that number.

**13.8 Marketing.** If you receive Information about another User through the PayPal Services, you must keep the Information confidential and only use it in connection with the PayPal Services. You may not disclose or distribute a User's Information to a third party or use the Information for marketing purposes unless you receive the User's express consent to do so.

**13.9 Password Security.** You are responsible for maintaining adequate security and control of any and all IDs, passwords, personal identification numbers (PINs), or any other codes that you use to access the PayPal Services.

**13.10 Taxes.** It is your responsibility to determine what, if any, taxes apply to the payments you make or receive, and it is your responsibility to collect, report and remit the correct tax to the appropriate tax authority. PayPal is not responsible for determining whether taxes apply to your transaction, or for collecting, reporting or remitting any taxes arising from any transaction. Please be advised that you may be subject to withholding taxes or other tax liabilities with respect to importing services from a foreign entity. In addition, you may be subject to VAT, sales tax, income tax, or other tax liabilities as a seller of goods or services. It is your responsibility to check with your local tax advisor to determine which taxes apply to you, and it is your responsibility to pay such taxes to the appropriate tax authority. All Fees related to the PayPal Services are made free and clear of, and without any deduction or withholding for and on account of, any taxes, duties or other deductions. Any such deduction or withholding, if required by the laws of any country are your sole responsibility.

**13.11 Complete Agreement and Survival.** This Agreement, along with any applicable Policies on the Legal Agreements page on the PayPal website, sets forth the entire understanding between you and PayPal with respect to the PayPal Services. Sections 6 (Closing Your Account), 11 (Your Liability – Actions We May Take), 12 (Disputes with PayPal), 13 (General Terms), 14 (Definitions), and Exhibit A (Fees) as well as any other terms which by their nature should survive, will survive the termination of this Agreement. If any provision of this Agreement is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced.

**13.12 Assignment.** You may not transfer or assign any rights or obligations you have under this Agreement without PayPal's prior written consent. PayPal reserves the right to transfer or assign this Agreement or any right or obligation under this Agreement at any time.

**13.13 Translated Agreement.** Any translation of this Agreement is provided solely for your convenience and is not intended to modify the terms of this Agreement. In the event of a conflict between the English version of this Agreement and a version in a language other than English, the English version shall apply.

**13.14 No Waiver.** Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches.

**13.15 Assumption of Rights.** If PayPal pays out a Claim, Reversal or Chargeback that you file against a recipient of your payment, you agree that PayPal assumes your rights against the recipient and third parties related to the payment, and may pursue those rights directly or on your behalf, in PayPal's discretion.

Back to top

## 14. Definitions.

"**Account**" or "**PayPal Account**" means a Personal, Premier or Business PayPal Account.

"**Account Profile**" means the location on our website where you can, after logging in, view and manage your profile, including your personal information, Payment Method details, Preapproved Payments authorizations, your selling tools, and your Account settings including your notification preferences and API Access permissions.

"**Add Funds**" or "**Top Up**" means your ability to transfer money from your bank account to your PayPal Account.

"**Authorize**" or "**Authorization**" means a buyer's express authorization to a Merchant to collect a payment from the buyer's PayPal Account.

"**Automatic Transfer**" means a withdrawal of your Account balance that is initiated by PayPal. If your Account is registered in one of the Automatic Transfer Countries, then your balance will be regularly withdrawn to your linked financial instrument pursuant to these terms and conditions.

"**Automatic Transfer Countries**" means Albania, Algeria, Antigua and Barbuda, Bahrain, Barbados, Belize, Bosnia and Herzegovina, Botswana, Croatia, Dominica, Fiji, French Polynesia, Grenada, Honduras, Jordan, Lesotho, Malawi, Morocco, Mozambique, New Caledonia, Oman, Palau, Saint Kitts and Nevis, Saint Lucia, Saudi Arabia, Seychelles ,The Bahamas, Trinidad and Tobago, Turks and Caicos.

"**Business Account**" means an Account used primarily for business purposes and not for personal, family, or household purposes.

"**Business Days**" means Monday through Friday, excluding the official national holidays recognized in Singapore.

**"Chargeback"** means a request that a buyer files directly with his or her debit or credit card company or debit or credit card issuing bank to invalidate a payment.

**"Claim"** means a challenge to a payment that a User files directly with PayPal in the Online Resolution Center pursuant to Section 7 of this Agreement.

**"Commercial Entity Agreement"** means the agreement that commercial entities are required to enter into directly with PayPal's payment processor(s).

**"Commercial Payment"** means as defined in Exhibit A (Fees) below.

**"Communications"** means any Account or transaction information that PayPal provides to you, including: any Policies you agree to, including updates to these Policies; annual disclosure; transaction receipts or confirmations; Account statements and history; and tax statements we are required to make available to you.

**"Customer Service"** is PayPal's customer support which can be accessed online through the PayPal Help Center at any time, or by calling (402) 935-2050 (in the U.S.) from 6 AM to midnight U.S. Central Time.

**"Days"** means calendar days.

**"Default Payment Methods"** means the order in which PayPal uses your Payment Methods to fund a transaction if you do not select a Preferred Payment Method.

**"Digital Goods"** means goods that are delivered and used in an electronic format.

**"Dispute"** means a dispute filed by a User directly with PayPal in the Online Resolution Center pursuant to Section 7 of this Agreement.

**"eBay"** means eBay Group Inc.

**"eBay Gift Card"** means an eBay branded physical gift card.

**"eCheck"** means a payment funded using a sender's bank account that is held pending and not received by the recipient until it clears. When you send money using eCheck it will usually be held pending for 3-4 Business Days. The amount of time that it is held pending will increase if the payment is sent from a bank account outside the U.S.

**"Error"** means a processing error made by PayPal or its suppliers in which your Account is mistakenly debited or credited.

**"Fees"** means those amounts stated in Exhibit A (Fees) of this Agreement.

**"Information"** means any Account information that you provide to us, including but not limited to personal information, financial information, or other information related to you or your business.

**"Instant Transfer"** means a payment funded using the sender's bank account in which PayPal credits the recipient instantly.

**"Item Not Received"** means a challenge to a payment from a User claiming that the item purchased was not received.

**"Mass Payments"** means the ability to send multiple payments at the same time.

**"Merchant"** and **"Seller"** are used interchangeably and mean a User who is selling goods and/or services and using the PayPal Services to receive payments.

**"Micropayments for Digital Goods"** means the PayPal Service offered to certain qualifying Merchants who sell Digital Goods that, among other things, offers micropayments pricing and integrated website tools.

**"No Log-In Payment"** means a PayPal payment that is made without the sender having to log into his/her Account.

**"Payment Method"** means the payment method used to fund a transaction. The following payment methods may be used to fund a transaction (subject to availability): balance, Instant Transfer, eCheck, credit card, debit card, eBay Gift Card and Redemption Codes.

**"PayPal," "we," "us"** or **"our"** means PayPal Pte. Ltd.

**"PayPal Direct Payment"** means a payment that is made directly through the buyer's credit or debit card and not through a PayPal Account, such as payments made through Website Payments Pro.

**"PayPal Mobile"** means a PayPal Service that allows you to send and receive payments through your mobile phone.

**"PayPal Seller Protection"** means the protection program PayPal offers eBay Sellers as described in Section 9 (Protection for eBay Sellers).

**"PayPal Services"** means all our products and services and any other features, technologies and/or functionalities offered by us on our website or through any other means.

**"Personal Payment"** means a payment to a friend or a family member for goods and/or services such as your share of the rent or a dinner bill. Personal Payments may not be used for sending gifts. Personal Payments are not available in most countries.

**"Policy"** or **"Policies"** means any Policy or other agreement between you and PayPal that you entered into on the PayPal website, or in connection with your use of the PayPal Services.

**"Preapproved Payment"** means a payment in which the recipient is provided advance Authorization to debit the sender's Account directly on a one-time, regular, or sporadic basis in accordance with the recipient's agreement with the sender. Preapproved Payments are sometimes called "subscriptions", "automatic payments", "automatic billing" or "recurring payments."

**"Preferred Payment Method"** means a Payment Method that you select to fund a payment instead of using the Default Payment Methods.

**"Premier Account"** means an Account used for business purposes or for personal, family, or household purposes.

**"Redemption Code"** means the sequence of letters, numbers, and/or symbols placed on gift certificates, promotional coupons or other promotional offers and used to obtain a benefit.

**"Reserve"** means a percentage of the funds received into your Account that we hold in order to protect against the risk of Reversals, Chargebacks, Claims or any other liability related to your Account and/or use of the PayPal Services.

**"Restricted Activities"** means those activities described in Section 10 of this Agreement.

**"Reversal"** means PayPal reverses a payment you received because (a) it is invalidated by the sender's bank, (b) it was sent to you in Error by PayPal, its parent, subsidiaries, affiliates, eBay or any direct or indirect PayPal subsidiary, (c) the sender of the payment did not have authorization to send the payment (for example: the sender used a stolen credit card), (d) you received the payment for activities that violated this Agreement, the PayPal Acceptable Use Policy, or any other Policy, or (e) PayPal decided a Claim against you.

**"Seller"** – see "Merchant" definition.

**"Significantly Not as Described"** has the definition provided in Section 7.1 of this Agreement.

**"Substantial Change"** means a change to the terms of this Agreement that reduces your rights or increases your responsibilities.

**"Top Up"** – see "Add Funds" definition.

**"Transaction Details Page"** means the page on the PayPal website titled "Transaction Details" that displays information about the transaction. This page is accessible from the "Details" link on the "Overview" and "History" subtabs of the "My Account" tab on the PayPal website.

**"Verified Account"** means an Account status that reflects that PayPal has verified that an Account holder has legal control of one or more of his or her Payment Methods. A Verified Account status does not constitute an endorsement of a User or a guarantee of a User's business practices.

**"Virtual Terminal Payment"** means a payment processed by PayPal through the Virtual Terminal flows that is funded directly by a credit or debit card and not through an Account. "User" means any person or entity using the PayPal Services including you.

**"Unauthorized Transaction"** means as defined in Section 8.1 of this Agreement.

Back to top

## Exhibit A - Fees.

**Overview.** PayPal charges the following Fees:

1.

    a. **Commercial Payments Fee.**

    b. **Additional Fees:**

- Currency Conversion Processing Fee;
- Withdrawing your Balance Fee;
- eCheck Fee;
- Chargeback Fee;
- Credit Card and Debit Card Confirmation Fee; and
- Records Request Fee.

    c. **Fees for other pricing categories:**

- Micropayments Fee;
- Micropayment for Digital Goods Fee;
- Mass Payments Fee;
- Personal Payments Fee; and
- Installments Processing Fee in Mexico;

For additional information about the Fees applicable to you view your country's Fees page.

