1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DATATECH ENTERPRISES, LLC, a
Nevada Limited Liability Company,

3

4                    Plaintiff

5            vs.

6    FF MAGNAT LIMITED d/b/a ORON.COM;
     STANISLAV DAVIDOGLOV, and JOHN
7    DOE a/k/a ROMAN ROMANOV (an alias).

8                    Defendants.

Case No. C-12-4500 CRB

**[PROPOSED] ORDER**

Judge:          Hon. Charles R. Breyer
Courtroom:   Courtroom 6 – 17th Floor

9

10         After consideration of the Defendants' Emergency Motion, the Court orders as follows:

11         (1)     The Defendants' Motion to Dismiss for Lack of Personal Jurisdiction is taken off

12   calendar for March 8, 2013.  All other motions scheduled for that date shall be heard as

13   previously scheduled by this Court;

14         (2)     The Defendants' deadline to file a Reply in connection with its Motion to Dismiss

15   for Lack of Personal Jurisdiction is stayed until seven (7) days after the parties' disputes

16   concerning  jurisdictional discovery are resolved, either voluntarily, or by order of this Court.

17         **IT IS SO ORDERED.**

18

19   Dated:

20

21

22

1
DEFENDANTS FF MAGNAT LIMITED AND STANISLAV DAVIDOGLAV'S EMERGENCY
MOTION FOR CONTINUANCE AND TO STAY TIME TO FILE REPLY BRIEF ON DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
CASE NO. C-12-4500 CRB