| | |
|---|---|
| **From:** | Val Gurvits |
| **To:** | D. Gill Sperlein |
| **Cc:** | kkeller@kksrr.com; sroman@kksrr.com; mlisi@kksrr.com; evan@cfwlegal.com; gill@sperleinlaw.com |
| **Subject:** | Re: Meet and Confer re Oron"s Inadequate Responses to Jurisdictional Discovery |
| **Date:** | Sunday, February 17, 2013 9:37:48 PM |

Gill,

Oron provided responses to your discovery requests almost two week ago on February 5th.

You waited almost two weeks and then today, on Sunday February 17th, in the midst of a long weekend when you know that Monday is a holiday, you served me with a meet and confer letter and requested an "immediate" response.

Moreover, as attorney Fray Witzer told you on numerous occasions, both he and I are out of town this entire week on a family vacation with our children.

In light of the foregoing, I believe that the timing of your letter and your unreasonable request are intentional. You know perfectly well that I cannot reply to you "immediately" and that I will not be in my office for the next week.

I am back in my office on Monday, February 25th. I will review your letter and discuss it with my client upon my return. I could be available for a meet and confer any time on Wednesday February 27, Thursday February 28 or Friday March 1st.

We stipulate to extend DataTech's response due date until five days after the meet and confer.

Val Gurvits
Sent from my iPhone

On Feb 17, 2013, at 3:22 PM, "D. Gill Sperlein" <gill@sperleinlaw.com> wrote:

> Val Gurvits
> Boston Law Group, PC
> 825 Beacon Street, Suite 20
> Newton Centre, MA 02459
>
> VIA e-mail gurvits@bostonlawgroup.com
>
> Re:   Meet and Confer re Oron's Inadequate Responses to Jurisdictional Discovery
>
> Val:
>
> Please see the attached letter and respond immediately.
>
> Gill
>
> _____

D. GILL SPERLEIN
<IMAGE001.JPG>

**Confidentiality Notice:** This electronic transmission (and any documents accompanying it) may contain confidential information belonging to the Sender and protected by the attorney-client privilege and/or the Work Product Doctrine. This transmission is intended only for the use of the individual or entity named above. Disclosure, copying, distributing, or taking any action in reliance on the contents of this transmittal by anyone other than the intended recipient is strictly prohibited. If you have received this transmission in error, please contact the Sender immediately to arrange for its return.

**Tax Advice Disclosure:** To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

<MeetAndConferLetter_2013_02_17.pdf>