| | |
|---|---|
| **From:** | Val Gurvits |
| **To:** | D. Gill Sperlein; "Evan Fray-Witzer" |
| **Cc:** | kkeller@kksrr.com; sroman@kksrr.com; mlisi@kksrr.com; evan@cfwlegal.com |
| **Subject:** | Meet and Confer re (1) discovery and (2) Hearing Date for Defendant"s Motion to Dismiss |
| **Date:** | Tuesday, February 26, 2013 10:36:32 AM |

Gill,

Can we confirm the meet and confer for 10:00 am Pacific Time (1:00 pm East Coast Time) on Wednesday, February 27th?

In addition to DataTech's discovery issues, Oron wishes to meet and confer regarding taking off the calendar the hearing (presently scheduled for March 8th) regarding Defendant's Motion to Dismiss for Lack of Jurisdiction.  DataTech's Opposition to Oron's Motion to Dismiss (at least as it relates to issues of discovery) is premature.  As I stated in my email on February 18th, the Court should have the opportunity to resolve any discovery issues before ruling on the Motion to Dismiss.

Please confirm that 10:00 am Pacific Time is acceptable for both of these issues.  If not, I am available any time on Wednesday, Thursday or Friday (February 27th, 28th, and 29th).


Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com


--------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com