February 26, 2013

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459

**VIA e-mail gurvits@bostonlawgroup.com**

> *Re:*   *Meet and Confer re Oron's Inadequate Responses to Jurisdictional Discovery*

Dear Mr. Gurvits:

As I previously stated, DataTech will not agree to take Defendants' Motion to Dismiss off calendar. DataTech is confident in its position with regard to jurisdiction. We desire to resolve the issue as quickly as possible, regardless of any discovery issues, which it appears Defendants manufactured in order to stall the forward progression of this action. You will recall, you rejected my proposed schedule that would have allowed the parties time to meet and confer. Had you accepted my proposed schedule, Defendants would have had time to produce additional documents prior to the filing of Plaintiff's Opposition, if both parties were willing to accept several fewer days to prepare their respective briefs.

If Defendants wish to produce additional documents after reviewing the detailed arguments I set forth in my meet and confer letter, they may do so. If you chose to provide any further responses, I ask that you stipulate to the filing of a sur-reply. On the other hand, if you fail to produce any additional documents, to provide further response to interrogatories, or to amend your responses to requests for admissions, I think the Court can and will take your failure to properly respond to DataTech's legitimate discovery requests into account.

Given your stated desire to minimize costs, let's wait for the Court's direction since your motion is dispositive and a favorable ruling would make further discussions moot. The Court can decide if it has sufficient information upon which to rule. If the Court believes Defendants should be given additional time to produce documents and wishes to order

supplemental briefing before making a final ruling, it can so order.  I previously made DataTech's positions clear in detailed ten page letter.  You are free to send me your counter arguments or if you prefer, you may explain to the Court why you did not properly respond to the discovery requests in the first instance.

On behalf of DataTech, I reserve the right to move to compel further responses in conjunction with future discovery efforts.  If necessary, we can confer further in advance of bringing any such motion.


Very truly yours

_____
D. GILL SPERLEIN



cc:    Kenneth E. Keller, kkeller@kksrr.com
       Stan G. Roman, sroman@kksrr.com
       Michael D. Lisi, mlisi@kksrr.com
       Evan Fray-Witzer, evan@cfwlegal.com