United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FF MAGNAT LIMITED ET AL.,<br><br>    Defendants. | No. C 12-04500 CRB<br><br>**ORDER DENYING MOTION FOR CONTINUANCE AND STAY** |

    Defendant FF Magnat Limited ("Magnat") moved to dismiss Plaintiff's complaint for lack of personal jurisdiction. See dkt. 64. That motion is set for hearing March 8, 2013, along with three other pending motions in the above-captioned matter. See dkts. 66, 70, 77. Magnat has now filed an "Emergency Motion for Continuance and to Stay Time to File Reply Brief," arguing that the parties would benefit from more time to work out discovery disputes before the reply is filed and the motion is heard See dkt. 86.

    Having considered the papers submitted by both sides, the Court does not find that Magnat has shown good cause for a continuance in light of the nature of its jurisdictional motion and the lack of a sufficient showing that the Court's resolution of the motion will depend on outstanding discovery. The Court DENIES Magnat's motion without prejudice to

//

//

1  its ability to further argue the relevance of any outstanding discovery at the hearing on the
2  jurisdictional motion.
3  **IT IS SO ORDERED.**
4  Dated: March 2, 2013

5  CHARLES  R. BREYER
   UNITED STATES DISTRICT JUDGE