UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GERALDINE P. SUELEN,<br><br>  Plaintiff,<br>  v.<br>WELLS FARGO BANK, N.A., et al.,<br><br>  Defendants.<br>_____/ | No. C 13-002 MEJ<br><br>**NOTICE DIRECTING DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION TO FILE CONSENT OR DECLINATION** |

Pending before the Court is Defendants' Motion to Dismiss and Plaintiff's Motion to Remand. Upon review of the record in this action, the Court notes that a written consent to magistrate judge jurisdiction has not been filed by Defendant Cal-Western Reconveyance Corporation. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Cal-Western shall inform the Court whether it consent(s) to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, choose "Forms" and then "Civil Forms." The consent/declination form shall be filed by March 11, 2013.

<u>There is no need to submit a chambers copy of the document.</u>

Dated: February 28, 2013

_____
Rose Maher, Courtroom Deputy to
Maria-Elena James,
United States Magistrate Judge