UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DATATECH ENTERPRISES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>FF MAGNAT LIMITED, et al.,<br><br>  Defendants.<br>_____/ | No. C 12-4500 CRB<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:       March 11, 2013<br>Evaluator:  Stuart Gasner |

On February 14, 2013, the court granted a request to allow named defendant Stanislav Davidoglov to appear telephonically at the ENE session scheduled for March 11. Now before the court is a request from plaintiff to order Mr. Davidoglov to appear by Skype or other videoconferencing service. Having considered the papers submitted, the court DENIES the request to order Mr. Davidoglov to appear by videoconference.

Defense counsel shall ensure that Mr. Davidoglov is available to participate by telephone throughout the ENE at defendant's sole expense, either by providing a credit card number for the evaluator to use in placing the call, by having Mr. Davidoglov call into the evaluator's office at the appointed time, or by some other arrangement made in advance which is acceptable to the evaluator.

IT IS SO ORDERED.

March 6, 2013           By: _____
Dated                                   Maria-Elena James
                                        United States Magistrate Judge