D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>Defendants. | **Case No.: 2-12-4500 CRB**<br><br>**ADMINISTRATIVE MOTION FOR ORDER GRANTING LEAVE TO FILE SUPPLMENTAL DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; AND [PROPOSED] ORDER**<br><br>Date:   March 8, 2013<br>Time:  10:00 a.m.<br>CtRm:  6, 17th Floor |

Pursuant to Local Rules 6-3 and 7-11, Plaintiff DataTech Enterprises, LLC (hereinafter referred to as DataTech) moves this Honorable Court for an order granting leave to file the attached Supplemental Declaration of D. Gill Sperlein in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. **Exhibit I.**

-1-

ADMINISTRATIVE MOTION FOR ORDER GRANTING
LEAVE TO FILE SUPPLEMENTAL DECLARATION
C-12-4500 (CRB)

Defendants' failed to properly respond to Plaintiff's jurisdictional discovery requests. Supplemental Declaration of D. Gill Sperlein ¶2. Accordingly, Plaintiff subpoenaed various third parties seeking relevant data that should have been produced by Defendants. *Id*. at ¶3. The responses to the subpoenas were not returned until the last several days. *Id*. at ¶¶5 and7. Plaintiff seeks to submit documents and data from the responses relevant to the motion to dismiss.

In order to be sure to get these important documents to the Court as quickly as possible, Plaintiff filed this request as soon as the Declaration was prepared and thus did not seek Defendants' stipulation.

Dated: March 6, 2013             Respectfully submitted,

*/s/ D. Gill Sperlein*

_____
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorney for Plaintiff DataTech Enterprises, LLC

## [PROPOSED] ORDER

Having considered the arguments set forth above and in the accompanying Supplemental Declaration of D. Gill Sperlein the motions is **GRANTED**.  The Supplemental Declaration of D. Gill Sperlein and the accompanying Exhibits are hereby deemed filed and will be considered in the court's determination of Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

Dated:

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE