# EXHIBIT I

# SUPPLMENTAL DECLARATION OF D. GILL SPERLEIN AND EXHIBITS A-E

D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>   Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>   Defendants. | **Case No.: Case No.: 2-12-4500 CRB**<br><br>**SUPPLEMENTAL DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF PLAINTIFF DATATECH ENTERPRISES, LLC'S OPPOSITION TO FF MAGNAT LIMITED AND STANISLAV DAVIDOGLAV'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:  March 8, 2013<br>Time:  10:00 a.m.<br>CtRm:  6, 17th Floor |

I, D. Gill Sperlein, declare:

   1.   I am an attorney licensed to practice in the State of California, a member of the Bar of this Honorable Court and attorney of record for Plaintiff DataTech Enterprises, LLC. The facts that I state herein are within my personal knowledge.

-1-

2. As stated in my declaration filed in support of DataTech Enterprises, LLC's Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, I served jurisdictional discovery on Defendants and received wholly unsatisfactory responses. Dkt. No. 84-1, and Exhibits A to C, Dkt. Nos. 84-2 to 84-4.

3. Since Defendants did not provide adequate responses and I believed they were not likely to provide additional responses, I immediately served third party discovery as described below.

4. Certain e-mails filed in the *Liberty* Case indicated that a man named Roman Romanov enjoys a close relationship with FF Magnat and that he transacted business on behalf of FF Magnat. Plaintiff previously filed those e-mails with the Court as Exhibit E to the my declaration in support of Plaintiff's Motion for Early Discovery, Dkt. No. 19; Ex. E, Dkt. No. 19-5. A declaration filed by Maxim Vladimirovich Bochenk indicates that Roman Romanov once lived in Colorado. Dkt. No. 19-3 at ¶7. Documents filed as Exhibits D and E to the Declaration of Peter Phinney in Support of Plaintiff's Motion for Preliminary Injunction also indicate that Roman Romanov maintained a Colorado address. Dkt. No. 29-7, 29-11 and 29-12.

5. Having noticed that the telephone number listed on FF Magnat's Designation of Registered Agent and its Amended Designation contains a Colorado area code, I subpoenaed XO Communications, LLC, the service provider to which the telephone number was assigned. XO responded that the telephone number was leased to J2 Global, a voice over IP provider. I subpoenaed J2 Global requesting subscriber information for the phone number.

-2-

1  On Tuesday, March 5, 2013, J2 Global e-mailed me its response to the subpoena. The response is attached hereto as **Exhibit A**.

6.  Exhibit A shows that at least from June 15, 2011 to 8/28/2012, **303-256-0360**, the phone number that appears on FF Magnat's Interim Designation of Agent (Dkt. No. 81-21, Ex. 2) and Amended Interim Designation of Agent (Dkt. No. 81-21, Ex. 1), was assigned to Roman Romanov. The e-mail identified on the account is mainroman@gmail.com. This is also the telephone number that appears on FF Magnat's PayPal customer information record (FIT Record).

7.  Since, Defendants refused to produce documents showing the number of sales to U.S. subscribers, I also served discovery to obtain this information from PayPal, Inc., the Menlo Park company that processed a portion of <oron.com> subscription sales. Federal Express delivered a portion of PayPal's discovery responses to my office, mid-morning on Monday, March 4, 2013. I immediately began examining and processing the massive amount of data produced by PayPal.

8.  In its response, PayPal produced FF Magnat Limited's FIT page, a document that shows certain account information for FF Magnat' PayPal account. A true and correct copy of the FIT information is attached hereto as **Exhibit B**. The account number and Goncharov Fedor's birth date have been redacted for privacy reasons.

9.  The FIT page shows the name on the account is Goncharov Fedor. Because Defendants refused to respond to discovery demands requesting information and location of employees and stock holders, Plaintiff does not know what role Mr. Fedor serves for FF

-3-

Magant, but his control of the PayPal account appears inconsistent with Defendants' assertions that Stanislav Davidoglov owns 100% of the stock of FF Magnat Limited.

10.     The FIT page shows FF Magnat's customer service telephone number as **303-256-0360;** the same Colorado telephone number assigned to Roman Romanov.  This evidences additional ties between FF Magant Limited and Roman Romanov - an individual known to have resided in Colorado.

11.     The documents produced by PayPal also provide detailed transaction records for almost all activity between the opening of the PayPal account on March 12, 2011 until September 11, 2012, the day this Court ordered the assets in that account frozen.  There are three activity logs that PayPal has not yet produced.  On Wednesday, March 6, I received a call from PayPal explaining that it will produce three missing activity logs on Monday, March 11, 2013.

12.     The activity logs PayPal produced show information relevant to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.  PayPal produced the information in electronic form and the logs are too numerous to submit via electronic filing, but I have attached examples of data and a summary of the information I culled from the logs.  The Summary appears at **Exhibit C.**

13.     For each transaction the activity logs show what type of PayPal account holder FF Magnat was transacting business with *including the country of the account holder*. **Exhibit D** shows certain information from Activity Log Number Two which covers transactions between 4/2/2011 and 4/30/2011.  The transactions shown in the exhibit only

-4-

show activity with U.S. account holders as identified by the following types of accounts: US Business, US Business verified, US Personal, and US personal verified. The total number of transactions and the U.S. Dollar value of these transactions appears in the summary line for Transaction Log Number Two. **Exhibit D** shows relevant transactions with accounts world-wide during the same time frame. The U.S. Dollar value of the world-wide transactions appears in the "total Value of World-Wide Revenue" column for Transaction Log Number Two. The final column on the summary shows the value of the US transactions as a percentage of the world-wide transactions. Transfers of cash to FF Magnat's bank accounts or transactions converting funds to other currencies are not included.

14. During the time covered by the activity logs, FF Magnat engaged in a total of 145,622 transactions with account holders within the United States. Other financial institutions may have processed additional transactions.

15. FF Magnat earned over two million dollars in gross revenue from U.S. account holders. This amount includes reductions for charge-backs and credits but is not reduced by PayPal's processing fees. Again, three activity logs have not yet been produced, so these numbers will increase.

16. During the covered time frame, FF Magnat used PayPal to process a total gross revenue for approximately 9 million dollars. This amount includes transactions in Euros and U.S. Dollars. I assigned the transactions that appeared in Euros a value of $1 per .748 Euros for transactions in 2011 and .809 Euros for transactions in 2012, which is consistent with the average exchange rates for those years.

-5-

17. During the time frame covered by the activity logs, the percentage of the dollar value of U.S. transactions equals approximately 24% of FF Magant's world-wide transactions. That is to say 24% percent of FF Magnat's revenue comes from the United States.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

*3/6/2013*          */s/ D. Gill Sperlein*

Dated:_____     _____

                                         D. Gill Sperlein

-6-

Supp. Declaration of D. Gill Sperlein in Support
of Opposition to Motion to Dismiss
C-12-4500 CRB