# EXHIBIT A



March 5, 2013

**VIA ELECTRONIC MAIL AND POSTAL MAIL**

D. Gill Sperlein
The Law Offices of D. Gill Sperlein
345 Grove St.
San Francisco, CA 94102
gill@sperleinlaw.com

RE:   *DataTech Enterprises, LLC v. FFMagnat Limited, et al.* **(N.D. Cal. Civil Action No. CV-12-04500 CRB) – Request for Documents to j2 Global, Inc.**

Mr. Sperlein:

      This letter responds to your request for documents to j2 Global, Inc. ("j2 Global) in the above-titled matter. We are in receipt of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena") that you sent to us. As an initial matter and as noted in my previous email to you, j2 Global objects to the Subpoena on the basis that it was not personally served on j2 Global, as required by Federal Rule of Civil Procedure ("Rule") 45(b)(1) and j2 Global does not accept your transmission of the Subpoena as proper service. As such, the Subpoena is not valid and we are not formally responding to it. Furthermore, j2 Global reserves all objections with respect to the Subpoena, including without limitation those raised in my previous communications with you. In the interest of responding to your request for documents, however, we will informally provide the documents that we discussed on the phone and through emails. The documents are enclosed herewith. This informal response should not be construed as a waiver of any of j2 Global's objections, remedies, or rights with respect to the Subpoena. .

      Also, as I previously explained, j2 Global objects to the production of any information regarding individuals or accounts that show no apparent relation to your case or to the individual(s) or account(s) that are actually relevant to your case. As such, we are producing only the responsive information that relates to the single account that appears to be related to your case. You previously agreed to this limitation.

Please note that we have given the account holder proper notice of our intent to produce the requested records under California Code of Civil Procedure § 1985.3 and have received no objection from him or her.

Please feel free to call me if you have any questions.

Sincerely,

Jon Arnett
Corporate Counsel
j2 Global, Inc.
(323) 860-9249

| SEARCH CRITERIA | |
|---|---|
| From date | 06/15/2011 |
| To date | 08/28/2012 |
| Search by criteria | DID |
| Search by term | 13032560360 |

| CUSTOMER FIELDS | |
|---|---|
| Customer ID | 1065572 |
| Status | Active |
| Collection method | None |
| Name | Roman Romanoff |
| Address | - -<br>357100<br>RU |
| Email address | mainroman@gmail.com |
| Phone number | |
| Notes | |
| Customer send email addresses | |

## CUSTOMER SERVICES

| Service ID | Service type | Offer code | Status | Start date | End date | Description | Phone number | Phone city | Server id |
|---|---|---|---|---|---|---|---|---|---|
| 13032560360 | INBOX | DEFAULT_J2_FR_EE | Active | 04/15/2000 | | | 13032560360 | CO-Denver-303-F | den1 |