# EXHIBIT B



## Account Info for Goncharov Fedor

**User Info**

| | |
|---|---|
| First Name: | Fedor |
| Middle Name: | |
| Last Name: | Goncharov |
| SSN: | |
| TIN: | |
| DOB: | |
| Credit Card Statement Name: | FFMAGNATLIM |
| Email: | paypal@oron.com |

**Business Info**

| | |
|---|---|
| Name: | FF MAGNAT LIMITED |
| URL: | http://oron.com |
| Customer Service Phone: | +130 32560360  - Trusted |

**Account Info**

| | |
|---|---|
| Account Status: | Limited - High |
| Account #: | |
| Account Type: | Business - Hong Kong Verified by Card - Cat10A (Hong Kong) |
| Time Created: | Mar 9, 2011 08:51:24 CST |

**Financials**

| | |
|---|---|
| Account Balance: | €1,110,635.28 EUR  (Primary)<br>$0.00 HKD<br>$0.04 USD<br>£0.65 GBP<br><br>€1,110,636.09 EUR  * |
| Total Amount Sent (USD Equiv): | $389,497.93 USD |
| Total Amount Received: | $5,114,882.80 USD |
| Amount Received:<br>(A month is determined by user's signup date, NOT by a calendar month) | Current Month: -$92,233,720,368,261,900.00 USD<br>Last 3 Months: $79,654.24 USD / $57,950.09 USD / $39,476.60 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | €1,110,599.00 EUR* (0 % - €0.00 EUR)<br>€1,110,599.00 EUR<br>£0.00 GBP<br>$0.00 HKD<br>$0.00 USD [Details] |
| Rolling Reserve Balance: | €34.28 EUR* (0 % - 0 days)<br>$0.00 USD<br>€34.28 EUR<br>£0.00 GBP [Details] |

**E-mail**

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| paypal@oron.com | ✓ | ✓ | ✓ |
| nooooc@gmail.com | | ✓ | |

**Aliases**

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

**Phone numbers**

| Phone Number | Type | Confirmation Status |
|---|---|---|
| +41 445860180 | Work | Unconfirmed - No Attempt |
| +852 22646466 | Work  - Deleted | Unconfirmed - No Attempt |
| +852 41445860180 | Work  - Deleted | Unconfirmed - No Attempt |
| +130 32560360 | Customer Service | Unconfirmed - No Attempt |
| +13 032560360 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| +852 13032560360 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| +852 22646466 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| 303-256-0360 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| +41 445860180 | Customer Service  - Deleted | Unconfirmed - No Attempt |

**Addresses**

| Date Entered | Address | | Use |
|---|---|---|---|