# EXHIBIT C

| Log | Date Range | Total Number of Transactions with US PayPal Account Holders | Total value of US transactions in Dollars | Total Value of World Wide revenue | % of Sales Attributable to US Sales |
|---|---|---|---|---|---|
| Transaction Log Part 1 | 3/12/2011-3/30/2011 | 2 | $ (59.90) | -59.9 | 100% |
| Transaction Log Part 2 | 4/3/2011 - 4/30/2011 | 9203 | $ 155,389.91 | 674,397.79 | 23% |
| Transaction Log Part 3 | 5/1/2011 - 5/15/2011 | 6503 | $ 101,629.01 | 469,634.84 | 22% |
| Transaction Log Part 4 | 5/16/2011 - 5/30/2011 | 6690 | $ 115,612.71 | 494,588.92 | 23% |
| Transaction Log Part 5 | 6/1/2011 - 6/15/2011 | 7675 | $ 121,679.21 | 542,191.98 | 22% |
| Transaction Log Part 6 | 6/16/2011 - 6/30/2011 | 6812 | $ 105,144.54 | 475,123.07 | 22% |
| Transaction Log Part 7 | 7/1/2011 - 7/15/2011 | 8886 | $ 138,818.35 | 624,549.54 | 22% |
| Transaction Log Part 8 | 7/16/2011 - 7/31/2011 | 5734 | $ 80,084.81 | 350,810.46 | 23% |
| Transaction Log Part 9 | 8/1/2011 - 8/15/2011 | 4258 | $ 60,207.33 | 253,902.45 | 24% |
| Transaction Log Part 10 | 8/16/2011 - 8/31/2011 | 8260 | $ 121,773.41 | 549,119.66 | 22% |
| Transaction Log Part 11 | 9/1/2011 - 9/15/2011 | 5922 | $ 85,397.12 | 366,048.73 | 23% |
| Transaction Log Part 12 | 9/16/2011 - 9/30/2011 | 6631 | $ 106,527.40 | 467,058.70 | 23% |
| Transaction Log Part 13 | 10/1/2011 - 10/15/2011 | 7237 | $ 121,135.41 | 514,181.90 | 24% |
| Transaction Log Part 14 | 10/16/2011-10/31/2011 | 6822 | $ 105,999.61 | 434,725.23 | 24% |
| Transaction Log Part 15 | 11/1/2011 - 11/10/2011 | 5061 | $ 83,863.30 | 334,810.36 | 25% |
| Transaction Log Part 16 | 11/11/2011 - 11/15/2011 | 3118 | $ 52,971.03 | 208,996.44 | 25% |
| Transaction Log Part 17 | 11/16/2011 - 11/20/2011 | 3496 | $ 57,704.03 | 220,016.66 | 26% |
| Transaction Log Part 18 | 11/21/2011 - 11/30/2011 | 5702 | $ 103,083.78 | 381,284.54 | 27% |
| Transaction Log Part 19 | 12/1/2011 - 12/10/2011 | 6100 | $ 109,733.24 | 419,694.94 | 26% |
| Transaction Log Part 20 | 12/11/2011 - 12/15/2011 | 3160 | $ 55,806.34 | 214,123.01 | 26% |
| Transaction Log Part 21 | 12/16/2011 - 12/20/2011 | 3704 | $ 59,913.40 | 231,445.23 | 26% |
| Transaction Log Part 22 | 12/21/2011 - 12/25/2011 | 2889 | $ 47,235.23 | 190,765.03 | 25% |
| Transaction Log Part 23 | 12/26/2011 to 12/31/2011 | 4302 | $ 74,581.03 | 287,672.19 | 26% |
| Transaction Log Part 24 | 1/1/2012 to 1/5/2012 | 3504 | $ 55,791.21 | 213,157.06 | 26% |
| Transaction Log Part 25 | 1/6/2012 - 1/10/2012 | 3305 | $ 52,324.40 | 207,171.48 | 25% |
| Transaction Log Part 26 | 1/11/2012 - 1/15/2012 | 3508 | $ 55,550.03 | 207,730.05 | 27% |
| Transaction Log Part 27 | 1/16/2012 - 1/20/2012 | 3715 | $ 54,138.68 | 202,644.21 | 27% |
| Transaction Log Part 28 | 1/21/2012-1/24/2012 | 3221 | $ 50,118.29 | 194,463.80 | 26% |
| Transaction Log Part 29 | NOT YET PRODUCED | | | | |
| Transaction Log Part 30 | NOT YET PRODUCED | | | | |
| Transaction Log Part 31 | NOT YET PRODUCED | | | | |
| Transaction Log Part 32 | 1/30/2012-1/30/2012 | 22 | $ (307.66) | 194.41 | -158% |
| Transaction Log Part 33 | 1/31/2012 - 1/31/2012 | 6 | $ (92.34) | (199.73) | 46% |
| Transaction Log Part 34 | 2/1/2012-2/28/2012 | 138 | $ (2,886.90) | (2,264.00) | 128% |
| Transaction Log Part 35 | 3/1/2012 - 9/11/2012 | 36 | $ (956.07) | (583.04) | 164% |
| TOTALS | | 145622 | $ 2,172,579.93 | 9,053,058.12 | 24% |