## ORDER

Having considered the arguments set forth above and in the accompanying Supplemental Declaration of D. Gill Sperlein the motions is **GRANTED**.  The Supplemental Declaration of D. Gill Sperlein and the accompanying Exhibits are hereby deemed filed and will be considered in the court's determination of Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

Dated:  March 7, 2013

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

