1   **KENNETH E. KELLER** (71450) kkeller@kksrr.com
    **STAN F. ROMAN** (87652) sroman@kksrr.com
2   **MICHAEL D. LISI** (196974) mlisi@kksrr.com
    **KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
3   555 Montgomery Street, 17th Floor
    San Francisco, CA 94111
4   Tel:    (415) 249-8330
    Fax:    (415) 249-8333
5

6   **EVAN FRAY-WITZER** Evan@CFWLegal.com
    **CIAMPA FRAY-WITZER, LLP**
    20 Park Plaza, Suite 505
7   Boston, MA 02116
    Tel:    (617) 426-0000
8   Fax:    (617) 507-8043
    *Admitted Pro Hac Vice*
9

10  **VALENTIN GURVITS** vgurvits@bostonlawgroup.com
    **BOSTON LAW GROUP, PC**
    825 Beacon Street, Suite 20
11  Newton Centre, MA 02459
    Tel:    (617) 928-1804
12  Fax:    (617) 928-1802
    *Admitted Pro Hac Vice*
13

    Attorneys for Defendant FF MAGNAT LIMITED
14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**OPPOSITION TO ADMINISTRATIVE MOTION FOR ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; OR IN THE ALTERNATIVE, RENEWED MOTION FOR CONTINUANCE AND STAY**<br><br>Hearing:    March 8, 2013, 10am<br>Courtroom:  Courtroom 6 – 17th Floor |

1  After the close of business on the Wednesday directly preceding the hearing on the
2  Motion this Friday morning, Plaintiff DataTech Enterprises, LLC ("DataTech") has asked this
3  Court for leave to enter into consideration over 750 pages of evidence that Defendants FF
4  Magnat Limited and Stanislav Davidoglov (the "Defendants") have never seen before and will
5  not have a chance to meaningfully examine or respond to prior to tomorrow's hearing.  In fact, at
6  this very moment, the lead counsel for the Defendants are on an airplane to San Francisco in
7  order to attend tomorrow's hearing.
8  Moreover, the 700 pages of evidence are but a tiny part of the evidence DataTech seeks
9  to rely on.  As part of the proposed declaration, DataTech has introduced only Transaction Log
10  Part 2 out of 35 Parts.  The Defendants estimate that there are at least 12,000 pages of transaction
11  logs that DataTech is relying on that it has never made available to the Defendants and to which
12  the Defendants will not be able to properly review and respond to prior to tomorrow's hearing.
13  Instead of offering these transaction logs to the Defendants, DataTech has attempted once
14  again to offer this court a "summary" of the transaction logs.  However, DataTech has previously
15  proved to this Court that its accounting practices leave much to be desired.  *See* Docket No. 78
16  (describing how DataTech's accounting of FF Magnat's bank statements were incomprehensibly
17  faulty and inflated by 1,000%).  Although, as stated above, the Defendants have had no
18  opportunity to examine the documents in depth, at least three errors are apparent.
19  First, the FIT record (Docket No. 90-3) shows that FF Magnat received $5,114,882.80 in
20  total.  However, the DataTech summary (Docket No. 90-4) somehow, without explanation,
21  calculates a total of $9,053,058.12.
22  Moreover, even DataTech's addition on its own summary seems to be faulty.  In
23  particular, adding together all the values in the column for "Total Value of World Wide

1  Revenue" leaves a total result of $9,727,396.01, **not** $9,053,058.12 as the "totals" line shows.
2  DataTech's undercounting of world-wide revenue has the effect of falsely inflating the
3  percentage of US revenue.
4      Third, in its calculation of the number of transactions with US PayPal Account Holders,
5  DataTech includes temporary holds, reversals and recurring payments.  None of these types of
6  transactions are individual transactions as DataTech alleges, but instead are part of larger deals
7  with individuals.  DataTech's accounting has therefore, for instance, counted a charge and a
8  refund as two different transactions when it is actually just one transaction.  DataTech's
9  accounting also counts recurring monthly payments from the same user as multiple transactions
10 when it is actually one transaction.  Without the time to carefully examine the transaction logs, it
11 is impossible to arrive at an accurate figure for the number of transactions, but it is clear that
12 DataTech's figure is simply wrong.
13     If DataTech produces the documents on which it based its faulty summary, the
14 Defendants are sure to find further faulty accounting by DataTech.
15     On the basis of the foregoing, the Court should deny DataTech's Motion for Order
16 Granting Leave to File Supplemental Declaration in Opposition to Defendants' Motion to
17 Dismiss for Lack of Personal Jurisdiction (Docket No. 90).  In the alternative, if the Court does
18 not deny DataTech's Motion, the Defendants renew their Emergency Motion for Continuance
19 and to Stay Time to File Reply Brief on Defendants' Motion to Dismiss for Lack of Personal
20 Jurisdiction (Docket No. 85) on the basis of the foregoing.

Respectfully Submitted,

FF MAGNAT LIMITED,
BY ITS ATTORNEYS,

/s/  Evan Fray-Witzer
**EVAN FRAY-WITZER** Evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:    (617) 426-0000
Fax:    (617) 507-8043


/s/ Valentin Gurvits
**VALENTIN GURVITS** vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:    (617) 928-1804
Fax:    (617) 928-1802


/s/ Kenneth E. Keller
**KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN F. ROMAN** (87652) sroman@kksrr.com
**MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:    (415) 249-8330
Fax:    (415) 249-8333

**CERTIFICATE OF SERVICE**

I, Evan Fray-Witzer, hereby certify that on March 7, 2013, a copy of the above document was served on all counsel of record via the Court's ECF system

/s/  Evan Fray-Witzer
Evan Fray-Witzer

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**[PROPOSED] ORDER** |

Having considered the arguments set forth above, DataTech Enterprises, LLC's Administrative Motion for Order Granting Leave to File Supplemental Declaration in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE