IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES LLC, | No. C 12-04500 CRB |
| Plaintiff, | |
| v. | **ORDER RE SUPPLEMENTAL BRIEFING** |
| FF MAGNAT LIMITED ET AL., | |
| Defendants. | |

This matter came on for hearing today. In light of Plaintiff's submission of new evidence shortly before the hearing, see dkt. 90, the Court grants both parties the opportunity to simultaneously file supplemental briefs concerning the relevance of that information to Defendants' pending motion to dismiss for lack of personal jurisdiction (dkt. 64). The briefs shall be no more than 6 pages in length and must be submitted by noon on March 15, 2013.

**IT IS SO ORDERED.**

Dated: March 8, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\4500\order re briefing.wpd