**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 8, 2013**                                                                 Time:   29 minutes

**C-12-04500** CRB

**DATATECH ENTERPRISES LLC**  v.  **FF MAGNAT LIMITED**

| Attorneys: | d. Gill Sperlein | Evan Fray-Witzer |
|---|---|---|
| | | Valentin Gurvits |

Deputy Clerk: **BARBARA ESPINOZA**                              Reporter:  **Joan Columbini**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  Motion to Dismiss/Lack of Jurisdiction | Deferred |
| 2.  Motion to Extend Preliminary Injunction | Granted |
| 3.  Motion for Relief Preliminary Injunction | |
| 4.  Motion for Partial Summary Judgment | Denied |

**ORDERED AFTER HEARING:**

Defendant's request for additional time for filing supplemental brief re jurisdictional matter is granted.

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____
( ) Referred to Magistrate Judge for: _____

( ) CASE CONTINUED TO _____                               for _____

Discovery Cut-Off _____                                  Expert Discovery Cut-Off _____
Plntf to Name Experts by _____                    Deft to Name Experts by _____
P/T Conference Date _____          Trial Date _____          Set for _____ days
                                   Type of Trial:  ( )Jury    ( )Court

Notes: _____