# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Datatech Enterprises, LLC, | No. C 12-04500 CRB ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| FF Magnat Limited, | |
| Defendant(s). | |

**_Instructions_**: _The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make ANY additional comments on this page - simply fill in the blanks and check the appropriate boxes._

1.  I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __3/11/13__

2.  Did the case settle?

    ☐ Yes, fully.

    ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

    ☐ Yes, partially, and further facilitated discussions are _not_ expected.

    ☐ No, and further facilitated discussions are expected. (see no. 3, below)

    ☒ No, and further facilitated discussions are _not_ expected.

3.  If further facilitated discussions are expected, by what date will you check in with the parties? _____

4.  IS THIS ADR PROCESS COMPLETE?   ☒ YES    ☐ NO

Dated:   __3/11/13__   _____
Evaluator, Stuart L. Gasner
Keker & Van Nest, LLP
633 Battery Street
San Francisco, CA 94111