D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>         vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | Case No.: 12-4500 CRB<br><br>[~~PROPOSED~~] ORDER EXTENDING RELEIF GRANTED IN PRELIMINARY INJUNCTION<br><br>DATE: 1/25/2012<br>TIME: 10:00 a.m.<br>CtRm: 6 -17th Fl |

This Court previously ordered that assets of FF Magnat Limited be frozen for the reasons set forth in a Memorandum and Order entered on September 14, 2012.  Dkt 34.  It has come to the Court's attention that assets currently held in the attorney client trust account of Marc J. Randazza as former counsel to Liberty Media Holdings, LLC, could otherwise become available to FF Magnat Limited.  Accordingly, IT IS HEREBY ORDERED THAT:

-1-

[PROPOSED] ORDER
C-12-4500 CRB

1. Marc J. Randazza is not to relinquish any funds from his attorney client trust account to FF Magnat, Limited for any reason.  If Marc Randazza determines that any amount of funds which are currently held in his attorney client trust account on behalf of Liberty Media Holdings, LLC should otherwise become the property of FF Magnat Holdings, Limited, he shall continue to hold those funds in his attorney client trust account until further ordered by this Court.

2. Liberty Media Holdings, LLC is ordered to refrain from making any payment of any kind to FF Magnat Limited until further ordered by this court.  If Liberty Media Holdings, LLC and FF Magnat Limited reach a settlement agreement that provides for the transfer of any funds currently held in the trust account of Marc Randazza on behalf of Liberty Media Holdings, LLC, to FF Magnat Limited, such funds may be identified as belonging to FF Magnat, but they must continue to be frozen and held in trust until further order from this Court.

3. Nothing in this order prevents the release of funds from the attorney client trust account of Marc J. Randazza to Liberty Media Holdings, LLC or to its attorneys for services rendered provided those funds are not further transferred to FF Magnat Limited or its attorneys.

**IT IS SO ORDERED**

DATED:  March 8, 2013  _____

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



-2-

[PROPOSED] ORDER
C-12-4500 CRB