D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>　　Plaintiff,<br><br>　　　　vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>　　Defendants. | **Case No.: 2-12-4500 CRB**<br><br>**STIPULATED ADMINISTRATIVE MOTION TO FILE STIPULATION AND PROPOSED ORDER UNDER SEAL** |

Pursuant to Local Rules 7-12 and 79-5, Plaintiff DataTech Enterprises, LLC and Defendants FF Magnat Limited d/b/a oron.com ("Oron") and Stanislav Davidoglov hereby stipulate to this Administrative Motion for an Order to file the attached Declaration of D. Gill Sperlein, Stipulation of the Parties, and Proposed Order under seal.

**SO STIPULATED**

Dated: *May 17, 2013*       /s/ D. Gill Sperlein
                            D. GILL SPERLEIN
                            THE LAW OFFICE OF D. GILL SPERLEIN
                            Attorney for Plaintiff DataTech Enterprises, LLC


Dated: *May 17, 2013*       /s/  Valentin Gurvits
                            VALENTIN GURVITS
                            BOSTON LAW GROUP, PC
                            Attorneys for Defendants FF Magnat Limited and Stanislav Davidoglav