D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>              vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | Case No.: 2-12-4500 CRB<br><br>**[PROPOSED] ORDER PERMITING PARTIES TO FILE DOCUMENTS UNDER SEAL** |

**[PROPOSED] ORDER**

Having considered the above Stipulation and finding good cause therefore the Court grants the Parties' request and allows the Parties to File their Stipulation and Requested Order under seal.

**PURSUANT TO STIPULTION OF THE PARTIES IT IS SO ORDERED.**

DATED: _____          _____
                                                                                **CHARLES R. BREYER**
                                                                                **U.S. DISTRICT JUDGE**

-1-

[PROPOSED] ORDER RE FILING DOCUMENTS UNDER SEAL
C-12-4500 (CRB)