<u>**CIVIL MINUTES**</u>

**Judge CHARLES R. BREYER**

Date:  **May 20,  2013**                                    Time:  <u>10  minutes</u>

<u>**C-12-04500** **CRB**</u>

<u>**DATATECH ENTERPRISES LLC**</u>  **v.**  <u>**FF MAGNAT LIMITED**</u>

Attorneys:      <u>D. Gill Sperlein</u>                          <u>Valentin Gurvits</u>

                 _____                <u>Evan Fraywitzer</u>

Deputy Clerk: **BARBARA ESPINOZA**                Reporter: **Not Reported**

<u>**PROCEEDINGS:**</u>                                                      <u>**RULING:**</u>

1.  <u>Telephonic Conference re under seal filing</u> _____          _____

2. _____          _____


<u>**ORDERED AFTER HEARING:**</u>

_____

_____

(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge for: _____

(  ) CASE CONTINUED TO _____                       for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____ Set for _____ days
                              Type of Trial:  (  )Jury    (  )Court

Notes: _____

_____

_____