D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>　　Plaintiff,<br><br>　　　　vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>　　Defendants. | **Case No.: 2-12-4500 CRB**<br><br>**STIPULATED ADMINISTRATIVE MOTION TO FILE ATTACHMENT TO EARLIER FILED STIPULATION UNDER SEAL** |

-1-
STIPULATION FOR ORDER ALLOWING FILING DOCUMENTS UNDER SEAL
C-12-4500 (CRB)

Pursuant to Local Rules 7-12 and 79-5, Plaintiff DataTech Enterprises, LLC and Defendants FF Magnat Limited d/b/a oron.com ("Oron") and Stanislav Davidoglov hereby stipulate to this Administrative Motion for an Order to file under seal the attached Exhibit A to the Stipulation of the Parties filed under seal at Docket Number 105.

**SO STIPULATED**

Dated: *May 22, 2013*          /s/ D. Gill Sperlein

D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorney for Plaintiff DataTech Enterprises, LLC


Dated: *May 22, 2013*          /s/  Valentin Gurvits

VALENTIN GURVITS
BOSTON LAW GROUP, PC
Attorneys for Defendants FF Magnat Limited and Stanislav Davidoglav