D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>         vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>    Defendants. | Case No.: 2-12-4500 CRB<br><br>**ORDER PERMITING PARTIES TO FILE DOCUMENTS UNDER SEAL** |

## ORDER

Having considered the Parties Stipulation to File Under Seal and finding good cause therefore, the Court grants the Parties' request to file under seal Exhibit A to Docket Number 105.

**PURSUANT TO STIPULTION OF THE PARTIES IT IS SO ORDERED.**

DATED: May 23, 2013

_____
**CHARLES R. BREYER**
U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*