FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 31 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada limited liability company,  Plaintiff - Appellee,  v.  FF MAGNAT LIMITED, DBA Oron.com,  Defendant - Appellant,  and  STANISLAV DAVIDOGLOV,  Defendant. | No. 12-17299  D.C. No. 3:12-cv-04500-CRB Northern District of California, San Francisco  ORDER |

Before: McKEOWN and WATFORD, Circuit Judges, and MARBLEY, District Judge.[*]

The parties' joint motion to stay the proceedings is granted. The parties

shall file a joint status report within 30 days of this Order.

---

[*] The Honorable Algenon L. Marbley, District Judge for the U.S. District Court for the Southern District of Ohio, sitting by designation.