1 | **KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN F. ROMAN** (87652) sroman@kksrr.com
2 | **MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
3 | 555 Montgomery Street, 17th Floor
San Francisco, CA 94111
4 | Tel:     (415) 249-8330
Fax:     (415) 249-8333
5 |

**EVAN FRAY-WITZER** evan@CFWLegal.com
6 | **CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
7 | Boston, MA 02116
Tel:     (617) 426-0000
8 | Fax:     (617) 507-8043
*Admitted Pro Hac Vice*
9 |

**VALENTIN GURVITS** vgurvits@bostonlawgroup.com
10 | **BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
11 | Newton Centre, MA 02459
Tel:     (617) 928-1804
12 | Fax:     (617) 928-1802
*Admitted Pro Hac Vice*
13 |

Attorneys for Defendant FF MAGNAT LIMITED and STANISLAV DAVIDOGLOV

14 |
15 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

16 | DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,

Case No. C-12-4500 CRB

17 | Plaintiff

~~[PROPOSED]~~ **ORDER ALLOWING PARTIES TO FILE DOCUMENTS UNDER SEAL**

18 | vs.

19 | FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).

**DOCUMENT SUBMITTED UNDER SEAL**

20 |

21 | Defendants.

Judge:          Hon. Charles R. Breyer
Courtroom:   Courtroom 6 – 17th Floor

22 |

**ORDER ALLOWING PARTIES TO FILE DOCUMENTS UNDER SEAL**
CASE NO. C-12-4500 CRB

1

2

Having considered the Joint Motion of the Parties, and finding good cause, therefore the

3

Court grants the Parties' request and allows the Parties to Filet their Joint Motion and Requested

4

Order under seal.

5

**PURSUANT TO JOINT MOTION OF THE PARTIES IT IS SO ORDERED.**

6

DATED: _ July 17, 2013 _____

7

**CHARLES R. BREYER,**
**U.S. DISTRICT JUDGE**

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

2
**ORDER ALLOWING PARTIES TO FILE DOCUMENTS UNDER SEAL**
CASE NO. C-12-4500 CRB