1 | **KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN F. ROMAN** (87652) sroman@kksrr.com
2 | **MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
3 | 555 Montgomery Street, 17th Floor
San Francisco, CA 94111
4 | Tel:    (415) 249-8330
Fax:    (415) 249-8333
5

6 | **EVAN FRAY-WITZER** evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
7 | 20 Park Plaza, Suite 505
Boston, MA 02116
8 | Tel:    (617) 426-0000
Fax:    (617) 507-8043
*Admitted Pro Hac Vice*
9

10 | **VALENTIN GURVITS** vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
11 | 825 Beacon Street, Suite 20
Newton Centre, MA 02459
12 | Tel:    (617) 928-1804
Fax:    (617) 928-1802
*Admitted Pro Hac Vice*

13

Attorneys for Defendant FF MAGNAT LIMITED and STANISLAV DAVIDOGLOV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff<br><br>    vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>    Defendants. | Case No. C-12-4500 CRB<br><br>**JOINT MOTION REQUESTING THE ISSUANCE OF SUPERSEDING ORDER**<br><br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:    Courtroom 6 – 17th Floor |

1
**JOINT MOTION FOR SUPERSEDING ORDER PURSUANT
TO STIPULATION OF THE PARTIES**
CASE NO. C-12-4500 CRB

Now come the Parties to the above-captioned matter to Jointly Move for the Court to issue a Superseding Order concerning the disbursement of certain funds previously subject to a preliminary injunction issued by this Court. In support of this Motion, the Parties state as follows:

The present case has been settled by the parties. The only remaining issue before the parties file their stipulation of dismissal is the release of funds previously ordered frozen by this Court. Accordingly, the Parties jointly move for the issuance of the attached Order unfreezing such funds.

Assuming that the Court allows the present motion, the parties will immediately file their stipulation of dismissal.

Accordingly, the Parties respectfully request that the Court allow the present Motion and endorse the accompanying proposed Superseding Order.

Respectfully submitted,

**FF Magnat Ltd., d/b/a Oron.com,**

By its attorneys:

/s/  Evan Fray-Witzer
**EVAN FRAY-WITZER** Evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:  (617) 426-0000
Fax:  (617) 507-8043

1  /s/  Valentin Gurvits
   **VALENTIN GURVITS** vgurvits@bostonlawgroup.com
2  **BOSTON LAW GROUP, PC**
3  825 Beacon Street, Suite 20
   Newton Centre, MA 02459
4  Tel:  (617) 928-1804
   Fax:  (617) 928-1802
5

6  **Datatech Enterprises, LLC**

7  By its attorney:

8

9  /s/  D. Gill Sperlein
   **D. Gill Sperlein, Esq.**  gill@sperleinlaw.com
10 **The Law Office of D. Gill Sperlein**
   **345 Grove Street**
11 San Francisco, CA 94102
   Tel:  (415) 404-6615
12 Fax:  (415) 404-6616