1  **KENNETH E. KELLER** (71450) kkeller@kksrr.com
   **STAN F. ROMAN** (87652) sroman@kksrr.com
2  **MICHAEL D. LISI** (196974) mlisi@kksrr.com
   **KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
3  555 Montgomery Street, 17th Floor
   San Francisco, CA 94111
4  Tel:   (415) 249-8330
   Fax:   (415) 249-8333
5

   **EVAN FRAY-WITZER** evan@CFWLegal.com
6  **CIAMPA FRAY-WITZER, LLP**
   20 Park Plaza, Suite 505
7  Boston, MA 02116
   Tel:   (617) 426-0000
8  Fax:   (617) 507-8043
   *Admitted Pro Hac Vice*
9

   **VALENTIN GURVITS** vgurvits@bostonlawgroup.com
10 **BOSTON LAW GROUP, PC**
   825 Beacon Street, Suite 20
11 Newton Centre, MA 02459
   Tel:   (617) 928-1804
12 Fax:   (617) 928-1802
   *Admitted Pro Hac Vice*

Attorneys for Defendant FF MAGNAT LIMITED and STANISLAV DAVIDOGLOV

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company, | Case No. C-12-4500 CRB |
| Plaintiff | **SUPERSEDING ORDER PURSUANT TO STIPULATION OF THE PARTIES** |
| vs. | |
| FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias). | Judge:       Hon. Charles R. Breyer<br>Courtroom:   Courtroom 6 – 17th Floor |
| Defendants. | |

This Court previously issued an Order granting partial relief from a preliminary injunction. The matter now having been settled, the parties have now moved for the entry of a Superseding Order to effectuate the terms of the settlement.

Having found good cause to support the Parties' motion, the Court **ORDERS** as follows:

FF Magnat funds held by CCBill, LLC which the Court previously ordered frozen are hereby released. CCBill, LLC is ordered to immediately remit any and all such funds to FF Magnat.

**IT IS SO ORDERED**

DATED: _____                    _____
                                                                             **CHARLES R. BREYER**
                                                                             **U.S. DISTRICT JUDGE**