**KENNETH E. KELLER** (71450) kkeller@kksrr.com
**STAN F. ROMAN** (87652) sroman@kksrr.com
**MICHAEL D. LISI** (196974) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:   (415) 249-8330
Fax:   (415) 249-8333

**EVAN FRAY-WITZER** evan@CFWLegal.com
**CIAMPA FRAY-WITZER, LLP**
20 Park Plaza, Suite 505
Boston, MA 02116
Tel:   (617) 426-0000
Fax:   (617) 507-8043
*Admitted Pro Hac Vice*

**VALENTIN GURVITS** vgurvits@bostonlawgroup.com
**BOSTON LAW GROUP, PC**
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel:   (617) 928-1804
Fax:   (617) 928-1802
*Admitted Pro Hac Vice*

Attorneys for Defendant FF MAGNAT LIMITED and STANISLAV DAVIDOGLOV

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff<br><br>    vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>    Defendants. | Case No. C-12-4500 CRB<br><br>**SUPERSEDING ORDER PURSUANT TO STIPULATION OF THE PARTIES**<br><br><br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor |

1  This Court previously issued an Order granting partial relief from a preliminary
2  injunction.  The matter now having been settled, the parties have now moved for the
3  entry of a Superseding Order to effectuate the terms of the settlement.

4  Having found good cause to support the Parties' motion, the Court **ORDERS** as
5  follows:

6  FF Magnat funds held by CCBill, LLC which the Court previously ordered frozen
7  are hereby released.  CCBill, LLC is ordered to immediately remit any and all such funds
8  to FF Magnat.

9  **IT IS SO ORDERED**

12  DATED:  _August 8, 2013_____



2
**SUPERSEDING ORDER PURSUANT TO STIPULATION OF THE PARTIES**
CASE NO. C-12-4500 CRB