1  **KENNETH E. KELLER** (71450) kkeller@kksrr.com
   **STAN F. ROMAN** (87652) sroman@kksrr.com
2  **MICHAEL D. LISI** (196974) mlisi@kksrr.com
   **KRIEG, KELLER, SLOAN, ROMAN & HOLLAND LLP**
3  555 Montgomery Street, 17th Floor
   San Francisco, CA 94111
4  Tel:    (415) 249-8330
   Fax:   (415) 249-8333
5

   **EVAN FRAY-WITZER** evan@CFWLegal.com
6  **CIAMPA FRAY-WITZER, LLP**
   20 Park Plaza, Suite 505
7  Boston, MA 02116
   Tel:    (617) 426-0000
8  Fax:   (617) 507-8043
   *Admitted Pro Hac Vice*
9

   **VALENTIN GURVITS** vgurvits@bostonlawgroup.com
10 **BOSTON LAW GROUP, PC**
   825 Beacon Street, Suite 20
11 Newton Centre, MA 02459
   Tel:    (617) 928-1804
12 Fax:   (617) 928-1802
   *Admitted Pro Hac Vice*
13

   Attorneys for Defendant FF MAGNAT LIMITED and STANISLAV DAVIDOGLOV

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias).<br><br>Defendants. | Case No. C-12-4500 CRB<br><br>**SUPERSEDING ORDER PURSUANT TO STIPULATION OF THE PARTIES**<br><br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor |

1
**SUPERSEDING ORDER PURSUANT TO STIPULATION OF THE PARTIES**
CASE NO. C-12-4500 CRB

1   This Court previously issued an Order granting partial relief from a preliminary
2  injunction.  The matter now having been settled, the parties have now moved for the
3  entry of a Superseding Order to effectuate the terms of the settlement.

   Having found good cause to support the Parties' motion, the Court **ORDERS** as follows:

   FF Magnat funds held by CCBill, LLC which the Court previously ordered frozen are hereby released.  CCBill, LLC is ordered to immediately remit any and all such funds to FF Magnat.

   **IT IS SO ORDERED**

   DATED:  _August 8, 2013_____    _____

