D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias);<br><br>Defendants. | Case No.: 2-12-4500 CRB<br><br>**STIPULATED DISMISSAL WITH PREJUDICE - FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), all parties stipulate to the dismissal of this action with prejudice. Each party is to bear its own costs and attorney's fees. All rights of appeal are waived.

Dated: *August 8, 2013*        /s/ D. Gill Sperlein
                              D. GILL SPERLEIN
                              THE LAW OFFICE OF D. GILL SPERLEIN
                              Attorney for Plaintiff DataTech Enterprises, LLC

Dated: *August 8, 2013*        /s/ Evan Fray-Witzer
                              EVAN FRAY-WITZER
                              CIAMPA FRAY-WITZER, LLP
                              Attorneys for Defendants FF Magnat Limited and
                              Stanislav Davidoglav