FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 28 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada limited liability company,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>FF MAGNAT LIMITED, DBA Oron.com,<br><br>        Defendant - Appellant,<br><br> and<br><br>STANISLAV DAVIDOGLOV,<br><br>        Defendant. | No. 12-17299<br><br>D.C. No. 3:12-cv-04500-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: McKEOWN and WATFORD, Circuit Judges, and MARBLEY, District Judge.[*]

    Pursuant to the stipulation of the parties, this appeal is dismissed. Fed. R. App. P. 42(b). Each party shall bear its own costs on appeal. This order served on the district court shall act as and for the mandate of this court.

---

    [*] The Honorable Algenon L. Marbley, District Judge for the U.S. District Court for the Southern District of Ohio, sitting by designation.