**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 5, 2013

CASE NUMBER:   **CV 12-04500 CRB**
CASE TITLE:    **DATATECH ENTERPRISES LLC-v- FF MAGNAT LIMITED**
DATE MANDATE FILED:  9/5/13

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

    Sincerely,

    RICHARD W. WIEKING, Clerk

by:  Maria Loo
Case Systems Administrator

Distribution:   CIVIL       -   Counsel of Record

    CRIMINAL    -   Counsel of Record
                    U.S. Marshal (Copy of Mandate)
                    U.S. Probation Office

NDC App-16