2. **Commercial Payments Fee.**

A Commercial Payment includes the following:

- A payment for the sale of goods or services;
- A payment received after the Seller has used the "Request Payment" tab on the PayPal website; or
- A payment that is sent to, or received by, a business or other commercial or non-profit entity.

| Activity | Country | Commercial Payments Fee | | |
|---|---|---|---|---|
| Receiving Commercial Payments | All countries except as listed below | | | |
| | | Domestic payments: | Standard Rate: | 3.4% + Fixed Fee |
| | | | Merchant Rate*: | From 2.4% to 3.4% + Fixed Fee |
| | | International payments: | Standard Rate: | 3.9% + Fixed Fee |
| | | | Merchant Rate**: | From 2.9% to 3.9% + Fixed Fee |
| | Albania Andorra Bosnia and Herzegovina Croatia Iceland Russia Turkey | Domestic payments: | Standard Rate: | 3.4% + Fixed Fee |
| | | | Merchant Rate*: | From 2.4% to 3.4% + Fixed Fee |
| | | International payments: | See table below. | |
| | Argentina (international payments only) Bermuda Cayman Islands Chile Colombia Costa Rica Dominican Republic Ecuador El Salvador Guatemala Jamaica Panama Peru Uruguay Venezuela | Domestic payments and international payments: | Standard Rate: 5.4% + Fixed Fee Merchant Rate : From 4.4% to 5.4% + Fixed Fee | |
| | Automatic Transfer Countries Except for: Albania, Bosnia and Herzegovina, Croatia | Domestic payments and international payments: | Standard Rate: | 4.9% + Fixed Fee |
| | | | Merchant Rate*: | From 3.9% to 4.9% + Fixed Fee |
| | Japan | Domestic payments: | Standard Rate: | 3.6% + Fixed Fee |

|  |  |  | Merchant Rate*: | From 2.9% to 3.6% + Fixed Fee |
|--|--|--|--|--|
|  |  | International payments: | Standard Rate: | 3.9% + Fixed Fee |
|  |  |  | Merchant Rate*: | From 2.9% to 3.9% + Fixed Fee |

|  | Mexico |  |  |  |
|--|--|--|--|--|
|  |  | Domestic payments: | Standard Rate: | 4.0% + Fixed Fee |
|  |  |  | Merchant Rate*: | From 3.0% to 4.0% + Fixed Fee |
|  |  | International payments: | Standard Rate: | 4.5% + Fixed Fee |
|  |  |  | Merchant Rate*: | From 3.5% to 4.5% + Fixed Fee |

| Fixed Fee | All countries |  |
|--|--|--|

| Currency: | Fee: |
|--|--|
| Australian Dollar: | $0.30 AUD |
| Brazilian Real: | R$0.60 BRL |
| Canadian Dollar: | $0.30 CAD |
| Czech Koruna: | 10.00 CZK |
| Danish Kroner: | 2.60 DKK |
| Euro: | €0.35 EUR |
| Hong Kong Dollar: | $2.35 HKD |
| Hungarian Forint: | 90.00 HUF |
| Israeli New Shekel: | 1.20 ILS |
| Japanese Yen: | ¥40.00 JPY |
| Malaysian Ringgit: | 2.00 MYR |
| Mexican Peso: | 4.00 MXN |
| New Zealand Dollar: | $0.45 NZD |
| Norwegian Krone: | 2.80 NOK |
| Philippine Peso: | 15.00 PHP |
| Polish Zloty: | 1.35 PLN |
| Singapore Dollar: | $0.50 SGD |
| Swedish Krona: | 3.25 SEK |
| Swiss Franc: | 0.55 CHF |

| New Taiwan Dollar: | $10.00 TWD |
|---|---|
| Thai Baht: | 11.00 THB |
| Turkish Lira: | 0.45 TRY |
| U.K. Pounds Sterling: | £0.20 GBP |
| U.S. Dollar: | $0.30 USD |

*To qualify for our Merchant Rate you must submit a one-time application, have a qualifying monthly sales volume, and have an Account in good standing. To view Merchant Rate criteria, click here. To apply for Merchant Rate, click here.

**Receiving International Commercial Payments in Albania, Andorra, Bosnia and Herzegovina, Croatia, Iceland, Russia, Turkey.**

The Fee depends on the buyer's country.

| Activity | Seller's Country | Buyer's Country | Fee | |
|---|---|---|---|---|
| Receiving Commercial Payments | Albania, Andorra, Bosnia and Herzegovina, Croatia, Iceland, Norway, Russia, Turkey | Northern Europe*: | Standard Rate: | 3.8% + Fixed Fee |
| | | | Merchant Rate^: | From 2.8% to 3.8% + Fixed Fee |
| | | U.S, Canada, Europe I **: | Standard Rate: | 3.9%+ Fixed Fee |
| | | | Merchant Rate^: | From 2.9% to 3.9% + Fixed Fee |
| | | Europe II ***: | Standard Rate: | 4.4% + Fixed Fee |
| | | | Merchant Rate^: | From 3.4% to 4.4% + Fixed Fee |
| | | All other countries: | Standard Rate: | 4.9% + Fixed Fee |
| | | | Merchant Rate^: | From 3.9% to 4.9% + Fixed Fee |
| Fixed Fee | See in table above | | | |

* Northern Europe: Denmark, Faroe Islands, Finland (including Aland Islands), Greenland, Iceland, Norway, Sweden.

** Europe I: Austria, Belgium, Cyprus, Estonia, France (including French Guiana, Guadeloupe, Martinique, Reunion and Mayotte) , Germany, Gibraltar, Greece, Ireland, Italy , Luxembourg, Malta, Monaco^^, Netherlands, Portugal, Montenegro^^, San Marino, Slovakia, Slovenia, Spain, United Kingdom (including Channel Islands and Isle of Man), Vatican City State.

*** Europe II: Albania, Andorra, Bosnia and Herzegovina, Bulgaria, Croatia, Czech Republic, Hungary, Latvia, Liechtenstein, Lithuania, Macedonia^^, Moldova^^, Poland, Romania, Russia, Serbia^^, Switzerland, Turkey, Ukraine.

^ **Merchant Rate:** To qualify for our Merchant Rate you must submit a one-time application, have a qualifying monthly sales volume, and have an Account in good standing. To view Merchant Rate criteria click here. To apply for Merchant Rate click here.

^^ Buyers in these countries cannot open a PayPal Account but can make purchases using their credit cards on certain merchants' websites.

**Note:** Cross Border Euro or Swedish Krona payments made between Accounts registered in the European Union or European Economic Area will be treated as Domestic Personal Payments for the purpose of applying Fees.

3. **Additional Fees.**

| Activity | Additional Fees | | |
|---|---|---|---|
| **Currency Conversion** | | | |
| | **Country:** | **Fee:** | |
| | All countries except as listed below. | 2.5% (added to the exchange rate) | |
| | Argentina, Aruba, Bahamas, Barbados, Bermuda, Cayman Islands, Chile, Colombia, Costa Rica, Dominican Republic, Ecuador, El Salvador, Guatemala, Jamaica, Kenya, Kuwait, Mexico, Panama, Peru, Qatar, Saudi Arabia, Trinidad & Tobago, United Arab Emirates, Uruguay, Venezuela. | 3.5% (added to the exchange rate) | |
| | Albania, Andorra, Bosnia and Herzegovina, Croatia, Iceland, Russia, Turkey, Ukraine. | **Currency Conversion that occurs when sending a Personal or a Commercial Payment:**<br><br>4% added to the exchange rate.<br><br>**Currency conversion that occurs when receiving other payments (including Mass Payments), withdrawing funds, adding funds from a bank account to your PayPal Account or when transferring funds between your PayPal balances held in different currencies (as applicable);**<br><br>2.5% added to the exchange rate | |
| | Bhutan, Cambodia, China, Federated States of Micronesia, Hong Kong, India, Indonesia, Japan, Korea, Laos, Malaysia, Maldives, Mongolia, Nepal, New Zealand, Philippines, Samoa, Singapore, Sri Lanka, Taiwan, Thailand, Tonga, Vietnam | **Currency Conversion that occurs when sending a Personal or a Commercial Payment:**<br><br>The Fee depends on the currency into which the amount is converted, as listed in the table below and is added to the exchange rate. | |
| | | **Currency:** | **Fee:** |
| | | Argentine Peso: | 4% |
| | | Australian Dollar: | 4% |
| | | Brazilian Real: | 4% |
| | | Canadian Dollar: | 3.5% |
| | | Czech Koruna: | 4% |
| | | Danish Kroner: | 4% |
| | | Euro: | 4% |
| | | Hong Kong Dollar: | 4% |

| | | |
|---|---|---|
| | Hungarian Forint: | 4% |
| | Indian Rupee: | 4% |
| | Israeli New Shekel: | 4% |
| | Japanese Yen: | 4% |
| | Malaysian Ringgit | 4% |
| | Mexican Peso: | 4% |
| | New Zealand Dollar: | 4% |
| | Norwegian Krone: | 4% |
| | Philippine Peso: | 4% |
| | Polish Zloty: | 4% |
| | Singapore Dollar: | 4% |
| | Swedish Krona: | 4% |
| | Swiss Franc: | 4% |
| | New Taiwan Dollar: | 4% |
| | Thai Baht: | 4% |
| | Turkish Lira: | 4% |
| | U.K. Pounds Sterling: | 4% |
| | U.S. Dollar: | 3.5% |

**Currency conversion that occurs when receiving other payments (including Mass Payments), withdrawing funds, adding funds from a bank account to your PayPal Account or when transferring funds between your PayPal balances held in different currencies (as applicable)**

2.5% added to the exchange rate

When a currency conversion is required, it will be completed at a foreign exchange rate determined by a licensed financial institution, which is adjusted regularly based on market conditions. The exchange rate is adjusted regularly and may be applied immediately and without notice to you. The exchange rate includes a processing Fee expressed as a percentage above the wholesale exchange rate at which PayPal obtains foreign currency, and the processing fee is retained by PayPal.

Where a currency conversion is offered by PayPal at the point of sale, you will be shown the exchange rate that will be applied to the transaction before you proceed with authorizing the payment transaction. By proceeding with your authorization of the payment transaction you are agreeing to the currency conversion on the basis of the exchange rate. Where a currency conversion is offered at the point of sale by the Merchant, not by PayPal, and you choose to authorize the payment transaction on the basis of the Merchant's exchange rate and charges, PayPal has no liability to you for that currency conversion.

Where you payment is funded by a Debit or Credit Card and involves a currency conversion by PayPal, you consent to and authorize PayPal to convert the currency in place of your Credit or Debit card issuer.

**Withdrawing your Balance**

| **Withdrawal Method:** | **Fee:** |
|---|---|
| Withdrawals you make to your U.S. bank account. | Free |

| Automatic transfers we make to your credit card or U.S. bank account. | Free |
|---|---|
| Withdrawals you make to your local bank account.<br><br>Withdrawals you make to your credit card.<br><br>Withdrawal via a physical check sent to you.<br><br>Return Fee if the withdrawal information you provided is incorrect or incomplete. | Fee varies by country. See Fee Page and select the appropriate country to view Fees. |

**Receiving eChecks**

For sellers in the countries listed below, there is a maximum fee per payment for receiving eCheck-funded payments as follows. The cap depends on the currency of the payment:

| Albania, Andorra, Bosnia and Herzegovina, Croatia, Iceland, Russia, Turkey | Currency: | Fee: |
|---|---|---|
| | Argentine Peso: | 150.00 ARS |
| | Australian Dollar: | 50.00 AUD |
| | Brazilian Real: | 75.00 BRL |
| | Canadian Dollar: | 45.00 CAD |
| | Czech Koruna: | 850.00 CZK |
| | Danish Krone: | 250.00 DKK |
| | Euro: | 35.00 EUR |
| | Hong Kong Dollar: | 330.00 HKD |
| | Hungarian Forint: | 9250 HUF |
| | Israeli New Shekel: | 160.00 ILS |
| | Indian Rupee: | 2000 INR |
| | Japanese Yen: | 4000 JPY |
| | Malaysian Ringgit: | 150.00 MYR |
| | Mexican Peso: | 540.00 MXN |
| | New Zealand Dollar: | 60.00 NZD |
| | Philippine Peso: | 1900.00 PHP |
| | Polish Zloty: | 140.00 PLN |
| | Singapore Dollar: | 60.00 SGD |
| | Swedish Krona: | 320.00 SEK |
| | Swiss Franc: | 50.00 CHF |
| | Taiwan New Dollar: | 1350.00 TWD |

|  | Thai Baht: | 1400.00 THB |
|---|---|---|
|  | Turkish Lira: | 80.00 TRY |
|  | U.K. Pounds Sterling: | 30.00 GBP |
|  | U.S. Dollar: | 45.00 USD |

**Chargebacks**

| All countries except as listed below | Currency: | Fee: |
|---|---|---|
|  | Australian Dollar: | $15.00 AUD |
|  | Brazilian Real: | R$20.00 BRL |
|  | Canadian Dollar: | $15.00 CAD |
|  | Czech Koruna: | 250.00 CZK |
|  | Danish Kroner: | 60.00 DKK |
|  | Euro: | €11.25 EUR |
|  | Hong Kong Dollar: | $75.00 HKD |
|  | Hungarian Forint: | 2000.00 HUF |
|  | Israeli New Shekel: | 40.00 ILS |
|  | Japanese Yen: | ¥1300.00 JPY |
|  | Malaysian Ringgit: | 40.00 MYR |
|  | Mexican Peso: | 110.00 MXN |
|  | New Zealand Dollar: | $15.00 NZD |
|  | Philippine Peso: | 500.00 PHP |
|  | Polish Zloty: | 30.00 PLN |
|  | Singapore Dollar: | $15.00 SGD |
|  | Swedish Krona: | 80.00 SEK |
|  | Swiss Franc: | 10.00 CHF |
|  | New Taiwan Dollar: | $330.00 TWD |
|  | Thai Baht: | 360.00 THB |
|  | Turkish Lira: | 15.00 TRY |
|  | U.K. Pounds Sterling: | £7.00 GBP |
|  | U.S. Dollar: | $10.00 USD |

| Albania, Andorra, Bosnia and Herzegovina, Croatia, Iceland, Russia, Turkey | Currency: | Fee : |
|---|---|---|
|  | Argentine Peso: | 70.00 ARS |

| | |
|---|---|
| Australian Dollar: | 22.00 AUD |
| Brazilian Real: | 35.00 BRL |
| Canadian Dollar: | 20.00 CAD |
| Czech Koruna: | 400.00 CZK |
| Danish Kroner: | 120.00 DKK |
| Euro: | 16.00 EUR |
| Hong Kong Dollar: | 155.00 HKD |
| Hungarian Forint: | 4325 HUF |
| Israeli New Shekel: | 75.00 ILS |
| Indian Rupee: | 950.00 INR |
| Japanese Yen: | 1875 JPY |
| Malaysian Ringgit: | 65.00 MYR |
| Mexican Peso: | 250.00 MXN |
| New Zealand Dollar: | 28.00 NZD |
| Philippine Peso: | 900.00 PHP |
| Polish Zloty: | 65.00 PLN |
| Singapore Dollar: | 28.00 SGD |
| Swedish Krona: | 150.00 SEK |
| Swiss Franc: | 22.00 CHF |
| Taiwan New Dollar: | 625.00 TWD |
| Thai Baht: | 650.00 THB |
| Turkish Lira: | 30.00 TRY |
| U.K. Pounds Sterling: | 14.00 GBP |
| U.S. Dollar: | 20.00 USD |

The Chargeback Fee is charged at the time a Chargeback is applied to your Account for a payment you receive. If you are eligible for PayPal Seller Protection for that payment, the Fee is waived. The Fee is based on the currency received.

**Credit Card and Debit Card Confirmation**

| Currency: | Fee: |
|---|---|

| | | |
|---|---|---|
| Australian Dollar: | $2.00 AUD | |
| Brazilian Real: | R 4.00 BRL | |
| Canadian Dollar: | $2.45 CAD | |
| Czech Koruna: | 50.00 CZK | |
| Danish Kroner: | 12.50 DKK | |
| Euro: | €1.50 EUR | |
| Hong Kong Dollar: | $15.00 HKD | |
| Hungarian Forint: | 400.00 HUF | |
| Israeli New Shekel: | 8.00 ILS | |
| Japanese Yen: | ¥200.00 JPY | |
| Malaysian Ringgit: | 10.00 MYR | |
| Mexican Peso: | 20.00 MXN | |
| New Zealand Dollar: | $3.00 NZD | |
| Norwegian Krone: | 15.00 NOK | |
| Philippine Peso: | 100.00 PHP | |
| Polish Zloty: | 6.50 PLN | |
| Singapore Dollar: | $3.00 SGD | |
| Swedish Krona: | 15.00 SEK | |
| Swiss Franc: | 3.00 CHF | |
| New Taiwan Dollar: | $70.00 TWD | |
| Thai Baht: | 70.00 THB | |
| Turkish Lira: | 3.00 TRY | |
| U.K. Pounds Sterling: | £1.00 GBP | |
| U.S. Dollar: | $1.95 USD | |

In some instances, PayPal may require you to verify control of your credit card or debit card. In order to do so, PayPal makes a charge to your credit card or debit card and then requires you to verify the code associated with the charge. This amount will be refunded when you successfully complete the credit card or debit card verification process.

| **Records Requests Fee** | $10.00 SGD (per item), or other currency equivalent.<br><br>We will not charge you for records requested in connection with your good-faith assertion of an error in your Account. |
|---|---|

4. **Fees for Other Pricing Categories**

   a. **Micropayments Pricing.** PayPal offers two micropayments pricing programs: (i) Micropayments Fees; and (ii) Micropayments for Digital Goods Fees.

   (i) Micropayments Fees. If you have signed up for Micropayments Fees, then the following Fees apply to all the Commercial Payments you receive. If you have both a Micropayments Fees enabled Account and a standard pricing Account, it is your

responsibility to correctly route your payments to the appropriate Account, and once a transaction is processed through the Account you selected, you may not request that the transaction be processed through a different Account.

| Activity | Country | Micropayments Fee | |
|---|---|---|---|
| **Receiving Commercial Payments** | All countries (where Micropayments Fees are available) | Domestic payments:<br>5% + Micropayments Fixed Fee | |
| | ِ | International payments:<br>6%+ Micropayments Fixed Fee | |
| **Micropayments Fixed Fee** | All countries where available | **Currency:** | **Fee:** |
| | | Australian Dollar: | $0.05 AUD |
| | ٠ | Brazilian Real: | R 0.10 BRL |
| | | Canadian Dollar: | $0.05 CAD |
| | | Czech Koruna: | 1.67 CZK |
| | | Danish Kroner: | 0.43 DKK |
| | | Euro: | €0.05 EUR |
| | | Hong Kong Dollar: | $0.39 HKD |
| | | Hungarian Forint: | 15.00 HUF |
| | | Israeli New Shekel: | 0.20 ILS |
| | | Japanese Yen: | ¥7.00 JPY |
| | | Malaysian Ringgit: | 0.20 MYR |
| | | Mexican Peso: | $0.55 MXN |
| | | New Zealand Dollar: | $0.08 NZD |
| | | Norwegian Krone: | 0.47 NOK |
| | | Philippine Peso: | 2.50 PHP |
| | | Polish Zloty: | 0.23 PLN |
| | | Singapore Dollar: | $0.08 SGD |
| | | Swedish Krona: | 0.54 SEK |
| | | Swiss Franc: | 0.09 CHF |
| | | New Taiwan Dollar: | 2.00 TWD |

| | 1.80 THB |
|---|---|
| Thai Baht: | 1.80 THB |
| Turkish Lira: | 0.08 TRY |
| U.K. Pounds Sterling: | £0.05 GBP |
| U.S. Dollar: | $0.05 USD |

(ii) **Micropayments for Digital Goods Fees**. If you apply and qualify for Micropayments for Digital Goods, then for each transaction involving only Digital Goods, you agree to pay either (i) the Commercial Payment Fees described in Section 2 above or (ii) the Micropayments for Digital Goods Fees, whichever rate results in a lower amount being charged to you for the transaction.

| Activity | Country | Micropayments for Digital Goods Fee | |
|---|---|---|---|
| Receiving Micropayments for Digital Goods | All countries (where Micropayments for Digital Goods are available) except as listed below | Domestic payments: 5% + Micropayments Fixed Fee International payments: 5.5% + Micropayments Fixed Fee | |
| | Japan | Domestic payments: 5% + Micropayments Fixed Fee International payments: 5^% to 5.3 % + Micropayments Fixed Fee | |
| | Albania, Andorra, Bosnia and Herzegovina, Croatia, Iceland, Russia, Turkey (where applicable) | Domestic payments: 5% + Micropayments Fixed Fee International payments: The Fee depends on the buyer's country | |
| | | **Buyer's Country** | **Fee** |
| | | Northern Europe* | 5.4% + Micropayments Fixed Fee |
| | | U.S., Canada, Europe I** | 5.5% + Micropayments Fixed Fee |
| | | Europe II*** | 6.0% + Micropayments Fixed Fee |
| | | All other countries | 6.5% + Micropayments Fixed Fee |

| **Micropayments Fixed Fee** | All countries where available | | |
| --- | --- | --- | --- |
| | | **Currency:** | **Fee:** |
| | | Australian Dollar: | $0.05 AUD |
| | | Brazilian Real: | R 0.10 BRL |
| | | Canadian Dollar: | $0.05 CAD |
| | | Czech Koruna: | 1.67 CZK |
| | | Danish Kroner: | 0.43 DKK |
| | | Euro: | €0.05 EUR |
| | | Hong Kong Dollar: | $0.39 HKD |
| | | Hungarian Forint: | 15.00 HUF |
| | | Israeli New Shekel: | 0.20 ILS |
| | | Japanese Yen: | ¥7.00 JPY |
| | | Malaysian Ringgit: | 0.20 MYR |
| | | Mexican Peso: | $0.55 MXN |
| | | New Zealand Dollar: | $0.08 NZD |
| | | Norwegian Krone: | 0.47 NOK |
| | | Philippine Peso: | 2.50 PHP |
| | | Polish Zloty: | 0.23 PLN |
| | | Singapore Dollar: | $0.08 SGD |
| | | Swedish Krona: | 0.54 SEK |
| | | Swiss Franc: | 0.09 CHF |
| | | New Taiwan Dollar: | 2.00 TWD |
| | | Thai Baht: | 1.80 THB |
| | | Turkish Lira: | 0.08 TRY |
| | | U.K. Pounds Sterling: | £0.05 GBP |
| | | U.S. Dollar: | $0.05 USD |

\* Northern Europe: Denmark, Faroe Islands, Finland (including Aland Islands), Greenland, Iceland, Sweden.

\*\* Europe I: Austria, Belgium, Cyprus, Estonia, France (including French Guiana, Guadeloupe, Martinique, Reunion and Mayotte) , Germany, Gibraltar, Greece, Ireland, Italy, Luxembourg, Malta, Monaco^^, Netherlands, Portugal, Montenegro^^, San Marino, Slovakia, Slovenia, Spain, United Kingdom (including Channel Islands and Isle of Man), Vatican City State.

\*\*\* Europe II: Albania, Andorra, Bosnia and Herzegovina, Bulgaria, Croatia, Czech Republic, Hungary, Latvia, Liechtenstein, Lithuania, Macedonia^^, Moldova^^, Poland, Romania, Russia, Serbia^^, Switzerland, Turkey, Ukraine.

^ **Merchant Rate:** To qualify for our Merchant Rate you must submit a one-time application, have a qualifying monthly sales volume, and have an Account in good standing. To view Merchant Rate criteria, click here. To apply for Merchant Rate, click here.

^^ Buyers in these countries cannot open a PayPal Account but can make purchases using their credit cards on certain

merchants' websites.

**Note:** Cross Border Euro or Swedish Krona payments made between Accounts registered in the European Union or European Economic Area will be treated as Domestic Personal Payments for the purpose of applying Fees.

b. **Mass Payments Fee.**

| Activity | Country | Mass Payments Fee | |
|---|---|---|---|
| **Sending Mass Payments** | All countries except as listed below | Domestic payments: | 2% of the payment up to a Maximum Mass Payment Fee* per recipient as listed below. |
| | | International payments: | |
| | Albania, Andorra, Bosnia and Herzegovina, Croatia, Iceland, Russia, Turkey, Ukraine | Domestic payments: | 2% of the payment up to a Maximum Mass Payment Fee per recipient as listed below**. |
| | | International payments: | 2% of the payment up to a Maximum Mass Payment Fee per recipient as listed below***. |
| | Hong Kong, China, India, Japan, Malaysia, New Zealand, Philippines, Singapore, Taiwan, Thailand | Domestic payments (if available): | 2% of the payment up to a Maximum Mass Payment Fee* per recipient as listed below. |
| | | International payments: | 2% of the payment up to a Maximum Mass Payment Fee* per recipient as listed below****. |

| *Maximum Mass Payments Fee | | | |
|---|---|---|---|
| | | **Currency:** | **Maximum Fee per recipient:** |
| | | Australian Dollar: | $1.25 AUD |
| | | Brazilian Real: | R$2.00 BRL |
| | | Canadian Dollar: | $1.25 CAD |
| | | Czech Koruna: | 24.00 CZK |
| | | Danish Kroner: | 6.00 DKK |
| | | Euro: | €0.85 EUR |
| | | Hong Kong Dollar: | $7.00 HKD |
| | | Hungarian Forint: | 210.00 HUF |

| | |
|---|---|
| Israeli New Shekel: | 4.00 ILS |
| Japanese Yen: | ¥120.00 JPY |
| Malaysian Ringgit: | 4.00 MYR |
| Mexican Peso: | 11.00 MXN |
| New Zealand Dollar: | $1.50 NZD |
| Norwegian Krone: | 6.75 NOK |
| Philippine Peso: | 50.00 PHP |
| Polish Zloty: | 3.00 PLN |
| Singapore Dollar: | $1.60 SGD |
| Swedish Krona: | 9.00 SEK |
| Swiss Franc: | 1.30 CHF |
| Turkish Lira: | 1.50 TRY |
| U.K. Pounds Sterling: | £0.65 GBP |
| U.S. Dollar: | $1.00 USD |

**Maximum Mass Payment Fee for domestic payments from: Albania, Andorra, Bosnia and Herzegovina, Croatia, Iceland, Russia, Turkey, Ukraine

| Currency: | Maximum Fee per recipient: |
|---|---|
| Australian Dollar: | $8 AUD |
| Brazilian Real: | R $12 BRL |
| Canadian Dollar: | $7 CAD |
| Czech Koruna: | 140 CZK |
| Danish Krone: | 42 DKK |
| Euro: | €6 EUR |
| Hong Kong Dollar: | $55 HKD |
| Hungarian Forint: | 1540 HUF |
| Israeli Shekel: | 25 ILS |
| Japanese Yen: | ¥600 JPY |
| Malaysian Ringgit: | 25 MYR |
| Mexican Peso: | 85 MXN |
| New Zealand Dollar: | $10 NZD |

| Norwegian Krone: | 45 NOK |
|---|---|
| Philippine Peso: | 320 PHP |
| Polish Zlotych: | 23 PLN |
| Singapore Dollar: | $10 SGD |
| Swedish Krona: | 50 SEK |
| Swiss Franc: | 8 CHF |
| Taiwan New Dollar: | $220 TWD |
| Thai Baht: | 230 THB |
| Turkish Lira: | 12 TRY |
| U.K. Pounds Sterling: | £5 GBP |
| U.S. Dollar: | $7 USD |

***Maximum Mass Payment Fee for international payments from: Albania, Andorra, Bosnia and Herzegovina, Croatia, Iceland, Russia, Turkey, Ukraine**

| Currency: | Maximum Fee per recipient: |
|---|---|
| Australian Dollar: | $50 AUD |
| Brazilian Real: | R $75 BRL |
| Canadian Dollar: | $45 CAD |
| Czech Koruna: | 850 CZK |
| Danish Krone: | 250 DKK |
| Euro: | €35 EUR |
| Hong Kong Dollar: | $330 HKD |
| Hungarian Forint: | 9250 HUF |
| Israeli Shekel: | 160 ILS |
| Japanese Yen: | ¥4000 JPY |
| Malaysian Ringgit: | 150 MYR |
| Mexican Peso: | 540 MXN |
| New Zealand Dollar: | $60 NZD |
| Norwegian Krone: | 270 NOK |
| Philippine Peso: | 1900 PHP |
| Polish Zlotych: | 140 PLN |

| Singapore Dollar: | $60 SGD |
|---|---|
| Swedish Krona: | 320 SEK |
| Swiss Franc: | 50 CHF |
| Taiwan New Dollar: | $1350 TWD |
| Thai Baht: | 1400 THB |
| Turkish Lira: | 80 TRY |
| U.K. Pounds Sterling: | $30 GBP |
| U.S. Dollar: | $45 USD |

****Maximum Mass Payment Fee for International payments from: China, Hong Kong, India, Japan, Malaysia, New Zealand, Philippines, Singapore, Taiwan, Thailand

| Currency: | Maximum Fee Per Recipient: |
|---|---|
| Australian Dollar: | $60 AUD |
| Brazilian Real: | R$100 BRL |
| Canadian Dollar: | $60 CAD |
| Czech Koruna: | 1000 CZK |
| Danish Kroner: | 300 DKK |
| Euro: | €40 EUR |
| Hong Kong Dollar: | $400 HKD |
| Hungarian Forint: | 15,000 HUF |
| Israeli Shekel: | 200 ILS |
| Japanese Yen: | ¥5,000 JPY |
| Malaysian Ringgit: | 200 MYR |
| Mexican Peso: | 750 MXN |
| New Zealand Dollar: | $75 NZD |
| Norwegian Krone: | 300 NOK |
| Philippine Peso: | 2,500 PHP |
| Polish Zloty: | 150 PLN |
| Singapore Dollar: | $80 SGD |
| Swedish Krona: | 400 SEK |

| Swiss Franc: | 50 CHF |
|---|---|
| New Taiwan Dollar: | $2,000 TWD |
| Thai Baht: | 2,000 THB |
| Turkish Lira: | 75.00 TRY |
| U.K. Pounds Sterling: | £35 GBP |
| U.S. Dollar: | $50 USD |

c. **Personal Payments Fee.**

- Personal Payments are payments to friends or family members for goods and/or services such as your share of the rent or a dinner bill.
- Personal Payments are limited in availability and are not available in most countries.
- If you use your credit card as the Payment Method for a Personal Payment, you may be charged a cash-advance fee by your credit card company.
- The Fee may be paid by either the sender or the recipient of the Personal Payment. In most instances, the sender will determine who pays the Fee.

| Activity | Country of Recipient | Personal Payments Fee when Payment Method is exclusively Balance or Bank | Personal Payments Fee when another Payment Method is used to fully or partially fund the payment, including a credit or debit card |
|---|---|---|---|
| **Sending or Receiving Domestic Payments** | Where available | Free | 3.4% + Fixed Fee |
| **Sending or Receiving International Payments** | Australia | 1% | 3.4% + Fixed Fee |
| | Brazil | 1% | 7.4% + Fixed Fee |
| | Counties in Europe | See table below. | |
| | Japan | 0.3% | 3.9% + Fixed Fee |
| | U.S., Canada and Poland | 1% | 3.9% + Fixed Fee |
| | Elsewhere | 0.5% | 3.9% + Fixed Fee |

**Fixed Fee**

| Currency: | Fee: |
|---|---|
| Australian Dollar: | $0.30 AUD |
| Brazilian Real: | R$0.60 BRL |
| Canadian Dollar: | $0.30 CAD |
| Czech Koruna: | 10.00 CZK |
| Danish Kroner: | 2.60 DKK |
| Euro: | €0.35 EUR |
| Hong Kong Dollar: | $2.35 HKD |

| Hungarian Forint: | 90.00 HUF |
| Israeli New Shekel: | 1.20 ILS |
| Japanese Yen: | ¥40.00 JPY |
| Malaysian Ringgit: | 2.00 MYR |
| Mexican Peso: | 4.00 MXN |
| New Zealand Dollar: | $0.45 NZD |
| Norwegian Krone: | 2.80 NOK |
| Philippine Peso: | 15.00 PHP |
| Polish Zloty: | 1.35 PLN |
| Singapore Dollar: | $0.50 SGD |
| Swedish Krona: | 3.25 SEK |
| Swiss Franc: | 0.55 CHF |
| New Taiwan Dollar: | $10.00 TWD |
| Thai Baht: | 11.00 THB |
| Turkish Lira: | 0.45 TRY |
| U.K. Pounds Sterling: | £0.20 GBP |
| U.S. Dollar: | $0.30 USD |

d. **International Personal Payments to European Countries**

To determine the fee for an international Personal Payment sent to a user in a European country please follow these steps:

1. Locate the recipient's country in the table below (in the first column from left).
2. Determine the region of the sender's country (second column).
3. Find the applicable fee based on the payment method used (third and fourth columns).

| Recipient's Country (if applicable) | Sender's Country | Fee when Funding Source is: entirely funded by PayPal balance or bank account | Fee when Funding Source is: entirely or partially funded by debit card or credit card |
|---|---|---|---|
| Albania, Andorra, Austria, Bosnia and Herzegovina, Bulgaria, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Finland (including Aland Islands), Gibraltar, Greece, Hungary, Iceland, Ireland, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Portugal, Romania, Russia, San Marino, Slovakia, Slovenia, Spain, Sweden, Switzerland, Turkey, U.K. (including Channel Islands and Isle of Man). | Northern Europe * | 0.4% | 3.8% + Fixed Fee |
|  | US, Canada, Europe I ** | 0.5% | 3.9% + Fixed Fee |
|  | Europe II *** | 1.0% | 4.4% + Fixed Fee |
|  | All other countries | 1.5% | 4.9% + Fixed Fee |
| Belgium, France, French Guiana, Guadeloupe, Italy, Martinique, Mayotte, Netherlands, Reunion. | Northern Europe * | 0.4% | 3.8% + Fixed Fee |

| | | | |
|---|---|---|---|
| | US, Canada, Europe I ** | 0.5% | 3.9% + Fixed Fee |
| | Europe II *** | 1.3% | 4.7% + Fixed Fee |
| | All other countries | 1.8% | 5.2% + Fixed Fee |
| Germany | Northern Europe * | 1.8% | 3.7% + Fixed Fee |
| | US, Canada, Europe I ** | 2.0% | 3.9% + Fixed Fee |
| | Europe II *** | 3.0% | 4.9% + Fixed Fee |
| | All other countries | 3.3% | 5.2% + Fixed Fee |
| Poland | Northern Europe * | 0.9% | 3.8% + Fixed Fee |
| | US, Canada, Europe I ** | 1.0% | 3.9% + Fixed Fee |
| | Europe II *** | 1.5% | 4.4% + Fixed Fee |
| | All other countries | 2.0% | 4.9% + Fixed Fee |

* Northern Europe: Denmark, Faroe Islands, Finland (including Aland Islands), Greenland, Iceland, Norway, Sweden.

** Europe I: Austria, Belgium, Cyprus, Estonia, France (including French Guiana, Guadeloupe, Martinique, Reunion and Mayotte) , Germany , Gibraltar, Greece, Ireland, Italy , Luxembourg, Malta, , Netherlands, Portugal, San Marino, Slovakia, Slovenia, Spain, United Kingdom (including Channel Islands and Isle of Man), Vatican City State.

*** Europe II: Albania, Andorra, Bosnia and Herzegovina, Bulgaria, Croatia, Czech Republic, Hungary, Latvia, Liechtenstein, Lithuania, Poland, Romania, Russia, Switzerland, Turkey, Ukraine.

Note: Cross Border Euro or Swedish Krona payments made between Accounts registered in the European Union or the European Economic Area will be treated as Domestic Payments for the purpose of applying Fees.

Fixed Fee

| Currency: | Fee : |
|---|---|
| Australian Dollar: | $0.30 AUD |
| Brazilian Real: | R$0.60 BRL |
| Canadian Dollar: | $0.30 CAD |
| Czech Koruna: | 10.00 CZK |
| Danish Kroner: | 2.60 DKK |
| Euro: | €0.35 EUR |
| Hong Kong Dollar: | $2.35 HKD |

| | |
|---|---|
| Hungarian Forint: | 90.00 HUF |
| Israeli New Shekel: | 1.20 ILS |
| Japanese Yen: | ¥40.00 JPY |
| Malaysian Ringgit: | 2.00 MYR |
| Mexican Peso: | 4.00 MXN |
| New Zealand Dollar: | $0.45 NZD |
| Norwegian Krone: | 2.80 NOK |
| Philippine Peso: | 15.00 PHP |
| Polish Zloty: | 1.35 PLN |
| Singapore Dollar: | $0.50 SGD |
| Swedish Króna: | 3.25 SEK |
| Swiss Franc: | 0.55 CHF |
| New Taiwan Dollar: | $10.00 TWD |
| Thai Baht: | 11.00 THB |
| Turkish Lira: | 0.45 TRY |
| U.K. Pounds Sterling: | £0.20 GBP |
| U.S. Dollar: | $0.30 USD |

e.  **Installment Processing Fee in Mexico.** If your buyer decides to pay you in installments, the Fee you pay is based on the number of installments selected by the buyer. The Fee is the applicable domestic Commercial Payment Fee as listed in Section 2 above, plus the percentage stated below. PayPal reserves the right to remove your ability to offer installments using the PayPal Services anytime and without prior notice to you.

| Number of Installments | Installment Processing Fee in Mexico |
|---|---|
| 2 installments | 3.25% |
| 3 installments | 4.55% |
| 4 installments | 5.55% |
| 5 installments | 6.90% |
| 6 installments | 7.25% |
| 7 installments | 9.10% |
| 8 installments | 10.45% |
| 9 installments | 11.25% |
| 10 installments | 12.45% |
| 11 installments | 13.25% |
| 12 installments | 13.50% |

f. **Refund Fee**

| Activity | Country | Fee |
|----------|---------|-----|
| Refunding a Commercial Payment | Albania, Andorra, Bosnia and Herzegovina, Croatia, Iceland, Russia, Turkey. | If you refund a Commercial Payment, we will retain the Fixed Fee portion of the Commercial Payments Fee.<br><br>The buyer's Account will be credited with the full Commercial Payment amount.<br><br>Your Account will be charged with the amount initially credited to your Account in connection with the Commercial Payment and the Fixed Fee portion of the Commercial Payments Fee |

g. **Bank/Credit Card Fees**. Your bank, credit or debit card company may charge you fees for sending or receiving funds through PayPal. For example, you may be charged currency conversion fees, international transactions fees, or other fees even when your transaction is domestic, and does not require a currency conversion. PayPal is not liable for any fees charged to you by your bank, credit or debit card company or other financial institution based on your usage of PayPal. If you are in Israel, your bank account may be charged immediately for a PayPal transaction that is funded with a credit card.

Back to top

## Exhibit B - Country-Specific Terms.

These terms and conditions apply only to Account holders for Accounts registered in the following countries. In the event of a conflict between the terms of this Agreement and the term of Exhibit B herein, the terms of Exhibit B shall apply:

### Argentina

As of October 9, 2012, Argentina Resident PayPal Users may only send and receive international payments. Domestic payments between two Argentina Resident PayPal Users is unavailable.

"Argentina Resident" is defined to mean:

i. an individual, regardless of actual nationality, who has indicated Argentina as his/her country or region at the point of signing up for a PayPal Account; and

ii. an entity, partnership, organization or association which has indicated Argentina as its country or region of registration at the point of signing up for a PayPal Account.

### Hong Kong

Users who have Business Accounts are considered by PayPal to have a business relationship with us. Users with Premier Accounts (unless you are a Seller and are a User of the PayPal Here product) and Personal Accounts are considered by PayPal to be occasional Users and do not have a business relationship with us. In relation to the Users who have Premier Accounts and Personal Accounts, PayPal transacts payments initiated by such Users at its sole and absolute discretion and PayPal reserves the right, at all times, to reject and refuse to transact such payments at any time without notice to such Users.

Protection for eBay Sellers in Hong Kong.

### India

With effect from 1 March 2011 and pursuant to notification RBI/2010-11/281 of the Reserve Bank of India, the following terms and conditions shall apply specifically to users of PayPal Services in India ("Special Terms and Conditions"):

#### Definitions

**"Balance"** means the Buyer's Charge paid by the Buyer as reduced by the (a) Commission Fee, (b) the Reserve Amount (defined below) and (c) amount deducted towards charge back in respect of a previous transaction (if any) which will be displayed in your PayPal Account and remitted into your bank account by the authorized dealer bank.

**"Buyer"** means a person resident outside India who desires to purchase product or service from you and make payment which may be received by you into your bank account through the PayPal Service (defined below).

**"Buyer's Charge"** means the sale price of the product or service purchased by the Buyer plus shipping charge (if any) and all other taxes, duties, costs, charges and expenses in respect of the product or services which are required to be paid by the Buyer to you provided that the value of the product or service shall in no event exceed USD 3000 per transaction.

"**Commission Fee**" means the fee charged by PayPal for the provision of the PayPal Service.

"**PayPal Service**" means the payment gateway processing service offered by PayPal to its users resident in India for facilitation of receipt of payments from Buyer for remittance into their bank account.

"**Reserve Amount**" means the amount out of the Buyer's Charge calculated and determined by PayPal and the authorized dealer bank which is deposited with the authorized dealer bank in order to meet your potential charge back liabilities.

1. **Nature of Service**

   The PayPal Service offered to you is not a stored value service. The PayPal Service is in the nature of a payment gateway processing service and meant exclusively for facilitating online receipt by you of payments made by the Buyers.

2. **Eligibility for Use of Service**

   In order to avail the PayPal Service, in addition to the eligibility criteria provided for in this Agreement, you shall be required to have or open a fully functional bank account which has been duly verified through the identity authentication and verification process provided.

3. **Relationship Between PayPal and You**

   3.1. PayPal shall act as a service provider and an intermediary for receipt of Buyer's Charges by you and shall not act as a repository or custodian with respect to the Buyer's Charges.

   3.2. PayPal shall only be responsible for depositing your Balance with the authorized dealer bank and shall not be liable to you for the payment of your Balance upon demand.

4. **Procedure for Using the Service**

   4.1. You agree and acknowledge that the following procedure shall be followed by you and PayPal for the facilitation of receipt of Buyer's Charges by you through the PayPal Service:

   4.1.1. You shall have or open a functional bank account;

   4.1.2. After registering for the PayPal Service, you shall have to provide "Your Information" as contemplated under this Agreement and any other information including but not limited to your bank account number and the relevant Indian Financial Systems Code which may be required by PayPal in order to verify and authenticate your bank account and activate the PayPal Service;

   4.1.3. Upon activation of PayPal Service, you may receive Buyer's Charges from Buyers through the PayPal Service;

   4.1.4. PayPal shall, after obtaining confirmation from the Buyer that the Buyer is satisfied with the condition and quality of the goods or services ("**Buyer's Confirmation**"), transfer the Buyer's Charge less the Commission Fee to the authorised dealer bank;

   4.1.5. The authorised dealer bank shall deduct the Reserve Amount and if required, deduct an amount towards charge back for a previous transaction to arrive at the Balance;

   4.1.6. The Balance and the Reserve Amount held by the authorised dealer bank shall be displayed on your PayPal Account;

   4.1.7. The authorized dealer bank shall thereafter remit the Balance to India and shall pay the Balance either through direct credit (in case where your bank account is with the authorized dealer bank) or wire credit into your bank account or by issuing a demand draft in your favour.

   4.2. The transfer of the Balance into your bank account shall take place immediately upon receipt of the Buyer's confirmation and in any event no later than 7 days of transfer by PayPal to the authorised dealer bank.

5. **Reserve Amount**

   5.1. PayPal shall be entitled to deduct the Reserve Amount from the Buyer's Charge and deposit the same with the authorized dealer bank.

   5.2. In case the Buyer notifies PayPal that you have failed discharge your obligations under the terms of the sale contract between you and the Buyer, PayPal shall be entitled, in its sole and absolute discretion, to remit the charge back to the Buyer out of the Reserve Amount after verifying the Buyer's claim.

   5.3. You shall be entitled to receive either the Reserve Amount or, if a charge back has been made as per Clause 5.2 above, the balance thereof , after expiry of a period of 180 days of receipt of the Balance.

6. **Restriction on Use of Service**

   6.1. You agree that you shall not use the PayPal Service for exporting a product or service having a value of more than USD 3000 per transaction.

   6.2. You agree to avail of the PayPal Service solely for receiving payment for valid and lawful transactions and not use the PayPal Service to trade or attempt to trade in any item, the dealing of which is prohibited or restricted in any manner under the provisions of any applicable law, rule, regulation or guideline for the time being in force.

7. **Restriction of the Use of Funds**

   7.1. You agree to use the PayPal Service exclusively for the purpose of receiving Buyer's Charges.

   7.2. You may not use your balance held by the authorized dealer bank for any purpose (including but not limited to payment for imports, transfer to another Person, etc.) other than as specified in these country specific terms and conditions.

8. **Sharing Information**

   8.1. You acknowledge and agree that PayPal may share the information provided by you and the terms of the agreement between you and PayPal with the authorised dealer bank in order to enable the authorised dealer bank to conduct the requisite due diligence in accordance with i the authorized dealer's Know-your-customer (KYC) obligations.

9. **Indemnification**

   In case of any dispute, demands, actions, proceedings (**"Disputes"**) between you and the authorised dealer bank on account of non -payment of any funds due to you, you hereby indemnify PayPal, its affiliates and its employees from any damages, claims, charges, expenses and losses arising out of such Disputes.

10. **Limitation of Liability**

    10.1. It is hereby clarified that PayPal shall be liable to remit the Balance to the authorized dealer bank upon receiving the Buyer's Confirmation.

    10.2. Upon transfer of the Balance from PayPal to the authorized dealer bank and until the remittance of the Balance and the Reserve Amount into your bank account in the manner set out in these Special Terms and Conditions, the Balance and the Reserve Amount shall be held by the authorized dealer bank.

    10.3. After the transfer of the Balance by PayPal to the authorized dealer bank, the authorized dealer bank shall be liable to pay the Balance and the Reserve Amount to your bank account in the manner set out in these Special Terms and Conditions. PayPal shall not in any way be liable to you for the same.

    10.4. PayPal shall have no responsibility for transactions carried out in good faith including charge back transactions carried out after verification in the manner provided in this Agreement.

    10.5. PayPal shall not be responsible for any loss or damage incurred or suffered by you on account of any failure or interruption of the PayPal service or consequences arising out of delayed receipt of Buyer's Charges.

11. **Dispute Resolution**

    Resolution of any payment related complaint which you may have shall be the responsibility of PayPal. Upon occurrence of an event giving rise to such a complaint, you agree to follow the relevant procedure laid down in the Agreement for resolution of the same. You shall not be entitled to approach the authorised dealer bank for resolution of complaint or dispute pertaining to payment of Balance.

12. **Amendment of This Agreement**

    12.1. Except to the extent amended by these terms and conditions, all other provisions of the Agreement shall remain in full force and effect.

    12.2. In case of conflict between any of the terms contained in these Special Terms and Conditions and those of the Agreement, these Special Terms and Conditions shall prevail.

## Japan

Please be advised that the PayPal Services are provided by PayPal Pte. Ltd., a Singaporean company. PayPal accepts payments from buyers on behalf of the Sellers. As a Seller, you agree that once PayPal accepts payments from the buyer, you release and discharge the buyer of any further liability for the amount of the payment. When persons make donations through PayPal, PayPal accepts payments from such donors on behalf of the donees. As a donee, you agree that once PayPal accepts payments from the donor, you release and discharge the donor of any further liability for the amount of the donation.

Notwithstanding Section 12 above, for any claim (excluding claims for injunctive or other equitable relief) where the total amount of the award sought is less than $10,000.00 USD, you or PayPal may elect to resolve the dispute through binding arbitration in Japan in accordance with the Commercial Arbitration Rules of the Japan Commercial Arbitration Association. Any such arbitration shall be administered by the Japan Commercial Arbitration Association, or any other established ADR provider mutually agreed upon by the parties. The award rendered shall be final and binding upon the parties. Any judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

Alternatively, and notwithstanding Section 12 above, any Claim may be adjudicated by a court of competent jurisdiction located in Japan, and you and PayPal agree to submit to the personal jurisdiction of the courts located in Japan.

For the avoidance of doubt, if a dispute is submitted to arbitration or a court under this Section, the parties agree that this Agreement shall continue to be governed by the laws of Singapore.

## Malaysia

PayPal has been approved by Bank Negara Malaysia to operate an e-Money business. Therefore, if you are a Malaysian customer and PayPal does not provide a prompt and efficient response to you in relation to PayPal's Services pursuant to your use of the dispute

resolution process set out in the Disputes with PayPal section of this User Agreement (currently Section 12) or contacting PayPal's Customer Support, you may also contact Bank Negara through BNMLINK and BNMTELELINK.

BNMTELELINK can be contacted directly either by telephone, fax, letter or email. Members of the public can contact BNMLINK and BNMTELELINK for information, inquiries or redress in the areas of conventional and Islamic banking, insurance and takaful, advisory services for small and medium enterprises, foreign exchange administration and other matters under Bank Negara Malaysia's jurisdiction. The contact details for BNMTELELINK are:

BNMTELELINK
Jabatan Komunikasi Korporat
Bank Negara Malaysia
P.O.Box 10922
50929 Kuala Lumpur

Tel: 1-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 (LINK)
Fax: 03-2174 1515
E-mail: bnmtelelink@bnm.gov.my

BNMLINK and BNMTELELINK operating hours are from:
Monday - Friday, 9.00 a.m. - 5.00 p.m. Malaysia Time

**Governing Law.** Notwithstanding Section 12.3, for Malaysian residents who register for the PayPal Services with a Malaysian address, this Agreement is governed by and interpreted under the laws of Malaysia as such laws are applied to agreements entered into and to be performed entirely within Malaysia.

### Mexico

Protection for sellers in Mexico.

### South Africa

You are required to comply with South African exchange control regulations. This means that:

1. If you receive amounts into your PayPal balance from a PayPal User:

    a. you may not send those amounts to another PayPal User for a purchase or for any other reason.

    b. you must withdraw the amounts in your PayPal balance to your South African bank account* within 30 Days of receipt of funds.

2. If you would like to send amounts to another PayPal User:

    a. you must do so either with the credit card associated with your Account, or by doing a Top Up to your PayPal balance from your FNB bank account*.

    b. **For purchases** using Top Up, you must do a separate Top Up for each purchase.

* FNB charges a fee for each Top Up and Withdrawal. Please see the FNB website for more information.

### Singapore

The Services are offered by PayPal Pte. Ltd., located at 5 Temasek Boulevard #09-01, Suntec Tower Five, Singapore 038985. If you are a Singapore resident, you may have this same information emailed to you by sending a letter to the address above with your email address and a request for this information. Fees for our services are described in Exhibit A (Fees)

In relation to the PayPal balances of Singapore Resident PayPal Users, PayPal has arranged for a sum of monies equal to the said PayPal balances to be held through a trust arrangement.

*Singapore Resident is defined to mean:

    i. an individual, regardless of nationality, who has indicated 'Singapore' as his/her 'Country of Residence' at the point of signing up for a PayPal Account; and

    ii. a non-individual which has indicated 'Singapore' as its 'Country of Registration' at the point of signing up for a PayPal Account.

### Taiwan

Where applicable, Republic of China resident users appoint PayPal Asia Services Limited, Taiwan Branch, to work with a third party financial institution to facilitate currency conversions.

### Turkey

Please note that PayPal Pte. Ltd. offers only a payment enabling service to its Users in Turkey. PayPal provides a technical infrastructure that enables money transactions to be carried out between Sellers and buyers. PayPal is not a bank, any other kind of payment institution or a custodian. It does not collect deposits or sell, produce or distribute any goods.

Within the meaning of this agreement, "receiving payment" means receiving payment from other Account holders to enable them to carry

out their transactions. PayPal is not a party to transactions between its Users and is an intermediary which acts upon the instructions of its Users.

Back to top

# Exhibit 2

From: Chris Tisdall <ctisdall@payza.com>
Date: 2013/2/1
Subject: RE: request for information
To: "Oron.com - Support" <support@oron.com>

Hello,

Your current frozen balances are:

$53,259.41 USD
€539.11

Regards,

Chris Tisdall
Sales Director
ctisdall@payza.com
514-748-1441 Ext 339

-------------------------------------

From: Oron.com - Support [support@oron.com]
Sent: Thursday, January 31, 2013 2:53 PM
To: Chris Tisdall
Subject: request for information

Dear Chris,

Please inform us about current amount of FF Magnat Limited/Oron.com money being held
by Payza.

Thank you

--
Kind regards,
Oron.com - Support



Log Out | Help | Safety Advice

**PayPal**

English ▾

**My Account**   Send Money   Request Money   Merchant Services

Overview   Top Up   Withdraw   History   Resolution Centre   Profile

Business Name: FF MAGNAT LIMITED   Last log in paypal@oron com on 4 February 2013 23:55 GMT+08.00
Account Type: Business   Status: Verified   Sending and Withdrawal Limits: View

**Your account access is limited.**   Learn how to remove this limitation

**PayPal balance: $657,511.69 USD**          Currency converter

Available balance in USD (primary): -$33.03 USD

Pending balance: $1,514,941.79 USD

Total balance (all currencies, available and pending) converted to USD:
$657,511.69 USD ⊟ Hide

| Currency | Available | Pending | Total |
|---|---|---|---|
| USD (Primary) | -$33.03 USD | $33.03 USD | $0.00 USD |
| GBP | £0.00 GBP | £0.65 GBP | £0.65 GBP |
| HKD | $0.00 HKD | $5,272.47 HKD | $5,272.47 HKD |
| EUR | -€614,339.57 EUR | €1,110,171.28 EUR | €495,831.71 EUR |

**Notifications**

⁊ Policy Updates

**My account tools**

⁊ My Business Setup

# Exhibit 3

## Google Analytics

oron.com - http://oron.com
oron.com [DEFAULT]

## Audience Overview

Jan 1, 2009 - Jan 31, 2013

% of visits: 100.00%

**Overview**

● **Visits**

1.000,000

500,000

| July 2009 | January 2010 | July 2010 | January 2011 | July 2011 | January 2012 | July 2012 | Janua. |

### 9,448,740 people visited this site

Visits: **23,821,669**

Unique Visitors: **9,448,740**

Pageviews: **50,190,464**

Pages / Visit: **2.11**

Avg. Visit Duration: **00:05:58**

Bounce Rate: **69.53%**

% New Visits: **39.66%**

■ **60.21% Returning Visitor**
14,342,705 Visits

■ **39.79% New Visitor**
9,478,964 Visits

| Country / Territory | Visits | % Visits |
|---|---|---|
| 1. United States | 4,140,795 | ■ 17.38% |



view full report

© 2013 Google

# Exhibit 4



■■ English ♦
Upload Files   Premium   Sign Up   Login   Forgot your password?

# Terms of Service

This Oron.com Service Agreement (the "Agreement") describes the terms and conditions on which Oron.com ("we" or "our company") offer services to you ("Customer" or "You"). By registering for or using Oron.com services, Customer agrees to be bound by the following terms and conditions.

### 1. Eligibility for Oron.com Services

Our Services are available only to individuals of no less than 18 years of age and business entities (including but not limited to sole proprietorships) in good legal standing that can form legally binding contracts under applicable law. Customer hereby represents and warrants that it is duly licensed to do business and is in good legal standing in the jurisdictions in which it does business (during the term of this Agreement) that it is not a competitor of Oron.com, and that the person agreeing to this Agreement for Customer is at least eighteen years of age and otherwise capable of and authorized to enter binding contracts for Customer.

### 2. Oron.com Services

Subject to the terms and conditions of this Agreement, Oron.com makes certain Services available to Customer.

For the purposes of this Agreement:

**a.** "Customer" (or "you") means the individual or business entity that is using or registering to use the Services, including its employees and agents;

**b.** Oron.com "Services" means those electronic or interactive services offered by Oron.com. Oron.com Online reserves the right to change or discontinue any of the Services at any time.

**c.** Oron.com reserves the right to without notice change the terms its affiliate program individually in any way including but not limited to altering the payout rate, disabling or enabling affiliate commission for recurring transactions based on individual account activity and performance.

### 3. Ownership

You acknowledge that all materials (except those uploaded by users) provided on this Web site, including but not limited to information, documents, products, logos, graphics, sounds, gui, software, and services (collectively "Materials"), are provided either by Oron.com or by their respective third party authors, developers and vendors (collectively "Third Party Providers") and the underlying intellectual property rights are owned by Oron.com and/or its Third Party Providers. Elements of the Web site are protected by trade dress and other laws and may not be copied or imitated in whole or in part. Oron.com, the Oron.com logo and other Oron.com products referenced herein are trademarks of Oron.com, and may be registered in certain jurisdictions. All other product names, company names, marks, logos, and symbols may be the trademarks of their respective owners.

### 4. Customer information

Customer represents and warrants that the information it provides in Oron.com contact information forms is true, accurate, current and complete. Customer agrees to maintain and update this information to ensure that it is true, accurate, current and complete. If, at any time, any information provided by Customer is untrue, inaccurate, not current or incomplete, Oron.com will have the right to suspend or terminate Customer's account and this Agreement.

### 5. Customer Account

#### 5.1 Authorized Users

Customer may not grant access to their accounts to any 3rd party persons. Account sharing of any kind is strictly prohibited.

#### 5.2 Responsibility for Access

Customer is solely responsible and liable for any and all access to and use of the Services. Reasonable security features that limit unauthorized access are provided and Oron.com encourages customer to use them however no responsibility will be assumed by ORON.com for any unauthorized access or its implications.

Customer is solely responsible for maintaining the confidentiality of Customer access information, i.e. account ID and password and are responsible for all activities that occur under your account.

### 5.4 Notification of Unauthorized Use
Customer will immediately notify Oron.com if Customer notices any activity indicating that Customer's account or data is being used without authorization, including:

**a.** Customer has received confirmation of an order or orders placed using Customer's account which Customer did not place or any similar conflicting report;

**b.** Customer becomes aware of any unauthorized use of any product or service related to its account(s).

### 5.5 Refund Policy
Oron.com team handles all refund requests individually. Our customer service specialists review and evaluate each refund request taking into account factors such as but not limited to usage, purchase time, date and method, issue described. Decision is made based on internal investigation.

### 6. Customer Data
Customer has sole responsibility and liability for the data its stores on Oron.com's servers. Customer controls its data through its generated link. Oron.com encourages Customer to archive its data regularly and frequently; Customer bears full responsibility for archiving its data and sole liability for any lost or irrecoverable data.Oron shall not be responsible for any lost or irrecoverable data for any reason even if Oron was notified of the possibilityof such loss and was negligent or even grossly negligent. Customer agrees to maintain its data in compliance with its legal obligations. Oron.com will delete Customer data upon termination of this Agreement. However, Oron.com may retain Customer data in its archives after deletion and will not be liable to Customer in any way for such retained data.

### 7. Special Circumstances
Oron.com will provide access to the Services and Customer's data to an agent of Customer ("Authorized Agent") who provides Oron.com with a notarized letter signed by an officer of Customer which letter shall include statements of authenticity, authority, and liability as required by Oron.com in its sole discretion. Customer expressly and irrevocably agrees that Oron.com may rely on such a letter and on the apparent authority of the person requesting access to the Services or to Customer's account. In no event will Oron.com be liable to Customer or any third party for Oron.com's reliance on such letter or such apparent authority.

### 8. Acceptable Use
You agree to not use Oron.com's Service to:

**a.** upload, post, e-mail, transmit or otherwise make available any Content that spreads messages of terror or depicts torture or death-gui; the content will be reported to the appropriate legal authority and/or the member's ISP will be contacted;

**b.** harm minors in any way, this includes any form of child pornography; the content will be reported to the appropriate legal authority and/or the member's ISP will be contacted; ORON will report files it detects through its service that appear to involve child exploitation to the National Center for Missing & Exploited Children's CyberTipline and appropriate law enforcement agencies.

**c.** upload, post, e-mail, transmit or otherwise make available any Content that infringes any patent, trademark, trade secret, copyright or other proprietary rights of any party.

### 8.1 Illegality/Adult Content
Oron.com neither sanctions nor permits site content or the transmission of data that contains illegal or obscene material and pornography or fosters or promotes illegal activity, including but not limited to, gambling, the offering for sale of illegal weapons, and the promotion or publication of any material that may violate hate crimes legislation.

Oron.com reserves the right to immediately suspend or terminate any account or transmission that violates this policy, without prior notice.

Further, should Customer violate this policy, Oron.com will actively assist and cooperate with law enforcement agencies and government authorities in collecting and tendering information about Customer, Customer's site, the illegal or obscene content, and those persons that may have inappropriately accessed, acquired, or used the illegal or obscene content.

Please be aware that Oron.com has zero tolerance policy towards any content that promotes, suggests or depicts any type of child abuse. Users found uploading or downloading such content will be investigated, reported to National Center for Missing & Exploited Children's CyberTipline and appropriate law

## 8.2 Wrongful Conduct

Customer shall not commit or permit wrongful or damaging acts which justify civil action including, but not limited to, posting of defamatory, scandalous, or private information about a person without their consent or intentionally inflicting emotional distress.

## 8.3 Access and Interference

Violations or attempts to violate Oron.com systems or to interrupt Oron.com services are strictly prohibited, and may result in criminal and civil liability. Examples of system violations include, without limitation:

**a.** Unauthorized access to or use of Oron.com Services, including any attempt to probe, scan or test the vulnerability of a system or to breach security or authentication measures without express authorization of Oron.com;

**b.** Interference with Service to any customer or network including, without limitation, flooding, or deliberate attempts to overload a system and broadcast attacks;

**c.** Use of any device, software, or routine to interfere or attempt to interfere with the proper working of the Services;

**d.** Any action that imposes an unreasonable or disproportionately large load on Oron.com's infrastructure

Customer shall not decompile, disassemble, decrypt, extract, reverse engineer or otherwise attempt to derive the source code of the "software tools" (including the tools, methods, processes, and infrastructure) underlying the Services or any other software on the Oron.com Web site.

## 8.4 Copyright or Trademark Infringement

Oron.com Services may be used only for lawful purposes. Transmission, distribution or storage of any material in violation of any applicable law or regulation, including export control laws, is prohibited. This includes, without limitation, material protected by patent, copyright, trademark, service mark, trade secret or other intellectual property rights. If you use another party's material, you must obtain prior authorization. By using the Services, you represent and warrant that you are the author and copyright owner and/or proper licensee with respect to any hosted content and you further represent and warrant that no content violates the trademark or rights of any third party. Oron.com reserves the right to suspend or terminate a Customer's transmission(s) that, in Oron.com's discretion, violates these policies or violates any law or regulation.

### 8.4.1 Non-Endorsement

Notwithstanding the foregoing, Oron.com undertakes no responsibility to monitor the Content made available by Members. Oron.com operates the Site and Services as a neutral party, and Oron.com does not regularly monitor, scan or regulate the use of the Oron.com and/or services by any of its Members. The use of the Oron.com and/or services by a Member or otherwise does not constitute an endorsement by Oron.com of that member. Oron.com is not responsible or liable for the acts, omissions, agreements, promises, content, content links, other products, services, comments, opinions, advice, statements, offers and/or other information made available by, or related to, any member or other third party.

### 8.4.2 Member Content

As a Member, you agree that you are solely responsible for the Member Content uploaded by you to the Oron.com, and for any and all subsequent uses of the member content URLs. If you post member content, you represent and warrant that you have all necessary ownership or other rights in and to the member content enabling you to upload it on the Oron.com, generate a member content URL and display the member content URL and associated member content as intended. Without limiting the foregoing, you agree to use the Services in a manner consistent with any and all applicable laws and regulations.

You shall be solely responsible for any and all of your own uploads and the consequences that arise from posting, uploading and publishing them. Furthermore, with uploaded content, you affirm, represent, warrant and/or agree that you will not:

1. Make available for and/or display any content that could be considered unlawful, harmful, threatening, defamatory, obscene and/or objectionable;

2. Make available for and/or display any content that infringes upon the trademark, trade name, copyright, license and/or other intellectual property or property right of any third party;

3. Make available for and/or display any private information of any third person such as but not limited to: telephone numbers, street addresses, last names and/or e-mail addresses;

4. Make available for and/or display any audio files, text, photographs, videos or other imagery featuring confidential information without prior authorization by the information owner/holder;

5. Make available for and/or display any audio files, text, photographs, videos or other images that

and/or approved by Oron.com, without Oron.com administration's specific prior written consent;

7. Collect by any means whatsoever any personal information about end-users or other third parties, without their express consent and/or approval;

8. Utilize any software such as but not limited to: robot, spider, site search/download application or any other device or utility to retrieve, index, "data mine," or in any way reproduce the navigational structure and/or presentation of the Oron.com, it's services or related content;

9. Interfere with or disrupt the Services, Site and/or the servers and/or networks connected to Oron.com;

10. Make available, offer for download, post, e-mail or otherwise transmit any material that contains viruses or any other software, malware, code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;

11. Make available, post, offer for download, transmit, promote any software, product or service that is illegal and/or that violates the rights of a third party including, but not limited to, spyware, adware, programs designed to send unsolicited advertisements (SPAM), services that send unsolicited advertisements, programs designed to initiate DDOS attacks and programs designed to gain unauthorized access to networks on the Internet;

12. Create a mirror of any part of the Oron.com and/or its services or impersonate Oron.com and/or its services without our prior written authorization;

13. Make available for and/or display display any content that could be considered exploitative of children in any way, whatsoever;

14. Modify, adapt, sublicense, translate, sell, reverse engineer, decipher, decompile or otherwise disassemble any portion of the Oron.com and/or services or any software used on or for same.

Engaging in any of the aforementioned practices shall be deemed a breach of the Agreement and may result in the immediate termination of your account and access to the services without prior notice, in the sole discretion of Oron.com. Oron.com reserves the right to pursue any and all legal remedies against Members that engage in the aforementioned prohibited conduct. Without limiting the foregoing, Oron.com reserves the right to report any content that could be considered exploitative of children in any way, whatsoever, to any and all applicable legal and regulatory bodies and organizations.

15. It is your responsibility to be informed of your local laws and regulation and abide by them. Please refer to our Disclaimer for additional information and coverage.

16. Notice: If you believe either your material or an entity whom you represent's material has been infringed then you may inform Oron of this either via:

- Email: at abuse@oron.com
- Regular mail In Hong Kong:
FF Magnat Limited
Flat/RM 1502 15/F Jubilee Centre
City: Wan Chai
Country: HONG KONG
Postal Code: HK
Either notification method must follow the abuse terms found at: http://oron.com/pages/report.html

### 8.4.3 Termination of the Account.

By using our site and/or service, you agree that we are authorized to block your access and delete any or all files in your account for any violation of our Terms and Conditions.

We have a policy of terminating, without notice and without recourse, accounts of subscribers or account holders who are repeat infringers of copyright based upon a suspicion on our part or a notice we receive regardless of any proof of infringement.

Oron.com reserves the rights to decide whether member's or user's uploads are appropriate and comply with these Terms. Oron.com reserves the right to remove such user/member uploads and/or terminate user's access for uploading such material in violation of these Terms at any time, without prior notice and at its sole discretion.

### 8.5 Misuse of System Resources

Customer shall not misuse system resources including, but not limited to, employing content which consume excessive CPU time or storage space; utilizing excessive bandwidth; or resale of access to content hosted on Oron.com servers.

### 8.6 Other Activities

Whether lawful or unlawful, Oron.com reserves the right to determine what is harmful to its Customers, operations or reputation, including any activities that restrict or inhibit any other user from using and enjoying the Service or the Internet.

of any of the above policies. If appropriate, Oron.com will refer complaints to law enforcement authorities, and in such case, Oron.com will actively assist law enforcement agencies with the investigation and prosecution of any such activities, including surrendering Customer account and data information.

Complaints about violators of our Policy should be sent via our contact form or via regular mail. Each complaint will be investigated and may result to immediate cancellation of Services without prior notice.

### 9. No Warranty

You expressly understand and agree that:

**a.** your use of the Service is at your sole risk. Oron.com Services are provided on an "as is" and "as available" basis. Oron.com and its suppliers, to the fullest extent permitted by law, disclaim all warranties, including but not limited to warranties of title, fitness for a particular purpose, merchantability and non-infringement of proprietary or third party rights. Oron.com and its suppliers make no warranties about the accuracy, reliability, completeness, or timeliness of our Services, software, or content;

**b.** Oron.com makes no warranty that (I) the Service will meet your requirements, (II) the service will be uninterrupted, timely, secure, or error-free, (III) the results that may be obtained from the use of the service will be accurate or reliable, (IV) the quality of any products, services, information, or other material purchased or obtained by you through the Service will meet your expectations, and (V) any errors in the software will be corrected;

**c.** any material downloaded or otherwise obtained through the use of the Service is done at your own discretion and risk and that you will be solely responsible for any damage to your computer system or loss of data that results from the download of any such material;

**d.** no advice or information, whether oral or written, obtained by you from us or through or from the Service shall create any warranty not expressly stated in these terms and conditions.

**e.** TO THE MAXIMUM EXTENT PERMITTED BY LAW, ORON, ITS AFFILIATES, THIRD PARTY SUPPLIERS, LICENSORS AND BUSINESS PARTNERS, AND THEIR DIRECTORS, OFFICERS, SHAREHOLDERS, EMPLOYEES AND AGENTS ("ORON"), SHALL NOT BE LIABLE AS PERTAINING TO ANY SUBJECT MATTER INCLUDED IN THESE TERMS OF SERVICE, WHETHER BASED IN CONTRACT, TORT (INCLUDING NEGLIGENCE OR GROSS NEGLIGENCE), STRICT LIABILITY OR OTHERWISE, FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR SPECIAL DAMAGES, EVEN IF ORON HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, THE USE OR THE INABILITY TO USE THE SITE OR ANY ASSOCIATED SERVICES OR THE COST OF PROCURING ALTERNATIVE SERVICES OR TECH. WITHOUT LIMITING THE FOREGOING, IN NO CASE SHALL THE ENTIRE LIABILITY OF ORON, FOR ALL ACTIONS AS PERTIANING TO YOU, EXCEED THE AMOUNT THAT YOU PAID TO ORON OR $2500, WHICHEVER IS GREATER. SAID $2500 SHALL BE CONSIDERED LIQUIDATED DAMAGES, AN AMOUNT WHICH YOU DEEM REASONABLE YOUR SOLE REMEDY SHALL BE TO DISCONTINUE ANY USE OF THE SITE AND ORON'S SERVICES.

### 10. Indemnity

You agree to defend, indemnify, and hold harmless Oron.com, its affiliates, officers, directors, employees and agents, from and against any claims, actions or demands, including without limitation reasonable legal fees, alleging or resulting from your use the Service, or your breach of this Agreement or other Oron.com policies, terms and conditions.

### 11. Limitation of Liability

Your use of Oron.com is at your own risk. If you are dissatisfied with any aspect of our Service or with these terms & conditions, or any other rules or policies, your sole remedy is to discontinue use of the Service. You expressly understand and agree that Oron.com shall not be liable for any direct, indirect, incidental, special, consequential exemplary damages, including but not limited to, damages for loss of profits, goodwill, use, data or other intangible losses (even if we have been advised of the possibility of such damages), resulting from:

(I) the use or the inability to use the Service; (II) the cost of procurement of substitute goods and services resulting from any goods, data, information or services purchased or obtained or messages received or transactions entered into through or from the Service; (III) unauthorized access to or alteration of your transmissions or data; (IV) statements or conduct of any third party on the service; or (V) any other matter relating to the Service.

### 12. Modifications to Agreements, Policies or to our Services

We reserve the right to change this Service Agreement at any time without notice. We also reserve the right at any time to modify or discontinue the Service, temporarily or permanently, with or without notice

concerning use of the Service, including the maximum disk space that will be allotted on Oron.com's servers on your behalf, and the maximum number of times (and the maximum duration for which) you may access the Service in a given period of time. Further, you acknowledge that Oron.com may change subscription fees at any time without notice. Changes in subscription fees will take effect on expiration of any existing Customer subscription.

### · 13. Termination

**13.1** Without limiting other remedies, Oron.com may immediately issue a warning, suspend (i.e., lock out access and operation of Services for Customer) either temporarily or indefinitely, or terminate Customer's account and refuse to provide Services to Customer if:

**a.** Oron.com believes that Customer have violated or acted inconsistently with this Agreement, or any of our policies;

**b.** Customer have failed to pay fees or other payments due to Oron.com;

**c.** Oron.com is unable to verify or authenticate any information Customer provides to Oron.com;

**d.** Oron.com believes that Customer's actions may cause legal liability for Customer, Oron.com's other clients, or Oron.com.

Oron.com may also in its sole discretion and at any time discontinue providing the Service, or any part thereof, with or without notice. You agree that any termination of your access to the Service under any provision of these terms and conditions may be effected without prior notice, and acknowledge and agree that Oron.com may immediately deactivate, archive or delete your account and all related information and data and/or any further access to such data or the Service. Further, you agree that Oron.com shall not be liable to you or any third-party for any termination of your access to the Service.

Upon termination of this Agreement by either Customer or Oron.com, all of Customer rights under this Agreement, and Oron.com's provision of Services, will terminate immediately.

**13.2** The Sections 6 ("Customer Data"), 9 ("No Warranty"), 10 ("Indemnity"), 11 ("Limitation Of Liability") and this Section 13 will survive any termination of this Agreement.

### · 14. Miscellaneous

To the extent that anything in or associated with the Site is in conflict or inconsistent with these Terms and Conditions, these Terms and Conditions shall take precedence. Our failure to enforce any provision of the Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision. The parties do not intend that any agency or partnership relationship be created through operation of the Agreement.

#### 14.1 Relationship

Customer and Oron.com are independent contractors, and no agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this Agreement.

#### 14.2 Assignment

Customer may not assign any of its rights, or delegate any of its duties, under this Agreement, and any attempted assignment will be null and void.

#### 14.4 Force Majure

Operation of our Services may be interfered with by numerous factors outside of our control and we shall not be liable to you for any delay or failure in performance under this Agreement resulting directly or indirectly from causes beyond Oron.com's control. ·

#### 14.5 Jurisdiction / Venue / Choice of Law

Any legal proceeding arising out or relating to these Terms of Service against or relating to Oronor any Indemnified Party under these Terms of Service will be subject to the exclusive jurisdiction, Choice of Law and Venue of Hong Kong and you irrevocably consent to the jurisdiction of such courts.

#### 14.6 Interpretation

If any provision of this Agreement is held to be invalid or unenforceable, such provision shall be struck, as narrowly as possible, and the remaining provisions shall be enforced. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Headers of this agreement shall be considered valid elements of this contract. You acknowledge that you have had th opportunity to consult with an attorney and any interpretation of this contract shall deem it written by both parties.

You represent and warrant to Oron.com that
**a.** you are not a competitor of Oron.com
**b.** you shall keep publicly unannounced information and materials pertaining to Oron.com, pre-release software, testing or testing procedures strictly confidential and
**c.** you shall not use any information gained from access to the Oron.com Web site or use of the Oron.com Services to compete with Oron.com in its business.

## 14.8 Exceptions
Except for other agreements or terms appearing on the Web site, this Agreement set forth the entire understanding and agreement between us with respect to the subject matter hereof.

Copyright © 2001-2012 ORON.com, All Rights Reserved.
Home | News | FAQ | Terms of service | Privacy policy | Report abuse | Premium | About | Contact Us